## IN THE UNITED STATES DISTICT COURT
## FOR THE SOUTHER DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| THOMAS E. BURNETT, SR. in their own right as the Parent of Thomas E. Burnett, Jr., Deceased; | : : : : : |
| BEVERLY BURNETT in their own right as the Parent of Thomas E. Burnett, Jr., Deceased; | : : : |
| ANTOINETTE D. OGNIBENE, as Personal Representative of the Estate of Philip Paul Ognibene, Deceased and on behalf of all beneficiaries of Philip Paul Ognibene; | : : : : : |
| SALI GJONBALAJ, as Personal Representative of the Estate of Mon Gjonbalaj, Deceased and on behalf of all beneficiaries of Mon Gjonbalaj; | : : : : : |
| EILEEN D. LUGANO, as Personal Representative of the Estate of Sean Thomas Lugano, Deceased and on behalf of all beneficiaries of Sean Thomas Lugano; | : : : : : |
| JOHN C. LUGANO in their own right as the Sibling of Sean Thomas Lugano, Deceased; | : : : |
| MICHAEL LUGANO in their own right as the Sibling of Sean Thomas Lugano, Deceased; | : : : |
| STEPHANIE MCCUIN in their own right as the Sibling of Sean Thomas Lugano, Deceased; | : : : |
| EDMUND BARRY, as Personal Representative of the Estate of Diane Barry, Deceased and on behalf of all beneficiaries of Diane Barry; | : : : : |
| BRIAN BARRY in their own right as the Child of Diane Barry, Deceased; | : : : |
| KEVIN W. BARRY in their own right as the Child of Diane Barry, Deceased; | : : : |
| MAUREEN BARRY in their own right as the Child of Diane Barry, Deceased; | : : |

**COMPLAINT**

Civil Action No. _____

**Jury Trial Demanded**

JESSICA MURROW-ADAMS, as Personal
Representative of the Estate of Stephen George
Adams, Deceased and on behalf of all
beneficiaries of Stephen George Adams;

LAWRENCE SCOTT ADAMS in their own
right as the Sibling of Stephen George Adams,
Deceased;

SPOUSE DOE AP25 as Personal Representative
of the Estate of DOE AP25, Deceased and on
behalf of all beneficiaries of DOE AP25,
Deceased;

PATRICK J. NASSANEY, JR. in their own right
as the Sibling of Shawn Michael Nassaney,
Deceased;

RYAN A. NASSANEY in their own right as the
Sibling of Shawn Michael Nassaney, Deceased;

MARGARET M. NASSANEY, as Personal
Representative of the Estate of Shawn Michael
Nassaney, Deceased and on behalf of all
beneficiaries of Shawn Michael Nassaney;

PATRICK JOHN NASSANEY, SR., as Personal
Representative of the Estate of Shawn Michael
Nassaney, Deceased and on behalf of all
beneficiaries of Shawn Michael Nassaney;

RONALD F. MAY, as Personal Representative
of the Estate of Renee A. May, Deceased and on
behalf of all beneficiaries of Renee A. May;

DAVID SPIVOCK, JR. on behalf of the unborn
child of Renee A. May, Deceased;

JEFFREY M. MAY in their own right as the
Sibling of Renee A. May, Deceased;

KENNETH MAY in their own right as the
Sibling of Renee A. May, Deceased;

NANCY A. MAY in their own right as the Parent
of Renee A. May, Deceased;

PARENT DOE AP27 as Personal Representative
of the Estate of DOE AP27, Deceased and on
behalf of all beneficiaries of DOE AP27,

Deceased;                                    :

                                             :

PARENT DOE AP28 in their own right as the    :
Parent of DOE AP28, Deceased;                :
                                             :
SIBLING DOE AP29 in their own right as the   :
Sibling of DOE AP29, Deceased;               :
                                             :
SPOUSE DOE AP75 as Personal Representative   :
of the Estate of DOE AP75, Deceased and on   :
behalf of all beneficiaries of DOE AP75,     :
Deceased;                                    :

BETTY ANN MILLER, as Personal                :
Representative of the Estate of Michael Matthew :
Miller, Deceased and on behalf of all        :
beneficiaries of Michael Matthew Miller;     :
                                             :
JAMES H. MILLER, as Personal Representative  :
of the Estate of Michael Matthew Miller,     :
Deceased and on behalf of all beneficiaries of :
Michael Matthew Miller;                      :
                                             :
STEPHEN K. HOLLAND, as Personal              :
Representative of the Estate of Cora Hidalgo :
Holland, Deceased and on behalf of all       :
beneficiaries of Cora Hidalgo Holland;       :
                                             :
ERNIE HIDALGO in their own right as the      :
Sibling of Cora Hidalgo Holland, Deceased;   :
                                             :
JESSICA LIN HIDALGO HOLLAND in their         :
own right as the Child of Cora Hidalgo Holland, :
Deceased;                                    :
                                             :
MARIA Y. ALDACO in their own right as the    :
Sibling of Cora Hidalgo Holland, Deceased;   :
                                             :
STEPHANIE DENISE HIDALGO HOLLAND-            :
BRODNEY in their own right as the Child of   :
Cora Hidalgo Holland, Deceased;              :
                                             :
JENNIFER E. JOSIAH, as Personal              :
Representative of the Estate of Jane Eileen  :
Josiah, Deceased and on behalf of all        :
beneficiaries of Jane Eileen Josiah;         :

3

KELLY C. JOSIAH, as Personal Representative                    :
of the Estate of Jane Eileen Josiah, Deceased and              :
on behalf of all beneficiaries of Jane Eileen                  :
Josiah;                                                         :
                                                               :
MARY BAVIS, as Personal Representative of                      :
the Estate of Mark Lawrence Bavis, Deceased                    :
and on behalf of all beneficiaries of Mark                     :
Lawrence Bavis;                                                :
                                                               :
JOHN M. BAVIS in their own right as the                        :
Sibling of Mark Lawrence Bavis, Deceased;                      :
                                                               :
KATHLEEN M. SYLVESTER in their own right                       :
as the Sibling of Mark Lawrence Bavis,                         :
Deceased;                                                      :
                                                               :
KELLY BAVIS MORRISSEY in their own right                       :
as the Sibling of Mark Lawrence Bavis,                         :
Deceased;                                                      :
                                                               :
MARY ELLEN MORAN in their own right as                         :
the Sibling of Mark Lawrence Bavis, Deceased;                  :
                                                               :
MICHAEL T. BAVIS in their own right as the                     :
Sibling of Mark Lawrence Bavis, Deceased;                      :
                                                               :
PATRICK J BAVIS in their own right as the                      :
Sibling of Mark Lawrence Bavis, Deceased;                      :
                                                               :
MARLYSE BOSLEY in their own right as the                       :
Sibling of Jose Espinal, Deceased;                             :
                                                               :
CHRISTOPHER SIMMONS in their own right                         :
as the Child of George W. Simmons, Sr.,                        :
Deceased;                                                      :
                                                               :
CHILD DOE AP929 in their own right as the                      :
Child of DOE AP929, Deceased;                                  :
                                                               :
GEORGE W. SIMMONS, JR. in their own right                      :
as the Child of George W. Simmons, Sr.,                        :
Deceased;                                                      :
                                                               :
KATHLEEN S. MAYCEN, as Personal                                :
Representative of the Estate of Lindsay S.                     :
Morehouse, Deceased and on behalf of all                       :
beneficiaries of Lindsay S. Morehouse;                         :
THEODORE C. MOREHOUSE in their own                             :
right as the Parent of Lindsay S. Morehouse,                   :

4

Deceased;                                          :
                                                   :

JOAQUIM T. DEARAUJO, as Personal                   :
Representative of the Estate of Dorothy A.          :
deAraujo, Deceased and on behalf of all            :
beneficiaries of Dorothy A. deAraujo;              :

MARY B. WILLIAMSON, as Personal                    :
Representative of the Estate of John P.             :
Williamson, Deceased and on behalf of all          :
beneficiaries of John P. Williamson;              :

GEORGE P. WILLIAMSON in their own right             :
as the Sibling of John P. Williamson, Deceased;    :

SPOUSE DOE AP30 as Personal Representative          :
of the Estate of DOE AP30, Deceased and on         :
behalf of all beneficiaries of DOE AP30,           :
Deceased;                                          :

SPOUSE DOE AP134 as Personal                        :
Representative of the Estate of DOE AP134,          :
Deceased and on behalf of all beneficiaries of     :
DOE AP134, Deceased;                               :
                                                   :

KENNETH T. TARANTINO in their own right             :
as the Parent of Kenneth J. Tarantino, Deceased;   :
                                                   :

THERESA TARANTINO in their own right as             :
the Parent of Kenneth J. Tarantino, Deceased;      :
                                                   :

VICTORIA MELONE in their own right as the           :
Sibling of Kenneth J. Tarantino, Deceased;         :

CATHY LYN FERSINI, as Personal                      :
Representative of the Estate of Louis V. Fersini,   :
Jr., Deceased and on behalf of all beneficiaries of :
Louis V. Fersini, Jr.;                             :

ARNOLD R. WITTENSTEIN, as Personal                  :
Representative of the Estate of Michael Robert      :
Wittenstein, Deceased and on behalf of all         :
beneficiaries of Michael Robert Wittenstein;       :

CARYN HINSON, as Personal Representative of         :
the Estate of Michael Robert Wittenstein,          :
Deceased and on behalf of all beneficiaries of     :
Michael Robert Wittenstein;                        :
                                                   :

BARBARA WITTENSTEIN in their own right              :
as the Parent of Michael Robert Wittenstein,       :
Deceased;                                          :

JEFFREY WITTENSTEIN in their own right as
the Sibling of Michael Robert Wittenstein,
Deceased;                                              :

PARENT DOE AP31, as Personal Representative            :
of the Estate of DOE AP31, Deceased, and on            :
behalf of all beneficiaries of DOE AP31,               :
Deceased                                               :

PARENT DOE AP32, as Personal Representative            :
of the Estate of DOE AP32, Deceased, and on            :
behalf of all beneficiaries of DOE AP32,               :
Deceased                                               :
                                                       :
SIBLING DOE AP33 in their own right as the             :
Sibling of DOE AP33, Deceased;                         :

GRICEL G. ZAYAS-MOYER, as Personal                     :
Representative of the Estate of Manuel Del Valle,      :
Jr., Deceased and on behalf of all beneficiaries of    :
Manuel Del Valle, Jr.;                                 :

MANUEL DEL VALLE, SR., as Personal                     :
Representative of the Estate of Manuel Del Valle,      :
Jr., Deceased and on behalf of all beneficiaries of    :
Manuel Del Valle, Jr.;                                 :

YOGESH R. PATEL, as Personal Representative            :
of the Estate of Avnish Ramanbhai Patel,               :
Deceased and on behalf of all beneficiaries of         :
Avnish Ramanbhai Patel;                                :
                                                       :
RAMANBHAS M. PATEL in their own right as               :
the Parent of Avnish Ramanbhai Patel, Deceased;        :
                                                       :
SUSHILABEN R. PATEL in their own right as              :
the Parent of Avnish Ramanbhai Patel, Deceased;        :
                                                       :
                                                       :
                                                       :
JAYANT R. PATEL, as Personal Representative            :
of the Estate of Dipti Patel, Deceased and on          :
behalf of all beneficiaries of Dipti Patel;            :
                                                       :
KAPILA PATEL in their own right as the Parent          :
of Dipti Patel, Deceased;                              :
                                                       :
NIMISHA PATEL in their own right as the                :
Sibling of Dipti Patel, Deceased;                      :

NIRAJ PATEL in their own right as the Sibling        :
of Dipti Patel, Deceased;                            :
                                                     :
RANTIK PATEL in their own right as the               :
Sibling of Dipti Patel, Deceased;                    :
                                                     :
VIBHUTI PATEL in their own right as the              :
Sibling of Dipti Patel, Deceased;                    :

PATRICIA ELLEN WELLINGTON, as Personal               :
Representative of the Estate of John Anthony          :
Spataro, Deceased and on behalf of all               :
beneficiaries of John Anthony Spataro;               :

JENNIFER EWART, as Personal Representative            :
of the Estate of Meredith Emily June Ewart,          :
Deceased and on behalf of all beneficiaries of       :
Meredith Emily June Ewart;                           :
                                                     :
CATHERINE EWART in their own right as the            :
Parent of Meredith Emily June Ewart, Deceased;       :
                                                     :
ROBERT G. EWART in their own right as the            :
Parent of Meredith Emily June Ewart, Deceased;       :

SHIRIMATTIE VUKOSA, as Personal                      :
Representative of the Estate of Alfred Vukosa,        :
Deceased and on behalf of all beneficiaries of       :
Alfred Vukosa;                                       :
                                                     :
IRMA VUKOSA in their own right as the Parent          :
of Alfred Vukosa, Deceased;                          :
                                                     :
SONJA VUKOSA in their own right as the               :
Sibling of Alfred Vukosa, Deceased;                  :
                                                     :
GERALD GOLDBERG in their own right as the            :
Parent of Brian F. Goldberg, Deceased;               :
                                                     :
MARILYN GOLDBERG in their own right as               :
the Parent of Brian F. Goldberg, Deceased;           :

MARIE ANN PAPROCKI, as Personal                      :
Representative of the Estate of Denis Lavelle,        :
Deceased and on behalf of all beneficiaries of       :
Denis Lavelle;                                       :
                                                     :
JACQUELINE VAN LAERE HAYES in their                  :
own right as the Sibling of Daniel Maurice Van        :
Laere, Deceased;                                     :
PAUL VAN LAERE in their own right as the             :

Sibling of Daniel Maurice Van Laere, Deceased;          :
                                                        :
                                                        :
RITA M. WILEY in their own right as the                 :
Sibling of Daniel Maurice Van Laere, Deceased;          :
                                                        :
RANDOLPH T. HOHLWECK in their own right                 :
as the Child of Thomas Warren Hohlweck, Jr.,            :
Deceased;                                               :
                                                        :
ROBIN HOHLWECK in their own right as the                :
Child of Thomas Warren Hohlweck, Jr.,                   :
Deceased;                                               :
                                                        :
TODD W. HOHLWECK in their own right as                  :
the Child of Thomas Warren Hohlweck, Jr.,               :
Deceased;                                               :
                                                        :
SPOUSE DOE AP181 as Personal                            :
Representative of the Estate of DOE AP181,              :
Deceased and on behalf of all beneficiaries of          :
DOE AP181, Deceased;                                    :
                                                        :
SELENA DACK FORSYTH in their own right                  :
as the Parent of Caleb Arron Dack, Deceased;            :
                                                        :
PARENT DOE AP36 as Personal Representative              :
of the Estate of DOE AP36, Deceased and on              :
behalf of all beneficiaries of DOE AP36,                :
Deceased;                                               :
                                                        :
SIBLING DOE AP35 in their own right as the              :
Sibling of DOE AP35, Deceased;                          :
                                                        :
SIBLING DOE AP37 in their own right as the              :
Sibling of DOE AP37, Deceased;                          :
                                                        :
SPOUSE DOE AP38 as Personal Representative              :
of the Estate of DOE AP38, Deceased and on              :
behalf of all beneficiaries of DOE AP38,                :
Deceased;                                               :
                                                        :
CHILD DOE AP39 in their own right as the                :
Child of DOE AP39, Deceased;                            :
                                                        :
EDWARD RUSSIN in their own right as the                 :
Parent of Steven Harris Russin, Deceased;               :

GARY MICHAEL LOW, as Personal                    :
Representative of the Estate of Sara Elizabeth    :
Low, Deceased and on behalf of all beneficiaries  :
of Sara Elizabeth Low;                            :
                                                  :
BOBBIE JEAN LOW in their own right as the         :
Parent of Sara Elizabeth Low, Deceased;           :
                                                  :
REBECCA ALYSON LOW in their own right as          :
the Sibling of Sara Elizabeth Low, Deceased;      :

BRUCE E. SERVA, as Personal Representative        :
of the Estate of Marian Teresa Serva, Deceased    :
and on behalf of all beneficiaries of Marian      :
Teresa Serva;                                     :

HERBERT GLADSTONE, as Personal                    :
Representative of the Estate of Dianne Gladstone, :
Deceased and on behalf of all beneficiaries of    :
Dianne Gladstone;                                 :
                                                  :
JAYNE M. MARX in their own right as the           :
Sibling of Dianne Gladstone, Deceased;            :
                                                  :
MARTIN TOYEN, as Personal Representative of       :
the Estate of Amy E. Toyen, Deceased and on       :
behalf of all beneficiaries of Amy E. Toyen;      :
                                                  :
EUGENIA R. LLANES, as Personal                    :
Representative of the Estate of George Andrew     :
Llanes, Deceased and on behalf of all             :
beneficiaries of George Andrew Llanes;            :
                                                  :
NAZAM KHAN, as Personal Representative of         :
the Estate of Sarah Khan, Deceased and on behalf  :
of all beneficiaries of Sarah Khan;               :

BEATRIZ E. HYMEL, as Personal                     :
Representative of the Estate of Robert Joseph      :
Hymel, Deceased and on behalf of all              :
beneficiaries of Robert Joseph Hymel;             :
                                                  :
NATALIE CHRISTINA CONNERS in their own            :
right as the Child of Robert Joseph Hymel,        :
Deceased;                                         :
                                                  :
GLORIA INGRASSIA, as Personal                     :
Representative of the Estate of Christopher Noble :
Ingrassia, Deceased and on behalf of all          :
beneficiaries of Christopher Noble Ingrassia;     :

9

ANTHONY A. INGRASSIA in their own right
as the Parent of Christopher Noble Ingrassia,
Deceased;

ANTHONY W. INGRASSIA in their own right
as the Sibling of Christopher Noble Ingrassia,
Deceased;

ELISA M. INGRASSIA in their own right as the
Sibling of Christopher Noble Ingrassia,
Deceased;

PAUL B. INGRASSIA in their own right as the
Sibling of Christopher Noble Ingrassia,
Deceased;

SUSAN L. PICARRO, as Personal
Representative of the Estate of Ludwig John
Picarro, Deceased and on behalf of all
beneficiaries of Ludwig John Picarro;

BARBARA TALTY in their own right as the
Spouse of Paul Talty, Deceased;

GLORIA TALTY in their own right as the Parent
of Paul Talty, Deceased;

JOHN TALTY in their own right as the Parent of
Paul Talty, Deceased;

KERRY MCCALL in their own right as the
Sibling of Paul Talty, Deceased;

KEVIN TALTY in their own right as the Sibling
of Paul Talty, Deceased;

MARK TALTY in their own right as the Sibling
of Paul Talty, Deceased;

PATRICIA DOUGAN in their own right as the
Sibling of Paul Talty, Deceased;

STEVEN TALTY in their own right as the
Sibling of Paul Talty, Deceased;

SPOUSE DOE AP42 as Personal Representative
of the Estate of DOE AP42, Deceased and on
behalf of all beneficiaries of DOE AP42,
Deceased;

JOSEPH BONDARENKO in their own right as

10

the Child of Alan Bondarenko, Deceased;  :
  :

WILLIAM BONDARENKO in their own right :
as the Child of Alan Bondarenko, Deceased; :
  :

ALBERTO SANTORO in their own right as the :
Parent of Mario L. Santoro, Deceased; :

DELIA VILLANUEVA, as Personal :
Representative of the Estate of Sergio :
Villanueva, Deceased and on behalf of all :
beneficiaries of Sergio Villanueva; :
  :

MARIA SUAREZ in their own right as the :
Sibling of Sergio Villanueva, Deceased; :
  :

STEVE VILLANUEVA in their own right as the :
Sibling of Sergio Villanueva, Deceased; :

PATRICIA J. WHALEN, as Personal :
Representative of the Estate of Meredith Lynn :
Whalen, Deceased and on behalf of all :
beneficiaries of Meredith Lynn Whalen; :
  :

KRISTEN E. WHALEN in their own right as the :
Sibling of Meredith Lynn Whalen, Deceased; :

NILSA MILAGROS RIVERA, as Personal :
Representative of the Estate of Isaias Rivera, :
Deceased and on behalf of all beneficiaries of :
Isaias Rivera; :
  :

ADRIAN ISAAC RIVERA in their own right as :
the Child of Isaias Rivera, Deceased; :
  :

CARMEN RIVERA in their own right as the :
Sibling of Isaias Rivera, Deceased; :
  :

GLORIA GONZALEZ in their own right as the :
Sibling of Isaias Rivera, Deceased; :
  :

JOSUE RIVERA TRUJILLO in their own right :
as the Sibling of Isaias Rivera, Deceased; :
  :

MOISES RIVERA in their own right as the :
Sibling of Isaias Rivera, Deceased; :

EVERETT PROCTOR, JR., as Personal :
Representative of the Estate of Everett M. :
Proctor, III, Deceased and on behalf of all :
beneficiaries of Everett M. Proctor, III; :

CATHERINE B. PROCTOR in their own right
as the Parent of Everett M. Proctor, III,
Deceased;

MARY E. GRIFFIN in their own right as the
Sibling of Everett M. Proctor, III, Deceased;

MARY L. MURPHY, as Personal Representative
of the Estate of James Thomas Murphy,
Deceased and on behalf of all beneficiaries of
James Thomas Murphy;

JOAN V. MURPHY in their own right as the
Parent of James Thomas Murphy, Deceased;

THOMAS J. MURPHY in their own right as the
Sibling of James Thomas Murphy, Deceased;

WILLIAM C. MURPHY, JR. in their own right
as the Parent of James Thomas Murphy,
Deceased;

WILLIAM C. MURPHY, III in their own right as
the Sibling of James Thomas Murphy, Deceased;

SPOUSE DOE AP43 as Personal Representative
of the Estate of DOE AP43, Deceased and on
behalf of all beneficiaries of DOE AP43,
Deceased;

JOYCE MIUCCIO, as Personal Representative
of the Estate of Richard P. Miuccio, Deceased
and on behalf of all beneficiaries of Richard P.
Miuccio;

LAURA MARIE LOPEZ in their own right as
the Child of Richard P. Miuccio, Deceased;

MARY URS in their own right as the Sibling of
Richard P. Miuccio, Deceased;

OWEN RICHARD MIUCCIO in their own right
as the Child of Richard P. Miuccio, Deceased;

ROBERT PETER MIUCCIO, SR. in their own
right as the Sibling of Richard P. Miuccio,
Deceased;

THOMAS PAUL MIUCCIO in their own right
as the Child of Richard P. Miuccio, Deceased;

12

JOHN G. NEE in their own right as the Parent of
Luke G. Nee, Deceased;

MARY NEE REILLY in their own right as the
Sibling of Luke G. Nee, Deceased;

PATRICIA B. NEE O'KEEFE in their own right
as the Sibling of Luke G. Nee, Deceased;

LISA ANNE GRAY in their own right as the
Child of Ian J. Gray, Deceased;

ANA M. RALEY, as Personal Representative of
the Estate of Ian J. Gray, Deceased and on behalf
of all beneficiaries of Ian J. Gray;

ANNE MARGARET POLICELLI in their own
right as the Sibling of Ian J. Gray, Deceased;

DONALD S. WIENER in their own right as the
Parent of Jeffrey David Wiener, Deceased;

ROBIN K. WIENER in their own right as the
Sibling of Jeffrey David Wiener, Deceased;

WILMA WIENER in their own right as the
Parent of Jeffrey David Wiener, Deceased;

CHILD DOE AP90 as Personal Representative of
the Estate of DOE AP90, Deceased and on behalf
of all beneficiaries of DOE AP90, Deceased;

SPOUSE DOE AP91 in their own right as the
Spouse of DOE AP91, Deceased;

MARCIA LILLIANTHAL in their own right as
the Parent of Steven Barry Lillianthal, Deceased;

MINDI COHEN in their own right as the Sibling
of Steven Barry Lillianthal, Deceased;

SHERMAN LILLIANTHAL in their own right
as the Parent of Steven Barry Lillianthal,
Deceased;

WILLIAM DOYLE, SR., as Personal
Representative of the Estate of Joseph Michael
Doyle, Deceased and on behalf of all
beneficiaries of Joseph Michael Doyle;

DOREEN LUTTER in their own right as the

Sibling of Joseph Michael Doyle, Deceased;    :
    :
    :

WILLIAM DOYLE, JR. in their own right as the  :
Sibling of Joseph Michael Doyle, Deceased;    :

BASMATTIE BISHUNDAT, as Personal    :
Representative of the Estate of Kris Romeo  :
Bishundat, Deceased and on behalf of all   :
beneficiaries of Kris Romeo Bishundat;    :

BHOLA P. BISHUNDAT, as Personal    :
Representative of the Estate of Kris Romeo  :
Bishundat, Deceased and on behalf of all   :
beneficiaries of Kris Romeo Bishundat;    :

EMILY HOWELL, as Personal Representative of  :
the Estate of Michael C. Howell, Deceased and  :
on behalf of all beneficiaries of Michael C.   :
Howell;    :
    :

KEVIN M. HOWELL in their own right as the  :
Child of Michael C. Howell, Deceased;    :

SPOUSE DOE AP1 as Personal Representative  :
of the Estate of DOE AP1, Deceased and on  :
behalf of all beneficiaries of DOE AP1,   :
Deceased;    :
    :

CHILD DOE AP135 in their own right as the  :
Child of DOE AP135, Deceased;    :
    :

LAUREN HANSEN in their own right as the  :
Child of Ronald E. Comer, Deceased;    :

SYLVIA L. CONNORS, as Personal    :
Representative of the Estate of Kevin P. Connors,  :
Deceased and on behalf of all beneficiaries of  :
Kevin P. Connors;    :
    :

CHRISTOPHER CONNORS in their own right  :
as the Sibling of Kevin P. Connors, Deceased;  :
    :

DOUGLAS CONNORS in their own right as the  :
Sibling of Kevin P. Connors, Deceased;    :
    :

WILLIAM K. CONNORS in their own right as  :
the Sibling of Kevin P. Connors, Deceased;    :
    :

SPOUSE DOE AP2 as Personal Representative  :
of the Estate of DOE AP2, Deceased and on  :
behalf of all beneficiaries of DOE AP2,   :
Deceased;    :

:

SPOUSE DOE AP3 as Personal Representative   :
of the Estate of DOE AP3, Deceased and on   :
behalf of all beneficiaries of DOE AP3,   :
Deceased;   :
   :
CHILD DOE AP6 in their own right as the Child   :
of DOE AP6, Deceased;   :
   :
SIBLING DOE AP11 in their own right as the   :
Sibling of DOE AP11, Deceased;   :
   :
SIBLING DOE AP10 in their own right as the   :
Sibling of DOE AP10, Deceased;   :
   :
SIBLING DOE AP12 in their own right as the   :
Sibling of DOE AP12, Deceased;   :
   :
PARENT DOE AP8 in their own right as the   :
Parent of DOE AP8, Deceased;   :
   :
CHILD DOE AP4 in their own right as the Child   :
of DOE AP4, Deceased;   :
   :
CHILD DOE AP5 in their own right as the Child   :
of DOE AP5, Deceased;   :
   :
CHILD DOE AP7 in their own right as the Child   :
of DOE AP7, Deceased;   :
   :
SIBLING DOE AP13 in their own right as the   :
Sibling of DOE AP13, Deceased;   :
   :
SIBLING DOE AP9 in their own right as the   :
Sibling of DOE AP9, Deceased;   :
   :
PARENT DOE AP86 as Personal Representative   :
of the Estate of DOE AP86, Deceased and on   :
behalf of all beneficiaries of DOE AP86,   :
Deceased;   :
 
SPOUSE DOE AP44 as Personal Representative   :
of the Estate of DOE AP44, Deceased and on   :
behalf of all beneficiaries of DOE AP44,   :
Deceased;   :

ELLEN REYNOLDS GOODCHILD, as             :
Personal Representative of the Estate of Lynn   :
Catherine Goodchild, Deceased and on behalf of   :
all beneficiaries of Lynn Catherine Goodchild;   :

WILLIAM CLARK GOODCHILD, III, as         :
Personal Representative of the Estate of Lynn   :
Catherine Goodchild, Deceased and on behalf of   :
all beneficiaries of Lynn Catherine Goodchild;   :
                                          :
NEIL K. GOODCHILD in their own right as the   :
Sibling of Lynn Catherine Goodchild, Deceased;   :

SPOUSE DOE AP49 as Personal Representative   :
of the Estate of DOE AP49, Deceased and on   :
behalf of all beneficiaries of DOE AP49,   :
Deceased;                                  :
                                          :
CHILD DOE AP50 in their own right as the   :
Child of DOE AP50, Deceased;               :
                                          :
CHILD DOE AP51 in their own right as the   :
Child of DOE AP51, Deceased;               :

EILEEN A. HANNAFORD, as Personal          :
Representative of the Estate of Kevin James   :
Hannaford, Deceased and on behalf of all   :
beneficiaries of Kevin James Hannaford;    :
                                          :
ELIZABETH L. SARACENO in their own right   :
as the Sibling of Kevin James Hannaford,   :
Deceased;                                  :
                                          :
JAMES J. HANNAFORD in their own right as   :
the Parent of Kevin James Hannaford, Deceased;   :
                                          :
NANCY E. HANNAFORD in their own right as   :
the Parent of Kevin James Hannaford, Deceased;   :
                                          :
PATRICK G. HANNAFORD in their own right   :
as the Sibling of Kevin James Hannaford,   :
Deceased;                                  :

MARIA KOUTNY, as Personal Representative   :
of the Estate of Marie Pappalardo, Deceased and   :
on behalf of all beneficiaries of Marie   :
Pappalardo;                                :
                                          :
GARY PAPPALARDO in their own right as the   :
Sibling of Marie Pappalardo, Deceased;     :

VERNON A. RANDLETT in their own right as
the Sibling of Marie Pappalardo, Deceased;                          :

MARGARET CANAVAN, as Personal                                       :
Representative of the Estate of Sean Canavan,                       :
Deceased and on behalf of all beneficiaries of                      :
Sean Canavan;                                                       :
                                                                    :
CIARAN CANAVAN in their own right as the                            :
Sibling of Sean Canavan, Deceased;                                  :
                                                                    :
KATHLEEN MCKEON in their own right as the                           :
Sibling of Sean Canavan, Deceased;                                  :
                                                                    :
ROSEMARY CELINE TRAYNOR in their own                                :
right as the Sibling of Sean Canavan, Deceased;                     :
                                                                    :
TERESA MCCAFFERY in their own right as the                          :
Sibling of Sean Canavan, Deceased;                                  :
                                                                    :
THOMAS CANAVAN in their own right as the                            :
Parent of Sean Canavan, Deceased;                                   :

TED YARNELL, as Personal Representative of                          :
the Estate of Matthew David Yarnell, Deceased                       :
and on behalf of all beneficiaries of Matthew                       :
David Yarnell;                                                      :
                                                                    :
MICHELE YARNELL in their own right as the                           :
Parent of Matthew David Yarnell, Deceased;                          :
                                                                    :
SAMUEL E. STRAUB in their own right as the                          :
Child of Edward W. Straub, Deceased;                                :

DONALD H. PROGEN, as Personal                                       :
Representative of the Estate of Carrie Beth                         :
Progen, Deceased and on behalf of all                               :
beneficiaries of Carrie Beth Progen;                                :
                                                                    :
KATHLEEN A. PROGEN in their own right as                            :
the Parent of Carrie Beth Progen, Deceased;                         :
                                                                    :
MATTHEW ERIC PROGEN in their own right                              :
as the Sibling of Carrie Beth Progen, Deceased;                     :
                                                                    :
ALICIA M. PATRICK in their own right as the                         :
Sibling of James Matthew Patrick, Deceased;                         :
                                                                    :
BARBARA A. PATRICK in their own right as                            :
the Parent of James Matthew Patrick, Deceased;                      :
JERRY PATRICK in their own right as the                             :

17

Parent of James Matthew Patrick, Deceased;                    :
                                                              :
                                                              :
KATHRYN M. PATRICK in their own right as                      :
the Sibling of James Matthew Patrick, Deceased;               :
                                                              :
KEVIN M. PATRICK in their own right as the                    :
Sibling of James Matthew Patrick, Deceased;                   :

SPOUSE DOE AP14 as Personal Representative                    :
of the Estate of DOE AP14, Deceased and on                    :
behalf of all beneficiaries of DOE AP14,                      :
Deceased;                                                     :
                                                              :
KISHAN SARKAR in their own right as the                       :
Child of Kalyan K. Sarkar, Deceased;                          :
                                                              :
EX-SPOUSE DOE AP52 in their own right, on                     :
behalf of their minor children, and as the Ex-                :
Spouse of DOE AP52, Deceased;                                 :

ELIZABETH STEWART in their own right as                       :
the Parent of Michael James Stewart, Deceased;                :
                                                              :
JANET STEWART in their own right as the                       :
Sibling of Michael James Stewart, Deceased;                   :

CARIE LEMACK, as Personal Representative of                   :
the Estate of Judith Camilla Larocque, Deceased               :
and on behalf of all beneficiaries of Judith                  :
Camilla Larocque;                                             :

DANIELLE LEMACK, as Personal                                  :
Representative of the Estate of Judith Camilla                :
Larocque, Deceased and on behalf of all                       :
beneficiaries of Judith Camilla Larocque;                     :

DEBRA MENICH, as Personal Representative of                   :
the Estate of Kevin Micheal McCarthy, Deceased                :
and on behalf of all beneficiaries of Kevin                   :
Micheal McCarthy;                                             :
                                                              :
CHARLES MCCARTHY, SR. in their own right                      :
as the Parent of Kevin Micheal McCarthy,                      :
Deceased;                                                     :
                                                              :
CHARLES MCCARTHY, JR. in their own right                      :
as the Sibling of Kevin Micheal McCarthy,                     :
Deceased;                                                     :
KATHLEEN M. SULLIVAN in their own right                       :
as the Sibling of Kevin Micheal McCarthy,                     :
Deceased;                                                     :

:

:

MARIE MCCARTHY in their own right as the :
Parent of Kevin Micheal McCarthy, Deceased;  :

SPOUSE DOE AP15 as Personal Representative :
of the Estate of DOE AP15, Deceased and on :
behalf of all beneficiaries of DOE AP15, :
Deceased;  :

SIBLING DOE AP17 in their own right as the :
Sibling of DOE AP17, Deceased;  :

:

MARCI KLEINBERG-BANDELLI in their own :
right as the Sibling of Alan D. Kleinberg, :
Deceased;  :

:

MARLA KLEINBERG in their own right as the :
Sibling of Alan D. Kleinberg, Deceased;  :

:

VIVIAN LERNER SHOEMAKER in their own :
right as the Parent of Alan D. Kleinberg, :
Deceased;  :

:

ARNOLD ROMA, as Personal Representative of :
the Estate of Keith Roma, Deceased and on :
behalf of all beneficiaries of Keith Roma;  :

:

KEVIN ROMA in their own right as the Sibling :
of Keith Roma, Deceased;  :

:

MAUREEN ROMA GARRI in their own right as :
the Sibling of Keith Roma, Deceased;  :

:

ROSEMARY ROMA in their own right as the :
Parent of Keith Roma, Deceased;  :

:

KAREN ELIZABETH MASTRANDREA, as :
Personal Representative of the Estate of Philip :
William Mastrandrea, Jr., Deceased and on :
behalf of all beneficiaries of Philip William :
Mastrandrea, Jr.;  :

:

LYNN MASTRANDREA in their own right as :
the Sibling of Philip William Mastrandrea, Jr., :
Deceased;  :

PHILIP W. MASTRANDREA, SR. in their own
right as the Parent of Philip William
Mastrandrea, Jr., Deceased;

ROBERT MASTRANDREA in their own right
as the Sibling of Philip William Mastrandrea, Jr.,
Deceased;

ROSALIE A. MASTRANDREA in their own
right as the Parent of Philip William
Mastrandrea, Jr., Deceased;

EDWIN H. YUEN in their own right as the
Spouse of Cindy Yanzhu Guan, Deceased;

ALEXANDER MARDIKIAN in their own right
as the Parent of Peter Edward Mardikian,
Deceased;

MONICA N. MARDIKIAN in their own right as
the Sibling of Peter Edward Mardikian,
Deceased;

SHAKEH MARDIKIAN in their own right as the
Parent of Peter Edward Mardikian, Deceased;

GAIL HOFFMANN, as Personal Representative
of the Estate of Frederick Hoffmann, Deceased
and on behalf of all beneficiaries of Frederick
Hoffmann;

PARENT DOE AP53 as Personal Representative
of the Estate of DOE AP53, Deceased and on
behalf of all beneficiaries of DOE AP53,
Deceased;

ONDINA BENNETT, as Personal Representative
of the Estate of Bryan Craig Bennett, Deceased
and on behalf of all beneficiaries of Bryan Craig
Bennett;

LOURDES BENNETT O'CONNOR in their own
right as the Sibling of Bryan Craig Bennett,
Deceased;

SPOUSE DOE AP81 as Personal Representative
of the Estate of DOE AP81, Deceased and on
behalf of all beneficiaries of DOE AP81,
Deceased;

:
:
ANTONINA MARINO in their own right as the :
Parent of Vita Marino, Deceased; :
:
JAMES MARINO in their own right as the :
Sibling of Vita Marino, Deceased; :
:
MARTIN A. MARINO in their own right as the :
Sibling of Vita Marino, Deceased; :
:
MICHAEL P. MARINO in their own right as the :
Sibling of Vita Marino, Deceased; :
:
NANCY S. KNOX, as Personal Representative :
of the Estate of Thomas Patrick Knox, Deceased :
and on behalf of all beneficiaries of Thomas :
Patrick Knox; :
:
DENIS KNOX in their own right as the Sibling :
of Thomas Patrick Knox, Deceased; :
:
JAMES KNOX in their own right as the Sibling :
of Thomas Patrick Knox, Deceased; :
:
KATHLEEN DOOLAN in their own right as the :
Sibling of Thomas Patrick Knox, Deceased; :
:
MARY ELLEN KNOX in their own right as the :
Sibling of Thomas Patrick Knox, Deceased; :
:
PATRICIA B. LALLEY in their own right as the :
Sibling of Thomas Patrick Knox, Deceased; :
:
PATRICIA B. KNOX in their own right as the :
Parent of Thomas Patrick Knox, Deceased; :
RONALD J WILLETT, as Personal :
Representative of the Estate of John Charles :
Willett, Deceased and on behalf of all :
beneficiaries of John Charles Willett; :
:
LUCILLE C. WILLETT in their own right as the :
Parent of John Charles Willett, Deceased; :
:
LAKSHMI CHALASANI, as Personal :
Representative of the Estate of Swarna Chalasani, :
Deceased and on behalf of all beneficiaries of :
Swarna Chalasani; :

NAGESWARARAO CHALASANI, as Personal          :
Representative of the Estate of Swarna Chalasani,   :
Deceased and on behalf of all beneficiaries of       :
Swarna Chalasani;                                    :
                                                     :
SANDHYA CHALASANI in their own right as       :
the Sibling of Swarna Chalasani, Deceased;           :
                                                     :
SUJANA CHALASANI in their own right as the    :
Sibling of Swarna Chalasani, Deceased;               :
                                                     :
VENKATESWANANGO CHALASANI in their           :
own right as the Sibling of Swarna Chalasani,        :
Deceased;                                            :

SPOUSE DOE AP18 as Personal Representative    :
of the Estate of DOE AP18, Deceased and on          :
behalf of all beneficiaries of DOE AP18,             :
Deceased;                                            :

SPOUSE DOE AP19 as Personal Representative    :
of the Estate of DOE AP19, Deceased and on          :
behalf of all beneficiaries of DOE AP19,             :
Deceased;                                            :
                                                     :
JORDAN CAYNE in their own right as the        :
Parent of Jason David Cayne, Deceased;               :
                                                     :
SUZAN CAYNE in their own right as the Parent  :
of Jason David Cayne, Deceased;                      :

SPOUSE DOE AP20 as Personal Representative    :
of the Estate of DOE AP20, Deceased and on          :
behalf of all beneficiaries of DOE AP20,             :
Deceased;                                            :
                                                     :
SIBLING DOE AP131 in their own right as the   :
Sibling of DOE AP131, Deceased;                      :
                                                     :
SIBLING DOE AP130 in their own right as the   :
Sibling of DOE AP130, Deceased;                      :

SPOUSE DOE AP55 as Personal Representative    :
of the Estate of DOE AP55, Deceased and on          :
behalf of all beneficiaries of DOE AP55,             :
Deceased;                                            :
                                                     :
CHILD DOE AP56 in their own right as the      :
Child of DOE AP56, Deceased;                         :
CHILD DOE AP57 in their own right as the      :
Child of DOE AP57, Deceased;                         :

                                                                    :

LYNNE CILLO-CAPALDO, as Personal                                    :
Representative of the Estate of Elaine Cillo,                        :
Deceased and on behalf of all beneficiaries of                      :
Elaine Cillo;                                                       :
                                                                    :
GARY CILLO in their own right as the Sibling                        :
of Elaine Cillo, Deceased;                                          :
                                                                    :
NUNZI C. CILLO in their own right as the                            :
Parent of Elaine Cillo, Deceased;                                   :
                                                                    :
ALEXANDER SANTORA, as Personal                                      :
Representative of the Estate of Christopher A.                      :
Santora, Deceased and on behalf of all                              :
beneficiaries of Christopher A. Santora;                            :

MAUREEN SANTORA, as Personal                                        :
Representative of the Estate of Christopher A.                      :
Santora, Deceased and on behalf of all                              :
beneficiaries of Christopher A. Santora;                            :
                                                                    :
JENNIFER SANTORA in their own right as the                          :
Sibling of Christopher A. Santora, Deceased;                        :
                                                                    :
KATHLEEN SANTORA-MONTALI in their                                   :
own right as the Sibling of Christopher A.                          :
Santora, Deceased;                                                 :
                                                                    :
PATRICIA SANTORA in their own right as the                          :
Sibling of Christopher A. Santora, Deceased;                        :
                                                                    :
PARENT DOE AP58 as Personal Representative                          :
of the Estate of DOE AP58, Deceased and on                          :
behalf of all beneficiaries of DOE AP58,
Deceased;                                                          :

SPOUSE DOE AP62 as Personal Representative                          :
of the Estate of DOE AP62, Deceased and on                          :
behalf of all beneficiaries of DOE AP62,                            :
Deceased;                                                          :
                                                                    :
CHILD DOE AP63 in their own right as the                            :
Child of DOE AP63, Deceased;                                        :

CHILD DOE AP64 in their own right as the                            :
Child of DOE AP64, Deceased;                                        :
                                                                    :
                                                                    :
CHILD DOE AP65 in their own right as the                            :
Child of DOE AP65, Deceased;                                        :

                                  23

STEVEN T. CAMPBELL, as Personal                :
Representative of the Estate of Jill Marie        :
Campbell, Deceased and on behalf of all           :
beneficiaries of Jill Marie Campbell;            :
                                                 :
JEANNE M. MAURER in their own right as the       :
Parent of Jill Marie Campbell, Deceased;         :
                                                 :
JOSEPH MAURER in their own right as the          :
Parent of Jill Marie Campbell, Deceased;         :
                                                 :
LINDA MAURER in their own right as the           :
Sibling of Jill Marie Campbell, Deceased;        :

SIBLING DOE AP69 as Personal Representative      :
of the Estate of DOE AP69, Deceased and on       :
behalf of all beneficiaries of DOE AP69,         :
Deceased;                                        :
                                                 :
PARENT DOE AP67 in their own right as the        :
Parent of DOE AP67, Deceased;                    :
                                                 :
SIBLING DOE AP66 in their own right as the       :
Sibling of DOE AP66, Deceased;                   :
                                                 :
SIBLING DOE AP70 as Personal Representative      :
of the Estate of DOE AP70, Deceased and on       :
behalf of all beneficiaries of DOE AP70,         :
Deceased;                                        :
                                                 :
PARENT DOE AP72 in their own right as the        :
Parent of DOE AP72, Deceased;                    :
                                                 :
SIBLING DOE AP71 in their own right as the       :
Sibling of DOE AP71, Deceased;                   :

ELIZABETH ALDERMAN, as Personal                  :
Representative of the Estate of Peter Craig       :
Alderman, Deceased and on behalf of all          :
beneficiaries of Peter Craig Alderman;           :

STEPHEN ALDERMAN, as Personal                    :
Representative of the Estate of Peter Craig       :
Alderman, Deceased and on behalf of all          :
beneficiaries of Peter Craig Alderman;           :
                                                 :
JANE ALDERMAN in their own right as the          :
Sibling of Peter Craig Alderman, Deceased;       :
DENISE DANAHY DUFFY in their own right           :
as the Sibling of Patrick William Danahy,        :
Deceased;                                        :

24

:

:

FRANCIS L. DANAHY, JR. in their own right                    :
as the Parent of Patrick William Danahy,                     :
Deceased;                                                    :

                                                             :

JOHN M. DANAHY in their own right as the                     :
Sibling of Patrick William Danahy, Deceased;                 :

                                                             :

KATHLEEN A. DANAHY SAMUELSON in                              :
their own right as the Sibling of Patrick William            :
Danahy, Deceased;                                            :

                                                             :

MARY-ANNE DWYER DANAHY in their own                          :
right as the Parent of Patrick William Danahy,               :
Deceased;                                                    :

                                                             :

MARYANNE DANAHY in their own right as                        :
the Sibling of Patrick William Danahy,                       :
Deceased;                                                    :

                                                             :

MICHAEL FRANCIS DANAHY in their own                          :
right as the Sibling of Patrick William Danahy,              :
Deceased;                                                    :

NANCY DORIS TZEMIS, as Personal                              :
Representative of the Estate of Jennifer Lynn                :
Tzemis, Deceased and on behalf of all                        :
beneficiaries of Jennifer Lynn Tzemis;                       :

STAMATIOS K. TZEMIS, as Personal                             :
Representative of the Estate of Jennifer Lynn                :
Tzemis, Deceased and on behalf of all                        :
beneficiaries of Jennifer Lynn Tzemis;                       :

                                                             :

NICOLE TZEMIS in their own right as the                      :
Sibling of Jennifer Lynn Tzemis, Deceased;                   :

SOPHIA TZEMIS in their own right as the                      :
Sibling of Jennifer Lynn Tzemis, Deceased;                   :

                                                             :

SPOUSE DOE AP87 as Personal Representative                   :
of the Estate of DOE AP87, Deceased and on                   :
behalf of all beneficiaries of DOE AP87,                     :
Deceased;                                                    :

                                                             :

DEBORAH ANN HUDSON in their own right                        :
as the Sibling of Carl Eugene Molinaro,                      :
Deceased;                                                    :

EUGENE MOLINARO in their own right as the
Parent of Carl Eugene Molinaro, Deceased;

JOAN MOLINARO in their own right as the
Parent of Carl Eugene Molinaro, Deceased;

LAWRENCE C. MOLINARO in their own right
as the Sibling of Carl Eugene Molinaro,
Deceased;

SIBLING DOE AP89 in their own right as the
Sibling of DOE AP89, Deceased;

SIBLING DOE AP88 in their own right as the
Sibling of DOE AP88, Deceased;

BARBARA WENTWORTH in their own right as
the Sibling of Lorraine Lee, Deceased;

JOAN GREENE in their own right as the Parent
of Lorraine Lee, Deceased;

JOHNNY LEE in their own right as the Spouse
of Lorraine Lee, Deceased;

PATRICIA REILLY in their own right as the
Sibling of Lorraine Lee, Deceased;

TERENCE GREENE in their own right as the
Sibling of Lorraine Lee, Deceased;

THOMAS M. GREENE in their own right as the
Sibling of Lorraine Lee, Deceased;

TIMOTHY R. GREENE in their own right as the
Sibling of Lorraine Lee, Deceased;

JOHN V. QUIGLEY in their own right as the
Sibling of Patrick J Quigley, IV, Deceased;

MIJA QUIGLEY in their own right as the Parent
of Patrick J Quigley, IV, Deceased;
RUTH QUIGLEY-LAWRENCE in their own
right as the Sibling of Patrick J Quigley, IV,
Deceased;

26

:

:

DEENA BURNETT, as Personal Representative                    :
of the Estate of Thomas E. Burnett, Jr., Deceased            :
and on behalf of all beneficiaries of Thomas E.              :
Burnett, Jr.;                                                :

:

MARTHA JANE BURNETT in their own right                       :
as the Sibling of Thomas E. Burnett, Jr.,                    :
Deceased;                                                    :

:

MARY MARGARET JURGENS in their own                           :
right as the Sibling of Thomas E. Burnett, Jr.,              :
Deceased;                                                    :

:

CHRISTINA RESTA, as Personal                                 :
Representative of the Estate of John Thomas                  :
Resta, Deceased and on behalf of all beneficiaries           :
of John Thomas Resta;                                        :

:

BERNARD RESTA in their own right as the                      :
Parent of John Thomas Resta, Deceased;                       :

:

CHRISTINE MAZZEO in their own right as the                   :
Sibling of John Thomas Resta, Deceased;                      :

:

DAWN ANGRISANI in their own right as the                     :
Sibling of John Thomas Resta, Deceased;                      :

:

MICHAEL RESTA in their own right as the                      :
Sibling of John Thomas Resta, Deceased;                      :

:

THOMAS RESTA in their own right as the                       :
Sibling of John Thomas Resta, Deceased;                      :

:

ROSEMARIE C. MARTIE in their own right as                    :
the Sibling of Salvatore J. Zisa, Deceased;                  :

:

PARENT DOE AP74, as Personal Representative                  :
of the Estate of DOE AP74, Deceased, and on                  :
behalf of all beneficiaries of DOE AP74,                     :
Deceased                                                     :

:

PARENT DOE AP73, as Personal Representative                  :
of the Estate of DOE AP73, Deceased, and on                  :
behalf of all beneficiaries of DOE AP73,                     :
Deceased                                                     :

THOMAS REIDY, as Personal Representative of
the Estate of Gregory Reidy, Deceased and on
behalf of all beneficiaries of Gregory Reidy;

MARY L. REIDY in their own right as the
Parent of Gregory Reidy, Deceased;
SPOUSE DOE AP76 as Personal Representative
of the Estate of DOE AP76, Deceased and on
behalf of all beneficiaries of DOE AP76,
Deceased;

HORACE G. WHITTINGTON in their own right
as the Parent of Leslie Ann Whittington,
Deceased;

KIRK WHITTINGTON in their own right as the
Sibling of Leslie Ann Whittington, Deceased;

MICHAEL T. WHITTINGTON in their own
right as the Sibling of Leslie Ann Whittington,
Deceased;

SARA GUEST in their own right as the Sibling
of Leslie Ann Whittington, Deceased;

JOYCE L. JOHNSON, as Personal
Representative of the Estate of Dennis M.
Johnson, Deceased and on behalf of all
beneficiaries of Dennis M. Johnson;

DAWN MARIE JOHNSON in their own right as
the Child of Dennis M. Johnson, Deceased;

DIANE CZLAPINSKI in their own right as the
Sibling of Dennis M. Johnson, Deceased;

ELVA JOHNSON in their own right as the
Parent of Dennis M. Johnson, Deceased;

GAIL LINDNER in their own right as the Sibling
of Dennis M. Johnson, Deceased;

ROBERT JOHNSON in their own right as the
Parent of Dennis M. Johnson, Deceased;
MICHAEL TAVOLARELLA, as Personal
Representative of the Estate of Deborah Medwig,
Deceased and on behalf of all beneficiaries of
Deborah Medwig;

28

:

JUDITH KAY HARDACRE, as Personal                    :
Representative of the Estate of Gerald Hardacre,     :
Deceased and on behalf of all beneficiaries of      :
Gerald Hardacre;                                    :

LORRAINE MOSKAL, as Personal                        :
Representative of the Estate of William David       :
Moskal, Deceased and on behalf of all               :
beneficiaries of William David Moskal;              :
                                                    :
GILA BARZVI, as Personal Representative of          :
the Estate of Guy Barzvi, Deceased and on behalf    :
of all beneficiaries of Guy Barzvi;                 :
                                                    :
SIBLING DOE AP78 in their own right as the          :
Sibling of DOE AP78, Deceased;                      :
                                                    :
DELORES LAVERDE, as Personal                        :
Representative of the Estate of Jeannine            :
LaVerde, Deceased and on behalf of all              :
beneficiaries of Jeannine LaVerde;                  :
                                                    :
THOMAS A. LAVERDE in their own right as             :
the Sibling of Jeannine LaVerde, Deceased;          :
                                                    :
JOHN P. BAESZLER, as Personal                       :
Representative of the Estate of Jane Ellen          :
Baeszler, Deceased and on behalf of all             :
beneficiaries of Jane Ellen Baeszler;               :
JENNIFER D'AURIA, as Personal                       :
Representative of the Estate of Joseph R. Allen,    :
Deceased and on behalf of all beneficiaries of      :
Joseph R. Allen;                                    :
                                                    :
MICHAEL J. ALLEN, as Personal                       :
Representative of the Estate of Joseph R. Allen,    :
Deceased and on behalf of all beneficiaries of      :
Joseph R. Allen;                                    :
                                                    :
ROOSEVELT STALLWORTH, SR. in their own              :
right as the Parent of Marsha Ratchford,            :
Deceased;                                           :
                                                    :
HAVEN A. FYFE, as Personal Representative of        :
the Estate of Karleton D. Fyfe, Deceased and on     :
behalf of all beneficiaries of Karleton D. Fyfe;    :

KAREN REILLY, as Personal Representative of
the Estate of Ronald G. Tartaro, Deceased and on
behalf of all beneficiaries of Ronald G. Tartaro;

ROSANNA P. TARTARO in their own right as
the Sibling of Ronald G. Tartaro, Deceased;

TERESA TARTARO in their own right as the
Parent of Ronald G. Tartaro, Deceased;

WILLIAM TARTARO in their own right as the
Parent of Ronald G. Tartaro, Deceased;

BARRY COHEN, as Personal Representative of
the Estate of Kevin Sanford Cohen, Deceased
and on behalf of all beneficiaries of Kevin
Sanford Cohen;

MARCIA COHEN in their own right as the
Parent of Kevin Sanford Cohen, Deceased;

SPOUSE DOE AP136 as Personal
Representative of the Estate of DOE AP136,
Deceased and on behalf of all beneficiaries of
DOE AP136, Deceased;

SOLOMON GAYLE, as Personal Representative
of the Estate of Seilai Khoo, Deceased and on
behalf of all beneficiaries of Seilai Khoo;

GRACE LIEBERMAN, as Personal
Representative of the Estate of Michael Jude
D'Esposito, Deceased and on behalf of all
beneficiaries of Michael Jude D'Esposito;

RALPH D'ESPOSITO in their own right as the
Parent of Michael Jude D'Esposito, Deceased;

DANIEL J. SHEEHAN, as Personal
Representative of the Estate of Linda June
Sheehan, Deceased and on behalf of all
beneficiaries of Linda June Sheehan;

ROBERT D. SHEEHAN in their own right as the
Sibling of Linda June Sheehan, Deceased;

30

GAIL HOFFMANN, as Personal Representative                    :
of the Estate of Michele Hoffmann, Deceased                 :
and on behalf of all beneficiaries of Michele               :
Hoffmann;                                                   :
                                                            :
CATHERINE POWELL, as Personal                               :
Representative of the Estate of Scott Allen                  :
Powell, Deceased and on behalf of all                       :
beneficiaries of Scott Allen Powell;                        :
                                                            :
CHRISTINA KMINEK, as Personal                               :
Representative of the Estate of Marirae Sopper,             :
Deceased and on behalf of all beneficiaries of              :
Marirae Sopper;                                             :
                                                            :
MARION KMINEK in their own right as the                     :
Parent of Marirae Sopper, Deceased;                         :
                                                            :
R. BILL SOPPER in their own right as the Parent             :
of Marirae Sopper, Deceased;                                :
                                                            :
TAMMY SOPPER in their own right as the                      :
Sibling of Marirae Sopper, Deceased;                        :
                                                            
SUZANNE S. MLADENIK, as Personal                            :
Representative of the Estate of Jeffrey P.                   :
Mladenik, Deceased and on behalf of all                     :
beneficiaries of Jeffrey P. Mladenik;                       :
                                                            :
KATHLEEN MLADENIK in their own right as                     :
the Parent of Jeffrey P. Mladenik, Deceased;                :
                                                            :
MICHAEL MLADENIK in their own right as the                  :
Sibling of Jeffrey P. Mladenik, Deceased;                   :
                                                            :
RICHARD MLADENIK in their own right as the                  :
Parent of Jeffrey P. Mladenik, Deceased;                    :
                                                            :
SCOTT L. MLADENIK in their own right as the                 :
Sibling of Jeffrey P. Mladenik, Deceased;                   :
                                                            :
ERIC LABORIE, as Personal Representative of                 :
the Estate of Kathryn Laborie, Deceased and on              :
behalf of all beneficiaries of Kathryn Laborie;             :
                                                            :
RYAN PEMBERTON, as Personal                                 :
Representative of the Estate of Susan Marie                  :
Sauer, Deceased and on behalf of all                        :
beneficiaries of Susan Marie Sauer;                         :

31

STELLA OLENDER, as Personal Representative
of the Estate of Christine Olender, Deceased and
on behalf of all beneficiaries of Christine
Olender;

CONRAD S. OLENDER in their own right as
the Sibling of Christine Olender, Deceased;

JOHN OLENDER in their own right as the
Parent of Christine Olender, Deceased;

THERESE WINTERS in their own right as the
Sibling of Christine Olender, Deceased;

MARTIN COLLINS, as Personal Representative
of the Estate of John Michael Collins, Deceased
and on behalf of all beneficiaries of John Michael
Collins;

ANNA E. COLLINS in their own right as the
Parent of John Michael Collins, Deceased;

ANNE M. COLLINS LEMANSKI in their own
right as the Sibling of John Michael Collins,
Deceased;

EILEEN BYRNE in their own right as the
Sibling of John Michael Collins, Deceased;

MARTIN COLLINS in their own right as the
Sibling of John Michael Collins, Deceased;

PATRICIA AMO in their own right as the
Sibling of John Michael Collins, Deceased;

MATTHEW T. SELLITTO, as Personal
Representative of the Estate of Matthew Carmen
Sellitto, Deceased and on behalf of all
beneficiaries of Matthew Carmen Sellitto;

JONATHAN SELLITTO in their own right as
the Sibling of Matthew Carmen Sellitto,
Deceased;

LOREEN SELLITTO in their own right as the
Parent of Matthew Carmen Sellitto, Deceased;

NELLY BRAGINSKY, as Personal
Representative of the Estate of Alexander
Braginsky, Deceased and on behalf of all
beneficiaries of Alexander Braginsky;

MONICA IKEN, as Personal Representative of
the Estate of Michael Patrick Iken, Deceased and
on behalf of all beneficiaries of Michael Patrick
Iken;

ANNE HABEEB in their own right as the Sibling
of Michael Patrick Iken, Deceased;

GERARD IKEN in their own right as the Sibling
of Michael Patrick Iken, Deceased;

JEFFERSON H. CROWTHER, as Personal
Representative of the Estate of Welles Remy
Crowther, Deceased and on behalf of all
beneficiaries of Welles Remy Crowther;

ALISON REMY CROWTHER in their own right
as the Parent of Welles Remy Crowther,
Deceased;

HONOR ELIZABETH CROWTHER in their
own right as the Sibling of Welles Remy
Crowther, Deceased;

PAIGE H. CROWTHER in their own right as the
Sibling of Welles Remy Crowther, Deceased;

TESSIE MOLINA, as Personal Representative of
the Estate of Christopher Hugh Forsythe,
Deceased and on behalf of all beneficiaries of
Christopher Hugh Forsythe;

VALERIY SAVINKIN, as Personal
Representative of the Estate of Vladimir
Savinkin, Deceased and on behalf of all
beneficiaries of Vladimir Savinkin;

GALINA SAVINKINA in their own right as the
Sibling of Vladimir Savinkin, Deceased;

VALENTINA SAVINKINA in their own right as
the Parent of Vladimir Savinkin, Deceased;

33

EDWARD N. LEE, as Personal Representative                    :
of the Estate of Juanita Lee, Deceased and on               :
behalf of all beneficiaries of Juanita Lee;                 :
                                                            :
ANTHONY JOHNSON in their own right as the                   :
Sibling of Juanita Lee, Deceased;                           :
                                                            :
CHERLY WITHERSPOON in their own right as                    :
the Sibling of Juanita Lee, Deceased;                       :
                                                            :
GENEVA JOHNSON in their own right as the                    :
Parent of Juanita Lee, Deceased;                            :
                                                            :
JANET JOHNSON in their own right as the                     :
Sibling of Juanita Lee, Deceased;                           :
                                                            :
JOHN JOHNSON in their own right as the                      :
Sibling of Juanita Lee, Deceased;                           :
                                                            :
NICHOLE WILLIAMS in their own right as the                  :
Child of Juanita Lee, Deceased;                             :
                                                            :
SHIRLEY WALKER in their own right as the                    :
Sibling of Juanita Lee, Deceased;                           :
                                                            :
MILDRED HARRIS in their own right as the                    :
Parent of Stewart D. Harris, Deceased;                      :
                                                            :
R. JAY HARRIS in their own right as the Parent              :
of Stewart D. Harris, Deceased;                             :
                                                            :
SARA M. MULLIGAN, as Personal                               :
Representative of the Estate of Peter James                 :
Mulligan, Deceased and on behalf of all                     :
beneficiaries of Peter James Mulligan;                      :
                                                            :
NANCY MULLIGAN in their own right as the                    :
Parent of Peter James Mulligan, Deceased;                   :
                                                            :
THOMAS MULLIGAN in their own right as the                   :
Parent of Peter James Mulligan, Deceased;                   :
                                                            :
FRANK DOMINGUEZ, as Personal                                :
Representative of the Estate of Jerome                       :
Dominguez, Deceased and on behalf of all                    :
beneficiaries of Jerome Dominguez;                          :

MORTON WEINBERG, as Personal                    :
Representative of the Estate of Michael T.       :
Weinberg, Deceased and on behalf of all          :
beneficiaries of Michael T. Weinberg;            :
                                                 :
JOHN WEINBERG in their own right as the          :
Sibling of Michael T. Weinberg, Deceased;        :
                                                 :
MARY P. WEINBERG in their own right as the       :
Parent of Michael T. Weinberg, Deceased;         :
                                                 :
PATRICIA WANGERMAN in their own right as         :
the Sibling of Michael T. Weinberg, Deceased;    :
                                                 :
PAUL DEANGELIS, as Personal Representative       :
of the Estate of Robert J. DeAngelis, Jr.,       :
Deceased and on behalf of all beneficiaries of   :
Robert J. DeAngelis, Jr.;                        :
                                                 :
SPOUSE DOE AP92 in their own right as the        :
Spouse of DOE AP92, Deceased;                    :
                                                 :
                                                 :
KATHLEEN VIGIANO, as Personal                    :
Representative of the Estate of Joseph Vincent   :
Vigiano, Deceased and on behalf of all           :
beneficiaries of Joseph Vincent Vigiano;         :
                                                 :
JEANETTE VIGIANO in their own right as the       :
Parent of Joseph Vincent Vigiano, Deceased;      :
                                                 :
JOHN T. VIGIANO in their own right as the        :
Parent of Joseph Vincent Vigiano, Deceased;      :
                                                 :
IRA BLAU, as Personal Representative of the      :
Estate of Rita Blau, Deceased and on behalf of all :
beneficiaries of Rita Blau;                      :
                                                 :
MICHELE BUFFOLINO in their own right as          :
the Child of Rita Blau, Deceased;                :
                                                 :
NICOLE EFFRESS in their own right as the         :
Child of Rita Blau, Deceased;                    :
                                                 :
CAROL BARAN, as Personal Representative of       :
the Estate of Walter Baran, Deceased and on      :
behalf of all beneficiaries of Walter Baran;     :

ANNA M. GRANVILLE in their own right as
the Sibling of Walter Baran, Deceased;

GARY S. NELSON, as Personal Representative
of the Estate of Ann Nicole Nelson, Deceased
and on behalf of all beneficiaries of Ann Nicole
Nelson;

JENETTE NELSON in their own right as the
Parent of Ann Nicole Nelson, Deceased;

SCOTT T. NELSON in their own right as the
Sibling of Ann Nicole Nelson, Deceased;

LENORE RAIMONDI, as Personal
Representative of the Estate of Peter F.
Raimondi, Deceased and on behalf of all
beneficiaries of Peter F. Raimondi;

RICHARD CANNAVA, as Personal
Representative of the Estate of Lisa Cannava,
Deceased and on behalf of all beneficiaries of
Lisa Cannava;

ANTONIO DIFATO in their own right as the
Parent of Lisa Cannava, Deceased;

TERESA DIFATO in their own right as the
Parent of Lisa Cannava, Deceased;

SUSAN DIFATO, as Personal Representative of
the Estate of John DiFato, Deceased and on
behalf of all beneficiaries of John DiFato;

ANTONIO DIFATO in their own right as the
Parent of John DiFato, Deceased;

TERESA DIFATO in their own right as the
Parent of John DiFato, Deceased;

FRANK FAVA, as Personal Representative of
the Estate of Shannon Marie Fava, Deceased and
on behalf of all beneficiaries of Shannon Marie
Fava;

DENNIS NIELSEN, SR. in their own right as the
Parent of Shannon Marie Fava, Deceased;

DENNIS NIELSEN, JR. in their own right as the
Sibling of Shannon Marie Fava, Deceased;

36

ROSE NIELSEN in their own right as the Parent
of Shannon Marie Fava, Deceased;

ANA TEMPESTA, as Personal Representative of
the Estate of Anthony Tempesta, Deceased and
on behalf of all beneficiaries of Anthony
Tempesta;

CLIFFORD TEMPESTA in their own right as
the Sibling of Anthony Tempesta, Deceased;

CLIFFORD D. TEMPESTA in their own right as
the Parent of Anthony Tempesta, Deceased;

DOROTHY TEMPESTA in their own right as
the Parent of Anthony Tempesta, Deceased;

MICHAEL TEMPESTA in their own right as the
Sibling of Anthony Tempesta, Deceased;

SIBLING DOE AP79 in their own right as the
Sibling of DOE AP79, Deceased;

DAVID W. HARRELL in their own right as the
Sibling of Stephen G. Harrell, Deceased;

HARVEY L. HARRELL in their own right as the
Parent of Stephen G. Harrell, Deceased;

MIRIAM F. HARRELL in their own right as the
Parent of Stephen G. Harrell, Deceased;

MOLLY DUNE in their own right as the Sibling
of Stephen G. Harrell, Deceased;

SIBLING DOE AP80 in their own right as the
Sibling of DOE AP80, Deceased;

DAVID W. HARRELL in their own right as the
Sibling of Harvey L. Harrell, Deceased;

MOLLY DUNE in their own right as the Sibling
of Harvey L. Harrell, Deceased;

MARIE VISCIANO, as Personal Representative
of the Estate of Joseph Gerard Visciano,
Deceased and on behalf of all beneficiaries of
Joseph Gerard Visciano;

FRANK VISCIANO in their own right as the
Parent of Joseph Gerard Visciano, Deceased;

JASON VISCIANO in their own right as the
Sibling of Joseph Gerard Visciano, Deceased;

ROBERT VISCIANO in their own right as the
Sibling of Joseph Gerard Visciano, Deceased;


DOROTHY GIOVINAZZO, as Personal
Representative of the Estate of Martin
Giovinazzo, Deceased and on behalf of all
beneficiaries of Martin Giovinazzo;

ANGELA QUINN in their own right as the
Sibling of Martin Giovinazzo, Deceased;

CONCETTA BONNER in their own right as the
Sibling of Martin Giovinazzo, Deceased;

DOMENICA GIOVINAZZO in their own right
as the Parent of Martin Giovinazzo, Deceased;

MARTIN GIOVINAZZO, SR. in their own right
as the Parent of Martin Giovinazzo, Deceased;

ROSE MAHONEY in their own right as the
Sibling of Martin Giovinazzo, Deceased;

JOANN DEL PRETE in their own right as the
Sibling of Joseph Reina, Jr., Deceased;

JOSEPH REINA, SR. in their own right as the
Parent of Joseph Reina, Jr., Deceased;

LISA REINA in their own right as the Spouse of
Joseph Reina, Jr., Deceased;

MICHAEL REINA in their own right as the
Sibling of Joseph Reina, Jr., Deceased;

ROSEMARIE REINA in their own right as the
Parent of Joseph Reina, Jr., Deceased;

FRANCES PATTI, as Personal Representative of
the Estate of Cira Marie Patti, Deceased and on
behalf of all beneficiaries of Cira Marie Patti;

MICHAEL PATTI, as Personal Representative of
the Estate of Cira Marie Patti, Deceased and on
behalf of all beneficiaries of Cira Marie Patti;

JULIANN PATTI-ANDOLPHO in their own
right as the Sibling of Cira Marie Patti, Deceased;

MICHAEL PATTI, JR. in their own right as the
Sibling of Cira Marie Patti, Deceased;

RICHARD P. PATTI in their own right as the
Sibling of Cira Marie Patti, Deceased;

JULIO CACERES in their own right as the
Spouse of Lillian Caceres, Deceased;

ROSEANNA STABILE, as Personal
Representative of the Estate of Michael F.
Stabile, Deceased and on behalf of all
beneficiaries of Michael F. Stabile;

MICHELE STABILE in their own right as the
Child of Michael F. Stabile, Deceased;

ROBERT STABILE in their own right as the
Child of Michael F. Stabile, Deceased;

MICHELE DEFAZIO, as Personal
Representative of the Estate of Jason DeFazio,
Deceased and on behalf of all beneficiaries of
Jason DeFazio;

JAMES DEFAZIO in their own right as the
Parent of Jason DeFazio, Deceased;

MICHAEL DEFAZIO in their own right as the
Sibling of Jason DeFazio, Deceased;

ROSEANN DEFAZIO in their own right as the
Parent of Jason DeFazio, Deceased;

AMY WATERS DAVIDSON, as Personal                    :
Representative of the Estate of Scott Davidson,      :
Deceased and on behalf of all beneficiaries of      :
Scott Davidson;                                     :
                                                    :
CARLA DIMAGGIO in their own right as the            :
Parent of Scott Davidson, Deceased;                 :
                                                    :
MICHAEL DAVIDSON in their own right as the          :
Sibling of Scott Davidson, Deceased;                :
                                                    :
                                                    :
STEPHEN DAVIDSON in their own right as the          :
Parent of Scott Davidson, Deceased;                 :
                                                    :
CHERI MAGNUS SPARACIO, as Personal                  :
Representative of the Estate of Thomas Sparacio,    :
Deceased and on behalf of all beneficiaries of      :
Thomas Sparacio;                                    :
                                                    :
DEBRA KLEMOWITZ in their own right as the           :
Sibling of Thomas Sparacio, Deceased;               :
                                                    :
DOREEN LANZA in their own right as the              :
Sibling of Thomas Sparacio, Deceased;               :
                                                    :
EDITH SPARACIO in their own right as the            :
Parent of Thomas Sparacio, Deceased;                :
                                                    :
JACK SPARACIO in their own right as the             :
Sibling of Thomas Sparacio, Deceased;               :
                                                    :
ADRIENNE TRIGGS in their own right as the           :
Sibling of Monica Goldstein, Deceased;              :
                                                    :
CECILIA GOLDSTEIN in their own right as the         :
Parent of Monica Goldstein, Deceased;               :
                                                    :
MORRIS SONNY GOLDSTEIN in their own                 :
right as the Parent of Monica Goldstein,            :
Deceased;                                           :
                                                    :
CHIARA PESCE, as Personal Representative of         :
the Estate of Danny Pesce, Deceased and on          :
behalf of all beneficiaries of Danny Pesce;         :

40

PAUL PESCE, as Personal Representative of the
Estate of Danny Pesce, Deceased and on behalf
of all beneficiaries of Danny Pesce;

ANGELA FRUNZI in their own right as the
Sibling of Danny Pesce, Deceased;

FRANK PESCE in their own right as the Sibling
of Danny Pesce, Deceased;

MAUREEN A. RAUB, as Personal
Representative of the Estate of William R. Raub,
Deceased and on behalf of all beneficiaries of
William R. Raub;

IRENE SPINA in their own right as the Parent of
Lisa L. Spina-Trerotola, Deceased;

MARIO SPINA in their own right as the Parent
of Lisa L. Spina-Trerotola, Deceased;

PAUL M. SPINA in their own right as the
Sibling of Lisa L. Spina-Trerotola, Deceased;

KENNETH D. OLSON in their own right as the
Sibling of Steven J. Olson, Deceased;

PATRICIA OLSON in their own right as the
Spouse of Steven J. Olson, Deceased;

SHELLEY SIMON in their own right as the
Spouse of Paul J. Simon, Deceased;

DIANE MASSAROLI, as Personal
Representative of the Estate of Michael
Massaroli, Deceased and on behalf of all
beneficiaries of Michael Massaroli;

JOANN CLEARY in their own right as the
Sibling of Michael Massaroli, Deceased;

JOSEPHINE HOLUBAR in their own right as
the Parent of Michael Massaroli, Deceased;

SPOUSE DOE AP137 as Personal
Representative of the Estate of DOE AP137,
Deceased and on behalf of all beneficiaries of
DOE AP137, Deceased;

:

:
ALBERT A. CHAMBERLAIN in their own right          :
as the Parent of Michele Lanza, Deceased;          :

:
ALBERT G. CHAMBERLAIN in their own right          :
as the Sibling of Michele Lanza, Deceased;          :

:

:
CYNTHIA D. ORICCHIO in their own right as          :
the Sibling of Michele Lanza, Deceased;          :

:
ETHEL CHAMBERLAIN in their own right as          :
the Parent of Michele Lanza, Deceased;          :

:
SUSAN G. CHAMBERLAIN in their own right          :
as the Sibling of Michele Lanza, Deceased;          :

:
CHRISTINE PATTERSON, as Personal          :
Representative of the Estate of Adele Sessa,          :
Deceased and on behalf of all beneficiaries of          :
Adele Sessa;          :

:
IRENE SESSA, as Personal Representative of          :
the Estate of Adele Sessa, Deceased and on          :
behalf of all beneficiaries of Adele Sessa;          :

:
ALBERICO SESSA in their own right as the          :
Sibling of Adele Sessa, Deceased;          :

:
ELENA SANDBERG in their own right as the          :
Sibling of Adele Sessa, Deceased;          :

:
ALEX TABEEK, as Personal Representative of          :
the Estate of Joann Tabeek, Deceased and on          :
behalf of all beneficiaries of Joann Tabeek;          :

:
ELEANOR NEVILLE in their own right as the          :
Parent of Joann Tabeek, Deceased;          :

:
JAMES E. SMITH in their own right as the          :
Sibling of Joann Tabeek, Deceased;          :

:
MAUREEN PICKERING in their own right as          :
the Sibling of Joann Tabeek, Deceased;          :

MICHAEL SMITH in their own right as the                    :
Sibling of Joann Tabeek, Deceased;                         :

PATRICIA A. HEYNE in their own right as the                :
Sibling of Joann Tabeek, Deceased;                         :
                                                           :
                                                           :
WILLIAM SMITH in their own right as the                    :
Sibling of Joann Tabeek, Deceased;                         :
                                                           :
COURTNEY LIZABETH ACQUAVIVA, as                            :
Personal Representative of the Estate of Paul              :
Andrew Acquaviva, Deceased and on behalf of                :
all beneficiaries of Paul Andrew Acquaviva;                :
                                                           :
ALFRED ACQUAVIVA in their own right as                     :
the Parent of Paul Andrew Acquaviva, Deceased;             :

                                                           :
JOSEPHINE ACQUAVIVA in their own right as                  :
the Parent of Paul Andrew Acquaviva, Deceased;             :
                                                           :
KARA HADFIELD in their own right as the                    :
Sibling of Paul Andrew Acquaviva, Deceased;                :
                                                           :
COLLEEN D'AMATO in their own right as the                  :
Sibling of Martin Egan, Jr., Deceased;                     :

                                                           :
DIANE EGAN in their own right as the Spouse                :
of Martin Egan, Jr., Deceased;                             :
                                                           :
MARK EGAN in their own right as the Sibling                :
of Martin Egan, Jr., Deceased;                             :

                                                           :
MARTIN EGAN, SR. in their own right as the                 :
Parent of Martin Egan, Jr., Deceased;                      :
                                                           :
MICHAEL EGAN in their own right as the                     :
Sibling of Martin Egan, Jr., Deceased;                     :
                                                           :
PATRICIA EGAN in their own right as the                    :
Parent of Martin Egan, Jr., Deceased;                      :
                                                           :
ANNA MARIA EGAN, as Personal                               :
Representative of the Estate of Michael Egan,              :
Deceased and on behalf of all beneficiaries of             :
Michael Egan;                                              :

43

ALFONSO CUBAS, JR. in their own right as the  :
Sibling of Kenneth J. Cubas, Deceased;  :
   :
   :
DOROTHY CUBAS in their own right as the  :
Parent of Kenneth J. Cubas, Deceased;  :
   :
LAWRENCE CUBAS in their own right as the  :
Sibling of Kenneth J. Cubas, Deceased;  :
   :
TINA MARIE BILCHER, as Personal  :
Representative of the Estate of Brian Bilcher,  :
Deceased and on behalf of all beneficiaries of  :
Brian Bilcher;  :
   :
IRENE BILCHER in their own right as the  :
Parent of Brian Bilcher, Deceased;  :
   :
MILES BILCHER in their own right as the  :
Parent of Brian Bilcher, Deceased;  :
   :
JOHN BENEDETTO in their own right as the  :
Spouse of Denise Lenore Benedetto, Deceased;  :
   :
MICHAEL GIORDANO in their own right as the  :
Sibling of Denise Lenore Benedetto, Deceased;  :
   :
RINA RABINOWITZ in their own right as the  :
Sibling of Denise Lenore Benedetto, Deceased;  :
   :
KEVIN PUMA, as Personal Representative of  :
the Estate of Patricia Ann Puma, Deceased and
on behalf of all beneficiaries of Patricia Ann  :
Puma;  :
   :
ANTOINETTE NICHOLASI in their own right  :
as the Sibling of Patricia Ann Puma, Deceased;  :
   :
ELEANOR WILSON in their own right as the  :
Parent of Patricia Ann Puma, Deceased;  :
   :
ROBERT WILSON in their own right as the  :
Sibling of Patricia Ann Puma, Deceased;  :
   :
MARGARET MCDONNELL, as Personal  :
Representative of the Estate of Brian McDonnell,  :
Deceased and on behalf of all beneficiaries of  :
Brian McDonnell;  :

ALICIA ARANCIBIA in their own right as the
Sibling of Brian McDonnell, Deceased;

ANN CLAIRE MCDONNELL in their own right
as the Parent of Brian McDonnell, Deceased;

KEVIN MCDONNELL in their own right as the
Sibling of Brian McDonnell, Deceased;

ROBERT MCDONNELL in their own right as
the Sibling of Brian McDonnell, Deceased;

AGNES BERGIN in their own right as the Parent
of John P. Bergin, Deceased;

GEORGE M. BERGIN in their own right as the
Sibling of John P. Bergin, Deceased;

GEORGE R. BERGIN in their own right as the
Parent of John P. Bergin, Deceased;

MARY ELLEN O'ROURKE in their own right
as the Sibling of John P. Bergin, Deceased;

DAWN ESPOSITO, as Personal Representative
of the Estate of Francis Esposito, Deceased and
on behalf of all beneficiaries of Francis Esposito;

CATHERINE ESPOSITO in their own right as
the Sibling of Francis Esposito, Deceased;

DOMINICK ESPOSITO in their own right as the
Sibling of Francis Esposito, Deceased;

DOROTHY ESPOSITO in their own right as the
Parent of Francis Esposito, Deceased;

MICHAEL ESPOSITO in their own right as the
Parent of Francis Esposito, Deceased;

RICHARD ESPOSITO in their own right as the
Sibling of Francis Esposito, Deceased;

VINCENT ESPOSITO in their own right as the
Sibling of Francis Esposito, Deceased;

ANTHONY GUZZARDO, SR., as Personal        :
Representative of the Estate of Barbara    :
Guzzardo, Deceased and on behalf of all    :
beneficiaries of Barbara Guzzardo;         :
                                           :
FRANK ESPOSITO in their own right as the   :
Sibling of Michael Esposito, Deceased;     :
                                           :
JOSEPH ESPOSITO in their own right as the  :
Sibling of Michael Esposito, Deceased;     :
                                           :
ROSE ESPOSITO in their own right as the    :
Parent of Michael Esposito, Deceased;      :
                                           :
SALVATORE ESPOSITO in their own right as   :
the Sibling of Michael Esposito, Deceased; :
                                           :
SIMONE ESPOSITO in their own right as the  :
Sibling of Michael Esposito, Deceased;     :
                                           :
SIMONE ESPOSITO, SR. in their own right as :
the Parent of Michael Esposito, Deceased;  :
                                           :
JAMES ALARIO, SR., as Personal             :
Representative of the Estate of Margaret Alario, :
Deceased and on behalf of all beneficiaries of :
Margaret Alario;                           :
                                           :
CATHERINE JEZYCKI in their own right as the :
Parent of Margaret Alario, Deceased;       :
                                           :
MICHAEL JEZYCKI in their own right as the  :
Sibling of Margaret Alario, Deceased;      :
                                           :
STEPHEN JEZYCKI, SR. in their own right as :
the Parent of Margaret Alario, Deceased;   :
                                           :
STEPHEN JEZYCKI, JR. in their own right as :
the Sibling of Margaret Alario, Deceased;  :
                                           :
LOUIS TEMPLE, as Personal Representative of :
the Estate of Dorothy Temple, Deceased and on :
behalf of all beneficiaries of Dorothy Temple; :
                                           :
                                           :
JACKLYN TEMPLE in their own right as the   :
Sibling of Dorothy Temple, Deceased;       :
                                           :
LARRY TEMPLE in their own right as the     :
Sibling of Dorothy Temple, Deceased;       :

ANN LEAVY, as Personal Representative of the Estate of Neil J. Leavy, Deceased and on behalf of all beneficiaries of Neil J. Leavy;

JOHN P. LEAVY in their own right as the Parent of Neil J. Leavy, Deceased;

MARK LEAVY in their own right as the Sibling of Neil J. Leavy, Deceased;

NICOLE PETROCELLI, as Personal Representative of the Estate of Mark James Petrocelli, Deceased and on behalf of all beneficiaries of Mark James Petrocelli;

ALBERT P. PETROCELLI in their own right as the Parent of Mark James Petrocelli, Deceased;

ALBERT P. PETROCELLI, JR. in their own right as the Sibling of Mark James Petrocelli, Deceased;

VIRGINIA PETROCELLI in their own right as the Parent of Mark James Petrocelli, Deceased;

ELEANOR GILLETTE, as Personal Representative of the Estate of Evan Gillette, Deceased and on behalf of all beneficiaries of Evan Gillette;

AMELIA J. MARGIOTTA in their own right as the Parent of Charles Joseph Margiotta, Deceased;

CHARLES VITO MARGIOTTA in their own right as the Child of Charles Joseph Margiotta, Deceased;

MICHAEL MARGIOTTA in their own right as the Sibling of Charles Joseph Margiotta, Deceased;

ANTHONY GALANTE, as Personal Representative of the Estate of Deanna Micciulli Galante, Deceased and on behalf of all beneficiaries of Deanna Micciulli Galante;

47

JOSEPH C. MICCIULLI in their own right as the Sibling of Deanna Micciulli Galante, Deceased;

JOSEPH A. MICCIULLI in their own right as the Parent of Deanna Micciulli Galante, Deceased;

MARGARET MICCIULLI in their own right as the Parent of Deanna Micciulli Galante, Deceased;

TINA MALDONADO in their own right as the Sibling of Deanna Micciulli Galante, Deceased;

NICHOLAS MARIO CHIARCHIARO, SR., as Personal Representative of the Estate of Dorothy J. Chiarchiaro, Deceased and on behalf of all beneficiaries of Dorothy J. Chiarchiaro;

EVELYN DIAZ in their own right as the Sibling of Dorothy J. Chiarchiaro, Deceased;

IRENE ARGUELLES in their own right as the Sibling of Dorothy J. Chiarchiaro, Deceased;

LISA SOKOL in their own right as the Child of Dorothy J. Chiarchiaro, Deceased;

NICHOLAS J. CHIARCHIARO in their own right as the Child of Dorothy J. Chiarchiaro, Deceased;

CHRISTOPHER ROSSOMANDO in their own right as the Sibling of Nicholas P. Rossomando, Deceased;

DONNA DEROSS in their own right as the Sibling of Nicholas P. Rossomando, Deceased;

PETER CHARLES ROSSOMANDO in their own right as the Sibling of Nicholas P. Rossomando, Deceased;

PETER A. ROSSOMANDO in their own right as the Parent of Nicholas P. Rossomando, Deceased;

RALPH LUZZICONE, as Personal                  :
Representative of the Estate of Linda Anne     :
Luzzicone, Deceased and on behalf of all       :
beneficiaries of Linda Anne Luzzicone;         :
                                               :
CHERYL COX in their own right as the Sibling   :
of Linda Anne Luzzicone, Deceased;             :
                                               :
DEBRA LUZZICONE in their own right as the      :
Sibling of Linda Anne Luzzicone, Deceased;     :
                                               :
RALPH LUZZICONE, JR. in their own right as     :
the Sibling of Linda Anne Luzzicone, Deceased; :
                                               :
CHARLES RENDA, as Personal Representative      :
of the Estate of Karen Renda, Deceased and on  :
behalf of all beneficiaries of Karen Renda;    :
                                               :
DANIEL RENDA in their own right as the Child   :
of Karen Renda, Deceased;                      :
                                               :
BORIS BELILOVSKY, as Personal                  :
Representative of the Estate of Helen Belilovsky, :
Deceased and on behalf of all beneficiaries of :
Helen Belilovsky;                              :
                                               :
EMMA TISNOVSKIY in their own right as the      :
Parent of Helen Belilovsky, Deceased;          :
                                               :
LEONID TISNOVSKIY in their own right as the    :
Parent of Helen Belilovsky, Deceased;          :
                                               :
ROSTYSLAV TISNOVSKIY in their own right        :
as the Sibling of Helen Belilovsky, Deceased;  :
                                               :
MAUREEN MITCHELL, as Personal                  :
Representative of the Estate of Paul T. Mitchell, :
Deceased and on behalf of all beneficiaries of :
Paul T. Mitchell;                              :
                                               :
JENNIFER MITCHELL in their own right as the    :
Child of Paul T. Mitchell, Deceased;           :
                                               :
                                               :
MARIE D. MITCHELL in their own right as the    :
Sibling of Paul T. Mitchell, Deceased;         :

CATHERINE MORRISON BUCK, as Personal
Representative of the Estate of Gregory J. Buck,
Deceased and on behalf of all beneficiaries of
Gregory J. Buck;

ERIC BUCK in their own right as the Sibling of
Gregory J. Buck, Deceased;

ERNST H. BUCK in their own right as the
Parent of Gregory J. Buck, Deceased;

JOSEPHINE BUCK in their own right as the
Parent of Gregory J. Buck, Deceased;

CORNELIUS P. CLANCY, III in their own right
as the Sibling of Susan Clancy Conlon,
Deceased;

KEVIN S. CLANCY in their own right as the
Sibling of Susan Clancy Conlon, Deceased;

VERA CLANCY in their own right as the Parent
of Susan Clancy Conlon, Deceased;

LINDA MAFFEO, as Personal Representative of
the Estate of Joseph Maffeo, Deceased and on
behalf of all beneficiaries of Joseph Maffeo;

DEBRA MAFFEO MORRI in their own right as
the Sibling of Joseph Maffeo, Deceased;

DONNA MAFFEO in their own right as the
Sibling of Joseph Maffeo, Deceased;

JEAN MAFFEO in their own right as the Parent
of Joseph Maffeo, Deceased;

LINDA MAFFEO MANFREDI in their own
right as the Sibling of Joseph Maffeo, Deceased;

LOUIS MAFFEO in their own right as the Parent
of Joseph Maffeo, Deceased;

SUSAN MAFFEO DRURY in their own right as
the Sibling of Joseph Maffeo, Deceased;

50

PARENT DOE AP83, as Personal Representative
of the Estate of DOE AP83, Deceased, and on
behalf of all beneficiaries of DOE AP83,
Deceased

PARENT DOE AP84, as Personal Representative
of the Estate of DOE AP84, Deceased, and on
behalf of all beneficiaries of DOE AP84,
Deceased

SIBLING DOE AP82 in their own right as the
Sibling of DOE AP82, Deceased;

SIBLING DOE AP85 in their own right as the
Sibling of DOE AP85, Deceased;

JENNIFER NILSEN, as Personal Representative
of the Estate of Troy Edward Nilsen, Deceased
and on behalf of all beneficiaries of Troy Edward
Nilsen;

EDWARD NILSEN in their own right as the
Parent of Troy Edward Nilsen, Deceased;

FREDERICK E. CURRY, III, as Personal
Representative of the Estate of Beverly L. Curry,
Deceased and on behalf of all beneficiaries of
Beverly L. Curry;

DEBORAH M. CREW-JOHNSON in their own
right as the Sibling of Beverly L. Curry,
Deceased;

DOROTHY LAVERNE GREEN in their own
right as the Parent of Beverly L. Curry,
Deceased;

GENEE M. CHASE in their own right as the
Sibling of Beverly L. Curry, Deceased;

SHEILA A. LOLLIS in their own right as the
Sibling of Beverly L. Curry, Deceased;

JOHN DOUGLAS HIGLEY in their own right as
the Parent of Robert Dale Warren Higley, II,
Deceased;

FREDERICK OSTERHOUDT COX, as Personal
Representative of the Estate of Fred John Cox,
Deceased and on behalf of all beneficiaries of
Fred John Cox;

ANN DOUGLAS in their own right as the Parent
of Fred John Cox, Deceased;

AHUVA SHWARTZSTEIN in their own right as
the Parent of Allan Abraham Shwartzstein,
Deceased;

MICHAEL SHWARTZSTEIN in their own right
as the Sibling of Allan Abraham Shwartzstein,
Deceased;

ORLY SMALL in their own right as the Sibling
of Allan Abraham Shwartzstein, Deceased;

ED RADBURN, as Personal Representative of
the Estate of Betty Browne Radburn, Deceased
and on behalf of all beneficiaries of Betty
Browne Radburn;

TERESA HARGRAVE, as Personal
Representative of the Estate of Marianne Simone,
Deceased and on behalf of all beneficiaries of
Marianne Simone;

LISA CARDINALI in their own right as the
Child of Marianne Simone, Deceased;

LUCILLE BLEIMANN in their own right as the
Sibling of Marianne Simone, Deceased;

STEPHEN SIMONE in their own right as the
Child of Marianne Simone, Deceased;

VIRGINIA M. LIQUORI in their own right as
the Sibling of Marianne Simone, Deceased;

SPOUSE DOE AP182 as Personal
Representative of the Estate of DOE AP182,
Deceased and on behalf of all beneficiaries of
DOE AP182, Deceased;

BARBARA MCWILLIAMS in their own right as
the Sibling of Martin Edward McWilliams,
Deceased;

:

:

JOSEPH MCWILLIAMS in their own right as         :
the Sibling of Martin Edward McWilliams,        :
Deceased;                                       :
                                                :
LYNN MCWILLIAMS in their own right as the       :
Sibling of Martin Edward McWilliams,            :
Deceased;                                       :
                                                :
MARY MCWILLIAMS in their own right as the       :
Parent of Martin Edward McWilliams, Deceased;   :
                                                :
STACEY FARRELLY, as Personal                    :
Representative of the Estate of Joseph Farrelly,:
Deceased and on behalf of all beneficiaries of  :
Joseph Farrelly;                                :
                                                :
DENNIS FARRELLY in their own right as the       :
Sibling of Joseph Farrelly, Deceased;           :
                                                :
DEVIN FARRELLY in their own right as the        :
Child of Joseph Farrelly, Deceased;             :
                                                :
JOSEPH FARRELLY in their own right as the       :
Parent of Joseph Farrelly, Deceased;            :
                                                :
MICHAEL FARRELLY in their own right as          :
Sibling of Joseph Farrelly, Deceased;           :

                                                :
PATRICK M. FARRELLY in their own right as       :
the Sibling of Joseph Farrelly, Deceased;       :
                                                :
                                                :
RYAN FARRELLY in their own right as the         :
Child of Joseph Farrelly, Deceased;             :
                                                :
EDRICK DILLARD in their own right as the        :
Child of Eddie Dillard, Deceased;               :
                                                :
CYNTHIA LONG in their own right as the          :
Sibling of Stephen V. Long, Deceased;           :
                                                :
DAVID B. LONG in their own right as the         :
Sibling of Stephen V. Long, Deceased;           :
                                                :
GEORGE T. LONG in their own right as the        :
Parent of Stephen V. Long, Deceased;            :

GEORGE W. LONG in their own right as the
Sibling of Stephen V. Long, Deceased;

NANCY BURCHAM in their own right as the
Sibling of Stephen V. Long, Deceased;

SANDRA S. WEAVER in their own right as the
Parent of Stephen V. Long, Deceased;

SPOUSE DOE AP138 in their own right as the
Spouse of DOE AP138, Deceased;

ALICIA LEGUILLOW, as Personal
Representative of the Estate of Nestor A. Cintron,
Deceased and on behalf of all beneficiaries of
Nestor A. Cintron;

CHRISTOPHER J. CINTRON in their own right
as the Sibling of Nestor A. Cintron, Deceased;

FRED GONZALEZ, JR. in their own right as the
Sibling of Nestor A. Cintron, Deceased;

SPOUSE DOE AP139 as Personal
Representative of the Estate of DOE AP139,
Deceased and on behalf of all beneficiaries of
DOE AP139, Deceased;

LISA A. VENTURA, as Personal Representative
of the Estate of Felicia Hamilton, Deceased and
on behalf of all beneficiaries of Felicia Hamilton;

WALTER E. HAMILTON in their own right as
the Child of Felicia Hamilton, Deceased;

DARYL JOSEPH MEEHAN in their own right
as the Sibling of Colleen Ann Barkow, Deceased;

JOANN MEEHAN in their own right as the
Parent of Colleen Ann Barkow, Deceased;

THOMAS J. MEEHAN, III in their own right as
the Parent of Colleen Ann Barkow, Deceased;

ALLA PLAKHT, as Personal Representative of
the Estate of Igor Zukelman, Deceased and on
behalf of all beneficiaries of Igor Zukelman;

54

RAYMOND COLBERT, as Personal                    :
Representative of the Estate of Michel P. Colbert,   :
Deceased and on behalf of all beneficiaries of   :
Michel P. Colbert;                              :

WILLIAM J. NIELSEN, as Personal                 :
Representative of the Estate of Michel P. Colbert,   :
Deceased and on behalf of all beneficiaries of   :
Michel P. Colbert;                              :
                                                :
ELIZABETH J. TODD-COLBERT in their own          :
right as the Spouse of Michel P. Colbert,       :
Deceased;                                       :
                                                :
MARIE COLBERT in their own right as the         :
Parent of Michel P. Colbert, Deceased;          :
                                                :
JAMES LOVERO, as Personal Representative of     :
the Estate of Joseph Lovero, Deceased and on    :
behalf of all beneficiaries of Joseph Lovero;   :
                                                :
MAXINE MCCORMACK in their own right as          :
the Child of Joseph Lovero, Deceased;           :
                                                :
SIBLING DOE AP93 as Personal Representative     :
of the Estate of DOE AP93, Deceased and on      :
behalf of all beneficiaries of DOE AP93,        :
Deceased;                                       :
                                                :
KATHLEEN M. BUCKLEY, as Personal                :
Representative of the Estate of Dennis Buckley,  :
Deceased and on behalf of all beneficiaries of   :
Dennis Buckley;                                 :
                                                :
JANE M. SMITHWICK in their own right as the     :
Sibling of Dennis Buckley, Deceased;            :
                                                :
JOHN C. BUCKLEY in their own right as the       :
Parent of Dennis Buckley, Deceased;             :
                                                :
KATHLEEN M. BUCKLEY in their own right          :
as the Parent of Dennis Buckley, Deceased;      :
                                                :
BARRY ZELMAN in their own right as the          :
Sibling of Kenneth Albert Zelman, Deceased;     :
                                                :
CARRIE BURLOCK in their own right as the        :
Sibling of Kenneth Albert Zelman, Deceased;     :
JACK ZELMAN in their own right as the Parent    :
of Kenneth Albert Zelman, Deceased;             :

:
:
RUTH ZELMAN in their own right as the Parent    :
of Kenneth Albert Zelman, Deceased;             :
:
JERALDINE HALLIGAN, as Personal                 :
Representative of the Estate of Robert John     :
Halligan, Deceased and on behalf of all         :
beneficiaries of Robert John Halligan;          :
:
BRENDA HALLIGAN in their own right as the       :
Parent of Robert John Halligan, Deceased;       :
:
DAVID MITCHELL HALLIGAN in their own            :
right as the Sibling of Robert John Halligan,   :
Deceased;                                       :
:
EMMA LOUISE ARRO in their own right as the      :
Child of Robert John Halligan, Deceased;        :
:
JAMES E. HALLIGAN in their own right as the     :
Child of Robert John Halligan, Deceased;        :
:
LARA STACEY in their own right as the Child     :
of Robert John Halligan, Deceased;              :

:
MARY KATHLEEN LYNN in their own right as        :
the Sibling of Robert John Halligan, Deceased;  :
:
:
SARAH JANE ROBBINS in their own right as        :
the Child of Robert John Halligan, Deceased;    :
:
TREVOR ANDREW HALLIGAN in their own             :
right as the Child of Robert John Halligan,     :
Deceased;                                       :
:
WILLIAM G. HALLIGAN in their own right as       :
the Sibling of Robert John Halligan, Deceased;  :
:
PATRICIA SCHWARTZ, as Personal                  :
Representative of the Estate of Mark Schwartz,  :
Deceased and on behalf of all beneficiaries of  :
Mark Schwartz;                                  :
:
ANDREW DAVID SCHWARTZ in their own              :
right as the Child of Mark Schwartz, Deceased;  :
:
JENNIFER ABBE LEVINE in their own right as      :
the Child of Mark Schwartz, Deceased;           :

NANCY BERLINER in their own right as the
Sibling of Mark Schwartz, Deceased;

ROSEMARIE GIALLOMBRADO, as Personal
Representative of the Estate of Paul Richard
Salvio, Deceased and on behalf of all
beneficiaries of Paul Richard Salvio;

DINA GIALLOMBARDO in their own right as
the Sibling of Paul Richard Salvio, Deceased;

ROBERT GIALLOMBARDO, JR. in their own
right as the Sibling of Paul Richard Salvio,
Deceased;

VINCENT GIALLOMBARDO in their own
right as the Sibling of Paul Richard Salvio,
Deceased;

JAMES DUNNE, III, as Personal Representative
of the Estate of Christopher Quackenbush,
Deceased and on behalf of all beneficiaries of
Christopher Quackenbush;

GAIL QUACKENBUSH in their own right as
the Sibling of Christopher Quackenbush,
Deceased;

MICHAEL QUACKENBUSH in their own right
as the Sibling of Christopher Quackenbush,
Deceased;

DONNA RAGAGLIA, as Personal
Representative of the Estate of Leonard J.
Ragaglia, Deceased and on behalf of all
beneficiaries of Leonard J. Ragaglia;

CHRISTINE DURANTE in their own right as
the Sibling of Leonard J. Ragaglia, Deceased;

COLLEEN RAGAGLIA in their own right as the
Sibling of Leonard J. Ragaglia, Deceased;

DANNY RAGAGLIA in their own right as the
Sibling of Leonard J. Ragaglia, Deceased;

DEBRA RAGAGLIA in their own right as the
Sibling of Leonard J. Ragaglia, Deceased;
JANICE PUCCIARELLI in their own right as
the Sibling of Leonard J. Ragaglia, Deceased;

                        :
                        :

LAUREN RAGAGLIA in their own right as the  :
Sibling of Leonard J. Ragaglia, Deceased;    :
                        :

LEONARD S. RAGAGLIA in their own right as  :
the Parent of Leonard J. Ragaglia, Deceased;  :
                        :

LINDA TACCETTA in their own right as the   :
Sibling of Leonard J. Ragaglia, Deceased;    :
                        :

MAUREEN RAGAGLIA in their own right as   :
the Parent of Leonard J. Ragaglia, Deceased;  :
                        :

MAUREEN SCPARTA in their own right as the ::
Sibling of Leonard J. Ragaglia, Deceased;    :
                        :

PAUL RAGAGLIA in their own right as the    :
Sibling of Leonard J. Ragaglia, Deceased;    :

PUI YEE (ALICE) COPPOLA, as Personal    :
Representative of the Estate of Gerard J.     :
Coppola, Deceased and on behalf of all      :
beneficiaries of Gerard J. Coppola;        :

ANGELA RAPOPORT in their own right as the :
Child of Gerard J. Coppola, Deceased;      :
                        :

CYNTHIA COPPOLA KAISER in their own   :
right as the Sibling of Gerard J. Coppola,   :
Deceased;                       :

GEORGE J. COPPOLA, SR. in their own right :
as the Parent of Gerard J. Coppola, Deceased; :
                        :

GEORGE J. COPPOLA, JR. in their own right as :
the Sibling of Gerard J. Coppola, Deceased;  :
                        :

STACEY A. STAUB, as Personal Representative :
of the Estate of Craig William Staub, Deceased :
and on behalf of all beneficiaries of Craig   :
William Staub;                   :
                        :

BARBARA MANEJA in their own right as the  :
Sibling of Craig William Staub, Deceased;   :
                        :

CAROLYN STAUB BILELIS in their own right :
as the Sibling of Craig William Staub, Deceased; :
FLORENCE WITTNER STAUB in their own   :
right as the Parent of Craig William Staub,   :
Deceased;                       :

:

KENNETH DONOHUE in their own right as the   :
Sibling of Craig William Staub, Deceased;      :
                                               :
SPOUSE DOE AP94 as Personal Representative     :
of the Estate of DOE AP94, Deceased and on     :
behalf of all beneficiaries of DOE AP94,       :
Deceased;                                      :
                                               :
SIBLING DOE AP96 in their own right as the     :
Sibling of DOE AP96, Deceased;                 :
                                               :
VERTISTINE B. MBAYA, as Personal               :
Representative of the Estate of Kaaria William :
Mbaya, Deceased and on behalf of all           :
beneficiaries of Kaaria William Mbaya;         :

                                               :
KIBABU MBAYA in their own right as the         :
Sibling of Kaaria William Mbaya, Deceased;     :
                                               :
                                               :
NJUE W. MBAYA in their own right as the        :
Sibling of Kaaria William Mbaya, Deceased;     :
                                               :
MADELYN GAIL ALLEN, as Personal                :
Representative of the Estate of Richard Dennis :
Allen, Deceased and on behalf of all beneficiaries :
of Richard Dennis Allen;                       :
                                               :
JUDITH M. AIKEN in their own right as the      :
Sibling of Richard Dennis Allen, Deceased;     :
                                               :
LUKE C. ALLEN in their own right as the        :
Sibling of Richard Dennis Allen, Deceased;     :
                                               :
LYNN P. ALLEN in their own right as the        :
Sibling of Richard Dennis Allen, Deceased;     :
                                               :
MARGUERITE G. ALLEN in their own right as      :
the Sibling of Richard Dennis Allen, Deceased; :
                                               :
MATTHEW J. ALLEN in their own right as the     :
Sibling of Richard Dennis Allen, Deceased;     :
                                               :
RICHARD D. ALLEN in their own right as the     :
Parent of Richard Dennis Allen, Deceased;      :

JUDY S. TROY, as Personal Representative of
the Estate of Willie Quincy Troy, Deceased and
on behalf of all beneficiaries of Willie Quincy
Troy;

RENEE M. TROY in their own right as the Child
of Willie Quincy Troy, Deceased;

CAROLE DIFRANCO, as Personal
Representative of the Estate of Carl A. DiFranco,
Deceased and on behalf of all beneficiaries of
Carl A. DiFranco;

CARMELO DIFRANCO in their own right as
the Parent of Carl A. DiFranco, Deceased;

NANCY DI FRANCO LEVY in their own right
as the Sibling of Carl A. DiFranco, Deceased;

CONNIE RIZZO in their own right as the Spouse
of John Rizzo, Deceased;

RAQUEL D'AMADEO, as Personal
Representative of the Estate of Vincent Gerard
D'Amadeo, Deceased and on behalf of all
beneficiaries of Vincent Gerard D'Amadeo;

DEBRA A. RHODY in their own right as the
Sibling of John Peter Lozowsky, Deceased;

JOHN PETER LOZOWSKY, SR. in their own
right as the Parent of John Peter Lozowsky,
Deceased;

ROSEMARY LOZOWSKY in their own right as
the Parent of John Peter Lozowsky, Deceased;

MAUREEN CUMMINS, as Personal
Representative of the Estate of Brian T.
Cummins, Deceased and on behalf of all
beneficiaries of Brian T. Cummins;

RACHEL O'BRIEN, as Personal Representative
of the Estate of Michael P. O'Brien, Deceased
and on behalf of all beneficiaries of Michael P.
O'Brien;

ANDREW T. O'BRIEN in their own right as the
Sibling of Michael P. O'Brien, Deceased;

                                                              :

                                                              :
BRIDGET PALUZZI in their own right as the                     :
Sibling of Michael P. O'Brien, Deceased;                      :

                                                              :
MARY LOU O'BRIEN in their own right as the                    :
Parent of Michael P. O'Brien, Deceased;                       :

                                                              :
MARY DISHAW in their own right as the                         :
Sibling of Michael P. O'Brien, Deceased;                      :


ROBERT T. O'BRIEN in their own right as the                   :
Parent of Michael P. O'Brien, Deceased;                       :

                                                              :

                                                              :
CHILD DOE AP97 as Personal Representative of                  :
the Estate of DOE AP97, Deceased and on behalf                :
of all beneficiaries of DOE AP97, Deceased;                   :

                                                              :
SPOUSE DOE AP132 in their own right as the                    :
Spouse of DOE AP132, Deceased;                                :

VIRGINIA STRAUCH, as Personal                                 :
Representative of the Estate of George Strauch,               :
Deceased and on behalf of all beneficiaries of                :
George Strauch;                                               :

                                                              :
ADAM ERIC MILLER in their own right as the                    :
Child of Joel Miller, Deceased;                               :

                                                              :
SONDRA FONER in their own right as the                        :
Sibling of Joel Miller, Deceased;                             :

                                                              :
STELLA LAZARRA in their own right as the                      :
Parent of Joel Miller, Deceased;                              :

                                                              :
ELIZABETH A. MATTSON, as Personal                             :
Representative of the Estate of Robert Mattson,               :
Deceased and on behalf of all beneficiaries of                :
Robert Mattson;                                               :

                                                              :
JAMES F. MATTSON in their own right as the                    :
Child of Robert Mattson, Deceased;                            :

                                                              :
JEAN E. MATTSON in their own right as the                     :
Child of Robert Mattson, Deceased;                            :
WILLIAM G. MATTSON in their own right as                      :
the Sibling of Robert Mattson, Deceased;                      :

:

:

SPOUSE DOE AP99 as Personal Representative                      :
of the Estate of DOE AP99, Deceased and on                      :
behalf of all beneficiaries of DOE AP99,                        :
Deceased;                                                       :

SPOUSE DOE AP140 as Personal                                    :
Representative of the Estate of DOE AP140,                      :
Deceased and on behalf of all beneficiaries of                 :
DOE AP140, Deceased;                                            :
                                                                :
SIBLING DOE AP100 in their own right as the                    :
Sibling of DOE AP100, Deceased;                                :
                                                                :
GLENN MORGAN in their own right as the                         :
Child of Richard J. Morgan, Deceased;                          :
                                                                :
KEVIN J. MORGAN in their own right as the                      :
Sibling of Richard J. Morgan, Deceased;                        :
                                                                :
LYNN M. CASTRIANNO in their own right as                       :
the Sibling of Leonard Castrianno, Deceased;                   :

                                                                :

STEVEN IRGANG, as Personal Representative                       :
of the Estate of Doug Irgang, Deceased and on                  :
behalf of all beneficiaries of Doug Irgang;                    :
                                                                :
JOANNE IRGANG in their own right as the                        :
Parent of Doug Irgang, Deceased;                               :

DAWN A. CONNOLLY, as Personal                                   :
Representative of the Estate of John E. Connolly,              :
Jr., Deceased and on behalf of all beneficiaries of            :
John E. Connolly, Jr.;                                         :
                                                                :
KEVIN CONNOLLY in their own right as the                       :
Sibling of John E. Connolly, Jr., Deceased;                    :

ROBERT J. BERNSTEIN, as Personal                                :
Representative of the Estate of William M.                      :
Bernstein, Deceased and on behalf of all                        :
beneficiaries of William M. Bernstein;                          :
                                                                :
DAVID M. BERNSTEIN in their own right as                       :
the Sibling of William M. Bernstein, Deceased;                 :

                                                                :

DONALD W. ROBERTSON, SR. in their own                          :
right as the Parent of Donald W. Robertson, Jr.,               :
Deceased;                                                       :

62

ELIZABETH ROBERTSON in their own right
as the Sibling of Donald W. Robertson, Jr.,
Deceased;

KATHLEEN ROBERTSON CUNNINGHAM in
their own right as the Sibling of Donald W.
Robertson, Jr., Deceased;

MARCEE E. ROBERTSON in their own right as
the Parent of Donald W. Robertson, Jr.,
Deceased;

JENNIFER JENKINS, as Personal
Representative of the Estate of Joseph Jenkins,
Jr., Deceased and on behalf of all beneficiaries of
Joseph Jenkins, Jr.;

ALINE JENKINS in their own right as the Parent
of Joseph Jenkins, Jr., Deceased;

DEBRA JENKINS in their own right as the
Sibling of Joseph Jenkins, Jr., Deceased;

GORDON R. JENKINS in their own right as the
Sibling of Joseph Jenkins, Jr., Deceased;

MICHAEL JENKINS in their own right as the
Sibling of Joseph Jenkins, Jr., Deceased;

STEVEN JENKINS in their own right as the
Sibling of Joseph Jenkins, Jr., Deceased;

KENNETH R. MANNETTA, as Personal
Representative of the Estate of Debra M.
Mannetta, Deceased and on behalf of all
beneficiaries of Debra M. Mannetta;

ALICE B. KELLY in their own right as the
Parent of Joseph Anthony Kelly, Deceased;

LYNN PESCHERINE, as Personal
Representative of the Estate of Michael John
Pescherine, Deceased and on behalf of all
beneficiaries of Michael John Pescherine;

ANNE MARIE PESCHERINE in their own right
as the Parent of Michael John Pescherine,
Deceased;

NANCY GIONCO in their own right as the            :
Sibling of Michael John Pescherine, Deceased;     :
                                                  :
                                                  :
THOMAS F. PESCHERINE, SR. in their own            :
right as the Parent of Michael John Pescherine,   :
Deceased;                                         :
                                                  :
WILLIAM KEVIN PESCHERINE in their own             :
right as the Sibling of Michael John Pescherine,  :
Deceased;                                         :
                                                  :
LEILA NEGRON, as Personal Representative of       :
the Estate of Pete Negron, Deceased and on        :
behalf of all beneficiaries of Pete Negron;       :

ADELAIDE MAUREEN DRISCOLL, as                     :
Personal Representative of the Estate of Patrick  :
Joseph Driscoll, Deceased and on behalf of all    :
beneficiaries of Patrick Joseph Driscoll;         :
                                                  :
CHRISTOPHER JOHN DRISCOLL in their own            :
right as the Child of Patrick Joseph Driscoll,    :
Deceased;                                         :
                                                  :
JOHN M. DRISCOLL in their own right as the        :
Sibling of Patrick Joseph Driscoll, Deceased;     :
                                                  :
PAMELA MARIE GOULD in their own right as          :
the Child of Patrick Joseph Driscoll, Deceased;   :
                                                  :
PATRICK THOMAS DRISCOLL in their own              :
right as the Child of Patrick Joseph Driscoll,    :
Deceased;                                         :
                                                  :
STEPHEN MICHAEL DRISCOLL in their own             :
right as the Child of Patrick Joseph Driscoll,    :
Deceased;                                         :
                                                  :
ANN P. DRISCOLL, as Personal Representative       :
of the Estate of Stephen Patrick Driscoll,        :
Deceased and on behalf of all beneficiaries of    :
Stephen Patrick Driscoll;                         :

SIBLING DOE AP207 in their own right as the
Sibling of DOE AP207, Deceased;                          :
                                                         :
                                                         :
                                                         :
                                                         :
SIBLING DOE AP205 in their own right as the              :
Sibling of DOE AP205, Deceased;                          :
                                                         :
                                                         :
                                                         :
SIBLING DOE AP204 in their own right as the              :
Sibling of DOE AP204, Deceased;                          :
                                                         :
                                                         :
                                                         :
SIBLING DOE AP208 in their own right as the              :
Sibling of DOE AP208, Deceased;                          :
                                                         :
                                                         :
                                                         :
PARENT DOE AP202 in their own right as the               :
Parent of DOE AP202, Deceased;                           :
                                                         :
                                                         :
                                                         :
SIBLING DOE AP206 in their own right as the              :
Sibling of DOE AP206, Deceased;                          :
                                                         :
                                                         :
                                                         :
AILEEN RYAN in their own right as the Sibling            :
of John Joseph Ryan, Jr., Deceased;                      :
                                                         :
                                                         :
                                                         :
COLLEEN RYAN in their own right as the                   :
Sibling of John Joseph Ryan, Jr., Deceased;              :
                                                         :
                                                         :
                                                         :
JOHN J. RYAN in their own right as the Parent            :
of John Joseph Ryan, Jr., Deceased;                      :
                                                         :
                                                         :
                                                         :
MARY V. RYAN in their own right as the Parent            :
of John Joseph Ryan, Jr., Deceased;                      :

PATRICK RYAN in their own right as the
Sibling of John Joseph Ryan, Jr., Deceased;

TEAGUE M. RYAN in their own right as the
Sibling of John Joseph Ryan, Jr., Deceased;

JOSEPH IANELLI, as Personal Representative
of the Estate of Joseph A. Ianelli, Deceased and
on behalf of all beneficiaries of Joseph A. Ianelli;

BARBARA IANELLI in their own right as the
Parent of Joseph A. Ianelli, Deceased;

JENNIFER THOMPSON in their own right as
the Sibling of Joseph A. Ianelli, Deceased;

ROBERT KOBUS, as Personal Representative of
the Estate of Deborah Kobus, Deceased and on
behalf of all beneficiaries of Deborah Kobus;

SHARON BOOKER, as Personal Representative
of the Estate of Sean Booker, Deceased and on
behalf of all beneficiaries of Sean Booker;

ROSE BOOKER in their own right as the Parent
of Sean Booker, Deceased;

MARGARET MCCRANE, as Personal
Representative of the Estate of Mary Herencia,
Deceased and on behalf of all beneficiaries of
Mary Herencia;

JOSEPH HERENCIA in their own right as the
Child of Mary Herencia, Deceased;

JULIO HERENCIA in their own right as the        :
Child of Mary Herencia, Deceased;               :

KEVIN CARR in their own right as the Sibling    :
of Mary Herencia, Deceased;                     :

GEORGE HENRIQUE, as Personal                    :
Representative of the Estate of Michelle Marie  :
Henrique, Deceased and on behalf of all         :
beneficiaries of Michelle Marie Henrique;       :

CHRISTINA HENRIQUE in their own right as        :
the Sibling of Michelle Marie Henrique,         :
Deceased;                                       :

MICHAEL HENRIQUE in their own right as the      :
Sibling of Michelle Marie Henrique, Deceased;   :

PATRICIA A. HENRIQUE in their own right as      :
the Parent of Michelle Marie Henrique,          :
Deceased;                                       :

PAUL R. HENRIQUE in their own right as the      :
Sibling of Michelle Marie Henrique, Deceased;   :

ARTHUR LEAHY in their own right as the          :
Sibling of James P. Leahy, Deceased;            :

DANIELLE VELLA in their own right as the        :
Sibling of James P. Leahy, Deceased;            :

DENISE HENECK in their own right as the         :
Sibling of James P. Leahy, Deceased;            :

|  | : |
|---|---|
|  | : |
| JEANETTE LEAHY in their own right as the | : |
| Parent of James P. Leahy, Deceased; | : |
|  |  |
|  | : |
|  | : |
| MICHELE SAFATLE in their own right as the | : |
| Sibling of James P. Leahy, Deceased; | : |
|  |  |
|  | : |
| VIVIAN BYAS, as Personal Representative of | : |
| the Estate of Elizabeth Holmes, Deceased and on | : |
| behalf of all beneficiaries of Elizabeth Holmes; | : |
|  |  |
|  | : |
| CHRISTOPHER HOLMES, JR. in their own | : |
| right as the Sibling of Elizabeth Holmes, | : |
| Deceased; | : |
|  |  |
|  | : |
|  | : |
| DORIS HOLMES in their own right as the | : |
| Sibling of Elizabeth Holmes, Deceased; | : |
|  |  |
|  | : |
|  | : |
| LOUISE ELLERBE in their own right as the | : |
| Sibling of Elizabeth Holmes, Deceased; | : |
|  |  |
|  | : |
|  | : |
| THOMAS HOLMES in their own right as the | : |
| Sibling of Elizabeth Holmes, Deceased; | : |
|  | : |
| WALTER BYAS in their own right as the | : |
| Sibling of Elizabeth Holmes, Deceased; | : |
| JOSEPH CAMMARATA, as Personal | : |
| Representative of the Estate of Michael F. | : |
| Cammarata, Deceased and on behalf of all | : |
| beneficiaries of Michael F. Cammarata; | : |
| LINDA CAMMARATA, as Personal | : |
| Representative of the Estate of Michael F. | : |
| Cammarata, Deceased and on behalf of all | : |
| beneficiaries of Michael F. Cammarata; | : |
|  |  |
|  | : |
| JOSEPH CAMMARATA, JR. in their own right | : |
| as the Sibling of Michael F. Cammarata, | : |
| Deceased; | : |

KIMBERLY CAMMARATA in their own right                                     :
as the Sibling of Michael F. Cammarata,                                   :
Deceased;                                                                 :

SPOUSE DOE AP133 as Personal                                             :
Representative of the Estate of DOE AP133,                               :
Deceased and on behalf of all beneficiaries of                          :
DOE AP133, Deceased;                                                    :

                                                                         :
                                                                         :
ARTHUR A. SMITH in their own right as the                               :
Parent of Jeffrey R. Smith, Deceased;                                   :

                                                                         :
                                                                         :
BRENDA SMITH CLARK in their own right as                                :
the Sibling of Jeffrey R. Smith, Deceased;                              :

                                                                         :
                                                                         :
MADELINE W. SMITH in their own right as the                             :
Parent of Jeffrey R. Smith, Deceased;                                   :

                                                                         :
                                                                         :
ANTHONY CURATOLO, JR. in their own right                                :
as the Sibling of Robert Curatolo, Deceased;                            :

                                                                         :
                                                                         :
ANTHONY CURATOLO, SR. in their own right                                :
as the Parent of Robert Curatolo, Deceased;                             :

                                                                         :
                                                                         :
CAROLYN PICCIRILLO in their own right as                                :
the Sibling of Robert Curatolo, Deceased;                               :

                                                                         :
                                                                         :
CHRISTINE CURATOLO in their own right as                                :
the Spouse of Robert Curatolo, Deceased;                                :

                                                                         :
                                                                         :
CHRISTINE FRISCIA in their own right as the                             :
Sibling of Robert Curatolo, Deceased;                                   :

DENA NELSON in their own right as the Sibling of Robert Curatolo, Deceased;

JOHN CURATOLO in their own right as the Sibling of Robert Curatolo, Deceased;

KATHLEEN CURATOLO in their own right as the Sibling of Robert Curatolo, Deceased;

MARY ANN CURATOLO in their own right as the Parent of Robert Curatolo, Deceased;

WILLIAM CURATOLO in their own right as the Sibling of Robert Curatolo, Deceased;

JAMIE KANG in their own right as the Sibling of Joon Koo Kang, Deceased;

JANET KANG in their own right as the Sibling of Joon Koo Kang, Deceased;

PILSOON KANG in their own right as the Parent of Joon Koo Kang, Deceased;

REBECCA S. HOANG in their own right as the Sibling of Joon Koo Kang, Deceased;

SEONG SOON KANG in their own right as the Parent of Joon Koo Kang, Deceased;

LINDA J. SAMUEL, as Personal Representative          :
of the Estate of James K. Samuel, Jr., Deceased      :
and on behalf of all beneficiaries of James K.       :
Samuel, Jr.;                                         :

                                                 :
                                                 :
JAMES K. SAMUEL, SR. in their own right as           :
the Parent of James K. Samuel, Jr., Deceased;        :

                                                 :
                                                 :
JENNIFER AGRESTO in their own right as the           :
Sibling of James K. Samuel, Jr., Deceased;           :

                                                 :
                                                 :
FAY CAPUTO in their own right as the Parent of       :
Steven Leon Howell, Deceased;                        :

                                                 :
                                                 :
RALPH L. HOWELL in their own right as the            :
Parent of Steven Leon Howell, Deceased;              :

SPOUSE DOE AP102 as Personal                         :
Representative of the Estate of DOE AP102,           :
Deceased and on behalf of all beneficiaries of       :
DOE AP102, Deceased;                                 :

                                                 :
                                                 :
MARY MADDEN in their own right as the                :
Parent of James Michael Gray, Deceased;              :

                                                 :
                                                 :
PARENT DOE AP101 in their own right as the           :
Parent of DOE AP101, Deceased;                       :

                                                 :
                                                 :
SIBLING DOE AP103 in their own right as the          :
Sibling of DOE AP103, Deceased;                      :

                                                 :
JAY YASKULKA, as Personal Representative of          :
the Estate of Myrna Yaskulka, Deceased and on        :
behalf of all beneficiaries of Myrna Yaskulka;       :

|  | : |
|  | : |
| BONNIE SHIMEL in their own right as the | : |
| Sibling of Myrna Yaskulka, Deceased; | : |
|  | : |
|  | : |
| BRIAN YASKULKA in their own right as the | : |
| Child of Myrna Yaskulka, Deceased; | : |
|  | : |
|  | : |
| HAL YASKULKA in their own right as the | : |
| Child of Myrna Yaskulka, Deceased; | : |
|  | : |
|  | : |
| INA STANLEY in their own right as the Sibling | : |
| of Myrna Yaskulka, Deceased; | : |
|  | : |
|  | : |
| IVAN PEARL in their own right as the Sibling of | : |
| Myrna Yaskulka, Deceased; | : |
|  | : |
|  | : |
| LORNA KAYE in their own right as the Sibling | : |
| of Myrna Yaskulka, Deceased; | : |
|  | : |
|  | : |
| PHILIP PEARL in their own right as the Sibling | : |
| of Myrna Yaskulka, Deceased; | : |
|  | : |
|  | : |
| SHAWN PEARL in their own right as the | : |
| Sibling of Myrna Yaskulka, Deceased; | : |
| KATHERINE FUMANDO, as Personal | : |
| Representative of the Estate of Clement | : |
| Fumando, Deceased and on behalf of all | : |
| beneficiaries of Clement Fumando; | : |
|  | : |
|  | : |
| CARLO FUMANDO in their own right as the | : |
| Sibling of Clement Fumando, Deceased; | : |

CATHERINE MAROTTE in their own right as          :
the Sibling of Clement Fumando, Deceased;        :

GREGORY FUMANDO in their own right as the        :
Child of Clement Fumando, Deceased;              :

MARGARET FUMANDO in their own right as           :
the Parent of Clement Fumando, Deceased;         :

STEPHEN FUMANDO in their own right as the        :
Child of Clement Fumando, Deceased;              :

BALDEV NARULA, as Personal Representative        :
of the Estate of Maniki Narula, Deceased and on  :
behalf of all beneficiaries of Maniki Narula;    :

MADHU NARULA in their own right as the           :
Parent of Maniki Narula, Deceased;               :

EULOGIA HERNANDEZ, as Personal                   :
Representative of the Estate of Norberto         :
Hernandez, Deceased and on behalf of all         :
beneficiaries of Norberto Hernandez;             :

ALEJANDRINA FELICIANO in their own right         :
as the Parent of Norberto Hernandez, Deceased;   :

CATHERINE HERNANDEZ in their own right           :
as the Child of Norberto Hernandez, Deceased;    :

ESLYN HERNANDEZ, SR. in their own right as       :
the Sibling of Norberto Hernandez, Deceased;     :

HECTOR LUIS HERNANDEZ in their own
right as the Sibling of Norberto Hernandez,
Deceased;

JACQUELINE HERNANDEZ in their own right
as the Child of Norberto Hernandez, Deceased;

LUZ MILAGROS LUNA in their own right as
the Sibling of Norberto Hernandez, Deceased;

MARISOL CORREA in their own right as the
Sibling of Norberto Hernandez, Deceased;

MERQUIADES DIAZ in their own right as the
Sibling of Norberto Hernandez, Deceased;

MIRIAM KHATRI in their own right as the
Sibling of Norberto Hernandez, Deceased;

PABLO LUIS HERNANDEZ in their own right
as the Sibling of Norberto Hernandez, Deceased;

VENANCIO HERNANDEZ in their own right as
the Parent of Norberto Hernandez, Deceased;

VENANCIO HERNANDEZ, JR. in their own
right as the Sibling of Norberto Hernandez,
Deceased;

WILLIE ALBERTO HERNANDEZ in their own
right as the Sibling of Norberto Hernandez,
Deceased;

DONNA MARSH O'CONNOR in their own
right as the Parent of Vanessa Lang Langer,
Deceased;

ESLYN J. HERNANDEZ, as Personal
Representative of the Estate of Claribel
Hernandez, Deceased and on behalf of all
beneficiaries of Claribel Hernandez;

CARMEN IRRIZARRY in their own right as the
Parent of Claribel Hernandez, Deceased;

JAIME VILLALOBOS in their own right as the
Parent of Claribel Hernandez, Deceased;

MARIBEL TOPALTZAS in their own right as
the Sibling of Claribel Hernandez, Deceased;

SPOUSE DOE AP104 as Personal
Representative of the Estate of DOE AP104,
Deceased and on behalf of all beneficiaries of
DOE AP104, Deceased;

SIBLING DOE AP105 in their own right as the
Sibling of DOE AP105, Deceased;

SIBLING DOE AP106 in their own right as the
Sibling of DOE AP106, Deceased;

RICHARD L. LANE, as Personal Representative
of the Estate of Robert T. Lane, Deceased and on
behalf of all beneficiaries of Robert T. Lane;

JANET L. LANE in their own right as the Parent
of Robert T. Lane, Deceased;

JASON M. LANE in their own right as the
Sibling of Robert T. Lane, Deceased;

SUZANNE R. STEVENSON in their own right
as the Sibling of Robert T. Lane, Deceased;

KIM BARBARO, as Personal Representative of
the Estate of Paul Barbaro, Deceased and on
behalf of all beneficiaries of Paul Barbaro;

CAROL BARBARO in their own right as the
Parent of Paul Barbaro, Deceased;

JACQUELINE VENEZIA in their own right as
the Sibling of Paul Barbaro, Deceased;

NICHOLAS BARBARO in their own right as the
Parent of Paul Barbaro, Deceased;

NICHOLAS BARBARO, JR. in their own right
as the Sibling of Paul Barbaro, Deceased;

THOMAS BARBARO in their own right as the
Sibling of Paul Barbaro, Deceased;

FELIX KSIDO, as Personal Representative of the
Estate of Lyudmila Ksido, Deceased and on
behalf of all beneficiaries of Lyudmila Ksido;

CHILD DOE AP108 in their own right as the
Child of DOE AP108, Deceased;

CHILD DOE AP107 in their own right as the
Child of DOE AP107, Deceased;

SIBLING DOE AP109 in their own right as the
Sibling of DOE AP109, Deceased;

SIBLING DOE AP110 in their own right as the
Sibling of DOE AP110, Deceased;

ELBA CEDENO, as Personal Representative of
the Estate of Catherine T. Smith, Deceased and
on behalf of all beneficiaries of Catherine T.
Smith;

ANNETTE SMITH in their own right as the
Parent of Catherine T. Smith, Deceased;

BARBARA SCHIELZO in their own right as the
Sibling of Catherine T. Smith, Deceased;

LISA ANN ETHRIDGE in their own right as the
Sibling of Catherine T. Smith, Deceased;

VINCENT SMITH in their own right as the
Sibling of Catherine T. Smith, Deceased;

WALTER SMITH in their own right as the
Sibling of Catherine T. Smith, Deceased;

JENNIFER C. BURNS, as Personal
Representative of the Estate of Keith James
Burns, Deceased and on behalf of all
beneficiaries of Keith James Burns;

|  |  |
|---|---|
| | : |
| | : |
| AGNES D. BURNS in their own right as the | : |
| Parent of Keith James Burns, Deceased; | : |
| | |
| | : |
| | : |
| BERNARD J. BURNS in their own right as the | : |
| Parent of Keith James Burns, Deceased; | : |
| | |
| | : |
| | : |
| COLLEEN COOPER in their own right as the | : |
| Sibling of Keith James Burns, Deceased; | : |
| | |
| | : |
| | : |
| DIANE SHEPHERD in their own right as the | : |
| Sibling of Keith James Burns, Deceased; | : |
| | |
| | : |
| | : |
| LINDA ELLICOTT in their own right as the | : |
| Sibling of Keith James Burns, Deceased; | : |
| | |
| | : |
| MAUREEN BURNS-DEWLAND in their own | : |
| right as the Sibling of Keith James Burns, | : |
| Deceased; | : |
| | |
| | : |
| | : |
| MICHAEL J. BURNS in their own right as the | : |
| Sibling of Keith James Burns, Deceased; | : |
| | |
| DENISE K. KEASLER, as Personal | : |
| Representative of the Estate of Karol Ann | : |
| Keasler, Deceased and on behalf of all | : |
| beneficiaries of Karol Ann Keasler; | : |
| | |
| RANI DEBORAH WALZ, as Personal | : |
| Representative of the Estate of Jeffrey P. Walz, | : |
| Deceased and on behalf of all beneficiaries of | : |
| Jeffrey P. Walz; | : |
| | |
| | : |
| | : |
| JENNIE WALZ in their own right as the Parent | : |
| of Jeffrey P. Walz, Deceased; | : |

| | : |
|---|---|
| | : |
| KAREN CIACCIO in their own right as the | : |
| Sibling of Jeffrey P. Walz, Deceased; | : |
| | |
| | : |
| | : |
| RAYMOND G. WALZ in their own right as the | : |
| Parent of Jeffrey P. Walz, Deceased; | : |
| | |
| | : |
| | : |
| RAYMOND E. WALZ in their own right as the | : |
| Sibling of Jeffrey P. Walz, Deceased; | : |
| ARAM P. JARRET, JR., as Personal | : |
| Representative of the Estate of Amy Nicole | : |
| Jarret, Deceased and on behalf of all beneficiaries | : |
| of Amy Nicole Jarret; | : |
| MARILYN R. TRUDEAU, as Personal | : |
| Representative of the Estate of Amy Nicole | : |
| Jarret, Deceased and on behalf of all beneficiaries | : |
| of Amy Nicole Jarret; | : |
| | : |
| | : |
| ALICIA N. CURRAN in their own right as the | : |
| Sibling of Amy Nicole Jarret, Deceased; | : |
| | |
| | : |
| | : |
| ARAM P. JARRET, III in their own right as the | : |
| Sibling of Amy Nicole Jarret, Deceased; | : |
| | |
| | : |
| | : |
| MARC DOUGLAS JARRET in their own right | : |
| as the Sibling of Amy Nicole Jarret, Deceased; | : |
| | |
| | : |
| | : |
| MATTHEW R. JARRET in their own right as | : |
| the Sibling of Amy Nicole Jarret, Deceased; | : |
| | |
| | : |
| JOHN BONOMO, as Personal Representative of | : |
| the Estate of Yvonne Bonomo, Deceased and on | : |
| behalf of all beneficiaries of Yvonne Bonomo; | : |

GEORGE BONOMO in their own right as the
Sibling of Yvonne Bonomo, Deceased;

SONIA BONOMO in their own right as the
Parent of Yvonne Bonomo, Deceased;
ANTHONY DEMITRIO MARTINO, as
Personal Representative of the Estate of Anne
Marie Martino-Cramer, Deceased and on behalf
of all beneficiaries of Anne Marie Martino-
Cramer;

PATRICIA NILSEN, as Personal Representative
of the Estate of Anne Marie Martino-Cramer,
Deceased and on behalf of all beneficiaries of
Anne Marie Martino-Cramer;

SPOUSE DOE AP200 as Personal
Representative of the Estate of DOE AP200,
Deceased and on behalf of all beneficiaries of
DOE AP200, Deceased;

DWIGHT D. ADAMS in their own right as the
Sibling of Donald L. Adams, Deceased;

JEAN ADAMS in their own right as the Parent
of Donald L. Adams, Deceased;

CHILD DOE AP201 in their own right as the
Child of DOE AP201, Deceased;

ROBERT C. ADAMS in their own right as the
Parent of Donald L. Adams, Deceased;

SUSAN GIBERSON in their own right as the
Spouse of James Giberson, Deceased;

JUDITH A. GRIMNER, as Personal                    :
Representative of the Estate of David Joseph       :
Grimner, Deceased and on behalf of all            :
beneficiaries of David Joseph Grimner;            :

                                                  :
                                                  :
CHARLES G. GRIMNER in their own right as          :
the Sibling of David Joseph Grimner, Deceased;    :

                                                  :
                                                  :
MARY ANN PETERS in their own right as the         :
Sibling of David Joseph Grimner, Deceased;        :

                                                  :
                                                  :
TERESA L. GRIMNER in their own right as the       :
Parent of David Joseph Grimner, Deceased;         :

                                                  :
                                                  :
VIRGINIA KWIATKOSKI in their own right as         :
the Sibling of David Joseph Grimner, Deceased;    :

CHARLES P. COSTA, as Personal                     :
Representative of the Estate of Delores M. Costa, :
Deceased and on behalf of all beneficiaries of    :
Delores M. Costa;                                 :

NANCY KUMPEL, as Personal Representative          :
of the Estate of Kenneth B. Kumpel, Deceased      :
and on behalf of all beneficiaries of Kenneth B.  :
Kumpel;                                           :

JOHN B. LYNCH, as Personal Representative of      :
the Estate of Michael Francis Lynch, Deceased     :
and on behalf of all beneficiaries of Michael     :
Francis Lynch;                                     :

                                                  :
                                                  :
COLLEEN M. PARIGEN in their own right as          :
the Sibling of Michael Francis Lynch, Deceased;   :

                                                  :
                                                  :
FREDERICK LYNCH in their own right as the         :
Sibling of Michael Francis Lynch, Deceased;       :

JOHN B. LYNCH, JR. in their own right as the
Sibling of Michael Francis Lynch, Deceased;

KATHLEEN ANN LYNCH in their own right as
the Sibling of Michael Francis Lynch, Deceased;

KATHLEEN V. LYNCH in their own right as
the Parent of Michael Francis Lynch, Deceased;

MAUREEN LYNCH BAKER in their own right
as the Sibling of Michael Francis Lynch,
Deceased;

PAUL LYNCH in their own right as the Sibling
of Michael Francis Lynch, Deceased;

PARENT DOE AP178 in their own right as the
Parent of DOE AP178, Deceased;

PARENT DOE AP179 in their own right as the
Parent of DOE AP179, Deceased;

SIBLING DOE AP180 in their own right as the
Sibling of DOE AP180, Deceased;

FRANK CAPORICCI in their own right as the
Sibling of Louis A. Caporicci, Deceased;

JOSEPH CAPORICCI in their own right as the
Sibling of Louis A. Caporicci, Deceased;

NICHOLAS CAPORICCI in their own right as
the Parent of Louis A. Caporicci, Deceased;

NICHOLAS F. CAPORICCI in their own right
as the Sibling of Louis A. Caporicci, Deceased;

PATRICIA CAPORICCI in their own right as
the Parent of Louis A. Caporicci, Deceased;

SPOUSE DOE AP141 as Personal
Representative of the Estate of DOE AP141,
Deceased and on behalf of all beneficiaries of
DOE AP141, Deceased;

BARBARA COTTER in their own right as the
Sibling of Robert H. Lynch, Deceased;

LINDA HELCK in their own right as the Sibling
of Robert H. Lynch, Deceased;

PATRICIA CURRY in their own right as the
Sibling of Robert H. Lynch, Deceased;

MICHELLE LUDWIG, as Personal
Representative of the Estate of Lee Charles
Ludwig, Deceased and on behalf of all
beneficiaries of Lee Charles Ludwig;

ASHLEY MICHELLE LUDWIG in their own
right as the Child of Lee Charles Ludwig,
Deceased;

CHRISTOPHER LUDWIG in their own right as
the Child of Lee Charles Ludwig, Deceased;

LAWRENCE A. LUDWIG in their own right as
the Sibling of Lee Charles Ludwig, Deceased;

LOUIS LUDWIG in their own right as the Parent
of Lee Charles Ludwig, Deceased;

LOUIS LUDWIG, JR. in their own right as the
Sibling of Lee Charles Ludwig, Deceased;

LUANN MARTIN in their own right as the
Sibling of Lee Charles Ludwig, Deceased;

PAULA A. MINARA, as Personal
Representative of the Estate of Robert Minara,
Deceased and on behalf of all beneficiaries of
Robert Minara;

CHRISTIAN MINARA in their own right as the
Child of Robert Minara, Deceased;

RYAN PAUL MINARA in their own right as the
Child of Robert Minara, Deceased;

WALTER S. CRAMER, as Personal
Representative of the Estate of Christopher Seton
Cramer, Deceased and on behalf of all
beneficiaries of Christopher Seton Cramer;

KEITH CRAMER in their own right as the
Sibling of Christopher Seton Cramer, Deceased;

LYNNE ELIZABETH CRAMER in their own
right as the Parent of Christopher Seton Cramer,
Deceased;

84

|  | : |
|  | : |
| MARC S. CRAMER in their own right as the | : |
| Sibling of Christopher Seton Cramer, Deceased; | : |
|  | : |
| SUSAN LYNNE KINNEY in their own right as | : |
| the Sibling of Christopher Seton Cramer, | : |
| Deceased; | : |
|  | : |
|  | : |
| WALTER H. CRAMER in their own right as the | : |
| Sibling of Christopher Seton Cramer, Deceased; | : |
|  | : |
|  | : |
| LILLIAN BINI in their own right as the Parent of | : |
| Carl Bini, Deceased; | : |
|  | : |
|  | : |
| ROSEMARIE CORVINO in their own right as | : |
| the Sibling of Carl Bini, Deceased; | : |
|  | : |
| PATRICK WOODS, as Personal Representative | : |
| of the Estate of Patrick Woods, Deceased and on | : |
| behalf of all beneficiaries of Patrick Woods; | : |
|  | : |
|  | : |
| CHRIS WOODS in their own right as the Sibling | : |
| of Patrick Woods, Deceased; | : |
|  | : |
|  | : |
| EILEEN WOODS in their own right as the | : |
| Parent of Patrick Woods, Deceased; | : |
|  | : |
|  | : |
| THOMAS WOODS in their own right as the | : |
| Sibling of Patrick Woods, Deceased; | : |
|  | : |
|  | : |
| JOHN A. FOSTER in their own right as the | : |
| Parent of Noel John Foster, Deceased; | : |

MARION ROSETTE FOSTER in their own right
as the Parent of Noel John Foster, Deceased;

ANDREW ARIAS in their own right as the
Sibling of Adam P. Arias, Deceased;

DONALD ARIAS in their own right as the
Sibling of Adam P. Arias, Deceased;

LAUREN ARIAS LUCCHINI in their own right
as the Sibling of Adam P. Arias, Deceased;

LORRAINE M. ARIAS-BELIVEAU in their
own right as the Sibling of Adam P. Arias,
Deceased;

THOMAS ARIAS in their own right as the
Sibling of Adam P. Arias, Deceased;

TAMMY PERCONTI, as Personal
Representative of the Estate of Jon A. Perconti,
Deceased and on behalf of all beneficiaries of Jon
A. Perconti;

PARENT DOE AP113 in their own right as the
Parent of DOE AP113, Deceased;

SIBLING DOE AP116 in their own right as the
Sibling of DOE AP116, Deceased;

SIBLING DOE AP118 in their own right as the
Sibling of DOE AP118, Deceased;

|  | : |
|  | : |
| SIBLING DOE AP117 in their own right as the | : |
| Sibling of DOE AP117, Deceased; | : |
|  |  |
|  | : |
|  | : |
| PARENT DOE AP112 in their own right as the | : |
| Parent of DOE AP112, Deceased; | : |
|  |  |
|  | : |
|  | : |
| SIBLING DOE AP114 in their own right as the | : |
| Sibling of DOE AP114, Deceased; | : |
|  |  |
|  | : |
|  | : |
| SIBLING DOE AP115 in their own right as the | : |
| Sibling of DOE AP115, Deceased; | : |
|  |  |
|  | : |
|  | : |
| ALICE SCIUSCO in their own right as the | : |
| Sibling of Laurence Curia, Deceased; | : |
|  |  |
|  | : |
|  | : |
| ALICE CURIA in their own right as the Parent | : |
| of Laurence Curia, Deceased; | : |
|  |  |
|  | : |
|  | : |
| DANIEL CURIA in their own right as the | : |
| Sibling of Laurence Curia, Deceased; | : |
|  |  |
|  | : |
|  | : |
| JOSEPH CURIA in their own right as the Parent | : |
| of Laurence Curia, Deceased; | : |
|  |  |
|  | : |
| DAWN M. SHAY, as Personal Representative of | : |
| the Estate of Robert J. Shay, Jr., Deceased and on | : |
| behalf of all beneficiaries of Robert J. Shay, Jr.; | : |
|  |  |
|  | : |
|  | : |
| CAROLYN SHAY in their own right as the | : |
| Sibling of Robert J. Shay, Jr., Deceased; | : |

EILEEN SHAY in their own right as the Sibling                    :
of Robert J. Shay, Jr., Deceased;                               :

                                                                :
JAMES SHAY in their own right as the Sibling                    :
of Robert J. Shay, Jr., Deceased;                               :

                                                                :
KATHLEEN SHAY in their own right as the                         :
Sibling of Robert J. Shay, Jr., Deceased;                       :

                                                                :
LEANNE SHAY in their own right as the Sibling                   :
of Robert J. Shay, Jr., Deceased;                               :

                                                                :
MAUREEN SHAY in their own right as the                          :
Parent of Robert J. Shay, Jr., Deceased;                        :

                                                                :
MAUREEN SURKO in their own right as the                         :
Sibling of Robert J. Shay, Jr., Deceased;                       :

                                                                :
MICHAEL A. SHAY in their own right as the                       :
Sibling of Robert J. Shay, Jr., Deceased;                       :

                                                                :
ROBERT J. SHAY, SR. in their own right as the                   :
Parent of Robert J. Shay, Jr., Deceased;                        :

CHARLES R. EVANS, as Personal                                   :
Representative of the Estate of Eric Brian Evans,               :
Deceased and on behalf of all beneficiaries of                  :
Eric Brian Evans;                                               :

CORRINE J. EVANS, as Personal                                   :
Representative of the Estate of Eric Brian Evans,               :
Deceased and on behalf of all beneficiaries of                  :
Eric Brian Evans;                                               :

BARBARA L. POLHEMUS, as Personal             :
Representative of the Estate of Thomas H.      :
Polhemus, Deceased and on behalf of all        :
beneficiaries of Thomas H. Polhemus;           :

                                               :
                                               :
DOROTHY G. MCGRATH in their own right as       :
the Sibling of Thomas H. Polhemus, Deceased;   :

                                               :
                                               :
HAROLD L. POLHEMUS in their own right as       :
the Parent of Thomas H. Polhemus, Deceased;    :

                                               :
                                               :
JANE SKRZYNIARZ in their own right as the      :
Sibling of Thomas H. Polhemus, Deceased;       :

                                               :
                                               :
OLGA L. POLHEMUS in their own right as the     :
Parent of Thomas H. Polhemus, Deceased;        :

MATHILDA M. GEIDEL, as Personal                :
Representative of the Estate of Gary Paul Geidel, :
Deceased and on behalf of all beneficiaries of  :
Gary Paul Geidel;                              :

                                               :
                                               :
CHRISTINE A. NORRIS in their own right as      :
the Sibling of Gary Paul Geidel, Deceased;     :

                                               :
                                               :
MICHAEL W. GEIDEL in their own right as the    :
Sibling of Gary Paul Geidel, Deceased;         :

                                               :
                                               :
PAUL E. GEIDEL in their own right as the       :
Parent of Gary Paul Geidel, Deceased;          :

                                               :
                                               :
RALPH W. GEIDEL, SR. in their own right as     :
the Sibling of Gary Paul Geidel, Deceased;     :

MARGARET L. MATHERS, as Personal                    :
Representative of the Estate of Charles W.           :
Mathers, Deceased and on behalf of all              :
beneficiaries of Charles W. Mathers;                :

MARITZA ARZAYUS, as Personal                        :
Representative of the Estate of Carlos Munoz,       :
Deceased and on behalf of all beneficiaries of      :
Carlos Munoz;                                       :

JASON ROTHBERG, as Personal                         :
Representative of the Estate of Michael C.          :
Rothberg, Deceased and on behalf of all             :
beneficiaries of Michael C. Rothberg;               :

                                                    :
                                                    :
IRIS E. ROTHBERG in their own right as the          :
Parent of Michael C. Rothberg, Deceased;            :

                                                    :
                                                    :
RHONDA B. ROTHBERG in their own right as            :
the Sibling of Michael C. Rothberg, Deceased;       :

CAROLYN KELLY, as Personal Representative           :
of the Estate of Richard J. Kelly, Jr., Deceased    :
and on behalf of all beneficiaries of Richard J.    :
Kelly, Jr.;                                         :

                                                    :
                                                    :
DOMENICO RIVERSO in their own right as the          :
Parent of Joseph R. Riverso, Deceased;              :

                                                    :
                                                    :
MARIA RIVERSO in their own right as the             :
Sibling of Joseph R. Riverso, Deceased;             :

                                                    :
                                                    :
RALPH J. RIVERSO in their own right as the          :
Sibling of Joseph R. Riverso, Deceased;             :

                                                    :
                                                    :
TERESA RIVERSO in their own right as the            :
Parent of Joseph R. Riverso, Deceased;              :

|   |   |
|---|---|
|   | : |
|   | : |
| WILLIAM D. RIVERSO in their own right as the Sibling of Joseph R. Riverso, Deceased; | : |
|   | : |
| PARENT DOE AP119 as Personal Representative of the Estate of DOE AP119, Deceased and on behalf of all beneficiaries of DOE AP119, Deceased; | : : : : |
|   | : |
|   | : |
| SIBLING DOE AP121 in their own right as the Sibling of DOE AP121, Deceased; | : : |
|   | : |
|   | : |
| SIBLING DOE AP120 in their own right as the Sibling of DOE AP120, Deceased; | : : |
|   | : |
| VERNON F. CHEVALIER, JR. in their own right as the Parent of Swede Joseph Chevalier, Deceased; | : : : |
| PATRICIA ANN WILLIAMS, as Personal Representative of the Estate of Kevin Michael Williams, Deceased and on behalf of all beneficiaries of Kevin Michael Williams; | : : : : |
| ROGER MICHAEL WILLIAMS, as Personal Representative of the Estate of Kevin Michael Williams, Deceased and on behalf of all beneficiaries of Kevin Michael Williams; | : : : : |
| PARENT DOE AP122 as Personal Representative of the Estate of DOE AP122, Deceased and on behalf of all beneficiaries of DOE AP122, Deceased; | : : : : |
|   | : |
|   | : |
| SIBLING DOE AP123 in their own right as the Sibling of DOE AP123, Deceased; | : : |
|   | : |
|   | : |
| SIBLING DOE AP124 in their own right as the Sibling of DOE AP124, Deceased; | : : |

MAUREEN TIERI in their own right as the
Spouse of Salvatore Tieri, Deceased;

JOANNE F. BETTERLY, as Personal
Representative of the Estate of Timothy D.
Betterly, Deceased and on behalf of all
beneficiaries of Timothy D. Betterly;

DONALD A. BETTERLY in their own right as
the Parent of Timothy D. Betterly, Deceased;

DONALD BETTERLY, JR. in their own right as
the Sibling of Timothy D. Betterly, Deceased;

JOAN C. BETTERLY in their own right as the
Parent of Timothy D. Betterly, Deceased;

MARK BETTERLY in their own right as the
Sibling of Timothy D. Betterly, Deceased;

KAREN D. CANGIALOSI, as Personal
Representative of the Estate of Stephen J.
Cangialosi, Deceased and on behalf of all
beneficiaries of Stephen J. Cangialosi;

ELIZABETH CANGIALOSI DICKEY in their
own right as the Sibling of Stephen J. Cangialosi,
Deceased;

HELEN J. CANGIALOSI in their own right as
the Parent of Stephen J. Cangialosi, Deceased;

KATHLEEN CANGIALOSI RUE in their own
right as the Sibling of Stephen J. Cangialosi,
Deceased;

|                                                                                                          |     |
| -------------------------------------------------------------------------------------------------------- | --- |
|                                                                                                          | :   |
| THOMAS J. CANGIALOSI, JR. in their own right as the Sibling of Stephen J. Cangialosi, Deceased;          | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
| THOMAS J. CANGIALOSI in their own right as the Parent of Stephen J. Cangialosi, Deceased;                | :   |
|                                                                                                          | :   |
| CYNTHIA FURMATO, as Personal Representative of the Estate of Paul Furmato, Deceased and on behalf of all beneficiaries of Paul Furmato; | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
| CAROL DEBENEDICTIS in their own right as the Sibling of Paul Furmato, Deceased;                          | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
| JILL KEOUGH in their own right as the Sibling of Paul Furmato, Deceased;                                 | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
| JOSEPH FURMATO, SR. in their own right as the Parent of Paul Furmato, Deceased;                          | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
| JOSEPH FURMATO, JR. in their own right as the Sibling of Paul Furmato, Deceased;                         | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
| MARGARET FURMATO in their own right as the Parent of Paul Furmato, Deceased;                             | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
| MARK FURMATO in their own right as the Sibling of Paul Furmato, Deceased;                                | :   |
|                                                                                                          | :   |
|                                                                                                          | :   |
| BRIGITTE DAY, as Personal Representative of the Estate of Edward Day, Deceased and on behalf of all beneficiaries of Edward Day; | :   |

93

JANET A. DUNSTAN, as Personal                  :
Representative of the Estate of Richard A.      :
Dunstan, Deceased and on behalf of all         :
beneficiaries of Richard A. Dunstan;           :

                                               :
                                               :
LAURA D. DUNSTAN in their own right as the     :
Child of Richard A. Dunstan, Deceased;         :

GERALDINE HALDERMAN, as Personal               :
Representative of the Estate of David Halderman,:
Deceased and on behalf of all beneficiaries of :
David Halderman;                               :

                                               :
                                               :
MARIANNE ANGELO in their own right as the      :
Sibling of David Halderman, Deceased;          :

RALPH SABBAG, as Personal Representative of    :
the Estate of Jason Elazar Sabbag, Deceased and:
on behalf of all beneficiaries of Jason Elazar :
Sabbag;                                        :

                                               :
                                               :
BRIGITTE SABBAG in their own right as the      :
Parent of Jason Elazar Sabbag, Deceased;       :

                                               :
                                               :
CLIFTON SABBAG in their own right as the       :
Sibling of Jason Elazar Sabbag, Deceased;      :

                                               :
                                               :
LAURENCE HAGAN in their own right as the       :
Sibling of Jason Elazar Sabbag, Deceased;      :

VINCENT JOSEPH RAGUSA, as Personal             :
Representative of the Estate of Michael Paul    :
Ragusa, Deceased and on behalf of all          :
beneficiaries of Michael Paul Ragusa;          :

                                               :
                                               :
CHRISTINE SALADEEN in their own right as       :
the Sibling of Michael Paul Ragusa, Deceased;  :

DOMENICA RAGUSA in their own right as the
Parent of Michael Paul Ragusa, Deceased;

KENNETH RAGUSA in their own right as the
Sibling of Michael Paul Ragusa, Deceased;

VINCENT CARL RAGUSA in their own right
as the Sibling of Michael Paul Ragusa, Deceased;

JODI A. MARRERO, as Personal Representative
of the Estate of Jose Marrero, Deceased and on
behalf of all beneficiaries of Jose Marrero;

FELICIA YOUNG, as Personal Representative
of the Estate of Donald McArthur Young,
Deceased and on behalf of all beneficiaries of
Donald McArthur Young;

CHRISTINE KARAS FISHER, as Personal
Representative of the Estate of Gerald Paul
Fisher, Deceased and on behalf of all
beneficiaries of Gerald Paul Fisher;

JONATHAN MICHAEL FISHER in their own
right as the Child of Gerald Paul Fisher,
Deceased;

SERENA FISHER DUGAN in their own right as
the Child of Gerald Paul Fisher, Deceased;

SUZANNE LAWRENCE, as Personal
Representative of the Estate of Robert A.
Lawrence, Jr., Deceased and on behalf of all
beneficiaries of Robert A. Lawrence, Jr.;

EILEEN LAWRENCE in their own right as the
Parent of Robert A. Lawrence, Jr., Deceased;

ELIZABETH ANDERSEN in their own right as
the Sibling of Robert A. Lawrence, Jr., Deceased;

ROBERT A. LAWRENCE in their own right as
the Parent of Robert A. Lawrence, Jr., Deceased;

WALTER LAWRENCE in their own right as the
Sibling of Robert A. Lawrence, Jr., Deceased;

SPOUSE DOE AP125 as Personal
Representative of the Estate of DOE AP125,
Deceased and on behalf of all beneficiaries of
DOE AP125, Deceased;

MARY SUE MCGOVERN, as Personal
Representative of the Estate of William J.
McGovern, Deceased and on behalf of all
beneficiaries of William J. McGovern;

MARILYN MCGOVERN ZURICA in their own
right as the Sibling of William J. McGovern,
Deceased;

PATRICIA A. STRAINE, as Personal
Representative of the Estate of James J. Straine,
Jr., Deceased and on behalf of all beneficiaries of
James J. Straine, Jr.;

DANIEL M. STRAINE in their own right as the
Sibling of James J. Straine, Jr., Deceased;

JAMES J. STRAINE in their own right as the
Parent of James J. Straine, Jr., Deceased;

KEVIN STRAINE in their own right as the
Sibling of James J. Straine, Jr., Deceased;

MARY E. STRAINE in their own right as the :
Parent of James J. Straine, Jr., Deceased; :

MICHAEL STRAINE in their own right as the :
Sibling of James J. Straine, Jr., Deceased; :

ALFRED E. RANCKE in their own right as the :
Parent of Alfred Todd Rancke, Deceased; :

BARBARA B. RANCKE in their own right as :
the Parent of Alfred Todd Rancke, Deceased; :

BARBARA R. SPENI in their own right as the :
Sibling of Alfred Todd Rancke, Deceased; :

CYNTHIA RANCKE BIENEMANN in their :
own right as the Sibling of Alfred Todd Rancke, :
Deceased; :

CYNTHIA J. CAMPBELL, as Personal :
Representative of the Estate of David Otey :
Campbell, Deceased and on behalf of all :
beneficiaries of David Otey Campbell; :

YUN-JU WEN, as Personal Representative of the :
Estate of Ssu-Hui Wen, Deceased and on behalf :
of all beneficiaries of Ssu-Hui Wen; :

SHU-NU CHEN in their own right as the Parent :
of Ssu-Hui Wen, Deceased; :

SHUN-FA WEN in their own right as the Parent :
of Ssu-Hui Wen, Deceased; :

CYNTHIA HOBSON MCNUTT, as Personal                          :
Representative of the Estate of Robert Wayne                 :
Hobson, III, Deceased and on behalf of all                  :
beneficiaries of Robert Wayne Hobson, III;                  :

                                                         :
                                                         :

JUDITH HOBSON in their own right as the                     :
Parent of Robert Wayne Hobson, III, Deceased;               :

                                                         :
                                                         :

LAURA J. DECOSTER in their own right as the                 :
Sibling of Robert Wayne Hobson, III, Deceased;              :

                                                         :
                                                         :

LISA ANN PRESTON in their own right as the                  :
Sibling of Robert Wayne Hobson, III, Deceased;              :

                                                         :
                                                         :

MATTHEW HOBSON in their own right as the                    :
Sibling of Robert Wayne Hobson, III, Deceased;              :

SPOUSE DOE AP126 as Personal                                :
Representative of the Estate of DOE AP126,                   :
Deceased and on behalf of all beneficiaries of              :
DOE AP126, Deceased;                                        :

                                                         :
                                                         :

BEVERLY M. MALER in their own right as the                  :
Parent of Alfred Russell Maler, Deceased;                   :

                                                         :
                                                         :

BEVERLY V. MALER in their own right as the                  :
Sibling of Alfred Russell Maler, Deceased;                  :

                                                         :
                                                         :

EDWARD D. MALER in their own right as the                   :
Sibling of Alfred Russell Maler, Deceased;                  :

                                                         :
                                                         :

JEANINE M. SHERMAN in their own right as                    :
the Sibling of Alfred Russell Maler, Deceased;              :

|  |  |
|---|---|
| | : |
| | : |
| KEITH E. MALER in their own right as the | : |
| Sibling of Alfred Russell Maler, Deceased; | : |
| | |
| | : |
| | : |
| MICHAEL A. MALER, SR. in their own right as | : |
| the Parent of Alfred Russell Maler, Deceased; | : |
| | |
| SPOUSE DOE AP127 as Personal | : |
| Representative of the Estate of DOE AP127, | : |
| Deceased and on behalf of all beneficiaries of | : |
| DOE AP127, Deceased; | : |
| | |
| | : |
| | : |
| JEAN COLEMAN in their own right as the | : |
| Parent of Keith Eugene Coleman, Deceased; | : |
| | |
| | : |
| | : |
| NEIL COLEMAN in their own right as the | : |
| Parent of Keith Eugene Coleman, Deceased; | : |
| | |
| | : |
| | : |
| TODD D. COLEMAN in their own right as the | : |
| Sibling of Keith Eugene Coleman, Deceased; | : |
| | |
| | : |
| LAURA ALESSI, as Personal Representative of | : |
| the Estate of Pamela J. Boyce, Deceased and on | : |
| behalf of all beneficiaries of Pamela J. Boyce; | : |
| | |
| | : |
| DESIREE A. GERASIMOVICH in their own | : |
| right as the Sibling of Pamela J. Boyce, | : |
| Deceased; | : |
| | |
| | : |
| | : |
| GINA GRASSI in their own right as the Sibling | : |
| of Pamela J. Boyce, Deceased; | : |
| | |
| CROSSLEY R. WILLIAMS, SR., as Personal | : |
| Representative of the Estate of Crossley R. | : |
| Williams, Jr., Deceased and on behalf of all | : |
| beneficiaries of Crossley R. Williams, Jr.; | : |

VALRIE M. WILLIAMS in their own right as the Parent of Crossley R. Williams, Jr., Deceased;

PATRICK SULLIVAN, as Personal Representative of the Estate of Patrick Sullivan, Deceased and on behalf of all beneficiaries of Patrick Sullivan;

GERALD SULLIVAN in their own right as the Sibling of Patrick Sullivan, Deceased;

GREGORY SULLIVAN in their own right as the Sibling of Patrick Sullivan, Deceased;

MARY SULLIVAN in their own right as the Parent of Patrick Sullivan, Deceased;

TOBY MILLMAN, as Personal Representative of the Estate of Benjamin Millman, Deceased and on behalf of all beneficiaries of Benjamin Millman;

JENNIFER WOODWARD HUNT, as Personal Representative of the Estate of William Christopher Hunt, Deceased and on behalf of all beneficiaries of William Christopher Hunt;

BENJAMIN ALEXANDER GLASCOE, as Personal Representative of the Estate of Keith Alexander Glascoe, Deceased and on behalf of all beneficiaries of Keith Alexander Glascoe;

GLORIA GLASCOE in their own right as the Parent of Keith Alexander Glascoe, Deceased;

VERONICA SQUEF in their own right as the Domestic Partner and on behalf of the Minor Children of Keith Alexander Glascoe, Deceased;

100

|  | : |
|  | : |
| FRANCES N. SENNAS in their own right as the Parent of Stacey Sennas McGowan, Deceased; | : |
|  | : |
|  | : |
|  | : |
| SEMO P. SENNAS in their own right as the Parent of Stacey Sennas McGowan, Deceased; | : |
|  | : |
| NYKIA MORGAN, as Personal Representative of the Estate of Dorothy R. Morgan, Deceased and on behalf of all beneficiaries of Dorothy R. Morgan; | : |
|  | : |
|  | : |
|  | : |
|  | : |
| SUSANN BRADY, as Personal Representative of the Estate of Gavin Cushny, Deceased and on behalf of all beneficiaries of Gavin Cushny; | : |
|  | : |
|  | : |
|  | : |
|  | : |
| RUPERT EALES-WHITE in their own right as the Sibling of Gavin Cushny, Deceased; | : |
|  | : |
|  | : |
|  | : |
| ANTHONY LICCIARDI in their own right as the Sibling of Ralph M. Licciardi, Deceased; | : |
|  | : |
|  | : |
|  | : |
| CARMEL-ANN SULLIVAN in their own right as the Sibling of Ralph M. Licciardi, Deceased; | : |
|  | : |
|  | : |
|  | : |
| SEBASTIANO LICCIARDI in their own right as the Parent of Ralph M. Licciardi, Deceased; | : |
|  | : |
| CATHERINE COUGHLAN, as Personal Representative of the Estate of Martin Coughlan, Deceased and on behalf of all beneficiaries of Martin Coughlan; | : |
|  | : |
|  | : |
|  | : |
|  | : |
| AILISH COUGHLAN in their own right as the Child of Martin Coughlan, Deceased; | : |

|  | : |
|  | : |
| DENISE COUGHLAN in their own right as the Child of Martin Coughlan, Deceased; | : |
|  | : |
|  | : |
| ORLA BOWIE in their own right as the Child of Martin Coughlan, Deceased; | : |
|  | : |
|  | : |
|  | : |
| SINEAD COUGHLAN in their own right as the Child of Martin Coughlan, Deceased; | : |
|  | : |
| SUZANNE J. BERGER, as Personal Representative of the Estate of James P. Berger, Deceased and on behalf of all beneficiaries of James P. Berger; | : |
|  | : |
|  | : |
|  | : |
| ESTRELLA SUMAYA, as Personal Representative of the Estate of Hilario Soriano Sumaya, Jr., Deceased and on behalf of all beneficiaries of Hilario Soriano Sumaya, Jr.; | : |
|  | : |
|  | : |
|  | : |
|  | : |
| CHARITO LEBLANC in their own right as the Sibling of Hilario Soriano Sumaya, Jr., Deceased; | : |
|  | : |
|  | : |
|  | : |
| CHRISTINE TROTTA in their own right as the Sibling of Hilario Soriano Sumaya, Jr., Deceased; | : |
|  | : |
|  | : |
|  | : |
|  | : |
| LISA SUMAYA in their own right as the Sibling of Hilario Soriano Sumaya, Jr., Deceased; | : |
|  | : |
|  | : |
| MARIVEL PASSACANTANDO in their own right as the Sibling of Hilario Soriano Sumaya, Jr., Deceased; | : |
|  | : |
|  | : |
|  | : |
| REYNALDO SUMAYA in their own right as the Sibling of Hilario Soriano Sumaya, Jr., Deceased; | : |
|  | : |
|  | : |

102

|   |   |
|---|---|
|   | : |
|   | : |
| KAZIMIERZ MACIEJEWSKI in their own right | : |
| as the Parent of Jan Maciejewski, Deceased; | : |
|   |   |
|   | : |
|   | : |
| PAWEL MACIEJEWSKI in their own right as | : |
| the Sibling of Jan Maciejewski, Deceased; | : |
|   |   |
| CHRISTINE HUHN, as Personal Representative | : |
| of the Estate of David Martin Graifman, | : |
| Deceased and on behalf of all beneficiaries of | : |
| David Martin Graifman; | : |
|   |   |
|   | : |
|   | : |
| BRIAN D. GRAIFMAN in their own right as the | : |
| Sibling of David Martin Graifman, Deceased; | : |
|   |   |
|   | : |
|   | : |
| JULIUS GRAIFMAN in their own right as the | : |
| Parent of David Martin Graifman, Deceased; | : |
|   |   |
|   | : |
|   | : |
| RUTH GRAIFMAN in their own right as the | : |
| Parent of David Martin Graifman, Deceased; | : |
|   |   |
| SPOUSE DOE AP142 as Personal | : |
| Representative of the Estate of DOE AP142, | : |
| Deceased and on behalf of all beneficiaries of | : |
| DOE AP142, Deceased; | : |
|   |   |
|   | : |
|   | : |
| BRENDAN M. GRADY in their own right as the | : |
| Sibling of Christopher Michael Grady, Deceased; | : |
|   |   |
|   | : |
|   | : |
| DEIRDRE M. GRADY in their own right as the | : |
| Sibling of Christopher Michael Grady, Deceased; | : |
|   |   |
|   | : |
|   | : |
| PATRICK GRADY in their own right as the | : |
| Sibling of Christopher Michael Grady, Deceased; | : |

                                                        :
                                                        :
WILLIAM J. BOSCO, JR. in their own right as             :
the Parent of Richard E. Bosco, Deceased;               :

DANIELA GOGLIORMELLA, as Personal                       :
Representative of the Estate of Michael                 :
Gogliormella, Deceased and on behalf of all             :
beneficiaries of Michael Gogliormella;                  :

SPOUSE DOE AP143 as Personal                            :
Representative of the Estate of DOE AP143,              :
Deceased and on behalf of all beneficiaries of          :
DOE AP143, Deceased;                                    :

                                                        :
                                                        :
SIBLING DOE AP145 in their own right as the             :
Sibling of DOE AP145, Deceased;                         :

                                                        :
                                                        :
SIBLING DOE AP146 in their own right as the             :
Sibling of DOE AP146, Deceased;                         :

                                                        :
                                                        :
FRANK SHERRY in their own right as the                  :
Parent of John Anthony Sherry, Deceased;                :

                                                        :
                                                        :
SIBLING DOE AP148 in their own right as the             :
Sibling of DOE AP148, Deceased;                         :

                                                        :
                                                        :
PARENT DOE AP144 in their own right as the              :
Parent of DOE AP144, Deceased;                          :

                                                        :
                                                        :
SIBLING DOE AP147 in their own right as the             :
Sibling of DOE AP147, Deceased;                         :

SHEILA SCANDOLE, as Personal                            :
Representative of the Estate of Robert L.               :
Scandole, Deceased and on behalf of all                 :
beneficiaries of Robert L. Scandole;                    :

CHRISTOPHER SCANDOLE in their own right
as the Sibling of Robert L. Scandole, Deceased;

MARGARET SCANDOLE in their own right as
the Parent of Robert L. Scandole, Deceased;

ROBERT SCANDOLE in their own right as the
Parent of Robert L. Scandole, Deceased;

CATHERINE PEDERSEN, as Personal
Representative of the Estate of Loretta A. Vero,
Deceased and on behalf of all beneficiaries of
Loretta A. Vero;

BELLA BOYARSKY in their own right as the
Parent of Gennady Boyarsky, Deceased;

VLADIMIR BOYARSKY in their own right as
the Parent of Gennady Boyarsky, Deceased;

FANNY DEJESUS MOLINA in their own right
as the Sibling of Manuel Dejesus Molina,
Deceased;

JUAN JOSE MOLINA in their own right as the
Sibling of Manuel Dejesus Molina, Deceased;

MARIA CARMEN MOLINA in their own right
as the Sibling of Manuel Dejesus Molina,
Deceased;

MARINA MOLINA in their own right as the
Parent of Manuel Dejesus Molina, Deceased;

MILEDE ATLAGRACIA MOLINA in their own
right as the Sibling of Manuel Dejesus Molina,
Deceased;

:
:
:
:

RAMON DEJESUS MOLINA in their own right
as the Sibling of Manuel Dejesus Molina,
Deceased;

:
:
:
:

GRACE ALVIAR, as Personal Representative of
the Estate of Cesar A. Alviar, Deceased and on
behalf of all beneficiaries of Cesar A. Alviar;

:
:
:
:

CHRISTOPHER ALVIAR in their own right as
the Child of Cesar A. Alviar, Deceased;

:
:
:
:

GEMMA ALVIAR in their own right as the
Child of Cesar A. Alviar, Deceased;

:
:
:
:

GIANINA ALVIAR in their own right as the
Child of Cesar A. Alviar, Deceased;

:
:
:
:

ANTONINA MINGIONE in their own right as
the Parent of Thomas Mingione, Deceased;

:
:
:
:

GERALD MINGIONE in their own right as the
Parent of Thomas Mingione, Deceased;

:
:
:
:

DOE AP150 as Personal Representative of the
Estate of DOE AP150, Deceased and on behalf of
all beneficiaries of DOE AP150, Deceased;

:
:
:
:

JACQUELINE GILBERT, as Personal
Representative of the Estate of Timothy Paul
Gilbert, Deceased and on behalf of all
beneficiaries of Timothy Paul Gilbert;

:
:
:
:

|  | : |
|  | : |
| ELIZABETH SHERRY in their own right as the Sibling of Robert O'Shea, Deceased; | : |
|  | : |
|  | : |
|  | : |
| SIBLING DOE AP151 in their own right as the Sibling of DOE AP151, Deceased; | : |
|  | : |
| SPOUSE DOE AP152 as Personal Representative of the Estate of DOE AP152, Deceased and on behalf of all beneficiaries of DOE AP152, Deceased; | : |
|  | : |
|  | : |
|  | : |
|  | : |
|  | : |
| ALYCE GOLDSTEIN in their own right as the Parent of Steven Ian Goldstein, Deceased; | : |
|  | : |
|  | : |
|  | : |
| ROBERT JAY GOLDSTEIN in their own right as the Sibling of Steven Ian Goldstein, Deceased; | : |
| KARL H. SCHMIDT, as Personal Representative of the Estate of Karen Helene Schmidt, Deceased and on behalf of all beneficiaries of Karen Helene Schmidt; | : |
| LAUREN J. OSNATO, as Personal Representative of the Estate of Karen Helene Schmidt, Deceased and on behalf of all beneficiaries of Karen Helene Schmidt; | : |
| PATRICIA M. HOROHOE, as Personal Representative of the Estate of Robert L. Horohoe, Jr., Deceased and on behalf of all beneficiaries of Robert L. Horohoe, Jr.; | : |
| ROBERT L. HOROHOE, SR., as Personal Representative of the Estate of Robert L. Horohoe, Jr., Deceased and on behalf of all beneficiaries of Robert L. Horohoe, Jr.; | : |
|  | : |
|  | : |
| DONNA M. ERSKINE in their own right as the Sibling of Robert L. Horohoe, Jr., Deceased; | : |

107

:
:
MICHAEL E. HOROHOE in their own right as          :
the Sibling of Robert L. Horohoe, Jr., Deceased;  :

:
:
PATRICIA M. WITSCHEL in their own right as        :
the Sibling of Robert L. Horohoe, Jr., Deceased;  :

ROSANNE HUGHES, as Personal                       :
Representative of the Estate of Thomas F.          :
Hughes, Jr., Deceased and on behalf of all        :
beneficiaries of Thomas F. Hughes, Jr.;           :

JOANNE DESIMONE, as Personal                      :
Representative of the Estate of Edward            :
DeSimone, III, Deceased and on behalf of all      :
beneficiaries of Edward DeSimone, III;            :

:
:
ANGELINA TRIMBOLI in their own right as           :
the Parent of Edward DeSimone, III, Deceased;     :

:
:
EDWARD DESIMONE, JR. in their own right as        :
the Parent of Edward DeSimone, III, Deceased;     :

:
:
MICHELE YOUNG in their own right as the           :
Sibling of Edward DeSimone, III, Deceased;        :

SPOUSE DOE AP153 as Personal                      :
Representative of the Estate of DOE AP153,        :
Deceased and on behalf of all beneficiaries of    :
DOE AP153, Deceased;                              :

:
:
SIBLING DOE AP163 in their own right as the       :
Sibling of DOE AP163, Deceased;                   :

:
:
SIBLING DOE AP160 in their own right as the       :
Sibling of DOE AP160, Deceased;                   :

SIBLING DOE AP154 in their own right as the
Sibling of DOE AP154, Deceased;

:
:
:

SIBLING DOE AP164 in their own right as the
Sibling of DOE AP164, Deceased;

:
:
:

SIBLING DOE AP161 in their own right as the
Sibling of DOE AP161, Deceased;

:
:
:

PARENT DOE AP156 in their own right as the
Parent of DOE AP156, Deceased;

:
:
:

SIBLING DOE AP157 in their own right as the
Sibling of DOE AP157, Deceased;

:
:
:

SIBLING DOE AP158 in their own right as the
Sibling of DOE AP158, Deceased;

:
:
:

SIBLING DOE AP165 in their own right as the
Sibling of DOE AP165, Deceased;

:
:
:

SIBLING DOE AP162 in their own right as the
Sibling of DOE AP162, Deceased;

:
:
:

SIBLING DOE AP166 in their own right as the
Sibling of DOE AP166, Deceased;

:
:
:

SIBLING DOE AP159 in their own right as the
Sibling of DOE AP159, Deceased;

:
:
:

ELIZABETH KANE REICH in their own right
as the Sibling of Vincent D. Kane, Jr., Deceased;

PATRICIA FLANDERS in their own right as the
Sibling of Vincent D. Kane, Jr., Deceased;

ADELMA REYES JIMINEZ in their own right
as the Sibling of Gloria Reyes Nieves, Deceased;

HARVEY BLOMBERG in their own right as the
Parent of Jonathan Uman, Deceased;

SUSAN UMAN BLOMBERG in their own right
as the Parent of Jonathan Uman, Deceased;

GEORGE V. HINDY, as Personal Representative
of the Estate of Mark D. Hindy, Deceased and on
behalf of all beneficiaries of Mark D. Hindy;

GREGORY J. HINDY in their own right as the
Sibling of Mark D. Hindy, Deceased;

VIRGINIA A. HINDY in their own right as the
Parent of Mark D. Hindy, Deceased;

SILVERIA SEGURA in their own right as the
Spouse of Juan G. Salas, Deceased;

NANCY SANTANA, as Personal Representative
of the Estate of Victor Daniel Barbosa, Deceased
and on behalf of all beneficiaries of Victor Daniel
Barbosa;

LUCY E. THOMPSON, as Personal                    :
Representative of the Estate of Clive Thompson,   :
Deceased and on behalf of all beneficiaries of    :
Clive Thompson;                                   :

                                                  :
                                                  :
KEITH B. THOMPSON in their own right as the        :
Sibling of Clive Thompson, Deceased;               :

                                                  :
                                                  :
CHRISTINE CAPUTO in their own right as the         :
Child of Thomas P. DeAngelis, Deceased;            :

                                                  :
                                                  :
THOMAS J. DEANGELIS in their own right as          :
the Child of Thomas P. DeAngelis, Deceased;        :

                                                  :
                                                  :
BERNARD J. O'BRIEN in their own right as the       :
Parent of Timothy M. O'Brien, Deceased;            :

                                                  :
                                                  :
KATHLEEN TIGHE in their own right as the           :
Sibling of Timothy M. O'Brien, Deceased;           :

                                                  :
                                                  :
MARILYN O'BRIEN in their own right as the          :
Parent of Timothy M. O'Brien, Deceased;            :

                                                  :
                                                  :
PATRICK O'BRIEN in their own right as the          :
Sibling of Timothy M. O'Brien, Deceased;           :

                                                  :
                                                  :
ROBERT L. O'BRIEN in their own right as the        :
Sibling of Timothy M. O'Brien, Deceased;           :

                                                  :
                                                  :
THERESE A. VISCONTI in their own right as          :
the Sibling of Timothy M. O'Brien, Deceased;       :

|  | : |
|  | : |
| DONALD T. JONES in their own right as the | : |
| Parent of Donald T. Jones, II, Deceased; | : |
|  | |
|  | : |
|  | : |
| JUDITH JONES in their own right as the Parent | : |
| of Donald T. Jones, II, Deceased; | : |
|  | |
|  | : |
|  | : |
| WILLIAM B. JONES, II in their own right as the | : |
| Sibling of Donald T. Jones, II, Deceased; | : |
| KATHLEEN TIGHE, as Personal Representative | : |
| of the Estate of Stephen Edward Tighe, Deceased | : |
| and on behalf of all beneficiaries of Stephen | : |
| Edward Tighe; | : |
|  | |
|  | : |
|  | : |
| JAMES H. TIGHE in their own right as the | : |
| Sibling of Stephen Edward Tighe, Deceased; | : |
|  | |
|  | : |
|  | : |
| JANE M. O'DEA in their own right as the Sibling | : |
| of Stephen Edward Tighe, Deceased; | : |
|  | |
|  | : |
|  | : |
| ROBERTA L. SHEA in their own right as the | : |
| Sibling of Stephen Edward Tighe, Deceased; | : |
|  | |
|  | : |
|  | : |
| TIMOTHY J. TIGHE in their own right as the | : |
| Sibling of Stephen Edward Tighe, Deceased; | : |
| ROMAN GERTSBERG, as Personal | |
| Representative of the Estate of Marina | : |
| Romanovna Gertsberg, Deceased and on behalf | : |
| of all beneficiaries of Marina Romanovna | : |
| Gertsberg; | : |
|  | |
|  | : |
|  | : |
| BARBARA POLISAR in their own right as the | : |
| Sibling of Frank Palombo, Deceased; | : |

|  |  |
|---|---|
| | : |
| | : |
| FORTUNATA PALOMBO in their own right as | : |
| the Parent of Frank Palombo, Deceased; | : |
| | |
| | : |
| | : |
| MARIE PERRONE in their own right as the | : |
| Sibling of Frank Palombo, Deceased; | : |
| | |
| VALENTINA LYGINA, as Personal | : |
| Representative of the Estate of Alexander Lygin, | : |
| Deceased and on behalf of all beneficiaries of | : |
| Alexander Lygin; | : |
| | |
| | : |
| VLADIMIR LYGIN, as Personal Representative | : |
| of the Estate of Alexander Lygin, Deceased and | : |
| on behalf of all beneficiaries of Alexander Lygin; | : |
| | |
| | : |
| | : |
| NATASHA LYGINA in their own right as the | : |
| Sibling of Alexander Lygin, Deceased; | : |
| | |
| MAUREEN MADDISON, as Personal | : |
| Representative of the Estate of Simon Maddison, | : |
| Deceased and on behalf of all beneficiaries of | : |
| Simon Maddison; | : |
| | |
| | : |
| | : |
| ELIZABETH COLLIS in their own right as the | : |
| Sibling of Simon Maddison, Deceased; | : |
| | |
| | : |
| | : |
| PENELOPE JOAN HASSELL in their own right | : |
| as the Sibling of Simon Maddison, Deceased; | : |
| | |
| | : |
| | : |
| PETER JOHN MADDISON in their own right as | : |
| the Parent of Simon Maddison, Deceased; | : |
| | |
| | : |
| STEPHEN PETER MADDISON in their own | : |
| right as the Sibling of Simon Maddison, | : |
| Deceased; | : |

DEBORAH FODOR, as Personal Representative of the Estate of Michael N. Fodor, Deceased and on behalf of all beneficiaries of Michael N. Fodor;

:
:
:
:

:
:

ANDREW FODOR in their own right as the Child of Michael N. Fodor, Deceased;

:
:

:
:

JUDITH FODOR in their own right as the Sibling of Michael N. Fodor, Deceased;

:
:

:
:

MICHAEL FODOR in their own right as the Child of Michael N. Fodor, Deceased;

:
:

:
:

MICHAEL FODOR in their own right as the Parent of Michael N. Fodor, Deceased;

:
:

RAMESES GARCIA BAUTISTA, as Personal Representative of the Estate of Marlyn Capito Bautista, Deceased and on behalf of all beneficiaries of Marlyn Capito Bautista;

:
:
:
:

:
:

ANISIA C. ABARABAR in their own right as the Sibling of Marlyn Capito Bautista, Deceased;

:
:

:
:

NARCISA G. CAPITO in their own right as the Parent of Marlyn Capito Bautista, Deceased;

:
:

:
:

RUFINA C. COQUIA in their own right as the Sibling of Marlyn Capito Bautista, Deceased;

:
:

:
:

SIBLING DOE AP168 in their own right as the Sibling of DOE AP168, Deceased;

:
:

114

SUSAN FISHER, as Personal Representative of
the Estate of Thomas J. Fisher, Deceased and on
behalf of all beneficiaries of Thomas J. Fisher;

DENISE DILEO FISHER in their own right as
the Spouse of Thomas J. Fisher, Deceased;

LESLIE SUE HERSCH, as Personal
Representative of the Estate of Jeffrey A. Hersch,
Deceased and on behalf of all beneficiaries of
Jeffrey A. Hersch;

DONNA ALLINGHAM, as Personal
Representative of the Estate of Christopher
Edward Allingham, Deceased and on behalf of
all beneficiaries of Christopher Edward
Allingham;

JAMES J. ALLINGHAM in their own right as
the Sibling of Christopher Edward Allingham,
Deceased;

KATHARINE ALLINGHAM CLARK in their
own right as the Sibling of Christopher Edward
Allingham, Deceased;

PATRICIA C. ALLINGHAM in their own right
as the Parent of Christopher Edward Allingham,
Deceased;

PEGGY ALLINGHAM CICCARELLI in their
own right as the Sibling of Christopher Edward
Allingham, Deceased;

WILLIAM J. ALLINGHAM in their own right as
the Parent of Christopher Edward Allingham,
Deceased;

WILLIAM J. ALLINGHAM, JR. in their own
right as the Sibling of Christopher Edward
Allingham, Deceased;

MATTHEW MONAHAN, as Personal    :
Representative of the Estate of Franklyn  :
Monahan, Deceased and on behalf of all  :
beneficiaries of Franklyn Monahan;   :

JOSEPH W. HROMADA, as Personal    :
Representative of the Estate of Milagros  :
Hromada, Deceased and on behalf of all  :
beneficiaries of Milagros Hromada;   :

   :
   :
DONALD TAM in their own right as the Sibling  :
of Maurita Tam, Deceased;   :

   :
   :
JIN ARK TAM in their own right as the Parent of  :
Maurita Tam, Deceased;   :

   :
   :
JULIE M.Y. TAM in their own right as the  :
Parent of Maurita Tam, Deceased;   :

   :
   :
STEPHANIE TAM in their own right as the  :
Sibling of Maurita Tam, Deceased;   :

BLANCHE STEEN, as Personal Representative  :
of the Estate of Eric Thomas Steen, Deceased and  :
on behalf of all beneficiaries of Eric Thomas  :
Steen;   :

   :
GEORGE D. STEEN, II in their own right as the  :
Sibling of Eric Thomas Steen, Deceased;   :

JOEL GARY SHAPIRO, as Personal    :
Representative of the Estate of Sareve Dukat,  :
Deceased and on behalf of all beneficiaries of  :
Sareve Dukat;   :

CELESTE MARINO GARCIA, as Personal  :
Representative of the Estate of Cesar R. Garcia,  :
Deceased and on behalf of all beneficiaries of  :
Cesar R. Garcia;   :

RORY OWENS MURRAY, as Personal   :
Representative of the Estate of John J. Murray,  :
Deceased and on behalf of all beneficiaries of  :
John J. Murray;   :

116

|  | : |
| --- | --- |
|  | : |
| CATHERINE M. DATZ in their own right as the | : |
| Sibling of John J. Murray, Deceased; | : |
|  | : |
|  | : |
| JAYNE E. DELLOSE in their own right as the | : |
| Sibling of John J. Murray, Deceased; | : |
|  | : |
|  | : |
| MARY LOUISE MURRAY in their own right as | : |
| the Parent of John J. Murray, Deceased; | : |
|  | : |
|  | : |
| MICHAEL C. MURRAY in their own right as | : |
| the Sibling of John J. Murray, Deceased; | : |
|  | : |
|  | : |
| PHILIP C. MURRAY in their own right as the | : |
| Parent of John J. Murray, Deceased; | : |
|  | : |
|  | : |
| PHILIP J. MURRAY in their own right as the | : |
| Sibling of John J. Murray, Deceased; | : |
|  | : |
|  | : |
| VIRGINIA M. REGAN in their own right as the | : |
| Sibling of John J. Murray, Deceased; | : |
| BARBARA E. KEANE, as Personal | : |
| Representative of the Estate of Edward T. Keane, | : |
| Deceased and on behalf of all beneficiaries of | : |
| Edward T. Keane; | : |
|  | : |
|  | : |
| CYNTHIA ANN POLO in their own right as the | : |
| Child of Edward T. Keane, Deceased; | : |
|  | : |
|  | : |
| MARK EDWARD KEANE in their own right as | : |
| the Child of Edward T. Keane, Deceased; | : |

SALLY DELEO, as Personal Representative of    :
the Estate of Vito Joseph Deleo, Sr., Deceased    :
and on behalf of all beneficiaries of Vito Joseph    :
Deleo, Sr.;    :

    :
    :
LILLIAN DELEO in their own right as the    :
Parent of Vito Joseph Deleo, Sr., Deceased;    :

    :
    :
MICHAEL DELEO in their own right as the    :
Sibling of Vito Joseph Deleo, Sr., Deceased;    :

    :
    :
ARLENE RUSSO in their own right as the    :
Parent of Wayne A. Russo, Deceased;    :

    :
    :
ARTHUR RUSSO in their own right as the    :
Parent of Wayne A. Russo, Deceased;    :

    :
GLORIA HAGIS, as Personal Representative of    :
the Estate of Steven M. Hagis, Deceased and on    :
behalf of all beneficiaries of Steven M. Hagis;    :

    :
    :
CHRISTOPHER HAGIS in their own right as the    :
Sibling of Steven M. Hagis, Deceased;    :

    :
    :
MARYJANE HAGIS in their own right as the    :
Parent of Steven M. Hagis, Deceased;    :

    :
    :
STACY HAGIS BRUNO in their own right as    :
the Sibling of Steven M. Hagis, Deceased;    :

    :
    :
STEVE HAGIS, SR. in their own right as the    :
Parent of Steven M. Hagis, Deceased;    :

CAROL SUE SANDLER, as Personal                :
Representative of the Estate of Herman S.      :
Sandler, Deceased and on behalf of all        :
beneficiaries of Herman S. Sandler;           :

KATHLEEN H. SIMMONS, as Personal              :
Representative of the Estate of Bruce E.       :
Simmons, Deceased and on behalf of all        :
beneficiaries of Bruce E. Simmons;            :

LINDA WOODWELL, as Personal                   :
Representative of the Estate of Richard H.     :
Woodwell, Deceased and on behalf of all        :
beneficiaries of Richard H. Woodwell;         :

                                              :
JOHN KNOWLES WOODWELL, III in their           :
own right as the Sibling of Richard H. Woodwell,   :
Deceased;                                     :

                                              :
PAMELA WOODWELL GEERDES in their              :
own right as the Sibling of Richard H. Woodwell,   :
Deceased;                                     :

JOANNE C. CROTTY, as Personal                 :
Representative of the Estate of Thomas G.      :
Crotty, Deceased and on behalf of all          :
beneficiaries of Thomas G. Crotty;            :

                                              :
                                              :
JAMES G. CROTTY in their own right as the     :
Sibling of Thomas G. Crotty, Deceased;        :

                                              :
                                              :
JOHN CROTTY in their own right as the Sibling  :
of Thomas G. Crotty, Deceased;                :

                                              :
                                              :
KENNETH CROTTY in their own right as the      :
Sibling of Thomas G. Crotty, Deceased;        :

                                              :
                                              :
PATRICIA M. CROTTY in their own right as      :
the Parent of Thomas G. Crotty, Deceased;     :

:
:
THOMAS M. CROTTY in their own right as the                    :
Parent of Thomas G. Crotty, Deceased;

:
DEENA GILBEY, as Personal Representative of                   :
the Estate of Paul Stuart Gilbey, Deceased and on            :
behalf of all beneficiaries of Paul Stuart Gilbey;           :

:
:
JANE JONES in their own right, and on behalf of              :
their child of Paul Stuart Gilbey, Deceased;                 :

AUDREY ECONOMOS, as Personal                                 :
Representative of the Estate of Constantine                   :
Economos, Deceased and on behalf of all                      :
beneficiaries of Constantine Economos;                       :

MARTHA WRIGHT, as Personal Representative                    :
of the Estate of John Wayne Wright, III,                     :
Deceased and on behalf of all beneficiaries of               :
John Wayne Wright, III;                                       :

JAYMEL E. CONNOR, as Personal                                :
Representative of the Estate of James L. Connor,             :
Deceased and on behalf of all beneficiaries of               :
James L. Connor;                                             :

SUSAN KING MUNHALL, as Personal                             :
Representative of the Estate of James Donald                  :
Munhall, Deceased and on behalf of all                       :
beneficiaries of James Donald Munhall;                       :

:
PATRICIA ROSEN, as Personal Representative                   :
of the Estate of Mark H. Rosen, Deceased and on              :
behalf of all beneficiaries of Mark H. Rosen;                :

OLGA ORGIELEWICZ, as Personal                                :
Representative of the Estate of Christopher T.               :
Orgielewicz, Deceased and on behalf of all                   :
beneficiaries of Christopher T. Orgielewicz;                 :

:
JOYCE CHRISTOPHER in their own right as                      :
the Parent of Christopher T. Orgielewicz,                    :
Deceased;                                                    :

120

LAURIE CHRISTOPHER in their own right as
the Sibling of Christopher T. Orgielewicz,
Deceased;

ELLEN NIVEN, as Personal Representative of
the Estate of John Ballentine Nivin, Deceased
and on behalf of all beneficiaries of John
Ballentine Nivin;

LISA HORD, as Personal Representative of the
Estate of Montgomery Hord, Deceased and on
behalf of all beneficiaries of Montgomery Hord;

KAREN FIORITO, as Personal Representative of
the Estate of John B. Fiorito, Deceased and on
behalf of all beneficiaries of John B. Fiorito;

SPOUSE DOE AP199 in their own right as the
Spouse of DOE AP199, Deceased;

PARENT DOE AP169 in their own right as the
Parent of DOE AP169, Deceased;

MARGARET APOSTOL in their own right as
the Sibling of Faustino Apostol, Deceased;

ANDREA O'HAGAN, as Personal
Representative of the Estate of Thomas Gerard
O'Hagan, Deceased and on behalf of all
beneficiaries of Thomas Gerard O'Hagan;

ANNE MARIE MORAN in their own right as
the Sibling of Thomas Gerard O'Hagan,
Deceased;

FRANCIS P. O'HAGAN in their own right as the
Sibling of Thomas Gerard O'Hagan, Deceased;

FRANCIS P. O'HAGAN, SR. in their own right
as the Parent of Thomas Gerard O'Hagan,
Deceased;

JEANNE T. MCCABE in their own right as the
Sibling of Thomas Gerard O'Hagan, Deceased;

JOSEPH E. O'HAGAN in their own right as the
Sibling of Thomas Gerard O'Hagan, Deceased;

KATHLEEN GAETANO in their own right as
the Sibling of Thomas Gerard O'Hagan,
Deceased;

MARY ELLEN MALONE in their own right as
the Sibling of Thomas Gerard O'Hagan,
Deceased;

RAYMOND T. O'HAGAN in their own right as
the Sibling of Thomas Gerard O'Hagan,
Deceased;

DOLORES BEDIGIAN in their own right as the
Parent of Carl Bedigian, Deceased;

JOSEPH J. BEDIGIAN in their own right as the
Sibling of Carl Bedigian, Deceased;

ROBERT BEDIGIAN in their own right as the
Sibling of Carl Bedigian, Deceased;

LORNE LYLES, as Personal Representative of
the Estate of CeeCee Louise Lyles, Deceased and
on behalf of all beneficiaries of CeeCee Louise
Lyles;

ANNE MARIE MCCANN, as Personal                    :
Representative of the Estate of Thomas J.         :
McCann, Deceased and on behalf of all             :
beneficiaries of Thomas J. McCann;                :

                                                  :
                                                  :
GEORGE G. MCCANN in their own right as the        :
Sibling of Thomas J. McCann, Deceased;            :

                                                  :
                                                  :
NATALIE M. MCCANN in their own right as           :
the Parent of Thomas J. McCann, Deceased;         :

                                                  :
                                                  :
NATALIE MORIARTY in their own right as the        :
Sibling of Thomas J. McCann, Deceased;            :

                                                  :
                                                  :
DANIEL MOZZILLO in their own right as the         :
Sibling of Christopher Mozzillo, Deceased;        :

                                                  :
                                                  :
LYDIA MOZZILLO in their own right as the          :
Parent of Christopher Mozzillo, Deceased;         :

                                                  :
                                                  :
MICHAEL MOZZILLO in their own right as the        :
Parent of Christopher Mozzillo, Deceased;         :

                                                  :
                                                  :
SIBLING DOE AP170 in their own right as the       :
Sibling of DOE AP170, Deceased;                   :

                                                  :
DENISE MATUZA, as Personal Representative         :
of the Estate of Walter Matuza, Deceased and on   :
behalf of all beneficiaries of Walter Matuza;     :

                                                  :
                                                  :
ARCELIA DIAZ in their own right as the Parent     :
of Judith Berquis Diaz-Sierra, Deceased;          :

123

EILEEN K. WEST, as Personal Representative            :
of the Estate of Peter Matthew West, Deceased         :
and on behalf of all beneficiaries of Peter           :
Matthew West;                                         :

                                                      :
                                                      :
ARTHUR H. WEST, JR. in their own right as the         :
Sibling of Peter Matthew West, Deceased;              :

                                                      :
CATHERINE C. MCLAUGHLIN in their own                  :
right as the Sibling of Peter Matthew West,           :
Deceased;                                             :

                                                      :
                                                      :
GREGORY J. WEST in their own right as the             :
Sibling of Peter Matthew West, Deceased;              :

                                                      :
                                                      :
MARY LOUISE BALL in their own right as the            :
Sibling of Peter Matthew West, Deceased;              :

                                                      :
                                                      :
MATTHEW PETER WEST in their own right as              :
the Child of Peter Matthew West, Deceased;            :

                                                      :
                                                      :
MEREDITH W. NELSON in their own right as              :
the Child of Peter Matthew West, Deceased;            :

                                                      :
                                                      :
REGINA W. TOWNSEND in their own right as              :
the Sibling of Peter Matthew West, Deceased;          :

                                                      :
                                                      :
VINCENT M. WEST in their own right as the             :
Sibling of Peter Matthew West, Deceased;              :

                                                      :
PATRICIA THOMPSON-HAENTZLER in their                 :
own right as the Spouse of Philip Haentzler,          :
Deceased;                                             :

BEVERLY ANN OSTROWSKI in their own                  :
right as the Parent of James Robert Ostrowski,      :
Deceased;                                           :

                                                    :
                                                    :
SIBLING DOE AP171 in their own right as the         :
Sibling of DOE AP171, Deceased;                     :

                                                    :
STEPHEN V. OSTROWSKI in their own right             :
as the Parent of James Robert Ostrowski,            :
Deceased;                                           :

                                                    :
STEPHEN W. OSTROWSKI in their own right             :
as the Sibling of James Robert Ostrowski,           :
Deceased;                                           :

CHARLES CHRISTOPHE, as Personal                     :
Representative of the Estate of Kirsten L.          :
Christophe, Deceased and on behalf of all           :
beneficiaries of Kirsten L. Christophe;             :

DENISE M. OLSEN, as Personal Representative         :
of the Estate of Jeffrey James Olsen, Deceased      :
and on behalf of all beneficiaries of Jeffrey James :
Olsen;                                              :

                                                    :
                                                    :
PARENT DOE AP172 in their own right as the          :
Parent of DOE AP172, Deceased;                      :

                                                    :
                                                    :
SIBLING DOE AP175 in their own right as the         :
Sibling of DOE AP175, Deceased;                     :

                                                    :
                                                    :
SIBLING DOE AP174 in their own right as the         :
Sibling of DOE AP174, Deceased;                     :

                                                    :
                                                    :
SIBLING DOE AP173 in their own right as the         :
Sibling of DOE AP173, Deceased;                     :

FRANK J. AQUILINO, as Personal                  :
Representative of the Estate of Frank Thomas     :
Aquilino, Deceased and on behalf of all         :
beneficiaries of Frank Thomas Aquilino;         :

                                                :
                                                :
CAROL ANN AQUILINO in their own right as        :
the Parent of Frank Thomas Aquilino, Deceased;  :

                                                :
                                                :
JILL AQUILINO in their own right as the         :
Sibling of Frank Thomas Aquilino, Deceased;     :

                                                :
                                                :
TARA CHIARI in their own right as the Sibling   :
of Frank Thomas Aquilino, Deceased;             :

                                                :
                                                :
ANNA E. CIMAROLI in their own right as the      :
Parent of Patricia Ann Massari, Deceased;       :

                                                :
                                                :
JOSEPH CIMAROLI in their own right as the       :
Sibling of Patricia Ann Massari, Deceased;      :

                                                :
                                                :
RICHARD CIMAROLI in their own right as the      :
Parent of Patricia Ann Massari, Deceased;       :

                                                :
JEAN C. FISCHER, as Personal Representative     :
of the Estate of John R. Fischer, Deceased and on :
behalf of all beneficiaries of John R. Fischer; :

                                                :
                                                :
EILEEN REGAN in their own right as the          :
Sibling of Donald Regan, Deceased;              :

                                                :
                                                :
KATHERINE REGAN DEY in their own right          :
as the Sibling of Donald Regan, Deceased;       :

:
:
MARGARET REGAN in their own right as the    :
Sibling of Donald Regan, Deceased;               :

:
:
PARENT DOE AP927 in their own right as the    :
Parent of DOE AP927, Deceased;                   :

:
:
JOSEPH REGAN in their own right as the        :
Sibling of Donald Regan, Deceased;               :

DIANA TALHAMI, as Personal Representative    :
of the Estate of Robert R. Talhami, Deceased and   :
on behalf of all beneficiaries of Robert R.         :
Talhami;                                          :

:
TAUBE OLSEN, as Personal Representative of    :
the Estate of Eric Taube Olsen, Deceased and on   :
behalf of all beneficiaries of Eric Taube Olsen;   :

:
:
BARBARA OLSEN in their own right as the       :
Parent of Eric Taube Olsen, Deceased;            :

:
:
CLIFFORD I. OLSEN in their own right as the    :
Sibling of Eric Taube Olsen, Deceased;           :

:
:
KENNETH OLSEN in their own right as the       :
Sibling of Eric Taube Olsen, Deceased;           :

:
ROSEMARY CAIN, as Personal Representative    :
of the Estate of George C. Cain, Deceased and on   :
behalf of all beneficiaries of George C. Cain;     :

:
ROSA CAICEDO in their own right, and on       :
behalf of the minor children of David Vargas,     :
Deceased;                                         :

HENRY R. HUGHES, as Personal                    :
Representative of the Estate of Kris Robert      :
Hughes, Deceased and on behalf of all            :
beneficiaries of Kris Robert Hughes;             :

                                                 :
                                                 :
ELAINE L. HUGHES in their own right as the       :
Parent of Kris Robert Hughes, Deceased;          :

                                                 :
                                                 :
KEITH HUGHES in their own right as the           :
Sibling of Kris Robert Hughes, Deceased;         :

                                                 :
                                                 :
KIMBERLY FRANCO in their own right as the        :
Sibling of Kris Robert Hughes, Deceased;         :

VICTORIA CABEZAS, as Personal                    :
Representative of the Estate of Jesus Cabezas,   :
Deceased and on behalf of all beneficiaries of   :
Jesus Cabezas;                                   :

                                                 :
                                                 :
HADIDJATOU TRAORE in their own right as          :
the Spouse of Abdoul Karim Traore, Deceased;     :

VIRGINIA LATOUCHE, as Personal                   :
Representative of the Estate of Jeffrey LaTouche, :
Deceased and on behalf of all beneficiaries of   :
Jeffrey LaTouche;                                :

                                                 :
                                                 :
DONNA D. BHAGWAN in their own right as           :
the Child of Jeffrey LaTouche, Deceased;         :

                                                 :
                                                 :
ESTHER G. LATOUCHE in their own right as         :
the Sibling of Jeffrey LaTouche, Deceased;       :

                                                 :
                                                 :
JEFFERSON PATTERSON in their own right as        :
the Child of Jeffrey LaTouche, Deceased;         :

128

KARL LATOUCHE in their own right as the
Child of Jeffrey LaTouche, Deceased;

:
:
:
:

MICHAEL SAMUEL in their own right as the
Sibling of Jeffrey LaTouche, Deceased;

:
:
:
:

RAPHAEL P. EVANS in their own right as the
Sibling of Jeffrey LaTouche, Deceased;

:
:
:
:

ROSANNA LATOUCHE in their own right as
the Parent of Jeffrey LaTouche, Deceased;

:
:
:
:

CARMEN MEJIA in their own right as the
Spouse of Manual Asitimbay, Deceased;

:
:
:
:

JULIA ROCIA ASITIMBAY QUINTUNA in
their own right as the Sibling of Manual
Asitimbay, Deceased;

:
:
:
:

MARIA MACLOVIA ASITIMBAY
QUINTUNA in their own right as the Sibling of
Manual Asitimbay, Deceased;

:
:
:
:

MARIA TRANSITO QUINTUNA SACTA in
their own right as the Parent of Manual
Asitimbay, Deceased;

:
:
:
:

ROSA ELENA ASITIMBAY QUINTUNA in
their own right as the Sibling of Manual
Asitimbay, Deceased;

:
:
:
:

JAMES J. WALSH, as Personal Representative
of the Estate of Barbara P. Walsh, Deceased and
on behalf of all beneficiaries of Barbara P.
Walsh;

:
:
:
:

129

ALLISON A. DIMARZIO in their own right as           :
the Child of Barbara P. Walsh, Deceased;            :

JAMES J. WALSH, JR. in their own right as the       :
Child of Barbara P. Walsh, Deceased;                :

JEFFREY M. WALSH in their own right as the          :
Child of Barbara P. Walsh, Deceased;                :

JENNIFER L. LANDSTROM in their own right            :
as the Child of Barbara P. Walsh, Deceased;         :

LORI ANN ARCZYNSKI, as Personal                     :
Representative of the Estate of Michael G.          :
Arczynski, Deceased and on behalf of all            :
beneficiaries of Michael G. Arczynski;              :

ROSEMARY TRAVERS, as Personal                       :
Representative of the Estate of Walter P. Travers,  :
Deceased and on behalf of all beneficiaries of      :
Walter P. Travers;                                  :

JOAN FIUMEFREDDO, as Personal                       :
Representative of the Estate of Salvatore A.        :
Fiumefreddo, Deceased and on behalf of all          :
beneficiaries of Salvatore A. Fiumefreddo;          :

LORETTA A. PALISAY in their own right as            :
the Parent of Salvatore A. Fiumefreddo,             :
Deceased;                                           :

CHERYL A. DESMARAIS, as Personal                    :
Representative of the Estate of Mark L. Charette,   :
Deceased and on behalf of all beneficiaries of      :
Mark L. Charette;                                    :

JOANNE GRZELAK, as Personal                         :
Representative of the Estate of Joseph Grzelak,     :
Deceased and on behalf of all beneficiaries of      :
Joseph Grzelak;                                      :

DAPHNE R. DAVIS, as Personal Representative :
of the Estate of Clinton Davis, Sr., Deceased and :
on behalf of all beneficiaries of Clinton Davis, :
Sr.; :

 :

SIMONE MITCHELL in their own right and on :
behalf of the Minor Child of Clinton Davis, Sr., :
Deceased; :

 :

DOUGLAS PINTO, as Personal Representative :
of the Estate of Susan Pinto, Deceased and on :
behalf of all beneficiaries of Susan Pinto; :

 :
 :

BARBARA GRAY in their own right as the :
Sibling of Susan Pinto, Deceased; :

 :
 :

DOROTHY ANCONA in their own right as the :
Parent of Susan Pinto, Deceased; :

EILEEN HEATHER SIMON, as Personal :
Representative of the Estate of Michael John :
Simon, Deceased and on behalf of all :
beneficiaries of Michael John Simon; :

 :
 :

SCOTT S. SIMON in their own right as the :
Sibling of Michael John Simon, Deceased; :

JOHN J. ROBERTS, as Personal Representative :
of the Estate of Michael Edward Roberts, :
Deceased and on behalf of all beneficiaries of :
Michael Edward Roberts; :

 :
 :

KAREN E. ROBERTS in their own right as the :
Sibling of Michael Edward Roberts, Deceased; :

 :
 :

VERONICA M. ROBERTS in their own right as :
the Parent of Michael Edward Roberts, Deceased; :

DANIEL LADLEY in their own right as the
Sibling of James Patrick Ladley, Deceased;

DOLORES LADLEY in their own right as the
Parent of James Patrick Ladley, Deceased;

EILEEN SPINA in their own right as the Sibling
of James Patrick Ladley, Deceased;

MARY ANN RAYMOND in their own right as
the Sibling of James Patrick Ladley, Deceased;

PATRICK LADLEY in their own right as the
Sibling of James Patrick Ladley, Deceased;

JULIANNE NAZARIO, as Personal
Representative of the Estate of Francis J.
Nazario, Deceased and on behalf of all
beneficiaries of Francis J. Nazario;

SONIA GAWAS, as Personal Representative of
the Estate of Ganesh Ladkat, Deceased and on
behalf of all beneficiaries of Ganesh Ladkat;

PATRICIA MCKENNA, as Personal
Representative of the Estate of Stephanie
McKenna, Deceased and on behalf of all
beneficiaries of Stephanie McKenna;

AGNES MCKENNA in their own right as the
Parent of Stephanie McKenna, Deceased;

EUGENE MCKENNA in their own right as the
Parent of Stephanie McKenna, Deceased;

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

DANA DONOHUE in their own right as the
Spouse of Dennis Cook, Deceased;

JOHN CLARKE, as Personal Representative of
the Estate of Michael Clarke, Deceased and on
behalf of all beneficiaries of Michael Clarke;

JAMES CLARKE in their own right as the
Sibling of Michael Clarke, Deceased;

JANICE PANSINI, as Personal Representative of
the Estate of Paul J. Pansini, Deceased and on
behalf of all beneficiaries of Paul J. Pansini;

JOSEPH PANSINI in their own right as the
Sibling of Paul J. Pansini, Deceased;

LORETTA HALPERT in their own right as the
Sibling of Paul J. Pansini, Deceased;

ROBERT J. PANSINI in their own right as the
Sibling of Paul J. Pansini, Deceased;

BERNARD J. MONAGHAN, as Personal
Representative of the Estate of Brian Patrick
Monaghan, Deceased and on behalf of all
beneficiaries of Brian Patrick Monaghan;

DANIELLE MONAGHAN in their own right as
the Sibling of Brian Patrick Monaghan,
Deceased;

JEANNE MONAGHAN in their own right as the
Parent of Brian Patrick Monaghan, Deceased;

DONNA L. ANGELINI, as Personal               :
Representative of the Estate of Joseph John   :
Angelini, Jr., Deceased and on behalf of all  :
beneficiaries of Joseph John Angelini, Jr.;   :

                                              :

DIANA HETZEL, as Personal Representative of   :
the Estate of Thomas J. Hetzel, Deceased and on :
behalf of all beneficiaries of Thomas J. Hetzel; :

                                              :
                                              :

BARBARA HETZEL in their own right as the      :
Parent of Thomas J. Hetzel, Deceased;         :

                                              :
                                              :

DANIEL HETZEL in their own right as the       :
Sibling of Thomas J. Hetzel, Deceased;        :

                                              :
                                              :

DORINE HETZEL in their own right as the       :
Sibling of Thomas J. Hetzel, Deceased;        :

                                              :
                                              :

EGON HETZEL in their own right as the Parent  :
of Thomas J. Hetzel, Deceased;                :

SHARON B. SCHULTZ, as Personal                :
Representative of the Estate of Karamo Trerra, :
Deceased and on behalf of all beneficiaries of :
Karamo Trerra;                                :

                                              :

BRANDON WASHINGTON in their own right         :
as the Sibling of Derrick Christopher         :
Washington, Deceased;                         :

                                              :

EARNEST WASHINGTON, JR. in their own          :
right as the Parent of Derrick Christopher    :
Washington, Deceased;                         :

                                              :

KEISHA WASHINGTON in their own right as       :
the Spouse of Derrick Christopher Washington, :
Deceased;                                     :

LETTIE WASHINGTON in their own right as
the Parent of Derrick Christopher Washington,
Deceased;

TRACEY WASHINGTON in their own right as
the Sibling of Derrick Christopher Washington,
Deceased;

LYNN C. MCCABE, as Personal Representative
of the Estate of Michael J. McCabe, Deceased
and on behalf of all beneficiaries of Michael J.
McCabe;

JULIETTE BRISMAN, as Personal
Representative of the Estate of Mark Brisman,
Deceased and on behalf of all beneficiaries of
Mark Brisman;

GERARD BRISMAN in their own right as the
Parent of Mark Brisman, Deceased;

JACQUELINE ISKOLS in their own right as the
Sibling of Mark Brisman, Deceased;

MICHELE PRIEST in their own right as the
Sibling of Mark Brisman, Deceased;

STEVEN BRISMAN in their own right as the
Sibling of Mark Brisman, Deceased;

DOREEN PLUMITALLO, as Personal
Representative of the Estate of Joseph Plumitallo,
Deceased and on behalf of all beneficiaries of
Joseph Plumitallo;

DEBRA ROBERTS, as Personal Representative
of the Estate of Leo A. Roberts, Deceased and on
behalf of all beneficiaries of Leo A. Roberts;

135

BLANCA STAHLMAN, as Personal                    :
Representative of the Estate of Eric Stahlman,  :
Deceased and on behalf of all beneficiaries of  :
Eric Stahlman;                                  :

                                                :
                                                :
RENEE STAHLMAN in their own right as the        :
Parent of Eric Stahlman, Deceased;              :

                                                :
                                                :
SAMUEL STAHLMAN in their own right as the       :
Parent of Eric Stahlman, Deceased;              :

KATHERINE STERN, as Personal                    :
Representative of the Estate of Andrew Stern,   :
Deceased and on behalf of all beneficiaries of  :
Andrew Stern;                                   :

                                                :
                                                :
GEORGE M. REILLY in their own right as the      :
Parent of Kevin Owen Reilly, Deceased;          :

                                                :
                                                :
JOAN E. REILLY in their own right as the        :
Parent of Kevin Owen Reilly, Deceased;          :

                                                :
                                                :
REGINA REILLY MADIGAN in their own right        :
as the Sibling of Kevin Owen Reilly, Deceased;  :

                                                :
MEHR A. TARIQ, as Personal Representative of    :
the Estate of Amanulah Tariq, Deceased and on   :
behalf of all beneficiaries of Amanulah Tariq;  :

JILL ROBIN VICARIO, as Personal                 :
Representative of the Estate of Robert Vicario, :
Deceased and on behalf of all beneficiaries of  :
Robert Vicario;                                 :

ROXANNE GREEN, as Personal Representative       :
of the Estate of Wade Brian Green, Deceased and :
on behalf of all beneficiaries of Wade Brian    :
Green;                                          :

ALICIA GOVIA in their own right as the Sibling
of Wade Brian Green, Deceased;

ANTHONY GREEN in their own right as the
Sibling of Wade Brian Green, Deceased;

BARRY GREEN in their own right as the Sibling
of Wade Brian Green, Deceased;

THOMAS GREEN in their own right as the
Parent of Wade Brian Green, Deceased;

WILHEMINA GREEN in their own right as the
Parent of Wade Brian Green, Deceased;

ELLIOT SCHEINBERG, as Personal
Representative of the Estate of Angela Susan
Scheinberg, Deceased and on behalf of all
beneficiaries of Angela Susan Scheinberg;

MABLE CHALCOFF, as Personal
Representative of the Estate of William Chalcoff,
Deceased and on behalf of all beneficiaries of
William Chalcoff;

ANA ROSARIO in their own right as the Spouse
of Emencio Dario Hidalgo, Deceased;

NINA KOSTIC in their own right as the Sibling
of Bojan Kostic, Deceased;

OLGA KOSTIC-JOVANOVIC in their own right
as the Sibling of Bojan Kostic, Deceased;

ELIZABETH HAMILTON, as Personal                :
Representative of the Estate of Robert Hamilton, :
Deceased and on behalf of all beneficiaries of  :
Robert Hamilton;                                :

                                                :
                                                :

ISOLINE BROOMFIELD in their own right as         :
the Parent of Keith Broomfield, Deceased;        :

JACQUELINE S. GAVAGAN, as Personal               :
Representative of the Estate of Donald R.         :
Gavagan, Jr., Deceased and on behalf of all      :
beneficiaries of Donald R. Gavagan, Jr.;         :

                                                :
DONALD R. GAVAGAN, SR. in their own right        :
as the Parent of Donald R. Gavagan, Jr.,         :
Deceased;                                        :

                                                :
                                                :
JOSEPH B. GAVAGAN in their own right as the      :
Sibling of Donald R. Gavagan, Jr., Deceased;     :

                                                :
                                                :
ROSEMARIE GAVAGAN in their own right as          :
the Parent of Donald R. Gavagan, Jr., Deceased;  :

                                                :
                                                :
SUZANNE MASCITIS in their own right as the       :
Sibling of Donald R. Gavagan, Jr., Deceased;     :

DIANE KEATING, as Personal Representative        :
of the Estate of Ryan D. Fitzgerald, Deceased    :
and on behalf of all beneficiaries of Ryan D.    :
Fitzgerald;                                      :

LOUISA D'ANTONIO, as Personal                    :
Representative of the Estate of Mary D'Antonio,  :
Deceased and on behalf of all beneficiaries of   :
Mary D'Antonio;                                  :

CHERYL MCDONNELL, as Personal                    :
Representative of the Estate of Michael P.       :
McDonnell, Deceased and on behalf of all         :
beneficiaries of Michael P. McDonnell;           :

JACQUES DAN-EL DEBEUNEURE, as                                    :
Personal Representative of the Estate of James D.                :
Debeuneure, Deceased and on behalf of all                        :
beneficiaries of James D. Debeuneure;                            :

HARRY T. JONES, IV, as Personal                                  :
Representative of the Estate of Allison H. Jones,                :
Deceased and on behalf of all beneficiaries of                   :
Allison H. Jones;                                                :

DEBRA JOHNSON, as Personal Representative                        :
of the Estate of David J. Williams, Deceased and                 :
on behalf of all beneficiaries of David J.                       :
Williams;                                                        :

JENNIFER ANN TUCKER, as Personal                                 :
Representative of the Estate of Rochelle Monique                 :
Snell, Deceased and on behalf of all beneficiaries              :
of Rochelle Monique Snell;                                       :

ELIZABETH ANN PAYNE, as Personal                                 :
Representative of the Estate of William Eben                      :
Wilson, Deceased and on behalf of all                            :
beneficiaries of William Eben Wilson;                            :

LYNN A. MULLIN, as Personal Representative                       :
of the Estate of Michael Joseph Mullin, Deceased                 :
and on behalf of all beneficiaries of Michael                    :
Joseph Mullin;                                                   :

                                                                 :
                                                                 :
FREDRIC MULLIN in their own right as the                         :
Parent of Michael Joseph Mullin, Deceased;                       :

                                                                 :
DENNIS MARLO, as Personal Representative of                      :
the Estate of Kevin D. Marlo, Deceased and on                    :
behalf of all beneficiaries of Kevin D. Marlo;                   :

                                                                 :
                                                                 :
ROSEMARY MEYER in their own right as the                         :
Parent of Kevin D. Marlo, Deceased;                              :

                                                                 :
                                                                 :
LORRAINE CAIAZZO in their own right as the                       :
Sibling of Joseph Roberto, Deceased;                             :

|  | : |
|---|---|
|  | : |
| LUCY ROBERTO in their own right as the Parent of Joseph Roberto, Deceased; | : |
|  | : |
|  | : |
| ROBERT ROBERTO, SR. in their own right as the Parent of Joseph Roberto, Deceased; | : |
|  | : |
|  | : |
|  | : |
| ROBERT ROBERTO, JR. in their own right as the Sibling of Joseph Roberto, Deceased; | : |
| THEODORE BECK, as Personal Representative of the Estate of Lawrence I. Beck, Deceased and on behalf of all beneficiaries of Lawrence I. Beck; | : |
| SPOUSE DOE AP184 as Personal Representative of the Estate of DOE AP184, Deceased and on behalf of all beneficiaries of DOE AP184, Deceased; | : |
|  | : |
|  | : |
| BARBARA KIRWIN in their own right as the Parent of Glenn Davis Kirwin, Deceased; | : |
|  | : |
|  | : |
| PAUL KIRWIN in their own right as the Parent of Glenn Davis Kirwin, Deceased; | : |
| CAROL ANN LINEHAN, as Personal Representative of the Estate of Thomas V. Linehan, Jr., Deceased and on behalf of all beneficiaries of Thomas V. Linehan, Jr.; | : |
| HORTENSIA GONZALEZ, as Personal Representative of the Estate of Dennis Mojica, Deceased and on behalf of all beneficiaries of Dennis Mojica; | : |
| SPOUSE DOE AP185 as Personal Representative of the Estate of DOE AP185, Deceased and on behalf of all beneficiaries of DOE AP185, Deceased; | : |

GEORGIA SMITH in their own right as the
Parent of Karl T. Smith, Sr., Deceased;

CHILD DOE AP186 in their own right as the
Child of DOE AP186, Deceased;

MATTHEW G. SMITH in their own right as the
Sibling of Karl T. Smith, Sr., Deceased;

PETER SMITH in their own right as the Sibling
of Karl T. Smith, Sr., Deceased;

PHILIP SMITH in their own right as the Parent
of Karl T. Smith, Sr., Deceased;

SIBLING DOE AP187 in their own right as the
Sibling of DOE AP187, Deceased;

LISA A. SCHUNK in their own right as the
Spouse of Edward W. Schunk, Deceased;

MICHELE T. PENA, as Personal Representative
of the Estate of Angel R. Pena, Deceased and on
behalf of all beneficiaries of Angel R. Pena;

MARY ALICE HALLORAN in their own right
as the Parent of Vincent Gerard Halloran,
Deceased;

CAROLYNE Y. HYNES, as Personal
Representative of the Estate of Thomas Edward
Hynes, Deceased and on behalf of all
beneficiaries of Thomas Edward Hynes;

141

HAROLD T. KAPLAN, as Personal                    :
Representative of the Estate of Deborah H.       :
Kaplan, Deceased and on behalf of all            :
beneficiaries of Deborah H. Kaplan;              :

                                                 :
                                                 :
CAROL A. SMEE in their own right as the          :
Sibling of Michael C. Opperman, Deceased;        :

LINDA M. DICKINSON, as Personal                  :
Representative of the Estate of Lawrence Patrick  :
Dickinson, Deceased and on behalf of all         :
beneficiaries of Lawrence Patrick Dickinson;     :

                                                 :
DEIRDRE DICKINSON SULLIVAN in their              :
own right as the Sibling of Lawrence Patrick     :
Dickinson, Deceased;                             :

                                                 :
                                                 :
HELENE DICKINSON in their own right as the        :
Parent of Lawrence Patrick Dickinson, Deceased;   :

                                                 :
JOSEPH L. DICKINSON in their own right as         :
the Sibling of Lawrence Patrick Dickinson,       :
Deceased;                                         :

ARISTIDES BANTIS, as Personal                    :
Representative of the Estate of Katherine Bantis,  :
Deceased and on behalf of all beneficiaries of    :
Katherine Bantis;                                :

                                                 :
                                                 :
EVANGELOS BANTIS in their own right as the        :
Parent of Katherine Bantis, Deceased;            :

                                                 :
                                                 :
SOULTANA BANTIS in their own right as the         :
Parent of Katherine Bantis, Deceased;            :

ELIZABETH HATTON, as Personal                    :
Representative of the Estate of Terence Sean      :
Hatton, Deceased and on behalf of all            :
beneficiaries of Terence Sean Hatton;            :

                                                        :
                                                        :
GRACE S. HATTON in their own right as the               :
Parent of Terence Sean Hatton, Deceased;                :

                                                        :
                                                        :
GRACE S. HATTEN in their own right as the               :
Sibling of Terence Sean Hatton, Deceased;               :

                                                        :
                                                        :
KENNETH R. HATTON in their own right as                 :
the Parent of Terence Sean Hatton, Deceased;            :

MARIA ANN GALEA, as Personal                            :
Representative of the Estate of Frances Haros,           :
Deceased and on behalf of all beneficiaries of          :
Frances Haros;                                           :

                                                        :
                                                        :
ANDREA CALDARELLA in their own right as                 :
the Child of Frances Haros, Deceased;                   :

                                                        :
                                                        :
NICHOLAS HAROS, JR. in their own right as               :
the Child of Frances Haros, Deceased;                   :

GLORIA HARAMIS, as Personal Representative              :
of the Estate of Vassilios G. Haramis, Deceased         :
and on behalf of all beneficiaries of Vassilios G.      :
Haramis;                                                :

                                                        :
GEORGE VASSILION HARAMIS in their own                   :
right as the Child of Vassilios G. Haramis,             :
Deceased;                                               :

                                                        :
                                                        :
JULIA K. HARAMIS in their own right as the              :
Child of Vassilios G. Haramis, Deceased;                :

KEVIN RICHARD GAFF, as Personal                         :
Representative of the Estate of Pamela Lee Gaff,        :
Deceased and on behalf of all beneficiaries of          :
Pamela Lee Gaff;                                         :

BRIAN SABER, as Personal Representative of
the Estate of Scott Saber, Deceased and on behalf
of all beneficiaries of Scott Saber;

BRUCE D. SABER, as Personal Representative
of the Estate of Scott Saber, Deceased and on
behalf of all beneficiaries of Scott Saber;

ELAINE SABER in their own right as the Parent
of Scott Saber, Deceased;

HUI FEN PAN, as Personal Representative of the
Estate of Neil Kwong-Wah Lai, Deceased and on
behalf of all beneficiaries of Neil Kwong-Wah
Lai;

DEBRA ANNE TIESTE, as Personal
Representative of the Estate of William R. Tieste,
Deceased and on behalf of all beneficiaries of
William R. Tieste;

KEITH TIESTE in their own right as the Child of
William R. Tieste, Deceased;

LINDA TIESTE in their own right as the Sibling
of William R. Tieste, Deceased;

RONALD TIESTE in their own right as the
Sibling of William R. Tieste, Deceased;

WILLIAM CHARLES TIESTE in their own
right as the Child of William R. Tieste,
Deceased;

CYNTHIA SUE SUMNER, as Personal
Representative of the Estate of Carl Max
Hammond, Jr., Deceased and on behalf of all
beneficiaries of Carl Max Hammond, Jr.;

144

:
:
SUE HAMMOND in their own right as the                      :
Parent of Carl Max Hammond, Jr., Deceased;                 :

KATHLEEN MANGANO, as Personal                              :
Representative of the Estate of Joseph Mangano,            :
Deceased and on behalf of all beneficiaries of            :
Joseph Mangano;                                            :

ANGEL LUIS TIRADO, as Personal                             :
Representative of the Estate of Hector Luis               :
Tirado, Jr., Deceased and on behalf of all                :
beneficiaries of Hector Luis Tirado, Jr.;                 :

                                                           :
MARINA IRENE UGARTE TIRADO in their                        :
own right as the Child of Hector Luis Tirado, Jr.,        :
Deceased;                                                  :

                                                           :
SHENEQUE TIRADO JACKSON in their own                       :
right as the Spouse of Hector Luis Tirado, Jr.,           :
Deceased;                                                  :

                                                           :
                                                           :
HEATHER GIBBON in their own right as the                   :
Child of Debra L. Gibbon, Deceased;                        :

                                                           :
                                                           :
J. FREDERICK GIBBON in their own right as                  :
the Spouse of Debra L. Gibbon, Deceased;                   :

                                                           :
                                                           :
ZACHARY GIBBON in their own right as the                   :
Child of Debra L. Gibbon, Deceased;                        :

                                                           :
MARIA CRIFASI, as Personal Representative of               :
the Estate of Lucy Crifasi, Deceased and on               :
behalf of all beneficiaries of Lucy Crifasi;              :

                                                           :
                                                           :
FRANCESCO CRIFASI in their own right as the                :
Sibling of Lucy Crifasi, Deceased;                         :

JULIA CHAN, as Personal Representative of the
Estate of Charles L. Chan, Deceased and on
behalf of all beneficiaries of Charles L. Chan;

CHRISTOPHER J. CHAN in their own right as
the Sibling of Charles L. Chan, Deceased;

CRAIG A. CHAN in their own right as the
Sibling of Charles L. Chan, Deceased;

JOHN O. CHAN in their own right as the Parent
of Charles L. Chan, Deceased;

MARK A. CHAN in their own right as the
Sibling of Charles L. Chan, Deceased;

MATTHEW P. CHAN in their own right as the
Sibling of Charles L. Chan, Deceased;

FREDERICK EARL BOUCHARD, JR., as
Personal Representative of the Estate of Carol
Marie Bouchard, Deceased and on behalf of all
beneficiaries of Carol Marie Bouchard;

HOPE DELLEFEMINE in their own right as the
Parent of Carol Marie Bouchard, Deceased;

KENNETH DELLEFEMINE in their own right
as the Sibling of Carol Marie Bouchard,
Deceased;

RICHARD DELLEFEMINE in their own right as
the Sibling of Carol Marie Bouchard, Deceased;

MONIQUE PADILLA-FERRER, as Personal                   :
Representative of the Estate of Michael A.            :
Trinidad, Deceased and on behalf of all              :
beneficiaries of Michael A. Trinidad;                :

                                                      :
                                                      :
BETTY ANDRADE in their own right as the              :
Sibling of Michael A. Trinidad, Deceased;            :

                                                      :
                                                      :
BRENDA TRINIDAD in their own right as the            :
Sibling of Michael A. Trinidad, Deceased;            :

                                                      :
                                                      :
CAROL PAYNE in their own right as the Sibling         :
of Michael A. Trinidad, Deceased;                    :

                                                      :
                                                      :
DENISE TRINIDAD in their own right as the            :
Sibling of Michael A. Trinidad, Deceased;            :

                                                      :
                                                      :
JANE TRINIDAD HENNES in their own right              :
as the Sibling of Michael A. Trinidad, Deceased;     :

                                                      :
JEANETTE TRINIDAD RZEK in their own                   :
right as the Sibling of Michael A. Trinidad,         :
Deceased;                                            :

                                                      :
MILLIE CASERES SCHIFANO in their own                  :
right as the Sibling of Michael A. Trinidad,         :
Deceased;                                            :

                                                      :
                                                      :
ROBERT TRINIDAD in their own right as the            :
Sibling of Michael A. Trinidad, Deceased;            :

                                                      :
HUGH D. RICE, as Personal Representative of           :
the Estate of David H. Rice, Deceased and on         :
behalf of all beneficiaries of David H. Rice;        :

|                                                                                                                   |   |
|-------------------------------------------------------------------------------------------------------------------|---|
|                                                                                                                   | : |
|                                                                                                                   | : |
| CYNTHIA J. RICE in their own right as the Parent of David H. Rice, Deceased;                                       | : |
|                                                                                                                   | : |
| PAULETTE ROBERTS, as Personal Representative of the Estate of Michael E. Roberts, Deceased and on behalf of all beneficiaries of Michael E. Roberts; | : |
| THOMAS ROBERTS, as Personal Representative of the Estate of Michael E. Roberts, Deceased and on behalf of all beneficiaries of Michael E. Roberts; | : |
| MARGARET ANN CASHMAN, as Personal Representative of the Estate of William Joseph Cashman, Deceased and on behalf of all beneficiaries of William Joseph Cashman; | : |
| MITCHELL DUGGAN, as Personal Representative of the Estate of Jackie Sayegh Duggan, Deceased and on behalf of all beneficiaries of Jackie Sayegh Duggan; | : |
|                                                                                                                   | : |
|                                                                                                                   | : |
| DIANA J. SAYEGH in their own right as the Parent of Jackie Sayegh Duggan, Deceased;                               | : |
|                                                                                                                   | : |
|                                                                                                                   | : |
| GEORGE A. SAYEGH, SR. in their own right as the Parent of Jackie Sayegh Duggan, Deceased;                         | : |
|                                                                                                                   | : |
|                                                                                                                   | : |
| GARY BERGER in their own right as the Sibling of Steven Howard Berger, Deceased;                                  | : |
| KATHLYN CARRIKER, as Personal Representative of the Estate of Steven George Weinstein, Deceased and on behalf of all beneficiaries of Steven George Weinstein; | : |
| JODI MOLISANI, as Personal Representative of the Estate of Justin John Molisani, Jr., Deceased and on behalf of all beneficiaries of Justin John Molisani, Jr.; | : |

LINDA MURPHY in their own right as the
Spouse of Raymond E. Murphy, Sr., Deceased;

RAYMOND MURPHY, JR. in their own right as
the Child of Raymond E. Murphy, Sr., Deceased;

DEBORA HEMSCHOOT, as Personal
Representative of the Estate of Mark Hemschoot,
Deceased and on behalf of all beneficiaries of
Mark Hemschoot;

ROBERT E. CARLO, as Personal Representative
of the Estate of Michael Scott Carlo, Deceased
and on behalf of all beneficiaries of Michael
Scott Carlo;

PHYLLIS CARLO in their own right as the
Parent of Michael Scott Carlo, Deceased;

ROBERT D. CARLO in their own right as the
Parent of Michael Scott Carlo, Deceased;

CAROL ANN O'TOOLE in their own right as
the Parent of Joseph Holland, Jr., Deceased;

JOSEPH HOLLAND in their own right as the
Parent of Joseph Holland, Jr., Deceased;

TARA HOLLAND in their own right as the
Sibling of Joseph Holland, Jr., Deceased;

FREDERICK J. ILL, SR. in their own right as
the Parent of Frederick J. Ill, Jr., Deceased;

149

JANE C. ILL in their own right as the Sibling of
Frederick J. Ill, Jr., Deceased;

DEBORAH ANN GARCIA, as Personal
Representative of the Estate of David Garcia,
Deceased and on behalf of all beneficiaries of
David Garcia;

IRMA NIEVES, as Personal Representative of
the Estate of Juan Nieves, Jr., Deceased and on
behalf of all beneficiaries of Juan Nieves, Jr.;

DAVID NIEVES in their own right as the Child
of Juan Nieves, Jr., Deceased;

JOHN NIEVES in their own right as the Child of
Juan Nieves, Jr., Deceased;

MICHELLE NIEVES in their own right as the
Child of Juan Nieves, Jr., Deceased;

MARIE CIRMIA in their own right as the
Sibling of Debra Ann Di Martino, Deceased;

MARIE E. PUCCIO-PICK, as Personal
Representative of the Estate of Joseph Pick,
Deceased and on behalf of all beneficiaries of
Joseph Pick;

SIBLING DOE AP188 in their own right as the
Sibling of DOE AP188, Deceased;

MELISSA VAZQUEZ in their own right as the
Child of Arcangel Vazquez, Deceased;

:
:
BARRY ROSNER in their own right as the :
Parent of Sheryl Rosenbaum, Deceased; :

:
:
BOBBI ROSNER in their own right as the Parent :
of Sheryl Rosenbaum, Deceased; :

VICTORIA BLAKSLEY, as Personal :
Representative of the Estate of Pedro Grehan, :
Deceased and on behalf of all beneficiaries of :
Pedro Grehan; :

AFFIONG ADANGA, as Personal :
Representative of the Estate of Ignatius Udo :
Adanga, Deceased and on behalf of all :
beneficiaries of Ignatius Udo Adanga; :

EDNA KANG ORTIZ, as Personal :
Representative of the Estate of Pablo Ortiz, :
Deceased and on behalf of all beneficiaries of :
Pablo Ortiz; :

:
ELAINE ASCIAK, as Personal Representative of :
the Estate of Michael Asciak, Deceased and on :
behalf of all beneficiaries of Michael Asciak; :

:
:
VIVIAN ASCIAK in their own right as the :
Parent of Michael Asciak, Deceased; :

:
:
GORDON M. WARD in their own right as the :
Parent of Stephen Gordon Ward, Deceased; :

:
KATHRYN WARD HAZEL in their own right :
as the Sibling of Stephen Gordon Ward, :
Deceased; :

:
:
KENNETH R. WARD in their own right as the :
Sibling of Stephen Gordon Ward, Deceased; :

SUSAN MOORE in their own right as the
Sibling of Stephen Gordon Ward, Deceased;

VICTORIA RANDALL in their own right as the
Parent of Stephen Gordon Ward, Deceased;

LYNN MORRIS, as Personal Representative of
the Estate of Seth A. Morris, Deceased and on
behalf of all beneficiaries of Seth A. Morris;

DIANE TAORMINA, as Personal Representative
of the Estate of Dennis G. Taormina, Jr.,
Deceased and on behalf of all beneficiaries of
Dennis G. Taormina, Jr.;

THOMAS HANNON, as Personal
Representative of the Estate of Dana Rey
Hannon, Deceased and on behalf of all
beneficiaries of Dana Rey Hannon;

GAYE HANNON in their own right as the Parent
of Dana Rey Hannon, Deceased;

KYLE HANNON in their own right as the
Sibling of Dana Rey Hannon, Deceased;

SPOUSE DOE AP189 as Personal
Representative of the Estate of DOE AP189,
Deceased and on behalf of all beneficiaries of
DOE AP189, Deceased;

JAMES MCANENEY, as Personal
Representative of the Estate of Patricia A.
McAneney, Deceased and on behalf of all
beneficiaries of Patricia A. McAneney;

MARGARET E. CRUZ in their own right as the
Spouse of Patricia A. McAneney, Deceased;

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

152

CHRISTINA PARIS, as Personal Representative
of the Estate of George Paris, Deceased and on
behalf of all beneficiaries of George Paris;

:
:
:
:

:
:

ROSE PARIS in their own right as the Parent of
George Paris, Deceased;

:
:

MITOKO MILLER, as Personal Representative
of the Estate of Robert C. Miller, Jr., Deceased
and on behalf of all beneficiaries of Robert C.
Miller, Jr.;

:
:
:
:

:
:

JAMES R. MILLER in their own right as the
Sibling of Robert C. Miller, Jr., Deceased;

:
:

:
:

TERRY R. MILLER in their own right as the
Sibling of Robert C. Miller, Jr., Deceased;

:
:

:
:

NAOEMI P. GULLICKSON in their own right
as the Spouse of Joseph P. Gullickson, Deceased;

:
:

:

TAHIRA KHAN, as Personal Representative of
the Estate of Taimour Khan, Deceased and on
behalf of all beneficiaries of Taimour Khan;

:
:
:
:

:
:

ZARA KHAN in their own right as the Sibling of
Taimour Khan, Deceased;

:
:

STACEY AFFLITTO, as Personal
Representative of the Estate of Daniel Thomas
Afflitto, Sr., Deceased and on behalf of all
beneficiaries of Daniel Thomas Afflitto, Sr.;

:
:
:
:

CAROLINE LILORE, as Personal
Representative of the Estate of Craig Damian
Lilore, Deceased and on behalf of all
beneficiaries of Craig Damian Lilore;

:
:
:
:

IMELDA REYES SORIANO in their own right as the Spouse of Leobardo Lopez Pascual, Deceased;

BEN STONE in their own right as the Parent of Lonny Jay Stone, Deceased;

EVELYN STONE in their own right as the Parent of Lonny Jay Stone, Deceased;

GAIL STONE in their own right as the Sibling of Lonny Jay Stone, Deceased;

EVELYN L. FIALKO, as Personal Representative of the Estate of Jennifer Louise Fialko, Deceased and on behalf of all beneficiaries of Jennifer Louise Fialko;

ROBERT J. FIALKO, as Personal Representative of the Estate of Jennifer Louise Fialko, Deceased and on behalf of all beneficiaries of Jennifer Louise Fialko;

ANDREW C. FIALKO in their own right as the Sibling of Jennifer Louise Fialko, Deceased;

ALBERT A. BLACKMAN, SR., as Personal Representative of the Estate of Albert Balewa Blackman, Jr., Deceased and on behalf of all beneficiaries of Albert Balewa Blackman, Jr.;

HYACINTH BLACKMAN, as Personal Representative of the Estate of Albert Balewa Blackman, Jr., Deceased and on behalf of all beneficiaries of Albert Balewa Blackman, Jr.;

JOHN SAFI, as Personal Representative of the Estate of Jude Elias Safi, Deceased and on behalf of all beneficiaries of Jude Elias Safi;

AHLAM SAFI in their own right as the Parent of Jude Elias Safi, Deceased;

ELIAS SAFI in their own right as the Parent of Jude Elias Safi, Deceased;

RICHARD CHUNG, as Personal Representative of the Estate of Wai C. Chung, Deceased and on behalf of all beneficiaries of Wai C. Chung;

JULIE TAM in their own right as the Sibling of Wai C. Chung, Deceased;

PUI LIN CHUNG in their own right as the Parent of Wai C. Chung, Deceased;

STEVE CHUNG in their own right as the Sibling of Wai C. Chung, Deceased;

WINNIE CHUNG in their own right as the Sibling of Wai C. Chung, Deceased;

YING KWAN CHUNG in their own right as the Parent of Wai C. Chung, Deceased;

GRISSEL RODRIGUEZ VALENTIN in their own right as the Spouse of Benito Valentin, Deceased;

KAREN B. LUNDER, as Personal Representative of the Estate of Christopher Edmund Lunder, Deceased and on behalf of all beneficiaries of Christopher Edmund Lunder;

DAVID LUNDER in their own right as the
Sibling of Christopher Edmund Lunder,
Deceased;

EDMUND LUNDER in their own right as the
Parent of Christopher Edmund Lunder,
Deceased;

MAUREEN C. LUNDER in their own right as
the Parent of Christopher Edmund Lunder,
Deceased;

ROSEMARY SERCIA in their own right as the
Sibling of Christopher Edmund Lunder,
Deceased;

JOYCE MERCER, as Personal Representative of
the Estate of Scott Kopytko, Deceased and on
behalf of all beneficiaries of Scott Kopytko;

CHRISTINE KOPYTKO in their own right as
the Sibling of Scott Kopytko, Deceased;

DARLENE G. RALL, as Personal Representative
of the Estate of Edward J. Rall, Deceased and on
behalf of all beneficiaries of Edward J. Rall;

EDWARD A. RALL in their own right as the
Parent of Edward J. Rall, Deceased;

JOAN P. RALL in their own right as the Parent
of Edward J. Rall, Deceased;

KEITH G. RALL in their own right as the
Sibling of Edward J. Rall, Deceased;

156

|  | : |
|  | : |
| WILLIAM F. RALL in their own right as the Sibling of Edward J. Rall, Deceased; | : |
| DIANA SABELLA, as Personal Representative of the Estate of Thomas E. Sabella, Deceased and on behalf of all beneficiaries of Thomas E. Sabella; | : : : : |
|  | : |
|  | : |
| CHARLES T. SABELLA in their own right as the Sibling of Thomas E. Sabella, Deceased; | : : |
|  | : |
| LORETTA SABELLA-VIGLIONE in their own right as the Sibling of Thomas E. Sabella, Deceased; | : : : |
| JEANETTE SCHARDT, as Personal Representative of the Estate of John Schardt, Deceased and on behalf of all beneficiaries of John Schardt; | : : : : |
|  | : |
|  | : |
| DEBRA SACCO in their own right as the Sibling of John Schardt, Deceased; | : : |
|  | : |
|  | : |
| KENNETH SCHARDT in their own right as the Sibling of John Schardt, Deceased; | : : |
|  | : |
|  | : |
| MARGARET SCHARDT in their own right as the Parent of John Schardt, Deceased; | : : |
|  | : |
|  | : |
| ROBERT SCHARDT in their own right as the Parent of John Schardt, Deceased; | : : |
|  | : |
|  | : |
| KAREN PARRO in their own right as the Spouse of Robert Parro, Deceased; | : : |

AUDRIENE BARRY, as Personal                    :
Representative of the Estate of Arthur T. Barry, :
Deceased and on behalf of all beneficiaries of  :
Arthur T. Barry;                                :

BERTRAND FRANCIS BARRY, as Personal            :
Representative of the Estate of Arthur T. Barry, :
Deceased and on behalf of all beneficiaries of  :
Arthur T. Barry;                                :

                                               :
                                               :
BERTRAND ARTHUR BARRY in their own             :
right as the Sibling of Arthur T. Barry, Deceased; :

                                               :
                                               :
CLARE ELLEN SKARDA in their own right as       :
the Sibling of Arthur T. Barry, Deceased;       :

                                               :
                                               :
KATHLEEN MEGAN POSS in their own right         :
as the Sibling of Arthur T. Barry, Deceased;    :

                                               :
                                               :
PATRICIA ANNE BARRY in their own right as      :
the Sibling of Arthur T. Barry, Deceased;       :

                                               :
NANCY SUHR, as Personal Representative of      :
the Estate of Daniel Suhr, Deceased and on     :
behalf of all beneficiaries of Daniel Suhr;     :

                                               :
                                               :
CHRISTOPHER SUHR in their own right as the     :
Sibling of Daniel Suhr, Deceased;              :

                                               :
                                               :
JEAN SUHR RYAN in their own right as the       :
Sibling of Daniel Suhr, Deceased;              :

                                               :
                                               :
LEEANN M. SUHR KLEIN in their own right as     :
the Sibling of Daniel Suhr, Deceased;          :

DIANNE KERWIN, as Personal Representative                :
of the Estate of Ronald T. Kerwin, Deceased and          :
on behalf of all beneficiaries of Ronald T.              :
Kerwin;                                                  :

NANCY DARIA CIMEI, as Personal                           :
Representative of the Estate of Michael D'Auria,         :
Deceased and on behalf of all beneficiaries of           :
Michael D'Auria;                                         :

                                                         :
                                                         :
CARMEN D'AURIA in their own right as the                 :
Parent of Michael D'Auria, Deceased;                     :

                                                         :
                                                         :
CHRISTINE RINALDI in their own right as the              :
Sibling of Michael D'Auria, Deceased;                    :

KERRI ANN MENDEZ, as Personal                            :
Representative of the Estate of Charles Mendez,          :
Deceased and on behalf of all beneficiaries of           :
Charles Mendez;                                          :

MARY GRACE FOTI, as Personal                             :
Representative of the Estate of Robert Foti,             :
Deceased and on behalf of all beneficiaries of           :
Robert Foti;                                             :

BRYAN T. HANLEY, as Personal                             :
Representative of the Estate of Sean Hanley,             :
Deceased and on behalf of all beneficiaries of           :
Sean Hanley;                                             :

                                                         :
                                                         :
GERALD HANLEY in their own right as the                  :
Parent of Sean Hanley, Deceased;                         :

                                                         :
                                                         :
GERALD T. HANLEY in their own right as the               :
Sibling of Sean Hanley, Deceased;                        :

                                                         :
                                                         :
KEVIN E. HANLEY in their own right as the                :
Sibling of Sean Hanley, Deceased;                        :

PATRICIA HANLEY in their own right as the
Parent of Sean Hanley, Deceased;

    :
    :

THERESA GIAMMONA in their own right as
the Spouse of Vincent F. Giammona, Deceased;

    :
    :

ETHEL M. HENRY, as Personal Representative
of the Estate of William Henry, Deceased and on
behalf of all beneficiaries of William Henry;

    :
    :

ROSEMARY ANN STARK, as Personal
Representative of the Estate of Jeffrey Stark,
Deceased and on behalf of all beneficiaries of
Jeffrey Stark;

    :
    :
    :
    :

JOHN STARK in their own right as the Sibling
of Jeffrey Stark, Deceased;

    :
    :

JOSEPH C. STARK in their own right as the
Sibling of Jeffrey Stark, Deceased;

    :
    :

KATHLEEN STARK in their own right as the
Sibling of Jeffrey Stark, Deceased;

    :
    :

THERESE STARK in their own right as the
Sibling of Jeffrey Stark, Deceased;

    :
    :

VINNIE CARLA AGNELLO, as Personal
Representative of the Estate of Joseph Agnello,
Deceased and on behalf of all beneficiaries of
Joseph Agnello;

    :
    :
    :
    :

RITA AGNELLO in their own right as the Parent
of Joseph Agnello, Deceased;

    :
    :

160

ROSARIA MARTINGANO in their own right as
the Sibling of Joseph Agnello, Deceased;

SALVATORE AGNELLO in their own right as
the Parent of Joseph Agnello, Deceased;

PAULA M. MCAVOY, as Personal
Representative of the Estate of John K. McAvoy,
Deceased and on behalf of all beneficiaries of
John K. McAvoy;

MICHAEL MCAVOY in their own right as the
Sibling of John K. McAvoy, Deceased;

PHILOMENA MCAVOY in their own right as
the Parent of John K. McAvoy, Deceased;

MARYANN J. O'ROURKE, as Personal
Representative of the Estate of Kevin M.
O'Rourke, Deceased and on behalf of all
beneficiaries of Kevin M. O'Rourke;

CORINNE O'ROURKE in their own right as the
Child of Kevin M. O'Rourke, Deceased;

DENNIS O'ROURKE in their own right as the
Parent of Kevin M. O'Rourke, Deceased;

DENNIS P. O'ROURKE in their own right as the
Sibling of Kevin M. O'Rourke, Deceased;

HANNAH O'ROURKE in their own right as the
Parent of Kevin M. O'Rourke, Deceased;

161

:
:
JAMIE O'ROURKE in their own right as the                :
Child of Kevin M. O'Rourke, Deceased;                    :

:
:
PATRICIA O'KEEFE in their own right as the               :
Sibling of Kevin M. O'Rourke, Deceased;                  :

GERARD JEAN-BAPTISTE, as Personal                        :
Representative of the Estate of Gerard Baptiste,         :
Deceased and on behalf of all beneficiaries of           :
Gerard Baptiste;                                          :

ROBERT G. BYRNE, SR., as Personal                        :
Representative of the Estate of Patrick D. Byrne,        :
Deceased and on behalf of all beneficiaries of           :
Patrick D. Byrne;                                        :

:
:
ANNE BYRNE in their own right as the Parent              :
of Patrick D. Byrne, Deceased;                           :

:
:
CATHRINE M. TOLINO in their own right as                 :
the Sibling of Patrick D. Byrne, Deceased;               :

:
:
FRANCIS X. BYRNE in their own right as the               :
Sibling of Patrick D. Byrne, Deceased;                   :

:
:
GARETT C. BYRNE in their own right as the                :
Sibling of Patrick D. Byrne, Deceased;                   :

:
:
JOANNE FINN in their own right as the Sibling            :
of Patrick D. Byrne, Deceased;                           :

:
:
JUDITH BYRNE in their own right as the                   :
Sibling of Patrick D. Byrne, Deceased;                   :

ROBERT G. BYRNE, JR. in their own right as
the Sibling of Patrick D. Byrne, Deceased;

THOMAS BYRNE in their own right as the
Sibling of Patrick D. Byrne, Deceased;

WILLIAM J. BYRNE in their own right as the
Sibling of Patrick D. Byrne, Deceased;

ROBERT M. DUFFY, as Personal
Representative of the Estate of Gerard J. Duffy,
Deceased and on behalf of all beneficiaries of
Gerard J. Duffy;

THOMAS DUFFY, as Personal Representative
of the Estate of Gerard J. Duffy, Deceased and on
behalf of all beneficiaries of Gerard J. Duffy;

WILLIAM B. FEEHAN, as Personal
Representative of the Estate of William M.
Feehan, Deceased and on behalf of all
beneficiaries of William M. Feehan;

ELIZABETH FEEHAN in their own right as the
Child of William M. Feehan, Deceased;

JOHN FEEHAN in their own right as the Child
of William M. Feehan, Deceased;

TARA FEEHAN DAVAN in their own right as
the Child of William M. Feehan, Deceased;

DEBRA A. HARLIN, as Personal Representative
of the Estate of Daniel Edward Harlin, Deceased
and on behalf of all beneficiaries of Daniel
Edward Harlin;

CAROLINE HARLIN in their own right as the
Parent of Daniel Edward Harlin, Deceased;                       :
                                                                :

JAMES HARLIN in their own right as the                          :
Sibling of Daniel Edward Harlin, Deceased;                      :

JOAN HARLIN in their own right as the Sibling                   :
of Daniel Edward Harlin, Deceased;                              :

ROBERT W. HARLIN in their own right as the                      :
Sibling of Daniel Edward Harlin, Deceased;                      :

WILBUR HARLIN in their own right as the                         :
Parent of Daniel Edward Harlin, Deceased;                       :

DONNA MAHONEY, as Personal                                      :
Representative of the Estate of William J.                      :
Mahoney, Jr., Deceased and on behalf of all                     :
beneficiaries of William J. Mahoney, Jr.;                       :

KATRINA MARGIT MARINO, as Personal                              :
Representative of the Estate of Kenneth Marino,                 :
Deceased and on behalf of all beneficiaries of                  :
Kenneth Marino;                                                 :

LYNDA ANN MARINO in their own right as                          :
the Sibling of Kenneth Marino, Deceased;                        :

MARY ANN MARINO in their own right as the                       :
Parent of Kenneth Marino, Deceased;                             :

PAT MARINO in their own right as the Parent of                  :
Kenneth Marino, Deceased;

164

KAREN LISA O'KEEFE in their own right as the
Spouse of Patrick Joseph O'Keefe, Deceased;

GERARD J. PRIOR in their own right as the
Parent of Kevin M. Prior, Deceased;

MARIAN A. PRIOR in their own right as the
Parent of Kevin M. Prior, Deceased;

RENEE WHITFORD, as Personal Representative
of the Estate of Mark P. Whitford, Deceased and
on behalf of all beneficiaries of Mark P.
Whitford;

CAROL WHITFORD in their own right as the
Parent of Mark P. Whitford, Deceased;

CHRISTOPHER WHITFORD in their own right
as the Sibling of Mark P. Whitford, Deceased;

DENNIS WHITFORD in their own right as the
Sibling of Mark P. Whitford, Deceased;

LISA A. WALKER in their own right as the
Sibling of Mark P. Whitford, Deceased;

ROGER WHITFORD in their own right as the
Parent of Mark P. Whitford, Deceased;

SPOUSE DOE AP198 as Personal
Representative of the Estate of DOE AP198,
Deceased and on behalf of all beneficiaries of
DOE AP198, Deceased;

:
:
MICHAEL J. FOX in their own right as the         :
Sibling of Jeffrey L. Fox, Deceased;             :

JOHN RICCOBONI, as Personal Representative       :
of the Estate of Ann Marie Riccoboni, Deceased   :
and on behalf of all beneficiaries of Ann Marie  :
Riccoboni;                                       :

                                                 :
                                                 :
JANINE PASSELIS in their own right as the        :
Child of Ann Marie Riccoboni, Deceased;          :

                                                 :
MARIA ELENA SANTORELLI in their own              :
right as the Child of Ann Marie Riccoboni,       :
Deceased;                                        :

                                                 :
                                                 :
CHERYL SHAMES in their own right as the          :
Sibling of Andrew Steven Zucker, Deceased;       :

                                                 :
                                                 :
GAYLE MOSENSON in their own right as the         :
Sibling of Andrew Steven Zucker, Deceased;       :

                                                 :
                                                 :
STUART C. ZUCKER in their own right as the       :
Sibling of Andrew Steven Zucker, Deceased;       :

                                                 :
                                                 :
JOHN ROGAN in their own right as the Parent      :
of Matthew Sean Rogan, Deceased;                 :
                                                 :
MARIAN ROGAN in their own right as the           :
Parent of Matthew Sean Rogan, Deceased;          :
                                                 :
MICHELLE WRIGHT in their own right as the        :
Child of Sandra Wright Cartledge, Deceased;      :
                                                 :
TINA GRAZIOSO, as Personal Representative        :
of the Estate of John Grazioso, Deceased and on  :
behalf of all beneficiaries of John Grazioso;    :
                                                 :
CAI ZHANG in their own right as the Parent of    :
Liming Gu, Deceased;                             :

166

FUSHAN GU in their own right as the Parent of
Liming Gu, Deceased;

YU ZHOU GU in their own right as the Sibling
of Liming Gu, Deceased;

YUAU KU in their own right as the Sibling of
Liming Gu, Deceased;

THOMAS P. HEIDENBERGER, as Personal
Representative of the Estate of Michele M.
Heidenberger, Deceased and on behalf of all
beneficiaries of Michele M. Heidenberger;

JENNIFER LYN MAERZ, as Personal
Representative of the Estate of Noell Maerz,
Deceased and on behalf of all beneficiaries of
Noell Maerz;

JANICE LYNN MONTOYA in their own right
as the Sibling of John William Perry, Deceased;

ELLEN LOUISE SARACINI, as Personal
Representative of the Estate of Victor J. Saracini,
Deceased and on behalf of all beneficiaries of
Victor J. Saracini;

SUSANNE WARD BAKER, as Personal
Representative of the Estate of Timothy Ray
Ward, Deceased and on behalf of all beneficiaries
of Timothy Ray Ward;

SANDRA BURNSIDE, as Personal
Representative of the Estate of John P. Burnside,
Deceased and on behalf of all beneficiaries of
John P. Burnside;

SIGALIT BRUNN, as Personal Representative of
the Estate of Andrew C. Brunn, Deceased and on
behalf of all beneficiaries of Andrew C. Brunn;

GRACE BADAGLIACCA in their own right as
the Parent of John J. Badagliacca, Deceased;

JODI SCOLARO in their own right as the
Sibling of John J. Badagliacca, Deceased;

167

:
:
JOHN BADAGLIACCA in their own right as the                :
Parent of John J. Badagliacca, Deceased;

CAROLINE CORDICE, as Personal                              :
Representative of the Estate of Robert J. Cordice,         :
Deceased and on behalf of all beneficiaries of            :
Robert J. Cordice;                                         :

SPOUSE DOE AP190 as Personal                               :
Representative of the Estate of DOE AP190,                 :
Deceased and on behalf of all beneficiaries of            :
DOE AP190, Deceased;                                       :

:
JEAN CAREY, as Personal Representative of the             :
Estate of Dennis M. Carey, Deceased and on                :
behalf of all beneficiaries of Dennis M. Carey;          :

:
:
DENNIS M. CAREY, JR. in their own right as                :
the Child of Dennis M. Carey, Deceased;                   :

:
:
NICOLE T. CAREY in their own right as the                 :
Child of Dennis M. Carey, Deceased;                       :

JOHN J. CAWLEY, as Personal Representative                :
of the Estate of Michael Joseph Cawley,                   :
Deceased and on behalf of all beneficiaries of            :
Michael Joseph Cawley;                                     :

:
:
BRENDAN K. CAWLEY in their own right as                   :
the Sibling of Michael Joseph Cawley, Deceased;          :

:
:
KRISTIN A. CAWLEY in their own right as the               :
Sibling of Michael Joseph Cawley, Deceased;              :

:
:
MARGARET M. CAWLEY in their own right as                 :
the Parent of Michael Joseph Cawley, Deceased;           :

ANDREA GARBARINI, as Personal                    :
Representative of the Estate of Charles Garbarini, :
Deceased and on behalf of all beneficiaries of    :
Charles Garbarini;                                :

                                                  :
                                                  :
BERYL ZAWATSKY in their own right as the         :
Sibling of Charles Garbarini, Deceased;          :

                                                  :
                                                  :
CATHY KOSTIW in their own right as the           :
Sibling of Charles Garbarini, Deceased;          :

                                                  :
                                                  :
CHARLES GARBARINI in their own right as          :
the Parent of Charles Garbarini, Deceased;       :

                                                  :
                                                  :
DONNA GARBARINI in their own right as the        :
Sibling of Charles Garbarini, Deceased;          :

                                                  :
                                                  :
JANET ARBUISO in their own right as the          :
Sibling of Charles Garbarini, Deceased;          :

                                                  :
                                                  :
JOAN CUNEO in their own right as the Sibling     :
of Charles Garbarini, Deceased;                  :

                                                  :
                                                  :
PEGGY GARBARINI in their own right as the        :
Sibling of Charles Garbarini, Deceased;          :

WILLIAM C. MCGINLY, as Personal                  :
Representative of the Estate of Mark Ryan         :
McGinly, Deceased and on behalf of all           :
beneficiaries of Mark Ryan McGinly;              :

                                                  :
                                                  :
ANDREW M. MCGINLY in their own right as          :
the Sibling of Mark Ryan McGinly, Deceased;      :

:
:
PATRICIA D. MCGINLY in their own right as            :
the Parent of Mark Ryan McGinly, Deceased;          :

:
:
SEAN M. MCGINLY in their own right as the           :
Sibling of Mark Ryan McGinly, Deceased;             :

:
MYONG H. LEE, as Personal Representative of         :
the Estate of Linda C. Lee, Deceased and on         :
behalf of all beneficiaries of Linda C. Lee;        :

:
:
HYONG O. LEE in their own right as the Parent       :
of Linda C. Lee, Deceased;                          :

:
APRIL GINLEY, as Personal Representative of         :
the Estate of John F. Ginley, Deceased and on       :
behalf of all beneficiaries of John F. Ginley;      :

JAMES KUVEIKIS, as Personal Representative          :
of the Estate of Thomas J. Kuveikis, Deceased       :
and on behalf of all beneficiaries of Thomas J.     :
Kuveikis;                                           :

:
:
KRISTEN KUVEIKIS in their own right as the          :
Child of Thomas J. Kuveikis, Deceased;              :

LISA PATERSON, as Personal Representative of        :
the Estate of Steven Bennett Paterson, Deceased     :
and on behalf of all beneficiaries of Steven        :
Bennett Paterson;                                   :

:
:
GEORGE PATERSON in their own right as the           :
Sibling of Steven Bennett Paterson, Deceased;       :

:
:
JOSEPH J. PATERSON in their own right as the        :
Sibling of Steven Bennett Paterson, Deceased;       :

170

LOIS PATERSON GALLO in their own right as
the Sibling of Steven Bennett Paterson,
Deceased;

LISA MARTINI, as Personal Representative of
the Estate of Paul Richard Martini, Deceased and
on behalf of all beneficiaries of Paul Richard
Martini;

NANCY E. MONTESI, as Personal
Representative of the Estate of Michael G.
Montesi, Deceased and on behalf of all
beneficiaries of Michael G. Montesi;

GEORGE R. MONTESI in their own right as the
Parent of Michael G. Montesi, Deceased;

MARGARET P. MONTESI in their own right as
the Parent of Michael G. Montesi, Deceased;

MARIA E. LAURIA in their own right as the
Sibling of Michael G. Montesi, Deceased;

CHRISTINE M. O'BERG, as Personal
Representative of the Estate of Dennis P. O'Berg,
Deceased and on behalf of all beneficiaries of
Dennis P. O'Berg;

JUANA OLGA PAPPAGEORGE, as Personal
Representative of the Estate of James N.
Pappageorge, Deceased and on behalf of all
beneficiaries of James N. Pappageorge;

HELEN PAPPAGEORGE in their own right as
the Sibling of James N. Pappageorge, Deceased;

SALLY ANN SUAREZ in their own right as the
Spouse of Benjamin Suarez, Deceased;

|  | : |
|  | : |
| JANICE WATERS in their own right as the Spouse of Patrick J. Waters, Deceased; | : |
|  | : |
| ALFRED L. WHELAN, SR., as Personal Representative of the Estate of Eugene Michael Whelan, Deceased and on behalf of all beneficiaries of Eugene Michael Whelan; | : : : : |
|  | : |
|  | : |
| JOAN A. WHELAN in their own right as the Parent of Eugene Michael Whelan, Deceased; | : : |
| PARENT DOE AP23 as Personal Representative of the Estate of DOE AP23, Deceased and on behalf of all beneficiaries of DOE AP23, Deceased; | : : : : |
|  | : |
|  | : |
| PARENT DOE AP24 in their own right as the Parent of DOE AP24, Deceased; | : : |
| PARENT DOE AP21 as Personal Representative of the Estate of DOE AP21, Deceased and on behalf of all beneficiaries of DOE AP21, Deceased; | : : : : |
|  | : |
|  | : |
| PARENT DOE AP22 in their own right as the Parent of DOE AP22, Deceased; | : : |
|  | : |
| SEAN BELLOWS, as Personal Representative of the Estate of Debbie Bellows, Deceased and on behalf of all beneficiaries of Debbie Bellows; | : : : |
|  | : |
|  | : |
| SUZANNE ABENMOHA in their own right as the Parent of Debbie Bellows, Deceased; | : : |
|  | : |
|  | : |
| SIBLING DOE AP194 in their own right as the Sibling of DOE AP194, Deceased; | : : |

|   |   |
|---|---|
|   | : |
|   | : |
| PARENT DOE AP191 in their own right as the Parent of DOE AP191, Deceased; | : |
|   | : |
|   | : |
|   | : |
| SIBLING DOE AP193 in their own right as the Sibling of DOE AP193, Deceased; | : |
|   | : |
|   | : |
|   | : |
| PARENT DOE AP192 in their own right as the Parent of DOE AP192, Deceased; | : |
|   | : |
|   | : |
| JOHN SPROHA, as Personal Representative of the Estate of Gavin McMahon, Deceased and on behalf of all beneficiaries of Gavin McMahon; | : |
|   | : |
|   | : |
| MAUREEN SPROHA, as Personal Representative of the Estate of Gavin McMahon, Deceased and on behalf of all beneficiaries of Gavin McMahon; | : |
|   | : |
|   | : |
|   | : |
| DOLORES LIBRETTI, as Personal Representative of the Estate of Daniel Libretti, Deceased and on behalf of all beneficiaries of Daniel Libretti; | : |
|   | : |
|   | : |
|   | : |
|   | : |
|   | : |
| JOSEPH LIBRETTI in their own right as the Sibling of Daniel Libretti, Deceased; | : |
|   | : |
| MAURA LEZYNSKI, as Personal Representative of the Estate of Richard B. Madden, Deceased and on behalf of all beneficiaries of Richard B. Madden; | : |
|   | : |
|   | : |
|   | : |
|   | : |
|   | : |
| JOSHUA P. MADDEN in their own right as the Sibling of Richard B. Madden, Deceased; | : |
|   | : |
|   | : |
|   | : |
| MELISSA M. CROWLEY in their own right as the Sibling of Richard B. Madden, Deceased; | : |
|   | : |

173

MICHELLE M. MADDEN in their own right as
the Parent of Richard B. Madden, Deceased;

       :
       :
       :
       :

ROBERT T. MADDEN, JR. in their own right as
the Sibling of Richard B. Madden, Deceased;

:
:
:
:

KATHRYN M. MCGARRY in their own right as
the Parent of Katherine McGarry Noack,
Deceased;

:
:
:
:

ANNE MARIE VACCACIO, as Personal
Representative of the Estate of John Damien
Vaccacio, Deceased and on behalf of all
beneficiaries of John Damien Vaccacio;

:
:
:
:

CHRISTOPHER J. VACCACIO in their own
right as the Sibling of John Damien Vaccacio,
Deceased;

:
:
:
:

JAMES R. VACCACIO in their own right as the
Parent of John Damien Vaccacio, Deceased;

:
:
:
:

DANA M. TAMUCCIO in their own right as the
Sibling of Michael Andre Tamuccio, Deceased;

:
:
:
:

JAMES W. TAMUCCIO, SR. in their own right
as the Parent of Michael Andre Tamuccio,
Deceased;

:
:
:
:

JAMES W. TAMUCCIO, II in their own right as
the Sibling of Michael Andre Tamuccio,
Deceased;

:
:
:
:

PATRICIA E. TAMUCCIO in their own right as
the Parent of Michael Andre Tamuccio,
Deceased;

:
:
:
:

|  |  |
|---|---|
| | : |
| | : |
| ADELE WELTY in their own right as the Parent of Timothy Welty, Deceased; | : |
| | : |
| | : |
| | : |
| KATHRYN S. PRUIM in their own right as the Spouse of David L. Pruim, Deceased; | : |
| | : |
| | : |
| | : |
| ELZA CHAPA-MCGOWAN in their own right as the Child of Rosemary M. Chapa, Deceased; | : |
| | : |
| | : |
| | : |
| GRACE ELAINE ELLIS in their own right as the Child of Rosemary M. Chapa, Deceased; | : |
| | : |
| | : |
| | : |
| JOHN L. CHAPA in their own right as the Child of Rosemary M. Chapa, Deceased; | : |
| | : |
| | : |
| | : |
| JULIE CHAPA FIELD in their own right as the Child of Rosemary M. Chapa, Deceased; | : |
| | : |
| | : |
| | : |
| ROGER A. CHAPA in their own right as the Child of Rosemary M. Chapa, Deceased; | : |
| FRANCES M. COFFEY, as Personal Representative of the Estate of Jason M. Coffey, Deceased and on behalf of all beneficiaries of Jason M. Coffey; | : |
| FRANCES M. COFFEY, as Personal Representative of the Estate of Daniel M. Coffey, Deceased and on behalf of all beneficiaries of Daniel M. Coffey; | : |
| UNA MARGARET MCHUGH, as Personal Representative of the Estate of Dennis P. McHugh, Deceased and on behalf of all beneficiaries of Dennis P. McHugh; | : |

SCOTT BLANEY, as Personal Representative of
the Estate of Janice Blaney, Deceased and on
behalf of all beneficiaries of Janice Blaney;

GIOVANNI GALANTE, as Personal
Representative of the Estate of Grace Catherine
Galante, Deceased and on behalf of all
beneficiaries of Grace Catherine Galante;

CATHY CAVA in their own right as the Sibling
of Grace Catherine Galante, Deceased;

FRANCESCO SUSCA in their own right as the
Parent of Grace Catherine Galante, Deceased;

FRANK SUSCA in their own right as the Sibling
of Grace Catherine Galante, Deceased;

LUCREZIA SUSCA in their own right as the
Parent of Grace Catherine Galante, Deceased;

FRIMA KOGAN in their own right as the Parent
of Inna Basin, Deceased;

ANATOLIY BAKALINSKIY, as Personal
Representative of the Estate of Tatyana
Bakalinskaya, Deceased and on behalf of all
beneficiaries of Tatyana Bakalinskaya;

ROBERT E. ELFERIS, as Personal
Representative of the Estate of Michael J. Elferis,
Deceased and on behalf of all beneficiaries of
Michael J. Elferis;

ELIZABETH WILD in their own right as the
Sibling of Michael J. Elferis, Deceased;

|  | : |
|  | : |
| JOSEPH ELFERIS in their own right as the | : |
| Sibling of Michael J. Elferis, Deceased; | : |
|  |  |
|  | : |
|  | : |
| MARY ELFERIS in their own right as the Parent | : |
| of Michael J. Elferis, Deceased; | : |
|  |  |
|  | : |
|  | : |
| NANCY CHALMERS in their own right as the | : |
| Sibling of Michael J. Elferis, Deceased; | : |
|  |  |
|  | : |
|  | : |
| ROBERT G. ELFERIS in their own right as the | : |
| Sibling of Michael J. Elferis, Deceased; | : |
| ROSEMARY PISKADLO, as Personal | : |
| Representative of the Estate of Joseph Piskadlo, | : |
| Deceased and on behalf of all beneficiaries of | : |
| Joseph Piskadlo; | : |
|  |  |
|  | : |
|  | : |
| BRIAN JOSEPH PISKADLO in their own right | : |
| as the Child of Joseph Piskadlo, Deceased; | : |
|  |  |
|  | : |
|  | : |
| LAURA MARIE PISKADLO in their own right | : |
| as the Child of Joseph Piskadlo, Deceased; | : |
| PATRICIA A. FALLON, as Personal | : |
| Representative of the Estate of Jamie Lynn | : |
| Fallon, Deceased and on behalf of all | : |
| beneficiaries of Jamie Lynn Fallon; | : |
| JOSE LUIS SAN PIO, as Personal | : |
| Representative of the Estate of Sylvia San Pio, | : |
| Deceased and on behalf of all beneficiaries of | : |
| Sylvia San Pio; | : |
| JULIE SCARPITTA, as Personal Representative | : |
| of the Estate of Michelle Scarpitta, Deceased and | : |
| on behalf of all beneficiaries of Michelle | : |
| Scarpitta; | : |

SHERYL CLARK STOLL, as Personal                :
Representative of the Estate of Jason M. Dahl,  :
Deceased and on behalf of all beneficiaries of  :
Jason M. Dahl;                                  :

LILA MAY WALKDEN FLOUNDERS, as                 :
Personal Representative of the Estate of Joseph :
W. Flounders, Deceased and on behalf of all     :
beneficiaries of Joseph W. Flounders;           :

                                                :
C. LEE HANSON, as Personal Representative of   :
the Estate of Sue Ju Hanson, Deceased and on    :
behalf of all beneficiaries of Sue Ju Hanson;   :

                                                :
JOHN H. KIM, as Personal Representative of the :
Estate of Sue Ju Hanson, Deceased and on behalf :
of all beneficiaries of Sue Ju Hanson;          :

CATHERINE STEFANI, as Personal                 :
Representative of the Estate of Nicole Carol     :
Miller, Deceased and on behalf of all           :
beneficiaries of Nicole Carol Miller;           :

DAVID JAMES MILLER, as Personal                :
Representative of the Estate of Nicole Carol     :
Miller, Deceased and on behalf of all           :
beneficiaries of Nicole Carol Miller;           :

                                                :
                                                :
TIFFNEY MILLER in their own right as the       :
Sibling of Nicole Carol Miller, Deceased;       :

                                                :
                                                :
CRAIG W. SINCOCK in their own right as the     :
Spouse of Cheryle D. Sincock, Deceased;         :

MARGARET E. WILKINSON, as Personal             :
Representative of the Estate of Glenn E.         :
Wilkinson, Deceased and on behalf of all        :
beneficiaries of Glenn E. Wilkinson;            :

RHONDA LEE O'CALLAGHAN, as Personal            :
Representative of the Estate of Daniel           :
O'Callaghan, Deceased and on behalf of all      :
beneficiaries of Daniel O'Callaghan;            :

KERRI ANN DOWD, as Personal                    :
Representative of the Estate of Thomas Francis  :
Dowd, Deceased and on behalf of all            :
beneficiaries of Thomas Francis Dowd;          :

JOSEPH M. MILANOWYCZ, as Personal              :
Representative of the Estate of Gregory        :
Milanowycz, Deceased and on behalf of all      :
beneficiaries of Gregory Milanowycz;           :

                                               :
                                               :
ADELE MILANOWYCZ in their own right as         :
the Parent of Gregory Milanowycz, Deceased;    :

                                               :
                                               :
STEVEN MILANOWYCZ in their own right as        :
the Sibling of Gregory Milanowycz, Deceased;   :

                                               :
LESLIE R. BLAIR, as Personal Representative    :
of the Estate of Susan L. Blair, Deceased and on :
behalf of all beneficiaries of Susan L. Blair; :

                                               :
                                               :
SALLY T. WHITE in their own right as the       :
Parent of Susan L. Blair, Deceased;            :

MARJORIE A. DITULLIO, as Personal              :
Representative of the Estate of Donald A.       :
DiTullio, Deceased and on behalf of all        :
beneficiaries of Donald A. DiTullio;           :

                                               :
                                               :
JANICE L. FLEMING in their own right as the    :
Sibling of Donald A. DiTullio, Deceased;       :

                                               :
                                               :
JOANNA M. COOK in their own right as the       :
Sibling of Donald A. DiTullio, Deceased;       :

                                               :
                                               :
AGATINA IACI in their own right as the Parent  :
of Jane Marie Orth, Deceased;                  :

GAE FERRUOLO in their own right as the                   :
Sibling of Jane Marie Orth, Deceased;                    :

KATHRYN WALKER MCNEAL, as Personal                       :
Representative of the Estate of Daniel W.                :
McNeal, Deceased and on behalf of all                    :
beneficiaries of Daniel W. McNeal;                       :

CHRISTIAN C. CRONER, as Personal                         :
Representative of the Estate of Patricia V.              :
Flounders, Deceased and on behalf of all                 :
beneficiaries of Patricia V. Flounders;                  :

LAURIE TIETJEN, as Personal Representative               :
of the Estate of Kenneth F. Tietjen, Deceased and        :
on behalf of all beneficiaries of Kenneth F.             :
Tietjen;                                                 :

CINDY TIETJEN in their own right as the                  :
Sibling of Kenneth F. Tietjen, Deceased;                 :

JANICE TIETJEN in their own right as the                 :
Parent of Kenneth F. Tietjen, Deceased;                  :

KENNETH A. TIETJEN in their own right as the             :
Parent of Kenneth F. Tietjen, Deceased;                  :

IRENE LYONS- LOEFFLER, as Personal                       :
Representative of the Estate of Patrick John             :
Lyons, Deceased and on behalf of all                     :
beneficiaries of Patrick John Lyons;                     :

BRIAN PATRICK LYONS in their own right as                :
the Parent of Patrick John Lyons, Deceased;              :

BRIAN C. LYONS in their own right as the                 :
Sibling of Patrick John Lyons, Deceased;                 :

KELLY LYONS in their own right as the Sibling
of Patrick John Lyons, Deceased;

:
:
:
:

KRISTEN LYONS in their own right as the
Sibling of Patrick John Lyons, Deceased;

:
:
:
:

PATRICIA LYONS in their own right as the
Parent of Patrick John Lyons, Deceased;

:
:
:
:

SEAN LYONS in their own right as the Sibling
of Patrick John Lyons, Deceased;

:
:
:
:

ELAINE M. RIZZA, as Personal Representative
of the Estate of Paul V. Rizza, Deceased and on
behalf of all beneficiaries of Paul V. Rizza;

:
:
:
:

PAUL RIZZA in their own right as the Parent of
Paul V. Rizza, Deceased;

:
:
:
:

VIVIAN RIZZA in their own right as the Parent
of Paul V. Rizza, Deceased;

:
:
:
:

RAYMOND JOSEPH METZ, JR. in their own
right as the Parent of Raymond Joseph Metz, III,
Deceased;

:
:
:
:

WENDY ANNE METZ in their own right as the
Sibling of Raymond Joseph Metz, III, Deceased;

:
:
:
:

CAROLE O'HARE, as Personal Representative
of the Estate of Hilda Marcin, Deceased and on
behalf of all beneficiaries of Hilda Marcin;

:
:
:
:

ELIZABETH KEMMERER, as Personal                    :
Representative of the Estate of Hilda Marcin,       :
Deceased and on behalf of all beneficiaries of     :
Hilda Marcin;                                       :

                                                    :
                                                    :
BHOOPAUL SEWNARINE in their own right as            :
the Sibling of Sita N. Sewnarine, Deceased;         :

                                                    :
                                                    :
JENNY RAHAMAN in their own right as the             :
Sibling of Sita N. Sewnarine, Deceased;             :

                                                    :
                                                    :
LILMATIE DIDORA in their own right as the           :
Sibling of Sita N. Sewnarine, Deceased;             :

                                                    :
                                                    :
PATRICIA A. HILL in their own right as the          :
Sibling of Irving Vincent Gailliard, Deceased;      :

DEBORAH BORZA, as Personal Representative           :
of the Estate of Deora Frances Bodley, Deceased     :
and on behalf of all beneficiaries of Deora         :
Frances Bodley;                                      :

KRISTINE TIMMES, as Personal Representative         :
of the Estate of Scott Charles Timmes, Deceased     :
and on behalf of all beneficiaries of Scott Charles :
Timmes;                                             :

SPOUSE DOE AP196 as Personal                        :
Representative of the Estate of DOE AP196,          :
Deceased and on behalf of all beneficiaries of      :
DOE AP196, Deceased;                                :

                                                    :
                                                    :
SIBLING DOE AP197 in their own right as the         :
Sibling of DOE AP197, Deceased;                     :

                                                    :
                                                    :
LAWRENCE CURIOLI in their own right as the          :
Sibling of Paul Dario Curioli, Deceased;            :

ALAN M. MENNIE, as Personal Representative
of the Estate of Melissa Rose Barnes, Deceased
and on behalf of all beneficiaries of Melissa Rose
Barnes;

MYRTLE BAZIL, as Personal Representative of
the Estate of Shevonne Olicia Mentis, Deceased
and on behalf of all beneficiaries of Shevonne
Olicia Mentis;

JUANA BACCHUS, as Personal Representative
of the Estate of Eustace R. Bacchus, Deceased
and on behalf of all beneficiaries of Eustace R.
Bacchus;

CARLA BACCHUS in their own right as the
Child of Eustace R. Bacchus, Deceased;

MICHELE BERGSOHN, as Personal
Representative of the Estate of Alvin Bergsohn,
Deceased and on behalf of all beneficiaries of
Alvin Bergsohn;

KENNETH BERGSOHN in their own right as
the Parent of Alvin Bergsohn, Deceased;

RENEE HOFFMAN in their own right as the
Sibling of Alvin Bergsohn, Deceased;

MICHAEL GREENSTEIN, as Personal
Representative of the Estate of Eileen Greenstein,
Deceased and on behalf of all beneficiaries of
Eileen Greenstein;

EDWARD W. GREENSTEIN in their own right
as the Sibling of Eileen Greenstein, Deceased;

HOWARD GREENSTEIN in their own right as
the Sibling of Eileen Greenstein, Deceased;

ELIZABETH GILLIGAN, as Personal              :
Representative of the Estate of Ronald L.     :
Gilligan, Deceased and on behalf of all       :
beneficiaries of Ronald L. Gilligan;          :

                                              :
                                              :
ASHLEY GILLIGAN in their own right as the     :
Child of Ronald L. Gilligan, Deceased;        :

                                              :
                                              :
COLIN VINCENT GILLIGAN in their own right     :
as the Sibling of Ronald L. Gilligan, Deceased;  :

                                              :
                                              :
RAYMOND L. GILLIGAN in their own right as     :
the Sibling of Ronald L. Gilligan, Deceased;  :

VERONICA CAGGIANO, as Personal               :
Representative of the Estate of Richard M.     :
Caggiano, Deceased and on behalf of all       :
beneficiaries of Richard M. Caggiano;         :

JAMES M. BURKE, as Personal Representative    :
of the Estate of William F. Burke, Jr., Deceased  :
and on behalf of all beneficiaries of William F.  :
Burke, Jr.;                                   :

KARLA WEISS, as Personal Representative of    :
the Estate of David Martin Weiss, Deceased and  :
on behalf of all beneficiaries of David Martin  :
Weiss;                                        :

                                              :
                                              :
BARRY WEISS in their own right as the Sibling  :
of David Martin Weiss, Deceased;              :

                                              :
                                              :
JOAN WEISS PROWLER in their own right as     :
the Parent of David Martin Weiss, Deceased;   :

                                              :
                                              :
MICHELE WEISS-LITTLE in their own right as    :
the Sibling of David Martin Weiss, Deceased;  :

KATHRYN C. BOWDEN in their own right as
the Sibling of Thomas H. Bowden, Jr., Deceased;

PAUL BOWDEN in their own right as the
Sibling of Thomas H. Bowden, Jr., Deceased;

SHEILAH L. BOWDEN in their own right as the
Parent of Thomas H. Bowden, Jr., Deceased;

THOMAS H. BOWDEN in their own right as the
Parent of Thomas H. Bowden, Jr., Deceased;

LAUREN SPITZ in their own right as the Child
of William Edward Spitz, Jr., Deceased;

MICHAEL J. SPITZ in their own right as the
Sibling of William Edward Spitz, Jr., Deceased;

WARREN FIEDEL, as Personal Representative
of the Estate of Kristen Nicole Fiedel, Deceased
and on behalf of all beneficiaries of Kristen
Nicole Fiedel;

AMY LASZCZYNSKI in their own right as the
Child of Paul Laszczynski, Deceased;

JENNIFER LASZCZYNSKI in their own right
as the Child of Paul Laszczynski, Deceased;

MICHELE MILLER, as Personal Representative
of the Estate of Mitchel Scott Wallace, Deceased
and on behalf of all beneficiaries of Mitchel Scott
Wallace;

:
:
KEN WALLACE in their own right as the Parent          :
of Mitchel Scott Wallace, Deceased;                   :

:
:
RITA WALLACE in their own right as the                :
Parent of Mitchel Scott Wallace, Deceased;            :

ARLENE M. TIPPING, as Personal                        :
Representative of the Estate of John J. Tipping,      :
Ii, II, Deceased and on behalf of all beneficiaries   :
of John J. Tipping, Ii, II;                           :

:
:
JOHN J. TIPPING in their own right as the             :
Parent of John J. Tipping, Ii, II, Deceased;          :

:
:
STEPHANIE L. TIPPING in their own right as            :
the Sibling of John J. Tipping, Ii, II, Deceased;     :

:
SUSAN R. ROSEN, as Personal Representative            :
of the Estate of Joshua S. Vitale, Deceased and       :
on behalf of all beneficiaries of Joshua S. Vitale;   :

:
:
SIBLING DOE AP224 in their own right as the           :
Sibling of DOE AP224, Deceased;                       :

:
BERNARD POLATSCH in their own right as                :
the Parent of Laurence Michael Polatsch,              :
Deceased;                                             :

:
:
DENISE TADDONIO in their own right as the             :
Spouse of Michael Taddonio, Deceased;                 :

:
LUIS PEREZ, as Personal Representative of the         :
Estate of Jennifer DeJesus, Deceased and on           :
behalf of all beneficiaries of Jennifer DeJesus;      :

ZANDRA LENA NEBLETT, as Personal
Representative of the Estate of Rayman Marcus
Neblett, Deceased and on behalf of all
beneficiaries of Rayman Marcus Neblett;

    :
    :
    :
    :

VASILE POPTEAN, as Personal Representative
of the Estate of Joshua I. Poptean, Deceased and
on behalf of all beneficiaries of Joshua I.
Poptean;

    :
    :
    :
    :

    :
    :

GERALDINE GILLIAM in their own right as
the Parent of Rodney C. Gillis, Deceased;

    :
    :

    :
    :

RONALD C. GILLIS in their own right as the
Sibling of Rodney C. Gillis, Deceased;

    :
    :

MELISSA M. DIPASQUALE, as Personal
Representative of the Estate of George
DiPasquale, Deceased and on behalf of all
beneficiaries of George DiPasquale;

    :
    :
    :
    :

    :
    :

BRIDGET CALLAHAN in their own right as the
Child of Liam Callahan, Deceased;

    :
    :

    :
    :

ELLEN CALLAHAN in their own right as the
Child of Liam Callahan, Deceased;

    :
    :

    :
    :

JAMES CALLAHAN in their own right as the
Child of Liam Callahan, Deceased;

    :
    :

JOAN E. CALLAHAN, as Personal
Representative of the Estate of Liam Callahan,
Deceased and on behalf of all beneficiaries of
Liam Callahan;

    :
    :
    :
    :

    :

KIA P. PAVLOFF, as Personal Representative of
the Estate of Thomas Pecorelli, Deceased and on
behalf of all beneficiaries of Thomas Pecorelli;

    :
    :
    :

:
:
NATALEE MOORE in their own right as the                  :
Sibling of Thomas Pecorelli, Deceased;                   :

STEPHANIE AYN BOWSER, as Personal                        :
Representative of the Estate of Kevin Leah               :
Bowser, Deceased and on behalf of all                    :
beneficiaries of Kevin Leah Bowser;                      :

:
:
SIBLING DOE AP209 in their own right as the              :
Sibling of DOE AP209, Deceased;                          :

:
GEORGE TROST, as Personal Representative of              :
the Estate of Gregory J. Trost, Deceased and on          :
behalf of all beneficiaries of Gregory J. Trost;         :

:
:
JEANNE TROST in their own right as the                   :
Sibling of Gregory J. Trost, Deceased;                   :

:
:
MARIE TROST in their own right as the Parent             :
of Gregory J. Trost, Deceased;                           :

KENNETH BRUCE FAIRBEN, as Personal                       :
Representative of the Estate of Keith George             :
Fairben, Deceased and on behalf of all                   :
beneficiaries of Keith George Fairben;                   :

:
:
DIANE G. FAIRBEN in their own right as the               :
Parent of Keith George Fairben, Deceased;                :

LORRAINE SPEAR, as Personal Representative               :
of the Estate of Robert W. Spear, Jr., Deceased          :
and on behalf of all beneficiaries of Robert W.          :
Spear, Jr.;                                              :

:
:
BARBARA P. KEANE in their own right as the               :
Sibling of Robert W. Spear, Jr., Deceased;               :

188

CHRISTINE VOLLKOMMER in their own right :
as the Sibling of Robert W. Spear, Jr., Deceased; :

IRENE DESANTIS in their own right as the :
Parent of Robert W. Spear, Jr., Deceased; :

EILEEN WALSH, as Personal Representative of :
the Estate of Michael E. Brennan, Deceased and :
on behalf of all beneficiaries of Michael E. :
Brennan; :

BRIAN T. BRENNAN in their own right as the :
Sibling of Michael E. Brennan, Deceased; :

JAMES JOHN BRENNAN in their own right as :
the Sibling of Michael E. Brennan, Deceased; :

MARGARET WALSH in their own right as the :
Sibling of Michael E. Brennan, Deceased; :

MARY M. WALSH in their own right as the :
Sibling of Michael E. Brennan, Deceased; :

MATTHEW J. WALSH in their own right as the :
Sibling of Michael E. Brennan, Deceased; :

PATRICIA WALSH in their own right as the :
Sibling of Michael E. Brennan, Deceased; :

VERONICA BRENNAN in their own right as :
the Sibling of Michael E. Brennan, Deceased; :

SHAWN M. JONES, as Personal Representative        :
of the Estate of Jeannine Damiani-Jones,          :
Deceased and on behalf of all beneficiaries of    :
Jeannine Damiani-Jones;                           :

                                                  :
                                                  :
BRIAN DAMIANI in their own right as the           :
Sibling of Jeannine Damiani-Jones, Deceased;      :

                                                  :
                                                  :
CATHERINE E. DAMIANI in their own right as        :
the Parent of Jeannine Damiani-Jones, Deceased;   :

                                                  :
                                                  :
ROBERT DAMIANI in their own right as the          :
Parent of Jeannine Damiani-Jones, Deceased;       :

ANTHONY J. GAMBALE, as Personal                   :
Representative of the Estate of Giovanna G.        :
Gambale, Deceased and on behalf of all            :
beneficiaries of Giovanna G. Gambale;             :

                                                  :
                                                  :
ANTONIA GAMBALE in their own right as the         :
Sibling of Giovanna G. Gambale, Deceased;         :

                                                  :
                                                  :
MARYANN GAMBALE in their own right as             :
the Parent of Giovanna G. Gambale, Deceased;      :

                                                  :
                                                  :
MATTHEW GAMBALE in their own right as             :
the Sibling of Giovanna G. Gambale, Deceased;     :

                                                  :
JUDITH A. BAILEY, as Personal Representative      :
of the Estate of Brett T. Bailey, Deceased and on :
behalf of all beneficiaries of Brett T. Bailey;   :

                                                  :
                                                  :
KEVIN J. BAILEY in their own right as the         :
Parent of Brett T. Bailey, Deceased;              :

                                 :
                                 :

YARAH BAILEY in their own right as the  :
Sibling of Brett T. Bailey, Deceased;  :

                                 :
                                 :

YURIAH BAILEY in their own right as the  :
Sibling of Brett T. Bailey, Deceased;  :

SPOUSE DOE AP211 as Personal  :
Representative of the Estate of DOE AP211,  :
Deceased and on behalf of all beneficiaries of  :
DOE AP211, Deceased;  :

LAURIE WEINBERG, as Personal  :
Representative of the Estate of Steven Weinberg,  :
Deceased and on behalf of all beneficiaries of  :
Steven Weinberg;  :

                                 :
                                 :

LEONARD WEINBERG in their own right as  :
the Parent of Steven Weinberg, Deceased;  :

                                 :
                                 :

MARILYN WEINBERG in their own right as  :
the Parent of Steven Weinberg, Deceased;  :

                                 :
                                 :

PAUL WEINBERG in their own right as the  :
Sibling of Steven Weinberg, Deceased;  :

                                 :
                                 :

GERALYN MARASCO in their own right as the  :
Sibling of James G. Geyer, Deceased;  :

                                 :
                                 :

JOHN E. GEYER in their own right as the  :
Sibling of James G. Geyer, Deceased;  :

                                 :
                                 :

PHILIP G. GEYER in their own right as the  :
Parent of James G. Geyer, Deceased;  :

191

:
:
PHILIP JOSEPH GEYER in their own right as        :
the Sibling of James G. Geyer, Deceased;         :

GEOFFREY A. KOHART, as Personal                  :
Representative of the Estate of Ryan A. Kohart,  :
Deceased and on behalf of all beneficiaries of   :
Ryan A. Kohart;                                  :

                                                 :
                                                 :
ADAM P. KOHART in their own right as the         :
Sibling of Ryan A. Kohart, Deceased;             :

                                                 :
                                                 :
BRETT D. KOHART in their own right as the        :
Sibling of Ryan A. Kohart, Deceased;             :

                                                 :
                                                 :
GEOFFREY A. KOHART, JR. in their own right       :
as the Sibling of Ryan A. Kohart, Deceased;      :

                                                 :
                                                 :
JOY A. KOHART in their own right as the          :
Parent of Ryan A. Kohart, Deceased;              :

KEVIN F. KITTLE, as Personal Representative      :
of the Estate of Helen P. Crossin-Kittle,        :
Deceased and on behalf of all beneficiaries of   :
Helen P. Crossin-Kittle;                         :

MARIE CORRIGAN, as Personal Representative       :
of the Estate of James J. Corrigan, Deceased and :
on behalf of all beneficiaries of James J.       :
Corrigan;                                        :

                                                 :
                                                 :
J. BRENDAN CORRIGAN in their own right as        :
the Child of James J. Corrigan, Deceased;        :

                                                 :
                                                 :
SEAN M. CORRIGAN in their own right as the       :
Child of James J. Corrigan, Deceased;            :

JOSE E. PADRO-LEBRON, as Personal                     :
Representative of the Estate of Diana B. Padro,        :
Deceased and on behalf of all beneficiaries of        :
Diana B. Padro;                                       :

                                                       :
                                                       :
JOSE JAVIER PADRO in their own right as the           :
Child of Diana B. Padro, Deceased;                    :

                                                       :
                                                       :
JUAN CARLOS PADRO in their own right as                :
the Child of Diana B. Padro, Deceased;                 :

                                                       :
                                                       :
JUANA B. BORRERO in their own right as the            :
Parent of Diana B. Padro, Deceased;                    :

                                                       :
                                                       :
LILLIAN BORRERO in their own right as the             :
Sibling of Diana B. Padro, Deceased;                   :

                                                       :
                                                       :
MIRIAM BORRERO in their own right as the              :
Sibling of Diana B. Padro, Deceased;                   :

SPOUSE DOE AP210 as Personal                          :
Representative of the Estate of DOE AP210,             :
Deceased and on behalf of all beneficiaries of        :
DOE AP210, Deceased;                                   :

                                                       :
                                                       :
JIMMY PAUL ELDER in their own right as the            :
Parent of Daphne Elder, Deceased;                      :

                                                       :
                                                       :
JOSEPHINE ELDER in their own right as the             :
Parent of Daphne Elder, Deceased;                      :

THERESA LYNN HEPBURN, as Personal                     :
Representative of the Estate of Robert Allan           :
Hepburn, Deceased and on behalf of all                 :
beneficiaries of Robert Allan Hepburn;                 :

KATHERINE RICHARDSON, as Personal  :
Representative of the Estate of Robert W.  :
McPadden, Deceased and on behalf of all  :
beneficiaries of Robert W. McPadden;  :

DAVID S. CHIRLS, as Personal Representative  :
of the Estate of Catherine Ellen Chirls, Deceased  :
and on behalf of all beneficiaries of Catherine  :
Ellen Chirls;  :

                                                                :

RISE GOLDFLAM, as Personal Representative  :
of the Estate of Jeffrey Goldflam, Deceased and  :
on behalf of all beneficiaries of Jeffrey Goldflam;  :

                                                                :
                                                                :
JOSHUA GOLDFLAM in their own right as the  :
Child of Jeffrey Goldflam, Deceased;  :

                                                                :
DANIEL JAY LEFKOWITZ in their own right  :
as the Sibling of Stephen Paul Lefkowitz,  :
Deceased;  :

                                                                :
                                                                :
LILLIAN LEFKOWITZ in their own right as the  :
Parent of Stephen Paul Lefkowitz, Deceased;  :

                                                                :
                                                                :
RUBIN LEFKOWITZ in their own right as the  :
Parent of Stephen Paul Lefkowitz, Deceased;  :

EDWARD L. DONNELLY, JR., as Personal  :
Representative of the Estate of Kevin W.  :
Donnelly, Deceased and on behalf of all  :
beneficiaries of Kevin W. Donnelly;  :

                                                                :
                                                                :
BRIAN J. DONNELLY in their own right as the  :
Sibling of Kevin W. Donnelly, Deceased;  :

                                                                :
                                                                :
CECILIA E. DONNELLY in their own right as  :
the Parent of Kevin W. Donnelly, Deceased;  :

194

EDWARD L. DONNELLY in their own right as
the Parent of Kevin W. Donnelly, Deceased;

MARY CAY MARTIN in their own right as the
Sibling of Kevin W. Donnelly, Deceased;

MARY COUGHLIN in their own right as the
Spouse of Kevin W. Donnelly, Deceased;

CRISTINA RODRIGUES, as Personal
Representative of the Estate of Antonio J.
Rodrigues, Deceased and on behalf of all
beneficiaries of Antonio J. Rodrigues;

ALLISON VADHAN, as Personal
Representative of the Estate of Kristin White-
Gould, Deceased and on behalf of all
beneficiaries of Kristin White-Gould;

HENRY F. KIEFER, as Personal Representative
of the Estate of Michael Vernon Kiefer,
Deceased and on behalf of all beneficiaries of
Michael Vernon Kiefer;

PATRICIA KIEFER in their own right as the
Parent of Michael Vernon Kiefer, Deceased;

MELANIE GIL in their own right and on behalf
of their minor children of David Bartolo
Rodriguez, Deceased;

EVELYN MERCENE TAMAYO, as Personal
Representative of the Estate of Hector R.
Tamayo, Deceased and on behalf of all
beneficiaries of Hector R. Tamayo;

ELNA R. TAMAYO-PRADO in their own right
as the Sibling of Hector R. Tamayo, Deceased;

EVANGELINE R. TAMAYO-IGUINA in their
own right as the Sibling of Hector R. Tamayo,
Deceased;

JULIAN IAN TAMAYO in their own right as the
Child of Hector R. Tamayo, Deceased;

LUTHER ROGAN TAMAYO in their own right
as the Sibling of Hector R. Tamayo, Deceased;

SEVERINO ROGAN TAMAYO, JR. in their
own right as the Sibling of Hector R. Tamayo,
Deceased;

SEVERINO Y. TAMAYO, SR. in their own
right as the Parent of Hector R. Tamayo,
Deceased;

SHEILA R. TAMAYO-PUNZALAN in their
own right as the Sibling of Hector R. Tamayo,
Deceased;

YUREE CHO, as Personal Representative of the
Estate of Kyung Hee Cho, Deceased and on
behalf of all beneficiaries of Kyung Hee Cho;

JIN HEE CHO in their own right as the Sibling
of Kyung Hee Cho, Deceased;

MYUNG CHO in their own right as the Sibling
of Kyung Hee Cho, Deceased;

JAMES R. STEWART in their own right as the
Sibling of Daniel E. Stewart, Deceased;

|   | : |
|---|---|
|   | : |
| NANCY A. COSBAN in their own right as the Parent of Daniel E. Stewart, Deceased; | : |
|   | : |
|   | : |
|   | : |
| RICHARD W. STEWART in their own right as the Parent of Daniel E. Stewart, Deceased; | : |
|   | : |
|   | : |
|   | : |
| RUSSEL F. STEWART in their own right as the Sibling of Daniel E. Stewart, Deceased; | : |
| SIBLING DOE AP213 as Personal Representative of the Estate of DOE AP213, Deceased and on behalf of all beneficiaries of DOE AP213, Deceased; | : |
|   | : |
|   | : |
|   | : |
|   | : |
| SIBLING DOE AP214 in their own right as the Sibling of DOE AP214, Deceased; | : |
|   | : |
|   | : |
|   | : |
| SIBLING DOE AP217 in their own right as the Sibling of DOE AP217, Deceased; | : |
|   | : |
|   | : |
|   | : |
| SIBLING DOE AP215 in their own right as the Sibling of DOE AP215, Deceased; | : |
|   | : |
|   | : |
|   | : |
| SIBLING DOE AP216 in their own right as the Sibling of DOE AP216, Deceased; | : |
|   | : |
|   | : |
| JAY S. WINUK, as Personal Representative of the Estate of Glenn J. Winuk, Deceased and on behalf of all beneficiaries of Glenn J. Winuk; | : |
|   | : |
|   | : |
| SEYMOUR WINUK, as Personal Representative of the Estate of Glenn J. Winuk, Deceased and on behalf of all beneficiaries of Glenn J. Winuk; | : |

ELAINE WINUK in their own right as the Parent
of Glenn J. Winuk, Deceased;

JEFF M. WINUK in their own right as the
Sibling of Glenn J. Winuk, Deceased;

ISABELLE MASTROCINQUE in their own
right as the Parent of Rudy Mastrocinque, Jr.,
Deceased;

RUDY MASTROCINQUE, SR. in their own
right as the Parent of Rudy Mastrocinque, Jr.,
Deceased;

SHARON SWAILES in their own right as the
Sibling of Rudy Mastrocinque, Jr., Deceased;

CHARLES M. MILLS, III in their own right as
the Child of Charles M. Mills, II, Deceased;

A. PATRICK LINTON, as Personal
Representative of the Estate of Alan Patrick
Linton, Jr., Deceased and on behalf of all
beneficiaries of Alan Patrick Linton, Jr.;

LAURA RENEE ANSPACH in their own right
as the Sibling of Alan Patrick Linton, Jr.,
Deceased;

SCOTT P. LINTON in their own right as the
Sibling of Alan Patrick Linton, Jr., Deceased;

SHARON L. LINTON in their own right as the
Parent of Alan Patrick Linton, Jr., Deceased;

MARILYN ROCHA, as Personal Representative of the Estate of Antonio Rocha, Deceased and on behalf of all beneficiaries of Antonio Rocha;

:
:
:
:

NANCY NIEDERMEYER, as Personal Representative of the Estate of Alfonse J. Niedermeyer, Deceased and on behalf of all beneficiaries of Alfonse J. Niedermeyer;

:
:
:
:
:

ALFONSE NIEDERMEYER in their own right as the Parent of Alfonse J. Niedermeyer, Deceased;

:
:
:
:

CAROL NIEDERMEYER in their own right as the Parent of Alfonse J. Niedermeyer, Deceased;

:
:
:
:

JOSEPH N. NAVAS in their own right as the Parent of Joseph Michael Navas, Deceased;

:
:
:
:

LISA LOPICCOLO in their own right as the Sibling of Joseph Michael Navas, Deceased;

:
:
:
:

ROSEMARIE NAVAS in their own right as the Parent of Joseph Michael Navas, Deceased;

:
:
:
:

DENNIS J. LEVI, as Personal Representative of the Estate of John D. Levi, Deceased and on behalf of all beneficiaries of John D. Levi;

:
:
:
:

JENNIFER A. LEVI-LONGYEAR, as Personal Representative of the Estate of John D. Levi, Deceased and on behalf of all beneficiaries of John D. Levi;

:
:
:
:

SONYA M. HOUSTON, as Personal Representative of the Estate of Uhuru Gonja Houston, Deceased and on behalf of all beneficiaries of Uhuru Gonja Houston;

:
:
:
:

MARY FROEHNER, as Personal Representative                    :
of the Estate of Gregg J. Froehner, Deceased and            :
on behalf of all beneficiaries of Gregg J.                  :
Froehner;                                                   :

EILEEN MARY CIRRI, as Personal                              :
Representative of the Estate of Robert D. Cirri,            :
Sr., Deceased and on behalf of all beneficiaries of         :
Robert D. Cirri, Sr.;                                       :

                                                            :
JUDY C. CIRRI in their own right and on behalf              :
of their minor children of Robert D. Cirri, Sr.,            :
Deceased:                                                   :

JOAN A. CHIOFALO, as Personal                               :
Representative of the Estate of Nicholas Paul               :
Chiofalo, Deceased and on behalf of all                     :
beneficiaries of Nicholas Paul Chiofalo;                    :

                                                            :
                                                            :
DOUGLAS C. EDWARDS in their own right as                    :
the Child of Barbara Gollan Edwards, Deceased;              :

                                                            :
FRANK MICHAEL EDWARDS in their own                          :
right as the Child of Barbara Gollan Edwards,               :
Deceased;                                                   :

                                                            :
                                                            :
SCOTT C. EDWARDS in their own right as the                  :
Child of Barbara Gollan Edwards, Deceased;                  :

DEIRDRE DICKINSON SULLIVAN, as                              :
Personal Representative of the Estate of Thomas             :
G. Sullivan, Deceased and on behalf of all                  :
beneficiaries of Thomas G. Sullivan;                        :

                                                            :
                                                            :
ARLENE SULLIVAN in their own right as the                   :
Parent of Thomas G. Sullivan, Deceased;                     :

                                                            :
                                                            :
NORENE SCHNEIDER in their own right as the                  :
Sibling of Thomas G. Sullivan, Deceased;                    :

PETER J. LYNCH, as Personal Representative of        :
the Estate of James Francis Lynch, Deceased and      :
on behalf of all beneficiaries of James Francis      :
Lynch;                                               :

                                                     :
                                                     :
CAROL A. PENNA in their own right as the             :
Sibling of James Francis Lynch, Deceased;            :

                                                     :
                                                     :
DAVID W. LYNCH in their own right as the             :
Sibling of James Francis Lynch, Deceased;            :

                                                     :
                                                     :
MARGARET DUGDALE in their own right as               :
the Sibling of James Francis Lynch, Deceased;        :

                                                     :
WILLIAM F. BURNS-LYNCH in their own                  :
right as the Sibling of James Francis Lynch,         :
Deceased;                                            :

ELIZABETH J. ADAMS, as Personal                      :
Representative of the Estate of Marylou Hague,        :
Deceased and on behalf of all beneficiaries of       :
Marylou Hague;                                       :

                                                     :
                                                     :
EUGENE HAGUE in their own right as the               :
Parent of Marylou Hague, Deceased;                   :

                                                     :
JANET W. YAMNICKY in their own right as              :
the Spouse of John David Yamnicky, Sr.,              :
Deceased;                                            :

                                                     :
LORRAINE YAMNICKY DIXON in their own                 :
right as the Child of John David Yamnicky, Sr.,      :
Deceased;                                            :

ROSANNE NELSON, as Personal                          :
Representative of the Estate of James Nelson,        :
Deceased and on behalf of all beneficiaries of       :
James Nelson;                                        :

JEANNINE MCINTYRE, as Personal     :
Representative of the Estate of Donald J.   :
McIntyre, Deceased and on behalf of all    :
beneficiaries of Donald J. McIntyre;    :

    :
    :

EDWARD T. GORMAN in their own right as  :
the Parent of Thomas E. Gorman, Deceased; :

    :
    :

JOHN GORMAN in their own right as the   :
Sibling of Thomas E. Gorman, Deceased;  :

    :
    :

THERESA R. GORMAN in their own right as  :
the Parent of Thomas E. Gorman, Deceased; :

    :
    :

THERESA CREEDON in their own right as  :
the Sibling of Thomas E. Gorman, Deceased; :

    :
    :

JULIE ANN JALBERT in their own right as the :
Child of Robert A. Jalbert, Deceased;    :

    :
    :

MICHAEL A. JALBERT in their own right as  :
the Child of Robert A. Jalbert, Deceased;  :

    :
    :

SUZANNE E. MCCORMICK in their own right :
as the Child of Robert A. Jalbert, Deceased; :

CATHERINE L. JALBERT, as Personal    :
Representative of the Estate of Robert A. Jalbert, :
Deceased and on behalf of all beneficiaries of  :
Robert A. Jalbert;    :

    :
    :

PAUL H. JALBERT in their own right as the  :
Sibling of Robert A. Jalbert, Deceased;   :

:
:
MARTHA BAKSH in their own right as the        :
Parent of Michael S. Baksh, Deceased;          :

:
:
MARVINA BAKSH in their own right as the       :
Sibling of Michael S. Baksh, Deceased;         :

:
:
MAUREEN BAKSH GRIFFIN in their own right   :
as the Sibling of Michael S. Baksh, Deceased;  :

:
:
MICHELLE BAKSH in their own right as the      :
Sibling of Michael S. Baksh, Deceased;         :

KAREN A. SACHS, as Personal Representative    :
of the Estate of Jessica Leigh Sachs, Deceased :
and on behalf of all beneficiaries of Jessica Leigh :
Sachs;                                          :

STEPHEN R. SACHS, as Personal                 :
Representative of the Estate of Jessica Leigh   :
Sachs, Deceased and on behalf of all            :
beneficiaries of Jessica Leigh Sachs;           :

:
:
ERIC M. SACHS in their own right as the        :
Sibling of Jessica Leigh Sachs, Deceased;       :

:
:
KATHERINE SCOVILLE in their own right as   :
the Sibling of Jessica Leigh Sachs, Deceased;   :

V. BLAKE ALLISON, as Personal                 :
Representative of the Estate of Anna Allison,   :
Deceased and on behalf of all beneficiaries of  :
Anna Allison;                                   :

KAREN L. WORTLEY, as Personal                 :
Representative of the Estate of Martin Wortley, :
Deceased and on behalf of all beneficiaries of  :
Martin Wortley;                                 :

MICHAEL J. BRADY, as Personal                    :
Representative of the Estate of Michael Grady     :
Jacobs, Deceased and on behalf of all            :
beneficiaries of Michael Grady Jacobs;           :

PETER BRADY, as Personal Representative of        :
the Estate of Michael Grady Jacobs, Deceased      :
and on behalf of all beneficiaries of Michael     :
Grady Jacobs;                                    :

                                                 :
                                                 :
JENNIFER BRADY in their own right as the          :
Child of Michael Grady Jacobs, Deceased;          :

                                                 :
                                                 :
MARY BRADY in their own right as the Child        :
of Michael Grady Jacobs, Deceased;                :

                                                 :
JEAN ETZOLD, as Personal Representative of        :
the Estate of Barbara Etzold, Deceased and on     :
behalf of all beneficiaries of Barbara Etzold;    :

                                                 :
JOHN TIERNEY, as Personal Representative of       :
the Estate of John P. Tierney, Deceased and on    :
behalf of all beneficiaries of John P. Tierney;   :

                                                 :
                                                 :
HELEN TIERNEY in their own right as the           :
Parent of John P. Tierney, Deceased;              :

                                                 :
                                                 :
JEANNE NEUMEYER in their own right as the         :
Sibling of John P. Tierney, Deceased;             :

                                                 :
                                                 :
MARY E. DIGIACOMO in their own right as           :
the Sibling of John P. Tierney, Deceased;         :

                                                 :
                                                 :
THOMAS TIERNEY in their own right as the          :
Sibling of John P. Tierney, Deceased;             :

EDWARD J. CANTY, as Personal                          :
Representative of the Estate of Michael R. Canty,     :
Deceased and on behalf of all beneficiaries of        :
Michael R. Canty;                                     :

                                                      :
                                                      :
CATHERINE DEASY in their own right as the             :
Sibling of Michael R. Canty, Deceased;                :

                                                      :
                                                      :
JAMES E. CANTY in their own right as the              :
Sibling of Michael R. Canty, Deceased;                :

                                                      :
                                                      :
JOHN W. CANTY in their own right as the               :
Sibling of Michael R. Canty, Deceased;                :

                                                      :
                                                      :
KATHRYN F. CANTY in their own right as the            :
Parent of Michael R. Canty, Deceased;                 :

                                                      :
                                                      :
MARY K. CANTY in their own right as the               :
Sibling of Michael R. Canty, Deceased;                :

                                                      :
                                                      :
PETER M. CANTY in their own right as the              :
Sibling of Michael R. Canty, Deceased;                :

                                                      :
                                                      :
THOMAS P. CANTY in their own right as the             :
Sibling of Michael R. Canty, Deceased;                :

                                                      :
                                                      :
TIMOTHY M. CANTY in their own right as the            :
Sibling of Michael R. Canty, Deceased;                :

                                                      :
                                                      :
WILLIAM J. CANTY in their own right as the            :
Sibling of Michael R. Canty, Deceased;                :

JACQUELINE PIETRONICO, as Personal      :
Representative of the Estate of Bernard  :
Pietronico, Deceased and on behalf of all :
beneficiaries of Bernard Pietronico;     :

                                     :
                                     :
MICHAEL PIETRONICO in their own right as :
the Sibling of Bernard Pietronico, Deceased; :

                                     :
                                     :
PATRICIA M. PIETRONICO in their own right :
as the Parent of Bernard Pietronico, Deceased; :

                                     :
                                     :
PATRICIA KEELAN in their own right as the :
Sibling of Bernard Pietronico, Deceased; :

MARIANNE JOAN BARRY, as Personal         :
Representative of the Estate of Maurice V. Barry, :
Deceased and on behalf of all beneficiaries of :
Maurice V. Barry;                        :

JENNIFER WHOLEY, as Personal             :
Representative of the Estate of Michael T. :
Wholey, Deceased and on behalf of all    :
beneficiaries of Michael T. Wholey;      :

                                     :
                                     :
BERNADETTE WHOLEY in their own right as  :
the Sibling of Michael T. Wholey, Deceased; :

                                     :
                                     :
DIANE WHOLEY BUGGE in their own right as :
the Sibling of Michael T. Wholey, Deceased; :

                                     :
                                     :
MARGARET WHOLEY in their own right as    :
the Parent of Michael T. Wholey, Deceased; :

                                     :
                                     :
MARYANN MAVROGIAN in their own right as  :
the Sibling of Michael T. Wholey, Deceased; :

|  | : |
|--|---|
|  | : |
| MICHAEL J. WHOLEY in their own right as the Parent of Michael T. Wholey, Deceased; | : |
| PAMELA M. CROWE, as Personal Representative of the Estate of John R. Crowe, Deceased and on behalf of all beneficiaries of John R. Crowe; | : |
|  | : |
|  | : |
| BRIAN CROWE in their own right as the Child of John R. Crowe, Deceased; | : |
|  | : |
|  | : |
| JEFFREY CROWE in their own right as the Child of John R. Crowe, Deceased; | : |
|  | : |
|  | : |
| MARGARET R. ZOCH in their own right as the Sibling of John R. Crowe, Deceased; | : |
|  | : |
|  | : |
| MARYANN CROWE in their own right as the Sibling of John R. Crowe, Deceased; | : |
|  | : |
| BERNELL SUTTON, as Personal Representative of the Estate of Claudia Sutton, Deceased and on behalf of all beneficiaries of Claudia Sutton; | : |
| DONALD KEOHANE, as Personal Representative of the Estate of John Richard Keohane, Deceased and on behalf of all beneficiaries of John Richard Keohane; | : |
|  | : |
|  | : |
| DARLENE KEOHANE in their own right as the Sibling of John Richard Keohane, Deceased; | : |
|  | : |
|  | : |
| MARY KEOHANE in their own right as the Parent of John Richard Keohane, Deceased; | : |

207

ALICE A. HENRY, as Personal Representative   :
of the Estate of Joseph P. Henry, Deceased and   :
on behalf of all beneficiaries of Joseph P. Henry;   :

EDWARD HENRY, as Personal Representative   :
of the Estate of Joseph P. Henry, Deceased and   :
on behalf of all beneficiaries of Joseph P. Henry;   :

DANIEL HENRY in their own right as the   :
Sibling of Joseph P. Henry, Deceased;   :

EDWARD HENRY, JR. in their own right as the   :
Sibling of Joseph P. Henry, Deceased;   :

KATHLEEN S. HENRY in their own right as the   :
Sibling of Joseph P. Henry, Deceased;   :

MARY HENRY in their own right as the Sibling   :
of Joseph P. Henry, Deceased;   :

MICHAEL HENRY in their own right as the   :
Sibling of Joseph P. Henry, Deceased;   :

ARTHUR S. WILDMAN, JR., as Personal   :
Representative of the Estate of Alison M.   :
Wildman, Deceased and on behalf of all   :
beneficiaries of Alison M. Wildman;   :

JILL SALADINO in their own right as the   :
Sibling of Alison M. Wildman, Deceased;   :

JUNE M. WILDMAN in their own right as the   :
Parent of Alison M. Wildman, Deceased;   :

RICHARD M. BORQUIST in their own right as                     :
the Sibling of Alison M. Wildman, Deceased;                   :

ROBERT E. WILDMAN in their own right as                       :
the Sibling of Alison M. Wildman, Deceased;                   :

MARIA C. MCHUGH, as Personal                                  :
Representative of the Estate of Michael E.                    :
McHugh, Jr., Deceased and on behalf of all                    :
beneficiaries of Michael E. McHugh, Jr.;                      :

ANN M. ABRAHAMSON, as Personal                                :
Representative of the Estate of William F.                    :
Abrahamson, Deceased and on behalf of all                     :
beneficiaries of William F. Abrahamson;                       :

DENISE I. OAKLEY, as Personal Representative                  :
of the Estate of James A. Oakley, Deceased and                :
on behalf of all beneficiaries of James A. Oakley;            :

KATHERINE BAILEY, as Personal                                 :
Representative of the Estate of Garnet Bailey,                :
Deceased and on behalf of all beneficiaries of                :
Garnet Bailey;                                                :

TODD G. BAILEY in their own right as the                      :
Child of Garnet Bailey, Deceased;                             :

ALISON KINNEY, as Personal Representative                     :
of the Estate of Brian Kevin Kinney, Deceased                 :
and on behalf of all beneficiaries of Brian Kevin             :
Kinney;                                                       :

DARLENE T. KINNEY in their own right as the                   :
Parent of Brian Kevin Kinney, Deceased;                       :

NORMAN P. KINNEY in their own right as the                    :
Parent of Brian Kevin Kinney, Deceased;                       :

JOSEPH L. LAVACHE, as Personal                   :
Representative of the Estate of Maria LaVache,    :
Deceased and on behalf of all beneficiaries of    :
Maria LaVache;                                    :

                                                  :
                                                  :
BERNICE M. LAVACHE in their own right as          :
the Child of Maria LaVache, Deceased;             :

                                                  :
                                                  :
MARY JANE LAVACHE in their own right as           :
the Child of Maria LaVache, Deceased;             :

PARENT DOE AP218 as Personal                      :
Representative of the Estate of DOE AP218,         :
Deceased and on behalf of all beneficiaries of    :
DOE AP218, Deceased;                              :

                                                  :
                                                  :
PARENT DOE AP219 in their own right as the        :
Parent of DOE AP219, Deceased;                    :

THELMA STUART, as Personal Representative         :
of the Estate of Walwyn W. Stuart, Jr., Deceased  :
and on behalf of all beneficiaries of Walwyn W.   :
Stuart, Jr.;                                      :

                                                  :
THOMAS GUZA, as Personal Representative of        :
the Estate of Philip T. Guza, Deceased and on     :
behalf of all beneficiaries of Philip T. Guza;    :

                                                  :
                                                  :
CHERYL D. COOPER in their own right as the        :
Spouse of Donald A. Foreman, Deceased;            :

DOMINICK V. LAFALCE, as Personal                  :
Representative of the Estate of Joseph A.          :
LaFalce, Deceased and on behalf of all            :
beneficiaries of Joseph A. LaFalce;               :

                                                  :
                                                  :
ANTHONY GARDNER in their own right as the         :
Sibling of Harvey Joseph Gardner, III, Deceased;  :

KRISTEN M. KEENE, as Personal                  :
Representative of the Estate of Leo Russell     :
Keene, III, Deceased and on behalf of all       :
beneficiaries of Leo Russell Keene, III;        :

                                                :
JENNIFER KEENE CLYDE in their own right         :
as the Sibling of Leo Russell Keene, III,       :
Deceased;                                       :

                                                :
                                                :
KRISTA SUE KEENE in their own right as the      :
Sibling of Leo Russell Keene, III, Deceased;    :

                                                :
                                                :
LEO R. KEENE, II in their own right as the      :
Parent of Leo Russell Keene, III, Deceased;     :

                                                :
                                                :
SUSAN N. GRIMM in their own right as the        :
Parent of Leo Russell Keene, III, Deceased;     :

JOHN J. PIETRUNTI, as Personal                  :
Representative of the Estate of Nicholas P.      :
Pietrunti, Deceased and on behalf of all        :
beneficiaries of Nicholas P. Pietrunti;         :

                                                :
                                                :
JANET CIARAMELLO in their own right as the      :
Sibling of Nicholas P. Pietrunti, Deceased;     :

                                                :
WEN SHI, as Personal Representative of the      :
Estate of Weibin Wang, Deceased and on behalf   :
of all beneficiaries of Weibin Wang;            :

                                                :
                                                :
ZHENJIE WANG in their own right as the Parent   :
of Weibin Wang, Deceased;                       :

EILEEN BERTORELLI-ZANGRILLO, as                 :
Personal Representative of the Estate of John M. :
Talignani, Deceased and on behalf of all         :
beneficiaries of John M. Talignani;             :

ALICE BERTORELLI in their own right as the
Sibling of John M. Talignani, Deceased;

SHIRLEY N. WILLCHER, as Personal
Representative of the Estate of Ernest M.
Willcher, Deceased and on behalf of all
beneficiaries of Ernest M. Willcher;

BENJAMIN WILLCHER in their own right as
the Child of Ernest M. Willcher, Deceased;

CHARLES J. TARROU in their own right as the
Sibling of Michael C. Tarrou, Deceased;

DEMETRA T. LUMIA in their own right as
Sibling of Michael C. Tarrou, Deceased;

GIGI T. HINTZ in their own right as the Sibling
of Michael C. Tarrou, Deceased;

JAMES TARROU in their own right as the
Parent of Michael C. Tarrou, Deceased;

PATRICIA P. TARROU in their own right as the
Parent of Michael C. Tarrou, Deceased;

ELAINE MARIE DONOVAN, as Personal
Representative of the Estate of William Howard
Donovan, Deceased and on behalf of all
beneficiaries of William Howard Donovan;

DEBRA LOUISE STRICKLAND, as Personal
Representative of the Estate of Larry L.
Strickland, Deceased and on behalf of all
beneficiaries of Larry L. Strickland;

212

CHRISTOPHER ROBERT STRICKLAND in their own right as the Child of Larry L. Strickland, Deceased;

DONNA M. MCBRIDE in their own right as the Sibling of Larry L. Strickland, Deceased;

JULIA DILL in their own right as the Child of Larry L. Strickland, Deceased;

MATTHEW LEE STRICKLAND in their own right as the Child of Larry L. Strickland, Deceased;

BARBARA PANDOLFO, as Personal Representative of the Estate of Dominique Lisa Pandolfo, Deceased and on behalf of all beneficiaries of Dominique Lisa Pandolfo;

PATRICIA LENNON, as Personal Representative of the Estate of John J. Lennon, Jr., Deceased and on behalf of all beneficiaries of John J. Lennon, Jr.;

JAMES L. LENNON in their own right as the Sibling of John J. Lennon, Jr., Deceased;

JOHN J. LENNON, SR. in their own right as the Parent of John J. Lennon, Jr., Deceased;

LUCILLE LENNON in their own right as the Parent of John J. Lennon, Jr., Deceased;

MELISSA LENNON in their own right as the Child of John J. Lennon, Jr., Deceased;

213

NANCY LENNON FRAIN in their own right as
the Sibling of John J. Lennon, Jr., Deceased;

LINDA R. GAY, as Personal Representative of
the Estate of Peter A. Gay, Sr., Deceased and on
behalf of all beneficiaries of Peter A. Gay, Sr.;

IRENE GOLINSKI, as Personal Representative
of the Estate of Ronald F. Golinski, Deceased
and on behalf of all beneficiaries of Ronald F.
Golinski;

AMANDA GOLINSKI in their own right as the
Child of Ronald F. Golinski, Deceased;

MARCELLIA POTLER in their own right as the
Child of Ronald F. Golinski, Deceased;

SARA CLARK in their own right as the Child of
Ronald F. Golinski, Deceased;

JOSEPH MILTON GIBSON, III, as Personal
Representative of the Estate of Brenda Colbert
Gibson, Deceased and on behalf of all
beneficiaries of Brenda Colbert Gibson;

ERIC PATRICK GIBSON in their own right as
the Child of Brenda Colbert Gibson, Deceased;

DOUGLAS MACKAY, as Personal
Representative of the Estate of Susan Mackay,
Deceased and on behalf of all beneficiaries of
Susan Mackay;

NIK DEDVUKAJ, as Personal Representative of
the Estate of Simon Marash Dedvukaj, Deceased
and on behalf of all beneficiaries of Simon
Marash Dedvukaj;

214

DRANA VUKAJ in their own right as the
Sibling of Simon Marash Dedvukaj, Deceased;

ELIZABETA DEDVUKAJ in their own right as
the Spouse of Simon Marash Dedvukaj,
Deceased;

JOANNA DEDVUKAJ in their own right as the
Sibling of Simon Marash Dedvukaj, Deceased;

KOLA DEDVUKAJ in their own right as the
Sibling of Simon Marash Dedvukaj, Deceased;

LINDA DEDVUKAJ in their own right as the
Sibling of Simon Marash Dedvukaj, Deceased;

LISABETA DEDVUKAJ in their own right as
the Sibling of Simon Marash Dedvukaj,
Deceased;

MARASH DEDVUKAJ in their own right as the
Parent of Simon Marash Dedvukaj, Deceased;

MICHAEL DEDVUKAJ in their own right as the
Sibling of Simon Marash Dedvukaj, Deceased;

VITORA DEDVUKAJ in their own right as the
Parent of Simon Marash Dedvukaj, Deceased;

GISELE JEAN-GILLES, as Personal
Representative of the Estate of Mark Y. Gilles,
Deceased and on behalf of all beneficiaries of
Mark Y. Gilles;

|  | : |
|--|---|
|  | : |
| MYRIAM JEAN-GILLES in their own right as the Sibling of Mark Y. Gilles, Deceased; | : |
| LINDA FERGUS, as Personal Representative of the Estate of Edward Thomas Fergus, Jr., Deceased and on behalf of all beneficiaries of Edward Thomas Fergus, Jr.; | : |
|  | : |
|  | : |
| ALLISON M. FERGUS in their own right as the Sibling of Edward Thomas Fergus, Jr., Deceased; | : |
|  | : |
| ANNE MARIE FERGUS RAYHILL in their own right as the Sibling of Edward Thomas Fergus, Jr., Deceased; | : |
|  | : |
| DOROTHY A. FERGUS in their own right as the Parent of Edward Thomas Fergus, Jr., Deceased; | : |
|  | : |
| EDWARD T. FERGUS, SR. in their own right as the Parent of Edward Thomas Fergus, Jr., Deceased; | : |
|  | : |
| MAUREEN FERGUS SHEEHAN in their own right as the Sibling of Edward Thomas Fergus, Jr., Deceased; | : |
|  | : |
|  | : |
| LORETTA T. SLAVIN in their own right as the Parent of Vincent R. Slavin, Deceased; | : |
|  | : |
|  | : |
| MARY ANN MORAN in their own right as the Sibling of Kathleen Moran, Deceased; | : |
| JENNIFER B. COLL, as Personal Representative of the Estate of Robert Joseph Coll, II, Deceased and on behalf of all beneficiaries of Robert Joseph Coll, II; | : |

EDWARD COLL, JR. in their own right as the
Parent of Robert Joseph Coll, II, Deceased;                          :
 

EDWARD A. COLL, III in their own right as the
Sibling of Robert Joseph Coll, II, Deceased;                         :
 

EILEEN COLL in their own right as the Sibling
of Robert Joseph Coll, II, Deceased;                                 :
 

ELIZABETH C. WEPPNER in their own right as
the Sibling of Robert Joseph Coll, II, Deceased;                     :
 

MARGARET COLL in their own right as the
Sibling of Robert Joseph Coll, II, Deceased;                         :
 

MARY E. COLL in their own right as the Parent
of Robert Joseph Coll, II, Deceased;                                 :
 

MARY JEAN TURANICA in their own right as
the Sibling of Robert Joseph Coll, II, Deceased;                     :
 

SUZANNE VALENTINO in their own right as
the Sibling of Robert Joseph Coll, II, Deceased;                     :

SUSAN PIVER, as Personal Representative of
the Estate of Joshua Michael Piver, Deceased and
on behalf of all beneficiaries of Joshua Michael
Piver;                                                               :
 

CHERYL ROSETTI in their own right as the
Sibling of Daniel James Rosetti, Deceased;                           :

|  | : |
|  | : |
| DARLENE ROSETTI in their own right as the | : |
| Sibling of Daniel James Rosetti, Deceased; | : |
|  |  |
|  | : |
|  | : |
| RICK ROSETTI in their own right as the Sibling | : |
| of Daniel James Rosetti, Deceased; | : |
|  |  |
|  | : |
|  | : |
| ROBERT J. ROSETTI, SR. in their own right as | : |
| the Sibling of Daniel James Rosetti, Deceased; | : |
|  |  |
|  | : |
|  | : |
| SHIRLEY ROSETTI in their own right as the | : |
| Parent of Daniel James Rosetti, Deceased; | : |
|  |  |
|  | : |
| LEYLA UYAR, as Personal Representative of | : |
| the Estate of Zuhtu Ibis, Deceased and on behalf | : |
| of all beneficiaries of Zuhtu Ibis; | : |
|  |  |
|  | : |
|  | : |
| ALI IBIS in their own right as the Parent of | : |
| Zuhtu Ibis, Deceased; | : |
|  |  |
|  | : |
|  | : |
| AYSE IBIS in their own right as the Parent of | : |
| Zuhtu Ibis, Deceased; | : |
|  |  |
|  | : |
|  | : |
| HACER IBIS in their own right as the Sibling of | : |
| Zuhtu Ibis, Deceased; | : |
|  |  |
|  | : |
|  | : |
| MEHMET IBIS in their own right as the Sibling | : |
| of Zuhtu Ibis, Deceased; | : |
|  |  |
| JOAN B. STEWART, as Personal Representative | : |
| of the Estate of Richard H. Stewart, Jr., Deceased | : |
| and on behalf of all beneficiaries of Richard H. | : |
| Stewart, Jr.; | : |

RICHARD H. STEWART, as Personal     :
Representative of the Estate of Richard H.     :
Stewart, Jr., Deceased and on behalf of all     :
beneficiaries of Richard H. Stewart, Jr.;     :

    :

SUSAN STEWART TILLIER in their own right     :
as the Sibling of Richard H. Stewart, Jr.,     :
Deceased;     :

SHARON O. CAHILL, as Personal     :
Representative of the Estate of John B. Cahill,     :
Deceased and on behalf of all beneficiaries of     :
John B. Cahill;     :

COLLEEN C. SPOR, as Personal Representative     :
of the Estate of Joseph P. Spor, Jr., Deceased and     :
on behalf of all beneficiaries of Joseph P. Spor,     :
Jr.;     :

    :

DENISE LYNCH, as Personal Representative of     :
the Estate of Michael F. Lynch, Deceased and on     :
behalf of all beneficiaries of Michael F. Lynch;     :

    :
    :

BARBARA MCMANUS in their own right as     :
the Sibling of Michael F. Lynch, Deceased;     :

    :
    :

BERNADETTE RAFFERTY in their own right     :
as the Sibling of Michael F. Lynch, Deceased;     :

    :
    :

CATHERINE T. LYNCH in their own right as     :
the Parent of Michael F. Lynch, Deceased;     :

    :
    :

DANIEL F. LYNCH in their own right as the     :
Parent of Michael F. Lynch, Deceased;     :

    :
    :

DANIEL J. LYNCH in their own right as the     :
Sibling of Michael F. Lynch, Deceased;     :

MARY L. COSTER in their own right as the
Sibling of Michael F. Lynch, Deceased;

    :
    :
    :
    :

ROSEMARY PUMILIA in their own right as the
Sibling of Michael F. Lynch, Deceased;

    :
    :
    :
    :

ANTIONETTE VILARDO in their own right as
the Parent of Joseph B. Vilardo, Deceased;

    :
    :
    :
    :

BENEDICT VILARDO in their own right as the
Parent of Joseph B. Vilardo, Deceased;

    :
    :
    :
    :

DIANE BRAITSCH in their own right as the
Sibling of Joseph B. Vilardo, Deceased;

    :
    :
    :
    :

JANET VILARDO in their own right as the
Sibling of Joseph B. Vilardo, Deceased;

    :
    :
    :
    :

MARGARET MAHON in their own right as the
Sibling of Joseph B. Vilardo, Deceased;

    :
    :
    :
    :

MARY J. JONES, as Personal Representative of
the Estate of Charles Edward Jones, Deceased
and on behalf of all beneficiaries of Charles
Edward Jones;

    :
    :
    :
    :

BARBARA WATERS, as Personal
Representative of the Estate of Charles Waters,
Deceased and on behalf of all beneficiaries of
Charles Waters;

    :
    :
    :
    :

SPOUSE DOE AP220 as Personal
Representative of the Estate of DOE AP220,
Deceased and on behalf of all beneficiaries of
DOE AP220, Deceased;

    :
    :
    :
    :

220

NAGAT H. ZAKHARY, as Personal                    :
Representative of the Estate of Adel A. Zakhary,  :
Deceased and on behalf of all beneficiaries of    :
Adel A. Zakhary;                                  :

                                                  :
                                                  :
GEORGE ADEL AGAIBY in their own right as          :
the Child of Adel A. Zakhary, Deceased;           :

                                                  :
                                                  :
MEHASEN A. ZAKHARY in their own right as          :
the Sibling of Adel A. Zakhary, Deceased;         :

                                                  :
                                                  :
NADIA A. ZAKHARY in their own right as the        :
Sibling of Adel A. Zakhary, Deceased;             :

                                                  :
                                                  :
TALAT A. ZAKHARY in their own right as the        :
Sibling of Adel A. Zakhary, Deceased;             :

CHERYL O'BRIEN, as Personal Representative        :
of the Estate of Thelma Cuccinello, Deceased      :
and on behalf of all beneficiaries of Thelma      :
Cuccinello;                                       :

                                                  :
                                                  :
LAURIE FOLCIK in their own right as the Child     :
of Thelma Cuccinello, Deceased;                   :

                                                  :
                                                  :
MARIA CUCCINELLO in their own right as the        :
Child of Thelma Cuccinello, Deceased;             :

KATHRYN G. ANDERSON, as Personal                  :
Representative of the Estate of Michael Edward     :
Gould, Deceased and on behalf of all              :
beneficiaries of Michael Edward Gould;            :

                                                  :
                                                  :
ROBERT W. GOULD in their own right as the         :
Sibling of Michael Edward Gould, Deceased;        :

BARBARA A. HOERNER, as Personal             :
Representative of the Estate of Ronald George :
Hoerner, Deceased and on behalf of all       :
beneficiaries of Ronald George Hoerner;      :

PAUL NEWELL, as Personal Representative of   :
the Estate of Renee Tetreault Newell, Deceased :
and on behalf of all beneficiaries of Renee  :
Tetreault Newell;                            :

                                             :
                                             :
LILLIAN C. TETREAULT in their own right as   :
the Parent of Renee Tetreault Newell, Deceased; :

                                             :
                                             :
RONNIE TETREAULT in their own right as the   :
Sibling of Renee Tetreault Newell, Deceased; :

                                             :
ALLAN HORWITZ, as Personal Representative    :
of the Estate of Aaron Horwitz, Deceased and on :
behalf of all beneficiaries of Aaron Horwitz; :

ELIZABETH HORWITZ, as Personal               :
Representative of the Estate of Aaron Horwitz, :
Deceased and on behalf of all beneficiaries of :
Aaron Horwitz;                               :

                                             :
                                             :
BLAKE HORWITZ in their own right as the      :
Sibling of Aaron Horwitz, Deceased;          :

                                             :
                                             :
ROBERT HORWITZ in their own right as the     :
Sibling of Aaron Horwitz, Deceased;          :

                                             :
                                             :
TARA HORWITZ in their own right as the       :
Sibling of Aaron Horwitz, Deceased;          :

                                             :
                                             :
CHRIS BURKE in their own right as the Sibling :
of Thomas Daniel Burke, Deceased;            :

RENEE E. NOLAN-RILEY, as Personal                                :
Representative of the Estate of Daniel R. Nolan,                  :
Deceased and on behalf of all beneficiaries of                   :
Daniel R. Nolan;                                                 :

LINDA K. BOONE, as Personal Representative                       :
of the Estate of Canfield D. Boone, Deceased and                 :
on behalf of all beneficiaries of Canfield D.                    :
Boone;                                                           :

                                                                 :
                                                                 :
ANDREW BOONE in their own right as the                           :
Child of Canfield D. Boone, Deceased;                            :

                                                                 :
                                                                 :
CHRISTOPHER BOONE in their own right as                          :
the Child of Canfield D. Boone, Deceased;                        :

                                                                 :
                                                                 :
DEANNA G. DEMOTTE in their own right as                          :
the Sibling of Canfield D. Boone, Deceased;                      :

                                                                 :
                                                                 :
JASON BOONE in their own right as the Child                      :
of Canfield D. Boone, Deceased;                                  :

LINDA PERRY THORPE, as Personal                                  :
Representative of the Estate of Eric R. Thorpe,                  :
Deceased and on behalf of all beneficiaries of                   :
Eric R. Thorpe;                                                  :

                                                                 :
                                                                 :
MARILYN W. THORPE in their own right as                          :
the Parent of Eric R. Thorpe, Deceased;                          :

                                                                 :
                                                                 :
RAYMOND R. THORPE in their own right as                          :
the Parent of Eric R. Thorpe, Deceased;                          :

                                                                 :
                                                                 :
SUSAN T. BURGHOUWT in their own right as                         :
the Sibling of Eric R. Thorpe, Deceased;                         :

MILLICENT MILLER in their own right as the
Sibling of Joyce Patricia Smith, Deceased;

SIBLING DOE AP284 in their own right as the
Sibling of DOE AP284, Deceased;

LUIS GASTON, as Personal Representative of
the Estate of Betsy Martinez, Deceased and on
behalf of all beneficiaries of Betsy Martinez;

RITA A. HASHEM, as Personal Representative
of the Estate of Peter Paul Hashem, Deceased and
on behalf of all beneficiaries of Peter Paul
Hashem;

CATHERINE MURPHY, as Personal
Representative of the Estate of Christopher W.
Murphy, Deceased and on behalf of all
beneficiaries of Christopher W. Murphy;

MICHAEL ESPOSITO, as Personal
Representative of the Estate of Bridget Ann
Esposito, Deceased and on behalf of all
beneficiaries of Bridget Ann Esposito;

MELISSA PULLIS, as Personal Representative
of the Estate of Edward Frank Pullis, Deceased
and on behalf of all beneficiaries of Edward
Frank Pullis;

DIANE JAVA, as Personal Representative of the
Estate of Jeff L. Simpson, Deceased and on
behalf of all beneficiaries of Jeff L. Simpson;

JOANNE MARIE KELLY, as Personal
Representative of the Estate of William Hill
Kelly, Jr., Deceased and on behalf of all
beneficiaries of William Hill Kelly, Jr.;

WILLIAM HILL KELLY, SR., as Personal
Representative of the Estate of William Hill
Kelly, Jr., Deceased and on behalf of all
beneficiaries of William Hill Kelly, Jr.;

224

KATHLEEN K. HAMILTON in their own right
as the Sibling of William Hill Kelly, Jr.,
Deceased;

MAUREEN KELLY DONEGAN in their own
right as the Sibling of William Hill Kelly, Jr.,
Deceased;

MEIGAN KELLY in their own right as the
Sibling of William Hill Kelly, Jr., Deceased;

BARBARA E. DAMOTA, as Personal
Representative of the Estate of Manuel DaMota,
Deceased and on behalf of all beneficiaries of
Manuel DaMota;

JULIE SWEENY ROTH, as Personal
Representative of the Estate of Brian D.
Sweeney, Deceased and on behalf of all
beneficiaries of Brian D. Sweeney;

MIGDALIA COLEMAN, as Personal
Representative of the Estate of Rosa J. Gonzalez,
Deceased and on behalf of all beneficiaries of
Rosa J. Gonzalez;

JOHN L. TITUS in their own right as the Parent
of Alicia Nicole Titus, Deceased;

BEVERLY J. TITUS, as Personal Representative
of the Estate of Alicia Nicole Titus, Deceased
and on behalf of all beneficiaries of Alicia Nicole
Titus;

SIBLING DOE AP228 as Personal
Representative of the Estate of DOE AP228,
Deceased and on behalf of all beneficiaries of
DOE AP228, Deceased;

SIBLING DOE AP231 in their own right as the
Sibling of DOE AP231, Deceased;

SIBLING DOE AP230 in their own right as the
Sibling of DOE AP230, Deceased;

SIBLING DOE AP229 in their own right as the
Sibling of DOE AP229, Deceased;

SIBLING DOE AP233 in their own right as the
Sibling of DOE AP233, Deceased;

SIBLING DOE AP232 in their own right as the
Sibling of DOE AP232, Deceased;

REKHA D. PACKER, as Personal
Representative of the Estate of Michael B.
Packer, Deceased and on behalf of all
beneficiaries of Michael B. Packer;

MICHAEL GERARD SWEENEY, as Personal
Representative of the Estate of Madeline Amy
Sweeney, Deceased and on behalf of all
beneficiaries of Madeline Amy Sweeney;

JULIA P. SHONTERE, as Personal
Representative of the Estate of Angela Marie
Houtz, Deceased and on behalf of all
beneficiaries of Angela Marie Houtz;

ROBERT LOGLER, as Personal Representative
of the Estate of Elizabeth C. Logler, Deceased
and on behalf of all beneficiaries of Elizabeth C.
Logler;

JOSEPH KEITH TALBOT, as Personal
Representative of the Estate of Phyllis Talbot,
Deceased and on behalf of all beneficiaries of
Phyllis Talbot;

JAMES T. DONOVAN, as Personal
Representative of the Estate of Jacqueline
Donovan, Deceased and on behalf of all
beneficiaries of Jacqueline Donovan;

MARION DONOVAN PUIIA, as Personal            :
Representative of the Estate of Jacqueline   :
Donovan, Deceased and on behalf of all       :
beneficiaries of Jacqueline Donovan;         :

                                             :
                                             :

JAMES DONOVAN, JR. in their own right as     :
the Sibling of Jacqueline Donovan, Deceased; :

                                             :
                                             :

JEANINE WIESE in their own right as the      :
Sibling of Jacqueline Donovan, Deceased;     :

                                             :
                                             :

MICHAEL DONOVAN in their own right as the    :
Sibling of Jacqueline Donovan, Deceased;     :

                                             :
                                             :

PATRICE KELLEHER in their own right as the   :
Sibling of Jacqueline Donovan, Deceased;     :

GERALDINE LUPARELLO, as Personal             :
Representative of the Estate of Anthony      :
Luparello, Deceased and on behalf of all     :
beneficiaries of Anthony Luparello;          :

                                             :

ANTHONY LUPARELLO, JR. in their own          :
right as the Child of Anthony Luparello,     :
Deceased;                                    :

                                             :
                                             :

GERALDINE CANILLAS in their own right as     :
the Child of Anthony Luparello, Deceased;    :

                                             :
                                             :

MARIA LIPARI in their own right as the Child :
of Anthony Luparello, Deceased;              :

MARIA LUISA BEY, as Personal                 :
Representative of the Estate of Ruben Esquilin, :
Jr., Deceased and on behalf of all beneficiaries of :
Ruben Esquilin, Jr.;                         :

|  | : |
|  | : |
| PRISCILLA ESQUILIN in their own right as the Sibling of Ruben Esquilin, Jr., Deceased; | : |
| KAREN SMART, as Personal Representative of the Estate of James Thomas Waters, Jr., Deceased and on behalf of all beneficiaries of James Thomas Waters, Jr.; | : : : : |
|  | : : |
| JOANNE WATERS in their own right as the Parent of James Thomas Waters, Jr., Deceased; | : : |
| KRISTOPHER T. WATERS in their own right as the Sibling of James Thomas Waters, Jr., Deceased; | : : : |
| VIRGINIA BLADEN, as Personal Representative of the Estate of Jonathan Randall, Deceased and on behalf of all beneficiaries of Jonathan Randall; | : : : : |
| THEODORA BEEKMAN, as Personal Representative of the Estate of Michael E. Beekman, Sr., Deceased and on behalf of all beneficiaries of Michael E. Beekman, Sr.; | : : : : |
| FRANK V. RACANIELLO, as Personal Representative of the Estate of Christopher A. Racaniello, Deceased and on behalf of all beneficiaries of Christopher A. Racaniello; | : : : : |
| SANDRA L. RACANIELLO in their own right as the Parent of Christopher A. Racaniello, Deceased; | : : : |
| NIKKI L. STERN, as Personal Representative of the Estate of James E. Portorti, Deceased and on behalf of all beneficiaries of James E. Portorti; | : : : |
| SHAWN BITTNER, as Personal Representative of the Estate of Angela Susan Perez, Deceased and on behalf of all beneficiaries of Angela Susan Perez; | : : : : |

CATHERINE C. WHITE, as Personal    :
Representative of the Estate of Kenneth W.    :
White, Deceased and on behalf of all    :
beneficiaries of Kenneth W. White;    :

    :
    :

ELAINE CLANCY in their own right as the    :
Sibling of Kenneth W. White, Deceased;    :

    :
    :

ELIZABETH ALVERSON in their own right as    :
the Sibling of Kenneth W. White, Deceased;    :

    :
    :

LAURA J. KENNY in their own right as the    :
Sibling of Kenneth W. White, Deceased;    :

    :
    :

THOMAS WHITE in their own right as the    :
Sibling of Kenneth W. White, Deceased;    :

    :
    :

VIRGINIA O'KEEFE in their own right as the    :
Spouse of William S. O'Keefe, Deceased;    :

    :
    :

PAULA A. RIGO in their own right as the    :
Sibling of John Matthews Rigo, Deceased;    :

    :
    :

THEODORE P. RIGO in their own right as the    :
Sibling of John Matthews Rigo, Deceased;    :

SARAH TAYLOR, as Personal Representative    :
of the Estate of Donnie B. Taylor, Sr., Deceased    :
and on behalf of all beneficiaries of Donnie B.    :
Taylor, Sr.;    :

HENRY LAMBERT, as Personal Representative    :
of the Estate of Lillian Frederick-Lambert,    :
Deceased and on behalf of all beneficiaries of    :
Lillian Frederick-Lambert;    :

229

VICTOR J. COLAIO, as Personal Representative :
of the Estate of Stephen J. Colaio, Deceased and :
on behalf of all beneficiaries of Stephen J. :
Colaio; :

 :
 :

JEAN COLAIO STEINBACH in their own right :
as the Sibling of Stephen J. Colaio, Deceased; :

 :
 :

MARY C. COLAIO in their own right as the :
Parent of Stephen J. Colaio, Deceased; :

 :

JUNE COLAIO, as Personal Representative of :
the Estate of Mark J. Colaio, Deceased and on :
behalf of all beneficiaries of Mark J. Colaio; :

 :
 :

JEAN COLAIO STEINBACH in their own right :
as the Sibling of Mark J. Colaio, Deceased; :

 :
 :

MARY C. COLAIO in their own right as the :
Parent of Mark J. Colaio, Deceased; :

 :
 :

VICTOR J. COLAIO in their own right as the :
Parent of Mark J. Colaio, Deceased; :

JERRY F. GUADAGNO, as Personal :
Representative of the Estate of Richard J. :
Guadagno, Deceased and on behalf of all :
beneficiaries of Richard J. Guadagno; :

 :
 :

BEATRICE J. GUADAGNO in their own right :
as the Parent of Richard J. Guadagno, Deceased; :

 :
 :

LORI M. GUADAGNO in their own right as the :
Sibling of Richard J. Guadagno, Deceased; :

SEAN ROBERT PASSANANTI, as Personal      :
Representative of the Estate of Horace Robert      :
Passananti, Deceased and on behalf of all      :
beneficiaries of Horace Robert Passananti;      :

       :
       :
MARIE PASSANANTI in their own right as the      :
Parent of Horace Robert Passananti, Deceased;      :

       :
MICHAEL ROBERT PASSANANTI in their      :
own right as the Child of Horace Robert      :
Passananti, Deceased;      :

       :
SANDRA PASSANANTI in their own right as      :
the Sibling of Horace Robert Passananti,      :
Deceased;      :

KEOLAHMATIE NATH, as Personal      :
Representative of the Estate of Narender Nath,      :
Deceased and on behalf of all beneficiaries of      :
Narender Nath;      :

PARENT DOE AP225 as Personal      :
Representative of the Estate of DOE AP225,      :
Deceased and on behalf of all beneficiaries of      :
DOE AP225, Deceased;      :

       :
       :
SIBLING DOE AP227 in their own right as the      :
Sibling of DOE AP227, Deceased;      :

       :
       :
PARENT DOE AP226 in their own right as the      :
Parent of DOE AP226, Deceased;      :

BARRY JABLONSKI, as Personal      :
Representative of the Estate of Virginia      :
Jablonski, Deceased and on behalf of all      :
beneficiaries of Virginia Jablonski;      :

       :
       :
ANTHONY DETULLIO in their own right as the      :
Sibling of Virginia Jablonski, Deceased;      :

CHARLES HAZELCORN, as Personal    :
Representative of the Estate of Scott Hazelcorn,  :
Deceased and on behalf of all beneficiaries of  :
Scott Hazelcorn;    :

    :
    :

ERIC HAZELCORN in their own right as the  :
Sibling of Scott Hazelcorn, Deceased;  :

    :
    :

JANICE HAZELCORN in their own right as the  :
Parent of Scott Hazelcorn, Deceased;  :

CARMEN GARCIA, as Personal Representative  :
of the Estate of Felix Antonio Vale, Deceased  :
and on behalf of all beneficiaries of Felix  :
Antonio Vale;    :

    :

CARMEN GARCIA, as Personal Representative  :
of the Estate of Ivan Vale, Deceased and on  :
behalf of all beneficiaries of Ivan Vale;  :

    :
    :

CHARLES LEWIN in their own right as the  :
Parent of Daniel Lewin, Deceased;  :

    :
    :

JONATHAN A. LEWIN in their own right as the  :
Sibling of Daniel Lewin, Deceased;  :

    :
    :

MICHAEL LEWIN in their own right as the  :
Sibling of Daniel Lewin, Deceased;  :

    :
    :

PEGGY S. LEWIN in their own right as the  :
Parent of Daniel Lewin, Deceased;  :

    :
    :

TIMOTHY E. WORKS in their own right as the  :
Sibling of John Bentley Works, Deceased;  :

232

:
:
DENISE BURGER in their own right as the     :
Sibling of David Michael Charlebois, Deceased;     :

EVELYN SULLINS, as Personal Representative     :
of the Estate of David Marc Sullins, Deceased     :
and on behalf of all beneficiaries of David Marc     :
Sullins;     :

BONNIE MCENEANEY, as Personal     :
Representative of the Estate of Eamon     :
McEneaney, Deceased and on behalf of all     :
beneficiaries of Eamon McEneaney;     :

MARINO CALDERON, as Personal     :
Representative of the Estate of Lizie Martinez-     :
Calderon, Deceased and on behalf of all     :
beneficiaries of Lizie Martinez-Calderon;     :

KATHLEEN C. MCGUIRE, as Personal     :
Representative of the Estate of Stephen Huczko,     :
Jr., Deceased and on behalf of all beneficiaries of     :
Stephen Huczko, Jr.;     :

:
SE JUA AU, as Personal Representative of the     :
Estate of Wei Rong Lin, Deceased and on behalf     :
of all beneficiaries of Wei Rong Lin;     :

:
:
HONG LIN in their own right as the Sibling of     :
Wei Rong Lin, Deceased;     :

:
:
RONG DI YOU in their own right as the Parent     :
of Wei Rong Lin, Deceased;     :

:
:
ZENG LU LIN in their own right as the Parent of     :
Wei Rong Lin, Deceased;     :

KIMBERLY H. JACOBY, as Personal     :
Representative of the Estate of Steven Donald     :
Jacoby, Deceased and on behalf of all     :
beneficiaries of Steven Donald Jacoby;     :

| | |
|---|---|
| NANCY E. COSTELLO, as Personal Representative of the Estate of Michael S. Costello, Deceased and on behalf of all beneficiaries of Michael S. Costello; | : : : : |
| | : : |
| JAMES P. COSTELLO in their own right as the Parent of Michael S. Costello, Deceased; | : : |
| | : : |
| TIMOTHY J. COSTELLO in their own right as the Sibling of Michael S. Costello, Deceased; | : : |
| JAMES F. FARRELL, as Personal Representative of the Estate of John G. Farrell, Deceased and on behalf of all beneficiaries of John G. Farrell; | : : : : |
| | : : |
| MARIE A. FARRELL in their own right as the Parent of John G. Farrell, Deceased; | : : |
| MAGALY J. LEMAGNE, as Personal Representative of the Estate of David Prudencio Lemagne, Deceased and on behalf of all beneficiaries of David Prudencio Lemagne; | : : : : |
| | : |
| PRUDENCIO LEMAGNE in their own right as the Parent of David Prudencio Lemagne, Deceased; | : : : |
| | : : |
| RUTH M. LEMAGNE in their own right as the Parent of David Prudencio Lemagne, Deceased; | : : |
| MARSHA K. MCBRAYER, as Personal Representative of the Estate of Kenneth M. McBrayer, Deceased and on behalf of all beneficiaries of Kenneth M. McBrayer; | : : : : |
| | : |
| IRENE SMOLICZ, as Personal Representative of the Estate of Frank J. Koestner, Deceased and on behalf of all beneficiaries of Frank J. Koestner; | : : : |

234

JULIANNA M. LANZER in their own right as
the Sibling of Frank J. Koestner, Deceased;

MARIA KOESTNER in their own right as the
Parent of Frank J. Koestner, Deceased;

AMY ZHANG LAM, as Personal Representative
of the Estate of Chow Kwan Lam, Deceased and
on behalf of all beneficiaries of Chow Kwan
Lam;

CHOW LEING LAM in their own right as the
Sibling of Chow Kwan Lam, Deceased;

FONGPEIN L. CHAN in their own right as the
Sibling of Chow Kwan Lam, Deceased;

LISSA L. COLLINS, as Personal Representative
of the Estate of Michael L. Collins, Deceased and
on behalf of all beneficiaries of Michael L.
Collins;

JAMES R. COLLINS in their own right as the
Parent of Michael L. Collins, Deceased;

MARY A. COLLINS in their own right as the
Parent of Michael L. Collins, Deceased;

NANCY M. KASAK in their own right as the
Sibling of Michael L. Collins, Deceased;

RICHARD S. COLLINS in their own right as the
Sibling of Michael L. Collins, Deceased;

235

GEORGIA CUDINA, as Personal Representative                :
of the Estate of Richard J. Cudina, Deceased and          :
on behalf of all beneficiaries of Richard J.              :
Cudina;                                                   :

                                                          :
                                                          :
CHRISTOPHER C. CUDINA in their own right                  :
as the Sibling of Richard J. Cudina, Deceased;            :

                                                          :
                                                          :
MARCUS N. CUDINA in their own right as the                :
Sibling of Richard J. Cudina, Deceased;                   :

                                                          :
                                                          :
WILLIAM CUDINA in their own right as the                  :
Sibling of Richard J. Cudina, Deceased;                   :

KAREN L. HOMER, as Personal Representative                :
of the Estate of Herbert Wilson Homer, Deceased           :
and on behalf of all beneficiaries of Herbert             :
Wilson Homer;                                             :

                                                          :
                                                          :
STEPHEN H. HOMER in their own right as the                :
Sibling of Herbert Wilson Homer, Deceased;                :

                                                          :
                                                          :
WILLIAM T. HOMER in their own right as the                :
Parent of Herbert Wilson Homer, Deceased;                 :

                                                          :
                                                          :
WINIFRED M. HOMER in their own right as the               :
Parent of Herbert Wilson Homer, Deceased;                 :

                                                          :
JENNIFER SANDS, as Personal Representative                :
of the Estate of James Sands, Jr., Deceased and           :
on behalf of all beneficiaries of James Sands, Jr.;       :

                                                          :
DEBRA SHAW, as Personal Representative of                 :
the Estate of Jeffrey J. Shaw, Deceased and on            :
behalf of all beneficiaries of Jeffrey J. Shaw;           :

CHARLES H. HORN, as Personal                    :
Representative of the Estate of Michael Joseph  :
Horn, Deceased and on behalf of all beneficiaries :
of Michael Joseph Horn;                         :

                                                :
                                                :
CHRISTINE M. GRAUER in their own right as       :
the Sibling of Michael Joseph Horn, Deceased;   :

                                                :
                                                :
MARY A. HORN in their own right as the Parent   :
of Michael Joseph Horn, Deceased;               :

                                                :
                                                :
MAUREEN ANN HORN in their own right as          :
the Sibling of Michael Joseph Horn, Deceased;   :

GRANVILETTE W. KESTENBAUM, as                   :
Personal Representative of the Estate of Howard :
L. Kestenbaum, Deceased and on behalf of all    :
beneficiaries of Howard L. Kestenbaum;          :

MICHELLE SPINELLI, as Personal                  :
Representative of the Estate of Frank J. Spinelli, :
Jr., Deceased and on behalf of all beneficiaries of :
Frank J. Spinelli, Jr.;                         :

MARIE RUSSELL, as Personal Representative       :
of the Estate of Stephen P. Russell, Deceased and :
on behalf of all beneficiaries of Stephen P.    :
Russell;                                        :

                                                :
                                                :
CLIFFORD S. RUSSELL, JR. in their own right     :
as the Sibling of Stephen P. Russell, Deceased; :

                                                :
                                                :
CLIFFORD RUSSELL, SR. in their own right as     :
the Parent of Stephen P. Russell, Deceased;     :

                                                :
                                                :
WILLIAM RUSSELL in their own right as the       :
Sibling of Stephen P. Russell, Deceased;        :

PHILOMENA MISTRULLI, as Personal          :
Representative of the Estate of Joseph D.  :
Mistrulli, Deceased and on behalf of all   :
beneficiaries of Joseph D. Mistrulli;      :

                                           :
                                           :
MARION OTTEN in their own right as the     :
Spouse of Michael J. Otten, Deceased;      :

                                           :
                                           :
CAROLYN MURILLO in their own right as the  :
Sibling of Cesar A. Murillo, Deceased;     :

                                           :
                                           :
NILVIA MITCHELL in their own right as the  :
Parent of Cesar A. Murillo, Deceased;      :

RONALD B. BUCHANAN, as Personal            :
Representative of the Estate of Brandon J. :
Buchanan, Deceased and on behalf of all    :
beneficiaries of Brandon J. Buchanan;      :

                                           :
                                           :
CHARILYN S. BUCHANAN in their own right    :
as the Parent of Brandon J. Buchanan, Deceased; :

CATHERINE MASAK, as Personal               :
Representative of the Estate of Catherine Lisa :
Loguidice, Deceased and on behalf of all   :
beneficiaries of Catherine Lisa Loguidice; :

                                           :
JUNG HEA SHIN, as Personal Representative of :
the Estate of Gye Hyong Park, Deceased and on :
behalf of all beneficiaries of Gye Hyong Park; :

                                           :
                                           :
JIN HAN PARK in their own right as the Sibling :
of Gye Hyong Park, Deceased;               :

                                           :
                                           :
MYONG KYU PARK in their own right as the   :
Parent of Gye Hyong Park, Deceased;        :

HERBERT OUIDA, as Personal Representative       :
of the Estate of Todd Joseph Ouida, Deceased    :
and on behalf of all beneficiaries of Todd Joseph :
Ouida;                                          :

                                                :
                                                :
AMY MORIK in their own right as the Sibling of  :
Todd Joseph Ouida, Deceased;                    :

                                                :
                                                :
ANDREA OUIDA in their own right as the          :
Parent of Todd Joseph Ouida, Deceased;          :

                                                :
                                                :
JORDAN OUIDA in their own right as the          :
Sibling of Todd Joseph Ouida, Deceased;         :

                                                :
JOHN J. BURKE, as Personal Representative of    :
the Estate of Matthew J. Burke, Deceased and on :
behalf of all beneficiaries of Matthew J. Burke; :

                                                :
                                                :
ALICIA P. BURKE in their own right as the       :
Parent of Matthew J. Burke, Deceased;           :

ROBERT ZAMPIERI, as Personal                    :
Representative of the Estate of Robert Alan      :
Zampieri, Deceased and on behalf of all          :
beneficiaries of Robert Alan Zampieri;           :

                                                :
                                                :
PATRICIA ZAMPIERI in their own right as the     :
Parent of Robert Alan Zampieri, Deceased;       :

RYAN LEWIS MURPHY, as Personal                  :
Representative of the Estate of Edward Charles   :
Murphy, Deceased and on behalf of all            :
beneficiaries of Edward Charles Murphy;         :

                                                :
                                                :
DANIEL W. MURPHY in their own right as the      :
Sibling of Edward Charles Murphy, Deceased;     :

:
:
EVELYN M. MURPHY in their own right as the                      :
Parent of Edward Charles Murphy, Deceased;                      :

:
:
RICHARD E. MURPHY in their own right as the                     :
Sibling of Edward Charles Murphy, Deceased;                     :

SUSAN L. GARDNER, as Personal                                   :
Representative of the Estate of Christopher S.                   :
Gardner, Deceased and on behalf of all                          :
beneficiaries of Christopher S. Gardner;                        :

JACK A. GRANDCOLAS, as Personal                                 :
Representative of the Estate of Lauren C.                        :
Grandcolas, Deceased and on behalf of all                       :
beneficiaries of Lauren C. Grandcolas;                          :

MARTHA R. JACKSON-HOLLEY, as Personal                           :
Representative of the Estate of Jimmie I. Holley,                :
Deceased and on behalf of all beneficiaries of                  :
Jimmie I. Holley;                                               :

LAUREN C. RAINES, as Personal                                   :
Representative of the Estate of Harry A. Raines,                 :
Deceased and on behalf of all beneficiaries of                  :
Harry A. Raines;                                                :

ROXANE BONHEUR, as Personal                                     :
Representative of the Estate of Andre Bonheur,                   :
Jr., Deceased and on behalf of all beneficiaries of             :
Andre Bonheur, Jr.;                                             :

JUDITH ANN KEANE, as Personal                                   :
Representative of the Estate of Richard M.                       :
Keane, Deceased and on behalf of all                            :
beneficiaries of Richard M. Keane;                              :

:
:
CHARLOTTE F. KEANE in their own right as                        :
the Sibling of Richard M. Keane, Deceased;                      :

:
:
CONSTANCE A. FEOLA in their own right as                        :
the Sibling of Richard M. Keane, Deceased;                      :

|  | : |
|  | : |
| GARRETT P. KEANE in their own right as the | : |
| Sibling of Richard M. Keane, Deceased; | : |
|  |  |
|  | : |
|  | : |
| MATTHEW KEANE in their own right as the | : |
| Child of Richard M. Keane, Deceased; | : |
|  |  |
|  | : |
|  | : |
| PATRICK KEANE in their own right as the | : |
| Child of Richard M. Keane, Deceased; | : |
|  |  |
|  | : |
|  | : |
| PAUL A. KEANE in their own right as the | : |
| Sibling of Richard M. Keane, Deceased; | : |
|  |  |
|  | : |
|  | : |
| ROBERT F. KEANE in their own right as the | : |
| Sibling of Richard M. Keane, Deceased; | : |
|  |  |
|  | : |
|  | : |
| SEAN M. KEANE in their own right as the Child | : |
| of Richard M. Keane, Deceased; | : |
|  |  |
|  | : |
|  | : |
| THERESA I. WILSON in their own right as the | : |
| Sibling of Richard M. Keane, Deceased; | : |
|  |  |
|  | : |
|  | : |
| TIMOTHY B. KEANE in their own right as the | : |
| Child of Richard M. Keane, Deceased; | : |
| MAUREEN A. GREGORY, as Personal | : |
| Representative of the Estate of Donald H. | : |
| Gregory, Deceased and on behalf of all | : |
| beneficiaries of Donald H. Gregory; | : |
|  |  |
|  | : |
| AMANDA MARIE GREGORY in their own | : |
| right as the Child of Donald H. Gregory, | : |
| Deceased; | : |

241

ZOE P. KOUSOULIS, as Personal                          :
Representative of the Estate of Danielle               :
Kousoulis, Deceased and on behalf of all               :
beneficiaries of Danielle Kousoulis;                   :

                                                       :
                                                       :
ELENI KOUSOULIS in their own right as the              :
Sibling of Danielle Kousoulis, Deceased;               :

                                                       :
                                                       :
FAITH K. HAGERTY in their own right as the             :
Sibling of Danielle Kousoulis, Deceased;               :

                                                       :
                                                       :
GEORGE P. KOUSOULIS in their own right as              :
the Sibling of Danielle Kousoulis, Deceased;           :

                                                       :
GAYLE REISMAN, as Personal Representative              :
of the Estate of Frank Reisman, Deceased and on        :
behalf of all beneficiaries of Frank Reisman;          :

ROSANNA M. FERRUGIO, as Personal                       :
Representative of the Estate of David Francis          :
Ferrugio, Deceased and on behalf of all               :
beneficiaries of David Francis Ferrugio;               :

                                                       :
                                                       :
LINDA S. FIORE in their own right as the               :
Sibling of Michael Curtis Fiore, Deceased;             :

                                                       :
                                                       :
MICHAEL FIORE in their own right as the                :
Parent of Michael Curtis Fiore, Deceased;              :

EDWARD C. WILLIAMS, as Personal                        :
Representative of the Estate of Manette M.             :
Beckles, Deceased and on behalf of all                 :
beneficiaries of Manette M. Beckles;                   :

ROBERT T. WINKIS, as Personal                          :
Representative of the Estate of Judith Florence        :
Hofmiller, Deceased and on behalf of all              :
beneficiaries of Judith Florence Hofmiller;            :

|  | : |
|---|---|
| SNEH JAIN, as Personal Representative of the Estate of Yudh V. Jain, Deceased and on behalf of all beneficiaries of Yudh V. Jain; | : : : |
| AVRAM ROSENTHAL, as Personal Representative of the Estate of Joshua Alan Rosenthal, Deceased and on behalf of all beneficiaries of Joshua Alan Rosenthal; | : : : : |
| DONALD J. VADAS, as Personal Representative of the Estate of Bradley H. Vadas, Deceased and on behalf of all beneficiaries of Bradley H. Vadas; | : : : : |
| JOHN F. WOODS, JR., as Personal Representative of the Estate of James Woods, Deceased and on behalf of all beneficiaries of James Woods; | : : : : |
|  | : |
| JOYCE A. WOODS, as Personal Representative of the Estate of James Woods, Deceased and on behalf of all beneficiaries of James Woods; | : : : |
|  | : : |
| EILEEN J. WOODS in their own right as the Sibling of James Woods, Deceased; | : : |
|  | : |
| RITA HOPPER, as Personal Representative of the Estate of James P. Hopper, Deceased and on behalf of all beneficiaries of James P. Hopper; | : : : |
|  | : |
| LAURIE S. HART, as Personal Representative of the Estate of John P. Hart, Deceased and on behalf of all beneficiaries of John P. Hart; | : : : |
|  | : : |
| BETTY J. MATHWIG in their own right as the Parent of John P. Hart, Deceased; | : : |
|  | : : |
| CHRISTINE L. REICHERT-HART in their own right as the Sibling of John P. Hart, Deceased; | : : |

JEANINE HART SEAMAN in their own right as
the Sibling of John P. Hart, Deceased;

MARY MEIXELSPERGEN in their own right as
the Sibling of John P. Hart, Deceased;

SANDRA E. SHELLEY in their own right as the
Sibling of John P. Hart, Deceased;

STEPHEN R. LARRABEE, as Personal
Representative of the Estate of Christopher R.
Larrabee, Deceased and on behalf of all
beneficiaries of Christopher R. Larrabee;

JANET L. SATTERFIELD in their own right as
the Parent of Christopher R. Larrabee, Deceased;

JESSICA LARRABEE in their own right as the
Sibling of Christopher R. Larrabee, Deceased;

NICOLE LARRABEE in their own right as the
Sibling of Christopher R. Larrabee, Deceased;

PAIGE M. LARRABEE in their own right as the
Sibling of Christopher R. Larrabee, Deceased;

SCOTT LARRABEE in their own right as the
Sibling of Christopher R. Larrabee, Deceased;

ROBERT CAPPELLO, SR., as Personal
Representative of the Estate of Jonathan
Cappello, Deceased and on behalf of all
beneficiaries of Jonathan Cappello;

CLAUDIA CAPPELLO in their own right as the
Parent of Jonathan Cappello, Deceased;

JAMES CAPPELLO in their own right as the
Sibling of Jonathan Cappello, Deceased;

ROBERT E. CAPPELLO, JR. in their own right
as the Sibling of Jonathan Cappello, Deceased;

JOHN EUGENE QUIGLEY, as Personal
Representative of the Estate of Beth Ann
Quigley, Deceased and on behalf of all
beneficiaries of Beth Ann Quigley;

LOUELLA JEAN QUIGLEY in their own right
as the Parent of Beth Ann Quigley, Deceased;

KENNETH J. MACE, as Personal
Representative of the Estate of Robert Francis
Mace, Deceased and on behalf of all beneficiaries
of Robert Francis Mace;

MARGARET POULOS, as Personal
Representative of the Estate of Richard N.
Poulos, Deceased and on behalf of all
beneficiaries of Richard N. Poulos;

ERIN POULOS in their own right as the Child of
Richard N. Poulos, Deceased;

LISA SARNI in their own right as the Child of
Richard N. Poulos, Deceased;

RICHARD J. POULOS in their own right as the
Child of Richard N. Poulos, Deceased;

245

CHRISTOPHER LONGING, as Personal
Representative of the Estate of Laura M.
Longing, Deceased and on behalf of all
beneficiaries of Laura M. Longing;

ANNE MARIA PETTUS in their own right as
the Parent of Laura M. Longing, Deceased;

KEITH B. PETTUS in their own right as the
Sibling of Laura M. Longing, Deceased;

KEVIN PETTUS in their own right as the Parent
of Laura M. Longing, Deceased;

JACQUELINE E. LYNCH, as Personal
Representative of the Estate of Terence M.
Lynch, Deceased and on behalf of all
beneficiaries of Terence M. Lynch;

TIFFANY M. LYNCH in their own right as the
Child of Terence M. Lynch, Deceased;

LAURA A. GRYGOTIS, as Personal
Representative of the Estate of John M. Pocher,
Deceased and on behalf of all beneficiaries of
John M. Pocher;

ALEXANDER PREZIOSE in their own right as
the Parent of Gregory M. Preziose, Deceased;

CHRISTOPHER PREZIOSE in their own right
as the Sibling of Gregory M. Preziose, Deceased;

DOLORIS PREZIOSE in their own right as the
Parent of Gregory M. Preziose, Deceased;

246

JAMES A. PREZIOSE in their own right as the
Sibling of Gregory M. Preziose, Deceased;

JOHN PREZIOSE in their own right as the
Sibling of Gregory M. Preziose, Deceased;

LORI A. PREZIOSE in their own right as the
Spouse of Gregory M. Preziose, Deceased;

ASMARELI SAGO, as Personal Representative
of the Estate of Antonio Pratt, Deceased and on
behalf of all beneficiaries of Antonio Pratt;

LYNN S. MCGUINN, as Personal
Representative of the Estate of Francis Noel
McGuinn, Deceased and on behalf of all
beneficiaries of Francis Noel McGuinn;

ELOISA RODRIGUEZ, as Personal
Representative of the Estate of Azael Vasquez,
Deceased and on behalf of all beneficiaries of
Azael Vasquez;

CIELITA PERALTA, as Personal Representative
of the Estate of Carl Allen Peralta, Deceased and
on behalf of all beneficiaries of Carl Allen
Peralta;

OSCAR F. PERALTA in their own right as the
Parent of Carl Allen Peralta, Deceased;

MARIE L. ANAYA, as Personal Representative
of the Estate of Calixto Anaya, Jr., Deceased and
on behalf of all beneficiaries of Calixto Anaya,
Jr.;

SPOUSE DOE AP240 as Personal
Representative of the Estate of DOE AP240,
Deceased and on behalf of all beneficiaries of
DOE AP240, Deceased;

247

DEBRA SALOMAN, as Personal Representative      :
of the Estate of Wayne J. Saloman, Deceased and   :
on behalf of all beneficiaries of Wayne J.         :
Saloman;                                           :

                                                   :

JAMES M. KIRBY, as Personal Representative     :
of the Estate of Chris M. Kirby, Deceased and on  :
behalf of all beneficiaries of Chris M. Kirby;    :

                                                   :
                                                   :

BRIAN P. KIRBY in their own right as the       :
Sibling of Chris M. Kirby, Deceased;              :

                                                   :
                                                   :

DONNA M. KIRBY in their own right as the       :
Parent of Chris M. Kirby, Deceased;               :

                                                   :
                                                   :

JAMES M. KIRBY, III in their own right as the  :
Sibling of Chris M. Kirby, Deceased;              :

                                                   :
                                                   :

JENNIFER M. KIRBY in their own right as the    :
Sibling of Chris M. Kirby, Deceased;              :

                                                   :
                                                   :

KELLYANN RACANELLI in their own right as      :
the Sibling of Chris M. Kirby, Deceased;          :

CATHERINE MAZELLA, as Personal                 :
Representative of the Estate of Edward Mazzella,   :
Jr., Deceased and on behalf of all beneficiaries of  :
Edward Mazzella, Jr.;                              :

                                                   :
                                                   :

MICHAEL T. MAZZELLA in their own right as      :
the Child of Edward Mazzella, Jr., Deceased;      :

                                                   :
                                                   :

SUSAN M. BRANNIGAN in their own right as       :
the Child of Edward Mazzella, Jr., Deceased;      :

JO ANN R. RICCIO, as Personal Representative
of the Estate of Rudolph N. Riccio, Deceased and
on behalf of all beneficiaries of Rudolph N.
Riccio;                                                    :
                                                          :
                                                          :
                                                          :

MICHAEL JOHN WHITE, as Personal
Representative of the Estate of James Patrick
White, Deceased and on behalf of all
beneficiaries of James Patrick White;                     :
                                                          :
                                                          :
                                                          :

                                                          :
                                                          :
ALPHONSE J. WHITE in their own right as the               :
Parent of James Patrick White, Deceased;                  :

                                                          :
                                                          :
JOAN A. WHITE in their own right as the Parent            :
of James Patrick White, Deceased;                         :

WILLIAM J. BRATTON, JR., as Personal                      :
Representative of the Estate of Michelle Renee            :
Bratton, Deceased and on behalf of all                    :
beneficiaries of Michelle Renee Bratton;                  :

                                                          :
CHRISTOPHER B. BRATTON in their own                       :
right as the Sibling of Michelle Renee Bratton,           :
Deceased;                                                 :

                                                          :
                                                          :
ERIN G. BRATTON in their own right as the                 :
Sibling of Michelle Renee Bratton, Deceased;              :

                                                          :
                                                          :
MARY E. BRATTON in their own right as the                 :
Parent of Michelle Renee Bratton, Deceased;               :

                                                          :
WILLIAM J. BRATTON, III in their own right                :
as the Sibling of Michelle Renee Bratton,                 :
Deceased;                                                 :

DIANA DE LA TORRE, as Personal                            :
Representative of the Estate of Azucena De La              :
Torre, Deceased and on behalf of all beneficiaries        :
of Azucena De La Torre;                                    :

AURORA DE LA TORRE in their own right as
the Parent of Azucena De La Torre, Deceased;

GLADYS DE LA TORRE in their own right as
the Sibling of Azucena De La Torre, Deceased;

CAROL CANNIZZARO in their own right as the
Parent of Brian Cannizzaro, Deceased;

CHARLES CANNIZZARO in their own right as
the Sibling of Brian Cannizzaro, Deceased;

CRAIG CANNIZZARO in their own right as the
Sibling of Brian Cannizzaro, Deceased;

SIMONE CANNIZZARO in their own right as
the Parent of Brian Cannizzaro, Deceased;

GERARD M. CHIPURA, as Personal
Representative of the Estate of John G. Chipura,
Deceased and on behalf of all beneficiaries of
John G. Chipura;

SUSAN G. COHEN, as Personal Representative
of the Estate of John G. Chipura, Deceased and
on behalf of all beneficiaries of John G. Chipura;

EILEEN CHIPURA CELLA in their own right as
the Sibling of John G. Chipura, Deceased;

NANCY J. CHIPURA in their own right as the
Sibling of John G. Chipura, Deceased;

250

ELLEN B. VIGNOLA, as Personal  :
Representative of the Estate of Frank J. Vignola, :
Jr., Deceased and on behalf of all beneficiaries of :
Frank J. Vignola, Jr.;  :

  :
  :
DIANE ANTOLOS in their own right as the :
Sibling of Frank J. Vignola, Jr., Deceased; :

  :
  :
FRANCES VIGNOLA in their own right as the :
Parent of Frank J. Vignola, Jr., Deceased; :

  :
  :
JAMES A. VIGNOLA in their own right as the :
Sibling of Frank J. Vignola, Jr., Deceased; :

  :
EVELYN BERRY, as Personal Representative of :
the Estate of Joseph John Berry, Deceased and on :
behalf of all beneficiaries of Joseph John Berry; :

  :
  :
JOSEPH S. BERRY in their own right as the :
Child of Joseph John Berry, Deceased; :

  :
  :
KIMBERLY A. BERRY in their own right as the :
Child of Joseph John Berry, Deceased; :

  :
  :
TODD P. BERRY in their own right as the Child :
of Joseph John Berry, Deceased; :

MARIA A. WARING, as Personal :
Representative of the Estate of James Arthur :
Waring, Deceased and on behalf of all :
beneficiaries of James Arthur Waring; :

ROSANNE MCNULTY, as Personal :
Representative of the Estate of Sean Peter :
McNulty, Deceased and on behalf of all :
beneficiaries of Sean Peter McNulty; :

GERALD R. MCNULTY in their own right as
the Parent of Sean Peter McNulty, Deceased;

MICHAEL A. CONNER, as Personal
Representative of the Estate of Margaret Mary
Conner, Deceased and on behalf of all
beneficiaries of Margaret Mary Conner;

CORRINE E. BOUNTY in their own right as the
Child of Margaret Mary Conner, Deceased;

KEVIN BURNS in their own right as the Sibling
of Margaret Mary Conner, Deceased;

PATRICIA CUOZZO in their own right as the
Sibling of Margaret Mary Conner, Deceased;

ROBERT BURNS in their own right as the
Sibling of Margaret Mary Conner, Deceased;

GARY VIALONGA, as Personal Representative
of the Estate of Christopher Vialonga, Deceased
and on behalf of all beneficiaries of Christopher
Vialonga;

KATHERINE VIALONGA in their own right as
the Parent of Christopher Vialonga, Deceased;

VINCENT BOLAND, SR., as Personal
Representative of the Estate of Vincent M.
Boland, Jr., Deceased and on behalf of all
beneficiaries of Vincent M. Boland, Jr.;

ERIN BOLAND in their own right as the Sibling
of Vincent M. Boland, Jr., Deceased;

252

GREGORY BOLAND in their own right as the
Sibling of Vincent M. Boland, Jr., Deceased;

:
:
:
:

JOYCE BOLAND in their own right as the
Parent of Vincent M. Boland, Jr., Deceased;

:
:
:
:

DONN E. MARSHALL, as Personal
Representative of the Estate of Shelley A.
Marshall, Deceased and on behalf of all
beneficiaries of Shelley A. Marshall;

:
:
:
:

DENIS A. WARCHOLA, as Personal
Representative of the Estate of Michael
Warchola, Deceased and on behalf of all
beneficiaries of Michael Warchola;

:
:
:
:

MICHAEL WARCHOLA, SR. in their own right
as the Parent of Michael Warchola, Deceased;

:
:
:
:

BARBARA H. BRENNAN, as Personal
Representative of the Estate of Frank H. Brennan,
Deceased and on behalf of all beneficiaries of
Frank H. Brennan;

:
:
:
:

DONALD J. POISSANT, as Personal
Representative of the Estate of Cynthia Marie
Connolly, Deceased and on behalf of all
beneficiaries of Cynthia Marie Connolly;

:
:
:
:

SHEILA CONNOLLY in their own right as the
Parent of Cynthia Marie Connolly, Deceased;

:
:
:
:

DIANE B. AGUIAR, as Personal Representative
of the Estate of Joao A. Aguiar, Jr., Deceased and
on behalf of all beneficiaries of Joao A. Aguiar,
Jr.;

:
:
:
:

JOAO A. AGUIAR, SR. in their own right as the
Parent of Joao A. Aguiar, Jr., Deceased;

:
:
:
:

253

|  | : |
|--|---|
|  | : |
| TACIANA AGUIAR in their own right as the Sibling of Joao A. Aguiar, Jr., Deceased; | : |
|  | : |
| JEAN COLEMAN, as Personal Representative of the Estate of Scott Thomas Coleman, Deceased and on behalf of all beneficiaries of Scott Thomas Coleman; | : |
| NEIL COLEMAN, as Personal Representative of the Estate of Scott Thomas Coleman, Deceased and on behalf of all beneficiaries of Scott Thomas Coleman; | : |
|  | : |
|  | : |
| TODD D. COLEMAN in their own right as the Sibling of Scott Thomas Coleman, Deceased; | : |
| DANA ASHER, as Personal Representative of the Estate of Michael Edward Asher, Deceased and on behalf of all beneficiaries of Michael Edward Asher; | : |
|  | : |
|  | : |
| ETHEL ASHER in their own right as the Parent of Michael Edward Asher, Deceased; | : |
|  | : |
|  | : |
| STUART ASHER in their own right as the Sibling of Michael Edward Asher, Deceased; | : |
| ZENEIDA CHEVALIER, as Personal Representative of the Estate of Nestor Julio Chevalier, Jr., Deceased and on behalf of all beneficiaries of Nestor Julio Chevalier, Jr.; | : |
|  | : |
| MAURICIO CHEVALIER in their own right as the Sibling of Nestor Julio Chevalier, Jr., Deceased; | : |
|  | : |
| NESTOR J. CHEVALIER, SR. in their own right as the Parent of Nestor Julio Chevalier, Jr., Deceased; | : |

254

MARC WIEMAN, as Personal Representative of the Estate of Mary Wieman, Deceased and on behalf of all beneficiaries of Mary Wieman;

C. LEE HANSON, as Personal Representative of the Estate of Peter Burton Hanson, Deceased and on behalf of all beneficiaries of Peter Burton Hanson;

EUNICE K. HANSON in their own right as the Parent of Peter Burton Hanson, Deceased;

KATHRYN LEE BARRERE in their own right as the Sibling of Peter Burton Hanson, Deceased;

SUSAN S. ROSENBLUM, as Personal Representative of the Estate of Joshua Rosenblum, Deceased and on behalf of all beneficiaries of Joshua Rosenblum;

DEAN ROSENBLUM in their own right as the Sibling of Joshua Rosenblum, Deceased;

MARY ELLEN CHERRY, as Personal Representative of the Estate of Stephen Patrick Cherry, Deceased and on behalf of all beneficiaries of Stephen Patrick Cherry;

DONALD R. CHERRY in their own right as the Parent of Stephen Patrick Cherry, Deceased;

SHARON RITCHIE MULLIN in their own right as the Parent of Stephen Patrick Cherry, Deceased;

SHAWN R. CHERRY in their own right as the Sibling of Stephen Patrick Cherry, Deceased;

255

MICHAEL J. LYNCH, as Personal                    :
Representative of the Estate of Sean Patrick      :
Lynch, Deceased and on behalf of all             :
beneficiaries of Sean Patrick Lynch;             :

                                                 :
                                                 :

COLLEEN M. WATSON in their own right as          :
the Sibling of Sean Patrick Lynch, Deceased;     :

                                                 :
                                                 :

JOHN J. LYNCH in their own right as the Parent   :
of Sean Patrick Lynch, Deceased;                 :

                                                 :

KATHLEEN A. HALLSTROM in their own              :
right as the Sibling of Sean Patrick Lynch,      :
Deceased;                                        :

                                                 :
                                                 :

LAUREEN A. SUTERA in their own right as the     :
Sibling of Sean Patrick Lynch, Deceased;         :

                                                 :
                                                 :

MARGARET A. LYNCH in their own right as         :
the Parent of Sean Patrick Lynch, Deceased;      :

                                                 :

LAURIE MURACH, as Personal Representative        :
of the Estate of Robert Murach, Deceased and on  :
behalf of all beneficiaries of Robert Murach;    :

PAUL W. WACHTLER, as Personal                    :
Representative of the Estate of Gregory Kamal     :
Bruno Wachtler, Deceased and on behalf of all    :
beneficiaries of Gregory Kamal Bruno Wachtler;   :

                                                 :

NASSIMA M. WACHTLER in their own right          :
as the Parent of Gregory Kamal Bruno Wachtler,   :
Deceased;                                        :

DEBBI ELLEN SENKO, as Personal                   :
Representative of the Estate of Larry John Senko, :
Deceased and on behalf of all beneficiaries of   :
Larry John Senko;                                :

256

GILBERT ORTALE in their own right as the
Sibling of Peter Keith Ortale, Deceased;

LINDA LALAMA, as Personal Representative of
the Estate of Franco Lalama, Deceased and on
behalf of all beneficiaries of Franco Lalama;

LUIS MERINO in their own right as the Parent
of George Merino, Deceased;

MARIA LEHR in their own right as the Sibling
of George Merino, Deceased;

ZENAIDA MERINO in their own right as the
Parent of George Merino, Deceased;

INGRID LENIHAN, as Personal Representative
of the Estate of Joseph A. Lenihan, Deceased and
on behalf of all beneficiaries of Joseph A.
Lenihan;

ANN K. LENIHAN in their own right as the
Parent of Joseph A. Lenihan, Deceased;

JOHN LENIHAN in their own right as the
Sibling of Joseph A. Lenihan, Deceased;

SUZANNE L. FAULKNER in their own right as
the Sibling of Joseph A. Lenihan, Deceased;

THERESA A. CILENTE, as Personal
Representative of the Estate of Frances Cilente,
Deceased and on behalf of all beneficiaries of
Frances Cilente;

257

HELEN DOLLARD, as Personal Representative
of the Estate of Neil M. Dollard, Deceased and
on behalf of all beneficiaries of Neil M. Dollard;

ANNE ZUCCHI in their own right as the Sibling
of Neil M. Dollard, Deceased;

DIANA E. DOLLARD in their own right as the
Sibling of Neil M. Dollard, Deceased;

MARY K. DOLLARD in their own right as the
Sibling of Neil M. Dollard, Deceased;

MEGAN FAJARDO in their own right as the
Sibling of Neil M. Dollard, Deceased;

MICHAEL J. DOLLARD in their own right as
the Sibling of Neil M. Dollard, Deceased;

PETER DOLLARD in their own right as the
Sibling of Neil M. Dollard, Deceased;

ROBERT M. DOLLARD in their own right as
the Parent of Neil M. Dollard, Deceased;

CAROL D. WISNIEWSKI, as Personal
Representative of the Estate of Frank Thomas
Wisniewski, Deceased and on behalf of all
beneficiaries of Frank Thomas Wisniewski;

HOWARD LUTNICK, as Personal
Representative of the Estate of Gary Frederick
Lutnick, III, Deceased and on behalf of all
beneficiaries of Gary Frederick Lutnick, III;

:
:
EDITH LUTNICK in their own right as the          :
Sibling of Gary Frederick Lutnick, III, Deceased;   :

AMY GARDNER, as Personal Representative of      :
the Estate of Jeffrey B. Gardner, Deceased and    :
on behalf of all beneficiaries of Jeffrey B.          :
Gardner;                                        :

JAGDISH BHUKHAN, as Personal              :
Representative of the Estate of Bella J. Bhukhan,   :
Deceased and on behalf of all beneficiaries of     :
Bella J. Bhukhan;                              :

:
:
INDIRA BHUKHAN in their own right as the      :
Parent of Bella J. Bhukhan, Deceased;           :

:
ALICE D. ADLER, as Personal Representative    :
of the Estate of Lee Alan Adler, Deceased and on   :
behalf of all beneficiaries of Lee Alan Adler;      :

PATRICIA A. DIFAZIO, as Personal           :
Representative of the Estate of Vincent Francis     :
DiFazio, Deceased and on behalf of all            :
beneficiaries of Vincent Francis DiFazio;          :

:
GEORGE BEHR, as Personal Representative of    :
the Estate of Maria Behr, Deceased and on behalf   :
of all beneficiaries of Maria Behr;              :

:
:
INMACULADA BEHR in their own right as the     :
Parent of Maria Behr, Deceased;                :

VICTOR BARAHONA, as Personal             :
Representative of the Estate of Diarelia J. Mena,    :
Deceased and on behalf of all beneficiaries of     :
Diarelia J. Mena;                              :

LISA VENTURA, as Personal Representative of    :
the Estate of Anthony M. Ventura, Deceased and    :
on behalf of all beneficiaries of Anthony M.       :
Ventura;                                       :

259

PAUL A. SPAGNOLETTI, as Personal                    :
Representative of the Estate of Gregory T.          :
Spagnoletti, Deceased and on behalf of all          :
beneficiaries of Gregory T. Spagnoletti;            :

JEAN LORRAINE CLEERE, as Personal                   :
Representative of the Estate of James Durward        :
Cleere, Deceased and on behalf of all               :
beneficiaries of James Durward Cleere;              :

                                                     :

A. SCOTT CLEERE in their own right as the           :
Child of James Durward Cleere, Deceased;            :

                                                     :
                                                     :

BETTY B. CLEERE in their own right as the           :
Parent of James Durward Cleere, Deceased;           :

                                                     :
                                                     :

JAN CLEERE PEAVY in their own right as the          :
Sibling of James Durward Cleere, Deceased;          :

                                                     :
                                                     :

JEFFREY K. CLEERE in their own right as the         :
Child of James Durward Cleere, Deceased;            :

                                                     :
                                                     :

JUDY CLEERE GORDON in their own right as            :
the Sibling of James Durward Cleere, Deceased;      :

                                                     :

PATRICIA CLEERE WILGUS in their own                 :
right as the Sibling of James Durward Cleere,       :
Deceased;                                            :

                                                     :
                                                     :

EVERTON BROWN in their own right as the             :
Parent of Lloyd Brown, Deceased;                    :

                                                     :

BRADLEY M. BURLINGAME in their own                  :
right as the Sibling of Charles F. Burlingame, III, :
Deceased;                                            :

DEBRA BURLINGAME in their own right as
the Sibling of Charles F. Burlingame, III,
Deceased;

MARK W. BURLINGAME in their own right as
the Sibling of Charles F. Burlingame, III,
Deceased;

ROCHELLE KIRSCHBAUM, as Personal
Representative of the Estate of Howard Barry
Kirschbaum, Deceased and on behalf of all
beneficiaries of Howard Barry Kirschbaum;

LAUREN KIRSCHBAUM in their own right as
the Child of Howard Barry Kirschbaum,
Deceased;

MATTHEW ADAM KIRSCHBAUM in their
own right as the Child of Howard Barry
Kirschbaum, Deceased;

CECILE M. APOLLO, as Personal
Representative of the Estate of Peter Paul Apollo,
Deceased and on behalf of all beneficiaries of
Peter Paul Apollo;

DENISE MAUTHE in their own right as the
Sibling of Peter Paul Apollo, Deceased;

LISA PAGE in their own right as the Sibling of
Peter Paul Apollo, Deceased;

PETER APOLLO in their own right as the Parent
of Peter Paul Apollo, Deceased;

MICHELLE A. BULAGA, as Personal
Representative of the Estate of John E. Bulaga,
Jr., Deceased and on behalf of all beneficiaries of
John E. Bulaga, Jr.;

|  | : |
|  | : |
| FRAN BULAGA in their own right as the Parent of John E. Bulaga, Jr., Deceased; | : |
|  | : |
|  | : |
|  | : |
| GAIL M. BULAGA in their own right as the Sibling of John E. Bulaga, Jr., Deceased; | : |
|  | : |
|  | : |
|  | : |
| JOHN E. BULAGA, SR. in their own right as the Parent of John E. Bulaga, Jr., Deceased; | : |
|  | : |
| BETH A. MAHON, as Personal Representative of the Estate of Thomas A. Mahon, Deceased and on behalf of all beneficiaries of Thomas A. Mahon; | : |
|  | : |
| BOBBIE CATHERINE PEAK, as Personal Representative of the Estate of Stacey Lynn Peak, Deceased and on behalf of all beneficiaries of Stacey Lynn Peak; | : |
|  | : |
|  | : |
| JUDY PEAK RHODES in their own right as the Sibling of Stacey Lynn Peak, Deceased; | : |
|  | : |
|  | : |
| MICHAEL R. PEAK in their own right as the Sibling of Stacey Lynn Peak, Deceased; | : |
|  | : |
|  | : |
| PHILLIP PEAK in their own right as the Sibling of Stacey Lynn Peak, Deceased; | : |
|  | : |
|  | : |
| TONI PEAK in their own right as the Sibling of Stacey Lynn Peak, Deceased; | : |
|  | : |
| ELLEN R. DAVIDSON, as Personal Representative of the Estate of Michael A. Davidson, Deceased and on behalf of all beneficiaries of Michael A. Davidson; | : |

262

|  | : |
|  | : |
| JEFFREY S. DAVIDSON in their own right as the Sibling of Michael A. Davidson, Deceased; | : |
|  | : |
|  | : |
| RUFUS J. MCDAY in their own right as the Parent of Tonyell F. McDay, Deceased; | : |
|  | : |
|  | : |
| RUVAUGHN MCDAY in their own right as the Sibling of Tonyell F. McDay, Deceased; | : |
| LINDA BUFFA, as Personal Representative of the Estate of Michael A. Uliano, Deceased and on behalf of all beneficiaries of Michael A. Uliano; | : |
| JILL G. ANDERSON, as Personal Representative of the Estate of Kermit C. Anderson, Deceased and on behalf of all beneficiaries of Kermit C. Anderson; | : |
|  | : |
|  | : |
| SELMA ANN VERSE in their own right as the Sibling of Kermit C. Anderson, Deceased; | : |
| GERARD C. CAVALIER, JR., as Personal Representative of the Estate of Judson Cavalier, Deceased and on behalf of all beneficiaries of Judson Cavalier; | : |
|  | : |
|  | : |
| ANDREW CAVALIER in their own right as the Sibling of Judson Cavalier, Deceased; | : |
|  | : |
|  | : |
| BRADFORD CAVALIER in their own right as the Sibling of Judson Cavalier, Deceased; | : |
|  | : |
|  | : |
| LINDA CAVALIER in their own right as the Parent of Judson Cavalier, Deceased; | : |

SPOUSE DOE AP246 as Personal                    :
Representative of the Estate of DOE AP246,      :
Deceased and on behalf of all beneficiaries of  :
DOE AP246, Deceased;                            :

VEE STADELBERGER, as Personal                   :
Representative of the Estate of Richard         :
Stadelberger, Deceased and on behalf of all     :
beneficiaries of Richard Stadelberger;          :

REGINA E. GALLAGHER, as Personal                :
Representative of the Estate of Daniel James    :
Gallagher, Deceased and on behalf of all        :
beneficiaries of Daniel James Gallagher;        :

LOUISA ALLEGRETTO, as Personal                  :
Representative of the Estate of Edward L.        :
Allegretto, Deceased and on behalf of all       :
beneficiaries of Edward L. Allegretto;          :

ROCHELLE GERLICH, as Personal                   :
Representative of the Estate of Robert J. Gerlich, :
Deceased and on behalf of all beneficiaries of  :
Robert J. Gerlich;                              :

                                                :
                                                :
DANIEL GERLICH in their own right as the        :
Child of Robert J. Gerlich, Deceased;           :

                                                :
                                                :
LORRAINE A. GERLICH in their own right as       :
the Sibling of Robert J. Gerlich, Deceased;     :

                                                :
                                                :
MATT GERLICH in their own right as the Child    :
of Robert J. Gerlich, Deceased;                 :

ABRAHAM SCOTT, as Personal Representative       :
of the Estate of Janice Marie Scott, Deceased and :
on behalf of all beneficiaries of Janice Marie  :
Scott;                                          :

                                                :
                                                :
CLAUDETTE STALEY in their own right as the      :
Sibling of Janice Marie Scott, Deceased;        :

CRYSTAL MARIE SCOTT in their own right as
the Child of Janice Marie Scott, Deceased;

DARLENE CALDWELL in their own right as
the Sibling of Janice Marie Scott, Deceased;

DELORES JAMES in their own right as the
Sibling of Janice Marie Scott, Deceased;

DENISE M. HOLMES in their own right as the
Sibling of Janice Marie Scott, Deceased;

GERALDINE HOLMES in their own right as the
Parent of Janice Marie Scott, Deceased;

WILLETTE WAGES in their own right as the
Sibling of Janice Marie Scott, Deceased;

BIRGIT WISWE in their own right as the Sibling
of Sigrid Charlotte Wiswe, Deceased;

UTE MITCHELL in their own right as the Parent
of Sigrid Charlotte Wiswe, Deceased;

FRANK CARL SADOCHA in their own right as
the Parent of Francis John Sadocha, Deceased;

JOHN S. SADOCHA in their own right as the
Sibling of Francis John Sadocha, Deceased;

|   |   |
|---|---|
|   | : |
|   | : |
| NORMA T. SADOCHA in their own right as the Parent of Francis John Sadocha, Deceased; | : |
|   | : |
|   | : |
|   | : |
| SUSAN T. SADOCHA in their own right as the Sibling of Francis John Sadocha, Deceased; | : |
|   | : |
| BARBARA MERDINGER, as Personal Representative of the Estate of Alan Merdinger, Deceased and on behalf of all beneficiaries of Alan Merdinger; | : |
|   | : |
|   | : |
|   | : |
|   | : |
| MARIE LUKAS, as Personal Representative of the Estate of Marie Lukas, Deceased and on behalf of all beneficiaries of Marie Lukas; | : |
|   | : |
|   | : |
|   | : |
| SUSAN JONES, as Personal Representative of the Estate of Christopher Jones, Deceased and on behalf of all beneficiaries of Christopher Jones; | : |
|   | : |
|   | : |
|   | : |
| LOUIS JAGODA, as Personal Representative of the Estate of Jake D. Jogoda, Deceased and on behalf of all beneficiaries of Jake D. Jogoda; | : |
|   | : |
|   | : |
|   | : |
|   | : |
| ANNA MAY JOGODA in their own right as the Parent of Jake D. Jogoda, Deceased; | : |
|   | : |
| KIMBERLY G. YORK, as Personal Representative of the Estate of Edward Philip York, Deceased and on behalf of all beneficiaries of Edward Philip York; | : |
|   | : |
|   | : |
|   | : |
| JEANNE O'NEILL, as Personal Representative of the Estate of Peter J. O'Neill, Jr., Deceased and on behalf of all beneficiaries of Peter J. O'Neill, Jr.; | : |
|   | : |
|   | : |
|   | : |
| PETER J. O'NEILL, SR., as Personal Representative of the Estate of Peter J. O'Neill, Jr., Deceased and on behalf of all beneficiaries of Peter J. O'Neill, Jr.; | : |
|   | : |
|   | : |
|   | : |

|  |  |
|---|---|
|  | : |
|  | : |
| BRIDIE O'NEILL in their own right as the | : |
| Sibling of Peter J. O'Neill, Jr., Deceased; | : |
|  |  |
|  | : |
|  | : |
| THOMAS W. O'NEILL in their own right as the | : |
| Sibling of Peter J. O'Neill, Jr., Deceased; | : |
| CLAIRE A. GORAYEB, as Personal | : |
| Representative of the Estate of Catherine C. | : |
| Gorayeb, Deceased and on behalf of all | : |
| beneficiaries of Catherine C. Gorayeb; | : |
|  |  |
|  | : |
|  | : |
| ANDREW T. GORAYEB in their own right as | : |
| the Sibling of Catherine C. Gorayeb, Deceased; | : |
|  |  |
|  | : |
| CHRISTOPHER J. GORAYEB in their own | : |
| right as the Sibling of Catherine C. Gorayeb, | : |
| Deceased; | : |
|  |  |
|  | : |
|  | : |
| HELENE W. NELSON in their own right as the | : |
| Parent of Catherine C. Gorayeb, Deceased; | : |
|  |  |
|  | : |
|  | : |
| JOSEPH GORAYEB in their own right as the | : |
| Parent of Catherine C. Gorayeb, Deceased; | : |
| ELMA A. SUGRA, as Personal Representative | : |
| of the Estate of William Christopher Sugra, | : |
| Deceased and on behalf of all beneficiaries of | : |
| William Christopher Sugra; | : |
| WILLIAM J. SUGRA, as Personal | : |
| Representative of the Estate of William | : |
| Christopher Sugra, Deceased and on behalf of all | : |
| beneficiaries of William Christopher Sugra; | : |
| EDWARD S. ANDREWS, as Personal | : |
| Representative of the Estate of Michael Rourke | : |
| Andrews, Deceased and on behalf of all | : |
| beneficiaries of Michael Rourke Andrews; | : |

267

|  | : |
| ALANA SIRACUSE, as Personal Representative of the Estate of Peter Siracuse, Deceased and on behalf of all beneficiaries of Peter Siracuse; | : |
|  | : |
|  | : |
| DEBRA MERCURIO, as Personal Representative of the Estate of Ralph Mercurio, Deceased and on behalf of all beneficiaries of Ralph Mercurio; | : |
|  | : |
|  | : |
|  | : |
| JAMES S. GRAY, as Personal Representative of the Estate of Christopher Stewart Gray, Deceased and on behalf of all beneficiaries of Christopher Stewart Gray; | : |
|  | : |
|  | : |
|  | : |
| MAURIZIO D. GAZZANI, as Personal Representative of the Estate of Terence D. Gazzani, Deceased and on behalf of all beneficiaries of Terence D. Gazzani; | : |
|  | : |
|  | : |
|  | : |
| TRACY M. GAZZANI, as Personal Representative of the Estate of Terence D. Gazzani, Deceased and on behalf of all beneficiaries of Terence D. Gazzani; | : |
|  | : |
|  | : |
|  | : |
| KAI HERNANDEZ, as Personal Representative of the Estate of Glenn Thompson, Deceased and on behalf of all beneficiaries of Glenn Thompson; | : |
|  | : |
|  | : |
|  | : |
|  | : |
|  | : |
| CHRISTINE E. THOMPSON in their own right as the Sibling of Glenn Thompson, Deceased; | : |
|  | : |
|  | : |
|  | : |
| EDWARD THOMPSON in their own right as the Parent of Glenn Thompson, Deceased; | : |
|  | : |
|  | : |
|  | : |
| SCOTT M. THOMPSON in their own right as the Sibling of Glenn Thompson, Deceased; | : |
|  | : |
|  | : |
|  | : |
| VIOLET THOMPSON in their own right as the Parent of Glenn Thompson, Deceased; | : |

CATHERINE MAZZOTTA, as Personal                    :
Representative of the Estate of Jennifer Mazzotta,  :
Deceased and on behalf of all beneficiaries of     :
Jennifer Mazzotta;                                 :

                                                   :
                                                   :
CHARLES MAZZOTTA in their own right as             :
the Sibling of Jennifer Mazzotta, Deceased;        :

                                                   :
                                                   :
MICHELLE BONETTI in their own right as the         :
Sibling of Jennifer Mazzotta, Deceased;            :

                                                   :
                                                   :
VITO V. MAZZOTTA in their own right as the         :
Parent of Jennifer Mazzotta, Deceased;             :

LINDA ANN FAVUZZA, as Personal                     :
Representative of the Estate of Bernard Favuzza,    :
Deceased and on behalf of all beneficiaries of     :
Bernard Favuzza;                                   :

STEPHANIE ESPOSITO, as Personal                    :
Representative of the Estate of William J.          :
Esposito, Deceased and on behalf of all            :
beneficiaries of William J. Esposito;              :

                                                   :
                                                   :
CRAIG ESPOSITO in their own right as the           :
Child of William J. Esposito, Deceased;            :

                                                   :
                                                   :
SUSAN ESPOSITO in their own right as the           :
Child of William J. Esposito, Deceased;            :

                                                   :
GEORGE DEBIN, as Personal Representative of        :
the Estate of Anna M. DeBin, Deceased and on       :
behalf of all beneficiaries of Anna M. DeBin;      :

HAROLD C. MORRIS, JR., as Personal                 :
Representative of the Estate of Lynne Irene         :
Morris, Deceased and on behalf of all              :
beneficiaries of Lynne Irene Morris;               :

PATRICIA M. MORRIS, as Personal                    :
Representative of the Estate of Lynne Irene         :
Morris, Deceased and on behalf of all              :
beneficiaries of Lynne Irene Morris;               :

                                                   :
                                                   :
CHRISTINE MORRIS in their own right as the         :
Sibling of Lynne Irene Morris, Deceased;           :

                                                   :
                                                   :
EDWARD G. MORRIS in their own right as the         :
Sibling of Lynne Irene Morris, Deceased;           :

DEBORAH D. MARTIN, as Personal                     :
Representative of the Estate of William J. Martin, :
Deceased and on behalf of all beneficiaries of     :
William J. Martin;                                 :

CHRISTINE A. ANCHUNDIA, as Personal                :
Representative of the Estate of Joseph P.           :
Anchundia, Deceased and on behalf of all           :
beneficiaries of Joseph P. Anchundia;              :

                                                   :
                                                   :
ELIAS J. ANCHUNDIA in their own right as the       :
Sibling of Joseph P. Anchundia, Deceased;          :

                                                   :
                                                   :
ELIAS A. ANCHUNDIA in their own right as           :
the Parent of Joseph P. Anchundia, Deceased;       :

                                                   :
ELIZABETH R. ANCHUNDIA in their own                :
right as the Sibling of Joseph P. Anchundia,       :
Deceased;                                          :

LISA MELTZER, as Personal Representative of        :
the Estate of Stuart Todd Meltzer, Deceased and    :
on behalf of all beneficiaries of Stuart Todd      :
Meltzer;                                           :

                                                   :
                                                   :
JOYCE MELTZER in their own right as the            :
Parent of Stuart Todd Meltzer, Deceased;           :

KENNETH MELTZER in their own right as the
Sibling of Stuart Todd Meltzer, Deceased;

LAWRENCE MELTZER in their own right as
the Sibling of Stuart Todd Meltzer, Deceased;

ZACHARY MELTZER in their own right as the
Parent of Stuart Todd Meltzer, Deceased;

SRINIVASA VARADHAN, as Personal
Representative of the Estate of Gopalakrishnan
Varadhan, Deceased and on behalf of all
beneficiaries of Gopalakrishnan Varadhan;

VASUNDARA VARADHAN in their own right
as the Parent of Gopalakrishnan Varadhan,
Deceased;

ROBERT DOW in their own right as the Spouse
of Ruth Ketler, Deceased;

ROBERT WILLIAM HARVEY, as Personal
Representative of the Estate of Sarah Elizabeth
Manley, Deceased and on behalf of all
beneficiaries of Sarah Elizabeth Manley;

MAUREEN E. MEEHAN, as Personal
Representative of the Estate of William J.
Meehan, Jr., Deceased and on behalf of all
beneficiaries of William J. Meehan, Jr.;

WILLIAM MEEHAN, III in their own right as
the Child of William J. Meehan, Jr., Deceased;

EILEEN VARACCHI, as Personal
Representative of the Estate of Frederick
Varacchi, Deceased and on behalf of all
beneficiaries of Frederick Varacchi;

271

VIRGINIA M. DECOLA, as Personal                    :
Representative of the Estate of Paul DeCola,        :
Deceased and on behalf of all beneficiaries of     :
Paul DeCola;                                        :

JEAN SOMERVILLE, as Personal                       :
Representative of the Estate of Gregory Stajk,      :
Deceased and on behalf of all beneficiaries of     :
Gregory Stajk;                                      :

                                                   :
                                                   :
ELLEN STAJK SHELNUTT in their own right            :
as the Sibling of Gregory Stajk, Deceased;         :

                                                   :
INEZ PASKINS, as Personal Representative of        :
the Estate of Jerrold H. Paskins, Deceased and on  :
behalf of all beneficiaries of Jerrold H. Paskins; :

                                                   :
                                                   :
ROBERT R. PASKINS in their own right as the        :
Child of Jerrold H. Paskins, Deceased;             :

                                                   :
                                                   :
SARAH P. RUBINSTEIN in their own right as          :
the Sibling of Jerrold H. Paskins, Deceased;       :

                                                   :
REBECCA HOFER, as Personal Representative          :
of the Estate of John Hofer, Deceased and on       :
behalf of all beneficiaries of John Hofer;         :

                                                   :
                                                   :
BILLIE ANN HOFER in their own right as the         :
Parent of John Hofer, Deceased;                    :

                                                   :
                                                   :
RICHARD HOFER in their own right as the            :
Sibling of John Hofer, Deceased;                   :

                                                   :
                                                   :
SUSAN CANESO in their own right as the             :
Sibling of John Hofer, Deceased;                   :

CRAIG WALKER WOODALL in their own
right as the Sibling of Brent James Woodall,
Deceased;

ERIN E. KONSTANTINOW in their own right
as the Sibling of Brent James Woodall,
Deceased;

JOHN W. WOODALL in their own right as the
Parent of Brent James Woodall, Deceased;

MARY E. WOODALL in their own right as the
Parent of Brent James Woodall, Deceased;

LORETTA J. FILIPOV, as Personal
Representative of the Estate of Alexander M.
Filipov, Deceased and on behalf of all
beneficiaries of Alexander M. Filipov;

FELICE ZASLOW, as Personal Representative
of the Estate of Ira Zaslow, Deceased and on
behalf of all beneficiaries of Ira Zaslow;

ADAM ZASLOW in their own right as the Child
of Ira Zaslow, Deceased;

BRYAN ZASLOW in their own right as the
Child of Ira Zaslow, Deceased;

DIANN CORCORAN, as Personal
Representative of the Estate of John J. Corcoran,
III, Deceased and on behalf of all beneficiaries of
John J. Corcoran, III;

LILLIAN BAXTER, as Personal Representative
of the Estate of Jasper Baxter, Deceased and on
behalf of all beneficiaries of Jasper Baxter;

DENNIS BAXTER in their own right as the
Sibling of Jasper Baxter, Deceased;

DIANE BAXTER in their own right as the
Sibling of Jasper Baxter, Deceased;

DONALD BAXTER in their own right as the
Sibling of Jasper Baxter, Deceased;

JEDELLE BAXTER, JR. in their own right as
the Sibling of Jasper Baxter, Deceased;

JUANITA WHATLEY in their own right as the
Sibling of Jasper Baxter, Deceased;

LAWRENCE BAXTER in their own right as the
Sibling of Jasper Baxter, Deceased;

MATTIE L. BAXTER in their own right as the
Parent of Jasper Baxter, Deceased;

KATIE A. ROHNER in their own right as the
Sibling of Scott W. Rohner, Deceased;

KRISTEN NEPOLA in their own right as the
Sibling of Scott W. Rohner, Deceased;

MICHAEL R. ROHNER in their own right as the
Sibling of Scott W. Rohner, Deceased;

274

STEPHEN J. ROHNER in their own right as the
Sibling of Scott W. Rohner, Deceased;

THOMAS G. ROHNER in their own right as the
Sibling of Scott W. Rohner, Deceased;

MARY KAYE CRENSHAW, as Personal
Representative of the Estate of Michael M.
Taylor, Deceased and on behalf of all
beneficiaries of Michael M. Taylor;

CLARA S. TAYLOR in their own right as the
Parent of Michael M. Taylor, Deceased;

JAMES J. TAYLOR in their own right as the
Sibling of Michael M. Taylor, Deceased;

JAMES H. TAYLOR in their own right as the
Parent of Michael M. Taylor, Deceased;

KATHRYN TAYLOR TEARE in their own right
as the Sibling of Michael M. Taylor, Deceased;

AGNES M. MCERLEAN in their own right as
the Parent of John T. McErlean, Jr., Deceased;

AGNES DUHAMEL in their own right as the
Sibling of John T. McErlean, Jr., Deceased;

CATHERINE FRANCESE in their own right as
the Sibling of John T. McErlean, Jr., Deceased;

275

JOHN T. MCERLEAN, SR. in their own right as
the Parent of John T. McErlean, Jr., Deceased;

MARIE M. HUNTER in their own right as the
Sibling of John T. McErlean, Jr., Deceased;

MARY LOUISE WHITE, as Personal
Representative of the Estate of Honor Elizabeth
Wainio, Deceased and on behalf of all
beneficiaries of Honor Elizabeth Wainio;

NANCY PEDICINI, as Personal Representative
of the Estate of Thomas Pedicini, Deceased and
on behalf of all beneficiaries of Thomas Pedicini;

ALBERT PEDICINI in their own right as the
Parent of Thomas Pedicini, Deceased;

ANNE PEDICINI in their own right as the
Sibling of Thomas Pedicini, Deceased;

JUNE COLAIO in their own right as the Sibling
of Thomas Pedicini, Deceased;

PAMELA MORACE in their own right as the
Sibling of Thomas Pedicini, Deceased;

MARMILY CABRERA, as Personal
Representative of the Estate of Pedro Checo,
Deceased and on behalf of all beneficiaries of
Pedro Checo;

KIM L. LASKO, as Personal Representative of
the Estate of Gary E. Lasko, Deceased and on
behalf of all beneficiaries of Gary E. Lasko;

276

:
:
BARBARA J. LASKO in their own right as the          :
Parent of Gary E. Lasko, Deceased;                  :

:
:
EDWARD R. LASKO in their own right as the           :
Parent of Gary E. Lasko, Deceased;                  :

:
SHEILA C. HOBIN, as Personal Representative         :
of the Estate of James J. Hobin, Deceased and on    :
behalf of all beneficiaries of James J. Hobin;      :

:
:
DONNA DIETRICH in their own right as the            :
Sibling of James J. Hobin, Deceased;                :

:
:
SEAN M. HOBIN in their own right as the Child       :
of James J. Hobin, Deceased;                        :

:
JUNGMI LEE, as Personal Representative of the       :
Estate of Dong Chul Lee, Deceased and on behalf     :
of all beneficiaries of Dong Chul Lee;              :

FRANK JENSEN, as Personal Representative of         :
the Estate of Suzanne M. Calley, Deceased and       :
on behalf of all beneficiaries of Suzanne M.        :
Calley;                                             :

:
:
NORMA J. KELEHER in their own right as the          :
Parent of Suzanne M. Calley, Deceased;              :

EARL A. DORSEY, as Personal Representative          :
of the Estate of Dora Marie Menchaca, Deceased      :
and on behalf of all beneficiaries of Dora Marie    :
Menchaca;                                           :

PAULA SHAPIRO, as Personal Representative           :
of the Estate of Eric Adam Eisenberg, Deceased      :
and on behalf of all beneficiaries of Eric Adam     :
Eisenberg;                                          :

JANINE L. VANRIPER, as Personal                     :
Representative of the Estate of Barbara A. Shaw,     :
Deceased and on behalf of all beneficiaries of      :
Barbara A. Shaw;                                     :

                                                     :
                                                     :
MARI GLICK STUART in their own right as the          :
Spouse of Steven L. Glick, Deceased;                 :

                                                     :
                                                     :
CHRISTINA CAMBEIS in their own right as the          :
Child of Alfred J. Braca, Deceased;                  :

                                                     :
                                                     :
DAVID JOHN BRACA in their own right as the           :
Child of Alfred J. Braca, Deceased;                  :

                                                     :
                                                     :
DEANNA WIRTH in their own right as the               :
Child of Alfred J. Braca, Deceased;                  :

BHARTI PARMAR, as Personal Representative            :
of the Estate of Hashmukhrai C. Parmar,              :
Deceased and on behalf of all beneficiaries of       :
Hashmukhrai C. Parmar;                               :

                                                     :
                                                     :
SIBLING DOE AP268 in their own right as the          :
Sibling of DOE AP268, Deceased;                      :

                                                     :
                                                     :
SIBLING DOE AP269 in their own right as the          :
Sibling of DOE AP269, Deceased;                      :

                                                     :
                                                     :
PARENT DOE AP924 in their own right as the           :
Parent of DOE AP924, Deceased;                       :

LINDA LEBLANC, as Personal Representative            :
of the Estate of Natalie Janis Lasden, Deceased      :
and on behalf of all beneficiaries of Natalie Janis  :
Lasden;                                              :

278

SANDRA LANG, as Personal Representative of           :
the Estate of Brendan Mark Lang, Deceased and        :
on behalf of all beneficiaries of Brendan Mark       :
Lang;                                                :

ROBERT FAZIO, SR., as Personal                       :
Representative of the Estate of Robert Fazio, Jr.,   :
Deceased and on behalf of all beneficiaries of       :
Robert Fazio, Jr.;                                   :

                                                     :
                                                     :
CAROLE LOVERO in their own right as the              :
Sibling of Robert Fazio, Jr., Deceased;              :

                                                     :
                                                     :
FELICIA C. FAZIO in their own right as the           :
Parent of Robert Fazio, Jr., Deceased;               :

RONALD B. CREGAN, as Personal                        :
Representative of the Estate of Joanne Mary          :
Cregan, Deceased and on behalf of all                :
beneficiaries of Joanne Mary Cregan;                 :

                                                     :
GRACE ELIZABETH CREGAN in their own                  :
right as the Sibling of Joanne Mary Cregan,          :
Deceased;                                            :

                                                     :
                                                     :
MARY CREGAN in their own right as the Parent         :
of Joanne Mary Cregan, Deceased;                     :

                                                     :
RONALD PATRICK CREGAN in their own                   :
right as the Sibling of Joanne Mary Cregan,          :
Deceased;                                            :

MARJORIE FARLEY, as Personal                         :
Representative of the Estate of Paige Farley         :
Hackel, Deceased and on behalf of all                :
beneficiaries of Paige Farley Hackel;                :

                                                     :
                                                     :
ALLAN R. HACKEL in their own right as the            :
Spouse of Paige Farley Hackel, Deceased;             :

ELI MEDINA, as Personal Representative of the
Estate of Abigail Medina, Deceased and on
behalf of all beneficiaries of Abigail Medina;

:
:
:
:

CLARA L. PACHOMSKI, as Personal
Representative of the Estate of Wendy A.
Wakeford, Deceased and on behalf of all
beneficiaries of Wendy A. Wakeford;

:
:
:
:
:

ADA DOLCH in their own right as the Sibling of
Wendy A. Wakeford, Deceased;

:
:
:
:

CLARA ROSARIO in their own right as the
Parent of Wendy A. Wakeford, Deceased;

:
:
:
:

EDWIN ROSARIO in their own right as the
Sibling of Wendy A. Wakeford, Deceased;

:
:
:
:

MIRIAM PAINE in their own right as the Sibling
of Wendy A. Wakeford, Deceased;

:
:
:
:

RAQUEL NEGRON in their own right as the
Sibling of Wendy A. Wakeford, Deceased;

:
:
:
:

CARLOS R. COLON, as Personal
Representative of the Estate of Linda M. Colon,
Deceased and on behalf of all beneficiaries of
Linda M. Colon;

:
:
:
:

BARBARA BRIDGES, as Personal
Representative of the Estate of Sharon Moore,
Deceased and on behalf of all beneficiaries of
Sharon Moore;

:
:
:
:

ARINA BRIDGES in their own right as the
Sibling of Sharon Moore, Deceased;

:
:
:
:

```
                                              :
                                              :
EUGENE MOORE in their own right as the        :
Parent of Sharon Moore, Deceased;             :

                                              :
                                              :
KARINA MOORE in their own right as the        :
Sibling of Sharon Moore, Deceased;            :

                                              :
                                              :
RAYBURN MOORE in their own right as the       :
Sibling of Sharon Moore, Deceased;            :

                                              :
                                              :
VIOLET MADDIX in their own right as the       :
Sibling of Sharon Moore, Deceased;            :

CHARLES O'NEAL SNYDER, as Personal            :
Representative of the Estate of Christine Ann :
Snyder, Deceased and on behalf of all         :
beneficiaries of Christine Ann Snyder;        :

BERNARD HEERAN, as Personal                   :
Representative of the Estate of Charles F.X.  :
Heeran, Deceased and on behalf of all         :
beneficiaries of Charles F.X. Heeran;         :

                                              :
JOAN DEMEO, as Personal Representative of     :
the Estate of Martin N. DeMeo, Deceased and on:
behalf of all beneficiaries of Martin N. DeMeo;:

ANTONIA GARGANO, as Personal                  :
Representative of the Estate of Rocco Nino    :
Gargano, Deceased and on behalf of all        :
beneficiaries of Rocco Nino Gargano;          :

                                              :
                                              :
RUTH BOWMAN WHITE in their own right as       :
the Parent of Larry Bowman, Deceased;         :

CINDY RODRIGUEZ, as Personal                  :
Representative of the Estate of Richard       :
Rodriguez, Deceased and on behalf of all      :
beneficiaries of Richard Rodriguez;           :
```

281

MICHAEL EVERETT BROWN, as Personal      :
Representative of the Estate of Patrick J. Brown,   :
Deceased and on behalf of all beneficiaries of      :
Patrick J. Brown;                                                        :

                                                                                    :
                                                                                    :
CAROLYN M. NEGRON in their own right as     :
the Sibling of Patrick J. Brown, Deceased;         :

MARIANNE FITZPATRICK, as Personal             :
Representative of the Estate of Thomas J.           :
Fitzpatrick, Deceased and on behalf of all          :
beneficiaries of Thomas J. Fitzpatrick;               :

                                                                                    :
                                                                                    :
MICHAEL J. FITZPATRICK in their own right    :
as the Parent of Thomas J. Fitzpatrick, Deceased;  :

                                                                                    :
MICHAEL S. FITZPATRICK in their own right    :
as the Sibling of Thomas J. Fitzpatrick,              :
Deceased;                                                                    :

                                                                                    :
                                                                                    :
ROSEANNA FITZPATRICK in their own right      :
as the Parent of Thomas J. Fitzpatrick, Deceased;  :

                                                                                    :
                                                                                    :
JEANETTE VIGIANO in their own right as the    :
Parent of John Thomas Vigiano, II, Deceased;    :

                                                                                    :
                                                                                    :
JOHN T. VIGIANO in their own right as the        :
Parent of John Thomas Vigiano, II, Deceased;    :

FELICITA MARIA SANCHEZ, as Personal         :
Representative of the Estate of Jesus Sanchez,    :
Deceased and on behalf of all beneficiaries of     :
Jesus Sanchez;                                                          :

                                                                                    :
                                                                                    :
JESUS SANCHEZ, SR. in their own right as the   :
Parent of Jesus Sanchez, Deceased;                    :

FRANCINE KAPLAN, as Personal                    :
Representative of the Estate of Robin Kaplan,   :
Deceased and on behalf of all beneficiaries of  :
Robin Kaplan;                                   :

                                                :
                                                :
EDWARD KAPLAN in their own right as the         :
Parent of Robin Kaplan, Deceased;               :

                                                :
                                                :
MARK KAPLAN in their own right as the           :
Sibling of Robin Kaplan, Deceased;              :

MARY CHRISTINE COOMBS, as Personal              :
Representative of the Estate of Jeffrey W.       :
Coombs, Deceased and on behalf of               :
all beneficiaries of Jeffrey W. Coombs;         :

                                                :
NANCY KELLY in their own right and on           :
behalf of their minor children of James M. Roux, :
Deceased;                                       :

TU A. HONGUYEN, as Personal Representative      :
of the Estate of Khang N. Nguyen, Deceased and   :
on behalf of all beneficiaries of Khang N.       :
Nguyen;                                         :

CARMEN RODRIGUEZ, as Personal                   :
Representative of the Estate of Angel Perez, Jr., :
Deceased and on behalf of all beneficiaries of   :
Angel Perez, Jr.;                               :

                                                :
                                                :
MARIELA FLORES in their own right as the        :
Sibling of Angel Perez, Jr., Deceased;          :

                                                :
                                                :
RAMON RODRIGUEZ in their own right as the       :
Sibling of Angel Perez, Jr., Deceased;          :

BARBARA GOWELL, as Personal                     :
Representative of the Estate of Douglas A.        :
Gowell, Deceased and on behalf of all            :
beneficiaries of Douglas A. Gowell;             :

JESSICA GOWELL in their own right as the
Child of Douglas A. Gowell, Deceased;

:
:
:
:

MICHAEL GOWELL in their own right as the
Child of Douglas A. Gowell, Deceased;
MARGARET MARY OGONOWSKI, as
Personal Representative of the Estate of John
Alexander Ogonowski, Deceased and on behalf
of all beneficiaries of John Alexander
Ogonowski;

:
:
:
:
:
:
:

CAROL A. OGONOWSKI in their own right as
the Sibling of John Alexander Ogonowski,
Deceased;

:
:
:
:

JAMES OGONOWSKI in their own right as the
Sibling of John Alexander Ogonowski,
Deceased;

:
:
:
:

JOSEPH OGONOWSKI in their own right as the
Sibling of John Alexander Ogonowski,
Deceased;

:
:
:
:

THERESA OGONOWSKI in their own right as
the Parent of John Alexander Ogonowski,
Deceased;

:
:
:
:

JAMES O'BRIEN, as Personal Representative of
the Estate of James O'Brien, Jr., Deceased and on
behalf of all beneficiaries of James O'Brien, Jr.;

:
:
:
:

DAVID B. BRANDHORST, as Personal
Representative of the Estate of Daniel Raymond
Brandhorst, Deceased and on behalf of all
beneficiaries of Daniel Raymond Brandhorst;

:
:
:
:

BRENDAN H. REILLY in their own right as the
Sibling of Timothy E. Reilly, Deceased;

:
:
:

SPOUSE DOE AP290 as Personal                                    :
Representative of the Estate of DOE AP290,                       :
Deceased and on behalf of all beneficiaries of                  :
DOE AP290, Deceased;                                            :

ANNETTE M. PALAZZOLO, as Personal                              :
Representative of the Estate of Richard A.                       :
Palazzolo, Deceased and on behalf of all                        :
beneficiaries of Richard A. Palazzolo;                          :

                                                                :
GAY L. MORRIS-MARTEL in their own right                        :
as the Sibling of Wendy Ruth Faulkner,                          :
Deceased;                                                       :

                                                                :
JEANETTE MORRIS-FRIEDRICH in their own                        :
right as the Sibling of Wendy Ruth Faulkner,                    :
Deceased;                                                       :

                                                                :
                                                                :
LORNA MORRIS in their own right as the                         :
Parent of Wendy Ruth Faulkner, Deceased;                        :

RAFFAELLA CRISCI, as Personal                                  :
Representative of the Estate of John A. Crisci,                  :
Deceased and on behalf of all beneficiaries of                  :
John A. Crisci;                                                 :

LOUISE HUGHES, as Personal Representative                      :
of the Estate of Robert T. Hughes, Jr., Deceased                :
and on behalf of all beneficiaries of Robert T.                 :
Hughes, Jr.;                                                    :

ROBERT HUGHES, as Personal Representative                     :
of the Estate of Robert T. Hughes, Jr., Deceased                :
and on behalf of all beneficiaries of Robert T.                 :
Hughes, Jr.;                                                    :

                                                                :
                                                                :
LEIGHA HUGHES in their own right as the                        :
Sibling of Robert T. Hughes, Jr., Deceased;                     :

                                                                :
                                                                :
SHANIN HUGHES in their own right as the                        :
Sibling of Robert T. Hughes, Jr., Deceased;                     :

MARY E. ARMSTRONG, as Personal                    :
Representative of the Estate of Michael Joseph     :
Armstrong, Deceased and on behalf of all          :
beneficiaries of Michael Joseph Armstrong;        :

                                                       :

GABRIEL ARMSTRONG in their own right as           :
the Parent of Michael Joseph Armstrong,           :
Deceased;                                          :

                                                       :

GERARD ARMSTRONG in their own right as            :
the Sibling of Michael Joseph Armstrong,          :
Deceased;                                          :

                                                       :

LAURA A. ARMSTRONG in their own right as          :
the Sibling of Michael Joseph Armstrong,          :
Deceased;                                          :

                                                       :

MARIAN ARMSTRONG in their own right as            :
the Sibling of Michael Joseph Armstrong,          :
Deceased;                                          :

RICHARD L. BOOMS, as Personal                     :
Representative of the Estate of Kelly Ann          :
Booms, Deceased and on behalf of all              :
beneficiaries of Kelly Ann Booms;                 :

                                                       :
                                                       :

SHELLY GENOVESE in their own right as the         :
Spouse of Steven G. Genovese, Deceased;           :

                                                       :

CRAIG D. CARLSON in their own right and on        :
behalf of their minor children of Rosemarie C.     :
Carlson, Deceased;                                 :

                                                       :

NIGEL COX, as Personal Representative of the      :
Estate of Andre Cox, Deceased and on behalf of    :
all beneficiaries of Andre Cox;                   :

                                                       :
                                                       :

GLENICE COX-ROACH in their own right as           :
the Sibling of Andre Cox, Deceased;               :

|  |  |
|---|---|
|  | : |
|  | : |
| PRINCINA COX in their own right as the Parent of Andre Cox, Deceased; | : |
|  | : |
|  | : |
|  | : |
| WENDELL COX in their own right as the Sibling of Andre Cox, Deceased; | : |
|  | : |
| LAWANDA SIMMONS, as Personal Representative of the Estate of Wendy L. Small, Deceased and on behalf of all beneficiaries of Wendy L. Small; | : |
|  | : |
|  | : |
|  | : |
|  | : |
| C. SUE DAVIS-WESTMORELAND in their own right as the Sibling of Ada M. Davis, Deceased; | : |
|  | : |
|  | : |
|  | : |
|  | : |
| CHRISTINE FLORENCE PATTERSON in their own right as the Sibling of Ada M. Davis, Deceased; | : |
|  | : |
|  | : |
|  | : |
|  | : |
| GEORGIA D. DAVIS in their own right as the Sibling of Ada M. Davis, Deceased; | : |
|  | : |
|  | : |
|  | : |
| NOLTON CHRISTOPHER DAVIS in their own right as the Child of Ada M. Davis, Deceased; | : |
|  | : |
|  | : |
|  | : |
| NORRIS DAVIS in their own right as the Sibling of Ada M. Davis, Deceased; | : |
|  | : |
|  | : |
|  | : |
| PHILLIP DAVIS in their own right as the Sibling of Ada M. Davis, Deceased; | : |
|  | : |
|  | : |
|  | : |
| ROSSLYN D. DAVIS in their own right as the Child of Ada M. Davis, Deceased; | : |

YOLANDA L. DAVIS in their own right as the
Child of Ada M. Davis, Deceased;

ZENOVIA M. CUYLER in their own right as the
Child of Ada M. Davis, Deceased;

PETRINA M. PICERNO, as Personal
Representative of the Estate of Matthew M.
Picerno, Deceased and on behalf of all
beneficiaries of Matthew M. Picerno;

CORINNE BUNIN in their own right as the
Parent of Stephen Bunin, Deceased;

KITTY BUNIN in their own right as the Sibling
of Stephen Bunin, Deceased;

LISA T. DOLAN, as Personal Representative of
the Estate of Robert E. Dolan, Deceased and on
behalf of all beneficiaries of Robert E. Dolan;

BARBARA FREUND SALVADORE in their
own right as the Sibling of Peter Louis Freund,
Deceased;

CAROL FREUND in their own right as the
Sibling of Peter Louis Freund, Deceased;

MITCHUM KELVIN CUMMINGS, as Personal
Representative of the Estate of Joyce Cummings,
Deceased and on behalf of all beneficiaries of
Joyce Cummings;

CHARLES E. SABIN, JR. in their own right as
the Child of Charles E. Sabin, Deceased;

288

:
:
PAUL SABIN in their own right as the Child of :
Charles E. Sabin, Deceased; :

MICHAEL J. MONYAK, as Personal :
Representative of the Estate of Cheryl Ann :
Monyak, Deceased and on behalf of all :
beneficiaries of Cheryl Ann Monyak; :

:
:
DORIS M. MONYAK in their own right as the :
Parent of Cheryl Ann Monyak, Deceased; :

ARLENE SACERDOTE, as Personal :
Representative of the Estate of Joseph Francis :
Sacerdote, Deceased and on behalf of all :
beneficiaries of Joseph Francis Sacerdote; :

TAMMY G. WILLIAMS, as Personal :
Representative of the Estate of Dwayne :
Williams, Deceased and on behalf of all :
beneficiaries of Dwayne Williams; :

DOROTHY GARCIA, as Personal :
Representative of the Estate of Andrew Garcia, :
Deceased and on behalf of all beneficiaries of :
Andrew Garcia; :

:
:
ANDREW T. GARCIA in their own right as the :
Child of Andrew Garcia, Deceased; :

DEBORAH L. HAYES, as Personal :
Representative of the Estate of Robert Jay Hayes, :
Deceased and on behalf of all beneficiaries of :
Robert Jay Hayes; :

:
CLAIRE ANGELL MILLER in their own right :
as the Sibling of David Lawrence Angell, :
Deceased; :

JANET FAZIO, as Personal Representative of :
the Estate of Ronald C. Fazio, Sr., Deceased and :
on behalf of all beneficiaries of Ronald C. Fazio, :
Sr.; :

LAUREN MARIE FAZIO in their own right as
the Child of Ronald C. Fazio, Sr., Deceased;

ROBERT FAZIO in their own right as the Child
of Ronald C. Fazio, Sr., Deceased;

RONALD C. FAZIO, JR. in their own right as
the Child of Ronald C. Fazio, Sr., Deceased;

JOANN ANDERSON in their own right as the
Child of Barbara A. Keating, Deceased;

JOHN KEATING in their own right as the Child
of Barbara A. Keating, Deceased;

PAUL J. KEATING in their own right as the
Child of Barbara A. Keating, Deceased;

MICHAEL KEATING, as Personal
Representative of the Estate of Barbara A.
Keating, Deceased and on behalf of all
beneficiaries of Barbara A. Keating;

SPOUSE DOE AP256 as Personal
Representative of the Estate of DOE AP256,
Deceased and on behalf of all beneficiaries of
DOE AP256, Deceased;

SIBLING DOE AP259 in their own right as the
Sibling of DOE AP259, Deceased;

PARENT DOE AP257 in their own right as the
Parent of DOE AP257, Deceased;

:
:
SIBLING DOE AP258 in their own right as the                    :
Sibling of DOE AP258, Deceased;                                :

SYLVIA ANNETTE CARVER, as Personal                             :
Representative of the Estate of Sharon Ann                      :
Carver, Deceased and on behalf of all                          :
beneficiaries of Sharon Ann Carver;                            :

:
:
ARTHUR CARVER in their own right as the                        :
Sibling of Sharon Ann Carver, Deceased;                        :

:
:
JANET CARVER in their own right as the                         :
Sibling of Sharon Ann Carver, Deceased;                        :

:
:
REGINALD CARVER in their own right as the                      :
Sibling of Sharon Ann Carver, Deceased;                        :

:
:
TANGELA WILKES in their own right as the                       :
Sibling of Sharon Ann Carver, Deceased;                        :

:
:
VERONICA CARVER in their own right as the                      :
Sibling of Sharon Ann Carver, Deceased;                        :

THANKACHAN RAJU, as Personal                                   :
Representative of the Estate of Valsa Raju,                     :
Deceased and on behalf of all beneficiaries of                 :
Valsa Raju;                                                    :

:
:
AMMINI G. ABRAHAM in their own right as                        :
the Sibling of Valsa Raju, Deceased;                           :

:
:
ANNAMMA THOMAS in their own right as the                       :
Sibling of Valsa Raju, Deceased;                               :

SARAMMA JOHN in their own right as the
Sibling of Valsa Raju, Deceased;

SOSAMMA GEORGE in their own right as the
Parent of Valsa Raju, Deceased;

SOSAMMA MUKKADAN in their own right as
the Sibling of Valsa Raju, Deceased;

NUNZIO G. VIRGILIO, as Personal
Representative of the Estate of Francine Virgilio,
Deceased and on behalf of all beneficiaries of
Francine Virgilio;

EDWARD ALBERT in their own right as the
Parent of Jon L. Albert, Deceased;

GILBERTO A. NEIRA, as Personal
Representative of the Estate of Laurie Ann Neira,
Deceased and on behalf of all beneficiaries of
Laurie Ann Neira;

CHRISTOPHER O. NEIRA in their own right as
the Child of Laurie Ann Neira, Deceased;

FRANCISCA A. WESTER in their own right as
the Child of Laurie Ann Neira, Deceased;

ANN M. BROWNE in their own right as the
Sibling of Francis E. Grogan, Deceased;

JEANETTE A. MARSHALL in their own right
as the Parent of John Daniel Marshall, Deceased;

|  | : |
|  | : |
| LORI T. MARSHALL in their own right as the Spouse of John Daniel Marshall, Deceased; | : |
| | : |
| BETH ANN FARAGHER, as Personal Representative of the Estate of Kathleen Faragher, Deceased and on behalf of all beneficiaries of Kathleen Faragher; | : : : : |
| | : |
| | : |
| BEVERLY FARAGHER in their own right as the Parent of Kathleen Faragher, Deceased; | : : |
| | : |
| | : |
| JAMES A. FARAGHER in their own right as the Sibling of Kathleen Faragher, Deceased; | : : |
| | : |
| | : |
| MARY F. WATERMAN in their own right as the Sibling of Kathleen Faragher, Deceased; | : : |
| | : |
| | : |
| WILLIAM E. FARAGHER in their own right as the Parent of Kathleen Faragher, Deceased; | : : |
| | : |
| | : |
| WILLIAM FARAGHER in their own right as the Sibling of Kathleen Faragher, Deceased; | : : |
| VICTORIA LOUISE LAWN, as Personal Representative of the Estate of Steven Lawn, Deceased and on behalf of all beneficiaries of Steven Lawn; | : : : : |
| MALCOLM PHILLIP CAMPBELL, as Personal Representative of the Estate of Geoff Thomas Campbell, Deceased and on behalf of all beneficiaries of Geoff Thomas Campbell; | : : : : |
| | : |
| JIUN-MIN LIU, as Personal Representative of the Estate of Ming-Hao Liu, Deceased and on behalf of all beneficiaries of Ming-Hao Liu; | : : : |

293

JULIA RIVAS in their own right as the Parent of Moises Rivas, Deceased;

NANCY ELIZABETH RIVAS MOLINA in their own right as the Sibling of Moises Rivas, Deceased;

SHEILA MCPHERSON in their own right as the Sibling of Colin Richard Mcarthur, Deceased;

SPOUSE DOE AP289 as Personal Representative of the Estate of DOE AP289, Deceased and on behalf of all beneficiaries of DOE AP289, Deceased;

DEBORAH ANN SCHUMANN in their own right as the Sibling of Daniel John Lee, Deceased;

ROSANNE H. COSTANZA in their own right as the Parent of Daniel John Lee, Deceased;

TIMOTHY PROVENZANO in their own right as the Sibling of Daniel John Lee, Deceased;

PATRICIA E. HARGRAVE in their own right as the Spouse of Timothy J. Hargrave, Deceased;

CHILD DOE AP251 in their own right as the Child of DOE AP251, Deceased;

DEENA LAVERTY, as Personal Representative of the Estate of Anna A. Laverty, Deceased and on behalf of all beneficiaries of Anna A. Laverty;

:
:
KEVIN P. LAVERTY in their own right as the          :
Spouse of Anna A. Laverty, Deceased;                 :

:
MARIA ARYEE, as Personal Representative of          :
the Estate of Japhet Aryee, Deceased and on         :
behalf of all beneficiaries of Japhet Aryee;        :

:
:
TEIKO ARYEE in their own right as the Child of      :
Japhet Aryee, Deceased;                              :

THOMAS CULLINAN, as Personal                         :
Representative of the Estate of Joan Mcconnell      :
Cullinan, Deceased and on behalf of all             :
beneficiaries of Joan Mcconnell Cullinan;           :

:
:
BLAISE JOUDZEVICH in their own right as the         :
Sibling of Joan Mcconnell Cullinan, Deceased;       :

DONNA S. HUGHES, as Personal                         :
Representative of the Estate of Paul Rexford        :
Hughes, Deceased and on behalf of all               :
beneficiaries of Paul Rexford Hughes;               :

:
:
MICHELE CAVIASCO in their own right as the          :
Sibling of Jean C. Depalma, Deceased;               :

:
KATE WALSH, as Personal Representative of           :
the Estate of James Walsh, Deceased and on          :
behalf of all beneficiaries of James Walsh;         :

LAURI T. ISBRANDTSEN, as Personal                    :
Representative of the Estate of Erik Hans           :
Isbrandtsen, Deceased and on behalf of all          :
beneficiaries of Erik Hans Isbrandtsen;             :

:
:
DIRK H. ISBRANDTSEN in their own right as           :
the Parent of Erik Hans Isbrandtsen, Deceased;      :

HELEN O'MAHONY BRADLEY in their own                    :
right as the Parent of Matthew T. O'Mahony,            :
Deceased;                                              :
                                                       :
                                                       :
JOHN O'MAHONY in their own right as the                :
Sibling of Matthew T. O'Mahony, Deceased;              :
                                                       :
KAREN O'MAHONY SPEIDELL in their own                   :
right as the Sibling of Matthew T. O'Mahony,           :
Deceased;                                              :
                                                       :
                                                       :
ROBERT J. O'MAHONY in their own right as               :
the Sibling of Matthew T. O'Mahony, Deceased;          :
                                                       :
                                                       :
STEPHEN O'MAHONY in their own right as the             :
Sibling of Matthew T. O'Mahony, Deceased;              :
                                                       :
                                                       :
MARY E. PELED in their own right as the                :
Sibling of Kevin Patrick York, Deceased;               :
                                                       :
                                                       :
SUSAN YORK in their own right as the Sibling           :
of Kevin Patrick York, Deceased;                       :
                                                       :
MICHAEL O. WAHLSTROM, as Personal                      :
Representative of the Estate of Mary Alice             :
Wahlstrom, Deceased and on behalf of all               :
beneficiaries of Mary Alice Wahlstrom;                 :
                                                       :
                                                       :
SCOTT E. WAHLSTROM in their own right as               :
the Child of Mary Alice Wahlstrom, Deceased;           :
                                                       :
JOHN A. MARTIN, as Personal Representative             :
of the Estate of Karren A. Martin, Deceased and        :
on behalf of all beneficiaries of Karren A.            :
Martin;                                                :

PAUL R. MARTIN, as Personal Representative              :
of the Estate of Karren A. Martin, Deceased and        :
on behalf of all beneficiaries of Karren A.            :
Martin;                                                :

                                                       :
                                                       :
ANGELA RIDGE in their own right as the                 :
Sibling of Robert Douglas Eaton, Deceased;             :

                                                       :
BARBARA J. STEPHENSON in their own right               :
as the Sibling of Robert Douglas Eaton,                :
Deceased;                                              :

                                                       :
                                                       :
DOUGLAS EATON in their own right as the                :
Parent of Robert Douglas Eaton, Deceased;              :

                                                       :
                                                       :
LAURA EATON in their own right as the Parent           :
of Robert Douglas Eaton, Deceased;                     :

PAUL J. STANLEY, as Personal Representative            :
of the Estate of Mary Domenica Stanley,                :
Deceased and on behalf of all beneficiaries of         :
Mary Domenica Stanley;                                 :

                                                       :
                                                       :
LUCIA BALZAN in their own right as the                 :
Sibling of Mary Domenica Stanley, Deceased;            :

LISA M. INZERILLO, as Personal                         :
Representative of the Estate of William E.             :
Krukowski, Deceased and on behalf of all              :
beneficiaries of William E. Krukowski;                :

WANDALEE ARENA, as Personal                            :
Representative of the Estate of Louis Arena,           :
Deceased and on behalf of all beneficiaries of         :
Louis Arena;                                           :

                                                       :
EILEEN R. PETTI, as Personal Representative of         :
the Estate of Philip S. Petti, Deceased and on         :
behalf of all beneficiaries of Philip S. Petti;        :

ADRIAN L. FORAN in their own right as the
Sibling of Philip S. Petti, Deceased;

ANTIMO PETTI in their own right as the Parent
of Philip S. Petti, Deceased;

CATHERINE PETTI in their own right as the
Parent of Philip S. Petti, Deceased;

JACQUELINE BUTT in their own right as the
Sibling of Philip S. Petti, Deceased;

THOMAS D. PETTI in their own right as the
Sibling of Philip S. Petti, Deceased;

JUDITH M. GLICK, as Personal Representative
of the Estate of Barry H. Glick, Deceased and on
behalf of all beneficiaries of Barry H. Glick;

WANDA GARCIA-ORTIZ, as Personal
Representative of the Estate of Emilio Ortiz,
Deceased and on behalf of all beneficiaries of
Emilio Ortiz;

MARY E. JONES, as Personal Representative of
the Estate of Christoffer Mikael Carstanjen,
Deceased and on behalf of all beneficiaries of
Christoffer Mikael Carstanjen;

MIKAEL CARSTANJEN, as Personal
Representative of the Estate of Christoffer
Mikael Carstanjen, Deceased and on behalf of all
beneficiaries of Christoffer Mikael Carstanjen;

MIRIAM HORROCKS, as Personal
Representative of the Estate of Michael Robert
Horrocks, Deceased and on behalf of all
beneficiaries of Michael Robert Horrocks;

RUTH GREEN ARON in their own right as the
Parent of Joshua Todd Aron, Deceased;                          :

MICHAEL E. FLAGG, as Personal                                 :
Representative of the Estate of Darlene Embree                 :
Flagg, Deceased and on behalf of all
beneficiaries of Darlene Embree Flagg;                         :

MICHAEL E. FLAGG in their own right as the                    :
Child of Wilson Falor Flagg, Deceased;                         :

JAMES T. BUECHE, as Personal Representative                   :
of the Estate of Nancy Clare Bueche, Deceased                  :
and on behalf of all beneficiaries of Nancy Clare
Bueche;                                                        :

HELEN R. MCNULTY in their own right as the                    :
Parent of Nancy Clare Bueche, Deceased;                        :

MARTIN L. MCNULTY in their own right as                       :
the Sibling of Nancy Clare Bueche, Deceased;                   :

MARY ELLEN MCNULTY in their own right as                      :
the Sibling of Nancy Clare Bueche, Deceased;                   :

STEPHEN J. MCNULTY in their own right as                      :
the Sibling of Nancy Clare Bueche, Deceased;                   :

DEVORA WOLK PONTELL, as Personal                              :
Representative of the Estate of Darin Howard                   :
Pontell, Deceased and on behalf of all
beneficiaries of Darin Howard Pontell;                         :

MEREDITH H. ROTHENBERG, as Personal                           :
Representative of the Estate of Mark D.                         :
Rothenberg, Deceased and on behalf of all
beneficiaries of Mark D. Rothenberg;                           :

DIANE J. VELING, as Personal Representative                   :
of the Estate of Lawrence J. Veling, Deceased                  :
and on behalf of all beneficiaries of Lawrence J.
Veling;                                                        :

MARCELLA J. TUOHY in their own right as the                   :
Sibling of Lawrence J. Veling, Deceased;                       :

MARCELLA T. VELING in their own right as                      :
the Parent of Lawrence J. Veling, Deceased;                    :

TERESA VELING CZARK in their own right as
the Sibling of Lawrence J. Veling, Deceased;

MAUREEN KELLY, as Personal Representative
of the Estate of Mark G. Ludvigsen, Deceased
and on behalf of all beneficiaries of Mark G.
Ludvigsen;

FRANCES SANTORE, as Personal
Representative of the Estate of John A. Santore,
Deceased and on behalf of all beneficiaries of
John A. Santore;

RICHARD A. GEORGE, as Personal
Representative of the Estate of Linda George,
Deceased and on behalf of all beneficiaries of
Linda George;

CAROLYN M. GEORGE in their own right as
the Parent of Linda George, Deceased;

JULES P. ARONSON, as Personal
Representative of the Estate of Myra Joy
Aronson, Deceased and on behalf of all
beneficiaries of Myra Joy Aronson;

MIGDALIA RAMOS, as Personal
Representative of the Estate of Harry Ramos,
Deceased and on behalf of all beneficiaries of
Harry Ramos;

CHARLETTE THOMPSON, as Personal
Representative of the Estate of Perry Thompson,
Deceased and on behalf of all beneficiaries of
Perry Thompson;

GREGORY ADDAMO, as Personal
Representative of the Estate of Christy A.
Addamo, Deceased and on behalf of all
beneficiaries of Christy A. Addamo;

RITA ADDAMO, as Personal Representative of
the Estate of Christy A. Addamo, Deceased and
on behalf of all beneficiaries of Christy A.
Addamo;

DAWN ADDAMO in their own right as the
Sibling of Christy A. Addamo, Deceased;

ANDREA GALE DOCTOR, as Personal                    :
Representative of the Estate of Johnnie Doctor,     :
Jr., Deceased and on behalf of all beneficiaries of :
Johnnie Doctor, Jr.;                                :
ELAINE DOCTOR MCGRAW in their own                   :
right as the Sibling of Johnnie Doctor, Jr.,        :
Deceased;                                           :
                                                    :
EVELENA DOCTOR in their own right as the            :
Parent of Johnnie Doctor, Jr., Deceased;            :
                                                    :
EVON BAUMGARDNER in their own right as              :
the Sibling of Johnnie Doctor, Jr., Deceased;       :
                                                    :
JOANN DOCTOR in their own right as the              :
Sibling of Johnnie Doctor, Jr., Deceased;           :
                                                    :
SHELTON DOCTOR in their own right as the            :
Sibling of Johnnie Doctor, Jr., Deceased;           :
                                                    :
WILLIAM L DOCTOR in their own right as the          :
Sibling of Johnnie Doctor, Jr., Deceased;           :

ELISE S. GUADALUPE, as Personal                     :
Representative of the Estate of Jose Antonio        :
Guadalupe, Deceased and on behalf of all            :
beneficiaries of Jose Antonio Guadalupe;            :
                                                    :
FRANK TATUM in their own right as the Child         :
of Diane Moore Parsons, Deceased;                   :
                                                    :
KAREN TATUM in their own right as the Child         :
of Diane Moore Parsons, Deceased;                   :
                                                    :
JESSICA BORS in their own right as the Sibling      :
of Vishnoo Ramsaroop, Deceased;                     :
                                                    :
WILLIAM H. ROBOTHAM, III in their own               :
right as the Spouse of Michell L. Robotham,         :
Deceased;                                           :
                                                    :
GINA GIOVANNIELLO in their own right as             :
the Sibling of Doreen J. Angrisani, Deceased;       :
                                                    :
RALPH ANGRISANI in their own right as the           :
Sibling of Doreen J. Angrisani, Deceased;           :
                                                    :
DONNA D. TEEPE, as Personal Representative          :
of the Estate of Karl W. Teepe, Deceased and on     :
behalf of all beneficiaries of Karl W. Teepe;       :

ADAM KARL TEEPE in their own right as the
Child of Karl W. Teepe, Deceased;

WENDY TEEPE GREEN in their own right as
the Child of Karl W. Teepe, Deceased;

PARENT DOE AP279, as Personal
Representative of the Estate of DOE AP279,
Deceased, and on behalf of all beneficiaries of
DOE AP279, Deceased

SIBLING DOE AP273, as Personal
Representative of the Estate of DOE AP273,
Deceased, and on behalf of all beneficiaries of
DOE AP273, Deceased

SIBLING DOE AP281 in their own right as the
Sibling of DOE AP281, Deceased;

PARENT DOE AP280 in their own right as the
Parent of DOE AP280, Deceased;

TENNYSON HUIE, as Personal Representative
of the Estate of Susan Huie, Deceased and on
behalf of all beneficiaries of Susan Huie;

GORDON HUIE in their own right as the Sibling
of Susan Huie, Deceased;

MICHAEL W. CASEY, as Personal
Representative of the Estate of Neilie Anne
Heffernan Casey, Deceased and on behalf of all
beneficiaries of Neilie Anne Heffernan Casey;

ANNE T. HEFFERNAN in their own right as the
Parent of Neilie Anne Heffernan Casey,
Deceased;

ANGEL L. JUARBE, SR. in their own right as
the Parent of Angel L. Juarbe, Jr., Deceased;

MIRIAM JUARBE in their own right as the
Parent of Angel L. Juarbe, Jr., Deceased;

JOEL STATKEVICUS in their own right as the
Sibling of Derek James Statkevicus, Deceased;
JOSEPH R. STATKEVICUS in their own right
as the Parent of Derek James Statkevicus,
Deceased;

302

:
:
NANCY STATKEVICUS in their own right as                    :
the Parent of Derek James Statkevicus, Deceased;          :
:
IRINIE GUIGUIS, as Personal Representative of             :
the Estate of Albert W. Elmarry, Deceased and             :
on behalf of all beneficiaries of Albert W.               :
Elmarry;                                                  :
:
ELIZABETH DAVILA-LOPEZ, as Personal                       :
Representative of the Estate of Daniel Lopez,             :
Deceased and on behalf of all beneficiaries of            :
Daniel Lopez;                                             :
:
DAVID M. YANCEY, as Personal                              :
Representative of the Estate of Vicki L. Yancey,          :
Deceased and on behalf of all beneficiaries of            :
Vicki L. Yancey;                                          :
:
ROBERT J. DEMING in their own right as the                :
Sibling of Francis Deming, Deceased;                      :
:
ROSEMARY DEMING-PHALON in their own                       :
right as the Sibling of Francis Deming, Deceased;         :
:
ROSEMARY DEMING-PHALON in their own                       :
right as the Sibling of Francis Deming, Deceased;         :
:
SHEILA A. KIERNAN, as Personal                            :
Representative of the Estate of Christopher R.            :
Zarba, Jr., Deceased and on behalf of all                 :
beneficiaries of Christopher R. Zarba, Jr.;               :
RUTH M. FANGMAN, as Personal                              :
Representative of the Estate of Robert John               :
Fangman, Deceased and on behalf of all                    :
beneficiaries of Robert John Fangman;                     :
:
CAROLE L. RICCI in their own right as the                 :
Sibling of Robert John Fangman, Deceased;                 :
:
DEBORAH A. FANGMAN in their own right as                  :
the Sibling of Robert John Fangman, Deceased;             :
:
MICHAEL W. FANGMAN in their own right as                  ::
the Sibling of Robert John Fangman, Deceased;             :
:
PAUL M. FANGMAN in their own right as the                 :
Sibling of Robert John Fangman, Deceased;                 :
:
STEPHEN G. FANGMAN in their own right as                  :

303

the Sibling of Robert John Fangman, Deceased;    :
                                                  :
                                                  :
THERESA M. FRAKES in their own right as the       :
Sibling of Robert John Fangman, Deceased;         :
                                                  :
LISA WEEMS, as Personal Representative of the     :
Estate of William Michael Weems, Deceased and     :
on behalf of all beneficiaries of William Michael :
Weems;                                            :
                                                  :
VINCENT H. BAILEY, as Personal                    :
Representative of the Estate of Andrew Joseph     :
Bailey, Deceased and on behalf of all             :
beneficiaries of Andrew Joseph Bailey;            :
                                                  :
CHRISTINE GOGGINS in their own right as the       :
Sibling of Andrew Joseph Bailey, Deceased;        :
                                                  :
PAULA BAILEY in their own right as the            :
Sibling of Andrew Joseph Bailey, Deceased;        :
                                                  :
JENNA TINLEY MATHER in their own right as         :
the Child of Michael Ernest Tinley, Deceased;     :
                                                  :
LISA KENNEDY in their own right as the Child      :
of Michael Ernest Tinley, Deceased;               :
                                                  :
MARY LOU LEE, as Personal Representative of       :
the Estate of Chih Min Foo, Deceased and on       :
behalf of all beneficiaries of Chih Min Foo;      :
                                                  :
NANCY YAMBEM, as Personal Representative          :
of the Estate of Jupiter Yambem, Deceased and     :
on behalf of all beneficiaries of Jupiter Yambem; :
                                                  :
PETER HERBERT HOPWOOD, as Personal                :
Representative of the Estate of Dinah Webster,    :
Deceased and on behalf of all beneficiaries of    :
Dinah Webster;                                     :
                                                  :
CLIVE HOPWOOD in their own right as the           :
Sibling of Dinah Webster, Deceased;               :
                                                  :
SONIA HOPWOOD in their own right as the           :
Parent of Dinah Webster, Deceased;                :
                                                  :
ZOE LOUISE GHIRARDUZZI in their own               :
right as the Child of Dinah Webster, Deceased;    :

SUZANNE P. MCDERMOTT, as Personal
Representative of the Estate of Matthew Thomas
McDermott, Deceased and on behalf of all
beneficiaries of Matthew Thomas McDermott;

JACQUELINE A. MCDDERMOTT in their own
right as the Parent of Matthew Thomas
McDermott, Deceased;

JOHN E. MCDERMOTT in their own right as
the Parent of Matthew Thomas McDermott,
Deceased;

JOHN C. MCDERMOTT in their own right as
the Sibling of Matthew Thomas McDermott,
Deceased;

MARGARET MCDERMOTT in their own right
as the Sibling of Matthew Thomas McDermott,
Deceased;

IRENE LESIW, as Personal Representative of
the Estate of John Skala, Deceased and on behalf
of all beneficiaries of John Skala;

JAROSLAWA SKALA in their own right as the
Sibling of John Skala, Deceased;

MICHAEL SKALA in their own right as the
Sibling of John Skala, Deceased;

VIRGINIA A. QUINN, as Personal
Representative of the Estate of Ricardo J. Quinn,
Deceased and on behalf of all beneficiaries of
Ricardo J. Quinn;

ANNA MARIA MORALES in their own right as
the Parent of Ricardo J. Quinn, Deceased;

BERNARD J. QUINN in their own right as the
Sibling of Ricardo J. Quinn, Deceased;

GREGORY QUINN in their own right as the
Sibling of Ricardo J. Quinn, Deceased;

NICHOLAS MONACO in their own right as the
Child of Ricardo J. Quinn, Deceased;
CHARLES R. PETERSON in their own right as
the Child of Donald A. Peterson, Deceased;

305

:

D. HAMILTON PETERSON, as Personal                    :
Representative of the Estate of Donald A.             :
Peterson, Deceased and on behalf of all              :
beneficiaries of Donald A. Peterson;                 :

JOHN B. SNYDER, as Personal Representative           :
of the Estate of Dianne Bullis Snyder, Deceased      :
and on behalf of all beneficiaries of Dianne         :
Bullis Snyder;                                        :
                                                     :
LOURDES LEBRON in their own right as the             :
Sibling of Waleska Martinez, Deceased;               :
                                                     :
LAURIE MILLER LAYCHAK, as Personal                   :
Representative of the Estate of David William        :
Laychak, Deceased and on behalf of all               :
beneficiaries of David William Laychak;              :
                                                     :
HAYDEE C. LILLO, as Personal Representative          :
of the Estate of Carlos R. Lillo, Deceased and on    :
behalf of all beneficiaries of Carlos R. Lillo;      :
                                                     :
ELAINE M. ATWOOD (PARENT) in their own               :
right as the Parent of Gerald T. Atwood,             :
Deceased;                                            :
                                                     :
ELAINE M. ATWOOD (SIBLING) in their own              :
right as the Sibling of Gerald T. Atwood,            :
Deceased;                                            :
                                                     :
GERALD ATWOOD in their own right as the             :
Parent of Gerald T. Atwood, Deceased;                :
                                                     :
GREGORY P. ATWOOD in their own right as              :
the Sibling of Gerald T. Atwood, Deceased;           :
                                                     :
JANE M. DUFFY in their own right as the              :
Sibling of Gerald T. Atwood, Deceased;               :
                                                     :
JOHN G. ATWOOD in their own right as the             :
Sibling of Gerald T. Atwood, Deceased;               :
                                                     :
RAYMOND J. ATWOOD in their own right as              :
the Sibling of Gerald T. Atwood, Deceased;           :
                                                     :
NANCY BRANDEMARTI, as Personal                       :
Representative of the Estate of Nicholas W.           :
Brandemarti, Deceased and on behalf of all           :
beneficiaries of Nicholas W. Brandemarti;            :

NICHOLAS M. BRANDEMARTI, as Personal
Representative of the Estate of Nicholas W.
Brandemarti, Deceased and on behalf of all
beneficiaries of Nicholas W. Brandemarti;

JASON BRANDEMARTI in their own right as
the Sibling of Nicholas W. Brandemarti,
Deceased;

NICOLE BRANDEMARTI in their own right as
the Sibling of Nicholas W. Brandemarti,
Deceased;
ERIC J. PITMAN, as Personal Representative of
the Estate of Christopher Todd Pitman, Deceased
and on behalf of all beneficiaries of Christopher
Todd Pitman;

JOHANNA L. KMETZ in their own right as the
Sibling of Margaret R. Echtermann, Deceased;

EDWARD P. BRACKEN in their own right as
the Sibling of Lucy Fishman, Deceased;

MARY BRACKEN in their own right as the
Parent of Lucy Fishman, Deceased;

PARENT DOE AP267 as Personal
Representative of the Estate of DOE AP267,
Deceased and on behalf of all beneficiaries of
DOE AP267, Deceased;

SIBLING DOE AP264 in their own right as the
Sibling of DOE AP264, Deceased;

SIBLING DOE AP265 in their own right as the
Sibling of DOE AP265, Deceased;

SIBLING DOE AP266 in their own right as the
Sibling of DOE AP266, Deceased;

PARENT DOE AP263 in their own right as the
Parent of DOE AP263, Deceased;

PARENT DOE AP282 as Personal
Representative of the Estate of DOE AP282,
Deceased and on behalf of all beneficiaries of
DOE AP282, Deceased;

307

PARENT DOE AP283 in their own right as the
Parent of DOE AP283, Deceased;

JOSEPH P. LANGLEY, as Personal
Representative of the Estate of Mary Lou
Langley, Deceased and on behalf of all
beneficiaries of Mary Lou Langley;

LINDA D'ATRI, as Personal Representative of
the Estate of Edward A. D'Atri, Deceased and on
behalf of all beneficiaries of Edward A. D'Atri;

NEIL BLASS, as Personal Representative of the
Estate of Craig Michael Blass, Deceased and on
behalf of all beneficiaries of Craig Michael Blass;

BARBARA BLASS in their own right as the
Parent of Craig Michael Blass, Deceased;

KEITH BLASS in their own right as the Sibling
of Craig Michael Blass, Deceased;

RAINA WALLENS, as Personal Representative
of the Estate of Matthew Blake Wallens,
Deceased and on behalf of all beneficiaries of
Matthew Blake Wallens;

ASHLEY JORDAN WALLENS in their own
right as the Sibling of Matthew Blake Wallens,
Deceased;

EILEEN MOSCA in their own right as the
Sibling of Kathleen Ann Hunt Casey, Deceased;

MAUREEN HUNT in their own right as the
Sibling of Kathleen Ann Hunt Casey, Deceased;

ELIZABETH GAIL HAYDEN, as Personal
Representative of the Estate of James E. Hayden,
Deceased and on behalf of all beneficiaries of
James E. Hayden;

KATHLEEN MALONEY, as Personal
Representative of the Estate of Joseph Maloney,
Deceased and on behalf of all beneficiaries of
Joseph Maloney;

PATRICIA N. PAPA in their own right as the
Spouse of Edward J. Papa, Deceased;

HAIM CHALOUH, as Personal Representative
of the Estate of Eli Chalouh, Deceased and on
behalf of all beneficiaries of Eli Chalouh;

JENNIFER R. GARDNER, as Personal
Representative of the Estate of Douglas B.
Gardner, Deceased and on behalf of all
beneficiaries of Douglas B. Gardner;

ARVETTE D. HARRIS, as Personal
Representative of the Estate of Aisha Ann Harris,
Deceased and on behalf of all beneficiaries of
Aisha Ann Harris;

MARCUS J. HARRIS in their own right as the
Sibling of Aisha Ann Harris, Deceased;

ROBERT HARRIS, JR. in their own right as the
Parent of Aisha Ann Harris, Deceased;

JOAN W. WINTON, as Personal Representative
of the Estate of David H. Winton, Deceased and
on behalf of all beneficiaries of David H. Winton;

SARA E. WINTON in their own right as the
Sibling of David H. Winton, Deceased;

WILLIAM H. FIELDS, SR., as Personal
Representative of the Estate of Amelia V. Fields,
Deceased and on behalf of all beneficiaries of
Amelia V. Fields;

TRACEY CLARK BOURKE, as Personal
Representative of the Estate of Sarah Miller
Clark, Deceased and on behalf of all beneficiaries
of Sarah Miller Clark;

JOYCE OXLEY in their own right as the Sibling
of Susan M. Pollio, Deceased;

SANDRA GONZALES in their own right as the
Sibling of Susan M. Pollio, Deceased;

ANNIE MARIE CARTER in their own right as
the Sibling of Virginia E. Fox, Deceased;

LASHAWN DICKENS, as Personal
Representative of the Estate of Rodney Alonzo
Dickens, Deceased and on behalf of all
beneficiaries of Rodney Alonzo Dickens;

309

CLIFTON COTTOM, as Personal Representative
of the Estate of Asia SiVon Cottom, Deceased
and on behalf of all beneficiaries of Asia SiVon
Cottom;

MICHELLE COTTOM, as Personal
Representative of the Estate of Asia SiVon
Cottom, Deceased and on behalf of all
beneficiaries of Asia SiVon Cottom;

HEDI N. KERSHAW, as Personal
Representative of the Estate of Ralph Francis
Kershaw, Deceased and on behalf of all
beneficiaries of Ralph Francis Kershaw;

KENNETH P. AMBROSE, as Personal
Representative of the Estate of Paul Wesley
Ambrose, Deceased and on behalf of all
beneficiaries of Paul Wesley Ambrose;

SHARON AMBROSE, as Personal
Representative of the Estate of Paul Wesley
Ambrose, Deceased and on behalf of all
beneficiaries of Paul Wesley Ambrose;

BERNARD CURTIS BROWN, I, as Personal
Representative of the Estate of Bernard Curtis
Brown, II, Deceased and on behalf of all
beneficiaries of Bernard Curtis Brown, II;

SINITA BROWN, as Personal Representative of
the Estate of Bernard Curtis Brown, II, Deceased
and on behalf of all beneficiaries of Bernard
Curtis Brown, II;

C. LEE HANSON, as Personal Representative of
the Estate of Christine Lee Hanson, Deceased
and on behalf of all beneficiaries of Christine Lee
Hanson;

JILL ZANGRILLI, as Personal Representative of
the Estate of Mark Zangrilli, Deceased and on
behalf of all beneficiaries of Mark Zangrilli;

ELAINE S. TEAGUE, as Personal
Representative of the Estate of Sandra D. Teague,
Deceased and on behalf of all beneficiaries of
Sandra D. Teague;

310

ALISON HENDERSON, as Personal                    :
Representative of the Estate of Christopher Sean  :
Caton, Deceased and on behalf of all             :
beneficiaries of Christopher Sean Caton;         :
                                                 :
WILLIAM G. DEWAN in their own right as the       :
Sibling of Gerard P. Dewan, Deceased;            :
                                                 :
RHONDA LOPEZ, as Personal Representative of      :
the Estate of Maclovio Lopez, Deceased and on    :
behalf of all beneficiaries of Maclovio Lopez;   :
                                                 :
MICHAEL NOEL, as Personal Representative of      :
the Estate of Curtis T. Noel, Deceased and on    :
behalf of all beneficiaries of Curtis T. Noel;   :
                                                 :
THERESA NOEL, as Personal Representative of      :
the Estate of Curtis T. Noel, Deceased and on    :
behalf of all beneficiaries of Curtis T. Noel;   :
                                                 :
CHRISTINE M. MUNSON-HAYES in their own           :
right as the Child of Theresa Ann Munson,        :
Deceased;                                        :
                                                 :
SENTIJA JOVIC, as Personal Representative of     :
the Estate of Anthony Jovic, Deceased and on     :
behalf of all beneficiaries of Anthony Jovic;    :
                                                 :
EDGAR B. WOOLEY, III in their own right as       :
the Sibling of David T. Wooley, Deceased;        :
                                                 :
MARY OTTO in their own right as the Parent of    :
David T. Wooley, Deceased;                       :
                                                 :
GLORIA E. CALDERON, as Personal                  :
Representative of the Estate of Jose Orlando      :
Calderon-Olmedo, Deceased and on behalf of all   :
beneficiaries of Jose Orlando Calderon-Olmedo;   :
                                                 :
DINA M. SCHOTT, as Personal Representative       :
of the Estate of Frank G. Schott, Jr., Deceased  :
and on behalf of all beneficiaries of Frank G.   :
Schott, Jr.;                                     :
                                                 :
STEVEN A. SUPINSKI, as Personal                  :
Representative of the Estate of Colleen M.        :
Supinski, Deceased and on behalf of all          :
beneficiaries of Colleen M. Supinski;            :
BENJAMIN SUPINSKI in their own right as the      :
Sibling of Colleen M. Supinski, Deceased;        :

:
:

NATHAN SUPINSKI in their own right as the
Sibling of Colleen M. Supinski, Deceased;

:
:
:
:

NOREEN SUPINSKI in their own right as the
Parent of Colleen M. Supinski, Deceased;

:
:
:

LYNN A. OLCOTT, as Personal Representative
of the Estate of Gerald M. Olcott, Deceased and
on behalf of all beneficiaries of Gerald M. Olcott;

:
:
:
:

SAMUEL J. LAFORTE in their own right as the
Sibling of Michael LaForte, Deceased;

:
:
:

FRANCES M. GARVEY, as Personal
Representative of the Estate of Matthew D.
Garvey, Deceased and on behalf of all
beneficiaries of Matthew D. Garvey;

:
:
:
:
:

AIMEE E GARRISON, as Personal
Representative of the Estate of Suzanne
Kondratenko, Deceased and on behalf of all
beneficiaries of Suzanne Kondratenko;

:
:
:
:
:

CAROLINE KONDRATENKO in their own
right as the Sibling of Suzanne Kondratenko,
Deceased;

:
:
:
:

ERIC KONDRATENKO in their own right as
the Parent of Suzanne Kondratenko, Deceased;

:
:
:

KATHERINE J KONDRATENKO in their own
right as the Sibling of Suzanne Kondratenko,
Deceased;

:
:
:
:

PATRICIA KONDRATENKO in their own right
as the Parent of Suzanne Kondratenko, Deceased;

:
:
:

PATRICIA KONDRATENKO-COLLINS in
their own right as the Sibling of Suzanne
Kondratenko, Deceased;

:
:
:
:

SARAH M. KONDRATENKO in their own right
as the Sibling of Suzanne Kondratenko,
Deceased;

:
:
:
:

HARRY J. POWELL, as Personal Representative
of the Estate of Brandon J. Powell, Deceased and
on behalf of all beneficiaries of Brandon J.
Powell;

:
:
:
:
:

NORMA L. POWELL in their own right as the
Parent of Brandon J. Powell, Deceased;

DAWN MCALEESE, as Personal Representative
of the Estate of Brian G. McAleese, Deceased
and on behalf of all beneficiaries of Brian G.
McAleese;

DERYCK D LINDO, as Personal Representative
of the Estate of Nickie Lindo, Deceased and on
behalf of all beneficiaries of Nickie Lindo;

ANNA RASMUSSEN, as Personal
Representative of the Estate of Robert A.
Rasmussen, Deceased and on behalf of all
beneficiaries of Robert A. Rasmussen;

CAROL A BRETHEL, as Personal
Representative of the Estate of Daniel J Brethel,
Deceased and on behalf of all beneficiaries of
Daniel J Brethel;

HELENORA M. FARRELL, as Personal
Representative of the Estate of Terrence Patrick
Farrell, Deceased and on behalf of all
beneficiaries of Terrence Patrick Farrell;

DOLORES MURPHY in their own right as the
Parent of Patrick Sean Murphy, Deceased;

THOMAS MURPHY in their own right as the
Parent of Patrick Sean Murphy, Deceased;

CHRISTOPHER R. FORBES, as Personal
Representative of the Estate of Del Rose Forbes-
Cheatham, Deceased and on behalf of all
beneficiaries of Del Rose Forbes-Cheatham;

CARLTON FORBES in their own right as the
Sibling of Del Rose Forbes-Cheatham, Deceased;

DORRETTE WILLIAMS in their own right as
the Sibling of Del Rose Forbes-Cheatham,
Deceased;

DUNSTON FORBES in their own right as the
Parent of Del Rose Forbes-Cheatham, Deceased;

313

SEELOCHINI LIRIANO, as Personal
Representative of the Estate of Francisco Alberto
Liriano, Deceased and on behalf of all
beneficiaries of Francisco Alberto Liriano;

MARIA TERESA RUEDA DE TORRES in their
own right as the Parent of Luis Eduardo Torres,
Deceased;

MONICA TORRES in their own right as the
Sibling of Luis Eduardo Torres, Deceased;

BERNADETTE M GIULIANI in their own right
as the Sibling of Andrew B. Jordan, Deceased;

ELIZABETH KOBEL in their own right as the
Sibling of Andrew B. Jordan, Deceased;

ELLEN GREEN in their own right as the Sibling
of Andrew B. Jordan, Deceased;

ELLEN JORDAN in their own right as the Parent
of Andrew B. Jordan, Deceased;

JOHN C. JORDAN in their own right as the
Sibling of Andrew B. Jordan, Deceased;

MARGARET GREGORY in their own right as
the Sibling of Andrew B. Jordan, Deceased;

MARY B JORDAN-POTASH in their own right
as the Sibling of Andrew B. Jordan, Deceased;

THOMAS P JORDAN in their own right as the
Sibling of Andrew B. Jordan, Deceased;

THOMAS JORDAN in their own right as the
Parent of Andrew B. Jordan, Deceased;

MAUREEN MURPHY in their own right as the
Sibling of David Michael Ruddle, Deceased;

MARGARET SUTCLIFFE in their own right as
the Spouse of Robert Sutcliffe, Deceased;

PATRICIA SUTCLIFFE in their own right as the
Parent of Robert Sutcliffe, Deceased;

314

MAY MARCONET, as Personal Representative
of the Estate of Waleed Iskandar, Deceased and
on behalf of all beneficiaries of Waleed Iskandar;

KATHLEEN CAPPERS, as Personal
Representative of the Estate of James C. Cappers,
Deceased and on behalf of all beneficiaries of
James C. Cappers;

MAURA A. COUGHLIN in their own right as
the Spouse of Timothy J. Coughlin, Deceased;

JENNIFER DAMASKINOS, as Personal
Representative of the Estate of Thomas
Damaskinos, Deceased and on behalf of all
beneficiaries of Thomas Damaskinos;

CAREN HIGGINS, as Personal Representative
of the Estate of Timothy Higgins, Deceased and
on behalf of all beneficiaries of Timothy Higgins;

TERESA MATHAI, as Personal Representative
of the Estate of Joseph Mathai, Deceased and on
behalf of all beneficiaries of Joseph Mathai;

HAYLEY NATALIE LEHRFELD, as Personal
Representative of the Estate of Eric Andrew
Lehrfeld, Deceased and on behalf of all
beneficiaries of Eric Andrew Lehrfeld;

FERN RUHALTER, as Personal Representative
of the Estate of Adam K. Ruhalter, Deceased and
on behalf of all beneficiaries of Adam K.
Ruhalter;

KELLY COLASANTI, as Personal
Representative of the Estate of Christopher
Colasanti, Deceased and on behalf of all
beneficiaries of Christopher Colasanti;

ELAINE ABATE, as Personal Representative of
the Estate of Vincent Abate, Deceased and on
behalf of all beneficiaries of Vincent Abate;

MAUREEN KENNEDY, as Personal
Representative of the Estate of Robert C.
Kennedy, Deceased and on behalf of all
beneficiaries of Robert C. Kennedy;

CATHERINE KENNEDY MILLER in their own
right as the Child of Robert C. Kennedy,
Deceased;

MEREDITH ANDREWS in their own right as
the Child of Robert C. Kennedy, Deceased;

JANE BLACKWELL, as Personal
Representative of the Estate of Christopher
Blackwell, Deceased and on behalf of all
beneficiaries of Christopher Blackwell;

COLLEEN CAHILL, as Personal Representative
of the Estate of Michael Cahill, Deceased and on
behalf of all beneficiaries of Michael Cahill;

DENISE TROISE in their own right as the
Sibling of Michael Cahill, Deceased;

EVELYN CAHILL in their own right as the
Parent of Michael Cahill, Deceased;

JAMES CAHILL in their own right as the Parent
of Michael Cahill, Deceased;

PATRICIA GRZYMALSKI, as Personal
Representative of the Estate of Matthew James
Grzymalski, Deceased and on behalf of all
beneficiaries of Matthew James Grzymalski;

ANNIE GUERRERO, as Personal
Representative of the Estate of Roland Pacheco,
Deceased and on behalf of all beneficiaries of
Roland Pacheco;

ERIKA ANN HAUB, as Personal Representative
of the Estate of Michael Haub, Deceased and on
behalf of all beneficiaries of Michael Haub;

DEBORAH B. JACOBSON, as Personal
Representative of the Estate of Steven A.
Jacobson, Deceased and on behalf of all
beneficiaries of Steven A. Jacobson;

SIBLING DOE AP242 as Personal
Representative of the Estate of DOE AP242,
Deceased and on behalf of all beneficiaries of
DOE AP242, Deceased;

LAUREEN KASPER, as Personal                 :
Representative of the Estate of Charles Kasper,   :
Deceased and on behalf of all beneficiaries of    :
Charles Kasper;                             :
                                            :
KARA KASPER in their own right as the Child  :
of Charles Kasper, Deceased;                :
                                            :
MELISSA KASPER in their own right as the    :
Child of Charles Kasper, Deceased;          :
                                            :
AUBREY J. LAFRANCE in their own right as    :
the Parent of Alan Charles LaFrance, Deceased;   :
                                            :
MADELYN LAFRANCE in their own right as      :
the Parent of Alan Charles LaFrance, Deceased;   :
                                            :
CAROLANN LARSEN, as Personal                :
Representative of the Estate of Scott Larsen,    :
Deceased and on behalf of all beneficiaries of   :
Scott Larsen;                               :

                                            :
CAROLE LEAVEY, as Personal Representative    :
of the Estate of Joseph Leavey, Deceased and on  :
behalf of all beneficiaries of Joseph Leavey;    :
                                            :
MI YONG LEE, as Personal Representative of   :
the Estate of Myoung Woo Lee, Deceased and on    :
behalf of all beneficiaries of Myoung Woo Lee;   :
                                            :
DANIELLE MCGUIRE, as Personal               :
Representative of the Estate of Patrick McGuire,  :
Deceased and on behalf of all beneficiaries of   :
Patrick McGuire;                            :
                                            :
GOPAL MEHTA, as Personal Representative of   :
the Estate of Alok K. Mehta, Deceased and on     :
behalf of all beneficiaries of Alok K. Mehta;    :

JOANNE MEISENHEIMER, as Personal            :
Representative of the Estate of Raymond      :
Meisenheimer, Deceased and on behalf of all      :
beneficiaries of Raymond Meisenheimer;      :

HOLLY ANN MILLER, as Personal               :
Representative of the Estate of Craig James  :
Miller, Deceased and on behalf of all        :
beneficiaries of Craig James Miller;        :

CONSTANCE MULDOWNEY, as Personal
Representative of the Estate of Richard
Muldowney, Deceased and on behalf of all
beneficiaries of Richard Muldowney;

ELIZABETH MURPHY COOKE in their own
right as the Sibling of James Francis Murphy, IV,
Deceased;

HELEN MARIE SWEENEY in their own right
as the Sibling of James Francis Murphy, IV,
Deceased;

HELEN MARIE MURPHY in their own right as
the Parent of James Francis Murphy, IV,
Deceased;

JAMES F. MURPHY, III in their own right as
the Parent of James Francis Murphy, IV,
Deceased;

KATHLEEN MARIE MURPHY in their own
right as the Sibling of James Francis Murphy, IV,
Deceased;

KRISTIN M. MURPHY in their own right as the
Sibling of James Francis Murphy, IV, Deceased;

MARIA CARMEN PENAFIEL, as Personal
Representative of the Estate of Hugo Manuel
Sanay-Perefiel, Deceased and on behalf of all
beneficiaries of Hugo Manuel Sanay-Perefiel;

EDWARD PRINCE, as Personal Representative
of the Estate of Wanda Prince, Deceased and on
behalf of all beneficiaries of Wanda Prince;

MARILYN RAINES in their own right as the
Parent of Lisa Joy Raines, Deceased;

CHARLES SCIBETTA, as Personal
Representative of the Estate of Adriana Scibetta,
Deceased and on behalf of all beneficiaries of
Adriana Scibetta;

DANIEL SEAMAN in their own right as the
Sibling of Michael Herman Seaman, Deceased;

RICHARD TIPALDI in their own right as the
Parent of Robert Tipaldi, Deceased;

318

BRENDA VANDEVER, as Personal
Representative of the Estate of William A.
Karnes, Deceased and on behalf of all
beneficiaries of William A. Karnes;

MURNA T. WILLIAMS in their own right as the
Parent of Louie Anthony Williams, Deceased;

CAROLYN CRUTCHFIELD, as Personal
Representative of the Estate of Andrew A. Abate,
Deceased and on behalf of all beneficiaries of
Andrew A. Abate;

ELAINE ABATE in their own right as the Parent
of Andrew A. Abate, Deceased;

MICHAEL SZTEJNBERG, as Personal
Representative of the Estate of Gina Sztejnberg,
Deceased and on behalf of all beneficiaries of
Gina Sztejnberg;

CHARLES PARKER, III, as Personal
Representative of the Estate of Douglas Stone,
Deceased and on behalf of all beneficiaries of
Douglas Stone;

DOMINIC J. PUOPOLO, JR. in their own right
as the Child of Sonia Morales Puopolo,
Deceased;

GLADYS H. SALVO, as Personal
Representative of the Estate of Samuel Robert
Salvo, Jr., Deceased and on behalf of all
beneficiaries of Samuel Robert Salvo, Jr.;

DAVID R. VINCENT, as Personal
Representative of the Estate of Melissa Vincent,
Deceased and on behalf of all beneficiaries of
Melissa Vincent;

CARRIE B. VINCENT in their own right as the
Sibling of Melissa Vincent, Deceased;

LUCILLE A. VINCENT in their own right as the
Parent of Melissa Vincent, Deceased;

MATTHEW D. VINCENT in their own right as
the Sibling of Melissa Vincent, Deceased;

319

SUSAN WOHLFORTH, as Personal                    :
Representative of the Estate of Martin Phillips  :
Wohlforth, Deceased and on behalf of all         :
beneficiaries of Martin Phillips Wohlforth;      :
                                                 :
CHARLES W. NIEDERER, as Personal                 :
Representative of the Estate of Martin Stewart   :
Niederer, Deceased and on behalf of all          :
beneficiaries of Martin Stewart Niederer;        :
                                                 :
SPOUSE DOE AP247 as Personal                     :
Representative of the Estate of DOE AP247,       :
Deceased and on behalf of all beneficiaries of   :
DOE AP247, Deceased;                             :
                                                 :
CHILD DOE AP252 in their own right as the        :
Child of DOE AP252, Deceased;                    :
                                                 :
CHILD DOE AP253 in their own right as the        :
Child of DOE AP253, Deceased;                    :
                                                 :
PARENT DOE AP925 as Personal                     :
Representative of the Estate of DOE AP925,        :
Deceased and on behalf of all beneficiaries of   :
DOE AP925, Deceased;                             :
                                                 :
CHILD DOE AP925 in their own right as the        :
Child of DOE AP925, Deceased;                    :
                                                 :
CHILD DOE AP925 in their own right as the        :
Child of DOE AP925, Deceased;                    :
                                                 :
ANN SIMPKIN, as Personal Representative of       :
the Estate of Jane Louise Simpkin, Deceased and  :
on behalf of all beneficiaries of Jane Louise    :
Simpkin;                                         :
                                                 :
HELEN C. SIMPKIN-WHALEN in their own             :
right as the Sibling of Jane Louise Simpkin,     :
Deceased;                                        :
                                                 :
FRANCES RUTH SELWYN, as Personal                 :
Representative of the Estate of Howard Selwyn,   :
Deceased and on behalf of all beneficiaries of   :
Howard Selwyn;                                   :
                                                 :
JAMES SELWYN in their own right as the Child     :
of Howard Selwyn, Deceased;                      :

320

LUIS S. SAMANIEGO, as Personal
Representative of the Estate of Carlos A.
Samaniego, Deceased and on behalf of all
beneficiaries of Carlos A. Samaniego;

EUGENIA BOGADO in their own right as the
Parent of Carlos A. Samaniego, Deceased;

CECILIA UCEDO DE RUIZ DIAZ in their own
right as the Parent of Obdulio Ruiz Diaz,
Deceased;

PETRONILO RUIZ DIAZ CANTERO in their
own right as the Parent of Obdulio Ruiz Diaz,
Deceased;

ANTHONY SAADA in their own right as the
Sibling of Thierry Saada, Deceased;

CINDY SAADA in their own right as the Sibling
of Thierry Saada, Deceased;

GARY SAADA in their own right as the Sibling
of Thierry Saada, Deceased;

JEAN MARC SAADA in their own right as the
Parent of Thierry Saada, Deceased;

MARTINE SAADA in their own right as the
Parent of Thierry Saada, Deceased;

ROHY SAADA in their own right as the Sibling
of Thierry Saada, Deceased;

RUDY SAADA in their own right as the Sibling
of Thierry Saada, Deceased;

HANS J. GERHARDT, as Personal
Representative of the Estate of Ralph Gerhardt,
Deceased and on behalf of all beneficiaries of
Ralph Gerhardt;

STEPHEN J. GERHARDT in their own right as
the Sibling of Ralph Gerhardt, Deceased;

SIGAL SHEFI ASHER, as Personal
Representative of the Estate of Hagay Shefi,
Deceased and on behalf of all beneficiaries of
Hagay Shefi;

321

DOV SHEFI in their own right as the Parent of : 
Hagay Shefi, Deceased; :
:
ESTHER SHEFI in their own right as the Parent :
of Hagay Shefi, Deceased; :
:
PAZIT SHEFI BAUM in their own right as the :
Sibling of Hagay Shefi, Deceased; :
:
YISHAI SHEFI in their own right as the Sibling :
of Hagay Shefi, Deceased; :
:
VYACHESLAV LIGAY, as Personal :
Representative of the Estate of Zhentta Ligay, :
Deceased and on behalf of all beneficiaries of :
Zhentta Ligay; :
:
DENING LOHEZ, as Personal Representative of :
the Estate of Jerome Lohez, Deceased and on :
behalf of all beneficiaries of Jerome Lohez; :
:
NATALIA MUSHINSKI, as Personal :
Representative of the Estate of Iouri Mouchinski, :
Deceased and on behalf of all beneficiaries of :
Iouri Mouchinski; :
:
ALEXANDRA MOUCHINSKAIA in their own :
right as the Parent of Iouri Mouchinski, :
Deceased; :
:
IRYNA USHAKOVA in their own right as the :
Child of Iouri Mouchinski, Deceased; :
:
NADEJDA GRIB in their own right as the :
Sibling of Iouri Mouchinski, Deceased; :
:
OLENA PAVLOVA in their own right as the :
Child of Iouri Mouchinski, Deceased; :
:
VLADIMIR MUSHINSKY in their own right as :
the Sibling of Iouri Mouchinski, Deceased; :
:
ELDA GIRON, as Personal Representative of the :
Estate of Fabian Soto, Deceased and on behalf of :
all beneficiaries of Fabian Soto; :
MARTHA ISABEL DOMINQUEZ, as Personal :
Representative of the Estate of Alberto :
Dominguez Piriz, Deceased and on behalf of all :
beneficiaries of Alberto Dominguez Piriz; :

322

:

:

ALBERTO DOMINGUEZ in their own right as
the Child of Alberto Dominguez Piriz, Deceased;

ALVARO DOMINGUEZ in their own right as
the Child of Alberto Dominguez Piriz, Deceased;

CARLOS DOMINGUEZ PEREZ in their own
right as the Sibling of Alberto Dominguez Piriz,
Deceased;

DIEGO DOMINGUEZ in their own right as the
Child of Alberto Dominguez Piriz, Deceased;

MARIA REINA DOMINGUEZ PIRIZ in their
own right as the Sibling of Alberto Dominguez
Piriz, Deceased;

VIRGINIA MARTHA DOMINGUEZ in their
own right as the Child of Alberto Dominguez
Piriz, Deceased;

MICHEL BRAUT in their own right as the
Parent of Patrice Braut, Deceased;

PAOLA STORER in their own right as the
Parent of Patrice Braut, Deceased;

HAJIME KUGE in their own right as the Parent
of Toshiya Kuge, Deceased;

NAOYA KUGE in their own right as the Sibling
of Toshiya Kuge, Deceased;

YACHIYO KUGE in their own right as the
Parent of Toshiya Kuge, Deceased;

SHIDONG ZHENG in their own right as the
Child of Shuyin Yang, Deceased;

RUI ZHENG, as Personal Representative of the
Estate of Shuyin Yang, Deceased and on behalf
of all beneficiaries of Shuyin Yang;

RUI ZHENG, as Personal Representative of the
Estate of Yuguang Zheng, Deceased and on
behalf of all beneficiaries of Yuguang Zheng;

323

SHIDONG ZHENG in their own right as the
Child of Yuguang Zheng, Deceased;

PATRICIA BINGLEY in their own right as the
Parent of Kevin Dennis, Deceased;

BRITT EHNAR in their own right as the Parent
of David Tengelin, Deceased;

PATRIC TENGELIN in their own right as the
Sibling of David Tengelin, Deceased;

PETRA EHNAR in their own right as the Sibling
of David Tengelin, Deceased;

LACHMAN PARBHU, as Personal
Representative of the Estate of Hardai Parbhu,
Deceased and on behalf of all beneficiaries of
Hardai Parbhu;

DENESH N. PARBHU in their own right as the
Sibling of Hardai Parbhu, Deceased;

GANGADEI RAMRUP in their own right as the
Sibling of Hardai Parbhu, Deceased;

KENNETH PERSAUD in their own right as the
Sibling of Hardai Parbhu, Deceased;

PARBOTI PARBHU in their own right as the
Sibling of Hardai Parbhu, Deceased;

RAJARAM PARBHU in their own right as the
Sibling of Hardai Parbhu, Deceased;

AJITHA VEMULAPALLI, as Personal
Representative of the Estate of Suresh
Yanamadala, Deceased and on behalf of all
beneficiaries of Suresh Yanamadala;

MANISH RAI in their own right as the Sibling of
Deepika Sattaluri, Deceased;

IRIS KRAMER in their own right as the Sibling
of Shai Levinhar, Deceased;

JUDY LEVINHAR in their own right as the
Parent of Shai Levinhar, Deceased;
LIAT LEVINHAR in their own right as the
Spouse of Shai Levinhar, Deceased;

:

:

:

MOR LEVINHAR in their own right as the                        :
Sibling of Shai Levinhar, Deceased;                            :

                                                          :

RAZ LEVINHAR in their own right as the                        :
Sibling of Shai Levinhar, Deceased;                            :

                                                          :

ZVI LEVINHAR in their own right as the Parent                 :
of Shai Levinhar, Deceased;                                    :

                                                          :

HELEN KATRINA DAWSON in their own right                      :
as the Parent of Anthony Richard Dawson,                       :
Deceased;                                                      :

MARGARET H. OWEN, as Personal                                :
Representative of the Estate of Melanie Louise                 :
DeVere, Deceased and on behalf of all                          :
beneficiaries of Melanie Louise DeVere;                        :

                                                          :

DAVID DEVERE in their own right as the                        :
Parent of Melanie Louise DeVere, Deceased;                     :

                                                          :

FREDERICK DEVERE in their own right as the                    :
Sibling of Melanie Louise DeVere, Deceased;                    :

                                                          :

SIBLING DOE AP287 in their own right as the                  :
Sibling of DOE AP287, Deceased;                                :

                                                          :

ELIZABETH RACHEL TURNER, as Personal                         :
Representative of the Estate of Simon James                    :
Turner, Deceased and on behalf of all                          :
beneficiaries of Simon James Turner;                           :

                                                          :

JOHN RICHARD TURNER in their own right as                     :
the Parent of Simon James Turner, Deceased;                    :

                                                          :

CATHERINE MARY ROSS in their own right                       :
as the Parent of Jeremy Mark Carrington,                       :
Deceased;                                                      :

                                                          :

SIBLING DOE AP274 in their own right as the                  :
Sibling of DOE AP274, Deceased;                                :

                                                          :

PARENT DOE AP272 in their own right as the                   :
Parent of DOE AP272, Deceased;                                 :
SARAH JANE CARRINGTON in their own                           :
right as the Sibling of Jeremy Mark Carrington,                :
Deceased;                                                      :

:

:

LAURENCE CUNNINGHAM in their own right           :
as the Parent of Michael J. Cunningham,          :
Deceased;                                        :
                                                 :
MAUREEN ELIZABETH BASNICKI, as                   :
Personal Representative of the Estate of Kenneth :
William Basnicki, Deceased and on behalf of all  :
beneficiaries of Kenneth William Basnicki;       :
                                                 :
CHRIS BASNICKI in their own right as the         :
Sibling of Kenneth William Basnicki, Deceased;   :
                                                 :
JEAN BASNICKI in their own right as the          :
Parent of Kenneth William Basnicki, Deceased;    :
                                                 :
ROBERT J. BASNICKI in their own right as the     :
Sibling of Kenneth William Basnicki, Deceased;   :
                                                 :
WILLIAM BASNICKI in their own right as the       :
Parent of Kenneth William Basnicki, Deceased;    :
                                                 :
KUI LIONG LEE, as Personal Representative of     :
the Estate of Siew-Nya Ang, Deceased and on      :
behalf of all beneficiaries of Siew-Nya Ang;     :
                                                 :
LAURA WALKER, as Personal Representative         :
of the Estate of Benjamin James Walker,          :
Deceased and on behalf of all beneficiaries of   :
Benjamin James Walker;                           :
                                                 :
PARENT DOE AP275, as Personal                    :
Representative of the Estate of DOE AP275,        :
Deceased, and on behalf of all beneficiaries of  :
DOE AP275, Deceased                              :
                                                 :
PARENT DOE AP276, as Personal                    :
Representative of the Estate of DOE AP276,        :
Deceased, and on behalf of all beneficiaries of  :
DOE AP276, Deceased                              :
                                                 :
SIBLING DOE AP243 in their own right as the      :
Sibling of DOE AP243, Deceased;                  :
                                                 :
DOE AP250 as Personal Representative of the      :
Estate of DOE AP250, Deceased and on behalf of   :
all beneficiaries of DOE AP250, Deceased;        :
DENISE EGAN in their own right as the Sibling    :
of Christine Egan, Deceased;                     :

:
:
ALFREDO POCASANGRE in their own right as                    :
the Parent of Ana Gloria deBarrera, Deceased;              :
                                                            :
IVONNE POCASANGRE LOPEZ in their own                        :
right as the Sibling of Ana Gloria deBarrera,              :
Deceased;                                                   :
                                                            :
MARIA LUISA POCASANGRE in their own                         :
right as the Parent of Ana Gloria deBarrera,              :
Deceased;                                                   :
                                                            :
OMAR WILFREDO POCASANGRE in their                           :
own right as the Sibling of Ana Gloria deBarrera,          :
Deceased;                                                   :
                                                            :
PEDRO E. POCASANGRE in their own right as                   :
the Sibling of Ana Gloria deBarrera, Deceased;            :
                                                            :
SUSAN WALLACE, as Personal Representative                   :
of the Estate of Roy Wallace, Deceased and on             :
behalf of all beneficiaries of Roy Wallace;               :
                                                            :
SPOUSE DOE AP254 as Personal                                :
Representative of the Estate of DOE AP254,                :
Deceased and on behalf of all beneficiaries of            :
DOE AP254, Deceased;                                        :
                                                            :
SIBLING DOE AP262 in their own right as the                 :
Sibling of DOE AP262, Deceased;                           :
                                                            :
PARENT DOE AP261 in their own right as the                  :
Parent of DOE AP261, Deceased;                            :
                                                            :
WILLIAM JORN SKEAD, as Personal                             :
Representative of the Estate of Christine Sheila          :
McNulty, Deceased and on behalf of all                    :
beneficiaries of Christine Sheila McNulty;                :
                                                            :
CATHERINE MCNULTY in their own right as                     :
the Sibling of Christine Sheila McNulty,                  :
Deceased;                                                   :
                                                            :
CLIVE MCNULTY in their own right as the                     :
Sibling of Christine Sheila McNulty, Deceased;            :
                                                            :
HELEN MCNULTY in their own right as the                     :
Sibling of Christine Sheila McNulty, Deceased;            :

JENNIFER MCNULTY-AHERN in their own
right as the Sibling of Christine Sheila McNulty,
Deceased;                                                      :

LUKE MCNULTY in their own right as the
Sibling of Christine Sheila McNulty, Deceased;                 :

MIKE MCNULTY in their own right as the
Sibling of Christine Sheila McNulty, Deceased;                 :

MARGARET ALEXANDRA CLARKE, as
Personal Representative of the Estate of Suria R.
E. Clarke, Deceased and on behalf of all
beneficiaries of Suria R. E. Clarke;                           :

JOHN A.G. CLARKE in their own right as the
Sibling of Suria R. E. Clarke, Deceased;                       :

THOMAS J.W. CLARKE in their own right as
the Sibling of Suria R. E. Clarke, Deceased;                   :

PUBLIC ADMINISTRATOR OF SUFFOLK
COUNTY, as Personal Representative of the
Estate of Benilda Domingo, Deceased and on
behalf of all beneficiaries of Benilda Domingo;                :

PARENT DOE AP291, as Personal
Representative of the Estate of DOE AP291,
Deceased, and on behalf of all beneficiaries of
DOE AP291, Deceased                                            :

PARENT DOE AP288, as Personal
Representative of the Estate of DOE AP288,
Deceased, and on behalf of all beneficiaries of
DOE AP288, Deceased                                            :

SIBLING DOE AP292 in their own right as the
Sibling of DOE AP292, Deceased;                                :

BEVERLY HALL, as Personal Representative of
the Estate of Vaswald George Hall, Deceased and
on behalf of all beneficiaries of Vaswald George
Hall;                                                          :

YANIQUE HALL in their own right as the Child
of Vaswald George Hall, Deceased;                              :

HARUHIRO SHIRATORI in their own right as
the Parent of Atsushi Shiratori, Deceased;                     :

328

SACHIKO SHIRATORI in their own right as the
Parent of Atsushi Shiratori, Deceased;

ELIZABETH LOUISE MORAN, as Personal
Representative of the Estate of John Christopher
Moran, Deceased and on behalf of all
beneficiaries of John Christopher Moran;

BETTY E. MORAN in their own right as the
Parent of John Christopher Moran, Deceased;

KEVIN M. MORAN in their own right as the
Sibling of John Christopher Moran, Deceased;

ROGELIO R. ESCARCEGA, as Personal
Representative of the Estate of Sarah Ali
Escarcega, Deceased and on behalf of all
beneficiaries of Sarah Ali Escarcega;

ROBERT W. BEATTY, as Personal
Representative of the Estate of Jane Beatty,
Deceased and on behalf of all beneficiaries of
Jane Beatty;

BRENT MCINTOSH in their own right as the
Child of Jane Beatty, Deceased;

DREW MCINTOSH in their own right as the
Child of Jane Beatty, Deceased;

ANNA V. IVANTSOV, as Personal
Representative of the Estate of Aleksandr
Ivantsov, Deceased and on behalf of all
beneficiaries of Aleksandr Ivantsov;

PARENT DOE AP271 in their own right as the
Parent of DOE AP271, Deceased;

JANE MARIE THOMPSON in their own right
as the Sibling of Sarah Anne Redheffer,
Deceased;

PARENT DOE AP270 in their own right as the
Parent of DOE AP270, Deceased;

CHARLES THOMAS WELLS, as Personal
Representative of the Estate of Vincent Michael
Wells, Deceased and on behalf of all
beneficiaries of Vincent Michael Wells;

JULIA ANN WELLS, as Personal
Representative of the Estate of Vincent Michael
Wells, Deceased and on behalf of all
beneficiaries of Vincent Michael Wells;

SIBLING DOE AP278 in their own right as the
Sibling of DOE AP278, Deceased;

SIBLING DOE AP277 in their own right as the
Sibling of DOE AP277, Deceased;

NICOLA NAPIER, as Personal Representative of
the Estate of Alexander Napier, Deceased and on
behalf of all beneficiaries of Alexander Napier;

GERALD NAPIER in their own right as the
Parent of Alexander Napier, Deceased;

MARJORIE NAPIER in their own right as the
Parent of Alexander Napier, Deceased;

MARK NAPIER in their own right as the Sibling
of Alexander Napier, Deceased;

BIRTHER LAURENCIN-BANNISTER in their
own right as the Child of Charles Augustus
Laurencin, Deceased;

JERCIENNE LAURENCIN in their own right as
the Child of Charles Augustus Laurencin,
Deceased;

MANUEL LLANOS MOROCHO in their own
right as the Sibling of Leonel G. Morocho,
Deceased;

MARIA MOROCHO SANCHEZ in their own
right as the Parent of Leonel G. Morocho,
Deceased;

MANUEL LLANOS MOROCHO in their own
right as the Sibling of Blanca Morocho,
Deceased;

MARIA MOROCHO SANCHEZ in their own
right as the Parent of Blanca Morocho, Deceased;

330

Plaintiffs,  :
:
:
v.  :
:
:

**THE ISLAMIC REPUBLIC OF IRAN,**  :
c/o Permanent Mission of Iran
to the United Nations  :
622 Third Avenue  :
New York, NY 10017  :
:

**AYATOLLAH ALI HOSEINI-**  :
**KHAMENEI,** Supreme Leader  :
c/o Permanent Mission of Iran  :
to the United Nations  :
622 Third Avenue  :
New York, NY 10017  :
:

**ALI AKBAR HASHEMI RAFSANJANI**  :
c/o Permanent Mission of Iran  :
to the United Nations  :
622 Third Avenue  :
New York, NY 10017  :
:

**IRANIAN MINISTRY OF**  :
**INFORMATION AND SECURITY**  :
c/o Permanent Mission of Iran  :
to the United Nations  :
622 Third Avenue  :
New York, NY 10017  :
:

**THE ISLAMIC REVOLUTIONARY**  :
**GUARD CORPS**  :
c/o Permanent Mission of Iran  :
to the United Nations  :
622 Third Avenue  :
New York, NY 10017  :
:

**HEZBOLLAH,**  :
an unincorporated association  :
c/o Permanent Mission of Iran  :
to the United Nations  :
622 Third Avenue  :
New York, NY 10017  :
**THE IRANIAN MINISTRY**  :
**OF PETROLEUM**  :
c/o BijanNamdar-Zanganeh  :
Hafez Crossing, Taleghani Avenue  :
Before Hafez Bridge  :

331

Tehran, Iran                                                     :
                                                                :


                                                                :
**THE NATIONAL IRANIAN**                                        :
**TANKER CORPORATION**                                          :
c/o Mohammed Souri, Chairman                                    :
#67 and 88; Atefi Street; Africa Ave.                           :
Tehran, Iran                                                    :
                                                                :
**THE NATIONAL IRANIAN**                                        :
**OIL CORPORATION**                                             :
c/o Madhi Mir Maezzei                                           :
Chief Managing Director                                         :
Hafez Crossing, Taleghani Avenue                                :
P.O. Box 1863                                                   :
Tehran, Iran                                                    :
                                                                :
**THE NATIONAL IRANIAN**                                        :
**GAS COMPANY**                                                 :
#410, Mafatteh Crossing,                                        :
Taleghani Avenue                                                :
P.O. Box 6394,4533                                              :
Tehran, Iran                                                    :
                                                                :
**IRAN AIRLINES**                                               :
c/o Eng. Davoud Keshavarzian                                    :
Chairman and CEO                                                :
Iran Air H.Q.                                                   :
Mahrabad Airport                                                :
Tehran, Iran                                                    :
                                                                :
**THE NATIONAL IRANIAN**                                        :
**PETROCHEMICAL COMPANY**                                       :
#46 Haft Tir Square                                             :
KarimkhanZand Boulevard                                         :
P.O. Box 11365-3484                                             :
Tehran, Iran                                                    :
                                                                :
**IRANIAN MINISTRY OF**                                         :
**ECONOMIC AFFAIRS AND FINANCE**                                :
c/o Safdar Hoseini                                              :
Sour Esrafil Street,                                            :
Bab Homayoun Avenue                                             :
Tehran, Iran                                                    :

|  | : |
| --- | --- |
| **IRANIAN MINISTRY OF** | : |
| **COMMERCE** | : |
| 492 Valy-e Asr Avenue | : |
| Between Taleghani Crossroad and | : |
| Valy-e Asr Square | : |
| Tehran, Iran | : |
|  | : |
| **IRANIAN MINISTRY OF DEFENSE** | : |
| **AND ARMED FORCES LOGISTICS** | : |
| Ali Shamkhani Dabestan Street | : |
| Seyyed Khandan Bridge | : |
| Resalat Expressway | : |
| Tehran, Iran | : |
|  | : |
| **THE CENTRAL BANK OF THE** | : |
| **ISLAMIC REPUBLIC OF IRAN** | : |
| c/o Mahmoud Bahmani, Governor | : |
| Miramad Boulevard, #144 | : |
| Tehran, Iran | : |
|  | : |
|  | : |
| Defendants | : |

## COMPLAINT

Plaintiffs in this action are either persons who were injured, or the personal representatives of the estates of decedents who were murdered, or family members of decedents who were murdered, all as a result of the terrorist attacks against the United States on September 11, 2001. The instant lawsuit is related to the prior actions of *Ashton, et al v. al Qaeda et al*, 03 MDL 1570 (GBD), 02 CV 6977 (GBD); *Continental Casualty Co., et al. v. Al Qaeda, et al.*, 03 MDL 1570 (GBD), 04-CV-5970; and *Federal Insurance Co., et al v. Al Qaida, et al*, 03 MDL 1570 (GBD), 03 CV 6978 (GBD), and others, as defined by the National Defense Authorization Act for Fiscal Year 2008, Pub. L. No. 110-181 §1083(c)(3)(A).   Plaintiffs seek compensatory and punitive damages against Defendants for their role in facilitating and carrying out the attacks.  In support of their claims, Plaintiffs state the following:

## INTRODUCTION

1.      On September 11, 2001, 2,976 individuals, referred to herein as "Decedents," were murdered and many other individuals were injured when nineteen terrorists caused four airlines to crash into the World Trade Center Towers in New York, the Pentagon Building in Arlington County, Virginia and a field near the town of Shanksville, Pennsylvania.  The nineteen hijackers (hereinafter collectively referred to as the "al-Qaeda hijackers" or the "hijackers") were members of a network known as al-Qaeda, a terrorist organization dedicated to the destruction of the United States and its citizens.  The al-Qaeda organization was, and is, dedicated to the goal of establishing a universal Islamic state through the use of violence.  Immediately before the 9/11 attacks, al-Qaeda maintained its headquarters in Afghanistan.

2.      The leader of al-Qaeda was Osama bin Laden (hereinafter referred to as "bin Laden"), a former citizen of Saudi Arabia who, before his death on May 2, 2001, planned,

conspired, funded, directed, controlled, and engaged in terrorist activities and pursuits involving intentional and willful mass murder of thousands of innocent men, women, and children, including the victims of the 9/11 terrorist attacks.  On several occasions, bin Laden admitted al-Qaeda's participation in, and responsibility for, the 9/11 attacks.

3.      Al-Qaeda trained, funded and supported the hijackers, with the aid and assistance of various individuals, organizations, and governments, including Defendants named herein – the Islamic Republic of Iran ("Iran"), its agencies and instrumentalities (referred to collectively as the "Instrumentality Defendants"), and its terrorist proxy, Hezbollah.

4.      For years before the 9/11 attacks, bin Laden had declared and advocated "jihad" – holy war – against the United States.  For example, on February 23, 1998, bin Laden urged jihad against Americans and published in the newspaper *Al Quds al-Arabi* the following:  *"the ruling to kill the Americans and their allies – civilians and military – is an individual duty for every Muslim who can do it in any country in which it is possible to do it."*  On August 20, 1998, President Clinton advised that the United States was taking military action against terrorist objectives in Afghanistan and Sudan:  *"Our target was terror; our mission was clear: to strike at the network of radical groups affiliated with and funded by Osama bin Laden, perhaps the preeminent organizer and financier of international terrorism in the world today."*  On August 21, 1998, the United States Department of State found that:  *"Bin laden's network leads, funds and inspires a wide range of Islamic extremist groups that perpetrate acts of terrorism around the world."*

5.      In conducting their terrorist activities, bin Laden and al-Qaeda received financial, logistical and other material support from foreign states.  In particular, Iran and the Instrumentality Defendants provided bin Laden and al-Qaeda with material support that aided the

335

9/11 terrorist attacks.  Plaintiffs now seek to hold defendants accountable for their role in facilitating these murders.

### JURISDICTION AND VENUE

6.      Jurisdiction arises pursuant to 28 U.S.C. §§ 1330(a), (b), 1331 and 1332(a)(2) and 18 U.S.C. §2388. Jurisdiction also arises based on Defendants' violations of 28 U.S.C. §§ 1605(a)(5) and 1605A (the Foreign Sovereign Immunities Act), 28 U.S.C. §1350 ("Alien Tort Claims Act"), the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73 (reprinted at 28 U.S.C.A. §1350 note (West 1993)), and 18 U.S.C. §2333.

7.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2), 1391(d), 1391(f)(1), and 18 U.S.C. §2333.

8.      Venue is also proper in this District because the instant lawsuit is related to *Thomas Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.,* 03 MDL 1570 (GBD), 03-CV-09849 (GBD); *Ashton, et al v. al Qaeda et al*, 03 MDL 1570 (GBD), 02 CV 6977 (GBD); *Continental Casualty Co., et al. v. Al Qaeda, et al*., 03 MDL 1570 (GBD), 04-CV-5970; and *Federal Insurance Co., et al v. al Qaida, et al*, 03 MDL 1570 (GBD), 03 CV 6978 (GBD), which are all part of the Multidistrict Litigation captioned *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM) and situated in this Court.

9.      As herein alleged, actions for wrongful death, personal injury, and related torts perpetrated by foreign states, such as defendant Iran, through their agencies and instrumentalities, and through their officials, employees and agents, fall within the exceptions to jurisdictional immunity contained in the Foreign Sovereign Immunities Act, specifically the non-

commercial tort exception contained in 28 U.S.C. §1605(a)(5) and the terrorism exception contained in 28 U.S.C. §1605A.

## **PLAINTIFFS**

10.     Thomas E. Burnett, Sr. is a surviving Parent of Thomas E. Burnett, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

11.     Beverly Burnett is a surviving Parent of Thomas E. Burnett, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

12.     Antoinette D. Ognibene is a surviving Parent and Personal Representative of Philip Paul Ognibene, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

13.     Sali Gjonbalaj is a surviving Child and Personal Representative of Mon Gjonbalaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

14.     Eileen D. Lugano is a surviving Parent and Personal Representative of Sean Thomas Lugano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

15.     John C. Lugano is a surviving Sibling of Sean Thomas Lugano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

16.     Michael Lugano is a surviving Sibling of Sean Thomas Lugano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

17.     Stephanie Mccuin is a surviving Sibling of Sean Thomas Lugano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

18.     Edmund Barry is a surviving Spouse and Personal Representative of Diane Barry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

19.     Brian Barry is a surviving Child of Diane Barry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

20.     Kevin W. Barry is a surviving Child of Diane Barry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

21.     Maureen Barry is a surviving Child of Diane Barry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

22.     Jessica Murrow-Adams is a surviving Spouse and Personal Representative of Stephen George Adams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

23.     Lawrence Scott Adams is a surviving Sibling of Stephen George Adams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

24.     Doe AP25 is a surviving Spouse and Personal Representative of Decedent Doe AP25, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

25.     Patrick J. Nassaney, Jr. is a surviving Sibling and Beneficiary of Shawn Michael Nassaney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

26.     Ryan A. Nassaney is a surviving Sibling and Beneficiary of Shawn Michael Nassaney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

27.     Margaret M. Nassaney is a surviving Parent and Personal Representative of Shawn Michael Nassaney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

28.     Patrick John Nassaney, Sr. is a surviving Parent and Personal Representative of Shawn Michael Nassaney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

29.     Ronald F. May is a surviving Parent and Personal Representative of Renee A. May, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

30.     David Spivock, Jr. is a surviving Not Related of Renee A. May, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

31.     Jeffrey M. May is a surviving Sibling of Renee A. May, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

32.     Kenneth May is a surviving Sibling of Renee A. May, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

33.     Nancy A. May is a surviving Parent of Renee A. May, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

34.     Doe AP27 is a surviving Parent and Personal Representative of Decedent Doe AP27, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

35.     Doe AP28 is a surviving Parent of Decedent Doe AP28, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

36.     Doe AP29 is a surviving Sibling of Decedent Doe AP29, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

37.     Doe AP75 is a surviving Spouse and Personal Representative of Decedent Doe AP75, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

38.     Betty Ann Miller is a surviving Parent and Personal Representative of Michael Matthew Miller, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

39.     James H. Miller is a surviving Parent and Personal Representative of Michael Matthew Miller, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

40.     Stephen K. Holland is a surviving Spouse and Personal Representative of Cora Hidalgo Holland, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

41.     Ernie Hidalgo is a surviving Sibling of Cora Hidalgo Holland, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

42.     Jessica Lin Hidalgo Holland is a surviving Child of Cora Hidalgo Holland, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

43.     Maria Y. Aldaco is a surviving Sibling of Cora Hidalgo Holland, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

44.     Stephanie Denise Hidalgo Holland-Brodney is a surviving Child of Cora Hidalgo Holland, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

45.     Jennifer E. Josiah is a surviving Child and Personal Representative of Jane Eileen Josiah, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

46.     Kelly C. Josiah is a surviving Child and Personal Representative of Jane Eileen Josiah, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

47.     Mary Bavis is a surviving Parent and Personal Representative of Mark Lawrence Bavis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

48.     John M. Bavis is a surviving Sibling of Mark Lawrence Bavis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

49.     Kathleen M. Sylvester is a surviving Sibling of Mark Lawrence Bavis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

50.     Kelly Bavis Morrissey is a surviving Sibling of Mark Lawrence Bavis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

51.     Mary Ellen Moran is a surviving Sibling of Mark Lawrence Bavis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

52.     Michael T. Bavis is a surviving Sibling of Mark Lawrence Bavis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

53.     Patrick J Bavis is a surviving Sibling of Mark Lawrence Bavis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

54.     Marlyse Bosley is a surviving Sibling of Jose Espinal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

55.     Christopher Simmons is a surviving Child of George W. Simmons, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

56.     Doe AP929 is a surviving Child of Decedent Doe AP929, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

57.     George W. Simmons, Jr. is a surviving Child of George W. Simmons, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

58.     Kathleen S. Maycen is a surviving Parent and Personal Representative of Lindsay S. Morehouse, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

59.     Theodore C. Morehouse is a surviving Parent of Lindsay S. Morehouse, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

60.     Joaquim T. deAraujo is a surviving Child and Personal Representative of Dorothy A. deAraujo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

61.     Mary B. Williamson is a surviving Spouse and Personal Representative of John P. Williamson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

62.     George P. Williamson is a surviving Sibling of John P. Williamson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

63.     Doe AP30 is a surviving Spouse and Personal Representative of Decedent Doe AP30, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

64.     Doe AP134 is a surviving Spouse and Personal Representative of Decedent Doe AP134, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

65.     Kenneth T. Tarantino is a surviving Parent of Kenneth J. Tarantino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

66.     Theresa Tarantino is a surviving Parent of Kenneth J. Tarantino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

67.     Victoria Melone is a surviving Sibling of Kenneth J. Tarantino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

68.     Cathy Lyn Fersini is a surviving Spouse and Personal Representative of Louis V. Fersini, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

69.     Arnold R. Wittenstein is a surviving Parent and Personal Representative of Michael Robert Wittenstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

70.     Caryn Hinson is a surviving Sibling and Personal Representative of Michael Robert Wittenstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

71.     Barbara Wittenstein is a surviving Parent of Michael Robert Wittenstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

72.     Jeffrey Wittenstein is a surviving Sibling of Michael Robert Wittenstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

73.     Doe AP31 is a surviving Parent and Co-Administrators of Decedent Doe AP31, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

74.     Doe AP32 is a surviving Parent and Co-Administrators of Decedent Doe AP32, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

75.     Doe AP33 is a surviving Sibling of Decedent Doe AP33, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

76.     Gricel G. Zayas-Moyer is a surviving Parent and Personal Representative of Manuel Del Valle, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

77.     Manuel Del Valle, Sr. is a surviving Parent and Personal Representative of Manuel Del Valle, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

78.     Yogesh R. Patel is a surviving Sibling and Personal Representative of Avnish Ramanbhai Patel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

79.     Ramanbhas M. Patel is a surviving Parent of Avnish Ramanbhai Patel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

80.     Sushilaben R. Patel is a surviving Parent of Avnish Ramanbhai Patel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

81. Jayant R. Patel is a surviving Parent and Personal Representative of Dipti Patel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

82. Kapila Patel is a surviving Parent of Dipti Patel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

83. Nimisha Patel is a surviving Sibling of Dipti Patel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

84. Niraj Patel is a surviving Sibling of Dipti Patel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

85. Rantik Patel is a surviving Sibling of Dipti Patel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

86. Vibhuti Patel is a surviving Sibling of Dipti Patel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

87.     Patricia Ellen Wellington is a surviving Spouse and Personal Representative of John Anthony Spataro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

88.     Jennifer Ewart is a surviving Sibling and Personal Representative of Meredith Emily June Ewart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

89.     Catherine Ewart is a surviving Parent of Meredith Emily June Ewart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

90.     Robert G. Ewart is a surviving Parent of Meredith Emily June Ewart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

91.     Shirimattie Vukosa is a surviving Spouse and Personal Representative of Alfred Vukosa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

92.     Irma Vukosa is a surviving Parent of Alfred Vukosa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

93.     Sonja Vukosa is a surviving Sibling of Alfred Vukosa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

94.     Gerald Goldberg is a surviving Parent of Brian F. Goldberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

95.     Marilyn Goldberg is a surviving Parent of Brian F. Goldberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

96.     Marie Ann Paprocki is a surviving Sibling and Personal Representative of Denis Lavelle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

97.     Jacqueline Van Laere Hayes is a surviving Sibling of Daniel Maurice Van Laere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

98.     Paul Van Laere is a surviving Sibling of Daniel Maurice Van Laere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

99.     Rita M. Wiley is a surviving Sibling of Daniel Maurice Van Laere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

100.    Randolph T. Hohlweck is a surviving Child of Thomas Warren Hohlweck, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

101.    Robin Hohlweck is a surviving Child of Thomas Warren Hohlweck, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

102.    Todd W. Hohlweck is a surviving Child of Thomas Warren Hohlweck, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

103.     Doe AP181 is a surviving Spouse and Personal Representative of Decedent Doe AP181, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

104.     Selena Dack Forsyth is a surviving Parent of Caleb Arron Dack, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

105.     Doe AP36 is a surviving Parent and Personal Representative of Decedent Doe AP36, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

106.     Doe AP35 is a surviving Sibling of Decedent Doe AP35, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

107.     Doe AP37 is a surviving Sibling of Decedent Doe AP37, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

108.     Doe AP38 is a surviving Spouse and Personal Representative of Decedent Doe AP38, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

109.     Doe AP39 is a surviving Child of Decedent Doe AP39, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

110.     Edward Russin is a surviving Parent of Steven Harris Russin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

111.     Gary Michael Low is a surviving Parent and Personal Representative of Sara Elizabeth Low, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

112.     Bobbie Jean Low is a surviving Parent of Sara Elizabeth Low, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

113.     Rebecca Alyson Low is a surviving Sibling of Sara Elizabeth Low, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

114.    Bruce E. Serva is a surviving Spouse and Personal Representative of Marian Teresa Serva, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

115.    Herbert Gladstone is a surviving Spouse and Personal Representative of Dianne Gladstone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

116.    Jayne M. Marx is a surviving Sibling of Dianne Gladstone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

117.    Martin Toyen is a surviving Parent and Personal Representative of Amy E. Toyen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

118.    Eugenia R. Llanes is a surviving Parent and Personal Representative of George Andrew Llanes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

119.    Nazam Khan is a surviving Spouse and Personal Representative of Sarah Khan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

120.     Beatriz E. Hymel is a surviving Spouse and Personal Representative of Robert Joseph Hymel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

121.     Natalie Christina Conners is a surviving Child of Robert Joseph Hymel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

122.     Gloria Ingrassia is a surviving Parent and Personal Representative of Christopher Noble Ingrassia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

123.     Anthony A. Ingrassia is a surviving Parent of Christopher Noble Ingrassia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

124.     Anthony W. Ingrassia is a surviving Sibling of Christopher Noble Ingrassia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

125.     Elisa M. Ingrassia is a surviving Sibling of Christopher Noble Ingrassia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

126.     Paul B. Ingrassia is a surviving Sibling of Christopher Noble Ingrassia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

127.     Susan L. Picarro is a surviving Spouse and Personal Representative of Ludwig John Picarro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

128.     Barbara Talty is a surviving Spouse of Paul Talty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

129.     Gloria Talty is a surviving Parent of Paul Talty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

130.     John Talty is a surviving Parent of Paul Talty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

131. Kerry Mccall is a surviving Sibling of Paul Talty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

132. Kevin Talty is a surviving Sibling of Paul Talty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

133. Mark Talty is a surviving Sibling of Paul Talty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

134. Patricia Dougan is a surviving Sibling of Paul Talty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

135. Steven Talty is a surviving Sibling of Paul Talty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

136.    Doe AP42 is a surviving Spouse and Personal Representative of Decedent Doe AP42, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

137.    Joseph Bondarenko is a surviving Child of Alan Bondarenko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

138.    William Bondarenko is a surviving Child of Alan Bondarenko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

139.    Alberto Santoro is a surviving Parent of Mario L. Santoro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

140.    Delia Villanueva is a surviving Parent and Personal Representative of Sergio Villanueva, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

141.    Maria Suarez is a surviving Sibling of Sergio Villanueva, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

142. Steve Villanueva is a surviving Sibling of Sergio Villanueva, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

143. Patricia J. Whalen is a surviving Parent and Personal Representative of Meredith Lynn Whalen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

144. Kristen E. Whalen is a surviving Sibling of Meredith Lynn Whalen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

145. Nilsa Milagros Rivera is a surviving Spouse and Personal Representative of Isaias Rivera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

146. Adrian Isaac Rivera is a surviving Child of Isaias Rivera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

147.     Carmen Rivera is a surviving Sibling of Isaias Rivera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

148.     Gloria Gonzalez is a surviving Sibling of Isaias Rivera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

149.     Josue Rivera Trujillo is a surviving Sibling of Isaias Rivera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

150.     Moises Rivera is a surviving Sibling of Isaias Rivera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

151.     Everett Proctor, Jr. is a surviving Parent and Personal Representative of Everett M. Proctor, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

152.     Catherine B. Proctor is a surviving Parent of Everett M. Proctor, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

153. Mary E. Griffin is a surviving Sibling of Everett M. Proctor, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

154. Mary L. Murphy is a surviving Spouse and Personal Representative of James Thomas Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

155. Joan V. Murphy is a surviving Parent of James Thomas Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

156. Thomas J. Murphy is a surviving Sibling of James Thomas Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

157. William C. Murphy, Jr. is a surviving Parent of James Thomas Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

158.    William C. Murphy, III is a surviving Sibling of James Thomas Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

159.    Doe AP43 is a surviving Spouse and Personal Representative of Decedent Doe AP43, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

160.    Joyce Miuccio is a surviving Spouse and Personal Representative of Richard P. Miuccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

161.    Laura Marie Lopez is a surviving Child of Richard P. Miuccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

162.    Mary Urs is a surviving Sibling of Richard P. Miuccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

163.    Owen Richard Miuccio is a surviving Child of Richard P. Miuccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

164. Robert Peter Miuccio, Sr. is a surviving Sibling of Richard P. Miuccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

165. Thomas Paul Miuccio is a surviving Child of Richard P. Miuccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

166. John G. Nee is a surviving Parent of Luke G. Nee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

167. Mary Nee Reilly is a surviving Sibling of Luke G. Nee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

168. Patricia B. Nee O'keefe is a surviving Sibling of Luke G. Nee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

169.     Lisa Anne Gray is a surviving Child and Beneficiary of Ian J. Gray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

170.     Ana M. Raley is a surviving Spouse and Personal Representative of Ian J. Gray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

171.     Anne Margaret Policelli is a surviving Sibling of Ian J. Gray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

172.     Donald S. Wiener is a surviving Parent of Jeffrey David Wiener, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

173.     Robin K. Wiener is a surviving Sibling of Jeffrey David Wiener, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

174.     Wilma Wiener is a surviving Parent of Jeffrey David Wiener, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

175.     Doe AP90 is a surviving Child and Personal Representative of Decedent Doe AP90, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

176.     Doe AP91 is a surviving Spouse of Decedent Doe AP91, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

177.     Marcia Lillianthal is a surviving Parent of Steven Barry Lillianthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

178.     Mindi Cohen is a surviving Sibling of Steven Barry Lillianthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

179.     Sherman Lillianthal is a surviving Parent of Steven Barry Lillianthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

180.     William Doyle, Sr. is a surviving Parent and Personal Representative of Joseph Michael Doyle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

181.     Doreen Lutter is a surviving Sibling of Joseph Michael Doyle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

182.     William Doyle, Jr. is a surviving Sibling of Joseph Michael Doyle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

183.     Basmattie Bishundat is a surviving Parent and Personal Representative of Kris Romeo Bishundat, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

184.     Bhola P. Bishundat is a surviving Parent and Personal Representative of Kris Romeo Bishundat, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

185.     Emily Howell is a surviving Spouse and Personal Representative of Michael C. Howell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

186.     Kevin M. Howell is a surviving Child of Michael C. Howell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

187.     Doe AP1 is a surviving Spouse and Personal Representative of Decedent Doe AP1, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

188.     Doe AP135 is a surviving Child of Decedent Doe AP135, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

189.     Lauren Hansen is a surviving Child of Ronald E. Comer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

190.     Sylvia L. Connors is a surviving Spouse and Personal Representative of Kevin P. Connors, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

191. Christopher Connors is a surviving Sibling of Kevin P. Connors, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

192. Douglas Connors is a surviving Sibling of Kevin P. Connors, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

193. William K. Connors is a surviving Sibling of Kevin P. Connors, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

194. Doe AP2 is a surviving Spouse and Personal Representative of Decedent Doe AP2, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

195. Doe AP3 is a surviving Spouse and Personal Representative of Decedent Doe AP3, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

196. Doe AP6 is a surviving Child of Decedent Doe AP6, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

197.    Doe AP11 is a surviving Sibling of Decedent Doe AP11, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

198.    Doe AP10 is a surviving Sibling of Decedent Doe AP10, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

199.    Doe AP12 is a surviving Sibling of Decedent Doe AP12, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

200.    Doe AP8 is a surviving Parent of Decedent Doe AP8, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

201.    Doe AP4 is a surviving Child of Decedent Doe AP4, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

202.     Doe AP5 is a surviving Child of Decedent Doe AP5, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

203.     Doe AP7 is a surviving Child of Decedent Doe AP7, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

204.     Doe AP13 is a surviving Sibling of Decedent Doe AP13, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

205.     Doe AP9 is a surviving Sibling of Decedent Doe AP9, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

206.     Doe AP86 is a surviving Parent and Personal Representative of Decedent Doe AP86, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

207.     Doe AP44 is a surviving Spouse and Personal Representative of Decedent Doe AP44, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

208.     Ellen Reynolds Goodchild is a surviving Parent and Personal Representative of Lynn Catherine Goodchild, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

209.     William Clark Goodchild, III is a surviving Parent and Personal Representative of Lynn Catherine Goodchild, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

210.     Neil K. Goodchild is a surviving Sibling of Lynn Catherine Goodchild, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

211.     Doe AP49 is a surviving Spouse and Personal Representative of Decedent Doe AP49, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

212.     Doe AP50 is a surviving Child of Decedent Doe AP50, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

213.     Doe AP51 is a surviving Child of Decedent Doe AP51, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

214.     Eileen A. Hannaford is a surviving Spouse and Personal Representative of Kevin James Hannaford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

215.     Elizabeth L. Saraceno is a surviving Sibling of Kevin James Hannaford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

216.     James J. Hannaford is a surviving Parent of Kevin James Hannaford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

217.     Nancy E. Hannaford is a surviving Parent of Kevin James Hannaford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

218.     Patrick G. Hannaford is a surviving Sibling of Kevin James Hannaford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

219.    Maria Koutny is a surviving Child and Personal Representative of Marie Pappalardo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

220.    Gary Pappalardo is a surviving Sibling of Marie Pappalardo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

221.    Vernon A. Randlett is a surviving Sibling of Marie Pappalardo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

222.    Margaret Canavan is a surviving Parent and Personal Representative of Sean Canavan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

223.    Ciaran Canavan is a surviving Sibling of Sean Canavan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

224.     Kathleen Mckeon is a surviving Sibling of Sean Canavan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

225.     Rosemary Celine Traynor is a surviving Sibling of Sean Canavan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

226.     Teresa Mccaffery is a surviving Sibling of Sean Canavan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

227.     Thomas Canavan is a surviving Parent of Sean Canavan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

228.     Ted Yarnell is a surviving Parent and Personal Representative of Matthew David Yarnell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

229.     Michele Yarnell is a surviving Parent of Matthew David Yarnell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

230.     Samuel E. Straub is a surviving Child of Edward W. Straub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

231.     Donald H. Progen is a surviving Parent and Personal Representative of Carrie Beth Progen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

232.     Kathleen A. Progen is a surviving Parent of Carrie Beth Progen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

233.     Matthew Eric Progen is a surviving Sibling of Carrie Beth Progen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

234.     Alicia M. Patrick is a surviving Sibling of James Matthew Patrick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

235.   Barbara A. Patrick is a surviving Parent of James Matthew Patrick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

236.   Jerry Patrick is a surviving Parent of James Matthew Patrick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

237.   Kathryn M. Patrick is a surviving Sibling of James Matthew Patrick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

238.   Kevin M. Patrick is a surviving Sibling of James Matthew Patrick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

239.   Doe AP14 is a surviving Spouse and Personal Representative of Decedent Doe AP14, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

240.   Kishan Sarkar is a surviving Child of Kalyan K. Sarkar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

241.    Doe AP52 is a surviving Ex-Spouse of Decedent Doe AP52, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

242.    Elizabeth Stewart is a surviving Parent of Michael James Stewart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

243.    Janet Stewart is a surviving Sibling of Michael James Stewart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

244.    Carie Lemack is a surviving Child and Personal Representative of Judith Camilla Larocque, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

245.    Danielle Lemack is a surviving Child and Personal Representative of Judith Camilla Larocque, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

246.    Debra Menich is a surviving Spouse and Personal Representative of Kevin Micheal McCarthy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

247.    Charles Mccarthy, Sr. is a surviving Parent of Kevin Micheal McCarthy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

248.    Charles Mccarthy, Jr. is a surviving Sibling of Kevin Micheal McCarthy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

249.    Kathleen M. Sullivan is a surviving Sibling of Kevin Micheal McCarthy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

250.    Marie Mccarthy is a surviving Parent of Kevin Micheal McCarthy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

251.    Doe AP15 is a surviving Spouse and Personal Representative of Decedent Doe AP15, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

252.    Doe AP17 is a surviving Sibling of Decedent Doe AP17, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

253.    Marci Kleinberg-Bandelli is a surviving Sibling of Alan D. Kleinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

254.    Marla Kleinberg is a surviving Sibling of Alan D. Kleinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

255.    Vivian Lerner Shoemaker is a surviving Parent of Alan D. Kleinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

256.    Arnold Roma is a surviving Parent and Personal Representative of Keith Roma, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

257.     Kevin Roma is a surviving Sibling of Keith Roma, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

258.     Maureen Roma Garri is a surviving Sibling of Keith Roma, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

259.     Rosemary Roma is a surviving Parent of Keith Roma, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

260.     Karen Elizabeth Mastrandrea is a surviving Spouse and Personal Representative of Philip William Mastrandrea, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

261.     Lynn Mastrandrea is a surviving Sibling of Philip William Mastrandrea, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

262.     Philip W. Mastrandrea, Sr. is a surviving Parent of Philip William Mastrandrea, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

263.    Robert Mastrandrea is a surviving Sibling of Philip William Mastrandrea, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

264.    Rosalie A. Mastrandrea is a surviving Parent of Philip William Mastrandrea, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

265.    Edwin H. Yuen is a surviving Spouse of Cindy Yanzhu Guan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

266.    Alexander Mardikian is a surviving Parent of Peter Edward Mardikian, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

267.    Monica N. Mardikian is a surviving Sibling of Peter Edward Mardikian, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

268.     Shakeh Mardikian is a surviving Parent of Peter Edward Mardikian, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

269.     Gail Hoffmann is a surviving Spouse and Personal Representative of Frederick Hoffmann, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

270.     Doe AP53 is a surviving Parent and Personal Representative of Decedent Doe AP53, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

271.     Ondina Bennett is a surviving Parent and Personal Representative of Bryan Craig Bennett, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

272.     Lourdes Bennett O'Connor is a surviving Sibling of Bryan Craig Bennett, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

273.     Doe AP81 is a surviving Spouse and Personal Representative of Decedent Doe AP81, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

274.    Antonina Marino is a surviving Parent of Vita Marino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

275.    James Marino is a surviving Sibling of Vita Marino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

276.    Martin A. Marino is a surviving Sibling of Vita Marino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

277.    Michael P. Marino is a surviving Sibling of Vita Marino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

278.    Nancy S. Knox is a surviving Spouse and Personal Representative of Thomas Patrick Knox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

279.     Denis Knox is a surviving Sibling of Thomas Patrick Knox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

280.     James Knox is a surviving Sibling of Thomas Patrick Knox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

281.     Kathleen Doolan is a surviving Sibling of Thomas Patrick Knox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

282.     Mary Ellen Knox is a surviving Sibling of Thomas Patrick Knox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

283.     Patricia B. Lalley is a surviving Sibling of Thomas Patrick Knox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

284.     Patricia B. Knox is a surviving Parent of Thomas Patrick Knox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

285.    Ronald J Willett is a surviving Parent and Personal Representative of John Charles Willett, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

286.    Lucille C. Willett is a surviving Parent of John Charles Willett, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

287.    Lakshmi Chalasani is a surviving Parent and Personal Representative of Swarna Chalasani, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

288.    Nageswararao Chalasani is a surviving Parent and Personal Representative of Swarna Chalasani, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

289.    Sandhya Chalasani is a surviving Sibling of Swarna Chalasani, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

290.     Sujana Chalasani is a surviving Sibling of Swarna Chalasani, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

291.     Venkateswanango Chalasani is a surviving Sibling of Swarna Chalasani, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

292.     Doe AP18 is a surviving Spouse and Personal Representative of Decedent Doe AP18, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

293.     Doe AP19 is a surviving Spouse and Personal Representative of Decedent Doe AP19, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

294.     Jordan Cayne is a surviving Parent of Jason David Cayne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

295.     Suzan Cayne is a surviving Parent of Jason David Cayne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

296.     Doe AP20 is a surviving Spouse and Personal Representative of Decedent Doe AP20, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

297.     Doe AP131 is a surviving Sibling of Decedent Doe AP131, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

298.     Doe AP130 is a surviving Sibling of Decedent Doe AP130, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

299.     Doe AP55 is a surviving Spouse and Personal Representative of Decedent Doe AP55, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

300.     Doe AP56 is a surviving Child of Decedent Doe AP56, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

301.     Doe AP57 is a surviving Child of Decedent Doe AP57, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

302.     Lynne Cillo-Capaldo is a surviving Sibling and Personal Representative of Elaine Cillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

303.     Gary Cillo is a surviving Sibling of Elaine Cillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

304.     Nunzi C. Cillo is a surviving Parent of Elaine Cillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

305.     Alexander Santora is a surviving Parent and Personal Representative of Christopher A. Santora, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

306.     Maureen Santora is a surviving Parent and Personal Representative of Christopher A. Santora, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

307.     Jennifer Santora is a surviving Sibling of Christopher A. Santora, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

308.     Kathleen Santora-Montali is a surviving Sibling of Christopher A. Santora, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

309.     Patricia Santora is a surviving Sibling of Christopher A. Santora, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

310.     Doe AP58 is a surviving Parent and Personal Representative of Decedent Doe AP58, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

311.     Doe AP62 is a surviving Spouse and Personal Representative of Decedent Doe AP62, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

312.     Doe AP63 is a surviving Child of Decedent Doe AP63, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

313.     Doe AP64 is a surviving Child of Decedent Doe AP64, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

314.     Doe AP65 is a surviving Child of Decedent Doe AP65, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

315.     Steven T. Campbell is a surviving Spouse and Personal Representative of Jill Marie Campbell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

316.     Jeanne M. Maurer is a surviving Parent of Jill Marie Campbell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

317.     Joseph Maurer is a surviving Parent of Jill Marie Campbell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

318.     Linda Maurer is a surviving Sibling of Jill Marie Campbell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

319.     Doe AP69 is a surviving Sibling and Personal Representative of Decedent Doe AP69, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

320.     Doe AP67 is a surviving Parent of Decedent Doe AP67, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

321.     Doe AP66 is a surviving Sibling of Decedent Doe AP66, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

322.     Doe AP70 is a surviving Sibling and Personal Representative of Decedent Doe AP70, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

323.     Doe AP72 is a surviving Parent of Decedent Doe AP72, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

324.     Doe AP71 is a surviving Sibling of Decedent Doe AP71, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

325.     Elizabeth Alderman is a surviving Parent and Personal Representative of Peter Craig Alderman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

326.     Stephen Alderman is a surviving Parent and Personal Representative of Peter Craig Alderman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

327.     Jane Alderman is a surviving Sibling of Peter Craig Alderman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

328.     Denise Danahy Duffy is a surviving Sibling of Patrick William Danahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

329.     Francis L. Danahy, Jr. is a surviving Parent of Patrick William Danahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

330.     John M. Danahy is a surviving Sibling of Patrick William Danahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

331.     Kathleen A. Danahy Samuelson is a surviving Sibling of Patrick William Danahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

332.     Mary-Anne Dwyer Danahy is a surviving Parent of Patrick William Danahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

333.     Maryanne Danahy is a surviving Sibling of Patrick William Danahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

334.    Michael Francis Danahy is a surviving Sibling of Patrick William Danahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

335.    Nancy Doris Tzemis is a surviving Parent and Personal Representative of Jennifer Lynn Tzemis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

336.    Stamatios K. Tzemis is a surviving Parent and Personal Representative of Jennifer Lynn Tzemis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

337.    Nicole Tzemis is a surviving Sibling of Jennifer Lynn Tzemis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

338.    Sophia Tzemis is a surviving Sibling of Jennifer Lynn Tzemis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

339.    Doe AP87 is a surviving Spouse and Personal Representative of Decedent Doe AP87, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

340. Deborah Ann Hudson is a surviving Sibling of Carl Eugene Molinaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

341. Eugene Molinaro is a surviving Parent of Carl Eugene Molinaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

342. Joan Molinaro is a surviving Parent of Carl Eugene Molinaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

343. Lawrence C. Molinaro is a surviving Sibling of Carl Eugene Molinaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

344. Doe AP89 is a surviving Sibling of Decedent Doe AP89, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

345.     Doe AP88 is a surviving Sibling of Decedent Doe AP88, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

346.     Barbara Wentworth is a surviving Sibling of Lorraine Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

347.     Joan Greene is a surviving Parent of Lorraine Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

348.     Johnny Lee is a surviving Spouse of Lorraine Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

349.     Patricia Reilly is a surviving Sibling of Lorraine Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

350.     Terence Greene is a surviving Sibling of Lorraine Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

351.     Thomas M. Greene is a surviving Sibling of Lorraine Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

352.     Timothy R. Greene is a surviving Sibling of Lorraine Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

353.     John V. Quigley is a surviving Sibling of Patrick J Quigley, IV, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

354.     Mija Quigley is a surviving Parent of Patrick J Quigley, IV, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

355.     Ruth Quigley-Lawrence is a surviving Sibling of Patrick J Quigley, IV, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

356.     Deena Burnett is a surviving Spouse and Personal Representative of Thomas E. Burnett, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

357.     Martha Jane Burnett is a surviving Sibling of Thomas E. Burnett, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

358.     Mary Margaret Jurgens is a surviving Sibling of Thomas E. Burnett, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

359.     Christina Resta is a surviving Parent and Personal Representative of John Thomas Resta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

360.     Bernard Resta is a surviving Parent of John Thomas Resta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

361.     Christine Mazzeo is a surviving Sibling of John Thomas Resta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

362.    Dawn Angrisani is a surviving Sibling of John Thomas Resta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

363.    Michael Resta is a surviving Sibling of John Thomas Resta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

364.    Thomas Resta is a surviving Sibling of John Thomas Resta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

365.    Rosemarie C. Martie is a surviving Sibling of Salvatore J. Zisa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

366.    Doe AP74 is a surviving Parent and Co-Administrators of Decedent Doe AP74, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

367.     Doe AP73 is a surviving Parent and Co-Administrators of Decedent Doe AP73, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

368.     Thomas Reidy is a surviving Parent and Personal Representative of Gregory Reidy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

369.     Mary L. Reidy is a surviving Parent of Gregory Reidy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

370.     Doe AP76 is a surviving Spouse and Personal Representative of Decedent Doe AP76, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

371.     Horace G. Whittington is a surviving Parent and Beneficiary of Leslie Ann Whittington, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

372.     Kirk Whittington is a surviving Sibling and Beneficiary of Leslie Ann Whittington, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

373. Michael T. Whittington is a surviving Sibling and Beneficiary of Leslie Ann Whittington, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

374. Sara Guest is a surviving Sibling and Beneficiary of Leslie Ann Whittington, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

375. Joyce L. Johnson is a surviving Spouse and Personal Representative of Dennis M. Johnson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

376. Dawn Marie Johnson is a surviving Child of Dennis M. Johnson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

377. Diane Czlapinski is a surviving Sibling of Dennis M. Johnson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

378.     Elva Johnson is a surviving Parent of Dennis M. Johnson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

379.     Gail Lindner is a surviving Sibling of Dennis M. Johnson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

380.     Robert Johnson is a surviving Parent of Dennis M. Johnson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

381.     Michael Tavolarella is a surviving Spouse and Personal Representative of Deborah Medwig, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

382.     Judith Kay Hardacre is a surviving Spouse and Personal Representative of Gerald Hardacre, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

383.     Lorraine Moskal is a surviving Spouse and Personal Representative of William David Moskal, one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

384.     Gila Barzvi is a surviving Parent and Personal Representative of Guy Barzvi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

385.     Doe AP78 is a surviving Sibling of Decedent Doe AP78, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

386.     Delores Laverde is a surviving Parent and Personal Representative of Jeannine LaVerde, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

387.     Thomas A. LaVerde is a surviving Sibling of Jeannine LaVerde, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

388.     John P. Baeszler is a surviving Sibling and Personal Representative of Jane Ellen Baeszler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

389.    Jennifer D'Auria is a surviving Sibling and Personal Representative of Joseph R. Allen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

390.    Michael J. Allen is a surviving Sibling and Personal Representative of Joseph R. Allen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

391.    Roosevelt Stallworth, Sr. is a surviving Parent of Marsha Ratchford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

392.    Haven A. Fyfe is a surviving Spouse and Personal Representative of Karleton D. Fyfe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

393.    Karen Reilly is a surviving Spouse and Personal Representative of Ronald G. Tartaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

394.    Rosanna P. Tartaro is a surviving Sibling of Ronald G. Tartaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

395.    Teresa Tartaro is a surviving Parent of Ronald G. Tartaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

396.    William Tartaro is a surviving Parent of Ronald G. Tartaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

397.    Barry Cohen is a surviving Parent and Personal Representative of Kevin Sanford Cohen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

398.    Marcia Cohen is a surviving Parent of Kevin Sanford Cohen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

399.    Doe AP136 is a surviving Spouse and Personal Representative of Decedent Doe AP136, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

400.     Solomon Gayle is the surviving Personal Representative of Seilai Khoo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

401.     Grace Lieberman is a surviving Spouse and Personal Representative of Michael Jude D'Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

402.     Ralph D'Esposito is a surviving Parent of Michael Jude D'Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

403.     Daniel J. Sheehan is a surviving Parent and Personal Representative of Linda June Sheehan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

404.     Robert D. Sheehan is a surviving Sibling of Linda June Sheehan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

405.     Gail Hoffmann is a surviving Parent and Personal Representative of Michele Hoffmann, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

406.     Catherine Powell is a surviving Parent and Personal Representative of Scott Allen Powell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

407.     Christina Kminek is a surviving Sibling and Personal Representative of Marirae Sopper, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

408.     Marion Kminek is a surviving Parent of Marirae Sopper, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

409.     R. Bill Sopper is a surviving Parent of Marirae Sopper, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

410.     Tammy Sopper is a surviving Sibling of Marirae Sopper, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

411.     Suzanne S. Mladenik is a surviving Spouse and Personal Representative of Jeffrey P. Mladenik, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

412.     Kathleen Mladenik is a surviving Parent of Jeffrey P. Mladenik, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

413.     Michael Mladenik is a surviving Sibling of Jeffrey P. Mladenik, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

414.     Richard Mladenik is a surviving Parent of Jeffrey P. Mladenik, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

415.     Scott L. Mladenik is a surviving Sibling of Jeffrey P. Mladenik, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

416.     Eric Laborie is a surviving Spouse and Personal Representative of Kathryn Laborie, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

417. Ryan Pemberton is a surviving Nephew and Personal Representative of Susan Marie Sauer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

418. Stella Olender is a surviving Parent and Personal Representative of Christine Olender, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

419. Conrad S. Olender is a surviving Sibling of Christine Olender, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

420. John Olender is a surviving Parent of Christine Olender, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

421. Therese Winters is a surviving Sibling of Christine Olender, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

422.    Martin Collins is a surviving Parent and Personal Representative of John Michael Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

423.    Anna E. Collins is a surviving Parent of John Michael Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

424.    Anne M. Collins Lemanski is a surviving Sibling of John Michael Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

425.    Eileen Byrne is a surviving Sibling of John Michael Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

426.    Martin Collins is a surviving Sibling of John Michael Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

427.    Patricia Amo is a surviving Sibling of John Michael Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

428.     Matthew T. Sellitto is a surviving Parent and Personal Representative of Matthew Carmen Sellitto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

429.     Jonathan Sellitto is a surviving Sibling of Matthew Carmen Sellitto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

430.     Loreen Sellitto is a surviving Parent of Matthew Carmen Sellitto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

431.     Nelly Braginsky is a surviving Parent and Personal Representative of Alexander Braginsky, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

432.     Monica Iken is a surviving Spouse and Personal Representative of Michael Patrick Iken, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

433.     Anne Habeeb is a surviving Sibling of Michael Patrick Iken, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

434.     Gerard Iken is a surviving Sibling of Michael Patrick Iken, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

435.     Jefferson H. Crowther is a surviving Parent and Personal Representative of Welles Remy Crowther, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

436.     Alison Remy Crowther is a surviving Parent of Welles Remy Crowther, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

437.     Honor Elizabeth Crowther is a surviving Sibling of Welles Remy Crowther, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

438.     Paige H. Crowther is a surviving Sibling of Welles Remy Crowther, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

439.     Tessie Molina is a surviving Spouse and Personal Representative of Christopher Hugh Forsythe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

440.     Valeriy Savinkin is a surviving Parent and Personal Representative of Vladimir Savinkin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

441.     Galina Savinkina is a surviving Sibling of Vladimir Savinkin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

442.     Valentina Savinkina is a surviving Parent of Vladimir Savinkin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

443.     Edward N. Lee is a surviving Spouse and Personal Representative of Juanita Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

444. Anthony Johnson is a surviving Sibling of Juanita Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

445. Cherly Witherspoon is a surviving Sibling of Juanita Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

446. Geneva Johnson is a surviving Parent of Juanita Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

447. Janet Johnson is a surviving Sibling of Juanita Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

448. John Johnson is a surviving Sibling of Juanita Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

449. Nichole Williams is a surviving Child of Juanita Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

450.    Shirley Walker is a surviving Sibling of Juanita Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

451.    Mildred Harris is a surviving Parent of Stewart D. Harris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

452.    R. Jay Harris is a surviving Parent of Stewart D. Harris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

453.    Sara M. Mulligan is a surviving Spouse and Personal Representative of Peter James Mulligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

454.    Nancy Mulligan is a surviving Parent of Peter James Mulligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

455.    Thomas Mulligan is a surviving Parent of Peter James Mulligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

456.    Frank Dominguez is a surviving Sibling and Personal Representative of Jerome Dominguez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

457.    Morton Weinberg is a surviving Parent and Personal Representative of Michael T. Weinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

458.    John Weinberg is a surviving Sibling of Michael T. Weinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

459.    Mary P. Weinberg is a surviving Parent of Michael T. Weinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

460.    Patricia Wangerman is a surviving Sibling of Michael T. Weinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

461.    Paul Deangelis is a surviving Sibling and Personal Representative of Robert J. DeAngelis, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

462.    Doe AP92 is a surviving Spouse of Decedent Doe AP92, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided support and assistance in furtherance of the attacks.

463.    Kathleen Vigiano is a surviving Spouse and Personal Representative of Joseph Vincent Vigiano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

464.    Jeanette Vigiano is a surviving Parent of Joseph Vincent Vigiano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

465.    John T. Vigiano is a surviving Parent of Joseph Vincent Vigiano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

466. Ira Blau is a surviving Spouse and Personal Representative of Rita Blau, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

467. Michele Buffolino is a surviving Child of Rita Blau, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

468. Nicole Effress is a surviving Child of Rita Blau, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

469. Carol Baran is a surviving Spouse and Personal Representative of Walter Baran, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

470. Anna M. Granville is a surviving Sibling of Walter Baran, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

471. Gary S. Nelson is a surviving Parent and Personal Representative of Ann Nicole Nelson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

472.    Jenette Nelson is a surviving Parent of Ann Nicole Nelson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

473.    Scott T. Nelson is a surviving Sibling of Ann Nicole Nelson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

474.    Lenore Raimondi is a surviving Spouse and Personal Representative of Peter F. Raimondi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

475.    Richard Cannava is a surviving Spouse and Personal Representative of Lisa Cannava, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

476.    Antonio DiFato is a surviving Parent of Lisa Cannava, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

477.     Teresa Difato is a surviving Parent of Lisa Cannava, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

478.     Susan DiFato is a surviving Spouse and Personal Representative of John DiFato, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

479.     Antonio DiFato is a surviving Parent of John DiFato, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

480.     Teresa DiFato is a surviving Parent of John DiFato, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

481.     Frank Fava is a surviving Spouse and Personal Representative of Shannon Marie Fava, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

482.     Dennis Nielsen, Sr. is a surviving Parent of Shannon Marie Fava, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

483.     Dennis Nielsen, Jr. is a surviving Sibling of Shannon Marie Fava, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

484.     Rose Nielsen is a surviving Parent of Shannon Marie Fava, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

485.     Ana Tempesta is a surviving Spouse and Personal Representative of Anthony Tempesta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

486.     Clifford Tempesta is a surviving Sibling of Anthony Tempesta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

487.     Clifford D. Tempesta is a surviving Parent of Anthony Tempesta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

488.    Dorothy Tempesta is a surviving Parent of Anthony Tempesta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

489.    Michael Tempesta is a surviving Sibling of Anthony Tempesta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

490.    Doe AP79 is a surviving Sibling of Decedent Doe AP79, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

491.    David W. Harrell is a surviving Sibling of Stephen G. Harrell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

492.    Harvey L. Harrell is a surviving Parent of Stephen G. Harrell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

493.    Miriam F. Harrell is a surviving Parent of Stephen G. Harrell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

494. Molly Dune is a surviving Sibling of Stephen G. Harrell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

495. Doe AP80 is a surviving Sibling of Decedent Doe AP80, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

496. David W. Harrell is a surviving Sibling of Harvey L. Harrell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

497. Molly Dune is a surviving Sibling of Harvey L. Harrell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

498. Marie Visciano is a surviving Parent and Personal Representative of Joseph Gerard Visciano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

499.     Frank Visciano is a surviving Parent of Joseph Gerard Visciano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

500.     Jason Visciano is a surviving Sibling of Joseph Gerard Visciano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

501.     Robert Visciano is a surviving Sibling of Joseph Gerard Visciano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

502.     Dorothy Giovinazzo is a surviving Spouse and Personal Representative of Martin Giovinazzo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

503.     Angela Quinn is a surviving Sibling of Martin Giovinazzo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

504.     Concetta Bonner is a surviving Sibling of Martin Giovinazzo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

505.    Domenica Giovinazzo is a surviving Parent of Martin Giovinazzo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

506.    Martin Giovinazzo, Sr. is a surviving Parent of Martin Giovinazzo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

507.    Rose Mahoney is a surviving Sibling of Martin Giovinazzo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

508.    Joann Del Prete is a surviving Sibling of Joseph Reina, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

509.    Joseph Reina, Sr. is a surviving Parent of Joseph Reina, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

510.     Lisa Reina is a surviving Spouse of Joseph Reina, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

511.     Michael Reina is a surviving Sibling of Joseph Reina, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

512.     Rosemarie Reina is a surviving Parent of Joseph Reina, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

513.     Frances Patti is a surviving Parent and Personal Representative of Cira Marie Patti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

514.     Michael Patti is a surviving Parent and Personal Representative of Cira Marie Patti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

515.     Juliann Patti-Andolpho is a surviving Sibling of Cira Marie Patti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

516.     Michael Patti, Jr. is a surviving Sibling of Cira Marie Patti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

517.     Richard P. Patti is a surviving Sibling of Cira Marie Patti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

518.     Julio Caceres is a surviving Spouse of Lillian Caceres, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

519.     Roseanna Stabile is a surviving Spouse and Personal Representative of Michael F. Stabile, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

520.     Michele Stabile is a surviving Child of Michael F. Stabile, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

521.     Robert Stabile is a surviving Child of Michael F. Stabile, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

522.     Michele DeFazio is a surviving Spouse and Personal Representative of Jason DeFazio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

523.     James DeFazio is a surviving Parent of Jason DeFazio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

524.     Michael DeFazio is a surviving Sibling of Jason DeFazio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

525.     Roseann DeFazio is a surviving Parent of Jason DeFazio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

526.     Amy Waters Davidson is a surviving Spouse and Personal Representative of Scott Davidson, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

527. Carla Dimaggio is a surviving Parent of Scott Davidson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

528. Michael Davidson is a surviving Sibling of Scott Davidson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

529. Stephen Davidson is a surviving Parent of Scott Davidson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

530. Cheri Magnus Sparacio is a surviving Spouse and Personal Representative of Thomas Sparacio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

531. Debra Klemowitz is a surviving Sibling of Thomas Sparacio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

532.     Doreen Lanza is a surviving Sibling of Thomas Sparacio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

533.     Edith Sparacio is a surviving Parent of Thomas Sparacio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

534.     Jack Sparacio is a surviving Sibling of Thomas Sparacio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

535.     Adrienne Triggs is a surviving Sibling of Monica Goldstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

536.     Cecilia Goldstein is a surviving Parent of Monica Goldstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

537.     Morris Sonny Goldstein is a surviving Parent of Monica Goldstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

538.     Chiara Pesce is a surviving Parent and Personal Representative of Danny Pesce, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

539.     Paul Pesce is a surviving Parent and Personal Representative of Danny Pesce, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

540.     Angela Frunzi is a surviving Sibling of Danny Pesce, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

541.     Frank Pesce is a surviving Sibling of Danny Pesce, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

542.     Maureen A. Raub is a surviving Spouse and Personal Representative of William R. Raub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

543.     Irene Spina is a surviving Parent of Lisa L. Spina-Trerotola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

544.     Mario Spina is a surviving Parent of Lisa L. Spina-Trerotola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

545.     Paul M. Spina is a surviving Sibling of Lisa L. Spina-Trerotola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

546.     Kenneth D. Olson is a surviving Sibling of Steven J. Olson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

547.     Patricia Olson is a surviving Spouse of Steven J. Olson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

548.     Shelley Simon is a surviving Spouse of Paul J. Simon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

549.     Diane Massaroli is a surviving Spouse and Personal Representative of Michael Massaroli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

550.     Joann Cleary is a surviving Sibling of Michael Massaroli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

551.     Josephine Holubar is a surviving Parent of Michael Massaroli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

552.     Doe AP137 is a surviving Spouse and Personal Representative of Decedent Doe AP137, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

553.     Albert A. Chamberlain is a surviving Parent of Michele Lanza, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

554.     Albert G. Chamberlain is a surviving Sibling of Michele Lanza, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

555.     Cynthia D. Oricchio is a surviving Sibling of Michele Lanza, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

556.     Ethel Chamberlain is a surviving Parent of Michele Lanza, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

557.     Susan G. Chamberlain is a surviving Sibling of Michele Lanza, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

558.     Christine Patterson is a surviving Sibling and Personal Representative of Adele Sessa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

559.     Irene Sessa is a surviving Parent and Personal Representative of Adele Sessa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

560.    Alberico Sessa is a surviving Sibling of Adele Sessa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

561.    Elena Sandberg is a surviving Sibling of Adele Sessa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

562.    Alex Tabeek is a surviving Ex-Spouse and Personal Representative of Joann Tabeek, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

563.    Eleanor Neville is a surviving Parent of Joann Tabeek, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

564.    James E. Smith is a surviving Sibling of Joann Tabeek, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

565.    Maureen Pickering is a surviving Sibling of Joann Tabeek, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

566.    Michael Smith is a surviving Sibling of Joann Tabeek, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

567.    Patricia A. Heyne is a surviving Sibling of Joann Tabeek, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

568.    William Smith is a surviving Sibling of Joann Tabeek, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

569.    Courtney Lizabeth Acquaviva is a surviving Spouse and Personal Representative of Paul Andrew Acquaviva, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

570.    Alfred Acquaviva is a surviving Parent of Paul Andrew Acquaviva, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

571.    Josephine Acquaviva is a surviving Parent of Paul Andrew Acquaviva, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

572.    Kara Hadfield is a surviving Sibling of Paul Andrew Acquaviva, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

573.    Colleen D'amato is a surviving Sibling of Martin Egan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

574.    Diane Egan is a surviving Spouse of Martin Egan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

575.    Mark Egan is a surviving Sibling of Martin Egan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

576.     Martin Egan, Sr. is a surviving Parent of Martin Egan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

577.     Michael Egan is a surviving Sibling of Martin Egan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

578.     Patricia Egan is a surviving Parent of Martin Egan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

579.     Anna Maria Egan is a surviving Spouse and Personal Representative of Michael Egan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

580.     Alfonso Cubas, Jr. is a surviving Sibling of Kenneth J. Cubas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

581.     Dorothy Cubas is a surviving Parent of Kenneth J. Cubas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

582.     Lawrence Cubas is a surviving Sibling of Kenneth J. Cubas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

583.     Tina Marie Bilcher is a surviving Spouse and Personal Representative of Brian Bilcher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

584.     Irene Bilcher is a surviving Parent of Brian Bilcher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

585.     Miles Bilcher is a surviving Parent of Brian Bilcher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

586.     John Benedetto is a surviving Spouse of Denise Lenore Benedetto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

587.     Michael Giordano is a surviving Sibling of Denise Lenore Benedetto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

588.     Rina Rabinowitz is a surviving Sibling of Denise Lenore Benedetto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

589.     Kevin Puma is a surviving Spouse and Personal Representative of Patricia Ann Puma, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

590.     Antoinette Nicholasi is a surviving Sibling of Patricia Ann Puma, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

591.     Eleanor Wilson is a surviving Parent of Patricia Ann Puma, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

592.     Robert Wilson is a surviving Sibling of Patricia Ann Puma, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

593.    Margaret McDonnell is a surviving Spouse and Personal Representative of Brian McDonnell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

594.    Alicia Arancibia is a surviving Sibling of Brian McDonnell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

595.    Ann Claire McDonnell is a surviving Parent of Brian McDonnell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

596.    Kevin McDonnell is a surviving Sibling of Brian McDonnell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

597.    Robert McDonnell is a surviving Sibling of Brian McDonnell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

598.    Agnes Bergin is a surviving Parent of John P. Bergin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

599.    George M. Bergin is a surviving Sibling of John P. Bergin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

600.    George R. Bergin is a surviving Parent of John P. Bergin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

601.    Mary Ellen O'rourke is a surviving Sibling of John P. Bergin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

602.    Dawn Esposito is a surviving Spouse and Personal Representative of Francis Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

603.    Catherine Esposito is a surviving Sibling of Francis Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

604.     Dominick Esposito is a surviving Sibling of Francis Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

605.     Dorothy Esposito is a surviving Parent of Francis Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

606.     Michael Esposito is a surviving Parent of Francis Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

607.     Richard Esposito is a surviving Sibling of Francis Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

608.     Vincent Esposito is a surviving Sibling of Francis Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

609. Anthony Guzzardo, Sr. is a surviving Spouse and Personal Representative of Barbara Guzzardo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

610. Frank Esposito is a surviving Sibling of Michael Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

611. Joseph Esposito is a surviving Sibling of Michael Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

612. Rose Esposito is a surviving Parent of Michael Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

613. Salvatore Esposito is a surviving Sibling of Michael Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

614. Simone Esposito is a surviving Sibling of Michael Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

615.   Simone Esposito, Sr. is a surviving Parent of Michael Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

616.   James Alario, Sr. is a surviving Spouse and Personal Representative of Margaret Alario, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

617.   Catherine Jezycki is a surviving Parent of Margaret Alario, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

618.   Michael Jezycki is a surviving Sibling of Margaret Alario, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

619.   Stephen Jezycki, Sr. is a surviving Parent of Margaret Alario, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

620.    Stephen Jezycki, Jr. is a surviving Sibling of Margaret Alario, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

621.    Louis Temple is a surviving Sibling and Personal Representative of Dorothy Temple, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

622.    Jacklyn Temple is a surviving Sibling of Dorothy Temple, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

623.    Larry Temple is a surviving Sibling of Dorothy Temple, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

624.    Ann Leavy is a surviving Parent and Personal Representative of Neil J. Leavy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

625.    John P. Leavy is a surviving Parent of Neil J. Leavy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

626.     Mark Leavy is a surviving Sibling of Neil J. Leavy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

627.     Nicole Petrocelli is a surviving Spouse and Personal Representative of Mark James Petrocelli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

628.     Albert P. Petrocelli is a surviving Parent of Mark James Petrocelli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

629.     Albert P. Petrocelli, Jr. is a surviving Sibling of Mark James Petrocelli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

630.     Virginia Petrocelli is a surviving Parent of Mark James Petrocelli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

631.     Eleanor Gillette is a surviving Parent and Personal Representative of Evan Gillette, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

632.     Amelia J. Margiotta is a surviving Parent of Charles Joseph Margiotta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

633.     Charles Vito Margiotta is a surviving Child of Charles Joseph Margiotta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

634.     Michael Margiotta is a surviving Sibling of Charles Joseph Margiotta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

635.     Anthony Galante is a surviving Spouse and Personal Representative of Deanna Micciulli Galante, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

636.     Joseph C. Micciulli is a surviving Sibling of Deanna Micciulli Galante, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

637.     Joseph A. Micciulli is a surviving Parent of Deanna Micciulli Galante, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

638.     Margaret Micciulli is a surviving Parent of Deanna Micciulli Galante, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

639.     Tina Maldonado is a surviving Sibling of Deanna Micciulli Galante, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

640.     Nicholas Mario Chiarchiaro, Sr. is a surviving Spouse and Personal Representative of Dorothy J. Chiarchiaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

641.     Evelyn Diaz is a surviving Sibling of Dorothy J. Chiarchiaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

642.     Irene Arguelles is a surviving Sibling of Dorothy J. Chiarchiaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

643.     Lisa Sokol is a surviving Child of Dorothy J. Chiarchiaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

644.     Nicholas J. Chiarchiaro is a surviving Child of Dorothy J. Chiarchiaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

645.     Christopher Rossomando is a surviving Sibling of Nicholas P. Rossomando, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

646.     Donna DeRoss is a surviving Sibling of Nicholas P. Rossomando, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

647.     Peter Charles Rossomando is a surviving Sibling of Nicholas P. Rossomando, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

648.    Peter A. Rossomando is a surviving Parent of Nicholas P. Rossomando, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

649.    Ralph Luzzicone is a surviving Parent and Personal Representative of Linda Anne Luzzicone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

650.    Cheryl Cox is a surviving Sibling of Linda Anne Luzzicone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

651.    Debra Luzzicone is a surviving Sibling of Linda Anne Luzzicone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

652.    Ralph Luzzicone, Jr. is a surviving Sibling of Linda Anne Luzzicone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

653.     Charles Renda is a surviving Spouse and Personal Representative of Karen Renda, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

654.     Daniel Renda is a surviving Child of Karen Renda, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

655.     Boris Belilovsky is a surviving Spouse and Personal Representative of Helen Belilovsky, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

656.     Emma Tisnovskiy is a surviving Parent of Helen Belilovsky, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

657.     Leonid Tisnovskiy is a surviving Parent of Helen Belilovsky, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

658.     Rostyslav Tisnovskiy is a surviving Sibling of Helen Belilovsky, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

659.     Maureen Mitchell is a surviving Spouse and Personal Representative of Paul T. Mitchell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

660.     Jennifer Mitchell is a surviving Child of Paul T. Mitchell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

661.     Marie D. Mitchell is a surviving Sibling of Paul T. Mitchell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

662.     Catherine Morrison Buck is a surviving Spouse and Personal Representative of Gregory J. Buck, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

663.     Eric Buck is a surviving Sibling of Gregory J. Buck, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

664.    Ernst H. Buck is a surviving Parent of Gregory J. Buck, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

665.    Josephine Buck is a surviving Parent of Gregory J. Buck, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

666.    Cornelius P. Clancy, III is a surviving Sibling of Susan Clancy Conlon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

667.    Kevin S. Clancy is a surviving Sibling of Susan Clancy Conlon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

668.    Vera Clancy is a surviving Parent of Susan Clancy Conlon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

669.    Linda Maffeo is a surviving Spouse and Personal Representative of Joseph Maffeo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

670.     Debra Maffeo Morri is a surviving Sibling of Joseph Maffeo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

671.     Donna Maffeo is a surviving Sibling of Joseph Maffeo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

672.     Jean Maffeo is a surviving Parent of Joseph Maffeo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

673.     Linda Maffeo Manfredi is a surviving Sibling of Joseph Maffeo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

674.     Louis Maffeo is a surviving Parent of Joseph Maffeo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

675.     Susan Maffeo Drury is a surviving Sibling of Joseph Maffeo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

676.     Doe AP83 is a surviving Parent and Co-Administrators of Decedent Doe AP83, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

677.     Doe AP84 is a surviving Parent and Co-Administrators of Decedent Doe AP84, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

678.     Doe AP82 is a surviving Sibling of Decedent Doe AP82, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

679.     Doe AP85 is a surviving Sibling of Decedent Doe AP85, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

680.     Jennifer Nilsen is a surviving Spouse and Personal Representative of Troy Edward Nilsen, one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

681. Edward Nilsen is a surviving Parent of Troy Edward Nilsen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

682. Frederick E. Curry, III is a surviving Spouse and Personal Representative of Beverly L. Curry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

683. Deborah M. Crew-Johnson is a surviving Sibling of Beverly L. Curry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

684. Dorothy Laverne Green is a surviving Parent of Beverly L. Curry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

685. Genee M. Chase is a surviving Sibling of Beverly L. Curry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

686. Sheila A. Lollis is a surviving Sibling of Beverly L. Curry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

687. John Douglas Higley is a surviving Parent of Robert Dale Warren Higley, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

688. Frederick Osterhoudt Cox is a surviving Parent and Personal Representative of Fred John Cox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

689. Ann Douglas is a surviving Parent of Fred John Cox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

690. Ahuva Shwartzstein is a surviving Parent of Allan Abraham Shwartzstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

691. Michael Shwartzstein is a surviving Sibling of Allan Abraham Shwartzstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

692.　Orly Small is a surviving Sibling of Allan Abraham Shwartzstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

693.　Ed Radburn is a surviving Spouse and Personal Representative of Betty Browne Radburn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

694.　Teresa Hargrave is a surviving Child and Personal Representative of Marianne Simone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

695.　Lisa Cardinali is a surviving Child of Marianne Simone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

696.　Lucille Bleimann is a surviving Sibling of Marianne Simone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

697.     Stephen Simone is a surviving Child of Marianne Simone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

698.     Virginia M. Liquori is a surviving Sibling of Marianne Simone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

699.     Doe AP182 is a surviving Spouse and Personal Representative of Decedent Doe AP182, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

700.     Barbara Mcwilliams is a surviving Sibling of Martin Edward McWilliams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

701.     Joseph Mcwilliams is a surviving Sibling of Martin Edward McWilliams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

702.     Lynn Mcwilliams is a surviving Sibling of Martin Edward McWilliams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

703.    Mary Mcwilliams is a surviving Parent of Martin Edward McWilliams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

704.    Stacey Farrelly is a surviving Spouse and Personal Representative of Joseph Farrelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

705.    Dennis Farrelly is a surviving Sibling of Joseph Farrelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

706.    Devin Farrelly is a surviving Child of Joseph Farrelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

707.    Joseph Farrelly is a surviving Parent of Joseph Farrelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

708.     Michael Farrelly is a surviving Sibling of Joseph Farrelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

709.     Patrick M. Farrelly is a surviving Sibling of Joseph Farrelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

710.     Ryan Farrelly is a surviving Child of Joseph Farrelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

711.     Edrick Dillard is a surviving Child of Eddie Dillard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

712.     Cynthia Long is a surviving Sibling of Stephen V. Long, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

713.     David B. Long is a surviving Sibling of Stephen V. Long, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

714.    George T. Long is a surviving Parent of Stephen V. Long, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

715.    George W. Long is a surviving Sibling of Stephen V. Long, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

716.    Nancy Burcham is a surviving Sibling of Stephen V. Long, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

717.    Sandra S. Weaver is a surviving Parent of Stephen V. Long, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

718.    Doe AP138 is a surviving Spouse of Decedent Doe AP138, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

719. Alicia LeGuillow is a surviving Parent and Personal Representative of Nestor A. Cintron, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

720. Christopher J. Cintron is a surviving Sibling of Nestor A. Cintron, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

721. Fred Gonzalez, Jr. is a surviving Sibling of Nestor A. Cintron, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

722. Doe AP139 is a surviving Spouse and Personal Representative of Decedent Doe AP139, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

723. Lisa A. Ventura is a surviving Child and Personal Representative of Felicia Hamilton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

724. Walter E. Hamilton is a surviving Child of Felicia Hamilton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

725. Daryl Joseph Meehan is a surviving Sibling of Colleen Ann Barkow, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

726. Joann Meehan is a surviving Parent of Colleen Ann Barkow, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

727. Thomas J. Meehan, III is a surviving Parent of Colleen Ann Barkow, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

728. Alla Plakht is a surviving Spouse and Personal Representative of Igor Zukelman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

729. Raymond Colbert is a surviving Parent and Personal Representative of Michel P. Colbert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

730.    William J. Nielsen is the surviving Personal Representative of Michel P. Colbert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

731.    Elizabeth J. Todd-Colbert is a surviving Spouse of Michel P. Colbert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

732.    Marie Colbert is a surviving Parent of Michel P. Colbert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

733.    James Lovero is a surviving Child and Personal Representative of Joseph Lovero, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

734.    Maxine McCormack is a surviving Child of Joseph Lovero, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

735.    Doe AP93 is a surviving Sibling and Personal Representative of Decedent Doe AP93, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

736.    Kathleen M. Buckley is a surviving Spouse and Personal Representative of Dennis Buckley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

737.    Jane M. Smithwick is a surviving Sibling of Dennis Buckley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

738.    John C. Buckley is a surviving Parent of Dennis Buckley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

739.    Kathleen M. Buckley is a surviving Parent of Dennis Buckley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

740.    Barry Zelman is a surviving Sibling of Kenneth Albert Zelman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

741.     Carrie Burlock is a surviving Sibling of Kenneth Albert Zelman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

742.     Jack Zelman is a surviving Parent of Kenneth Albert Zelman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

743.     Ruth Zelman is a surviving Parent of Kenneth Albert Zelman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

744.     Jeraldine Halligan is a surviving Spouse and Personal Representative of Robert John Halligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

745.     Brenda Halligan is a surviving Parent of Robert John Halligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

746.     David Mitchell Halligan is a surviving Sibling of Robert John Halligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

747.     Emma Louise Arro is a surviving Child of Robert John Halligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

748.     James E. Halligan is a surviving Child of Robert John Halligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

749.     Lara Stacey is a surviving Child of Robert John Halligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

750.     Mary Kathleen Lynn is a surviving Sibling of Robert John Halligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

751.     Sarah Jane Robbins is a surviving Child of Robert John Halligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

752. Trevor Andrew Halligan is a surviving Child of Robert John Halligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

753. William G. Halligan is a surviving Sibling of Robert John Halligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

754. Patricia Schwartz is a surviving Spouse and Personal Representative of Mark Schwartz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

755. Andrew David Schwartz is a surviving Child of Mark Schwartz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

756. Jennifer Abbe Levine is a surviving Child of Mark Schwartz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

757. Nancy Berliner is a surviving Sibling of Mark Schwartz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

758.     Rosemarie Giallombrado is a surviving Parent and Personal Representative of Paul Richard Salvio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

759.     Dina Giallombardo is a surviving Sibling of Paul Richard Salvio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

760.     Robert Giallombardo, Jr. is a surviving Sibling of Paul Richard Salvio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

761.     Vincent Giallombardo is a surviving Sibling of Paul Richard Salvio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

762.     James Dunne, III is the surviving Personal Representative of Christopher Quackenbush, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

763.     Gail Quackenbush is a surviving Sibling of Christopher Quackenbush, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

764.     Michael Quackenbush is a surviving Sibling of Christopher Quackenbush, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

765.     Donna Ragaglia is a surviving Spouse and Personal Representative of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

766.     Christine Durante is a surviving Sibling of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

767.     Colleen Ragaglia is a surviving Sibling of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

768.     Danny Ragaglia is a surviving Sibling of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

769.     Debra Ragaglia is a surviving Sibling of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

770.     Janice Pucciarelli is a surviving Sibling of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

771.     Lauren Ragaglia is a surviving Sibling of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

772.     Leonard S. Ragaglia is a surviving Parent of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

773.     Linda Taccetta is a surviving Sibling of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

774.     Maureen Ragaglia is a surviving Parent of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

775.     Maureen Scparta is a surviving Sibling of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

776.     Paul Ragaglia is a surviving Sibling of Leonard J. Ragaglia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

777.     Pui Yee (Alice) Coppola is a surviving Spouse and Personal Representative of Gerard J. Coppola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

778.     Angela Rapoport is a surviving Child of Gerard J. Coppola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

779.     Cynthia Coppola Kaiser is a surviving Sibling of Gerard J. Coppola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

780.    George J. Coppola, Sr. is a surviving Parent of Gerard J. Coppola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

781.    George J. Coppola, Jr. is a surviving Sibling of Gerard J. Coppola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

782.    Stacey A. Staub is a surviving Spouse and Personal Representative of Craig William Staub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

783.    Barbara Maneja is a surviving Sibling of Craig William Staub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

784.    Carolyn Staub Bilelis is a surviving Sibling of Craig William Staub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

785.    Florence Wittner Staub is a surviving Parent of Craig William Staub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

786.    Kenneth Donohue is a surviving Sibling of Craig William Staub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

787.    Doe AP94 is a surviving Spouse and Personal Representative of Decedent Doe AP94, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

788.    Doe AP96 is a surviving Sibling of Decedent Doe AP96, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

789.    Vertistine B. Mbaya is a surviving Parent and Personal Representative of Kaaria William Mbaya, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

790.    Kibabu Mbaya is a surviving Sibling of Kaaria William Mbaya, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

791.    Njue W. Mbaya is a surviving Sibling of Kaaria William Mbaya, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

792.    Madelyn Gail Allen is a surviving Parent and Personal Representative of Richard Dennis Allen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

793.    Judith M. Aiken is a surviving Sibling of Richard Dennis Allen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

794.    Luke C. Allen is a surviving Sibling of Richard Dennis Allen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

795.    Lynn P. Allen is a surviving Sibling of Richard Dennis Allen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

796.     Marguerite G. Allen is a surviving Sibling of Richard Dennis Allen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

797.     Matthew J. Allen is a surviving Sibling of Richard Dennis Allen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

798.     Richard D. Allen is a surviving Parent of Richard Dennis Allen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

799.     Judy S. Troy is a surviving Spouse and Personal Representative of Willie Quincy Troy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

800.     Renee M. Troy is a surviving Child of Willie Quincy Troy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

801.     Carole DiFranco is a surviving Parent and Personal Representative of Carl A. DiFranco, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

802.      Carmelo DiFranco is a surviving Parent of Carl A. DiFranco, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

803.      Nancy Di Franco Levy is a surviving Sibling of Carl A. DiFranco, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

804.      Connie Rizzo is a surviving Spouse of John Rizzo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

805.      Raquel D'Amadeo is a surviving Spouse and Personal Representative of Vincent Gerard D'Amadeo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

806.      Debra A. Rhody is a surviving Sibling of John Peter Lozowsky, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

807.     John Peter Lozowsky, Sr. is a surviving Parent of John Peter Lozowsky, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

808.     Rosemary Lozowsky is a surviving Parent of John Peter Lozowsky, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

809.     Maureen Cummins is a surviving Parent and Personal Representative of Brian T. Cummins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

810.     Rachel O'Brien is a surviving Spouse and Personal Representative of Michael P. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

811.     Andrew T. O'Brien is a surviving Sibling of Michael P. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

812.     Bridget Paluzzi is a surviving Sibling of Michael P. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

813.     Mary Lou O'Brien is a surviving Parent of Michael P. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

814.     Mary Dishaw is a surviving Sibling of Michael P. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

815.     Robert T. O'Brien is a surviving Parent of Michael P. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

816.     Doe AP97 is a surviving Child and Personal Representative of Decedent Doe AP97, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

817.     Doe AP132 is a surviving Spouse of Decedent Doe AP132, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

818.     Virginia Strauch is a surviving Spouse and Personal Representative of George Strauch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

819.     Adam Eric Miller is a surviving Child of Joel Miller, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

820.     Sondra Foner is a surviving Sibling of Joel Miller, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

821.     Stella Lazarra is a surviving Parent of Joel Miller, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

822.     Elizabeth A. Mattson is a surviving Spouse and Personal Representative of Robert Mattson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

823.     James F. Mattson is a surviving Child of Robert Mattson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

824.     Jean E. Mattson is a surviving Child of Robert Mattson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

825.     William G. Mattson is a surviving Sibling of Robert Mattson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

826.     Doe AP99 is a surviving Spouse and Personal Representative of Decedent Doe AP99, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

827.     Doe AP140 is a surviving Spouse and Personal Representative of Decedent Doe AP140, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

828.     Doe AP100 is a surviving Sibling of Decedent Doe AP100, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

829.     Glenn Morgan is a surviving Child of Richard J. Morgan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

830.     Kevin J. Morgan is a surviving Sibling of Richard J. Morgan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

831.     Lynn M. Castrianno is a surviving Sibling of Leonard Castrianno, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

832.     Steven Irgang is a surviving Sibling and Personal Representative of Doug Irgang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

833.     Joanne Irgang is a surviving Parent of Doug Irgang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

834.     Dawn A. Connolly is a surviving Spouse and Personal Representative of John E. Connolly, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

835.     Kevin Connolly is a surviving Sibling of John E. Connolly, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

836.     Robert J. Bernstein is a surviving Sibling and Personal Representative of William M. Bernstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

837.     David M. Bernstein is a surviving Sibling of William M. Bernstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

838.     Donald W. Robertson, Sr. is a surviving Parent of Donald W. Robertson, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

839.     Elizabeth Robertson is a surviving Sibling of Donald W. Robertson, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

840.     Kathleen Robertson Cunningham is a surviving Sibling of Donald W. Robertson, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

841.     Marcee E. Robertson is a surviving Parent of Donald W. Robertson, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

842.     Jennifer Jenkins is a surviving Child and Personal Representative of Joseph Jenkins, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

843.     Aline Jenkins is a surviving Parent of Joseph Jenkins, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

844.     Debra Jenkins is a surviving Sibling of Joseph Jenkins, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

845.     Gordon R. Jenkins is a surviving Sibling of Joseph Jenkins, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

846.    Michael Jenkins is a surviving Sibling of Joseph Jenkins, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

847.    Steven Jenkins is a surviving Sibling of Joseph Jenkins, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

848.    Kenneth R. Mannetta is a surviving Spouse and Personal Representative of Debra M. Mannetta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

849.    Alice B. Kelly is a surviving Parent of Joseph Anthony Kelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

850.    Lynn Pescherine is a surviving Spouse and Personal Representative of Michael John Pescherine, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

851.     Anne Marie Pescherine is a surviving Parent of Michael John Pescherine, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

852.     Nancy Gionco is a surviving Sibling of Michael John Pescherine, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

853.     Thomas F. Pescherine, Sr. is a surviving Parent of Michael John Pescherine, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

854.     William Kevin Pescherine is a surviving Sibling of Michael John Pescherine, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

855.     Leila Negron is a surviving Spouse and Personal Representative of Pete Negron, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

856.     Adelaide Maureen Driscoll is a surviving Spouse and Personal Representative of Patrick Joseph Driscoll, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

857.     Christopher John Driscoll is a surviving Child of Patrick Joseph Driscoll, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

858.     John M. Driscoll is a surviving Sibling of Patrick Joseph Driscoll, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

859.     Pamela Marie Gould is a surviving Child of Patrick Joseph Driscoll, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

860.     Patrick Thomas Driscoll is a surviving Child of Patrick Joseph Driscoll, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

861.     Stephen Michael Driscoll is a surviving Child of Patrick Joseph Driscoll, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

862.    Ann P. Driscoll is a surviving Spouse and Personal Representative of Stephen Patrick Driscoll, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

863.    Doe AP207 is a surviving Sibling of Decedent Doe AP207, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

864.    Doe AP205 is a surviving Sibling of Decedent Doe AP205, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

865.    Doe AP204 is a surviving Sibling of Decedent Doe AP204, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

866.    Doe AP208 is a surviving Sibling of Decedent Doe AP208, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

867.    Doe AP202 is a surviving Parent of Decedent Doe AP202, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

868.    Doe AP206 is a surviving Sibling of Decedent Doe AP206, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

869.    Aileen Ryan is a surviving Sibling of John Joseph Ryan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

870.    Colleen Ryan is a surviving Sibling of John Joseph Ryan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

871.    John J. Ryan is a surviving Parent of John Joseph Ryan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

872.    Mary V. Ryan is a surviving Parent of John Joseph Ryan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

873.     Patrick Ryan is a surviving Sibling of John Joseph Ryan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

874.     Teague M. Ryan is a surviving Sibling of John Joseph Ryan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

875.     Joseph Ianelli is a surviving Parent and Personal Representative of Joseph A. Ianelli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

876.     Barbara Ianelli is a surviving Parent of Joseph A. Ianelli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

877.     Jennifer Thompson is a surviving Sibling of Joseph A. Ianelli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

878.     Robert Kobus is a surviving Sibling and Personal Representative of Deborah Kobus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

879.     Sharon Booker is a surviving Spouse and Personal Representative of Sean Booker, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

880.     Rose Booker is a surviving Parent of Sean Booker, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

881.     Margaret Mccrane is a surviving Sibling and Personal Representative of Mary Herencia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

882.     Joseph Herencia is a surviving Child of Mary Herencia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

883.     Julio Herencia is a surviving Child of Mary Herencia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

884.     Kevin Carr is a surviving Sibling of Mary Herencia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

885.     George Henrique is a surviving Parent and Personal Representative of Michelle Marie Henrique, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

886.     Christina Henrique is a surviving Sibling of Michelle Marie Henrique, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

887.     Michael Henrique is a surviving Sibling of Michelle Marie Henrique, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

888.     Patricia A. Henrique is a surviving Parent of Michelle Marie Henrique, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

889.     Paul R. Henrique is a surviving Sibling of Michelle Marie Henrique, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

890.     Arthur Leahy is a surviving Sibling of James P. Leahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

891.     Danielle Vella is a surviving Sibling of James P. Leahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

892.     Denise Heneck is a surviving Sibling of James P. Leahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

893.     Jeanette Leahy is a surviving Parent of James P. Leahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

894.     Michele Safatle is a surviving Sibling of James P. Leahy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

895.     Vivian Byas is a surviving Sibling and Personal Representative of Elizabeth Holmes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

896.     Christopher Holmes, Jr. is a surviving Sibling of Elizabeth Holmes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

897.     Doris Holmes is a surviving Sibling of Elizabeth Holmes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

898.     Louise Ellerbe is a surviving Sibling of Elizabeth Holmes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

899.     Thomas Holmes is a surviving Sibling of Elizabeth Holmes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

900.     Walter Byas is a surviving Sibling of Elizabeth Holmes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

901.    Joseph Cammarata is a surviving Parent and Personal Representative of Michael F. Cammarata, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

902.    Linda Cammarata is a surviving Parent and Personal Representative of Michael F. Cammarata, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

903.    Joseph Cammarata, Jr. is a surviving Sibling of Michael F. Cammarata, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

904.    Kimberly Cammarata is a surviving Sibling of Michael F. Cammarata, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

905.    Doe AP133 is a surviving Spouse and Personal Representative of Decedent Doe AP133, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

906.     Arthur A. Smith is a surviving Parent of Jeffrey R. Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

907.     Brenda Smith Clark is a surviving Sibling of Jeffrey R. Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

908.     Madeline W. Smith is a surviving Parent of Jeffrey R. Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

909.     Anthony Curatolo, Jr. is a surviving Sibling of Robert Curatolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

910.     Anthony Curatolo, Sr. is a surviving Parent of Robert Curatolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

911.     Carolyn Piccirillo is a surviving Sibling of Robert Curatolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

912.    Christine Curatolo is a surviving Spouse of Robert Curatolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

913.    Christine Friscia is a surviving Sibling of Robert Curatolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

914.    Dena Nelson is a surviving Sibling of Robert Curatolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

915.    John Curatolo is a surviving Sibling of Robert Curatolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

916.    Kathleen Curatolo is a surviving Sibling of Robert Curatolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

917.     Mary Ann Curatolo is a surviving Parent of Robert Curatolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

918.     William Curatolo is a surviving Sibling of Robert Curatolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

919.     Jamie Kang is a surviving Sibling of Joon Koo Kang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

920.     Janet Kang is a surviving Sibling of Joon Koo Kang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

921.     Pilsoon Kang is a surviving Parent of Joon Koo Kang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

922.     Rebecca S. Hoang is a surviving Sibling of Joon Koo Kang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

923.     Seong Soon Kang is a surviving Parent of Joon Koo Kang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

924.     Linda J. Samuel is a surviving Parent and Personal Representative of James K. Samuel, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

925.     James K. Samuel, Sr. is a surviving Parent of James K. Samuel, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

926.     Jennifer Agresto is a surviving Sibling of James K. Samuel, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

927.     Fay Caputo is a surviving Parent of Steven Leon Howell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

928.     Ralph L. Howell is a surviving Parent of Steven Leon Howell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

929.     Doe AP102 is a surviving Spouse and Personal Representative of Decedent Doe AP102, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

930.     Mary Madden is a surviving Parent of James Michael Gray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

931.     Doe AP101 is a surviving Parent of Decedent Doe AP101, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

932.     Doe AP103 is a surviving Sibling of Decedent Doe AP103, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

933.     Jay Yaskulka is a surviving Child and Personal Representative of Myrna Yaskulka, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

934.     Bonnie Shimel is a surviving Sibling of Myrna Yaskulka, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

935.     Brian Yaskulka is a surviving Child of Myrna Yaskulka, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

936.     Hal Yaskulka is a surviving Child of Myrna Yaskulka, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

937.     Ina Stanley is a surviving Sibling of Myrna Yaskulka, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

938.     Ivan Pearl is a surviving Sibling of Myrna Yaskulka, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

939. Lorna Kaye is a surviving Sibling of Myrna Yaskulka, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

940. Philip Pearl is a surviving Sibling of Myrna Yaskulka, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

941. Shawn Pearl is a surviving Sibling of Myrna Yaskulka, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

942. Katherine Fumando is a surviving Spouse and Personal Representative of Clement Fumando, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

943. Carlo Fumando is a surviving Sibling of Clement Fumando, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

944. Catherine Marotte is a surviving Sibling of Clement Fumando, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

945.    Gregory Fumando is a surviving Child of Clement Fumando, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

946.    Margaret Fumando is a surviving Parent of Clement Fumando, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

947.    Stephen Fumando is a surviving Child of Clement Fumando, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

948.    Baldev Narula is a surviving Parent and Personal Representative of Maniki Narula, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

949.    Madhu Narula is a surviving Parent of Maniki Narula, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

950.    Eulogia Hernandez is a surviving Spouse and Personal Representative of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

951.    Alejandrina Feliciano is a surviving Parent of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

952.    Catherine Hernandez is a surviving Child of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

953.    Eslyn Hernandez, Sr. is a surviving Sibling of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

954.    Hector Luis Hernandez is a surviving Sibling of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

955.    Jacqueline Hernandez is a surviving Child of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

956. Luz Milagros Luna is a surviving Sibling of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

957. Marisol Correa is a surviving Sibling of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

958. Merquiades Diaz is a surviving Sibling of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

959. Miriam Khatri is a surviving Sibling of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

960. Pablo Luis Hernandez is a surviving Sibling of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

961.     Venancio Hernandez is a surviving Parent of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

962.     Venancio Hernandez, Jr. is a surviving Sibling of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

963.     Willie Alberto Hernandez is a surviving Sibling of Norberto Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

964.     Donna Marsh O'Connor is a surviving Parent of Vanessa Lang Langer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

965.     Eslyn J. Hernandez is a surviving Spouse and Personal Representative of Claribel Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

966.     Carmen Irrizarry is a surviving Parent of Claribel Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

967.    Jaime Villalobos is a surviving Parent of Claribel Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

968.    Maribel Topaltzas is a surviving Sibling of Claribel Hernandez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

969.    Doe AP104 is a surviving Spouse and Personal Representative of Decedent Doe AP104, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

970.    Doe AP105 is a surviving Sibling of Decedent Doe AP105, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

971.    Doe AP106 is a surviving Sibling of Decedent Doe AP106, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

972.     Richard L. Lane is a surviving Parent and Personal Representative of Robert T. Lane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

973.     Janet L. Lane is a surviving Parent of Robert T. Lane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

974.     Jason M. Lane is a surviving Sibling of Robert T. Lane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

975.     Suzanne R. Stevenson is a surviving Sibling of Robert T. Lane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

976.     Kim Barbaro is a surviving Spouse and Personal Representative of Paul Barbaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

977.     Carol Barbaro is a surviving Parent of Paul Barbaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

978.     Jacqueline Venezia is a surviving Sibling of Paul Barbaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

979.     Nicholas Barbaro is a surviving Parent of Paul Barbaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

980.     Nicholas Barbaro, Jr. is a surviving Sibling of Paul Barbaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

981.     Thomas Barbaro is a surviving Sibling of Paul Barbaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

982.     Felix Ksido is a surviving Spouse and Personal Representative of Lyudmila Ksido, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

983. Doe AP108 is a surviving Child of Decedent Doe AP108, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

984. Doe AP107 is a surviving Child of Decedent Doe AP107, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

985. Doe AP109 is a surviving Sibling of Decedent Doe AP109, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

986. Doe AP110 is a surviving Sibling of Decedent Doe AP110, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

987. Elba Cedeno is a surviving Spouse and Personal Representative of Catherine T. Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

988. Annette Smith is a surviving Parent of Catherine T. Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

989.     Barbara Schielzo is a surviving Sibling of Catherine T. Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

990.     Lisa Ann Ethridge is a surviving Sibling of Catherine T. Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

991.     Vincent Smith is a surviving Sibling of Catherine T. Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

992.     Walter Smith is a surviving Sibling of Catherine T. Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

993.     Jennifer C. Burns is a surviving Spouse and Personal Representative of Keith James Burns, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

994.     Agnes D. Burns is a surviving Parent of Keith James Burns, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

995.     Bernard J. Burns is a surviving Parent of Keith James Burns, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

996.     Colleen Cooper is a surviving Sibling of Keith James Burns, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

997.     Diane Shepherd is a surviving Sibling of Keith James Burns, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

998.     Linda Ellicott is a surviving Sibling of Keith James Burns, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

999.     Maureen Burns-Dewland is a surviving Sibling of Keith James Burns, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1000.    Michael J. Burns is a surviving Sibling of Keith James Burns, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1001.    Denise K. Keasler is a surviving Parent and Personal Representative of Karol Ann Keasler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1002.    Rani Deborah Walz is a surviving Spouse and Personal Representative of Jeffrey P. Walz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1003.    Jennie Walz is a surviving Parent of Jeffrey P. Walz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1004.    Karen Ciaccio is a surviving Sibling of Jeffrey P. Walz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1005. Raymond G. Walz is a surviving Parent of Jeffrey P. Walz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1006. Raymond E. Walz is a surviving Sibling of Jeffrey P. Walz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1007. Aram P. Jarret, Jr. is a surviving Parent and Personal Representative of Amy Nicole Jarret, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1008. Marilyn R. Trudeau is a surviving Parent and Personal Representative of Amy Nicole Jarret, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1009. Alicia N. Curran is a surviving Sibling of Amy Nicole Jarret, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1010. Aram P. Jarret, III is a surviving Sibling of Amy Nicole Jarret, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1011. Marc Douglas Jarret is a surviving Sibling of Amy Nicole Jarret, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1012. Matthew R. Jarret is a surviving Sibling of Amy Nicole Jarret, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1013. John Bonomo is a surviving Parent and Personal Representative of Yvonne Bonomo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1014. George Bonomo is a surviving Sibling of Yvonne Bonomo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1015. Sonia Bonomo is a surviving Parent of Yvonne Bonomo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1016.     Anthony Demitrio Martino is a surviving Sibling and Personal Representative of Anne Marie Martino-Cramer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1017.     Patricia Nilsen is a surviving Sibling and Personal Representative of Anne Marie Martino-Cramer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1018.     Doe AP200 is a surviving Spouse and Personal Representative of Decedent Doe AP200, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1019.     Dwight D. Adams is a surviving Sibling of Donald L. Adams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1020.     Jean Adams is a surviving Parent of Donald L. Adams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1021.     Doe AP201 is a surviving Child of Decedent Doe AP201, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1022.    Robert C. Adams is a surviving Parent of Donald L. Adams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1023.    Susan Giberson is a surviving Spouse of James Giberson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1024.    Judith A. Grimner is a surviving Spouse and Personal Representative of David Joseph Grimner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1025.    Charles G. Grimner is a surviving Sibling of David Joseph Grimner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1026.    Mary Ann Peters is a surviving Sibling of David Joseph Grimner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1027.    Teresa L. Grimner is a surviving Parent of David Joseph Grimner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1028.    Virginia Kwiatkoski is a surviving Sibling of David Joseph Grimner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1029.    Charles P. Costa is a surviving Spouse and Personal Representative of Delores M. Costa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1030.    Nancy Kumpel is a surviving Spouse and Personal Representative of Kenneth B. Kumpel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1031.    John B. Lynch is a surviving Parent and Personal Representative of Michael Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1032.    Colleen M. Parigen is a surviving Sibling of Michael Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1033.    Frederick Lynch is a surviving Sibling of Michael Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1034.    John B. Lynch, Jr. is a surviving Sibling of Michael Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1035.    Kathleen Ann Lynch is a surviving Sibling of Michael Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1036.    Kathleen V. Lynch is a surviving Parent of Michael Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1037.    Maureen Lynch Baker is a surviving Sibling of Michael Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1038.    Paul Lynch is a surviving Sibling of Michael Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1039.    Doe AP178 is a surviving Parent of Decedent Doe AP178, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1040.    Doe AP179 is a surviving Parent of Decedent Doe AP179, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1041.    Doe AP180 is a surviving Sibling of Decedent Doe AP180, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1042.    Frank Caporicci is a surviving Sibling of Louis A. Caporicci, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1043.    Joseph Caporicci is a surviving Sibling of Louis A. Caporicci, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1044.    Nicholas Caporicci is a surviving Parent of Louis A. Caporicci, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1045.    Nicholas F. Caporicci is a surviving Sibling of Louis A. Caporicci, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1046.    Patricia Caporicci is a surviving Parent of Louis A. Caporicci, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1047.    Doe AP141 is a surviving Spouse and Personal Representative of Decedent Doe AP141, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1048.    Barbara Cotter is a surviving Sibling of Robert H. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1049.     Linda Helck is a surviving Sibling of Robert H. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1050.     Patricia Curry is a surviving Sibling of Robert H. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1051.     Michelle Ludwig is a surviving Spouse and Personal Representative of Lee Charles Ludwig, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1052.     Ashley Michelle Ludwig is a surviving Child of Lee Charles Ludwig, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1053.     Christopher Ludwig is a surviving Child of Lee Charles Ludwig, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1054.     Lawrence A. Ludwig is a surviving Sibling of Lee Charles Ludwig, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1055. Louis Ludwig is a surviving Parent of Lee Charles Ludwig, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1056. Louis Ludwig, Jr. is a surviving Sibling of Lee Charles Ludwig, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1057. Luann Martin is a surviving Sibling of Lee Charles Ludwig, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1058. Paula A. Minara is a surviving Spouse and Personal Representative of Robert Minara, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1059. Christian Minara is a surviving Child of Robert Minara, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1060.    Ryan Paul Minara is a surviving Child of Robert Minara, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1061.    Walter S. Cramer is a surviving Parent and Personal Representative of Christopher Seton Cramer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1062.    Keith Cramer is a surviving Sibling of Christopher Seton Cramer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1063.    Lynne Elizabeth Cramer is a surviving Parent of Christopher Seton Cramer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1064.    Marc S. Cramer is a surviving Sibling of Christopher Seton Cramer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1065.    Susan Lynne Kinney is a surviving Sibling of Christopher Seton Cramer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1066. Walter H. Cramer is a surviving Sibling of Christopher Seton Cramer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1067. Lillian Bini is a surviving Parent of Carl Bini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1068. Rosemarie Corvino is a surviving Sibling of Carl Bini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1069. Patrick Woods is a surviving Parent and Personal Representative of Patrick Woods, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1070. Chris Woods is a surviving Sibling of Patrick Woods, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1071.    Eileen Woods is a surviving Parent of Patrick Woods, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1072.    Thomas Woods is a surviving Sibling of Patrick Woods, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1073.    John A. Foster is a surviving Parent of Noel John Foster, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1074.    Marion Rosette Foster is a surviving Parent of Noel John Foster, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1075.    Andrew Arias is a surviving Sibling of Adam P. Arias, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1076.    Donald Arias is a surviving Sibling of Adam P. Arias, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1077.    Lauren Arias Lucchini is a surviving Sibling of Adam P. Arias, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1078.    Lorraine M. Arias-Beliveau is a surviving Sibling of Adam P. Arias, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1079.    Thomas Arias is a surviving Sibling of Adam P. Arias, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1080.    Tammy Perconti is a surviving Spouse and Personal Representative of Jon A. Perconti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1081.    Doe AP113 is a surviving Parent of Decedent Doe AP113, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1082.    Doe AP116 is a surviving Sibling of Decedent Doe AP116, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1083.    Doe AP118 is a surviving Sibling of Decedent Doe AP118, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1084.    Doe AP117 is a surviving Sibling of Decedent Doe AP117, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1085.    Doe AP112 is a surviving Parent of Decedent Doe AP112, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1086.    Doe AP114 is a surviving Sibling of Decedent Doe AP114, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1087.    Doe AP115 is a surviving Sibling of Decedent Doe AP115, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1088. Alice Sciusco is a surviving Sibling of Laurence Curia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1089. Alice Curia is a surviving Parent of Laurence Curia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1090. Daniel Curia is a surviving Sibling of Laurence Curia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1091. Joseph Curia is a surviving Parent of Laurence Curia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1092. Dawn M. Shay is a surviving Spouse and Personal Representative of Robert J. Shay, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1093.    Carolyn Shay is a surviving Sibling of Robert J. Shay, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1094.    Eileen Shay is a surviving Sibling of Robert J. Shay, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1095.    James Shay is a surviving Sibling of Robert J. Shay, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1096.    Kathleen Shay is a surviving Sibling of Robert J. Shay, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1097.    Leanne Shay is a surviving Sibling of Robert J. Shay, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1098.    Maureen Shay is a surviving Parent of Robert J. Shay, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1099.    Maureen Surko is a surviving Sibling of Robert J. Shay, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1100.    Michael A. Shay is a surviving Sibling of Robert J. Shay, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1101.    Robert J. Shay, Sr. is a surviving Parent of Robert J. Shay, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1102.    Charles R. Evans is a surviving Parent and Personal Representative of Eric Brian Evans, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1103.    Corrine J. Evans is a surviving Parent and Personal Representative of Eric Brian Evans, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1104.    Barbara L. Polhemus is a surviving Spouse and Personal Representative of Thomas H. Polhemus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1105.    Dorothy G. Mcgrath is a surviving Sibling of Thomas H. Polhemus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1106.    Harold L. Polhemus is a surviving Parent of Thomas H. Polhemus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1107.    Jane Skrzyniarz is a surviving Sibling of Thomas H. Polhemus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1108.    Olga L. Polhemus is a surviving Parent of Thomas H. Polhemus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1109.    Mathilda M. Geidel is a surviving Spouse and Personal Representative of Gary Paul Geidel, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1110.    Christine A. Norris is a surviving Sibling of Gary Paul Geidel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1111.    Michael W. Geidel is a surviving Sibling of Gary Paul Geidel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1112.    Paul E. Geidel is a surviving Parent of Gary Paul Geidel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1113.    Ralph W. Geidel, Sr. is a surviving Sibling of Gary Paul Geidel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1114.    Margaret L. Mathers is a surviving Spouse and Personal Representative of Charles W. Mathers, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1115.   Maritza Arzayus is a surviving Spouse and Personal Representative of Carlos Munoz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1116.   Jason Rothberg is a surviving Parent and Personal Representative of Michael C. Rothberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1117.   Iris E. Rothberg is a surviving Parent of Michael C. Rothberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1118.   Rhonda B. Rothberg is a surviving Sibling of Michael C. Rothberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1119.   Carolyn Kelly is a surviving Spouse and Personal Representative of Richard J. Kelly, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1120.   Domenico Riverso is a surviving Parent of Joseph R. Riverso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1121. Maria Riverso is a surviving Sibling of Joseph R. Riverso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1122. Ralph J. Riverso is a surviving Sibling of Joseph R. Riverso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1123. Teresa Riverso is a surviving Parent of Joseph R. Riverso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1124. William D. Riverso is a surviving Sibling of Joseph R. Riverso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1125. Doe AP119 is a surviving Parent and Personal Representative of Decedent Doe AP119, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1126.    Doe AP121 is a surviving Sibling of Decedent Doe AP121, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1127.    Doe AP120 is a surviving Sibling of Decedent Doe AP120, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1128.    Vernon F. Chevalier, Jr. is a surviving Parent of Swede Joseph Chevalier, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1129.    Patricia Ann Williams is a surviving Parent and Personal Representative of Kevin Michael Williams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1130.    Roger Michael Williams is a surviving Parent and Personal Representative of Kevin Michael Williams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1131.    Doe AP122 is a surviving Parent and Personal Representative of Decedent Doe AP122, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1132.    Doe AP123 is a surviving Sibling of Decedent Doe AP123, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1133.    Doe AP124 is a surviving Sibling of Decedent Doe AP124, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1134.    Maureen Tieri is a surviving Spouse of Salvatore Tieri, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1135.    Joanne F. Betterly is a surviving Spouse and Personal Representative of Timothy D. Betterly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1136.    Donald A. Betterly is a surviving Parent of Timothy D. Betterly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1137.    Donald Betterly, Jr. is a surviving Sibling of Timothy D. Betterly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1138.    Joan C. Betterly is a surviving Parent of Timothy D. Betterly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1139.    Mark Betterly is a surviving Sibling of Timothy D. Betterly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1140.    Karen D. Cangialosi is a surviving Spouse and Personal Representative of Stephen J. Cangialosi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1141.    Elizabeth Cangialosi Dickey is a surviving Sibling of Stephen J. Cangialosi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1142.    Helen J. Cangialosi is a surviving Parent of Stephen J. Cangialosi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1143.     Kathleen Cangialosi Rue is a surviving Sibling of Stephen J. Cangialosi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1144.     Thomas J. Cangialosi, Jr. is a surviving Sibling of Stephen J. Cangialosi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1145.     Thomas J. Cangialosi is a surviving Parent of Stephen J. Cangialosi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1146.     Cynthia Furmato is a surviving Spouse and Personal Representative of Paul Furmato, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1147.     Carol Debenedictis is a surviving Sibling of Paul Furmato, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1148.    Jill Keough is a surviving Sibling of Paul Furmato, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1149.    Joseph Furmato, Sr. is a surviving Parent of Paul Furmato, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1150.    Joseph Furmato, Jr. is a surviving Sibling of Paul Furmato, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1151.    Margaret Furmato is a surviving Parent of Paul Furmato, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1152.    Mark Furmato is a surviving Sibling of Paul Furmato, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1153.    Brigitte Day is a surviving Spouse and Personal Representative of Edward Day, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1154.    Janet A. Dunstan is a surviving Spouse and Personal Representative of Richard A. Dunstan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1155.    Laura D. Dunstan is a surviving Child of Richard A. Dunstan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1156.    Geraldine Halderman is a surviving Parent and Personal Representative of David Halderman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1157.    Marianne Angelo is a surviving Sibling of David Halderman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1158.    Ralph Sabbag is a surviving Parent and Personal Representative of Jason Elazar Sabbag, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1159.    Brigitte Sabbag is a surviving Parent of Jason Elazar Sabbag, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1160.    Clifton Sabbag is a surviving Sibling of Jason Elazar Sabbag, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1161.    Laurence Hagan is a surviving Sibling of Jason Elazar Sabbag, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1162.    Vincent Joseph Ragusa is a surviving Parent and Personal Representative of Michael Paul Ragusa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1163.    Christine Saladeen is a surviving Sibling of Michael Paul Ragusa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1164.    Domenica Ragusa is a surviving Parent of Michael Paul Ragusa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1165.    Kenneth Ragusa is a surviving Sibling of Michael Paul Ragusa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1166.    Vincent Carl Ragusa is a surviving Sibling of Michael Paul Ragusa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1167.    Jodi A. Marrero is a surviving Spouse and Personal Representative of Jose Marrero, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1168.    Felicia Young is a surviving Spouse and Personal Representative of Donald McArthur Young, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1169.    Christine Karas Fisher is a surviving Spouse and Personal Representative of Gerald Paul Fisher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1170.    Jonathan Michael Fisher is a surviving Child of Gerald Paul Fisher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1171.    Serena Fisher Dugan is a surviving Child of Gerald Paul Fisher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1172.    Suzanne Lawrence is a surviving Spouse and Personal Representative of Robert A. Lawrence, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1173.    Eileen Lawrence is a surviving Parent of Robert A. Lawrence, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1174.    Elizabeth Andersen is a surviving Sibling of Robert A. Lawrence, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1175.    Robert A. Lawrence is a surviving Parent of Robert A. Lawrence, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1176.    Walter Lawrence is a surviving Sibling of Robert A. Lawrence, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1177.    Doe AP125 is a surviving Spouse and Personal Representative of Decedent Doe AP125, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1178.    Mary Sue McGovern is a surviving Spouse and Personal Representative of William J. McGovern, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1179.    Marilyn Mcgovern Zurica is a surviving Sibling of William J. McGovern, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1180.    Patricia A. Straine is a surviving Spouse and Personal Representative of James J. Straine, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1181.     Daniel M. Straine is a surviving Sibling of James J. Straine, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1182.     James J. Straine is a surviving Parent of James J. Straine, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1183.     Kevin Straine is a surviving Sibling of James J. Straine, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1184.     Mary E. Straine is a surviving Parent of James J. Straine, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1185.     Michael Straine is a surviving Sibling of James J. Straine, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1186.     Alfred E. Rancke is a surviving Parent of Alfred Todd Rancke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1187.   Barbara B. Rancke is a surviving Parent of Alfred Todd Rancke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1188.   Barbara R. Speni is a surviving Sibling of Alfred Todd Rancke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1189.   Cynthia Rancke Bienemann is a surviving Sibling of Alfred Todd Rancke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1190.   Cynthia J. Campbell is a surviving Spouse and Personal Representative of David Otey Campbell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1191.   Yun-Ju Wen is a surviving Sibling and Personal Representative of Ssu-Hui Wen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1192.    Shu-Nu Chen is a surviving Parent of Ssu-Hui Wen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1193.    Shun-Fa Wen is a surviving Parent of Ssu-Hui Wen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1194.    Cynthia Hobson McNutt is a surviving Spouse and Personal Representative of Robert Wayne Hobson, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1195.    Judith Hobson is a surviving Parent of Robert Wayne Hobson, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1196.    Laura J. Decoster is a surviving Sibling of Robert Wayne Hobson, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1197.    Lisa Ann Preston is a surviving Sibling of Robert Wayne Hobson, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1198.    Matthew Hobson is a surviving Sibling of Robert Wayne Hobson, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1199.    Doe AP126 is a surviving Spouse and Personal Representative of Decedent Doe AP126, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1200.    Beverly M. Maler is a surviving Parent of Alfred Russell Maler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1201.    Beverly V. Maler is a surviving Sibling of Alfred Russell Maler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1202.    Edward D. Maler is a surviving Sibling of Alfred Russell Maler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1203.    Jeanine M. Sherman is a surviving Sibling of Alfred Russell Maler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1204.    Keith E. Maler is a surviving Sibling of Alfred Russell Maler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1205.    Michael A. Maler, Sr. is a surviving Parent of Alfred Russell Maler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1206.    Doe AP127 is a surviving Spouse and Personal Representative of Decedent Doe AP127, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1207.    Jean Coleman is a surviving Parent of Keith Eugene Coleman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1208.    Neil Coleman is a surviving Parent of Keith Eugene Coleman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1209.    Todd D. Coleman is a surviving Sibling of Keith Eugene Coleman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1210.    Laura Alessi is a surviving Parent and Personal Representative of Pamela J. Boyce, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1211.    Desiree A. Gerasimovich is a surviving Sibling of Pamela J. Boyce, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1212.    Gina Grassi is a surviving Sibling of Pamela J. Boyce, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1213.    Crossley R. Williams, Sr. is a surviving Parent and Personal Representative of Crossley R. Williams, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1214.   Valrie M. Williams is a surviving Parent of Crossley R. Williams, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1215.   Patrick Sullivan is a surviving Parent and Personal Representative of Patrick Sullivan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1216.   Gerald Sullivan is a surviving Sibling of Patrick Sullivan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1217.   Gregory Sullivan is a surviving Sibling of Patrick Sullivan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1218.   Mary Sullivan is a surviving Parent of Patrick Sullivan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1219.   Toby Millman is a surviving Spouse and Personal Representative of Benjamin Millman, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1220.    Jennifer Woodward Hunt is a surviving Spouse and Personal Representative of William Christopher Hunt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1221.    Benjamin Alexander Glascoe is a surviving Parent and Personal Representative of Keith Alexander Glascoe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1222.    Gloria Glascoe is a surviving Parent of Keith Alexander Glascoe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1223.    Veronica Squef is a surviving Not Related of Keith Alexander Glascoe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1224.    Frances N. Sennas is a surviving Parent of Stacey Sennas McGowan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1225.     Semo P. Sennas is a surviving Parent of Stacey Sennas McGowan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1226.     Nykia Morgan is a surviving Child and Personal Representative of Dorothy R. Morgan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1227.     Susann Brady is the surviving Personal Representative of Gavin Cushny, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1228.     Rupert Eales-White is a surviving Sibling of Gavin Cushny, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1229.     Anthony Licciardi is a surviving Sibling of Ralph M. Licciardi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1230.     Carmel-Ann Sullivan is a surviving Sibling of Ralph M. Licciardi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1231.    Sebastiano Licciardi is a surviving Parent of Ralph M. Licciardi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1232.    Catherine Coughlan is a surviving Spouse and Personal Representative of Martin Coughlan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1233.    Ailish Coughlan is a surviving Child of Martin Coughlan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1234.    Denise Coughlan is a surviving Child of Martin Coughlan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1235.    Orla Bowie is a surviving Child of Martin Coughlan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1236.    Sinead Coughlan is a surviving Child of Martin Coughlan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1237.    Suzanne J. Berger is a surviving Spouse and Personal Representative of James P. Berger, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1238.    Estrella Sumaya is a surviving Parent and Personal Representative of Hilario Soriano Sumaya, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1239.    Charito Leblanc is a surviving Sibling of Hilario Soriano Sumaya, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1240.    Christine Trotta is a surviving Sibling of Hilario Soriano Sumaya, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1241.    Lisa Sumaya is a surviving Sibling of Hilario Soriano Sumaya, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1242.    Marivel Passacantando is a surviving Sibling of Hilario Soriano Sumaya, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1243.    Reynaldo Sumaya is a surviving Sibling of Hilario Soriano Sumaya, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1244.    Kazimierz Maciejewski is a surviving Parent of Jan Maciejewski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1245.    Pawel Maciejewski is a surviving Sibling of Jan Maciejewski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1246.    Christine Huhn is a surviving Spouse and Personal Representative of David Martin Graifman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1247.    Brian D. Graifman is a surviving Sibling of David Martin Graifman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1248.    Julius Graifman is a surviving Parent of David Martin Graifman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1249.    Ruth Graifman is a surviving Parent of David Martin Graifman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1250.    Doe AP142 is a surviving Spouse and Personal Representative of Decedent Doe AP142, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1251.    Brendan M. Grady is a surviving Sibling of Christopher Michael Grady, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1252.    Deirdre M. Grady is a surviving Sibling of Christopher Michael Grady, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1253. Patrick Grady is a surviving Sibling of Christopher Michael Grady, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1254. William J. Bosco, Jr. is a surviving Parent of Richard E. Bosco, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1255. Daniela Gogliormella is a surviving Spouse and Personal Representative of Michael Gogliormella, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1256. Doe AP143 is a surviving Spouse and Personal Representative of Decedent Doe AP143, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1257. Doe AP145 is a surviving Sibling of Decedent Doe AP145, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1258.   Doe AP146 is a surviving Sibling of Decedent Doe AP146, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1259.   Frank Sherry is a surviving Parent of John Anthony Sherry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1260.   Doe AP148 is a surviving Sibling of Decedent Doe AP148, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1261.   Doe AP144 is a surviving Parent of Decedent Doe AP144, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1262.   Doe AP147 is a surviving Sibling of Decedent Doe AP147, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1263.   Sheila Scandole is a surviving Spouse and Personal Representative of Robert L. Scandole, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1264.    Christopher Scandole is a surviving Sibling of Robert L. Scandole, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1265.    Margaret Scandole is a surviving Parent of Robert L. Scandole, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1266.    Robert Scandole is a surviving Parent of Robert L. Scandole, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1267.    Catherine Pedersen is a surviving Sibling and Personal Representative of Loretta A. Vero, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1268.    Bella Boyarsky is a surviving Parent of Gennady Boyarsky, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1269.    Vladimir Boyarsky is a surviving Parent of Gennady Boyarsky, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1270.    Fanny Dejesus Molina is a surviving Sibling of Manuel Dejesus Molina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1271.    Juan Jose Molina is a surviving Sibling of Manuel Dejesus Molina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1272.    Maria Carmen Molina is a surviving Sibling of Manuel Dejesus Molina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1273.    Marina Molina is a surviving Parent of Manuel Dejesus Molina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1274.    Milede Atlagracia Molina is a surviving Sibling of Manuel Dejesus Molina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1275.    Ramon Dejesus Molina is a surviving Sibling of Manuel Dejesus Molina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1276.    Grace Alviar is a surviving Spouse and Personal Representative of Cesar A. Alviar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1277.    Christopher Alviar is a surviving Child of Cesar A. Alviar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1278.    Gemma Alviar is a surviving Child of Cesar A. Alviar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1279.    Gianina Alviar is a surviving Child of Cesar A. Alviar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1280.    Antonina Mingione is a surviving Parent of Thomas Mingione, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1281.    Gerald Mingione is a surviving Parent of Thomas Mingione, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1282.    Doe AP150 is a surviving Not Related and Personal Representative of Decedent Doe AP150, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1283.    Jacqueline Gilbert is a surviving Spouse and Personal Representative of Timothy Paul Gilbert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1284.    Elizabeth Sherry is a surviving Sibling of Robert O'Shea, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1285.    Doe AP151 is a surviving Sibling of Decedent Doe AP151, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1286. Doe AP152 is a surviving Spouse and Personal Representative of Decedent Doe AP152, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1287. Alyce Goldstein is a surviving Parent of Steven Ian Goldstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1288. Robert Jay Goldstein is a surviving Sibling of Steven Ian Goldstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1289. Karl H. Schmidt is a surviving Sibling and Personal Representative of Karen Helene Schmidt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1290. Lauren J. Osnato is a surviving Sibling and Personal Representative of Karen Helene Schmidt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1291.     Patricia M. Horohoe is a surviving Parent and Personal Representative of Robert L. Horohoe, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1292.     Robert L. Horohoe, Sr. is a surviving Parent and Personal Representative of Robert L. Horohoe, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1293.     Donna M. Erskine is a surviving Sibling of Robert L. Horohoe, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1294.     Michael E. Horohoe is a surviving Sibling of Robert L. Horohoe, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1295.     Patricia M. Witschel is a surviving Sibling of Robert L. Horohoe, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1296.     Rosanne Hughes is a surviving Spouse and Personal Representative of Thomas F. Hughes, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1297.    Joanne DeSimone is a surviving Spouse and Personal Representative of Edward DeSimone, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1298.    Angelina Trimboli is a surviving Parent of Edward DeSimone, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1299.    Edward DeSimone, Jr. is a surviving Parent of Edward DeSimone, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1300.    Michele Young is a surviving Sibling of Edward DeSimone, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1301.    Doe AP153 is a surviving Spouse and Personal Representative of Decedent Doe AP153, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1302.    Doe AP163 is a surviving Sibling of Decedent Doe AP163, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1303.    Doe AP160 is a surviving Sibling of Decedent Doe AP160, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1304.    Doe AP154 is a surviving Sibling of Decedent Doe AP154, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1305.    Doe AP164 is a surviving Sibling of Decedent Doe AP164, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1306.    Doe AP161 is a surviving Sibling of Decedent Doe AP161, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1307.    Doe AP156 is a surviving Parent of Decedent Doe AP156, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1308.    Doe AP157 is a surviving Sibling of Decedent Doe AP157, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1309.    Doe AP158 is a surviving Sibling of Decedent Doe AP158, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1310.    Doe AP165 is a surviving Sibling of Decedent Doe AP165, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1311.    Doe AP162 is a surviving Sibling of Decedent Doe AP162, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1312.    Doe AP166 is a surviving Sibling of Decedent Doe AP166, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1313.    Doe AP159 is a surviving Sibling of Decedent Doe AP159, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1314.    Elizabeth Kane Reich is a surviving Sibling of Vincent D. Kane, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1315.    Patricia Flanders is a surviving Sibling of Vincent D. Kane, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1316.    Adelma Reyes Jiminez is a surviving Sibling of Gloria Reyes Nieves, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1317.    Harvey Blomberg is a surviving Parent of Jonathan Uman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1318.    Susan Uman Blomberg is a surviving Parent of Jonathan Uman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1319.    George V. Hindy is a surviving Parent and Personal Representative of Mark D. Hindy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1320.    Gregory J. Hindy is a surviving Sibling of Mark D. Hindy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1321.    Virginia A. Hindy is a surviving Parent of Mark D. Hindy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1322.    Silveria Segura is a surviving Spouse of Juan G. Salas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1323.    Nancy Santana is a surviving Parent and Personal Representative of Victor Daniel Barbosa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1324.     Lucy E. Thompson is a surviving Spouse and Personal Representative of Clive Thompson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1325.     Keith B. Thompson is a surviving Sibling of Clive Thompson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1326.     Christine Caputo is a surviving Child of Thomas P. DeAngelis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1327.     Thomas J. DeAngelis is a surviving Child of Thomas P. DeAngelis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1328.     Bernard J. O'Brien is a surviving Parent of Timothy M. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1329.     Kathleen Tighe is a surviving Sibling of Timothy M. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1330.     Marilyn O'Brien is a surviving Parent of Timothy M. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1331.     Patrick O'Brien is a surviving Sibling of Timothy M. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1332.     Robert L. O'Brien is a surviving Sibling of Timothy M. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1333.     Therese A. Visconti is a surviving Sibling of Timothy M. O'Brien, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1334.     Donald T. Jones is a surviving Parent of Donald T. Jones, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1335.     Judith Jones is a surviving Parent of Donald T. Jones, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1336.     William B. Jones, II is a surviving Sibling of Donald T. Jones, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1337.     Kathleen Tighe is a surviving Spouse and Personal Representative of Stephen Edward Tighe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1338.     James H. Tighe is a surviving Sibling of Stephen Edward Tighe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1339.     Jane M. O'Dea is a surviving Sibling of Stephen Edward Tighe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1340.     Roberta L. Shea is a surviving Sibling of Stephen Edward Tighe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

ceb0ea808e5dc045

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1341.    Timothy J. Tighe is a surviving Sibling of Stephen Edward Tighe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1342.    Roman Gertsberg is a surviving Parent and Personal Representative of Marina Romanovna Gertsberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1343.    Barbara Polisar is a surviving Sibling of Frank Palombo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1344.    Fortunata Palombo is a surviving Parent of Frank Palombo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1345.    Marie Perrone is a surviving Sibling of Frank Palombo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1346.    Valentina Lygina is a surviving Parent and Personal Representative of Alexander Lygin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1347.    Vladimir Lygin is a surviving Parent and Personal Representative of Alexander Lygin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1348.    Natasha Lygina is a surviving Sibling of Alexander Lygin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1349.    Maureen Maddison is a surviving Spouse and Personal Representative of Simon Maddison, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1350.    Elizabeth Collis is a surviving Sibling of Simon Maddison, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1351.    Penelope Joan Hassell is a surviving Sibling of Simon Maddison, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1352.    Peter John Maddison is a surviving Parent of Simon Maddison, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1353.    Stephen Peter Maddison is a surviving Sibling of Simon Maddison, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1354.    Deborah Fodor is a surviving Spouse and Personal Representative of Michael N. Fodor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1355.    Andrew Fodor is a surviving Child of Michael N. Fodor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1356.    Judith Fodor is a surviving Sibling of Michael N. Fodor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1357.    Michael Fodor is a surviving Child of Michael N. Fodor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1358.    Michael Fodor is a surviving Parent of Michael N. Fodor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1359.    Rameses Garcia Bautista is a surviving Spouse and Personal Representative of Marlyn Capito Bautista, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1360.    Anisia C. Abarabar is a surviving Sibling of Marlyn Capito Bautista, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1361.    Narcisa G. Capito is a surviving Parent of Marlyn Capito Bautista, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1362.    Rufina C. Coquia is a surviving Sibling of Marlyn Capito Bautista, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1363.    Doe AP168 is a surviving Sibling of Decedent Doe AP168, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1364.    Susan Fisher is a surviving Spouse and Personal Representative of Thomas J. Fisher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1365.    Denise Dileo Fisher is a surviving Spouse of Thomas J. Fisher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1366.    Leslie Sue Hersch is a surviving Spouse and Personal Representative of Jeffrey A. Hersch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1367.    Donna Allingham is a surviving Spouse and Personal Representative of Christopher Edward Allingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1368.    James J. Allingham is a surviving Sibling of Christopher Edward Allingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1369.    Katharine Allingham Clark is a surviving Sibling of Christopher Edward Allingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1370.    Patricia C. Allingham is a surviving Parent of Christopher Edward Allingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1371.    Peggy Allingham Ciccarelli is a surviving Sibling of Christopher Edward Allingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1372.    William J. Allingham is a surviving Parent of Christopher Edward Allingham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1373.    William J. Allingham, Jr. is a surviving Sibling of Christopher Edward Allingham, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1374. Matthew Monahan is a surviving Child and Personal Representative of Franklyn Monahan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1375. Joseph W. Hromada is a surviving Spouse and Personal Representative of Milagros Hromada, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1376. Donald Tam is a surviving Sibling of Maurita Tam, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1377. Jin Ark Tam is a surviving Parent of Maurita Tam, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1378. Julie M.Y. Tam is a surviving Parent of Maurita Tam, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1379.    Stephanie Tam is a surviving Sibling of Maurita Tam, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1380.    Blanche Steen is a surviving Parent and Personal Representative of Eric Thomas Steen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1381.    George D. Steen, II is a surviving Sibling of Eric Thomas Steen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1382.    Joel Gary Shapiro is a surviving Spouse and Personal Representative of Sareve Dukat, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1383.    Celeste Marino Garcia is a surviving Spouse and Personal Representative of Cesar R. Garcia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1384.    Rory Owens Murray is a surviving Spouse and Personal Representative of John J. Murray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1385.    Catherine M. Datz is a surviving Sibling of John J. Murray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1386.    Jayne E. Dellose is a surviving Sibling of John J. Murray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1387.    Mary Louise Murray is a surviving Parent of John J. Murray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1388.    Michael C. Murray is a surviving Sibling of John J. Murray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1389.    Philip C. Murray is a surviving Parent of John J. Murray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1390.     Philip J. Murray is a surviving Sibling of John J. Murray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1391.     Virginia M. Regan is a surviving Sibling of John J. Murray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1392.     Barbara E. Keane is a surviving Spouse and Personal Representative of Edward T. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1393.     Cynthia Ann Polo is a surviving Child of Edward T. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1394.     Mark Edward Keane is a surviving Child of Edward T. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1395.     Sally DeLeo is a surviving Spouse and Personal Representative of Vito Joseph Deleo, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1396.     Lillian DeLeo is a surviving Parent of Vito Joseph Deleo, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1397.     Michael DeLeo is a surviving Sibling of Vito Joseph Deleo, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1398.     Arlene Russo is a surviving Parent of Wayne A. Russo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1399.     Arthur Russo is a surviving Parent of Wayne A. Russo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1400.     Gloria Hagis is a surviving Spouse and Personal Representative of Steven M. Hagis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1401.    Christopher Hagis is a surviving Sibling of Steven M. Hagis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1402.    Maryjane Hagis is a surviving Parent of Steven M. Hagis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1403.    Stacy Hagis Bruno is a surviving Sibling of Steven M. Hagis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1404.    Steve Hagis, Sr. is a surviving Parent of Steven M. Hagis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1405.    Carol Sue Sandler is a surviving Spouse and Personal Representative of Herman S. Sandler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1406.    Kathleen H. Simmons is a surviving Spouse and Personal Representative of Bruce E. Simmons, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1407.    Linda Woodwell is a surviving Spouse and Personal Representative of Richard H. Woodwell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1408.    John Knowles Woodwell, III is a surviving Sibling of Richard H. Woodwell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1409.    Pamela Woodwell Geerdes is a surviving Sibling of Richard H. Woodwell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1410.    Joanne C. Crotty is a surviving Spouse and Personal Representative of Thomas G. Crotty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1411.    James G. Crotty is a surviving Sibling of Thomas G. Crotty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1412.    John Crotty is a surviving Sibling of Thomas G. Crotty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1413.    Kenneth Crotty is a surviving Sibling of Thomas G. Crotty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1414.    Patricia M. Crotty is a surviving Parent of Thomas G. Crotty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1415.    Thomas M. Crotty is a surviving Parent of Thomas G. Crotty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1416.    Deena Gilbey is a surviving Spouse and Personal Representative of Paul Stuart Gilbey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1417.    Jane Jones is a surviving Ex-Spouse of Paul Stuart Gilbey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1418. Audrey Economos is a surviving Spouse and Personal Representative of Constantine Economos, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1419. Martha Wright is a surviving Spouse and Personal Representative of John Wayne Wright, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1420. Jaymel E. Connor is a surviving Spouse and Personal Representative of James L. Connor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1421. Susan King Munhall is a surviving Spouse and Personal Representative of James Donald Munhall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1422. Patricia Rosen is a surviving Spouse and Personal Representative of Mark H. Rosen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1423.    Olga Orgielewicz is a surviving Spouse and Personal Representative of Christopher T. Orgielewicz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1424.    Joyce Christopher is a surviving Parent of Christopher T. Orgielewicz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1425.    Laurie Christopher is a surviving Sibling of Christopher T. Orgielewicz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1426.    Ellen Niven is a surviving Spouse and Personal Representative of John Ballentine Nivin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1427.    Lisa Hord is a surviving Spouse and Personal Representative of Montgomery Hord, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1428.    Karen Fiorito is a surviving Spouse and Personal Representative of John B. Fiorito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1429.     Doe AP199 is a surviving Spouse of Decedent Doe AP199, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1430.     Doe AP169 is a surviving Parent of Decedent Doe AP169, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1431.     Margaret Apostol is a surviving Sibling of Faustino Apostol, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1432.     Andrea O'hagan is a surviving Spouse and Personal Representative of Thomas Gerard O'Hagan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1433.     Anne Marie Moran is a surviving Sibling of Thomas Gerard O'Hagan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1434.     Francis P. O'hagan is a surviving Sibling of Thomas Gerard O'Hagan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1435.     Francis P. O'hagan, Sr. is a surviving Parent of Thomas Gerard O'Hagan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1436.     Jeanne T. McCabe is a surviving Sibling of Thomas Gerard O'Hagan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1437.     Joseph E. O'hagan is a surviving Sibling of Thomas Gerard O'Hagan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1438.     Kathleen Gaetano is a surviving Sibling of Thomas Gerard O'Hagan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1439.     Mary Ellen Malone is a surviving Sibling of Thomas Gerard O'Hagan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1440.    Raymond T. O'hagan is a surviving Sibling of Thomas Gerard O'Hagan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1441.    Dolores Bedigian is a surviving Parent of Carl Bedigian, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1442.    Joseph J. Bedigian is a surviving Sibling of Carl Bedigian, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1443.    Robert Bedigian is a surviving Sibling of Carl Bedigian, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1444.    Lorne Lyles is a surviving Spouse and Personal Representative of CeeCee Louise Lyles, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1445.    Anne Marie McCann is a surviving Spouse and Personal Representative of Thomas J. McCann, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1446.    George G. McCann is a surviving Sibling of Thomas J. McCann, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1447.    Natalie M. McCann is a surviving Parent of Thomas J. McCann, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1448.    Natalie Moriarty is a surviving Sibling of Thomas J. McCann, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1449.    Daniel Mozzillo is a surviving Sibling of Christopher Mozzillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1450.    Lydia Mozzillo is a surviving Parent of Christopher Mozzillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1451.    Michael Mozzillo is a surviving Parent of Christopher Mozzillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1452.    Doe AP170 is a surviving Sibling of Decedent Doe AP170, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1453.    Denise Matuza is a surviving Spouse and Personal Representative of Walter Matuza, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1454.    Arcelia Diaz is a surviving Parent of Judith Berquis Diaz-Sierra, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1455.    Eileen K. West is a surviving Spouse and Personal Representative of Peter Matthew West, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1456.    Arthur H. West, Jr. is a surviving Sibling of Peter Matthew West, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1457.    Catherine C. Mclaughlin is a surviving Sibling of Peter Matthew West, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1458.    Gregory J. West is a surviving Sibling of Peter Matthew West, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1459.    Mary Louise Ball is a surviving Sibling of Peter Matthew West, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1460.    Matthew Peter West is a surviving Child of Peter Matthew West, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1461.    Meredith W. Nelson is a surviving Child of Peter Matthew West, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1462.     Regina W. Townsend is a surviving Sibling of Peter Matthew West, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1463.     Vincent M. West is a surviving Sibling of Peter Matthew West, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1464.     Patricia Thompson-Haentzler is a surviving Spouse of Philip Haentzler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1465.     Beverly Ann Ostrowski is a surviving Parent of James Robert Ostrowski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1466.     Doe AP171 is a surviving Sibling of Decedent Doe AP171, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1467.    Stephen V. Ostrowski is a surviving Parent of James Robert Ostrowski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1468.    Stephen W. Ostrowski is a surviving Sibling of James Robert Ostrowski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1469.    Charles Christophe is a surviving Spouse and Personal Representative of Kirsten L. Christophe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1470.    Denise M. Olsen is a surviving Spouse and Personal Representative of Jeffrey James Olsen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1471.    Doe AP172 is a surviving Parent of Decedent Doe AP172, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1472.    Doe AP175 is a surviving Sibling of Decedent Doe AP175, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1473.    Doe AP174 is a surviving Sibling of Decedent Doe AP174, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1474.    Doe AP173 is a surviving Sibling of Decedent Doe AP173, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1475.    Frank J. Aquilino is a surviving Parent and Personal Representative of Frank Thomas Aquilino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1476.    Carol Ann Aquilino is a surviving Parent of Frank Thomas Aquilino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1477.    Jill Aquilino is a surviving Sibling of Frank Thomas Aquilino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1478.    Tara Chiari is a surviving Sibling of Frank Thomas Aquilino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1479.    Anna E. Cimaroli is a surviving Parent of Patricia Ann Massari, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1480.    Joseph Cimaroli is a surviving Sibling of Patricia Ann Massari, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1481.    Richard Cimaroli is a surviving Parent of Patricia Ann Massari, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1482.    Jean C. Fischer is a surviving Spouse and Personal Representative of John R. Fischer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1483.    Eileen Regan is a surviving Sibling of Donald Regan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1484.    Katherine Regan Dey is a surviving Sibling of Donald Regan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1485.    Margaret Regan is a surviving Sibling of Donald Regan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1486.    Doe AP927 is a surviving Parent of Decedent Doe AP927, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1487.    P Joseph Regan is a surviving Sibling of Donald Regan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1488.    Diana Talhami is a surviving Spouse and Personal Representative of Robert R. Talhami, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1489.     Taube Olsen is a surviving Parent and Personal Representative of Eric Taube Olsen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1490.     Barbara Olsen is a surviving Parent of Eric Taube Olsen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1491.     Clifford I. Olsen is a surviving Sibling of Eric Taube Olsen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1492.     Kenneth Olsen is a surviving Sibling of Eric Taube Olsen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1493.     Rosemary Cain is a surviving Parent and Personal Representative of George C. Cain, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1494.     Rosa Caicedo is a surviving Other of David Vargas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1495.    Henry R. Hughes is a surviving Parent and Personal Representative of Kris Robert Hughes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1496.    Elaine L. Hughes is a surviving Parent of Kris Robert Hughes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1497.    Keith Hughes is a surviving Sibling of Kris Robert Hughes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1498.    Kimberly Franco is a surviving Sibling of Kris Robert Hughes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1499.    Victoria Cabezas is a surviving Spouse and Personal Representative of Jesus Cabezas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1500.    Hadidjatou Traore is a surviving Spouse of Abdoul Karim Traore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1501.    Virginia LaTouche is a surviving Spouse and Personal Representative of Jeffrey LaTouche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1502.    Donna D. Bhagwan is a surviving Child of Jeffrey LaTouche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1503.    Esther G. LaTouche is a surviving Sibling of Jeffrey LaTouche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1504.    Jefferson Patterson is a surviving Child of Jeffrey LaTouche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1505.    Karl LaTouche is a surviving Child of Jeffrey LaTouche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1506.     Michael Samuel is a surviving Sibling of Jeffrey LaTouche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1507.     Raphael P. Evans is a surviving Sibling of Jeffrey LaTouche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1508.     Rosanna LaTouche is a surviving Parent of Jeffrey LaTouche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1509.     Carmen Mejia is a surviving Spouse of Manual Asitimbay, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1510.     Julia Rocia Asitimbay Quintuna is a surviving Sibling of Manual Asitimbay, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1511.   Maria Maclovia Asitimbay Quintuna is a surviving Sibling of Manual Asitimbay, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1512.   Maria Transito Quintuna Sacta is a surviving Parent of Manual Asitimbay, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1513.   Rosa Elena Asitimbay Quintuna is a surviving Sibling of Manual Asitimbay, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1514.   James J. Walsh is a surviving Spouse and Personal Representative of Barbara P. Walsh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1515.   Allison A. Dimarzio is a surviving Child of Barbara P. Walsh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1516.   James J. Walsh, Jr. is a surviving Child of Barbara P. Walsh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1517.   Jeffrey M. Walsh is a surviving Child of Barbara P. Walsh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1518.   Jennifer L. Landstrom is a surviving Child of Barbara P. Walsh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1519.   Lori Ann Arczynski is a surviving Spouse and Personal Representative of Michael G. Arczynski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1520.   Rosemary Travers is a surviving Spouse and Personal Representative of Walter P. Travers, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1521.   Joan Fiumefreddo is a surviving Spouse and Personal Representative of Salvatore A. Fiumefreddo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1522.    Loretta A. Palisay is a surviving Parent of Salvatore A. Fiumefreddo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1523.    Cheryl A. Desmarais is a surviving Spouse and Personal Representative of Mark L. Charette, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1524.    Joanne Grzelak is a surviving Spouse and Personal Representative of Joseph Grzelak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1525.    Daphne R. Davis is a surviving Spouse and Personal Representative of Clinton Davis, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1526.    Simone Mitchell is a surviving Not Related of Clinton Davis, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1527.    Douglas Pinto is a surviving Spouse and Personal Representative of Susan Pinto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1528.     Barbara Gray is a surviving Sibling of Susan Pinto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1529.     Dorothy Ancona is a surviving Parent of Susan Pinto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1530.     Eileen Heather Simon is a surviving Spouse and Personal Representative of Michael John Simon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1531.     Scott S. Simon is a surviving Sibling of Michael John Simon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1532.     John J. Roberts is a surviving Parent and Personal Representative of Michael Edward Roberts, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1533.    Karen E. Roberts is a surviving Sibling of Michael Edward Roberts, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1534.    Veronica M. Roberts is a surviving Parent of Michael Edward Roberts, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1535.    Daniel Ladley is a surviving Sibling of James Patrick Ladley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1536.    Dolores Ladley is a surviving Parent of James Patrick Ladley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1537.    Eileen Spina is a surviving Sibling of James Patrick Ladley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1538.    Mary Ann Raymond is a surviving Sibling of James Patrick Ladley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1539.    Patrick Ladley is a surviving Sibling of James Patrick Ladley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1540.    Julianne Nazario is a surviving Spouse and Personal Representative of Francis J. Nazario, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1541.    Sonia Gawas is a surviving Spouse and Personal Representative of Ganesh Ladkat, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1542.    Patricia Mckenna is a surviving Sibling and Personal Representative of Stephanie McKenna, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1543.    Agnes Mckenna is a surviving Parent of Stephanie McKenna, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1544.    Eugene Mckenna is a surviving Parent of Stephanie McKenna, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1545.    Dana Donohue is a surviving Spouse of Dennis Cook, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1546.    John Clarke is a surviving Parent and Personal Representative of Michael Clarke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1547.    James Clarke is a surviving Sibling of Michael Clarke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1548.    Janice Pansini is a surviving Spouse and Personal Representative of Paul J. Pansini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1549.    Joseph Pansini is a surviving Sibling of Paul J. Pansini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1550.    Loretta Halpert is a surviving Sibling of Paul J. Pansini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1551.    Robert J. Pansini is a surviving Sibling of Paul J. Pansini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1552.    Bernard J. Monaghan is a surviving Parent and Personal Representative of Brian Patrick Monaghan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1553.    Danielle Monaghan is a surviving Sibling of Brian Patrick Monaghan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1554.    Jeanne Monaghan is a surviving Parent of Brian Patrick Monaghan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1555.    Donna L. Angelini is a surviving Spouse and Personal Representative of Joseph John Angelini, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1556.    Diana Hetzel is a surviving Spouse and Personal Representative of Thomas J. Hetzel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1557.    Barbara Hetzel is a surviving Parent of Thomas J. Hetzel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1558.    Daniel Hetzel is a surviving Sibling of Thomas J. Hetzel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1559.    Dorine Hetzel is a surviving Sibling of Thomas J. Hetzel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1560.    Egon Hetzel is a surviving Parent of Thomas J. Hetzel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1561.    Sharon B. Schultz is a surviving Spouse and Personal Representative of Karamo Trerra, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1562.    Brandon Washington is a surviving Sibling of Derrick Christopher Washington, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1563.    Earnest Washington, Jr. is a surviving Parent of Derrick Christopher Washington, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1564.    Keisha Washington is a surviving Spouse of Derrick Christopher Washington, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1565.    Lettie Washington is a surviving Parent of Derrick Christopher Washington, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1566.    Tracey Washington is a surviving Sibling of Derrick Christopher Washington, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1567.    Lynn C. McCabe is a surviving Spouse and Personal Representative of Michael J. McCabe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1568.    Juliette Brisman is a surviving Spouse and Personal Representative of Mark Brisman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1569.    Gerard Brisman is a surviving Parent of Mark Brisman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1570.    Jacqueline Iskols is a surviving Sibling of Mark Brisman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1571.    Michele Priest is a surviving Sibling of Mark Brisman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1572.    Steven Brisman is a surviving Sibling of Mark Brisman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1573.    Doreen Plumitallo is a surviving Spouse and Personal Representative of Joseph Plumitallo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1574.    Debra Roberts is a surviving Spouse and Personal Representative of Leo A. Roberts, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1575.    Blanca Stahlman is a surviving Spouse and Personal Representative of Eric Stahlman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1576.    Renee Stahlman is a surviving Parent of Eric Stahlman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1577.     Samuel Stahlman is a surviving Parent of Eric Stahlman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1578.     Katherine Stern is a surviving Spouse and Personal Representative of Andrew Stern, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1579.     George M. Reilly is a surviving Parent of Kevin Owen Reilly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1580.     Joan E. Reilly is a surviving Parent of Kevin Owen Reilly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1581.     Regina Reilly Madigan is a surviving Sibling of Kevin Owen Reilly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1582.     Mehr A. Tariq is a surviving Spouse and Personal Representative of Amanulah Tariq, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1583.    Jill Robin Vicario is a surviving Spouse and Personal Representative of Robert Vicario, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1584.    Roxanne Green is a surviving Spouse and Personal Representative of Wade Brian Green, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1585.    Alicia Govia is a surviving Sibling of Wade Brian Green, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1586.    Anthony Green is a surviving Sibling of Wade Brian Green, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1587.    Barry Green is a surviving Sibling of Wade Brian Green, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1588.    Thomas Green is a surviving Parent of Wade Brian Green, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1589.    Wilhemina Green is a surviving Parent of Wade Brian Green, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1590.    Elliot Scheinberg is a surviving Spouse and Personal Representative of Angela Susan Scheinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1591.    Mable Chalcoff is a surviving Spouse and Personal Representative of William Chalcoff, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1592.    Ana Rosario is a surviving Spouse of Emencio Dario Hidalgo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1593.    Nina Kostic is a surviving Sibling of Bojan Kostic, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1594.    Olga Kostic-Jovanovic is a surviving Sibling of Bojan Kostic, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1595.    Elizabeth Hamilton is a surviving Spouse and Personal Representative of Robert Hamilton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1596.    Isoline Broomfield is a surviving Parent of Keith Broomfield, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1597.    Jacqueline S. Gavagan is a surviving Spouse and Personal Representative of Donald R. Gavagan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1598.    Donald R. Gavagan, Sr. is a surviving Parent of Donald R. Gavagan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1599.    Joseph B. Gavagan is a surviving Sibling of Donald R. Gavagan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1600.    Rosemarie Gavagan is a surviving Parent of Donald R. Gavagan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1601.    Suzanne Mascitis is a surviving Sibling of Donald R. Gavagan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1602.    Diane Keating is a surviving Parent and Personal Representative of Ryan D. Fitzgerald, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1603.    Louisa D'Antonio is a surviving Child and Personal Representative of Mary D'Antonio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1604.    Cheryl McDonnell is a surviving Spouse and Personal Representative of Michael P. McDonnell, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1605.     Jacques Dan-El Debeuneure is a surviving Child and Personal Representative of James D. Debeuneure, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1606.     Harry T. Jones, IV is a surviving Spouse and Personal Representative of Allison H. Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1607.     Debra Johnson is the surviving Personal Representative of David J. Williams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1608.     Jennifer Ann Tucker is the surviving Personal Representative of Rochelle Monique Snell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1609.     Elizabeth Ann Payne is a surviving Spouse and Personal Representative of William Eben Wilson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1610.    Lynn A. Mullin is a surviving Parent and Personal Representative of Michael Joseph Mullin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1611.    Fredric Mullin is a surviving Parent of Michael Joseph Mullin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1612.    Dennis Marlo is a surviving Parent and Personal Representative of Kevin D. Marlo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1613.    Rosemary Meyer is a surviving Parent of Kevin D. Marlo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1614.    Lorraine Caiazzo is a surviving Sibling of Joseph Roberto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1615.    Lucy Roberto is a surviving Parent of Joseph Roberto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1616.     Robert Roberto, Sr. is a surviving Parent of Joseph Roberto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1617.     Robert Roberto, Jr. is a surviving Sibling of Joseph Roberto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1618.     Theodore Beck is a surviving Parent and Personal Representative of Lawrence I. Beck, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1619.     Doe AP184 is a surviving Spouse and Personal Representative of Decedent Doe AP184, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1620.     Barbara Kirwin is a surviving Parent of Glenn Davis Kirwin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1621.   Paul Kirwin is a surviving Parent of Glenn Davis Kirwin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1622.   Carol Ann Linehan is a surviving Spouse and Personal Representative of Thomas V. Linehan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1623.   Hortensia Gonzalez is a surviving Spouse and Personal Representative of Dennis Mojica, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1624.   Doe AP185 is a surviving Spouse and Personal Representative of Decedent Doe AP185, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1625.   Georgia Smith is a surviving Parent of Karl T. Smith, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1626.   Doe AP186 is a surviving Child of Decedent Doe AP186, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1627.   Matthew G. Smith is a surviving Sibling of Karl T. Smith, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1628.   Peter Smith is a surviving Sibling of Karl T. Smith, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1629.   Philip Smith is a surviving Parent of Karl T. Smith, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1630.   Doe AP187 is a surviving Sibling of Decedent Doe AP187, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1631.   Lisa A. Schunk is a surviving Spouse of Edward W. Schunk, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1632.    Michele T. Pena is a surviving Spouse and Personal Representative of Angel R. Pena, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1633.    Mary Alice Halloran is a surviving Parent of Vincent Gerard Halloran, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1634.    Carolyne Y. Hynes is a surviving Spouse and Personal Representative of Thomas Edward Hynes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1635.    Harold T. Kaplan is a surviving Spouse and Personal Representative of Deborah H. Kaplan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1636.    Carol A. Smee is a surviving Sibling of Michael C. Opperman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1637.    Linda M. Dickinson is a surviving Spouse and Personal Representative of Lawrence Patrick Dickinson, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1638.    Deirdre Dickinson Sullivan is a surviving Sibling of Lawrence Patrick Dickinson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1639.    Helene Dickinson is a surviving Parent of Lawrence Patrick Dickinson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1640.    Joseph L. Dickinson is a surviving Sibling of Lawrence Patrick Dickinson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1641.    Aristides Bantis is a surviving Uncle and Personal Representative of Katherine Bantis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1642.    Evangelos Bantis is a surviving Parent of Katherine Bantis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1643.     Soultana Bantis is a surviving Parent of Katherine Bantis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1644.     Elizabeth Hatton is a surviving Spouse and Personal Representative of Terence Sean Hatton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1645.     Grace S. Hatton is a surviving Parent of Terence Sean Hatton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1646.     Grace S. Hatten is a surviving Sibling of Terence Sean Hatton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1647.     Kenneth R. Hatton is a surviving Parent of Terence Sean Hatton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1648.     Maria Ann Galea is a surviving Child and Personal Representative of Frances Haros, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1649.     Andrea Caldarella is a surviving Child of Frances Haros, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1650.     Nicholas Haros, Jr. is a surviving Child of Frances Haros, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1651.     Gloria Haramis is a surviving Spouse and Personal Representative of Vassilios G. Haramis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1652.     George Vassilion Haramis is a surviving Child of Vassilios G. Haramis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1653.     Julia K. Haramis is a surviving Child of Vassilios G. Haramis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1654.    Kevin Richard Gaff is a surviving Spouse and Personal Representative of Pamela Lee Gaff, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1655.    Brian Saber is a surviving Sibling and Personal Representative of Scott Saber, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1656.    Bruce D. Saber is a surviving Sibling and Personal Representative of Scott Saber, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1657.    Elaine Saber is a surviving Parent of Scott Saber, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1658.    Hui Fen Pan is a surviving Spouse and Personal Representative of Neil Kwong-Wah Lai, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1659.    Debra Anne Tieste is a surviving Spouse and Personal Representative of William R. Tieste, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1660.    Keith Tieste is a surviving Child of William R. Tieste, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1661.    Linda Tieste is a surviving Sibling of William R. Tieste, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1662.    Ronald Tieste is a surviving Sibling of William R. Tieste, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1663.    William Charles Tieste is a surviving Child of William R. Tieste, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1664.    Cynthia Sue Sumner is a surviving Sibling and Personal Representative of Carl Max Hammond, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1665.    Sue Hammond is a surviving Parent of Carl Max Hammond, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1666.    Kathleen Mangano is a surviving Spouse and Personal Representative of Joseph Mangano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1667.    Angel Luis Tirado is a surviving Child and Personal Representative of Hector Luis Tirado, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1668.    Marina Irene Ugarte Tirado is a surviving Child of Hector Luis Tirado, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1669.    Sheneque Tirado Jackson is a surviving Spouse of Hector Luis Tirado, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1670.    Heather Gibbon is a surviving Child of Debra L. Gibbon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1671.    J. Frederick Gibbon is a surviving Spouse of Debra L. Gibbon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1672.    Zachary Gibbon is a surviving Child of Debra L. Gibbon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1673.    Maria Crifasi is a surviving Sibling and Personal Representative of Lucy Crifasi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1674.    Francesco Crifasi is a surviving Sibling of Lucy Crifasi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1675.    Julia Chan is a surviving Parent and Personal Representative of Charles L. Chan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1676.    Christopher J. Chan is a surviving Sibling of Charles L. Chan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1677.    Craig A. Chan is a surviving Sibling of Charles L. Chan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1678.    John O. Chan is a surviving Parent of Charles L. Chan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1679.    Mark A. Chan is a surviving Sibling of Charles L. Chan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1680.    Matthew P. Chan is a surviving Sibling of Charles L. Chan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1681.    Frederick Earl Bouchard, Jr. is a surviving Spouse and Personal Representative of Carol Marie Bouchard, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1682. Hope Dellefemine is a surviving Parent of Carol Marie Bouchard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1683. Kenneth Dellefemine is a surviving Sibling of Carol Marie Bouchard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1684. Richard Dellefemine is a surviving Sibling of Carol Marie Bouchard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1685. Monique Padilla-Ferrer is a surviving Spouse and Personal Representative of Michael A. Trinidad, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1686. Betty Andrade is a surviving Sibling of Michael A. Trinidad, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1687.    Brenda Trinidad is a surviving Sibling of Michael A. Trinidad, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1688.    Carol Payne is a surviving Sibling of Michael A. Trinidad, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1689.    Denise Trinidad is a surviving Sibling of Michael A. Trinidad, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1690.    Jane Trinidad Hennes is a surviving Sibling of Michael A. Trinidad, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1691.    Jeanette Trinidad Rzek is a surviving Sibling of Michael A. Trinidad, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1692.    Millie Caseres Schifano is a surviving Sibling of Michael A. Trinidad, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1693.    Robert Trinidad is a surviving Sibling of Michael A. Trinidad, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1694.    Hugh D. Rice is a surviving Parent and Personal Representative of David H. Rice, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1695.    Cynthia J. Rice is a surviving Parent of David H. Rice, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1696.    Paulette Roberts is a surviving Parent and Personal Representative of Michael E. Roberts, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1697.    Thomas Roberts is a surviving Parent and Personal Representative of Michael E. Roberts, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1698.    Margaret Ann Cashman is a surviving Spouse and Personal Representative of William Joseph Cashman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1699.    Mitchell Duggan is a surviving Spouse and Personal Representative of Jackie Sayegh Duggan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1700.    Diana J. Sayegh is a surviving Parent of Jackie Sayegh Duggan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1701.    George A. Sayegh, Sr. is a surviving Parent of Jackie Sayegh Duggan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1702.    Gary Berger is a surviving Sibling of Steven Howard Berger, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1703.    Kathlyn Carriker is a surviving Spouse and Personal Representative of Steven George Weinstein, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1704.    Jodi Molisani is a surviving Spouse and Personal Representative of Justin John Molisani, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1705.    Linda Murphy is a surviving Spouse of Raymond E. Murphy, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1706.    Raymond Murphy, Jr. is a surviving Child of Raymond E. Murphy, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1707.    Debora Hemschoot is a surviving Spouse and Personal Representative of Mark Hemschoot, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1708.    Robert E. Carlo is a surviving Sibling and Personal Representative of Michael Scott Carlo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1709.    Phyllis Carlo is a surviving Parent of Michael Scott Carlo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1710.    Robert D. Carlo is a surviving Parent of Michael Scott Carlo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1711.    Carol Ann O'Toole is a surviving Parent of Joseph Holland, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1712.    Joseph Holland is a surviving Parent of Joseph Holland, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1713.    Tara Holland is a surviving Sibling of Joseph Holland, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1714.    Frederick J. Ill, Sr. is a surviving Parent of Frederick J. Ill, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1715. Jane C. Ill is a surviving Sibling of Frederick J. Ill, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1716. Deborah Ann Garcia is a surviving Spouse and Personal Representative of David Garcia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1717. Irma Nieves is a surviving Spouse and Personal Representative of Juan Nieves, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1718. David Nieves is a surviving Child of Juan Nieves, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1719. John Nieves is a surviving Child of Juan Nieves, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1720.    Michelle Nieves is a surviving Child of Juan Nieves, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1721.    Marie Cirmia is a surviving Sibling of Debra Ann Di Martino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1722.    Marie E. Puccio-Pick is a surviving Spouse and Personal Representative of Joseph Pick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1723.    Doe AP188 is a surviving Sibling of Decedent Doe AP188, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1724.    Melissa Vazquez is a surviving Child of Arcangel Vazquez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1725.    Barry Rosner is a surviving Parent of Sheryl Rosenbaum, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1726.    Bobbi Rosner is a surviving Parent of Sheryl Rosenbaum, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1727.    Victoria Blaksley is a surviving Spouse and Personal Representative of Pedro Grehan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1728.    Affiong Adanga is a surviving Spouse and Personal Representative of Ignatius Udo Adanga, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1729.    Edna Kang Ortiz is a surviving Spouse and Personal Representative of Pablo Ortiz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1730.    Elaine Asciak is a surviving Spouse and Personal Representative of Michael Asciak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1731.    Vivian Asciak is a surviving Parent of Michael Asciak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1732.    Gordon M. Ward is a surviving Parent of Stephen Gordon Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1733.    Kathryn Ward Hazel is a surviving Sibling of Stephen Gordon Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1734.    Kenneth R. Ward is a surviving Sibling of Stephen Gordon Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1735.    Susan Moore is a surviving Sibling of Stephen Gordon Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1736.    Victoria Randall is a surviving Parent of Stephen Gordon Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1737.    Lynn Morris is a surviving Spouse and Personal Representative of Seth A. Morris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1738.    Diane Taormina is a surviving Spouse and Personal Representative of Dennis G. Taormina, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1739.    Thomas Hannon is a surviving Parent and Personal Representative of Dana Rey Hannon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1740.    Gaye Hannon is a surviving Parent of Dana Rey Hannon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1741.    Kyle Hannon is a surviving Sibling of Dana Rey Hannon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1742.    Doe AP189 is a surviving Spouse and Personal Representative of Decedent Doe AP189, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1743.    James Mcaneney is a surviving Sibling and Personal Representative of Patricia A. McAneney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1744.    Margaret E. Cruz is a surviving Spouse of Patricia A. McAneney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1745.    Christina Paris is a surviving Spouse and Personal Representative of George Paris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1746.    Rose Paris is a surviving Parent of George Paris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1747.    Mitoko Miller is a surviving Spouse and Personal Representative of Robert C. Miller, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1748.    James R. Miller is a surviving Sibling of Robert C. Miller, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1749.    Terry R. Miller is a surviving Sibling of Robert C. Miller, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1750.    Naoemi P. Gullickson is a surviving Spouse of Joseph P. Gullickson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1751.    Tahira Khan is a surviving Parent and Personal Representative of Taimour Khan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1752.    Zara Khan is a surviving Sibling of Taimour Khan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1753.     Stacey Afflitto is a surviving Spouse and Personal Representative of Daniel Thomas Afflitto, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1754.     Caroline Lilore is a surviving Spouse and Personal Representative of Craig Damian Lilore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1755.     Imelda Reyes Soriano is a surviving Spouse of Leobardo Lopez Pascual, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1756.     Ben Stone is a surviving Parent of Lonny Jay Stone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1757.     Evelyn Stone is a surviving Parent of Lonny Jay Stone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1758.     Gail Stone is a surviving Sibling of Lonny Jay Stone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1759.    Evelyn L. Fialko is a surviving Parent and Personal Representative of Jennifer Louise Fialko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1760.    Robert J. Fialko is a surviving Parent and Personal Representative of Jennifer Louise Fialko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1761.    Andrew C. Fialko is a surviving Sibling of Jennifer Louise Fialko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1762.    Albert A. Blackman, Sr. is a surviving Parent and Personal Representative of Albert Balewa Blackman, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1763.    Hyacinth Blackman is a surviving Parent and Personal Representative of Albert Balewa Blackman, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1764.    John Safi is a surviving Sibling and Personal Representative of Jude Elias Safi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1765.    Ahlam Safi is a surviving Parent of Jude Elias Safi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1766.    Elias Safi is a surviving Parent of Jude Elias Safi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1767.    Richard Chung is a surviving Sibling and Personal Representative of Wai C. Chung, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1768.    Julie Tam is a surviving Sibling of Wai C. Chung, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1769.    Pui Lin Chung is a surviving Parent of Wai C. Chung, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1770. Steve Chung is a surviving Sibling of Wai C. Chung, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1771. Winnie Chung is a surviving Sibling of Wai C. Chung, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1772. Ying Kwan Chung is a surviving Parent of Wai C. Chung, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1773. Grissel Rodriguez Valentin is a surviving Spouse of Benito Valentin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1774. Karen B. Lunder is a surviving Spouse and Personal Representative of Christopher Edmund Lunder, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1775.     David Lunder is a surviving Sibling of Christopher Edmund Lunder, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1776.     Edmund Lunder is a surviving Parent of Christopher Edmund Lunder, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1777.     Maureen C. Lunder is a surviving Parent of Christopher Edmund Lunder, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1778.     Rosemary Sercia is a surviving Sibling of Christopher Edmund Lunder, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1779.     Joyce Mercer is a surviving Parent and Personal Representative of Scott Kopytko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1780.     Christine Kopytko is a surviving Sibling of Scott Kopytko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1781.     Darlene G. Rall is a surviving Spouse and Personal Representative of Edward J. Rall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1782.     Edward A. Rall is a surviving Parent of Edward J. Rall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1783.     Joan P. Rall is a surviving Parent of Edward J. Rall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1784.     Keith G. Rall is a surviving Sibling of Edward J. Rall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1785.     William F. Rall is a surviving Sibling of Edward J. Rall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1786. Diana Sabella is a surviving Spouse and Personal Representative of Thomas E. Sabella, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1787. Charles T. Sabella is a surviving Sibling of Thomas E. Sabella, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1788. Loretta Sabella-Viglione is a surviving Sibling of Thomas E. Sabella, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1789. Jeanette Schardt is a surviving Spouse and Personal Representative of John Schardt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1790. Debra Sacco is a surviving Sibling of John Schardt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1791. Kenneth Schardt is a surviving Sibling of John Schardt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1792.    Margaret Schardt is a surviving Parent of John Schardt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1793.    Robert Schardt is a surviving Parent of John Schardt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1794.    Karen Parro is a surviving Spouse of Robert Parro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1795.    Audriene Barry is a surviving Parent and Personal Representative of Arthur T. Barry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1796.    Bertrand Francis Barry is a surviving Parent and Personal Representative of Arthur T. Barry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1797.    Bertrand Arthur Barry is a surviving Sibling of Arthur T. Barry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1798.    Clare Ellen Skarda is a surviving Sibling of Arthur T. Barry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1799.    Kathleen Megan Poss is a surviving Sibling of Arthur T. Barry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1800.    Patricia Anne Barry is a surviving Sibling of Arthur T. Barry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1801.    Nancy Suhr is a surviving Spouse and Personal Representative of Daniel Suhr, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1802.    Christopher Suhr is a surviving Sibling of Daniel Suhr, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1803.    Jean Suhr Ryan is a surviving Sibling of Daniel Suhr, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1804.    Leeann M. Suhr Klein is a surviving Sibling of Daniel Suhr, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1805.    Dianne Kerwin is a surviving Spouse and Personal Representative of Ronald T. Kerwin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1806.    Nancy Daria Cimei is a surviving Parent and Personal Representative of Michael D'Auria, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1807.    Carmen D'auria is a surviving Parent of Michael D'Auria, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1808. Christine Rinaldi is a surviving Sibling of Michael D'Auria, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1809. Kerri Ann Mendez is a surviving Spouse and Personal Representative of Charles Mendez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1810. Mary Grace Foti is a surviving Spouse and Personal Representative of Robert Foti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1811. Bryan T. Hanley is a surviving Sibling and Personal Representative of Sean Hanley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1812. Gerald Hanley is a surviving Parent of Sean Hanley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1813. Gerald T. Hanley is a surviving Sibling of Sean Hanley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1814.    Kevin E. Hanley is a surviving Sibling of Sean Hanley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1815.    Patricia Hanley is a surviving Parent of Sean Hanley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1816.    Theresa Giammona is a surviving Spouse of Vincent F. Giammona, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1817.    Ethel M. Henry is a surviving Parent and Personal Representative of William Henry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1818.    Rosemary Ann Stark is a surviving Parent and Personal Representative of Jeffrey Stark, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1819.    John Stark is a surviving Sibling of Jeffrey Stark, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1820.    Joseph C. Stark is a surviving Sibling of Jeffrey Stark, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1821.    Kathleen Stark is a surviving Sibling of Jeffrey Stark, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1822.    Therese Stark is a surviving Sibling of Jeffrey Stark, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1823.    Vinnie Carla Agnello is a surviving Spouse and Personal Representative of Joseph Agnello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1824.    Rita Agnello is a surviving Parent of Joseph Agnello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1825.    Rosaria Martingano is a surviving Sibling of Joseph Agnello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1826.    Salvatore Agnello is a surviving Parent of Joseph Agnello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1827.    Paula M. McAvoy is a surviving Spouse and Personal Representative of John K. McAvoy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1828.    Michael McAvoy is a surviving Sibling of John K. McAvoy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1829.    Philomena McAvoy is a surviving Parent of John K. McAvoy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1830.    Maryann J. O'Rourke is a surviving Spouse and Personal Representative of Kevin M. O'Rourke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1831.    Corinne O'Rourke is a surviving Child of Kevin M. O'Rourke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1832.    Dennis O'Rourke is a surviving Parent of Kevin M. O'Rourke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1833.    Dennis P. O'Rourke is a surviving Sibling of Kevin M. O'Rourke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1834.    Hannah O'Rourke is a surviving Parent of Kevin M. O'Rourke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1835.    Jamie O'Rourke is a surviving Child of Kevin M. O'Rourke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1836.   Patricia O'Keefe is a surviving Sibling of Kevin M. O'Rourke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1837.   Gerard Jean-Baptiste is a surviving Parent and Personal Representative of Gerard Baptiste, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1838.   Robert G. Byrne, Sr. is a surviving Parent and Personal Representative of Patrick D. Byrne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1839.   Anne Byrne is a surviving Parent of Patrick D. Byrne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1840.   Cathrine M. Tolino is a surviving Sibling of Patrick D. Byrne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1841.    Francis X. Byrne is a surviving Sibling of Patrick D. Byrne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1842.    Garett C. Byrne is a surviving Sibling of Patrick D. Byrne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1843.    Joanne Finn is a surviving Sibling of Patrick D. Byrne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1844.    Judith Byrne is a surviving Sibling of Patrick D. Byrne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1845.    Robert G. Byrne, Jr. is a surviving Sibling of Patrick D. Byrne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1846.    Thomas Byrne is a surviving Sibling of Patrick D. Byrne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1847.    William J. Byrne is a surviving Sibling of Patrick D. Byrne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1848.    Robert M. Duffy is a surviving Sibling and Personal Representative of Gerard J. Duffy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1849.    Thomas Duffy is a surviving Sibling and Personal Representative of Gerard J. Duffy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1850.    William B. Feehan is a surviving Child and Personal Representative of William M. Feehan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1851.    Elizabeth Feehan is a surviving Child of William M. Feehan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1852.    John Feehan is a surviving Child of William M. Feehan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1853.    Tara Feehan Davan is a surviving Child of William M. Feehan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1854.    Debra A. Harlin is a surviving Spouse and Personal Representative of Daniel Edward Harlin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1855.    Caroline Harlin is a surviving Parent of Daniel Edward Harlin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1856.    James Harlin is a surviving Sibling of Daniel Edward Harlin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1857.    Joan Harlin is a surviving Sibling of Daniel Edward Harlin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1858.    Robert W. Harlin is a surviving Sibling of Daniel Edward Harlin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1859.    Wilbur Harlin is a surviving Parent of Daniel Edward Harlin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1860.    Donna Mahoney is a surviving Spouse and Personal Representative of William J. Mahoney, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1861.    Katrina Margit Marino is a surviving Spouse and Personal Representative of Kenneth Marino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1862.    Lynda Ann Marino is a surviving Sibling of Kenneth Marino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1863.    Mary Ann Marino is a surviving Parent of Kenneth Marino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1864.    Pat Marino is a surviving Parent of Kenneth Marino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1865.    Karen Lisa O'keefe is a surviving Spouse of Patrick Joseph O'Keefe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1866.    Gerard J. Prior is a surviving Parent of Kevin M. Prior, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1867.    Marian A. Prior is a surviving Parent of Kevin M. Prior, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1868.    Renee Whitford is a surviving Spouse and Personal Representative of Mark P. Whitford, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1869.    Carol Whitford is a surviving Parent of Mark P. Whitford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1870.    Christopher Whitford is a surviving Sibling of Mark P. Whitford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1871.    Dennis Whitford is a surviving Sibling of Mark P. Whitford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1872.    Lisa A. Walker is a surviving Sibling of Mark P. Whitford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1873.    Roger Whitford is a surviving Parent of Mark P. Whitford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1874.    Doe AP198 is a surviving Spouse and Personal Representative of Decedent Doe AP198, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1875.    Michael J. Fox is a surviving Sibling of Jeffrey L. Fox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1876.    John Riccoboni is a surviving Spouse and Personal Representative of Ann Marie Riccoboni, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1877.    Janine Passelis is a surviving Child of Ann Marie Riccoboni, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1878.    Maria Elena Santorelli is a surviving Child of Ann Marie Riccoboni, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1879.    Cheryl Shames is a surviving Sibling of Andrew Steven Zucker, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1880. Gayle Mosenson is a surviving Sibling of Andrew Steven Zucker, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1881. Stuart C. Zucker is a surviving Sibling of Andrew Steven Zucker, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1882. John Rogan is a surviving Parent of Matthew Sean Rogan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1883. Marian Rogan is a surviving Parent of Matthew Sean Rogan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1884. Michelle Wright is a surviving Child of Sandra Wright Cartledge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1885.    Tina Grazioso is a surviving Spouse and Personal Representative of John Grazioso, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1886.    Cai Zhang is a surviving Parent of Liming Gu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1887.    Fushan Gu is a surviving Parent of Liming Gu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1888.    Yu Zhou Gu is a surviving Sibling of Liming Gu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1889.    Yuau Ku is a surviving Sibling of Liming Gu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1890.    Thomas P. Heidenberger is a surviving Spouse and Personal Representative of Michele M. Heidenberger, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1891.    Jennifer Lyn Maerz is a surviving Spouse and Personal Representative of Noell Maerz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1892.    Janice Lynn Montoya is a surviving Sibling of John William Perry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1893.    Ellen Louise Saracini is a surviving Spouse and Personal Representative of Victor J. Saracini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1894.    Susanne Ward Baker is a surviving Parent and Personal Representative of Timothy Ray Ward, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1895.    Sandra Burnside is a surviving Spouse and Personal Representative of John P. Burnside, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1896.     Sigalit Brunn is a surviving Spouse and Personal Representative of Andrew C. Brunn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1897.     Grace Badagliacca is a surviving Parent of John J. Badagliacca, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1898.     Jodi Scolaro is a surviving Sibling of John J. Badagliacca, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1899.     John Badagliacca is a surviving Parent of John J. Badagliacca, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1900.     Caroline Cordice is a surviving Parent and Personal Representative of Robert J. Cordice, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1901.     Doe AP190 is a surviving Spouse and Personal Representative of Decedent Doe AP190, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1902.    Jean Carey is a surviving Spouse and Personal Representative of Dennis M. Carey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1903.    Dennis M. Carey, Jr. is a surviving Child of Dennis M. Carey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1904.    Nicole T. Carey is a surviving Child of Dennis M. Carey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1905.    John J. Cawley is a surviving Parent and Personal Representative of Michael Joseph Cawley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1906.    Brendan K. Cawley is a surviving Sibling of Michael Joseph Cawley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1907.    Kristin A. Cawley is a surviving Sibling of Michael Joseph Cawley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1908.    Margaret M. Cawley is a surviving Parent of Michael Joseph Cawley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1909.    Andrea Garbarini is a surviving Spouse and Personal Representative of Charles Garbarini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1910.    Beryl Zawatsky is a surviving Sibling of Charles Garbarini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1911.    Cathy Kostiw is a surviving Sibling of Charles Garbarini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1912.    Charles Garbarini is a surviving Parent of Charles Garbarini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1913.    Donna Garbarini is a surviving Sibling of Charles Garbarini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1914.    Janet Arbuiso is a surviving Sibling of Charles Garbarini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1915.    Joan Cuneo is a surviving Sibling of Charles Garbarini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1916.    Peggy Garbarini is a surviving Sibling of Charles Garbarini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1917.    William C. McGinly is a surviving Parent and Personal Representative of Mark Ryan McGinly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1918.    Andrew M. McGinly is a surviving Sibling of Mark Ryan McGinly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1919.    Patricia D. Mcginly is a surviving Parent of Mark Ryan McGinly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1920.    Sean M. Mcginly is a surviving Sibling of Mark Ryan McGinly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1921.    Myong H. Lee is a surviving Parent and Personal Representative of Linda C. Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1922.    Hyong O. Lee is a surviving Parent of Linda C. Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1923.    April Ginley is a surviving Spouse and Personal Representative of John F. Ginley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1924.    James Kuveikis is a surviving Sibling and Personal Representative of Thomas J. Kuveikis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1925.    Kristen Kuveikis is a surviving Child of Thomas J. Kuveikis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1926.    Lisa Paterson is a surviving Spouse and Personal Representative of Steven Bennett Paterson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1927.    George Paterson is a surviving Sibling of Steven Bennett Paterson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1928.    Joseph J. Paterson is a surviving Sibling of Steven Bennett Paterson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1929.    Lois Paterson Gallo is a surviving Sibling of Steven Bennett Paterson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1930.    Lisa Martini is a surviving Spouse and Personal Representative of Paul Richard Martini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1931.    Nancy E. Montesi is a surviving Spouse and Personal Representative of Michael G. Montesi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1932.    George R. Montesi is a surviving Parent of Michael G. Montesi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1933.    Margaret P. Montesi is a surviving Parent of Michael G. Montesi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1934.    Maria E. Lauria is a surviving Sibling of Michael G. Montesi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1935.    Christine M. O'Berg is a surviving Spouse and Personal Representative of Dennis P. O'Berg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1936.    Juana Olga Pappageorge is a surviving Parent and Personal Representative of James N. Pappageorge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1937.    Helen Pappageorge is a surviving Sibling of James N. Pappageorge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1938.    Sally Ann Suarez is a surviving Spouse of Benjamin Suarez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1939.    Janice Waters is a surviving Spouse of Patrick J. Waters, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1940.    Alfred L. Whelan, Sr. is a surviving Parent and Personal Representative of Eugene Michael Whelan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1941.    Joan A. Whelan is a surviving Parent of Eugene Michael Whelan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1942.    Doe AP23 is a surviving Parent and Personal Representative of Decedent Doe AP23, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1943.    Doe AP24 is a surviving Parent of Decedent Doe AP24, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1944.    Doe AP21 is a surviving Parent and Personal Representative of Decedent Doe AP21, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1945.    Doe AP22 is a surviving Parent of Decedent Doe AP22, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1946.    Sean Bellows is a surviving Spouse and Personal Representative of Debbie Bellows, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1947.    Suzanne Abenmoha is a surviving Parent of Debbie Bellows, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1948.    Doe AP194 is a surviving Sibling of Decedent Doe AP194, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1949.    Doe AP191 is a surviving Parent of Decedent Doe AP191, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1950.    Doe AP193 is a surviving Sibling of Decedent Doe AP193, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1951.    Doe AP192 is a surviving Parent of Decedent Doe AP192, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1952.    John Sproha is a surviving Uncle and Personal Representative of Gavin McMahon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1953.    Maureen Sproha is a surviving Aunt and Personal Representative of Gavin McMahon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1954.    Dolores Libretti is a surviving Spouse and Personal Representative of Daniel Libretti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1955.    Joseph Libretti is a surviving Sibling of Daniel Libretti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1956.    Maura Lezynski is a surviving Spouse and Personal Representative of Richard B. Madden, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1957.    Joshua P. Madden is a surviving Sibling of Richard B. Madden, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1958.    Melissa M. Crowley is a surviving Sibling of Richard B. Madden, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1959.    Michelle M. Madden is a surviving Parent of Richard B. Madden, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1960.    Robert T. Madden, Jr. is a surviving Sibling of Richard B. Madden, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1961.    Kathryn M. McGarry is a surviving Parent of Katherine McGarry Noack, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1962.     Anne Marie Vaccacio is a surviving Parent and Personal Representative of John Damien Vaccacio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1963.     Christopher J. Vaccacio is a surviving Sibling of John Damien Vaccacio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1964.     James R. Vaccacio is a surviving Parent of John Damien Vaccacio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1965.     Dana M. Tamuccio is a surviving Sibling of Michael Andre Tamuccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1966.     James W. Tamuccio, Sr. is a surviving Parent of Michael Andre Tamuccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1967.     James W. Tamuccio, II is a surviving Sibling of Michael Andre Tamuccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1968. Patricia E. Tamuccio is a surviving Parent of Michael Andre Tamuccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1969. Adele Welty is a surviving Parent of Timothy Welty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1970. Kathryn S. Pruim is a surviving Spouse of David L. Pruim, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1971. Elza Chapa-Mcgowan is a surviving Child of Rosemary M. Chapa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1972. Grace Elaine Ellis is a surviving Child of Rosemary M. Chapa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1973.    John L. Chapa is a surviving Child of Rosemary M. Chapa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1974.    Julie Chapa Field is a surviving Child of Rosemary M. Chapa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1975.    Roger A. Chapa is a surviving Child of Rosemary M. Chapa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1976.    Frances M. Coffey is a surviving Parent and Personal Representative of Jason M. Coffey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1977.    Frances M. Coffey is a surviving Spouse and Personal Representative of Daniel M. Coffey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1978.    Una Margaret McHugh is a surviving Spouse and Personal Representative of Dennis P. McHugh, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1979.    Scott Blaney is a surviving Child and Personal Representative of Janice Blaney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1980.    Giovanni Galante is a surviving Spouse and Personal Representative of Grace Catherine Galante, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1981.    Cathy Cava is a surviving Sibling of Grace Catherine Galante, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1982.    Francesco Susca is a surviving Parent of Grace Catherine Galante, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1983.    Frank Susca is a surviving Sibling of Grace Catherine Galante, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1984.    Lucrezia Susca is a surviving Parent of Grace Catherine Galante, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1985.    Frima Kogan is a surviving Parent of Inna Basin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1986.    Anatoliy Bakalinskiy is a surviving Spouse and Personal Representative of Tatyana Bakalinskaya, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1987.    Robert E. Elferis is a surviving Parent and Personal Representative of Michael J. Elferis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1988.    Elizabeth Wild is a surviving Sibling of Michael J. Elferis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1989.    Joseph Elferis is a surviving Sibling of Michael J. Elferis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1990.    Mary Elferis is a surviving Parent of Michael J. Elferis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1991.    Nancy Chalmers is a surviving Sibling of Michael J. Elferis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1992.    Robert G. Elferis is a surviving Sibling of Michael J. Elferis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1993.    Rosemary Piskadlo is a surviving Spouse and Personal Representative of Joseph Piskadlo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1994.    Brian Joseph Piskadlo is a surviving Child of Joseph Piskadlo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1995.    Laura Marie Piskadlo is a surviving Child of Joseph Piskadlo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1996.    Patricia A. Fallon is a surviving Parent and Personal Representative of Jamie Lynn Fallon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1997.    Jose Luis San Pio is a surviving Parent and Personal Representative of Sylvia San Pio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1998.    Julie Scarpitta is a surviving Parent and Personal Representative of Michelle Scarpitta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

1999.    Sheryl Clark Stoll is the surviving Personal Representative of Jason M. Dahl, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2000.    Lila May Walkden Flounders is a surviving Parent and Personal Representative of Joseph W. Flounders, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2001.    C. Lee Hanson is a surviving Parent-In-Law and Personal Representative of Sue Ju Hanson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2002.    John H. Kim is a surviving Sibling and Personal Representative of Sue Ju Hanson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2003.    Catherine Stefani is a surviving Parent and Personal Representative of Nicole Carol Miller, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2004.    David James Miller is a surviving Parent and Personal Representative of Nicole Carol Miller, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2005.    Tiffney Miller is a surviving Sibling of Nicole Carol Miller, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2006.     Craig W. Sincock is a surviving Spouse of Cheryle D. Sincock, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2007.     Margaret E. Wilkinson is a surviving Spouse and Personal Representative of Glenn E. Wilkinson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2008.     Rhonda Lee O'Callaghan is a surviving Spouse and Personal Representative of Daniel O'Callaghan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2009.     Kerri Ann Dowd is a surviving Spouse and Personal Representative of Thomas Francis Dowd, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2010.     Joseph M. Milanowycz is a surviving Parent and Personal Representative of Gregory Milanowycz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2011.     Adele Milanowycz is a surviving Parent of Gregory Milanowycz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2012.    Steven Milanowycz is a surviving Sibling of Gregory Milanowycz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2013.    Leslie R. Blair is a surviving Sibling and Personal Representative of Susan L. Blair, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2014.    Sally T. White is a surviving Parent of Susan L. Blair, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2015.    Marjorie A. Ditullio is a surviving Parent and Personal Representative of Donald A. DiTullio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2016.    Janice L. Fleming is a surviving Sibling of Donald A. DiTullio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2017.     Joanna M. Cook is a surviving Sibling of Donald A. DiTullio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2018.     Agatina Iaci is a surviving Parent of Jane Marie Orth, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2019.     Gae Ferruolo is a surviving Sibling of Jane Marie Orth, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2020.     Kathryn Walker McNeal is a surviving Parent and Personal Representative of Daniel W. McNeal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2021.     Christian C. Croner is a surviving Child and Personal Representative of Patricia V. Flounders, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2022.     Laurie Tietjen is a surviving Sibling and Personal Representative of Kenneth F. Tietjen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2023.    Cindy Tietjen is a surviving Sibling of Kenneth F. Tietjen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2024.    Janice Tietjen is a surviving Parent of Kenneth F. Tietjen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2025.    Kenneth A. Tietjen is a surviving Parent of Kenneth F. Tietjen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2026.    Irene Lyons- Loeffler is a surviving Spouse and Personal Representative of Patrick John Lyons, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2027.    Brian Patrick Lyons is a surviving Parent of Patrick John Lyons, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2028.     Brian C. Lyons is a surviving Sibling of Patrick John Lyons, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2029.     Kelly Lyons is a surviving Sibling of Patrick John Lyons, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2030.     Kristen Lyons is a surviving Sibling of Patrick John Lyons, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2031.     Patricia Lyons is a surviving Parent of Patrick John Lyons, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2032.     Sean Lyons is a surviving Sibling of Patrick John Lyons, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2033.     Elaine M. Rizza is a surviving Spouse and Personal Representative of Paul V. Rizza, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2034.    Paul Rizza is a surviving Parent of Paul V. Rizza, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2035.    Vivian Rizza is a surviving Parent of Paul V. Rizza, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2036.    Raymond Joseph Metz, Jr. is a surviving Parent of Raymond Joseph Metz, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2037.    Wendy Anne Metz is a surviving Sibling of Raymond Joseph Metz, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2038.    Carole O'Hare is a surviving Child and Personal Representative of Hilda Marcin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2039.    Elizabeth Kemmerer is a surviving Child and Personal Representative of Hilda Marcin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2040.    Bhoopaul Sewnarine is a surviving Sibling of Sita N. Sewnarine, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2041.    Jenny Rahaman is a surviving Sibling of Sita N. Sewnarine, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2042.    Lilmatie Didora is a surviving Sibling of Sita N. Sewnarine, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2043.    Patricia A. Hill is a surviving Sibling of Irving Vincent Gailliard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2044.    Deborah Borza is a surviving Parent and Personal Representative of Deora Frances Bodley, one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2045.    Kristine Timmes is a surviving Spouse and Personal Representative of Scott Charles Timmes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2046.    Doe AP196 is a surviving Spouse and Personal Representative of Decedent Doe AP196, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2047.    Doe AP197 is a surviving Sibling of Decedent Doe AP197, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2048.    Lawrence Curioli is a surviving Sibling of Paul Dario Curioli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2049.    Alan M. Mennie is a surviving Parent and Personal Representative of Melissa Rose Barnes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2050.    Myrtle Bazil is a surviving Parent and Personal Representative of Shevonne Olicia Mentis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2051.    Juana Bacchus is a surviving Spouse and Personal Representative of Eustace R. Bacchus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2052.    Carla Bacchus is a surviving Child of Eustace R. Bacchus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2053.    Michele Bergsohn is a surviving Spouse and Personal Representative of Alvin Bergsohn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2054.    Kenneth Bergsohn is a surviving Parent of Alvin Bergsohn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2055.    Renee Hoffman is a surviving Sibling of Alvin Bergsohn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2056.    Michael Greenstein is a surviving Sibling and Personal Representative of Eileen Greenstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2057.    Edward W. Greenstein is a surviving Sibling of Eileen Greenstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2058.    Howard Greenstein is a surviving Sibling of Eileen Greenstein, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2059.    Elizabeth Gilligan is a surviving Spouse and Personal Representative of Ronald L. Gilligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2060.    Ashley Gilligan is a surviving Child of Ronald L. Gilligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2061.     Colin Vincent Gilligan is a surviving Sibling of Ronald L. Gilligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2062.     Raymond L. Gilligan is a surviving Sibling of Ronald L. Gilligan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2063.     Veronica Caggiano is a surviving Parent and Personal Representative of Richard M. Caggiano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2064.     James M. Burke is a surviving Sibling and Personal Representative of William F. Burke, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2065.     Karla Weiss is a surviving Spouse and Personal Representative of David Martin Weiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2066.     Barry Weiss is a surviving Sibling of David Martin Weiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2067.    Joan Weiss Prowler is a surviving Parent of David Martin Weiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2068.    Michele Weiss-Little is a surviving Sibling of David Martin Weiss, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2069.    Kathryn C. Bowden is a surviving Sibling of Thomas H. Bowden, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2070.    Paul Bowden is a surviving Sibling of Thomas H. Bowden, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2071.    Sheilah L. Bowden is a surviving Parent of Thomas H. Bowden, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2072.     Thomas H. Bowden is a surviving Parent of Thomas H. Bowden, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2073.     Lauren Spitz is a surviving Child of William Edward Spitz, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2074.     Michael J. Spitz is a surviving Sibling of William Edward Spitz, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2075.     Warren Fiedel is a surviving Parent and Personal Representative of Kristen Nicole Fiedel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2076.     Amy Laszczynski is a surviving Child of Paul Laszczynski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2077.     Jennifer Laszczynski is a surviving Child of Paul Laszczynski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2078.    Michele Miller is a surviving Sibling and Personal Representative of Mitchel Scott Wallace, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2079.    Ken Wallace is a surviving Parent of Mitchel Scott Wallace, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2080.    Rita Wallace is a surviving Parent of Mitchel Scott Wallace, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2081.    Arlene M. Tipping is a surviving Parent and Personal Representative of John J. Tipping, Ii, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2082.    John J. Tipping is a surviving Parent of John J. Tipping, Ii, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2083.    Stephanie L. Tipping is a surviving Sibling of John J. Tipping, Ii, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2084.    Susan R. Rosen is a surviving Parent and Personal Representative of Joshua S. Vitale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2085.    Doe AP224 is a surviving Sibling of Decedent Doe AP224, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2086.    Bernard Polatsch is a surviving Parent of Laurence Michael Polatsch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2087.    Denise Taddonio is a surviving Spouse of Michael Taddonio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2088.    Luis Perez is a surviving Sibling and Personal Representative of Jennifer DeJesus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2089.    Zandra Lena Neblett is a surviving Parent and Personal Representative of Rayman Marcus Neblett, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2090.    Vasile Poptean is a surviving Sibling and Personal Representative of Joshua I. Poptean, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2091.    Geraldine Gilliam is a surviving Parent of Rodney C. Gillis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2092.    Ronald C. Gillis is a surviving Sibling of Rodney C. Gillis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2093.    Melissa M. DiPasquale is a surviving Spouse and Personal Representative of George DiPasquale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2094.    Bridget Callahan is a surviving Child and Beneficiary of Liam Callahan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2095.    Ellen Callahan is a surviving Child and Beneficiary of Liam Callahan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2096.    James Callahan is a surviving Child and Beneficiary of Liam Callahan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2097.    Joan E. Callahan is a surviving Spouse and Personal Representative of Liam Callahan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2098.    Kia P. Pavloff is a surviving Spouse and Personal Representative of Thomas Pecorelli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2099.    Natalee Moore is a surviving Sibling of Thomas Pecorelli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2100.    Stephanie Ayn Bowser is a surviving Spouse and Personal Representative of Kevin Leah Bowser, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2101.    Doe AP209 is a surviving Sibling of Decedent Doe AP209, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2102.    George Trost is a surviving Parent and Personal Representative of Gregory J. Trost, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2103.    Jeanne Trost is a surviving Sibling of Gregory J. Trost, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2104.    Marie Trost is a surviving Parent of Gregory J. Trost, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2105.   Kenneth Bruce Fairben is a surviving Parent and Personal Representative of Keith George Fairben, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2106.   Diane G. Fairben is a surviving Parent of Keith George Fairben, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2107.   Lorraine Spear is a surviving Spouse and Personal Representative of Robert W. Spear, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2108.   Barbara P. Keane is a surviving Sibling of Robert W. Spear, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2109.   Christine Vollkommer is a surviving Sibling of Robert W. Spear, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2110.   Irene Desantis is a surviving Parent of Robert W. Spear, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2111.    Eileen Walsh is a surviving Parent and Personal Representative of Michael E. Brennan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2112.    Brian T. Brennan is a surviving Sibling of Michael E. Brennan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2113.    James John Brennan is a surviving Sibling of Michael E. Brennan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2114.    Margaret Walsh is a surviving Sibling of Michael E. Brennan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2115.    Mary M. Walsh is a surviving Sibling of Michael E. Brennan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2116.    Matthew J. Walsh is a surviving Sibling of Michael E. Brennan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2117.    Patricia Walsh is a surviving Sibling of Michael E. Brennan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2118.    Veronica Brennan is a surviving Sibling of Michael E. Brennan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2119.    Shawn M. Jones is a surviving Spouse and Personal Representative of Jeannine Damiani-Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2120.    Brian Damiani is a surviving Sibling of Jeannine Damiani-Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2121.    Catherine E. Damiani is a surviving Parent of Jeannine Damiani-Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2122.     Robert Damiani is a surviving Parent of Jeannine Damiani-Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2123.     Anthony J. Gambale is a surviving Parent and Personal Representative of Giovanna G. Gambale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2124.     Antonia Gambale is a surviving Sibling of Giovanna G. Gambale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2125.     Maryann Gambale is a surviving Parent of Giovanna G. Gambale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2126.     Matthew Gambale is a surviving Sibling of Giovanna G. Gambale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2127.     Judith A. Bailey is a surviving Parent and Personal Representative of Brett T. Bailey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2128.     Kevin J. Bailey is a surviving Parent of Brett T. Bailey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2129.     Yarah Bailey is a surviving Sibling of Brett T. Bailey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2130.     Yuriah Bailey is a surviving Sibling of Brett T. Bailey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2131.     Doe AP211 is a surviving Spouse and Personal Representative of Decedent Doe AP211, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2132.     Laurie Weinberg is a surviving Sibling and Personal Representative of Steven Weinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2133.    Leonard Weinberg is a surviving Parent of Steven Weinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2134.    Marilyn Weinberg is a surviving Parent of Steven Weinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2135.    Paul Weinberg is a surviving Sibling of Steven Weinberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2136.    Geralyn Marasco is a surviving Sibling of James G. Geyer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2137.    John E. Geyer is a surviving Sibling of James G. Geyer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2138.    Philip G. Geyer is a surviving Parent of James G. Geyer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2139.    Philip Joseph Geyer is a surviving Sibling of James G. Geyer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2140.    Geoffrey A. Kohart is a surviving Parent and Personal Representative of Ryan A. Kohart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2141.    Adam P. Kohart is a surviving Sibling of Ryan A. Kohart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2142.    Brett D. Kohart is a surviving Sibling of Ryan A. Kohart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2143.    Geoffrey A. Kohart, Jr. is a surviving Sibling of Ryan A. Kohart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2144. Joy A. Kohart is a surviving Parent of Ryan A. Kohart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2145. Kevin F. Kittle is a surviving Spouse and Personal Representative of Helen P. Crossin-Kittle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2146. Marie Corrigan is a surviving Spouse and Personal Representative of James J. Corrigan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2147. J. Brendan Corrigan is a surviving Child of James J. Corrigan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2148. Sean M. Corrigan is a surviving Child of James J. Corrigan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2149.    Jose E. Padro-Lebron is a surviving Spouse and Personal Representative of Diana B. Padro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2150.    Jose Javier Padro is a surviving Child of Diana B. Padro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2151.    Juan Carlos Padro is a surviving Child of Diana B. Padro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2152.    Juana B. Borrero is a surviving Parent of Diana B. Padro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2153.    Lillian Borrero is a surviving Sibling of Diana B. Padro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2154.    Miriam Borrero is a surviving Sibling of Diana B. Padro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2155.     Doe AP210 is a surviving Spouse and Personal Representative of Decedent Doe AP210, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2156.     Jimmy Paul Elder is a surviving Parent of Daphne Elder, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2157.     Josephine Elder is a surviving Parent of Daphne Elder, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2158.     Theresa Lynn Hepburn is a surviving Spouse and Personal Representative of Robert Allan Hepburn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2159.     Katherine Richardson is a surviving Spouse and Personal Representative of Robert W. McPadden, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2160.    David S. Chirls is a surviving Spouse and Personal Representative of Catherine Ellen Chirls, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2161.    Rise Goldflam is a surviving Spouse and Personal Representative of Jeffrey Goldflam, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2162.    Joshua Goldflam is a surviving Child of Jeffrey Goldflam, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2163.    Daniel Jay Lefkowitz is a surviving Sibling of Stephen Paul Lefkowitz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2164.    Lillian Lefkowitz is a surviving Parent of Stephen Paul Lefkowitz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2165.    Rubin Lefkowitz is a surviving Parent of Stephen Paul Lefkowitz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2166. Edward L. Donnelly, Jr. is a surviving Sibling and Personal Representative of Kevin W. Donnelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2167. Brian J. Donnelly is a surviving Sibling of Kevin W. Donnelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2168. Cecilia E. Donnelly is a surviving Parent of Kevin W. Donnelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2169. Edward L. Donnelly is a surviving Parent of Kevin W. Donnelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2170. Mary Cay Martin is a surviving Sibling of Kevin W. Donnelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2171.   Mary Coughlin is a surviving Spouse of Kevin W. Donnelly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2172.   Cristina Rodrigues is a surviving Spouse and Personal Representative of Antonio J. Rodrigues, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2173.   Allison Vadhan is a surviving Child and Personal Representative of Kristin White-Gould, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2174.   Henry F. Kiefer is a surviving Parent and Personal Representative of Michael Vernon Kiefer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2175.   Patricia Kiefer is a surviving Parent of Michael Vernon Kiefer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2176.   Melania Gil is a surviving Other of David Bartolo Rodriguez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2177.    Evelyn Mercene Tamayo is a surviving Spouse and Personal Representative of Hector R. Tamayo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2178.    Elna R. Tamayo-Prado is a surviving Sibling of Hector R. Tamayo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2179.    Evangeline R. Tamayo-Iguina is a surviving Sibling of Hector R. Tamayo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2180.    Julian Ian Tamayo is a surviving Child of Hector R. Tamayo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2181.    Luther Rogan Tamayo is a surviving Sibling of Hector R. Tamayo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2182.    Severino Rogan Tamayo, Jr. is a surviving Sibling of Hector R. Tamayo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2183.    Severino Y. Tamayo, Sr. is a surviving Parent of Hector R. Tamayo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2184.    Sheila R. Tamayo-Punzalan is a surviving Sibling of Hector R. Tamayo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2185.    Yuree Cho is a surviving Parent and Personal Representative of Kyung Hee Cho, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2186.    Jin Hee Cho is a surviving Sibling of Kyung Hee Cho, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2187.    Myung Cho is a surviving Sibling of Kyung Hee Cho, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2188.    James R. Stewart is a surviving Sibling of Daniel E. Stewart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2189.    Nancy A. Cosban is a surviving Parent of Daniel E. Stewart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2190.    Richard W. Stewart is a surviving Parent of Daniel E. Stewart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2191.    Russel F. Stewart is a surviving Sibling of Daniel E. Stewart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2192.    Doe AP213 is a surviving Sibling and Personal Representative of Decedent Doe AP213, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2193.    Doe AP214 is a surviving Sibling of Decedent Doe AP214, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2194.    Doe AP217 is a surviving Sibling of Decedent Doe AP217, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2195.    Doe AP215 is a surviving Sibling of Decedent Doe AP215, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2196.    Doe AP216 is a surviving Sibling of Decedent Doe AP216, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2197.    Jay S. Winuk is a surviving Sibling and Personal Representative of Glenn J. Winuk, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2198.    Seymour Winuk is a surviving Parent and Personal Representative of Glenn J. Winuk, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2199.    Elaine Winuk is a surviving Parent of Glenn J. Winuk, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2200.    Jeff M. Winuk is a surviving Sibling of Glenn J. Winuk, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2201.    Isabelle Mastrocinque is a surviving Parent of Rudy Mastrocinque, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2202.    Rudy Mastrocinque, Sr. is a surviving Parent of Rudy Mastrocinque, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2203.    Sharon Swailes is a surviving Sibling of Rudy Mastrocinque, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2204.    Charles M. Mills, III is a surviving Child of Charles M. Mills, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2205.    A. Patrick Linton is a surviving Parent and Personal Representative of Alan Patrick Linton, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2206.    Laura Renee Anspach is a surviving Sibling of Alan Patrick Linton, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2207.    Scott P. Linton is a surviving Sibling of Alan Patrick Linton, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2208.    Sharon L. Linton is a surviving Parent of Alan Patrick Linton, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2209.    Marilyn Rocha is a surviving Spouse and Personal Representative of Antonio Rocha, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2210. Nancy Niedermeyer is a surviving Spouse and Personal Representative of Alfonse J. Niedermeyer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2211. Alfonse Niedermeyer is a surviving Parent of Alfonse J. Niedermeyer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2212. Carol Niedermeyer is a surviving Parent of Alfonse J. Niedermeyer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2213. Joseph N. Navas is a surviving Parent of Joseph Michael Navas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2214. Lisa Lopiccolo is a surviving Sibling of Joseph Michael Navas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2215.    Rosemarie Navas is a surviving Parent of Joseph Michael Navas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2216.    Dennis J. Levi is a surviving Child and Personal Representative of John D. Levi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2217.    Jennifer A. Levi-Longyear is a surviving Child and Personal Representative of John D. Levi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2218.    Sonya M. Houston is a surviving Spouse and Personal Representative of Uhuru Gonja Houston, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2219.    Mary Froehner is a surviving Spouse and Personal Representative of Gregg J. Froehner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2220.    Eileen Mary Cirri is a surviving Spouse and Personal Representative of Robert D. Cirri, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2221.     Judy C. Cirri is a surviving Ex-Spouse of Robert D. Cirri, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2222.     Joan A. Chiofalo is a surviving Spouse and Personal Representative of Nicholas Paul Chiofalo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2223.     Douglas C. Edwards is a surviving Child of Barbara Gollan Edwards, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2224.     Frank Michael Edwards is a surviving Child of Barbara Gollan Edwards, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2225.     Scott C. Edwards is a surviving Child of Barbara Gollan Edwards, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2226.    Deirdre Dickinson Sullivan is a surviving Spouse and Personal Representative of Thomas G. Sullivan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2227.    Arlene Sullivan is a surviving Parent of Thomas G. Sullivan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2228.    Norene Schneider is a surviving Sibling of Thomas G. Sullivan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2229.    Peter J. Lynch is a surviving Sibling and Personal Representative of James Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2230.    Carol A. Penna is a surviving Sibling of James Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2231.    David W. Lynch is a surviving Sibling of James Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2232.    Margaret Dugdale is a surviving Sibling of James Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2233.    William F. Burns-Lynch is a surviving Sibling of James Francis Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2234.    Elizabeth J. Adams is a surviving Parent and Personal Representative of Marylou Hague, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2235.    Eugene Hague is a surviving Parent of Marylou Hague, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2236.    Janet W. Yamnicky is a surviving Spouse of John David Yamnicky, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2237.    Lorraine Yamnicky Dixon is a surviving Child of John David Yamnicky, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2238.    Rosanne Nelson is a surviving Spouse and Personal Representative of James Nelson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2239.    Jeannine McIntyre is a surviving Spouse and Personal Representative of Donald J. McIntyre, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2240.    Edward T. Gorman is a surviving Parent of Thomas E. Gorman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2241.    John Gorman is a surviving Sibling of Thomas E. Gorman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2242.    Theresa R. Gorman is a surviving Parent of Thomas E. Gorman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2243. Theresa Creedon is a surviving Sibling of Thomas E. Gorman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2244. Julie Ann Jalbert is a surviving Child and Beneficiary of Robert A. Jalbert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2245. Michael A. Jalbert is a surviving Child and Beneficiary of Robert A. Jalbert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2246. Suzanne E. Mccormick is a surviving Child and Beneficiary of Robert A. Jalbert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2247. Catherine L. Jalbert is a surviving Spouse and Personal Representative of Robert A. Jalbert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2248.     Paul H. Jalbert is a surviving Sibling of Robert A. Jalbert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2249.     Martha Baksh is a surviving Parent of Michael S. Baksh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2250.     Marvina Baksh is a surviving Sibling of Michael S. Baksh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2251.     Maureen Baksh Griffin is a surviving Sibling of Michael S. Baksh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2252.     Michelle Baksh is a surviving Sibling of Michael S. Baksh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2253.     Karen A. Sachs is a surviving Parent and Personal Representative of Jessica Leigh Sachs, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2254.    Stephen R. Sachs is a surviving Parent and Personal Representative of Jessica Leigh Sachs, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2255.    Eric M. Sachs is a surviving Sibling of Jessica Leigh Sachs, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2256.    Katherine Scoville is a surviving Sibling of Jessica Leigh Sachs, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2257.    V. Blake Allison is a surviving Spouse and Personal Representative of Anna Allison, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2258.    Karen L. Wortley is a surviving Spouse and Personal Representative of Martin Wortley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2259.    Michael J. Brady is a surviving Child and Personal Representative of Michael Grady Jacobs, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2260.    Peter Brady is a surviving Child and Personal Representative of Michael Grady Jacobs, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2261.    Jennifer Brady is a surviving Child of Michael Grady Jacobs, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2262.    Mary Brady is a surviving Child of Michael Grady Jacobs, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2263.    Jean Etzold is a surviving Parent and Personal Representative of Barbara Etzold, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2264.    John Tierney is a surviving Parent and Personal Representative of John P. Tierney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2265.    Helen Tierney is a surviving Parent of John P. Tierney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2266.    Jeanne Neumeyer is a surviving Sibling of John P. Tierney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2267.    Mary E. Digiacomo is a surviving Sibling of John P. Tierney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2268.    Thomas Tierney is a surviving Sibling of John P. Tierney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2269.    Edward J. Canty is a surviving Parent and Personal Representative of Michael R. Canty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2270.     Catherine Deasy is a surviving Sibling of Michael R. Canty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2271.     James E. Canty is a surviving Sibling of Michael R. Canty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2272.     John W. Canty is a surviving Sibling of Michael R. Canty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2273.     Kathryn F. Canty is a surviving Parent of Michael R. Canty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2274.     Mary K. Canty is a surviving Sibling of Michael R. Canty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2275.     Peter M. Canty is a surviving Sibling of Michael R. Canty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2276.    Thomas P. Canty is a surviving Sibling of Michael R. Canty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2277.    Timothy M. Canty is a surviving Sibling of Michael R. Canty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2278.    William J. Canty is a surviving Sibling of Michael R. Canty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2279.    Jacqueline Pietronico is a surviving Spouse and Personal Representative of Bernard Pietronico, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2280.    Michael Pietronico is a surviving Sibling of Bernard Pietronico, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2281.    Patricia M. Pietronico is a surviving Parent of Bernard Pietronico, one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided

material support and assistance in furtherance of the attacks.

2282.    Patricia Keelan is a surviving Sibling of Bernard Pietronico, one of the Decedents

murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material

support and assistance in furtherance of the attacks.

2283.    Marianne Joan Barry is a surviving Spouse and Personal Representative of

Maurice V. Barry, one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the

Iranian Defendants provided material support and assistance in furtherance of the attacks.

2284.    Jennifer Wholey is a surviving Spouse and Personal Representative of Michael T.

Wholey, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian

Defendants provided material support and assistance in furtherance of the attacks.

2285.    Bernadette Wholey is a surviving Sibling of Michael T. Wholey, one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided

material support and assistance in furtherance of the attacks.

2286.    Diane Wholey Bugge is a surviving Sibling of Michael T. Wholey, one of the

Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2287.    Margaret Wholey is a surviving Parent of Michael T. Wholey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2288.    Maryann Mavrogian is a surviving Sibling of Michael T. Wholey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2289.    Michael J. Wholey is a surviving Parent of Michael T. Wholey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2290.    Pamela M. Crowe is a surviving Spouse and Personal Representative of John R. Crowe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2291.    Brian Crowe is a surviving Child of John R. Crowe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2292.    Jeffrey Crowe is a surviving Child of John R. Crowe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2293.    Margaret R. Zoch is a surviving Sibling of John R. Crowe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2294.    Maryann Crowe is a surviving Sibling of John R. Crowe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2295.    Bernell Sutton is a surviving Spouse and Personal Representative of Claudia Sutton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2296.    Donald Keohane is a surviving Parent and Personal Representative of John Richard Keohane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2297.    Darlene Keohane is a surviving Sibling of John Richard Keohane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2298.    Mary Keohane is a surviving Parent of John Richard Keohane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2299.    Alice A. Henry is a surviving Parent and Personal Representative of Joseph P. Henry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2300.    Edward Henry is a surviving Parent and Personal Representative of Joseph P. Henry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2301.    Daniel Henry is a surviving Sibling of Joseph P. Henry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2302.    Edward Henry, Jr. is a surviving Sibling of Joseph P. Henry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2303.    Kathleen S. Henry is a surviving Sibling of Joseph P. Henry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2304.    Mary Henry is a surviving Sibling of Joseph P. Henry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2305.    Michael Henry is a surviving Sibling of Joseph P. Henry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2306.    Arthur S. Wildman, Jr. is a surviving Parent and Personal Representative of Alison M. Wildman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2307.    Jill Saladino is a surviving Sibling of Alison M. Wildman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2308.    June M. Wildman is a surviving Parent of Alison M. Wildman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2309.    Richard M. Borquist is a surviving Sibling of Alison M. Wildman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2310.    Robert E. Wildman is a surviving Sibling of Alison M. Wildman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2311.    Maria C. McHugh is a surviving Spouse and Personal Representative of Michael E. McHugh, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2312.    Ann M. Abrahamson is a surviving Spouse and Personal Representative of William F. Abrahamson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2313.    Denise I. Oakley is a surviving Spouse and Personal Representative of James A. Oakley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2314.    Katherine Bailey is a surviving Spouse and Personal Representative of Garnet Bailey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2315.    Todd G. Bailey is a surviving Child of Garnet Bailey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2316.    Alison Kinney is a surviving Spouse and Personal Representative of Brian Kevin Kinney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2317.    Darlene T. Kinney is a surviving Parent of Brian Kevin Kinney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2318.    Norman P. Kinney is a surviving Parent of Brian Kevin Kinney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2319.    Joseph L. Lavache is a surviving Spouse and Personal Representative of Maria LaVache, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2320.    Bernice M. Lavache is a surviving Child of Maria LaVache, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2321.    Mary Jane Lavache is a surviving Child of Maria LaVache, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2322.    Doe AP218 is a surviving Parent and Personal Representative of Decedent Doe AP218, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2323.    Doe AP219 is a surviving Parent of Decedent Doe AP219, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2324.    Thelma Stuart is a surviving Spouse and Personal Representative of Walwyn W. Stuart, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2325.    Thomas Guza is a surviving Child and Personal Representative of Philip T. Guza, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2326.    Cheryl D. Cooper is a surviving Spouse of Donald A. Foreman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2327.    Dominick V. Lafalce is a surviving Sibling and Personal Representative of Joseph A. LaFalce, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2328.    Anthony Gardner is a surviving Sibling of Harvey Joseph Gardner, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2329.    Kristen M. Keene is a surviving Spouse and Personal Representative of Leo Russell Keene, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2330.    Jennifer Keene Clyde is a surviving Sibling of Leo Russell Keene, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2331.    Krista Sue Keene is a surviving Sibling of Leo Russell Keene, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2332.    Leo R. Keene, II is a surviving Parent of Leo Russell Keene, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2333.    Susan N. Grimm is a surviving Parent of Leo Russell Keene, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2334.    John J. Pietrunti is a surviving Sibling and Personal Representative of Nicholas P. Pietrunti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2335.    Janet Ciaramello is a surviving Sibling of Nicholas P. Pietrunti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2336.     Wen Shi is a surviving Spouse and Personal Representative of Weibin Wang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2337.     Zhenjie Wang is a surviving Parent of Weibin Wang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2338.     Eileen Bertorelli-Zangrillo is a surviving Niece and Personal Representative of John M. Talignani, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2339.     Alice Bertorelli is a surviving Sibling of John M. Talignani, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2340.     Shirley N. Willcher is a surviving Spouse and Personal Representative of Ernest M. Willcher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2341.     Benjamin Willcher is a surviving Child of Ernest M. Willcher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2342.    Charles J. Tarrou is a surviving Sibling of Michael C. Tarrou, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2343.    Demetra T. Lumia is a surviving Sibling of Michael C. Tarrou, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2344.    Gigi T. Hintz is a surviving Sibling of Michael C. Tarrou, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2345.    James Tarrou is a surviving Parent of Michael C. Tarrou, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2346.    Patricia P. Tarrou is a surviving Parent of Michael C. Tarrou, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2347.    Elaine Marie Donovan is a surviving Spouse and Personal Representative of William Howard Donovan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2348.    Debra Louise Strickland is a surviving Spouse and Personal Representative of Larry L. Strickland, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2349.    Christopher Robert Strickland is a surviving Child of Larry L. Strickland, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2350.    Donna M. Mcbride is a surviving Sibling of Larry L. Strickland, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2351.    Julia Dill is a surviving Child of Larry L. Strickland, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2352.    Matthew Lee Strickland is a surviving Child of Larry L. Strickland, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2353.    Barbara Pandolfo is a surviving Parent and Personal Representative of Dominique Lisa Pandolfo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2354.    Patricia Lennon is a surviving Spouse and Personal Representative of John J. Lennon, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2355.    James L. Lennon is a surviving Sibling of John J. Lennon, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2356.    John J. Lennon, Sr. is a surviving Parent of John J. Lennon, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2357.    Lucille Lennon is a surviving Parent of John J. Lennon, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2358. Melissa Lennon is a surviving Child of John J. Lennon, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2359. Nancy Lennon Frain is a surviving Sibling of John J. Lennon, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2360. Linda R. Gay is a surviving Spouse and Personal Representative of Peter A. Gay, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2361. Irene Golinski is a surviving Spouse and Personal Representative of Ronald F. Golinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2362. Amanda Golinski is a surviving Child of Ronald F. Golinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2363. Marcellia Potler is a surviving Child of Ronald F. Golinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2364.    Sara Clark is a surviving Child of Ronald F. Golinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2365.    Joseph Milton Gibson, III is a surviving Spouse and Personal Representative of Brenda Colbert Gibson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2366.    Eric Patrick Gibson is a surviving Child of Brenda Colbert Gibson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2367.    Douglas Mackay is a surviving Spouse and Personal Representative of Susan Mackay, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2368.    Nik Dedvukaj is a surviving Sibling and Personal Representative of Simon Marash Dedvukaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2369.    Drana Vukaj is a surviving Sibling of Simon Marash Dedvukaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2370.    Elizabeta Dedvukaj is a surviving Spouse of Simon Marash Dedvukaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2371.    Joanna Dedvukaj is a surviving Sibling of Simon Marash Dedvukaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2372.    Kola Dedvukaj is a surviving Sibling of Simon Marash Dedvukaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2373.    Linda Dedvukaj is a surviving Sibling of Simon Marash Dedvukaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2374.    Lisabeta Dedvukaj is a surviving Sibling of Simon Marash Dedvukaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2375.    Marash Dedvukaj is a surviving Parent of Simon Marash Dedvukaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2376.    Michael Dedvukaj is a surviving Sibling of Simon Marash Dedvukaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2377.    Vitora Dedvukaj is a surviving Parent of Simon Marash Dedvukaj, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2378.    Gisele Jean-Gilles is a surviving Parent and Personal Representative of Mark Y. Gilles, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2379.    Myriam Jean-Gilles is a surviving Sibling of Mark Y. Gilles, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2380.    Linda Fergus is a surviving Spouse and Personal Representative of Edward Thomas Fergus, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2381.    Allison M. Fergus is a surviving Sibling of Edward Thomas Fergus, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2382.    Anne Marie Fergus Rayhill is a surviving Sibling of Edward Thomas Fergus, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2383.    Dorothy A. Fergus is a surviving Parent of Edward Thomas Fergus, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2384.    Edward T. Fergus, Sr. is a surviving Parent of Edward Thomas Fergus, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2385.    Maureen Fergus Sheehan is a surviving Sibling of Edward Thomas Fergus, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2386.    Loretta T. Slavin is a surviving Parent of Vincent R. Slavin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2387.    Mary Ann Moran is a surviving Sibling of Kathleen Moran, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2388.    Jennifer B. Coll is a surviving Spouse and Personal Representative of Robert Joseph Coll, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2389.    Edward Coll, Jr. is a surviving Parent of Robert Joseph Coll, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2390.    Edward A. Coll, III is a surviving Sibling of Robert Joseph Coll, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2391.     Eileen Coll is a surviving Sibling of Robert Joseph Coll, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2392.     Elizabeth C. Weppner is a surviving Sibling of Robert Joseph Coll, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2393.     Margaret Coll is a surviving Sibling of Robert Joseph Coll, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2394.     Mary E. Coll is a surviving Parent of Robert Joseph Coll, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2395.     Mary Jean Turanica is a surviving Sibling of Robert Joseph Coll, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2396.     Suzanne Valentino is a surviving Sibling of Robert Joseph Coll, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2397.    Susan Piver is a surviving Parent and Personal Representative of Joshua Michael Piver, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2398.    Cheryl Rosetti is a surviving Sibling of Daniel James Rosetti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2399.    Darlene Rosetti is a surviving Sibling of Daniel James Rosetti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2400.    Rick Rosetti is a surviving Sibling of Daniel James Rosetti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2401.    Robert J. Rosetti, Sr. is a surviving Sibling of Daniel James Rosetti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2402.     Shirley Rosetti is a surviving Parent of Daniel James Rosetti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2403.     Leyla Uyar is a surviving Spouse and Personal Representative of Zuhtu Ibis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2404.     Ali Ibis is a surviving Parent of Zuhtu Ibis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2405.     Ayse Ibis is a surviving Parent of Zuhtu Ibis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2406.     Hacer Ibis is a surviving Sibling of Zuhtu Ibis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2407.     Mehmet Ibis is a surviving Sibling of Zuhtu Ibis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2408.    Joan B. Stewart is a surviving Parent and Personal Representative of Richard H. Stewart, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2409.    Richard H. Stewart is a surviving Parent and Personal Representative of Richard H. Stewart, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2410.    Susan Stewart Tillier is a surviving Sibling of Richard H. Stewart, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2411.    Sharon O. Cahill is a surviving Spouse and Personal Representative of John B. Cahill, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2412.    Colleen C. Spor is a surviving Spouse and Personal Representative of Joseph P. Spor, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2413.    Denise Lynch is a surviving Spouse and Personal Representative of Michael F. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2414.    Barbara Mcmanus is a surviving Sibling of Michael F. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2415.    Bernadette Rafferty is a surviving Sibling of Michael F. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2416.    Catherine T. Lynch is a surviving Parent of Michael F. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2417.    Daniel F. Lynch is a surviving Parent of Michael F. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2418.    Daniel J. Lynch is a surviving Sibling of Michael F. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2419.    Mary L. Coster is a surviving Sibling of Michael F. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2420.    Rosemary Pumilia is a surviving Sibling of Michael F. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2421.    Antionette Vilardo is a surviving Parent of Joseph B. Vilardo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2422.    Benedict Vilardo is a surviving Parent of Joseph B. Vilardo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2423.    Diane Braitsch is a surviving Sibling of Joseph B. Vilardo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2424.    Janet Vilardo is a surviving Sibling of Joseph B. Vilardo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2425.    Margaret Mahon is a surviving Sibling of Joseph B. Vilardo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2426.    Mary J. Jones is a surviving Spouse and Personal Representative of Charles Edward Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2427.    Barbara Waters is a surviving Spouse and Personal Representative of Charles Waters, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2428.    Doe AP220 is a surviving Spouse and Personal Representative of Decedent Doe AP220, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2429.    Nagat H. Zakhary is a surviving Spouse and Personal Representative of Adel A. Zakhary, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2430.     George Adel Agaiby is a surviving Child of Adel A. Zakhary, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2431.     Mehasen A. Zakhary is a surviving Sibling of Adel A. Zakhary, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2432.     Nadia A. Zakhary is a surviving Sibling of Adel A. Zakhary, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2433.     Talat A. Zakhary is a surviving Sibling of Adel A. Zakhary, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2434.     Cheryl O'Brien is a surviving Child and Personal Representative of Thelma Cuccinello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2435.    Laurie Folcik is a surviving Child of Thelma Cuccinello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2436.    Maria Cuccinello is a surviving Child of Thelma Cuccinello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2437.    Kathryn G. Anderson is a surviving Parent and Personal Representative of Michael Edward Gould, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2438.    Robert W. Gould is a surviving Sibling of Michael Edward Gould, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2439.    Barbara A. Hoerner is a surviving Spouse and Personal Representative of Ronald George Hoerner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2440.    Paul Newell is a surviving Spouse and Personal Representative of Renee Tetreault Newell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2441.    Lillian C. Tetreault is a surviving Parent of Renee Tetreault Newell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2442.    Ronnie Tetreault is a surviving Sibling of Renee Tetreault Newell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2443.    Allan Horwitz is a surviving Parent and Personal Representative of Aaron Horwitz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2444.    Elizabeth Horwitz is a surviving Parent and Personal Representative of Aaron Horwitz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2445.    Blake Horwitz is a surviving Sibling of Aaron Horwitz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2446.     Robert Horwitz is a surviving Sibling of Aaron Horwitz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2447.     Tara Horwitz is a surviving Sibling of Aaron Horwitz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2448.     Chris Burke is a surviving Sibling of Thomas Daniel Burke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2449.     Renee E. Nolan-Riley is a surviving Spouse and Personal Representative of Daniel R. Nolan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2450.     Linda K. Boone is a surviving Spouse and Personal Representative of Canfield D. Boone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2451.     Andrew Boone is a surviving Child of Canfield D. Boone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2452.    Christopher Boone is a surviving Child of Canfield D. Boone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2453.    Deanna G. Demotte is a surviving Sibling of Canfield D. Boone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2454.    Jason Boone is a surviving Child of Canfield D. Boone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2455.    Linda Perry Thorpe is a surviving Spouse and Personal Representative of Eric R. Thorpe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2456.    Marilyn W. Thorpe is a surviving Parent of Eric R. Thorpe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2457.    Raymond R. Thorpe is a surviving Parent of Eric R. Thorpe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2458.    Susan T. Burghouwt is a surviving Sibling of Eric R. Thorpe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2459.    Millicent Miller is a surviving Sibling of Joyce Patricia Smith, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2460.    Doe AP284 is a surviving Sibling of Decedent Doe AP284, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2461.    Luis Gaston is a surviving Parent and Personal Representative of Betsy Martinez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2462.    Rita A. Hashem is a surviving Spouse and Personal Representative of Peter Paul Hashem, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2463.    Catherine Murphy is a surviving Spouse and Personal Representative of Christopher W. Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2464.    Michael Esposito is a surviving Spouse and Personal Representative of Bridget Ann Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2465.    Melissa Pullis is a surviving Spouse and Personal Representative of Edward Frank Pullis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2466.    Diane Java is a surviving Spouse and Personal Representative of Jeff L. Simpson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2467.    JoAnne Marie Kelly is a surviving Parent and Personal Representative of William Hill Kelly, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2468.    William Hill Kelly, Sr. is a surviving Parent and Personal Representative of William Hill Kelly, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2469.    Kathleen K. Hamilton is a surviving Sibling of William Hill Kelly, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2470.    Maureen Kelly Donegan is a surviving Sibling of William Hill Kelly, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2471.    Meigan Kelly is a surviving Sibling of William Hill Kelly, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2472.    Barbara E. DaMota is a surviving Spouse and Personal Representative of Manuel DaMota, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2473.    Julie Sweeny Roth is a surviving Spouse and Personal Representative of Brian D. Sweeney, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2474.    Migdalia Coleman is a surviving Sibling and Personal Representative of Rosa J. Gonzalez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2475.    John L. Titus is a surviving Parent and Beneficiary of Alicia Nicole Titus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2476.    Beverly J. Titus is a surviving Parent and Personal Representative of Alicia Nicole Titus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2477.    Doe AP228 is a surviving Sibling and Personal Representative of Decedent Doe AP228, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2478.    Doe AP231 is a surviving Sibling of Decedent Doe AP231, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2479.    Doe AP230 is a surviving Sibling of Decedent Doe AP230, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2480.    Doe AP229 is a surviving Sibling of Decedent Doe AP229, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2481.    Doe AP233 is a surviving Sibling of Decedent Doe AP233, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2482.    Doe AP232 is a surviving Sibling of Decedent Doe AP232, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2483.    Rekha D. Packer is a surviving Spouse and Personal Representative of Michael B. Packer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2484.    Michael Gerard Sweeney is a surviving Spouse and Personal Representative of Madeline Amy Sweeney, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2485. Julia P. Shontere is a surviving Parent and Personal Representative of Angela Marie Houtz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2486. Robert Logler is a surviving Parent and Personal Representative of Elizabeth C. Logler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2487. Joseph Keith Talbot is a surviving Child and Personal Representative of Phyllis Talbot, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2488. James T. Donovan is a surviving Parent and Personal Representative of Jacqueline Donovan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2489. Marion Donovan Puiia is a surviving Parent and Personal Representative of Jacqueline Donovan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2490.    James Donovan, Jr. is a surviving Sibling of Jacqueline Donovan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2491.    Jeanine Wiese is a surviving Sibling of Jacqueline Donovan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2492.    Michael Donovan is a surviving Sibling of Jacqueline Donovan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2493.    Patrice Kelleher is a surviving Sibling of Jacqueline Donovan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2494.    Geraldine Luparello is a surviving Spouse and Personal Representative of Anthony Luparello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2495.    Anthony Luparello, Jr. is a surviving Child of Anthony Luparello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2496.    Geraldine Canillas is a surviving Child of Anthony Luparello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2497.    Maria Lipari is a surviving Child of Anthony Luparello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2498.    Maria Luisa Bey is a surviving Parent and Personal Representative of Ruben Esquilin, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2499.    Priscilla Esquilin is a surviving Sibling of Ruben Esquilin, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2500.    Karen Smart is a surviving Sibling and Personal Representative of James Thomas Waters, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2501.     Joanne Waters is a surviving Parent of James Thomas Waters, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2502.     Kristopher T. Waters is a surviving Sibling of James Thomas Waters, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2503.     Virginia Bladen is a surviving Spouse and Personal Representative of Jonathan Randall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2504.     Theodora Beekman is a surviving Spouse and Personal Representative of Michael E. Beekman, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2505.     Frank V. Racaniello is a surviving Parent and Personal Representative of Christopher A. Racaniello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2506.     Sandra L. Racaniello is a surviving Parent of Christopher A. Racaniello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2507.   Nikki L. Stern is a surviving Spouse and Personal Representative of James E. Portorti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2508.   Shawn Bittner is the surviving Personal Representative of Angela Susan Perez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2509.   Catherine C. White is a surviving Spouse and Personal Representative of Kenneth W. White, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2510.   Elaine Clancy is a surviving Sibling of Kenneth W. White, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2511.   Elizabeth Alverson is a surviving Sibling of Kenneth W. White, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2512.    Laura J. Kenny is a surviving Sibling of Kenneth W. White, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2513.    Thomas White is a surviving Sibling of Kenneth W. White, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2514.    Virginia O'keefe is a surviving Spouse of William S. O'Keefe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2515.    Paula A. Rigo is a surviving Sibling of John Matthews Rigo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2516.    Theodore P. Rigo is a surviving Sibling of John Matthews Rigo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2517.    Sarah Taylor is a surviving Spouse and Personal Representative of Donnie B. Taylor, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2518.    Henry Lambert is a surviving Spouse and Personal Representative of Lillian Frederick-Lambert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2519.    Victor J. Colaio is a surviving Parent and Personal Representative of Stephen J. Colaio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2520.    Jean Colaio Steinbach is a surviving Sibling of Stephen J. Colaio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2521.    Mary C. Colaio is a surviving Parent of Stephen J. Colaio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2522.    June Colaio is a surviving Spouse and Personal Representative of Mark J. Colaio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2523.    Jean Colaio Steinbach is a surviving Sibling of Mark J. Colaio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2524.    Mary C. Colaio is a surviving Parent of Mark J. Colaio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2525.    Victor J. Colaio is a surviving Parent of Mark J. Colaio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2526.    Jerry F. Guadagno is a surviving Parent and Personal Representative of Richard J. Guadagno, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2527.    Beatrice J. Guadagno is a surviving Parent of Richard J. Guadagno, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2528.    Lori M. Guadagno is a surviving Sibling of Richard J. Guadagno, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2529.    Sean Robert Passananti is a surviving Child and Personal Representative of Horace Robert Passananti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2530.    Marie Passananti is a surviving Parent of Horace Robert Passananti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2531.    Michael Robert Passananti is a surviving Child of Horace Robert Passananti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2532.    Sandra Passananti is a surviving Sibling of Horace Robert Passananti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2533.    Keolahmatie Nath is a surviving Spouse and Personal Representative of Narender Nath, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2534.    Doe AP225 is a surviving Parent and Personal Representative of Decedent Doe AP225, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2535.    Doe AP227 is a surviving Sibling of Decedent Doe AP227, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2536.    Doe AP226 is a surviving Parent of Decedent Doe AP226, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2537.    Barry Jablonski is a surviving Spouse and Personal Representative of Virginia Jablonski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2538.    Anthony DeTullio is a surviving Sibling of Virginia Jablonski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2539.    Charles Hazelcorn is a surviving Parent and Personal Representative of Scott Hazelcorn, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2540.     Eric Hazelcorn is a surviving Sibling of Scott Hazelcorn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2541.     Janice Hazelcorn is a surviving Parent of Scott Hazelcorn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2542.     Carmen Garcia is a surviving Parent and Personal Representative of Felix Antonio Vale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2543.     Carmen Garcia is a surviving Parent and Personal Representative of Ivan Vale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2544.     Charles Lewin is a surviving Parent of Daniel Lewin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2545.    Jonathan A. Lewin is a surviving Sibling of Daniel Lewin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2546.    Michael Lewin is a surviving Sibling of Daniel Lewin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2547.    Peggy S. Lewin is a surviving Parent of Daniel Lewin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2548.    Timothy E. Works is a surviving Sibling of John Bentley Works, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2549.    Denise Burger is a surviving Sibling of David Michael Charlebois, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2550.    Evelyn Sullins is a surviving Spouse and Personal Representative of David Marc Sullins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2551.    Bonnie McEneaney is a surviving Spouse and Personal Representative of Eamon McEneaney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2552.    Marino Calderon is a surviving Spouse and Personal Representative of Lizie Martinez-Calderon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2553.    Kathleen C. Mcguire is a surviving Spouse and Personal Representative of Stephen Huczko, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2554.    Se Jua Au is a surviving Spouse and Personal Representative of Wei Rong Lin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2555.    Hong Lin is a surviving Sibling of Wei Rong Lin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2556.    Rong Di You is a surviving Parent of Wei Rong Lin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2557.    Zeng Lu Lin is a surviving Parent of Wei Rong Lin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2558.    Kimberly H. Jacoby is a surviving Spouse and Personal Representative of Steven Donald Jacoby, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2559.    Nancy E. Costello is a surviving Parent and Personal Representative of Michael S. Costello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2560.    James P. Costello is a surviving Parent of Michael S. Costello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2561.    Timothy J. Costello is a surviving Sibling of Michael S. Costello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2562. James F. Farrell is a surviving Parent and Personal Representative of John G. Farrell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2563. Marie A. Farrell is a surviving Parent of John G. Farrell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2564. Magaly J. Lemagne is a surviving Sibling and Personal Representative of David Prudencio Lemagne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2565. Prudencio Lemagne is a surviving Parent of David Prudencio Lemagne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2566. Ruth M. Lemagne is a surviving Parent of David Prudencio Lemagne, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2567.    Marsha K. McBrayer is a surviving Spouse and Personal Representative of
Kenneth M. McBrayer, one of the Decedents murdered as a result of the terrorist attacks of
September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran
and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2568.    Irene Smolicz is a surviving Ex-Spouse and Personal Representative of Frank J.
Koestner, one of the Decedents murdered as a result of the terrorist attacks of September 11,
2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian
Defendants provided material support and assistance in furtherance of the attacks.

2569.    Julianna M. Lanzer is a surviving Sibling of Frank J. Koestner, one of the
Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried
out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided
material support and assistance in furtherance of the attacks.

2570.    Maria Koestner is a surviving Parent of Frank J. Koestner, one of the Decedents
murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-
Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material
support and assistance in furtherance of the attacks.

2571.    Amy Zhang Lam is a surviving Spouse and Personal Representative of Chow
Kwan Lam, one of the Decedents murdered as a result of the terrorist attacks of September 11,
2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian
Defendants provided material support and assistance in furtherance of the attacks.

2572.    Chow Leing Lam is a surviving Sibling of Chow Kwan Lam, one of the
Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2573.    Fongpein L. Chan is a surviving Sibling of Chow Kwan Lam, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2574.    Lissa L. Collins is a surviving Spouse and Personal Representative of Michael L. Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2575.    James R. Collins is a surviving Parent of Michael L. Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2576.    Mary A. Collins is a surviving Parent of Michael L. Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2577.    Nancy M. Kasak is a surviving Sibling of Michael L. Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2578. Richard S. Collins is a surviving Sibling of Michael L. Collins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2579. Georgia Cudina is a surviving Spouse and Personal Representative of Richard J. Cudina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2580. Christopher C. Cudina is a surviving Sibling of Richard J. Cudina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2581. Marcus N. Cudina is a surviving Sibling of Richard J. Cudina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2582. William Cudina is a surviving Sibling of Richard J. Cudina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2583. Karen L. Homer is a surviving Spouse and Personal Representative of Herbert Wilson Homer, one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2584.    Stephen H. Homer is a surviving Sibling of Herbert Wilson Homer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2585.    William T. Homer is a surviving Parent of Herbert Wilson Homer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2586.    Winifred M. Homer is a surviving Parent of Herbert Wilson Homer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2587.    Jennifer Sands is a surviving Spouse and Personal Representative of James Sands, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2588.    Debra Shaw is a surviving Spouse and Personal Representative of Jeffrey J. Shaw, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2589.    Charles H. Horn is a surviving Parent and Personal Representative of Michael Joseph Horn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2590.    Christine M. Grauer is a surviving Sibling of Michael Joseph Horn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2591.    Mary A. Horn is a surviving Parent of Michael Joseph Horn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2592.    Maureen Ann Horn is a surviving Sibling of Michael Joseph Horn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2593.    Granvilette W. Kestenbaum is a surviving Spouse and Personal Representative of Howard L. Kestenbaum, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2594.    Michelle Spinelli is a surviving Spouse and Personal Representative of Frank J. Spinelli, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2595.   Marie Russell is a surviving Parent and Personal Representative of Stephen P. Russell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2596.   Clifford S. Russell, Jr. is a surviving Sibling of Stephen P. Russell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2597.   Clifford Russell, Sr. is a surviving Parent of Stephen P. Russell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2598.   William Russell is a surviving Sibling of Stephen P. Russell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2599.   Philomena Mistrulli is a surviving Spouse and Personal Representative of Joseph D. Mistrulli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2600.     Marion Otten is a surviving Spouse of Michael J. Otten, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2601.     Carolyn Murillo is a surviving Sibling of Cesar A. Murillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2602.     Nilvia Mitchell is a surviving Parent of Cesar A. Murillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2603.     Ronald B. Buchanan is a surviving Parent and Personal Representative of Brandon J. Buchanan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2604.     Charilyn S. Buchanan is a surviving Parent of Brandon J. Buchanan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2605.     Catherine Masak is a surviving Parent and Personal Representative of Catherine Lisa Loguidice, one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2606.     Jung Hea Shin is a surviving Parent and Personal Representative of Gye Hyong Park, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2607.     Jin Han Park is a surviving Sibling of Gye Hyong Park, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2608.     Myong Kyu Park is a surviving Parent of Gye Hyong Park, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2609.     Herbert Ouida is a surviving Parent and Personal Representative of Todd Joseph Ouida, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2610.     Amy Morik is a surviving Sibling of Todd Joseph Ouida, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2611.    Andrea Ouida is a surviving Parent of Todd Joseph Ouida, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2612.    Jordan Ouida is a surviving Sibling of Todd Joseph Ouida, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2613.    John J. Burke is a surviving Parent and Personal Representative of Matthew J. Burke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2614.    Alicia P. Burke is a surviving Parent of Matthew J. Burke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2615.    Robert Zampieri is a surviving Parent and Personal Representative of Robert Alan Zampieri, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2616.    Patricia Zampieri is a surviving Parent of Robert Alan Zampieri, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2617.    Ryan Lewis Murphy is a surviving Nephew and Personal Representative of Edward Charles Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2618.    Daniel W. Murphy is a surviving Sibling of Edward Charles Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2619.    Evelyn M. Murphy is a surviving Parent of Edward Charles Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2620.    Richard E. Murphy is a surviving Sibling of Edward Charles Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2621.    Susan L. Gardner is a surviving Spouse and Personal Representative of Christopher S. Gardner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2622.    Jack A. Grandcolas is a surviving Spouse and Personal Representative of Lauren C. Grandcolas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2623.    Martha R. Jackson-Holley is a surviving Spouse and Personal Representative of Jimmie I. Holley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2624.    Lauren C. Raines is a surviving Spouse and Personal Representative of Harry A. Raines, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2625.    Roxane Bonheur is a surviving Spouse and Personal Representative of Andre Bonheur, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2626.    Judith Ann Keane is a surviving Spouse and Personal Representative of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2627.    Charlotte F. Keane is a surviving Sibling of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2628.    Constance A. Feola is a surviving Sibling of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2629.    Garrett P. Keane is a surviving Sibling of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2630.    Matthew Keane is a surviving Child of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2631.    Patrick Keane is a surviving Child of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2632.    Paul A. Keane is a surviving Sibling of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2633.     Robert F. Keane is a surviving Sibling of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2634.     Sean M. Keane is a surviving Child of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2635.     Theresa I. Wilson is a surviving Sibling of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2636.     Timothy B. Keane is a surviving Child of Richard M. Keane, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2637.     Maureen A. Gregory is a surviving Spouse and Personal Representative of Donald H. Gregory, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2638.     Amanda Marie Gregory is a surviving Child of Donald H. Gregory, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2639.    Zoe P. Kousoulis is a surviving Parent and Personal Representative of Danielle Kousoulis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2640.    Eleni Kousoulis is a surviving Sibling of Danielle Kousoulis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2641.    Faith K. Hagerty is a surviving Sibling of Danielle Kousoulis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2642.    George P. Kousoulis is a surviving Sibling of Danielle Kousoulis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2643.    Gayle Reisman is a surviving Spouse and Personal Representative of Frank Reisman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2644.    Rosanna M. Ferrugio is a surviving Spouse and Personal Representative of David Francis Ferrugio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2645.    Linda S. Fiore is a surviving Sibling of Michael Curtis Fiore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2646.    Michael Fiore is a surviving Parent of Michael Curtis Fiore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2647.    Edward C. Williams is a surviving Spouse and Personal Representative of Manette M. Beckles, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2648.    Robert T. Winkis is a surviving Spouse and Personal Representative of Judith Florence Hofmiller, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2649.    Sneh Jain is a surviving Spouse and Personal Representative of Yudh V. Jain, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2650.     Avram Rosenthal is a surviving Parent and Personal Representative of Joshua Alan Rosenthal, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2651.     Donald J. Vadas is a surviving Parent and Personal Representative of Bradley H. Vadas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2652.     John F. Woods, Jr. is a surviving Parent and Personal Representative of James Woods, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2653.     Joyce A. Woods is a surviving Parent and Personal Representative of James Woods, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2654.     Eileen J. Woods is a surviving Sibling of James Woods, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2655.    Rita Hopper is a surviving Spouse and Personal Representative of James P. Hopper, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2656.    Laurie S. Hart is a surviving Spouse and Personal Representative of John P. Hart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2657.    Betty J. Mathwig is a surviving Parent of John P. Hart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2658.    Christine L. Reichert-Hart is a surviving Sibling of John P. Hart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2659.    Jeanine Hart Seaman is a surviving Sibling of John P. Hart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2660.    Mary Meixelspergen is a surviving Sibling of John P. Hart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2661.    Sandra E. Shelley is a surviving Sibling of John P. Hart, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2662.    Stephen R. Larrabee is a surviving Parent and Personal Representative of Christopher R. Larrabee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2663.    Janet L. Satterfield is a surviving Parent of Christopher R. Larrabee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2664.    Jessica Larrabee is a surviving Sibling of Christopher R. Larrabee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2665.    Nicole Larrabee is a surviving Sibling of Christopher R. Larrabee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2666.    Paige M. Larrabee is a surviving Sibling of Christopher R. Larrabee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2667.    Scott Larrabee is a surviving Sibling of Christopher R. Larrabee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2668.    Robert Cappello, Sr. is a surviving Parent and Personal Representative of Jonathan Cappello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2669.    Claudia Cappello is a surviving Parent of Jonathan Cappello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2670.    James Cappello is a surviving Sibling of Jonathan Cappello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2671.    Robert E. Cappello, Jr. is a surviving Sibling of Jonathan Cappello, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2672.     John Eugene Quigley is a surviving Parent and Personal Representative of Beth Ann Quigley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2673.     Louella Jean Quigley is a surviving Parent of Beth Ann Quigley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2674.     Kenneth J. Mace is a surviving Sibling and Personal Representative of Robert Francis Mace, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2675.     Margaret Poulos is a surviving Spouse and Personal Representative of Richard N. Poulos, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2676.     Erin Poulos is a surviving Child of Richard N. Poulos, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2677.    Lisa Sarni is a surviving Child of Richard N. Poulos, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2678.    Richard J. Poulos is a surviving Child of Richard N. Poulos, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2679.    Christopher Longing is a surviving Spouse and Personal Representative of Laura M. Longing, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2680.    Anne Maria Pettus is a surviving Parent of Laura M. Longing, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2681.    Keith B. Pettus is a surviving Sibling of Laura M. Longing, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2682.    Kevin Pettus is a surviving Parent of Laura M. Longing, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2683.    Jacqueline E. Lynch is a surviving Spouse and Personal Representative of Terence M. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2684.    Tiffany M. Lynch is a surviving Child of Terence M. Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2685.    Laura A. Grygotis is a surviving Spouse and Personal Representative of John M. Pocher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2686.    Alexander Preziose is a surviving Parent of Gregory M. Preziose, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2687.    Christopher Preziose is a surviving Sibling of Gregory M. Preziose, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2688.    Doloris Preziose is a surviving Parent of Gregory M. Preziose, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2689.    James A. Preziose is a surviving Sibling of Gregory M. Preziose, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2690.    John Preziose is a surviving Sibling of Gregory M. Preziose, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2691.    Lori A. Preziose is a surviving Spouse of Gregory M. Preziose, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2692.    Asmareli Sago is a surviving Spouse and Personal Representative of Antonio Pratt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2693.    Lynn S. McGuinn is a surviving Spouse and Personal Representative of Francis Noel McGuinn, one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2694.    Eloisa Rodriguez is the surviving Personal Representative of Azael Vasquez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2695.    Cielita Peralta is a surviving Parent and Personal Representative of Carl Allen Peralta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2696.    Oscar F. Peralta is a surviving Parent of Carl Allen Peralta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2697.    Marie L. Anaya is a surviving Spouse and Personal Representative of Calixto Anaya, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2698.    Doe AP240 is a surviving Spouse and Personal Representative of Decedent Doe AP240, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2699.    Debra Saloman is a surviving Spouse and Personal Representative of Wayne J. Saloman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2700.    James M. Kirby is a surviving Parent and Personal Representative of Chris M. Kirby, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2701.    Brian P. Kirby is a surviving Sibling of Chris M. Kirby, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2702.    Donna M. Kirby is a surviving Parent of Chris M. Kirby, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2703.    James M. Kirby, III is a surviving Sibling of Chris M. Kirby, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2704.    Jennifer M. Kirby is a surviving Sibling of Chris M. Kirby, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2705.    KellyAnn Racanelli is a surviving Sibling of Chris M. Kirby, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2706.    Catherine Mazella is a surviving Spouse and Personal Representative of Edward Mazzella, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2707.    Michael T. Mazzella is a surviving Child of Edward Mazzella, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2708.    Susan M. Brannigan is a surviving Child of Edward Mazzella, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2709.    Jo Ann R. Riccio is a surviving Spouse and Personal Representative of Rudolph N. Riccio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2710.     Michael John White is a surviving Sibling and Personal Representative of James Patrick White, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2711.     Alphonse J. White is a surviving Parent of James Patrick White, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2712.     Joan A. White is a surviving Parent of James Patrick White, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2713.     William J. Bratton, Jr. is a surviving Parent and Personal Representative of Michelle Renee Bratton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2714.     Christopher B. Bratton is a surviving Sibling of Michelle Renee Bratton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2715.     Erin G. Bratton is a surviving Sibling of Michelle Renee Bratton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2716.    Mary E. Bratton is a surviving Parent of Michelle Renee Bratton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2717.    William J. Bratton, III is a surviving Sibling of Michelle Renee Bratton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2718.    Diana De La Torre is a surviving Sibling and Personal Representative of Azucena De La Torre, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2719.    Aurora De La Torre is a surviving Parent of Azucena De La Torre, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2720.    Gladys De La Torre is a surviving Sibling of Azucena De La Torre, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2721.    Carol Cannizzaro is a surviving Parent of Brian Cannizzaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2722.    Charles Cannizzaro is a surviving Sibling of Brian Cannizzaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2723.    Craig Cannizzaro is a surviving Sibling of Brian Cannizzaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2724.    Simone Cannizzaro is a surviving Parent of Brian Cannizzaro, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2725.    Gerard M. Chipura is a surviving Sibling and Personal Representative of John G. Chipura, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2726.    Susan G. Cohen is a surviving Sibling and Personal Representative of John G. Chipura, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2727.     Eileen Chipura Cella is a surviving Sibling of John G. Chipura, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2728.     Nancy J. Chipura is a surviving Sibling of John G. Chipura, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2729.     Ellen B. Vignola is a surviving Spouse and Personal Representative of Frank J. Vignola, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2730.     Diane Antolos is a surviving Sibling of Frank J. Vignola, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2731.     Frances Vignola is a surviving Parent of Frank J. Vignola, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2732.    James A. Vignola is a surviving Sibling of Frank J. Vignola, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2733.    Evelyn Berry is a surviving Spouse and Personal Representative of Joseph John Berry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2734.    Joseph S. Berry is a surviving Child of Joseph John Berry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2735.    Kimberly A. Berry is a surviving Child of Joseph John Berry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2736.    Todd P. Berry is a surviving Child of Joseph John Berry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2737.    Maria A. Waring is a surviving Spouse and Personal Representative of James Arthur Waring, one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2738.    Rosanne McNulty is a surviving Parent and Personal Representative of Sean Peter McNulty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2739.    Gerald R. McNulty is a surviving Parent of Sean Peter McNulty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2740.    Michael A. Conner is a surviving Spouse and Personal Representative of Margaret Mary Conner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2741.    Corrine E. Bounty is a surviving Child of Margaret Mary Conner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2742.    Kevin Burns is a surviving Sibling of Margaret Mary Conner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2743.    Patricia Cuozzo is a surviving Sibling of Margaret Mary Conner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2744.    Robert Burns is a surviving Sibling of Margaret Mary Conner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2745.    Gary Vialonga is a surviving Sibling and Personal Representative of Christopher Vialonga, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2746.    Katherine Vialonga is a surviving Parent of Christopher Vialonga, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2747.    Vincent Boland, Sr. is a surviving Parent and Personal Representative of Vincent M. Boland, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2748.    Erin Boland is a surviving Sibling of Vincent M. Boland, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2749.     Gregory Boland is a surviving Sibling of Vincent M. Boland, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2750.     Joyce Boland is a surviving Parent of Vincent M. Boland, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2751.     Donn E. Marshall is a surviving Spouse and Personal Representative of Shelley A. Marshall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2752.     Denis A. Warchola is a surviving Sibling and Personal Representative of Michael Warchola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2753.     Michael Warchola, Sr. is a surviving Parent of Michael Warchola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2754.     Barbara H. Brennan is a surviving Spouse and Personal Representative of Frank H. Brennan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2755.     Donald J. Poissant is a surviving Spouse and Personal Representative of Cynthia Marie Connolly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2756.     Sheila Connolly is a surviving Parent of Cynthia Marie Connolly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2757.     Diane B. Aguiar is a surviving Parent and Personal Representative of Joao A. Aguiar, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2758.     Joao A. Aguiar, Sr. is a surviving Parent of Joao A. Aguiar, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2759.     Taciana Aguiar is a surviving Sibling of Joao A. Aguiar, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2760.     Jean Coleman is a surviving Parent and Personal Representative of Scott Thomas Coleman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2761.     Neil Coleman is a surviving Parent and Personal Representative of Scott Thomas Coleman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2762.     Todd D. Coleman is a surviving Sibling of Scott Thomas Coleman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2763.     Dana Asher is a surviving Spouse and Personal Representative of Michael Edward Asher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2764.     Ethel Asher is a surviving Parent of Michael Edward Asher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2765.     Stuart Asher is a surviving Sibling of Michael Edward Asher, one of the
Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried
out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided
material support and assistance in furtherance of the attacks.

2766.     Zeneida Chevalier is a surviving Parent and Personal Representative of Nestor
Julio Chevalier, Jr., one of the Decedents murdered as a result of the terrorist attacks of
September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran
and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2767.     Mauricio Chevalier is a surviving Sibling of Nestor Julio Chevalier, Jr., one of
the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried
out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided
material support and assistance in furtherance of the attacks.

2768.     Nestor J. Chevalier, Sr. is a surviving Parent of Nestor Julio Chevalier, Jr., one of
the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were
carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants
provided material support and assistance in furtherance of the attacks.

2769.     Marc Wieman is a surviving Spouse and Personal Representative of Mary
Wieman, one of the Decedents murdered as a result of the terrorist attacks of September 11,
2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian
Defendants provided material support and assistance in furtherance of the attacks.

2770.     C. Lee Hanson is a surviving Parent and Personal Representative of Peter Burton
Hanson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2771.    Eunice K. Hanson is a surviving Parent of Peter Burton Hanson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2772.    Kathryn Lee Barrere is a surviving Sibling of Peter Burton Hanson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2773.    Susan S. Rosenblum is a surviving Parent and Personal Representative of Joshua Rosenblum, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2774.    Dean Rosenblum is a surviving Sibling of Joshua Rosenblum, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2775.    Mary Ellen Cherry is a surviving Spouse and Personal Representative of Stephen Patrick Cherry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2776.    Donald R. Cherry is a surviving Parent of Stephen Patrick Cherry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2777.    Sharon Ritchie Mullin is a surviving Parent of Stephen Patrick Cherry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2778.    Shawn R. Cherry is a surviving Sibling of Stephen Patrick Cherry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2779.    Michael J. Lynch is a surviving Sibling and Personal Representative of Sean Patrick Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2780.    Colleen M. Watson is a surviving Sibling of Sean Patrick Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2781.    John J. Lynch is a surviving Parent of Sean Patrick Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2782.    Kathleen A. Hallstrom is a surviving Sibling of Sean Patrick Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2783.    Laureen A. Sutera is a surviving Sibling of Sean Patrick Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2784.    Margaret A. Lynch is a surviving Parent of Sean Patrick Lynch, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2785.    Laurie Murach is a surviving Spouse and Personal Representative of Robert Murach, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2786.    Paul W. Wachtler is a surviving Parent and Personal Representative of Gregory Kamal Bruno Wachtler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2787.     Nassima M. Wachtler is a surviving Parent of Gregory Kamal Bruno Wachtler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2788.     Debbi Ellen Senko is a surviving Spouse and Personal Representative of Larry John Senko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2789.     Gilbert Ortale is a surviving Sibling of Peter Keith Ortale, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2790.     Linda Lalama is a surviving Spouse and Personal Representative of Franco Lalama, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2791.     Luis Merino is a surviving Parent of George Merino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2792.     Maria Lehr is a surviving Sibling of George Merino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2793. Zenaida Merino is a surviving Parent of George Merino, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2794. Ingrid Lenihan is a surviving Spouse and Personal Representative of Joseph A. Lenihan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2795. Ann K. Lenihan is a surviving Parent of Joseph A. Lenihan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2796. John Lenihan is a surviving Sibling of Joseph A. Lenihan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2797. Suzanne L. Faulkner is a surviving Sibling of Joseph A. Lenihan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2798.     Theresa A. Cilente is a surviving Sibling and Personal Representative of Frances Cilente, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2799.     Helen Dollard is a surviving Parent and Personal Representative of Neil M. Dollard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2800.     Anne Zucchi is a surviving Sibling of Neil M. Dollard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2801.     Diana E. Dollard is a surviving Sibling of Neil M. Dollard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2802.     Mary K. Dollard is a surviving Sibling of Neil M. Dollard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2803.     Megan Fajardo is a surviving Sibling of Neil M. Dollard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2804.    Michael J. Dollard is a surviving Sibling of Neil M. Dollard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2805.    Peter Dollard is a surviving Sibling of Neil M. Dollard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2806.    Robert M. Dollard is a surviving Parent of Neil M. Dollard, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2807.    Carol D. Wisniewski is a surviving Spouse and Personal Representative of Frank Thomas Wisniewski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2808.    Howard Lutnick is a surviving Sibling and Personal Representative of Gary Frederick Lutnick, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2809.    Edith Lutnick is a surviving Sibling of Gary Frederick Lutnick, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2810.    Amy Gardner is a surviving Sibling and Personal Representative of Jeffrey B. Gardner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2811.    Jagdish Bhukhan is a surviving Parent and Personal Representative of Bella J. Bhukhan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2812.    Indira Bhukhan is a surviving Parent of Bella J. Bhukhan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2813.    Alice D. Adler is a surviving Spouse and Personal Representative of Lee Alan Adler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2814.    Patricia A. Difazio is a surviving Spouse and Personal Representative of Vincent Francis DiFazio, one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2815.    George Behr is a surviving Parent and Personal Representative of Maria Behr, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2816.    Inmaculada Behr is a surviving Parent of Maria Behr, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2817.    Victor Barahona is a surviving Spouse and Personal Representative of Diarelia J. Mena, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2818.    Lisa Ventura is a surviving Spouse and Personal Representative of Anthony M. Ventura, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2819.    Paul A. Spagnoletti is a surviving Sibling and Personal Representative of Gregory T. Spagnoletti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2820.    Jean Lorraine Cleere is a surviving Spouse and Personal Representative of James Durward Cleere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2821.    A. Scott Cleere is a surviving Child of James Durward Cleere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2822.    Betty B. Cleere is a surviving Parent of James Durward Cleere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2823.    Jan Cleere Peavy is a surviving Sibling of James Durward Cleere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2824.    Jeffrey K. Cleere is a surviving Child of James Durward Cleere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2825.    Judy Cleere Gordon is a surviving Sibling of James Durward Cleere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2826.    Patricia Cleere Wilgus is a surviving Sibling of James Durward Cleere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2827.    Everton Brown is a surviving Parent of Lloyd Brown, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2828.    Bradley M. Burlingame is a surviving Sibling of Charles F. Burlingame, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2829.    Debra Burlingame is a surviving Sibling of Charles F. Burlingame, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2830.    Mark W. Burlingame is a surviving Sibling of Charles F. Burlingame, III, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2831.    Rochelle Kirschbaum is a surviving Spouse and Personal Representative of Howard Barry Kirschbaum, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2832.    Lauren Kirschbaum is a surviving Child of Howard Barry Kirschbaum, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2833.    Matthew Adam Kirschbaum is a surviving Child of Howard Barry Kirschbaum, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2834.    Cecile M. Apollo is a surviving Parent and Personal Representative of Peter Paul Apollo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2835.    Denise Mauthe is a surviving Sibling of Peter Paul Apollo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2836.    Lisa Page is a surviving Sibling of Peter Paul Apollo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2837.    Peter Apollo is a surviving Parent of Peter Paul Apollo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2838.    Michelle A. Bulaga is a surviving Spouse and Personal Representative of John E. Bulaga, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2839.    Fran Bulaga is a surviving Parent of John E. Bulaga, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2840.    Gail M. Bulaga is a surviving Sibling of John E. Bulaga, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2841.    John E. Bulaga, Sr. is a surviving Parent of John E. Bulaga, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2842.    Beth A. Mahon is a surviving Spouse and Personal Representative of Thomas A. Mahon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2843.    Bobbie Catherine Peak is a surviving Parent and Personal Representative of Stacey Lynn Peak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2844.    Judy Peak Rhodes is a surviving Sibling of Stacey Lynn Peak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2845.    Michael R. Peak is a surviving Sibling of Stacey Lynn Peak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2846.    Phillip Peak is a surviving Sibling of Stacey Lynn Peak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2847.    Toni Peak is a surviving Sibling of Stacey Lynn Peak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2848.     Ellen R. Davidson is a surviving Parent and Personal Representative of Michael A. Davidson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2849.     Jeffrey S. Davidson is a surviving Sibling of Michael A. Davidson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2850.     Rufus J. McDay is a surviving Parent of Tonyell F. McDay, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2851.     Ruvaughn McDay is a surviving Sibling of Tonyell F. McDay, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2852.     Linda Buffa is a surviving Spouse and Personal Representative of Michael A. Uliano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2853.    Jill G. Anderson is a surviving Spouse and Personal Representative of Kermit C. Anderson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2854.    Selma Ann Verse is a surviving Sibling of Kermit C. Anderson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2855.    Gerard C. Cavalier, Jr. is a surviving Parent and Personal Representative of Judson Cavalier, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2856.    Andrew Cavalier is a surviving Sibling of Judson Cavalier, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2857.    Bradford Cavalier is a surviving Sibling of Judson Cavalier, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2858.    Linda Cavalier is a surviving Parent of Judson Cavalier, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2859.     Doe AP246 is a surviving Spouse and Personal Representative of Decedent Doe AP246, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2860.     Vee Stadelberger is a surviving Spouse and Personal Representative of Richard Stadelberger, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2861.     Regina E. Gallagher is a surviving Parent and Personal Representative of Daniel James Gallagher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2862.     Louisa Allegretto is a surviving Spouse and Personal Representative of Edward L. Allegretto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2863.     Rochelle Gerlich is a surviving Spouse and Personal Representative of Robert J. Gerlich, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2864. Daniel Gerlich is a surviving Child of Robert J. Gerlich, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2865. Lorraine A. Gerlich is a surviving Sibling of Robert J. Gerlich, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2866. Matt Gerlich is a surviving Child of Robert J. Gerlich, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2867. Abraham Scott is a surviving Spouse and Personal Representative of Janice Marie Scott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2868. Claudette Staley is a surviving Sibling of Janice Marie Scott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2869. Crystal Marie Scott is a surviving Child of Janice Marie Scott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2870.    Darlene Caldwell is a surviving Sibling of Janice Marie Scott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2871.    Delores James is a surviving Sibling of Janice Marie Scott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2872.    Denise M. Holmes is a surviving Sibling of Janice Marie Scott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2873.    Geraldine Holmes is a surviving Parent of Janice Marie Scott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2874.    Willette Wages is a surviving Sibling of Janice Marie Scott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2875.     Birgit Wiswe is a surviving Sibling of Sigrid Charlotte Wiswe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2876.     Ute Mitchell is a surviving Parent of Sigrid Charlotte Wiswe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2877.     Frank Carl Sadocha is a surviving Parent of Francis John Sadocha, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2878.     John S. Sadocha is a surviving Sibling of Francis John Sadocha, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2879.     Norma T. Sadocha is a surviving Parent of Francis John Sadocha, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2880.     Susan T. Sadocha is a surviving Sibling of Francis John Sadocha, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2881.    Barbara Merdinger is a surviving Spouse and Personal Representative of Alan Merdinger, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2882.    Marie Lukas is a surviving Parent and Personal Representative of Marie Lukas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2883.    Susan Jones is a surviving Spouse and Personal Representative of Christopher Jones, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2884.    Louis Jagoda is a surviving Parent and Personal Representative of Jake D. Jogoda, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2885.    Anna May Jogoda is a surviving Parent of Jake D. Jogoda, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2886.    Kimberly G. York is a surviving Spouse and Personal Representative of Edward Philip York, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2887.    Jeanne O'Neill is a surviving Parent and Personal Representative of Peter J. O'Neill, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2888.    Peter J. O'Neill, Sr. is a surviving Parent and Personal Representative of Peter J. O'Neill, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2889.    Bridie O'Neill is a surviving Sibling of Peter J. O'Neill, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2890.    Thomas W. O'Neill is a surviving Sibling of Peter J. O'Neill, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2891.    Claire A. Gorayeb is a surviving Sibling and Personal Representative of Catherine C. Gorayeb, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2892. Andrew T. Gorayeb is a surviving Sibling of Catherine C. Gorayeb, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2893. Christopher J. Gorayeb is a surviving Sibling of Catherine C. Gorayeb, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2894. Helene W. Nelson is a surviving Parent of Catherine C. Gorayeb, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2895. Joseph Gorayeb is a surviving Parent of Catherine C. Gorayeb, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2896. Elma A. Sugra is a surviving Parent and Personal Representative of William Christopher Sugra, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2897. William J. Sugra is a surviving Parent and Personal Representative of William Christopher Sugra, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2898. Edward S. Andrews is a surviving Parent and Personal Representative of Michael Rourke Andrews, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2899. Alana Siracuse is a surviving Spouse and Personal Representative of Peter Siracuse, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2900. Debra Mercurio is a surviving Spouse and Personal Representative of Ralph Mercurio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2901. James S. Gray is a surviving Parent and Personal Representative of Christopher Stewart Gray, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2902. Maurizio D. Gazzani is a surviving Parent and Personal Representative of Terence D. Gazzani, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2903.    Tracy M. Gazzani is a surviving Parent and Personal Representative of Terence D. Gazzani, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2904.    Kai Hernandez is a surviving Spouse and Personal Representative of Glenn Thompson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2905.    Christine E. Thompson is a surviving Sibling of Glenn Thompson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2906.    Edward Thompson is a surviving Parent of Glenn Thompson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2907.    Scott M. Thompson is a surviving Sibling of Glenn Thompson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2908.    Violet Thompson is a surviving Parent of Glenn Thompson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2909.    Catherine Mazzotta is a surviving Parent and Personal Representative of Jennifer Mazzotta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2910.    Charles Mazzotta is a surviving Sibling of Jennifer Mazzotta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2911.    Michelle Bonetti is a surviving Sibling of Jennifer Mazzotta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2912.    Vito V. Mazzotta is a surviving Parent of Jennifer Mazzotta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2913.    Linda Ann Favuzza is a surviving Spouse and Personal Representative of Bernard Favuzza, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2914.    Stephanie Esposito is a surviving Spouse and Personal Representative of William J. Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2915.    Craig Esposito is a surviving Child of William J. Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2916.    Susan Esposito is a surviving Child of William J. Esposito, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2917.    George Debin is a surviving Spouse and Personal Representative of Anna M. DeBin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2918.    Harold C. Morris, Jr. is a surviving Parent and Personal Representative of Lynne Irene Morris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2919.    Patricia M. Morris is a surviving Parent and Personal Representative of Lynne Irene Morris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2920.    Christine Morris is a surviving Sibling of Lynne Irene Morris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2921.    Edward G. Morris is a surviving Sibling of Lynne Irene Morris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2922.    Deborah D. Martin is a surviving Spouse and Personal Representative of William J. Martin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2923.    Christine A. Anchundia is a surviving Parent and Personal Representative of Joseph P. Anchundia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2924.    Elias J. Anchundia is a surviving Sibling of Joseph P. Anchundia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2925.    Elias A. Anchundia is a surviving Parent of Joseph P. Anchundia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2926.    Elizabeth R. Anchundia is a surviving Sibling of Joseph P. Anchundia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2927.    Lisa Meltzer is a surviving Spouse and Personal Representative of Stuart Todd Meltzer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2928.    Joyce Meltzer is a surviving Parent of Stuart Todd Meltzer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2929.    Kenneth Meltzer is a surviving Sibling of Stuart Todd Meltzer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2930.    Lawrence Meltzer is a surviving Sibling of Stuart Todd Meltzer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2931.    Zachary Meltzer is a surviving Parent of Stuart Todd Meltzer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2932.    Srinivasa Varadhan is a surviving Parent and Personal Representative of Gopalakrishnan Varadhan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2933.    Vasundara Varadhan is a surviving Parent of Gopalakrishnan Varadhan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2934.    Robert Dow is a surviving Spouse of Ruth Ketler, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2935.    Robert William Harvey is a surviving Spouse and Personal Representative of Sarah Elizabeth Manley, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2936.    Maureen E. Meehan is a surviving Spouse and Personal Representative of William J. Meehan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2937.    William Meehan, III is a surviving Child of William J. Meehan, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2938.    Eileen Varacchi is a surviving Spouse and Personal Representative of Frederick Varacchi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2939.    Virginia M. Decola is a surviving Spouse and Personal Representative of Paul DeCola, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2940.    Jean Somerville is a surviving Sibling and Personal Representative of Gregory Stajk, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2941.    Ellen Stajk Shelnutt is a surviving Sibling of Gregory Stajk, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2942.    Inez Paskins is a surviving Spouse and Personal Representative of Jerrold H. Paskins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2943.    Robert R. Paskins is a surviving Child of Jerrold H. Paskins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2944.    Sarah P. Rubinstein is a surviving Sibling of Jerrold H. Paskins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2945.    Rebecca Hofer is a surviving Spouse and Personal Representative of John Hofer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2946.    Billie Ann Hofer is a surviving Parent of John Hofer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2947.   Richard Hofer is a surviving Sibling of John Hofer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2948.   Susan Caneso is a surviving Sibling of John Hofer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2949.   Craig Walker Woodall is a surviving Sibling of Brent James Woodall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2950.   Erin E. Konstantinow is a surviving Sibling of Brent James Woodall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2951.   John W. Woodall is a surviving Parent of Brent James Woodall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2952.     Mary E. Woodall is a surviving Parent of Brent James Woodall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2953.     Loretta J. Filipov is a surviving Spouse and Personal Representative of Alexander M. Filipov, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2954.     Felice Zaslow is a surviving Spouse and Personal Representative of Ira Zaslow, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2955.     Adam Zaslow is a surviving Child of Ira Zaslow, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2956.     Bryan Zaslow is a surviving Child of Ira Zaslow, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2957.     Diann Corcoran is a surviving Spouse and Personal Representative of John J. Corcoran, III, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2958.    Lillian Baxter is a surviving Spouse and Personal Representative of Jasper Baxter, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2959.    Dennis Baxter is a surviving Sibling of Jasper Baxter, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2960.    Diane Baxter is a surviving Sibling of Jasper Baxter, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2961.    Donald Baxter is a surviving Sibling of Jasper Baxter, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2962.    Jedelle Baxter, Jr. is a surviving Sibling of Jasper Baxter, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2963.    Juanita Whatley is a surviving Sibling of Jasper Baxter, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2964.    Lawrence Baxter is a surviving Sibling of Jasper Baxter, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2965.    Mattie L. Baxter is a surviving Parent of Jasper Baxter, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2966.    Katie A. Rohner is a surviving Sibling of Scott W. Rohner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2967.    Kristen Nepola is a surviving Sibling of Scott W. Rohner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2968.    Michael R. Rohner is a surviving Sibling of Scott W. Rohner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2969.    Stephen J. Rohner is a surviving Sibling of Scott W. Rohner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2970.    Thomas G. Rohner is a surviving Sibling of Scott W. Rohner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2971.    Mary Kaye Crenshaw is a surviving Sibling and Personal Representative of Michael M. Taylor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2972.    Clara S. Taylor is a surviving Parent of Michael M. Taylor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2973.    James J. Taylor is a surviving Sibling of Michael M. Taylor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2974.    James H. Taylor is a surviving Parent of Michael M. Taylor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2975.    Kathryn Taylor Teare is a surviving Sibling of Michael M. Taylor, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2976.    Agnes M. McErlean is a surviving Parent of John T. McErlean, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2977.    Agnes Duhamel is a surviving Sibling of John T. McErlean, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2978.    Catherine Francese is a surviving Sibling of John T. McErlean, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2979.    John T. McErlean, Sr. is a surviving Parent of John T. McErlean, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2980.     Marie M. Hunter is a surviving Sibling of John T. McErlean, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2981.     Mary Louise White is a surviving Parent and Personal Representative of Honor Elizabeth Wainio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2982.     Nancy Pedicini is a surviving Parent and Personal Representative of Thomas Pedicini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2983.     Albert Pedicini is a surviving Parent of Thomas Pedicini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2984.     Anne Pedicini is a surviving Sibling of Thomas Pedicini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2985.    June Colaio is a surviving Sibling of Thomas Pedicini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2986.    Pamela Morace is a surviving Sibling of Thomas Pedicini, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2987.    Marmily Cabrera is a surviving Spouse and Personal Representative of Pedro Checo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2988.    Kim L. Lasko is a surviving Spouse and Personal Representative of Gary E. Lasko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2989.    Barbara J. Lasko is a surviving Parent of Gary E. Lasko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2990.    Edward R. Lasko is a surviving Parent of Gary E. Lasko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2991.    Sheila C. Hobin is a surviving Spouse and Personal Representative of James J. Hobin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2992.    Donna Dietrich is a surviving Sibling of James J. Hobin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2993.    Sean M. Hobin is a surviving Child of James J. Hobin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2994.    Jungmi Lee is a surviving Spouse and Personal Representative of Dong Chul Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2995.    Frank Jensen is a surviving Spouse and Personal Representative of Suzanne M. Calley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2996.    Norma J. Keleher is a surviving Parent of Suzanne M. Calley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2997.    Earl A. Dorsey is a surviving Spouse and Personal Representative of Dora Marie Menchaca, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2998.    Paula Shapiro is a surviving Parent and Personal Representative of Eric Adam Eisenberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

2999.    Janine L. Vanriper is a surviving Child and Personal Representative of Barbara A. Shaw, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3000.    Mari Glick Stuart is a surviving Spouse of Steven L. Glick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3001.    Christina Cambeis is a surviving Child of Alfred J. Braca, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3002.    David John Braca is a surviving Child of Alfred J. Braca, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3003.    Deanna Wirth is a surviving Child of Alfred J. Braca, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3004.    Bharti Parmar is a surviving Spouse and Personal Representative of Hashmukhrai C. Parmar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3005.    Doe AP268 is a surviving Sibling of Decedent Doe AP268, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3006.    Doe AP269 is a surviving Sibling of Decedent Doe AP269, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3007.    Doe AP924 is a surviving Parent of Decedent Doe AP924, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3008.    Linda Leblanc is a surviving Sibling and Personal Representative of Natalie Janis Lasden, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3009.    Sandra Lang is a surviving Spouse and Personal Representative of Brendan Mark Lang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3010.    Robert Fazio, Sr. is a surviving Parent and Personal Representative of Robert Fazio, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3011.    Carole Lovero is a surviving Sibling of Robert Fazio, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3012.    Felicia C. Fazio is a surviving Parent of Robert Fazio, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3013.    Ronald B. Cregan is a surviving Parent and Personal Representative of Joanne Mary Cregan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3014.    Grace Elizabeth Cregan is a surviving Sibling of Joanne Mary Cregan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3015.    Mary Cregan is a surviving Parent of Joanne Mary Cregan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3016.    Ronald Patrick Cregan is a surviving Sibling of Joanne Mary Cregan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3017.    Marjorie Farley is a surviving Parent and Personal Representative of Paige Farley Hackel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3018.    Allan R. Hackel is a surviving Spouse of Paige Farley Hackel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3019.    Eli Medina is a surviving Spouse and Personal Representative of Abigail Medina, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3020.    Clara L. Pachomski is a surviving Sibling and Personal Representative of Wendy A. Wakeford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3021.    Ada Dolch is a surviving Sibling of Wendy A. Wakeford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3022.    Clara Rosario is a surviving Parent of Wendy A. Wakeford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3023.    Edwin Rosario is a surviving Sibling of Wendy A. Wakeford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3024. Miriam Paine is a surviving Sibling of Wendy A. Wakeford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3025. Raquel Negron is a surviving Sibling of Wendy A. Wakeford, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3026. Carlos R. Colon is a surviving Spouse and Personal Representative of Linda M. Colon, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3027. Barbara Bridges is a surviving Parent and Personal Representative of Sharon Moore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3028. Arina Bridges is a surviving Sibling of Sharon Moore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3029.    Eugene Moore is a surviving Parent of Sharon Moore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3030.    Karina Moore is a surviving Sibling of Sharon Moore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3031.    Rayburn Moore is a surviving Sibling of Sharon Moore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3032.    Violet Maddix is a surviving Sibling of Sharon Moore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3033.    Charles O'Neal Snyder is a surviving Parent and Personal Representative of Christine Ann Snyder, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3034.    Bernard Heeran is a surviving Parent and Personal Representative of Charles F.X. Heeran, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3035.    Joan DeMeo is a surviving Spouse and Personal Representative of Martin N. DeMeo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3036.    Antonia Gargano is a surviving Parent and Personal Representative of Rocco Nino Gargano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3037.    Ruth Bowman White is a surviving Parent of Larry Bowman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3038.    Cindy Rodriguez is a surviving Spouse and Personal Representative of Richard Rodriguez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3039.    Michael Everett Brown is a surviving Sibling and Personal Representative of Patrick J. Brown, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3040.      Carolyn M. Negron is a surviving Sibling of Patrick J. Brown, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3041.      Marianne Fitzpatrick is a surviving Spouse and Personal Representative of Thomas J. Fitzpatrick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3042.      Michael J. Fitzpatrick is a surviving Parent of Thomas J. Fitzpatrick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3043.      Michael S. Fitzpatrick is a surviving Sibling of Thomas J. Fitzpatrick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3044.      Roseanna Fitzpatrick is a surviving Parent of Thomas J. Fitzpatrick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3045.      Jeanette Vigiano is a surviving Parent of John Thomas Vigiano, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3046.    John T. Vigiano is a surviving Parent of John Thomas Vigiano, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3047.    Felicita Maria Sanchez is a surviving Child and Personal Representative of Jesus Sanchez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3048.    Jesus Sanchez, Sr. is a surviving Parent of Jesus Sanchez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3049.    Francine Kaplan is a surviving Parent and Personal Representative of Robin Kaplan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3050.    Edward Kaplan is a surviving Parent of Robin Kaplan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3051.     Mark Kaplan is a surviving Sibling of Robin Kaplan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3052.     Mary Christine Coombs is a surviving Spouse and Personal Representative of Jeffrey W. Coombs, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3053.     Nancy Kelly is a surviving Ex-Spouse of James M. Roux, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3054.     Tu A. Honguyen is a surviving Spouse and Personal Representative of Khang N. Nguyen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3055.     Carmen Rodriguez is a surviving Parent and Personal Representative of Angel Perez, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3056.     Mariela Flores is a surviving Sibling of Angel Perez, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3057.     Ramon Rodriguez is a surviving Sibling of Angel Perez, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3058.     Barbara Gowell is a surviving Spouse and Personal Representative of Douglas A. Gowell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3059.     Jessica Gowell is a surviving Child of Douglas A. Gowell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3060.     Michael Gowell is a surviving Child of Douglas A. Gowell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3061.     Margaret Mary Ogonowski is a surviving Spouse and Personal Representative of John Alexander Ogonowski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3062.    Carol A. Ogonowski is a surviving Sibling of John Alexander Ogonowski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3063.    James Ogonowski is a surviving Sibling of John Alexander Ogonowski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3064.    Joseph Ogonowski is a surviving Sibling of John Alexander Ogonowski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3065.    Theresa Ogonowski is a surviving Parent of John Alexander Ogonowski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3066.    James O'Brien is a surviving Parent and Personal Representative of James O'Brien, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3067.    David B. Brandhorst is a surviving Sibling and Personal Representative of Daniel Raymond Brandhorst, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3068.    Brendan H. Reilly is a surviving Sibling of Timothy E. Reilly, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3069.    Doe AP290 is a surviving Spouse and Personal Representative of Decedent Doe AP290, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3070.    Annette M. Palazzolo is a surviving Parent and Personal Representative of Richard A. Palazzolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3071.    Gay L. Morris-Martel is a surviving Sibling of Wendy Ruth Faulkner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3072.    Jeanette Morris-Friedrich is a surviving Sibling of Wendy Ruth Faulkner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3073.     Lorna Morris is a surviving Parent of Wendy Ruth Faulkner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3074.     Raffaella Crisci is a surviving Spouse and Personal Representative of John A. Crisci, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3075.     Louise Hughes is a surviving Parent and Personal Representative of Robert T. Hughes, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3076.     Robert Hughes is a surviving Parent and Personal Representative of Robert T. Hughes, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3077.     Leigha Hughes is a surviving Sibling of Robert T. Hughes, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3078.     Shanin Hughes is a surviving Sibling of Robert T. Hughes, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3079.    Mary E. Armstrong is a surviving Parent and Personal Representative of Michael Joseph Armstrong, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3080.    Gabriel Armstrong is a surviving Parent of Michael Joseph Armstrong, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3081.    Gerard Armstrong is a surviving Sibling of Michael Joseph Armstrong, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3082.    Laura A. Armstrong is a surviving Sibling of Michael Joseph Armstrong, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3083.    Marian Armstrong is a surviving Sibling of Michael Joseph Armstrong, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3084.    Richard L. Booms is a surviving Parent and Personal Representative of Kelly Ann Booms, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3085.    Shelly Genovese is a surviving Spouse of Steven G. Genovese, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3086.    Craig D. Carlson is a surviving Ex-Spouse of Rosemarie C. Carlson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3087.    Nigel Cox is a surviving Sibling and Personal Representative of Andre Cox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3088.    Glenice Cox-Roach is a surviving Sibling of Andre Cox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3089.    Princina Cox is a surviving Parent of Andre Cox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and

Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3090.    Wendell Cox is a surviving Sibling of Andre Cox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3091.    Lawanda Simmons is a surviving Sibling and Personal Representative of Wendy L. Small, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3092.    C. Sue Davis-Westmoreland is a surviving Sibling of Ada M. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3093.    Christine Florence Patterson is a surviving Sibling of Ada M. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3094.    Georgia D. Davis is a surviving Sibling of Ada M. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3095. Nolton Christopher Davis is a surviving Child of Ada M. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3096. Norris Davis is a surviving Sibling of Ada M. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3097. Phillip Davis is a surviving Sibling of Ada M. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3098. Rosslyn D. Davis is a surviving Child of Ada M. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3099. Yolanda L. Davis is a surviving Child of Ada M. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3100. Zenovia M. Cuyler is a surviving Child of Ada M. Davis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3101.    Petrina M. Picerno is a surviving Spouse and Personal Representative of Matthew M. Picerno, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3102.    Corinne Bunin is a surviving Parent of Stephen Bunin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3103.    Kitty Bunin is a surviving Sibling of Stephen Bunin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3104.    Lisa T. Dolan is a surviving Spouse and Personal Representative of Robert E. Dolan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3105.    Barbara Freund Salvadore is a surviving Sibling of Peter Louis Freund, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3106.    Carol Freund is a surviving Sibling of Peter Louis Freund, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3107.    Mitchum Kelvin Cummings is a surviving Child and Personal Representative of Joyce Cummings, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3108.    Charles E. Sabin, Jr. is a surviving Child of Charles E. Sabin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3109.    Paul Sabin is a surviving Child of Charles E. Sabin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3110.    Michael J. Monyak is a surviving Sibling and Personal Representative of Cheryl Ann Monyak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3111.    Doris M. Monyak is a surviving Parent of Cheryl Ann Monyak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3112.    Arlene Sacerdote is a surviving Spouse and Personal Representative of Joseph Francis Sacerdote, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3113.    Tammy G. Williams is a surviving Spouse and Personal Representative of Dwayne Williams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3114.    Dorothy Garcia is a surviving Spouse and Personal Representative of Andrew Garcia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3115.    Andrew T. Garcia is a surviving Child of Andrew Garcia, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3116.    Deborah L. Hayes is a surviving Spouse and Personal Representative of Robert Jay Hayes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3117.     Claire Angell Miller is a surviving Sibling of David Lawrence Angell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3118.     Janet Fazio is a surviving Spouse and Personal Representative of Ronald C. Fazio, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3119.     Lauren Marie Fazio is a surviving Child of Ronald C. Fazio, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3120.     Robert Fazio is a surviving Child of Ronald C. Fazio, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3121.     Ronald C. Fazio, Jr. is a surviving Child of Ronald C. Fazio, Sr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3122.     Joann Anderson is a surviving Child and Beneficiary of Barbara A. Keating, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3123.     John Keating is a surviving Child and Beneficiary of Barbara A. Keating, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3124.     Paul J. Keating is a surviving Child and Beneficiary of Barbara A. Keating, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3125.     Michael Keating is a surviving Child and Personal Representative of Barbara A. Keating, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3126.     Doe AP256 is a surviving Spouse and Personal Representative of Decedent Doe AP256, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3127.     Doe AP259 is a surviving Sibling of Decedent Doe AP259, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3128.    Doe AP257 is a surviving Parent of Decedent Doe AP257, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3129.    Doe AP258 is a surviving Sibling of Decedent Doe AP258, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3130.    Sylvia Annette Carver is a surviving Sibling and Personal Representative of Sharon Ann Carver, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3131.    Arthur Carver is a surviving Sibling of Sharon Ann Carver, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3132.    Janet Carver is a surviving Sibling of Sharon Ann Carver, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3133.    Reginald Carver is a surviving Sibling of Sharon Ann Carver, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3134.    Tangela Wilkes is a surviving Sibling of Sharon Ann Carver, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3135.    Veronica Carver is a surviving Sibling of Sharon Ann Carver, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3136.    Thankachan Raju is a surviving Spouse and Personal Representative of Valsa Raju, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3137.    Ammini G. Abraham is a surviving Sibling of Valsa Raju, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3138.    Annamma Thomas is a surviving Sibling of Valsa Raju, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3139.     Saramma John is a surviving Sibling of Valsa Raju, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3140.     Sosamma George is a surviving Parent of Valsa Raju, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3141.     Sosamma Mukkadan is a surviving Sibling of Valsa Raju, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3142.     Nunzio G. Virgilio is a surviving Sibling and Personal Representative of Francine Virgilio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3143.     Edward Albert is a surviving Parent of Jon L. Albert, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3144.     Gilberto A. Neira is a surviving Spouse and Personal Representative of Laurie Ann Neira, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3145.    Christopher O. Neira is a surviving Child of Laurie Ann Neira, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3146.    Francisca A. Wester is a surviving Child of Laurie Ann Neira, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3147.    Ann M. Browne is a surviving Sibling of Francis E. Grogan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3148.    Jeanette A. Marshall is a surviving Parent of John Daniel Marshall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3149.    Lori T. Marshall is a surviving Spouse of John Daniel Marshall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3150.    Beth Ann Faragher is a surviving Sibling and Personal Representative of Kathleen Faragher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3151.    Beverly Faragher is a surviving Parent of Kathleen Faragher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3152.    James A. Faragher is a surviving Sibling of Kathleen Faragher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3153.    Mary F. Waterman is a surviving Sibling of Kathleen Faragher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3154.    William E. Faragher is a surviving Parent of Kathleen Faragher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3155.    William Faragher is a surviving Sibling of Kathleen Faragher, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3156.    Victoria Louise Lawn is a surviving Spouse and Personal Representative of Steven Lawn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3157.    Malcolm Phillip Campbell is a surviving Parent and Personal Representative of Geoff Thomas Campbell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3158.    Jiun-Min Liu is a surviving Spouse and Personal Representative of Ming-Hao Liu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3159.    Julia Rivas is a surviving Parent of Moises Rivas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3160.    Nancy Elizabeth Rivas Molina is a surviving Sibling of Moises Rivas, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3161.     Sheila Mcpherson is a surviving Sibling of Colin Richard Mcarthur, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3162.     Doe AP289 is a surviving Spouse and Personal Representative of Decedent Doe AP289, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3163.     Deborah Ann Schumann is a surviving Sibling of Daniel John Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3164.     Rosanne H. Costanza is a surviving Parent of Daniel John Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3165.     Timothy Provenzano is a surviving Sibling of Daniel John Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3166.     Patricia E. Hargrave is a surviving Spouse of Timothy J. Hargrave, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3167.    Doe AP251 is a surviving Child of Decedent Doe AP251, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3168.    Deena Laverty is a surviving Child and Personal Representative of Anna A. Laverty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3169.    Kevin P. Laverty is a surviving Spouse of Anna A. Laverty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3170.    Maria Aryee is a surviving Spouse and Personal Representative of Japhet Aryee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3171.    Teiko Aryee is a surviving Child of Japhet Aryee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3172.    Thomas Cullinan is a surviving Spouse and Personal Representative of Joan Mcconnell Cullinan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3173.    Blaise Joudzevich is a surviving Sibling of Joan Mcconnell Cullinan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3174.    Donna S. Hughes is a surviving Spouse and Personal Representative of Paul Rexford Hughes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3175.    Michele Caviasco is a surviving Sibling of Jean C. Depalma, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3176.    Kate Walsh is a surviving Spouse and Personal Representative of James Walsh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3177.    Lauri T. Isbrandtsen is a surviving Parent and Personal Representative of Erik Hans Isbrandtsen, one of the Decedents murdered as a result of the terrorist attacks of September

11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3178.    Dirk H. Isbrandtsen is a surviving Parent of Erik Hans Isbrandtsen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3179.    Helen O'Mahony Bradley is a surviving Parent of Matthew T. O'Mahony, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3180.    John O'Mahony is a surviving Sibling of Matthew T. O'Mahony, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3181.    Karen O'Mahony Speidell is a surviving Sibling of Matthew T. O'Mahony, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3182.    Robert J. O'Mahony is a surviving Sibling of Matthew T. O'Mahony, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3183.    Stephen O'Mahony is a surviving Sibling of Matthew T. O'Mahony, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3184.    Mary E. Peled is a surviving Sibling of Kevin Patrick York, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3185.    Susan York is a surviving Sibling of Kevin Patrick York, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3186.    Michael O. Wahlstrom is a surviving Child and Personal Representative of Mary Alice Wahlstrom, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3187.    Scott E. Wahlstrom is a surviving Child of Mary Alice Wahlstrom, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3188.    John A. Martin is a surviving Sibling and Personal Representative of Karren A. Martin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3189.    Paul R. Martin is a surviving Sibling and Personal Representative of Karren A. Martin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3190.    Angela Ridge is a surviving Sibling of Robert Douglas Eaton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3191.    Barbara J. Stephenson is a surviving Sibling of Robert Douglas Eaton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3192.    Douglas Eaton is a surviving Parent of Robert Douglas Eaton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3193.    Laura Eaton is a surviving Parent of Robert Douglas Eaton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3194.    Paul J. Stanley is a surviving Spouse and Personal Representative of Mary Domenica Stanley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3195.    Lucia Balzan is a surviving Sibling of Mary Domenica Stanley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3196.    Lisa M. Inzerillo is a surviving Spouse and Personal Representative of William E. Krukowski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3197.    Wandalee Arena is a surviving Spouse and Personal Representative of Louis Arena, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3198.    Eileen R. Petti is a surviving Spouse and Personal Representative of Philip S. Petti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3199.    Adrian L. Foran is a surviving Sibling of Philip S. Petti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3200.   Antimo Petti is a surviving Parent of Philip S. Petti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3201.   Catherine Petti is a surviving Parent of Philip S. Petti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3202.   Jacqueline Butt is a surviving Sibling of Philip S. Petti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3203.   Thomas D. Petti is a surviving Sibling of Philip S. Petti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3204.   Judith M. Glick is a surviving Spouse and Personal Representative of Barry H. Glick, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3205.    Wanda Garcia-Ortiz is a surviving Spouse and Personal Representative of Emilio Ortiz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3206.    Mary E. Jones is a surviving Parent and Personal Representative of Christoffer Mikael Carstanjen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3207.    Mikael Carstanjen is a surviving Parent and Personal Representative of Christoffer Mikael Carstanjen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3208.    Miriam Horrocks is a surviving Spouse and Personal Representative of Michael Robert Horrocks, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3209.    Ruth Green Aron is a surviving Parent of Joshua Todd Aron, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3210.    Michael E. Flagg is a surviving Child and Personal Representative of Darlene Embree Flagg, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3211. Michael E. Flagg is a surviving Child and Beneficiary of Wilson Falor Flagg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3212. James T. Bueche is a surviving Spouse and Personal Representative of Nancy Clare Bueche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3213. Helen R. Mcnulty is a surviving Parent of Nancy Clare Bueche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3214. Martin L. Mcnulty is a surviving Sibling of Nancy Clare Bueche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3215. Mary Ellen McNulty is a surviving Sibling of Nancy Clare Bueche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3216.    Stephen J. Mcnulty is a surviving Sibling of Nancy Clare Bueche, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3217.    Devora Wolk Pontell is a surviving Spouse and Personal Representative of Darin Howard Pontell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3218.    Meredith H. Rothenberg is a surviving Spouse and Personal Representative of Mark D. Rothenberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3219.    Diane J. Veling is a surviving Spouse and Personal Representative of Lawrence J. Veling, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3220.    Marcella J. Tuohy is a surviving Sibling of Lawrence J. Veling, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3221.    Marcella T. Veling is a surviving Parent of Lawrence J. Veling, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3222.    Teresa Veling Czark is a surviving Sibling of Lawrence J. Veling, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3223.    Maureen Kelly is a surviving Spouse and Personal Representative of Mark G. Ludvigsen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3224.    Frances Santore is a surviving Spouse and Personal Representative of John A. Santore, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3225.    Richard A. George is a surviving Parent and Personal Representative of Linda George, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3226.    Carolyn M. George is a surviving Parent of Linda George, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3227.     Jules P. Aronson is a surviving Sibling and Personal Representative of Myra Joy Aronson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3228.     Migdalia Ramos is a surviving Spouse and Personal Representative of Harry Ramos, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3229.     Charlette Thompson is a surviving Spouse and Personal Representative of Perry Thompson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3230.     Gregory Addamo is a surviving Parent and Personal Representative of Christy A. Addamo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3231.     Rita Addamo is a surviving Parent and Personal Representative of Christy A. Addamo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3232.     Dawn Addamo is a surviving Sibling of Christy A. Addamo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3233.    Andrea Gale Doctor is a surviving Spouse and Personal Representative of Johnnie Doctor, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3234.    Elaine Doctor Mcgraw is a surviving Sibling of Johnnie Doctor, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3235.    Evelena Doctor is a surviving Parent of Johnnie Doctor, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3236.    Evon Baumgardner is a surviving Sibling of Johnnie Doctor, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3237.    JoAnn Doctor is a surviving Sibling of Johnnie Doctor, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3238.    Shelton Doctor is a surviving Sibling of Johnnie Doctor, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3239.    William L Doctor is a surviving Sibling of Johnnie Doctor, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3240.    Elise S. Guadalupe is a surviving Spouse and Personal Representative of Jose Antonio Guadalupe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3241.    Frank Tatum is a surviving Child of Diane Moore Parsons, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3242.    Karen Tatum is a surviving Child of Diane Moore Parsons, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3243.    Jessica Bors is a surviving Sibling of Vishnoo Ramsaroop, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3244. William H. Robotham, III is a surviving Spouse of Michell L. Robotham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3245. Gina Giovanniello is a surviving Sibling of Doreen J. Angrisani, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3246. Ralph Angrisani is a surviving Sibling of Doreen J. Angrisani, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3247. Donna D. Teepe is a surviving Spouse and Personal Representative of Karl W. Teepe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3248. Adam Karl Teepe is a surviving Child of Karl W. Teepe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3249.    Wendy Teepe Green is a surviving Child of Karl W. Teepe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3250.    Doe AP279 is a surviving Parent and Co-Administrators of Decedent Doe AP279, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3251.    Doe AP273 is a surviving Sibling and Co-Administrators of Decedent Doe AP273, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3252.    Doe AP281 is a surviving Sibling of Decedent Doe AP281, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3253.    Doe AP280 is a surviving Parent of Decedent Doe AP280, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3254.    Tennyson Huie is a surviving Parent and Personal Representative of Susan Huie, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3255.    Gordon Huie is a surviving Sibling of Susan Huie, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3256.    Michael W. Casey is a surviving Spouse and Personal Representative of Neilie Anne Heffernan Casey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3257.    Anne T. Heffernan is a surviving Parent of Neilie Anne Heffernan Casey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3258.    Angel L. Juarbe, Sr. is a surviving Parent of Angel L. Juarbe, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3259.    Miriam Juarbe is a surviving Parent of Angel L. Juarbe, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3260.     Joel Statkevicus is a surviving Sibling of Derek James Statkevicus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3261.     Joseph R. Statkevicus is a surviving Parent of Derek James Statkevicus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3262.     Nancy Statkevicus is a surviving Parent of Derek James Statkevicus, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3263.     Irinie Guiguis is a surviving Spouse and Personal Representative of Albert W. Elmarry, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3264.     Elizabeth Davila-Lopez is a surviving Spouse and Personal Representative of Daniel Lopez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3265.     David M. Yancey is a surviving Spouse and Personal Representative of Vicki L. Yancey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3266.     Robert J. Deming is a surviving Sibling of Francis Deming, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3267.     Rosemary Deming-Phalon is a surviving Sibling of Francis Deming, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3268.     Rosemary Deming-Phalon is a surviving Sibling of Francis Deming, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3269.     Sheila A. Kiernan is a surviving Spouse and Personal Representative of Christopher R. Zarba, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3270.     Ruth M. Fangman is a surviving Parent and Personal Representative of Robert John Fangman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3271. Carole L. Ricci is a surviving Sibling of Robert John Fangman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3272. Deborah A. Fangman is a surviving Sibling of Robert John Fangman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3273. Michael W. Fangman is a surviving Sibling of Robert John Fangman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3274. Paul M. Fangman is a surviving Sibling of Robert John Fangman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3275. Stephen G. Fangman is a surviving Sibling of Robert John Fangman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3276. Theresa M. Frakes is a surviving Sibling of Robert John Fangman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3277.    Lisa Weems is a surviving Spouse and Personal Representative of William Michael Weems, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3278.    Vincent H. Bailey is a surviving Parent and Personal Representative of Andrew Joseph Bailey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3279.    Christine Goggins is a surviving Sibling of Andrew Joseph Bailey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3280.    Paula Bailey is a surviving Sibling of Andrew Joseph Bailey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3281.    Jenna Tinley Mather is a surviving Child of Michael Ernest Tinley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3282.    Lisa Kennedy is a surviving Child of Michael Ernest Tinley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3283.    Mary Lou Lee is a surviving Spouse and Personal Representative of Chih Min Foo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3284.    Nancy Yambem is a surviving Spouse and Personal Representative of Jupiter Yambem, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3285.    Peter Herbert Hopwood is a surviving Parent and Personal Representative of Dinah Webster, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3286.    Clive Hopwood is a surviving Sibling of Dinah Webster, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3287.    Sonia Hopwood is a surviving Parent of Dinah Webster, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3288.    Zoe Louise Ghirarduzzi is a surviving Child of Dinah Webster, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3289.    Suzanne P. McDermott is a surviving Sibling and Personal Representative of Matthew Thomas McDermott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3290.    Jacqueline A. McDdermott is a surviving Parent of Matthew Thomas McDermott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3291.    John E. McDermott is a surviving Parent of Matthew Thomas McDermott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3292.    John C. Mcdermott is a surviving Sibling of Matthew Thomas McDermott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3293.     Margaret McDermott is a surviving Sibling of Matthew Thomas McDermott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3294.     Irene Lesiw is a surviving Sibling and Personal Representative of John Skala, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3295.     Jaroslawa Skala is a surviving Sibling of John Skala, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3296.     Michael Skala is a surviving Sibling of John Skala, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3297.     Virginia A. Quinn is a surviving Spouse and Personal Representative of Ricardo J. Quinn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3298.     Anna Maria Morales is a surviving Parent of Ricardo J. Quinn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3299. Bernard J. Quinn is a surviving Sibling of Ricardo J. Quinn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3300. Gregory Quinn is a surviving Sibling of Ricardo J. Quinn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3301. Nicholas Monaco is a surviving Child of Ricardo J. Quinn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3302. Charles R. Peterson is a surviving Child and Beneficiary of Donald A. Peterson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3303. D. Hamilton Peterson is a surviving Child and Personal Representative of Donald A. Peterson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3304.   John B. Snyder is a surviving Spouse and Personal Representative of Dianne Bullis Snyder, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3305.   Lourdes Lebron is a surviving Sibling of Waleska Martinez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3306.   Laurie Miller Laychak is a surviving Spouse and Personal Representative of David William Laychak, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3307.   Haydee C. Lillo is a surviving Spouse and Personal Representative of Carlos R. Lillo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3308.   Elaine M. Atwood (parent) is a surviving Parent of Gerald T. Atwood, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3309.   Elaine M. Atwood (sibling) is a surviving Sibling of Gerald T. Atwood, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3310.    Gerald Atwood is a surviving Parent of Gerald T. Atwood, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3311.    Gregory P. Atwood is a surviving Sibling of Gerald T. Atwood, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3312.    Jane M. Duffy is a surviving Sibling of Gerald T. Atwood, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3313.    John G. Atwood is a surviving Sibling of Gerald T. Atwood, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3314.    Raymond J. Atwood is a surviving Sibling of Gerald T. Atwood, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3315.    Nancy Brandemarti is a surviving Parent and Personal Representative of Nicholas W. Brandemarti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3316.    Nicholas M. Brandemarti is a surviving Parent and Personal Representative of Nicholas W. Brandemarti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3317.    Jason Brandemarti is a surviving Sibling of Nicholas W. Brandemarti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3318.    Nicole Brandemarti is a surviving Sibling of Nicholas W. Brandemarti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3319.    Eric J. Pitman is a surviving Parent and Personal Representative of Christopher Todd Pitman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3320.    Johanna L. Kmetz is a surviving Sibling of Margaret R. Echtermann, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3321.    Edward P. Bracken is a surviving Sibling of Lucy Fishman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3322.    Mary Bracken is a surviving Parent of Lucy Fishman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3323.    Doe AP267 is a surviving Parent and Personal Representative of Decedent Doe AP267, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3324.    Doe AP264 is a surviving Sibling of Decedent Doe AP264, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3325.    Doe AP265 is a surviving Sibling of Decedent Doe AP265, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3326.    Doe AP266 is a surviving Sibling of Decedent Doe AP266, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3327.    Doe AP263 is a surviving Parent of Decedent Doe AP263, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3328.    Doe AP282 is a surviving Parent and Personal Representative of Decedent Doe AP282, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3329.    Doe AP283 is a surviving Parent of Decedent Doe AP283, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3330.    Joseph P. Langley is a surviving Sibling and Personal Representative of Mary Lou Langley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3331.    Linda D'Atri is a surviving Spouse and Personal Representative of Edward A. D'Atri, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3332.    Neil Blass is a surviving Parent and Personal Representative of Craig Michael Blass, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3333.    Barbara Blass is a surviving Parent of Craig Michael Blass, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3334.    Keith Blass is a surviving Sibling of Craig Michael Blass, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3335.    Raina Wallens is a surviving Spouse and Personal Representative of Matthew Blake Wallens, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3336.    Ashley Jordan Wallens is a surviving Sibling of Matthew Blake Wallens, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3337.     Eileen Mosca is a surviving Sibling of Kathleen Ann Hunt Casey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3338.     Maureen Hunt is a surviving Sibling of Kathleen Ann Hunt Casey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3339.     Elizabeth Gail Hayden is a surviving Spouse and Personal Representative of James E. Hayden, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3340.     Kathleen Maloney is a surviving Spouse and Personal Representative of Joseph Maloney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3341.     Patricia N. Papa is a surviving Spouse of Edward J. Papa, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3342.     Haim Chalouh is a surviving Sibling and Personal Representative of Eli Chalouh, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3343.    Jennifer R. Gardner is a surviving Spouse and Personal Representative of Douglas B. Gardner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3344.    Arvette D. Harris is a surviving Parent and Personal Representative of Aisha Ann Harris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3345.    Marcus J. Harris is a surviving Sibling of Aisha Ann Harris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3346.    Robert Harris, Jr. is a surviving Parent of Aisha Ann Harris, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3347.    Joan W. Winton is a surviving Parent and Personal Representative of David H. Winton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3348.     Sara E. Winton is a surviving Sibling of David H. Winton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3349.     William H. Fields, Sr. is a surviving Spouse and Personal Representative of Amelia V. Fields, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3350.     Tracey Clark Bourke is a surviving Child and Personal Representative of Sarah Miller Clark, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3351.     Joyce Oxley is a surviving Sibling of Susan M. Pollio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3352.     Sandra Gonzales is a surviving Sibling of Susan M. Pollio, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3353.     Annie Marie Carter is a surviving Sibling of Virginia E. Fox, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3354.   LaShawn Dickens is a surviving Parent and Personal Representative of Rodney Alonzo Dickens, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3355.   Clifton Cottom is a surviving Parent and Personal Representative of Asia SiVon Cottom, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3356.   Michelle Cottom is a surviving Parent and Personal Representative of Asia SiVon Cottom, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3357.   Hedi N. Kershaw is a surviving Spouse and Personal Representative of Ralph Francis Kershaw, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3358.   Kenneth P. Ambrose is a surviving Parent and Personal Representative of Paul Wesley Ambrose, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3359.    Sharon Ambrose is a surviving Parent and Personal Representative of Paul Wesley Ambrose, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3360.    Bernard Curtis Brown, I is a surviving Parent and Personal Representative of Bernard Curtis Brown, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3361.    Sinita Brown is a surviving Parent and Personal Representative of Bernard Curtis Brown, II, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3362.    C. Lee Hanson is a surviving Grandparent and Personal Representative of Christine Lee Hanson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3363.    Jill Zangrilli is a surviving Spouse and Personal Representative of Mark Zangrilli, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3364.    Elaine S. Teague is a surviving Parent and Personal Representative of Sandra D. Teague, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3365. Alison Henderson is a surviving Sibling and Personal Representative of Christopher Sean Caton, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3366. William G. Dewan is a surviving Sibling of Gerard P. Dewan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3367. Rhonda Lopez is a surviving Spouse and Personal Representative of Maclovio Lopez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3368. Michael Noel is a surviving Parent and Personal Representative of Curtis T. Noel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3369. Theresa Noel is a surviving Parent and Personal Representative of Curtis T. Noel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3370.    Christine M. Munson-Hayes is a surviving Child of Theresa Ann Munson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3371.    Sentija Jovic is a surviving Spouse and Personal Representative of Anthony Jovic, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3372.    Edgar B. Wooley, III is a surviving Sibling of David T. Wooley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3373.    Mary Otto is a surviving Parent of David T. Wooley, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3374.    Gloria E. Calderon is a surviving Spouse and Personal Representative of Jose Orlando Calderon-Olmedo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3375.    Dina M. Schott is a surviving Spouse and Personal Representative of Frank G. Schott, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3376.    Steven A. Supinski is a surviving Parent and Personal Representative of Colleen M. Supinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3377.    Benjamin Supinski is a surviving Sibling of Colleen M. Supinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3378.    Nathan Supinski is a surviving Sibling of Colleen M. Supinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3379.    Noreen Supinski is a surviving Parent of Colleen M. Supinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3380.    Lynn A. Olcott is a surviving Spouse and Personal Representative of Gerald M. Olcott, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3381.    Samuel J. Laforte is a surviving Sibling of Michael LaForte, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3382.    Frances M. Garvey is a surviving Parent and Personal Representative of Matthew D. Garvey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3383.    Aimee E Garrison is a surviving Sibling and Personal Representative of Suzanne Kondratenko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3384.    Caroline Kondratenko is a surviving Sibling of Suzanne Kondratenko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3385.    Eric Kondratenko is a surviving Parent of Suzanne Kondratenko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3386.    Katherine J Kondratenko is a surviving Sibling of Suzanne Kondratenko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3387.    Patricia Kondratenko is a surviving Parent of Suzanne Kondratenko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3388.    Patricia Kondratenko-Collins is a surviving Sibling of Suzanne Kondratenko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3389.    Sarah M. Kondratenko is a surviving Sibling of Suzanne Kondratenko, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3390.    Harry J. Powell is a surviving Parent and Personal Representative of Brandon J. Powell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3391.    Norma L. Powell is a surviving Parent of Brandon J. Powell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3392.    Dawn McAleese is a surviving Spouse and Personal Representative of Brian G. McAleese, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3393.    Deryck D Lindo is a surviving Spouse and Personal Representative of Nickie Lindo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3394.    Anna Rasmussen is a surviving Spouse and Personal Representative of Robert A. Rasmussen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3395.    Carol A Brethel is a surviving Spouse and Personal Representative of Daniel J Brethel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3396.    Helenora M. Farrell is a surviving Spouse and Personal Representative of Terrence Patrick Farrell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3397.    Dolores Murphy is a surviving Parent of Patrick Sean Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3398.    Thomas Murphy is a surviving Parent of Patrick Sean Murphy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3399.    Christopher R. Forbes is a surviving Sibling and Personal Representative of Del Rose Forbes-Cheatham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3400.    Carlton Forbes is a surviving Sibling of Del Rose Forbes-Cheatham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3401.    Dorrette Williams is a surviving Sibling of Del Rose Forbes-Cheatham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3402.    Dunston Forbes is a surviving Parent of Del Rose Forbes-Cheatham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3403.     Seelochini Liriano is a surviving Spouse and Personal Representative of Francisco Alberto Liriano, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3404.     Maria Teresa Rueda De Torres is a surviving Parent of Luis Eduardo Torres, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3405.     Monica Torres is a surviving Sibling of Luis Eduardo Torres, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3406.     Bernadette M Giuliani is a surviving Sibling of Andrew B. Jordan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3407.     Elizabeth Kobel is a surviving Sibling of Andrew B. Jordan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3408.     Ellen Green is a surviving Sibling of Andrew B. Jordan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3409.    Ellen Jordan is a surviving Parent of Andrew B. Jordan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3410.    John C. Jordan is a surviving Sibling of Andrew B. Jordan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3411.    Margaret Gregory is a surviving Sibling of Andrew B. Jordan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3412.    Mary B Jordan-Potash is a surviving Sibling of Andrew B. Jordan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3413.    Thomas P Jordan is a surviving Sibling of Andrew B. Jordan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3414.    Thomas Jordan is a surviving Parent of Andrew B. Jordan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3415.    Maureen Murphy is a surviving Sibling of David Michael Ruddle, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3416.    Margaret Sutcliffe is a surviving Spouse of Robert Sutcliffe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3417.    Patricia Sutcliffe is a surviving Parent of Robert Sutcliffe, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3418.    May Marconet is a surviving Sibling and Personal Representative of Waleed Iskandar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3419.    Kathleen Cappers is a surviving Spouse and Personal Representative of James C. Cappers, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3420.    Maura A. Coughlin is a surviving Spouse of Timothy J. Coughlin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3421.    Jennifer Damaskinos is a surviving Spouse and Personal Representative of Thomas Damaskinos, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3422.    Caren Higgins is a surviving Spouse and Personal Representative of Timothy Higgins, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3423.    Teresa Mathai is a surviving Spouse and Personal Representative of Joseph Mathai, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3424.    Hayley Natalie Lehrfeld is a surviving Spouse and Personal Representative of Eric Andrew Lehrfeld, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3425.    Fern Ruhalter is a surviving Spouse and Personal Representative of Adam K. Ruhalter, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3426.    Kelly Colasanti is a surviving Spouse and Personal Representative of Christopher Colasanti, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3427.    Elaine Abate is a surviving Parent and Personal Representative of Vincent Abate, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3428.    Maureen Kennedy is a surviving Spouse and Personal Representative of Robert C. Kennedy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3429.    Catherine Kennedy Miller is a surviving Child of Robert C. Kennedy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3430.    Meredith Andrews is a surviving Child of Robert C. Kennedy, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3431.     Jane Blackwell is a surviving Spouse and Personal Representative of Christopher Blackwell, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3432.     Colleen Cahill is a surviving Spouse and Personal Representative of Michael Cahill, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3433.     Denise Troise is a surviving Sibling of Michael Cahill, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3434.     Evelyn Cahill is a surviving Parent of Michael Cahill, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3435.     James Cahill is a surviving Parent of Michael Cahill, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3436.    Patricia Grzymalski is a surviving Parent and Personal Representative of Matthew James Grzymalski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3437.    Annie Guerrero is the surviving Personal Representative of Roland Pacheco, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3438.    Erika Ann Haub is a surviving Spouse and Personal Representative of Michael Haub, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3439.    Deborah B. Jacobson is a surviving Spouse and Personal Representative of Steven A. Jacobson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3440.    Doe AP242 is a surviving Sibling and Personal Representative of Decedent Doe AP242, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3441.    Laureen Kasper is a surviving Spouse and Personal Representative of Charles Kasper, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3442.    Kara Kasper is a surviving Child of Charles Kasper, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3443.    Melissa Kasper is a surviving Child of Charles Kasper, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3444.    Aubrey J. LaFrance is a surviving Parent of Alan Charles LaFrance, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3445.    Madelyn LaFrance is a surviving Parent of Alan Charles LaFrance, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3446.    Carolann Larsen is a surviving Spouse and Personal Representative of Scott Larsen, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3447.    Carole Leavey is a surviving Spouse and Personal Representative of Joseph Leavey, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3448.    Mi Yong Lee is a surviving Spouse and Personal Representative of Myoung Woo Lee, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3449.    Danielle McGuire is a surviving Spouse and Personal Representative of Patrick McGuire, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3450.    Gopal Mehta is a surviving Parent and Personal Representative of Alok K. Mehta, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3451.    Joanne Meisenheimer is a surviving Spouse and Personal Representative of Raymond Meisenheimer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3452.    Holly Ann Miller is a surviving Spouse and Personal Representative of Craig James Miller, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3453.    Constance Muldowney is a surviving Spouse and Personal Representative of Richard Muldowney, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3454.    Elizabeth Murphy Cooke is a surviving Sibling of James Francis Murphy, IV, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3455.    Helen Marie Sweeney is a surviving Sibling of James Francis Murphy, IV, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3456.    Helen Marie Murphy is a surviving Parent of James Francis Murphy, IV, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3457.    James F. Murphy, III is a surviving Parent of James Francis Murphy, IV, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3458.    Kathleen Marie Murphy is a surviving Sibling of James Francis Murphy, IV, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3459.    Kristin M. Murphy is a surviving Sibling of James Francis Murphy, IV, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3460.    Maria Carmen Penafiel is a surviving Parent and Personal Representative of Hugo Manuel Sanay-Perefiel, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3461.    Edward Prince is a surviving Spouse and Personal Representative of Wanda Prince, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3462.    Marilyn Raines is a surviving Parent of Lisa Joy Raines, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3463.    Charles Scibetta is a surviving Spouse and Personal Representative of Adriana Scibetta, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3464.    Daniel Seaman is a surviving Sibling of Michael Herman Seaman, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3465.    Richard Tipaldi is a surviving Parent of Robert Tipaldi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3466.    Brenda Vandever is a surviving Sibling and Personal Representative of William A. Karnes, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3467.    Murna T. Williams is a surviving Parent of Louie Anthony Williams, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3468.    Carolyn Crutchfield is a surviving Spouse and Personal Representative of Andrew A. Abate, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3469.    Elaine Abate is a surviving Parent of Andrew A. Abate, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3470.    Michael Sztejnberg is a surviving Spouse and Personal Representative of Gina Sztejnberg, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3471.    Charles Parker, III is the surviving Personal Representative of Douglas Stone, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3472.    Dominic J. Puopolo, Jr. is a surviving Child of Sonia Morales Puopolo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3473.    Gladys H. Salvo is a surviving Spouse and Personal Representative of Samuel Robert Salvo, Jr., one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3474.    David R. Vincent is a surviving Parent and Personal Representative of Melissa Vincent, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3475. Carrie B. Vincent is a surviving Sibling of Melissa Vincent, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3476. Lucille A. Vincent is a surviving Parent of Melissa Vincent, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3477. Matthew D. Vincent is a surviving Sibling of Melissa Vincent, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3478. Susan Wohlforth is a surviving Spouse and Personal Representative of Martin Phillips Wohlforth, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3479. Charles W. Niederer is a surviving Parent and Personal Representative of Martin Stewart Niederer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3480.    Doe AP247 is a surviving Spouse and Personal Representative of Decedent Doe AP247, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3481.    Doe AP252 is a surviving Child of Decedent Doe AP252, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3482.    Doe AP253 is a surviving Child of Decedent Doe AP253, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3483.    Doe AP925 is a surviving Parent and Personal Representative of Decedent Doe AP925, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3484.    Doe AP925 is a surviving Child of Decedent Doe AP925, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3485.    Doe AP925 is a surviving Child of Decedent Doe AP925, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3486.    Ann Simpkin is a surviving Parent and Personal Representative of Jane Louise Simpkin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3487.    Helen C. Simpkin-Whalen is a surviving Sibling of Jane Louise Simpkin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3488.    Frances Ruth Selwyn is a surviving Spouse and Personal Representative of Howard Selwyn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3489.    James Selwyn is a surviving Child of Howard Selwyn, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3490.    Luis S. Samaniego is a surviving Sibling and Personal Representative of Carlos A. Samaniego, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3491.    Eugenia Bogado is a surviving Parent of Carlos A. Samaniego, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3492.    Cecilia Ucedo De Ruiz Diaz is a surviving Parent of Obdulio Ruiz Diaz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3493.    Petronilo Ruiz Diaz Cantero is a surviving Parent of Obdulio Ruiz Diaz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3494.    Anthony Saada is a surviving Sibling of Thierry Saada, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3495.    Cindy Saada is a surviving Sibling of Thierry Saada, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3496.    Gary Saada is a surviving Sibling of Thierry Saada, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3497.    Jean Marc Saada is a surviving Parent of Thierry Saada, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3498.    Martine Saada is a surviving Parent of Thierry Saada, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3499.    Rohy Saada is a surviving Sibling of Thierry Saada, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3500.    Rudy Saada is a surviving Sibling of Thierry Saada, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3501.    Hans J. Gerhardt is a surviving Parent and Personal Representative of Ralph Gerhardt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3502.    Stephen J. Gerhardt is a surviving Sibling of Ralph Gerhardt, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3503.    Sigal Shefi Asher is a surviving Spouse and Personal Representative of Hagay Shefi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3504.    Dov Shefi is a surviving Parent of Hagay Shefi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3505.    Esther Shefi is a surviving Parent of Hagay Shefi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3506.    Pazit Shefi Baum is a surviving Sibling of Hagay Shefi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3507.    Yishai Shefi is a surviving Sibling of Hagay Shefi, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3508.    Vyacheslav Ligay is a surviving Spouse and Personal Representative of Zhentta Ligay, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3509.    Dening Lohez is a surviving Spouse and Personal Representative of Jerome Lohez, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3510.    Natalia Mushinski is a surviving Spouse and Personal Representative of Iouri Mouchinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3511.    Alexandra Mouchinskaia is a surviving Parent of Iouri Mouchinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3512.    Iryna Ushakova is a surviving Child of Iouri Mouchinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3513.    Nadejda Grib is a surviving Sibling of Iouri Mouchinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3514.    Olena Pavlova is a surviving Child of Iouri Mouchinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3515.    Vladimir Mushinsky is a surviving Sibling of Iouri Mouchinski, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3516.    Elda Giron is a surviving Spouse and Personal Representative of Fabian Soto, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3517.    Martha Isabel Dominquez is a surviving Spouse and Personal Representative of Alberto Dominguez Piriz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3518.    Alberto Dominguez is a surviving Child of Alberto Dominguez Piriz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3519.    Alvaro Dominguez is a surviving Child of Alberto Dominguez Piriz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3520.    Carlos Dominguez Perez is a surviving Sibling of Alberto Dominguez Piriz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3521.    Diego Dominguez is a surviving Child of Alberto Dominguez Piriz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3522.    Maria Reina Dominguez Piriz is a surviving Sibling of Alberto Dominguez Piriz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3523.    Virginia Martha Dominguez is a surviving Child of Alberto Dominguez Piriz, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3524.    Michel Braut is a surviving Parent of Patrice Braut, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3525.    Paola Storer is a surviving Parent of Patrice Braut, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3526.    Hajime Kuge is a surviving Parent of Toshiya Kuge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3527.    Naoya Kuge is a surviving Sibling of Toshiya Kuge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3528.    Yachiyo Kuge is a surviving Parent of Toshiya Kuge, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3529.    Shidong Zheng is a surviving Child and Beneficiary of Shuyin Yang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3530.    Rui Zheng is a surviving Child and Personal Representative of Shuyin Yang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3531.    Rui Zheng is a surviving Child and Personal Representative of Yuguang Zheng, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3532.    Shidong Zheng is a surviving Child of Yuguang Zheng, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3533.    Patricia Bingley is a surviving Parent of Kevin Dennis, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3534.    Britt Ehnar is a surviving Parent of David Tengelin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3535. Patric Tengelin is a surviving Sibling of David Tengelin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3536. Petra Ehnar is a surviving Sibling of David Tengelin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3537. Lachman Parbhu is a surviving Sibling and Personal Representative of Hardai Parbhu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3538. Denesh N. Parbhu is a surviving Sibling of Hardai Parbhu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3539. Gangadei Ramrup is a surviving Sibling of Hardai Parbhu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3540. Kenneth Persaud is a surviving Sibling of Hardai Parbhu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-

Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3541.    Parboti Parbhu is a surviving Sibling of Hardai Parbhu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3542.    Rajaram Parbhu is a surviving Sibling of Hardai Parbhu, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3543.    Ajitha Vemulapalli is a surviving Spouse and Personal Representative of Suresh Yanamadala, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3544.    Manish Rai is a surviving Sibling of Deepika Sattaluri, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3545.    Iris Kramer is a surviving Sibling of Shai Levinhar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3546.     Judy Levinhar is a surviving Parent of Shai Levinhar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3547.     Liat Levinhar is a surviving Spouse of Shai Levinhar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3548.     Mor Levinhar is a surviving Sibling of Shai Levinhar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3549.     Raz Levinhar is a surviving Sibling of Shai Levinhar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3550.     Zvi Levinhar is a surviving Parent of Shai Levinhar, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3551.     Helen Katrina Dawson is a surviving Parent of Anthony Richard Dawson, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were

carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3552.    Margaret H. Owen is a surviving Parent and Personal Representative of Melanie Louise DeVere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3553.    David DeVere is a surviving Parent of Melanie Louise DeVere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3554.    Frederick DeVere is a surviving Sibling of Melanie Louise DeVere, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3555.    Doe AP287 is a surviving Sibling of Decedent Doe AP287, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3556.    Elizabeth Rachel Turner is a surviving Spouse and Personal Representative of Simon James Turner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3557.    John Richard Turner is a surviving Parent of Simon James Turner, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3558.    Catherine Mary Ross is a surviving Parent of Jeremy Mark Carrington, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3559.    Doe AP274 is a surviving Sibling of Decedent Doe AP274, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3560.    Doe AP272 is a surviving Parent of Decedent Doe AP272, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3561.    Sarah Jane Carrington is a surviving Sibling of Jeremy Mark Carrington, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3562.    Laurence Cunningham is a surviving Parent of Michael J. Cunningham, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried

out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3563.    Maureen Elizabeth Basnicki is a surviving Spouse and Personal Representative of Kenneth William Basnicki, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3564.    Chris Basnicki is a surviving Sibling of Kenneth William Basnicki, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3565.    Jean Basnicki is a surviving Parent of Kenneth William Basnicki, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3566.    Robert J. Basnicki is a surviving Sibling of Kenneth William Basnicki, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3567.    William Basnicki is a surviving Parent of Kenneth William Basnicki, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3568.     Kui Liong Lee is a surviving Spouse and Personal Representative of Siew-Nya Ang, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3569.     Laura Walker is a surviving Spouse and Personal Representative of Benjamin James Walker, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3570.     Doe AP275 is a surviving Parent and Co-Administrators of Decedent Doe AP275, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3571.     Doe AP276 is a surviving Parent and Co-Administrators of Decedent Doe AP276, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3572.     Doe AP243 is a surviving Sibling of Decedent Doe AP243, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3573.     Doe AP250 is a surviving Not Related and Personal Representative of Decedent Doe AP250, one of the Decedents murdered as a result of the terrorist attacks of September 11,

2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3574. Denise Egan is a surviving Sibling of Christine Egan, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3575. Alfredo Pocasangre is a surviving Parent of Ana Gloria deBarrera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3576. Ivonne Pocasangre Lopez is a surviving Sibling of Ana Gloria deBarrera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3577. Maria Luisa Pocasangre is a surviving Parent of Ana Gloria deBarrera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3578. Omar Wilfredo Pocasangre is a surviving Sibling of Ana Gloria deBarrera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3579.     Pedro E. Pocasangre is a surviving Sibling of Ana Gloria deBarrera, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3580.     Susan Wallace is a surviving Spouse and Personal Representative of Roy Wallace, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3581.     Doe AP254 is a surviving Spouse and Personal Representative of Decedent Doe AP254, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3582.     Doe AP262 is a surviving Sibling of Decedent Doe AP262, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3583.     Doe AP261 is a surviving Parent of Decedent Doe AP261, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3584.     William Jorn Skead is a surviving Spouse and Personal Representative of Christine Sheila McNulty, one of the Decedents murdered as a result of the terrorist attacks of

September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3585.    Catherine McNulty is a surviving Sibling of Christine Sheila McNulty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3586.    Clive McNulty is a surviving Sibling of Christine Sheila McNulty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3587.    Helen McNulty is a surviving Sibling of Christine Sheila McNulty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3588.    Jennifer McNulty-Ahern is a surviving Sibling of Christine Sheila McNulty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3589.    Luke McNulty is a surviving Sibling of Christine Sheila McNulty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3590.    Mike McNulty is a surviving Sibling of Christine Sheila McNulty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3591.    Margaret Alexandra Clarke is a surviving Parent and Personal Representative of Suria R. E. Clarke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3592.    John A.G. Clarke is a surviving Sibling of Suria R. E. Clarke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3593.    Thomas J.W. Clarke is a surviving Sibling of Suria R. E. Clarke, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3594.    Public Administrator of Suffolk County is the surviving Personal Representative of Benilda Domingo, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3595.    Doe AP291 is a surviving Parent and Co-Administrators of Decedent Doe AP291, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that

were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3596.   Doe AP288 is a surviving Parent and Co-Administrators of Decedent Doe AP288, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3597.   Doe AP292 is a surviving Sibling of Decedent Doe AP292, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3598.   Beverly Hall is a surviving Spouse and Personal Representative of Vaswald George Hall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3599.   Yanique Hall is a surviving Child of Vaswald George Hall, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3600.   Haruhiro Shiratori is a surviving Parent of Atsushi Shiratori, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3601.    Sachiko Shiratori is a surviving Parent of Atsushi Shiratori, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3602.    Elizabeth Louise Moran is a surviving Spouse and Personal Representative of John Christopher Moran, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3603.    Betty E. Moran is a surviving Parent of John Christopher Moran, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3604.    Kevin M. Moran is a surviving Sibling of John Christopher Moran, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3605.    Rogelio R. Escarcega is a surviving Spouse and Personal Representative of Sarah Ali Escarcega, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3606.    Robert W. Beatty is a surviving Spouse and Personal Representative of Jane Beatty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3607.    Brent McIntosh is a surviving Child of Jane Beatty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3608.    Drew McIntosh is a surviving Child of Jane Beatty, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3609.    Anna V. Ivantsov is a surviving Spouse and Personal Representative of Aleksandr Ivantsov, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3610.    Doe AP271 is a surviving Parent of Decedent Doe AP271, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3611.    Jane Marie Thompson is a surviving Sibling of Sarah Anne Redheffer, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3612.    Doe AP270 is a surviving Parent of Decedent Doe AP270, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3613.    Charles Thomas Wells is a surviving Parent and Personal Representative of Vincent Michael Wells, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3614.    Julia Ann Wells is a surviving Parent and Personal Representative of Vincent Michael Wells, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3615.    Doe AP278 is a surviving Sibling of Decedent Doe AP278, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3616.    Doe AP277 is a surviving Sibling of Decedent Doe AP277, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3617.    Nicola Napier is a surviving Spouse and Personal Representative of Alexander Napier, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001,

that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3618.    Gerald Napier is a surviving Parent of Alexander Napier, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3619.    Marjorie Napier is a surviving Parent of Alexander Napier, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3620.    Mark Napier is a surviving Sibling of Alexander Napier, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3621.    Birther Laurencin-Bannister is a surviving Child of Charles Augustus Laurencin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3622.    Jercienne Laurencin is a surviving Child of Charles Augustus Laurencin, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3623.    Manuel Llanos Morocho is a surviving Sibling of Leonel G. Morocho, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3624.    Maria Morocho Sanchez is a surviving Parent of Leonel G. Morocho, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3625.    Manuel Llanos Morocho is a surviving Sibling of Blanca Morocho, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

3626.    Maria Morocho Sanchez is a surviving Parent of Blanca Morocho, one of the Decedents murdered as a result of the terrorist attacks of September 11, 2001, that were carried out by al-Qaeda and Osama bin Laden, and to which Iran and the Iranian Defendants provided material support and assistance in furtherance of the attacks.

## **DEFENDANTS**

### *Islamic Republic of Iran and Iran's State Actors*

3627.   Defendant Islamic Republic of Iran ("Iran") is a foreign state within the meaning of 28 U.S.C. § 1391(f).   Iran maintains an Interest Section within the United States at the Embassy of Pakistan at 2204 Wisconsin Avenue, N.W., Washington, D.C. 20007.

3628.   Iran has been waging virtually an undeclared war against the United States and Israel for thirty years.  Iran wages this undeclared war through asymmetrical, or unconventional, strategies and terrorism, often through proxies such as Hezbollah, HAMAS, al-Qaeda and others.

3629.   Iran has for many years been designated as a foreign state that sponsors terrorism within the meaning of the Export Administration Act of 1979, 50 U.S.C. App. §2405(j), and the Foreign Assistance Act of 1961, 22 U.S.C. §2371(a) and (b).  Iran has been so designated by the U.S. Department of State every year since 1984.  Iran has repeatedly been found liable under the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, *et seq*., for deaths and injuries caused by its activities as a state sponsor of international terrorism, particularly in connection with acts perpetrated by the paramilitary terrorist organization sponsored by Iran known as "Hizballah" or "Hezbollah."  Iran's involvement in international terrorism has been documented in a long line of cases in both this Court and the United States District Court of the District of Columbia, including recent decision in *Estate of Heiser v. Islamic Republic of Iran,* 659 F. Supp. 2d 20 (D.D.C. 2009), *Valor v. Islamic Republic of Iran,* 700 F. Supp. 2d 52 (D.D.C. 2010) and *Havlish v. bin Laden,* 2012 WL 3090979 (S.D.N.Y. 2012).  *See also* Findings of Fact and Conclusions of Law entered by the Honorable George B. Daniels in *Havlish, et al. v. bin Laden, et al.* on December 22, 2011.

3630.   Since the time Iran was designated by the State Department as a state sponsor of terrorism, a large body of evidence has been collected and analyzed which shows conclusively that Iran views terrorism as an instrument of state policy, like diplomacy or military power – a tool to be used to further political objectives.  The evidence shows that Iran has, over the years, directly carried out assassinations, bombings, and other terrorist acts against its enemies, and Iran has also carried out such terrorist acts through its terrorist proxy, Hezbollah.  Iran has also

provided direct and indirect support to international terrorist group, sometimes directly, and other times through Hezbollah, in the form of money, training, sanctuary, documentation, intelligence, weapons and other types of assistance.  Al-Qaeda is one such terrorist organization that has received direct and material support from Iran and Hezbollah.

3631.  To carry out its policy of terrorism and support for terrorist groups, Iran has created and used government organizations including intelligence ministries, the military, and various types of quasi-governmental companies and entities which are directly answerable to, and receive instruction from, the Islamic regime in power in Iran.  Some of these entities are named herein as state actors, *i.e.* part and parcel of the Islamic Republic of Iran; others are named herein as the "Instrumentality Defendants."

3632.  As described herein, Iran acted through its officials, officers, agents, employees, agencies and instrumentalities in providing direct and material support, and resources, to Defendant al-Qaeda.  The support provided by Iran included assistance in, and contribution to, the preparation and execution of the plans that culminated in the hijacked flights, the extrajudicial killings of the 9/11 Decedents, and the injuries to the surviving plaintiffs.

3633.  The following individuals and governmental entities of Iran are named as Defendants in this action:

a)      Defendant Ayatollah Ali Hoseini-Khamenei ("Khamenei"), the most important and powerful official in Iran, has been the Supreme Leader of the Islamic Republic of Iran since 1989.  Khamenei is the commander-in-chief of the armed forces, appoints the head of each military service, and declares war and peace for the nation-state of Iran, among many other powers outlined in Article 110 of the Iranian Constitution. Ayatollah Khamenei's power is, as his title suggests, supreme.  He is the head of state,

and, for all intents and purposes, Khamenei is the Iranian government.  His term of office is unlimited.  Defendant Khamenei has a long record of direct involvement in Iran's material support for terrorism.  In the late 1990s, Khamenei formed a special intelligence apparatus that reported directly to him and worked under his direct control.  This special intelligence apparatus has engaged in the planning, support, and direction of terrorism. Khamenei has been found to be an instrumentality of Iran for purposes of liability and damages under the Foreign Sovereign Immunities Act.  *See, e.g., Flatow v. Islamic Republic of Iran,* 999 F. Supp. 1(D.D.C. 1998).  As head of the Iranian state, Khamenei is responsible for formulating and executing the nation's policy of supporting terrorism and terrorist groups such as Defendant al-Qaeda.  As a government agent, Khamenei maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.

b)      Defendant Ali Akbar Hashemi Rafsanjani ("Rafsanjani") is one of the wealthiest individuals in Iran, and he has held a number of top positions in Iran's government.  From 1989 to 1997, Rafsanjani was the president of Iran; from 1981 to 1989, he was the speaker of the Iranian parliament.  Currently, Rafsanjani has headed two important bodies established by the Iranian Constitution:  the Assembly of Experts and the Expediency Council.  Defendant Rafsanjani has a long record of direct involvement in Iran's material support for terrorism.   Rafsanjani was instrumental in planning, sponsoring, and hosting several meetings in Iran with leaders of al-Qaeda and other worldwide terrorists.  It was at these meetings that the plans for the September 11, 2001

terrorist attacks were discussed and finalized.   As a government agent, Rafsanjani maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.  In addition, it is believed that Rafsanjani holds a financial interest in several properties throughout the United States.

c) Defendant Iranian Ministry of Information and Security ("MOIS") is a political subdivision of the nation-state the Islamic Republic of Iran.  This agency has core functions which are governmental, not commercial, in nature.  This agency was established by law, its head is appointed by the president subject to confirmation by the parliament, its budget is proposed by the president and approved by the parliament, and its funding comes almost entirely from general tax revenues.  Iran's MOIS is a well-funded and skilled intelligence agency with an annual budget between $100 million and $400 million.  MOIS has been a key instrument of the government of Iran for its material support of terrorist groups like Hezbollah and as a terrorist agency of the Iranian government.  Many of the U.S. State Department reports on global terrorism over the past twenty-five (25) years refer to MOIS as Iran's key facilitator and director of terrorist attacks.  MOIS has been found to be an instrumentality of Iran for purposes of liability and damages under the Foreign Sovereign Immunities Act.  *See, e.g., Sutherland. v. Islamic Republic of Iran,* 151 F. Supp. 2d 27, 53 n. 6 (D.D.C. 2001). With a large budget and extensive organization, MOIS is one of the most powerful ministries in the Iranian government.  The ministry has traditionally operated under the guidance of the *Velayat-e Faqih* apparatus of the Supreme Leader.

d) Defendant Islamic Revolutionary Guard Corps ("IRGC") is a political/military subdivision of the nation-state the Islamic Republic of Iran. This agency has core functions which are governmental in nature. The IRGC was established by the Iranian constitution, which sets forth the IRGC's responsibilities and powers. The IRGC reports directly to Iran's Supreme Leader, and it operates as an agent and instrumentality of the Supreme Leader himself. The IRGC is a military force parallel to the regular Iranian military and to the formal governmental structure. The IRGC's funding comes in large part from general tax revenues, yet the IRGC also owns and controls hundreds of companies and commercial interests, and it holds billions of dollars in military, business, and other assets and government contracts. The IRGC has a special foreign division, known as the Qods (or Quds or "Jerusalem") Force, which is the arm of the IRGC that works with militant organizations abroad and promotes terrorism overseas. The Qods Force has a long history of engaging in coups, insurgencies, assassinations, kidnappings, bombings, and arms dealing, and it is one of the most organized, disciplined, and violent terrorist organizations in the world. The U.S. State Department has designated the IRGC as a "foreign terrorist organization," and the U.S. Treasury Department has designated the IRGC-Qods Force as a "terrorist organization." As a government agency, the IRGC maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor, New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.

e)    Defendant Hezbollah (alternatively spelled "Hizballah") is a surrogate of Iran's MOIS through which the Iranian government executes many of its terrorist plans. The goal of Hezbollah was to bring the ideals of the Islamic Revolution in Iran to Lebanon.   Hezbollah is funded, directed, and controlled by the Iranian government. President Clinton issued Executive Order 12947 on January 23, 1995, which named Hezbollah a Specially Designated Terrorist, along with 11 other organizations, which has committed, or posed a significant risk of committing, acts of violence which threatened to disrupt the Middle East peace process.   *See* 60 Fed. Reg. 5079 (Jan. 25, 1995).   On October 8, 1997, the U.S. Department of State further designated Hezbollah as a Foreign Terrorist Organization pursuant to the Immigration and Nationality Act, 8 U.S.C. §1189. *See* 62 Fed. Reg. 52650 (Oct. 8, 1997).   A Foreign Terrorist Organization is one that engages in terrorist activity or terrorism, or retains the capability and intent to engage in terrorist activity, and whose terrorist activity or terrorism threatens the security of the U.S. nationals or the national security of the United States. In the wake of the attacks of September 11, 2001, which are the bases of this Complaint, President George W. Bush issued Executive Order 13224 on September 23, 2001, which identified 12 individuals and 15 entities that were continuing and immediate threats to the security of U.S. nationals and the United States.   *See* 66 Fed. Reg. 49079 (Sept. 25, 2001).   Pursuant to this Order, on October 31, 2001, the U.S. Department of State designated Hezbollah as a Specially Designated Global Terrorist.   *See* 67 Fed. Reg. 12633-34 (Mar. 19, 2002). Hezbollah, as a government agency, maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor, New York, NY 10017, or through the Iranian Interest

Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007, or through the Permanent Representative of Lebanon to the United Nations, 866 United National Plaza, Room 531-533, New York, NY 10017.

f)      Defendant Iranian Ministry of Economic Affairs and Finance ("IMEAF") is a political subdivision of the nation-state the Islamic Republic of Iran.  This agency has core functions which are governmental, not commercial, in nature.  This agency was established by law, its head is appointed by the president subject to confirmation by the parliament, its budget is proposed by the president and approved by the parliament, and its funding comes almost entirely from general tax revenues.  All Iranian government ministries are responsible for carrying out the policies of the Iranian government, among them state support of terrorism.  The IMEAF, as a government agency, maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.   The IMEAF funnels funds to the Iranian government with knowledge that the Iranian government uses those funds to support its own terrorist activities as well as those of Hezbollah and al-Qaeda.

g)      Defendant Iranian Ministry of Commerce ("IMOC") is a political subdivision of the nation-state the Islamic Republic of Iran.  This agency has core functions which are governmental, not commercial, in nature.  This agency was established by law, its head is appointed by the president subject to confirmation by the parliament, its budget is proposed by the president and approved by the parliament, and its funding comes almost entirely from general tax revenues.  All Iranian government

ministries are responsible for carrying out the policies of the Iranian government, among them state support of terrorism.   The IMOC, as a government agency, maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.   The IMOC funnels funds to the Iranian government with knowledge that the Iranian government uses those funds to support its own terrorist activities as well as those of Hezbollah and al-Qaeda.

h)     Defendant Iranian Ministry of Defense and Armed Forces Logistics ("IMDAFL") is a political/military subdivision of the nation-state the Islamic Republic of Iran.  This agency has core functions which are governmental, not commercial, in nature. This agency was established by law, its head is appointed by the president subject to confirmation by the parliament, its budget is proposed by the president and approved by the parliament, and its funding comes almost entirely from general tax revenues.   All Iranian government ministries are responsible for carrying out the policies of the Iranian government, among them state support of terrorism.   The IMDAFL, as a government agency, maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor, New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.   The IMDAFL funnels funds to the Iranian government with knowledge that the Iranian government uses those funds to support its own terrorist activities as well as those of Hezbollah and al-Qaeda.

i)      Defendant Iranian Ministry of Petroleum is a political subdivision of the nation-state the Islamic Republic of Iran.  This agency has core functions which are governmental, not commercial, in nature.  This agency was established by law, its head is appointed by the president subject to confirmation by the parliament, its budget is proposed by the president and approved by the parliament, and its funding comes almost entirely from general tax revenues.  All Iranian government ministries are responsible for carrying out the policies of the Iranian government, among them state support of terrorism.  The affiliated entities of the MOP are the National Iranian Gas Company, National Iranian Petrochemical Company and the Iranian Offshore Oil Company. The MOP  maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.  The MOP, in conjunction with and through these affiliated entities, generates substantial money that is used by the Iranian government to fund its terrorist activities, including its support of Hezbollah and al-Qaeda.

### *The Instrumentality Defendants*

3634.  The following Defendants are instrumentalities of the Islamic Republic if Iran:

a)      The National Iranian Tanker Corporation ("NITC") is an Iranian corporation owned and controlled by the Iranian government.   The NITC, as a government controlled entity, maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest

Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.  The NITC funnels funds to the Iranian government with knowledge that the Iranian government uses those funds to support its own terrorist activities as well as those of Hezbollah and al-Qaeda.

b)      The Central Bank of the Islamic Republic of Iran ("CBI") is a financial institution owned and controlled by the Iranian government.  The CBI, as a government controlled entity, maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.  The main offices of the CBI are located at 23 Ferdowsi Avenue, P.O. Box 11365/8551, Tehran, Iran.  The CBI keeps accounts for, grants loans to, and otherwise funnels funds to the Iranian government with knowledge that the Iranian government uses those funds to support its own terrorist activities as well as those of Hezbollah and al-Qaeda.

c)      National Iranian Oil Corporation ("NIOC") is an Iranian corporation owned and controlled by the Iranian government.  The NIOC, as a government controlled entity, maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.  The NIOC funnels funds to the Iranian government with knowledge that the Iranian government uses those funds to support its own terrorist activities as well as those of Hezbollah and al-Qaeda.

d)      National Iranian Gas Company ("NIGC") is an Iranian corporation owned and controlled by the Iranian government.  The NIGC, as a government controlled entity, maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.  The NIGC funnels funds to the Iranian government with knowledge that the Iranian government uses those funds to support its own terrorist activities as well as those of Hezbollah and al-Qaeda.

e)      Iran Air is an Iranian corporation owned and controlled by the Iranian government.  Iran Air, as a government controlled entity, maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.   Iran Air funnels funds to the Iranian government with knowledge that the Iranian government uses those funds to support its own terrorist activities as well as those of Hezbollah and al-Qaeda.  In addition, Iran Air knowingly assists Iran's efforts to export terrorism by transporting individual terrorists to destinations for the purpose of committing terrorist acts in foreign countries.

f)      National Iranian Petrochemical Company ("NIPC") is an Iranian corporation owned and controlled by the Iranian government.   The NIPC, as a government controlled entity, maintains a presence in the United States through the Permanent Representative of the Islamic State of Iran to the United Nations, 360 Lexington Avenue, 11th Floor,  New York, NY 10017, or through the Iranian Interest

Section c/o the Embassy of Pakistan, 2204 Wisconsin Avenue, NW, Washington, DC 20007.  The NIPC funnels funds to the Iranian government with knowledge that the Iranian government uses those funds to support its own terrorist activities as well as those of Hezbollah and al-Qaeda.

3635.  At all relevant times, Iran used the Instrumentality Defendants to further its funding and support of terrorist activities against the United States and its citizens, including its support for Hezbollah and al-Qaeda.

## FACTUAL BACKGROUND
### *Al Qaeda Participants*

3636.  Sheikh Usamah bin-Muhammad bin-Laden, Deceased, (hereinafter referred to as "Osama bin Laden" or "bin Laden") is a former citizen of Saudi Arabia who was located in Afghanistan at the time of the terrorist attacks of September 11, 2001.  On May 2, 2011, bin Laden was killed inside a building known locally as Waziristan Haveli in the Bilal Town neighborhood of Abbottabad, Pakistan.  At all times material hereto, Osama bin Laden planned, conspired, funded, directed, controlled, and engaged in terrorist activities and pursuits involving intentional and willful mass murder of thousands of innocent men, women, and children.  The end result of those activities was the murder of all Decedents on September 11, 2001.

3637.  Bin Laden announced what he declared to be "jihad"  – holy war – against the United States on numerous occasions since at least 1996.  On February 23, 1998, bin Laden urged jihad against Americans and published in the newspaper *Al Quds al-Arabi* the following: *"the ruling to kill the Americans and their allies – civilians and military is an individual duty for every Muslim who can do it in any country in which it is possible to do it."* On August 20, 1998, President Clinton stated that the United States was taking military action against terrorist

objectives in Afghanistan and Sudan: *"Our target was terror, our mission was clear: to strike at the network of radical groups affiliated with and funded by Osama bin Laden, perhaps the preeminent organizer and financier of international terrorism in the world today."* On August 21, 1998, the United States Department of State found that: *"Bin Laden's network leads, funds and inspires a wide range of Islamic extremist groups that perpetrate acts of terrorism around the world."*

3638.   In conducting his terrorist activities, Osama bin Laden received financial, logistical and other material support from Defendants Iran, Hezbollah, and the Instrumentality Defendants.

3639.   Al-Qaeda Islamic Army (hereinafter "al-Qaeda) is an unincorporated association and terrorist organization dedicated to the destruction of the United States and its citizens.  At relevant times, the al-Qaeda organization was headquartered in Afghanistan and involved in a cluster of military-ideological camps dedicated to bin Laden and al-Qaeda's goal of establishing a universal Islamic state through the use of violence.  Al-Qaeda maintains terrorist cells throughout the world.

3640.   Al-Qaeda uses violence, bombings, murder, mayhem and other terrorist tactics in order to pursue its unlawful objectives.  At relevant times, al-Qaeda was supported, funded, protected, aided and abetted by bin Laden and others, including specifically the agencies, instrumentalities, agents, officials and employees of Iran.

3641.   Al-Qaeda was founded, headed and directed by Osama bin Laden.  In addition to bin Laden, certain individuals were responsible for the direction and management of al-Qaeda's terrorist activities, including the terrorist attacks of September 11, 2001.  Those individuals acted

both individually and as agents, instrumentalities, officials, representatives, officers and employees of al-Qaeda in exporting terror to the United States and other countries.

### Background of al-Qaeda

3642.  In or about 1989, bin Laden, Muhammad Atef, and others founded an international terrorist group that became known as al-Qaeda ("the Base").  Osama bin Laden was the "emir" (prince) of al-Qaeda and was its leader at all relevant times.  Members of al-Qaeda pledged an oath of allegiance (called a "bayat") to Osama bin Laden and al-Qaeda.

3643.  From 1989 until about 1997, al-Qaeda was headquartered in the Islamic Emirate of Afghanistan and Peshawar, Pakistan.  In or about 1991, the leadership of al-Qaeda, including its emir, Osama bin Laden, relocated to the Sudan.  Al-Qaeda was headquartered in the Sudan from approximately 1991 until approximately 1996 but also maintained a presence and activities in various parts of the world.  In 1996, bin Laden and other members of al-Qaeda relocated again to the Islamic Emirate of Afghanistan.

3644.  Bin Laden and al-Qaeda violently opposed the United States for several reasons. First, the United States was regarded as an "infidel nation" because it was not governed in a manner consistent with the group's extremist interpretation of Islam.  Second, the United States was viewed as providing essential support for other "infidel" governments and institutions. Third, al-Qaeda opposed the involvement of the United States armed forces in the Gulf War in 1991 and in Operation Restore Hope in Somalia in 1992 and 1993.  In particular, al-Qaeda opposed the continued presence of American military forces in Saudi Arabia (and elsewhere on the Arabian Peninsula) following the Gulf War.  Fourth, al-Qaeda opposed the United States Government because of the arrest, conviction, and imprisonment of persons belonging to al-Qaeda or its affiliated terrorist groups or those with whom it worked.  For these and other

reasons, bin Laden declared jihad, or holy war, against the United States, which he carried out through al-Qaeda and its affiliated organizations.

3645.   At relevant times, al-Qaeda functioned both on its own and through terrorist organizations that operated under its umbrella, including Egyptian Islamic Jihad, which was led by Ayman al-Zawahiri, the Islamic Group (also known as "el Gama'a el Islamiyya"), and a number of jihad groups in other countries, including the Sudan, Egypt, Saudi Arabia, Yemen, Somalia, Eritrea, Djibouti, Afghanistan, Pakistan, Bosnia, Croatia, Albania, Algeria, Tunisia, Lebanon, the Philippines, Tajikistan, Azerbaijan, the Kashmiri region of India, and the Chechnyan region of Russia.   Al-Qaeda also maintained cells and personnel in a number of countries to facilitate its activities, including Kenya, Tanzania, the United Kingdom, Germany, Canada, Malaysia, and the United States.

3646.   Al-Qaeda had a command and control structure which included a "majlis-ash-shura" (or consultation council) which discussed and approved major undertakings, including terrorist operation.   Al-Qaeda also had a "military committee" which considered and approved "military" matters.

3647.   Bin Laden and al-Qaeda forged alliances with representatives of the government of Iran, and its associated terrorist group Hezbollah, for the purpose of working together against their perceived common enemy in the West, the United States.

3648.   At relevant times, bin Laden and al-Qaeda sponsored, managed, and/or financially supported training camps in Afghanistan.   Those camps were used to instruct members and associates of al-Qaeda and its affiliated terrorist groups in the use of firearms, explosives, chemical weapons, and other weapons of mass destruction.   In addition to providing training in the use of various weapons, these camps were used to conduct operational planning against

United States targets around the world and experiments in the use of chemical and biological weapons. These camps were also used to train al-Qaeda members in security and counterintelligence methods, such as the use of codes and passwords, and to teach members and associates of al-Qaeda about traveling to perform operations. For example, al-Qaeda instructed its members and associates to dress in "Western" attire and to use other methods to avoid detection by security officials. The group also taught its members and associates to monitor media reports of its operations to determine the effectiveness of their terrorist activities.

3649.   During the time from about 1996 when al-Qaeda operated from its headquarters in the Afghanistan, bin Laden and al-Qaeda forged close relations with the ruling regime, known as the "Taliban" and Taliban leader Muhammad Omar. Bin Laden openly informed other al-Qaeda members and associates outside Afghanistan of their support of, and alliance with, the Taliban and Omar.

3650.   One of the principal goals of al-Qaeda was to drive the United States armed forces out of Saudi Arabia (and elsewhere on the Arabian Peninsula) and Somalia by violence. These goals eventually evolved into a declaration of jihad (holy war) against America and all Americans. Members of al-Qaeda issued fatwahs (rulings on Islamic law) indicating that such attacks on Americans were both proper and necessary.

3651.   Like Iran, al-Qaeda and bin Laden used terrorism as an instrument of policy, as a tool to be used to further political objectives. Al-Qaeda has, over the years, directly carried out murders, bombings, and other terrorist acts against its enemies. It has also provided direct and indirect support to other international terrorist groups and received support in return, often in the form of money, training, sanctuary, documentation, intelligence, weapons, and other types of assistance.

3652.  Al-Qaeda has often used operatives such as the hijackers to actively engage in terrorist activities against the United States and its citizens.  In conducting those terrorist activities, al-Qaeda received financial, logistical, and other material support from Iran and other foreign states.

### Iran's Sponsorship of Terrorism and al-Qaeda

3653.  For many years, the Department of State has included Iran among the state sponsors of terrorism.  Indeed, the Department of State has repeatedly described Iran as "the most active" state sponsor of terrorism.

3654.  At relevant times, Iran provided material support to bin Laden and al-Qaeda, often through Iran's state-sponsored terrorist organization, Hezbollah.  That support included advice and assistance in planning attacks against American targets, as well as financial and logistical support for particular operations, including for example the 9/11 attacks.

3655.  Imad Fayez Mughniyah (also known as al-Hajj Radwan), for decades before his death in February 2008, was an agent of the Iranian regime and the terrorist operations chief of Hezbollah.  Since the early 1980s, Mughniyah was affiliated with the Islamic regime in Iran and lived in Iran for many years.  Imad Mughniyah had a direct reporting relationship to Iranian intelligence and a direct role in Iran's sponsorship of terrorist activities.

3656.  While Osama bin Laden and al-Qaeda were headquartered in Sudan in the early 1990s, noted Islamist leader of the National Islamist Front, Hassan al Turabi, fostered the creation of a foundation and alliance for combined Sunni and Shi'a Muslim opposition to the United States and the West, an effort that was agreed to and joined by Osama bin laden and Ayman al Zawahiri, leaders of al-Qaeda, and by the leadership of Iran.

3657.  The well-known historical religious division between Sunni and Shi'a Muslims did not pose an insurmountable barrier to cooperation in regard to terrorist operations by radical Islamic leaders and terrorists.  Iran, which is largely Shiite, and its terrorist proxy organization, Hezbollah, also Shiite, entered into an alliance with al-Qaeda, which is Sunni, to work together to conduct terrorist operations against the United States during the 1990s and continuing through and after, September 11, 2001.

3658.  In 1991 or 1992, discussions in Sudan between al-Qaeda and Iranian operatives led to an agreement to cooperate in providing support for actions carried out primarily against Israel and the United States.  Thereafter, senior al Qaeda operatives and trainers traveled to Iran to receive training in explosives.  Osama bin laden also sent senior aides to Iran for training with the IRGC and to Lebanon for training with Hezbollah.

3659.  On October 31, 1991, Iran hosted the International Conference for the Support of the Muslim Palestinian People's Revolution, which was attended by radical Palestinian groups, both Islamic and secular.  The conference established a permanent secretariat, funded by Iran, to coordinate pro-intifada activities.  In doing so, Iran tightened its ties to the radical groups Palestinian HAMAS and Islamic Jihad.

3660.  At various times in or about 1992 and 1996, bin Laden and other ranking members of al-Qaeda made it known that they favored a policy under which al-Qaeda would put aside its differences with Shiite Muslim terrorist organizations, including the government of Iran and its affiliated terrorist group Hezbollah, to coordinate attacks against their perceived common enemy, the United States.

3661.  On or before 1994, al-Qaeda forged an alliance with the National Islamic Front of Sudan and with representatives of the government of Iran, and its associated terrorist group

Hezbollah, for the purpose of working together against the United States and other perceived common targets.

3662. Hezbollah is financed by the Iranian government. The amounts of Iranian government contributions to Hezbollah have varied over the years, ranging from an estimated 15-20 million dollars annually, to as much as 150-300 million dollars annually. Sheikh Subhi al-Tufeili, Hezbollah's first leader, stated:

> To deny the Iranian connection to Lebanon's Hezbollah would be like denying that the sun provides light to the earth. Who can deny such a thing?

3663. Hezbollah's manifesto, as declared by Hezbollah's spokesman, Sheikh Ibrahim al-Amin States:

> We, the sons of Hezbollah's Nation in Lebanon, whose vanguard God has given victory in Iran which has established the nucleus of the world's central Islamic state, abide by the orders of a single wise and just command currently embodied in the supreme examples of Ayatollah Khomeini.

> From this basis, we in Lebanon are not a closed organizational structural party, nor are we a narrow political framework, but we are a nation interconnecting with all Muslims of the World. We are linked by a strong ideological and political connection – Islam.

> From here what befalls the Muslims in Afghanistan, Iraq, the Philippines or anywhere else verily afflicts the body of our own Islamic nation of which we are an inseparable part, and moved to confront it on the basis of our main legal obligation in light of the political view decided by our leader Wilayat al-Faqih [Ayatollah Khomeini].

3664. In 1993, in a meeting in Khartoum, Sudan, arranged by Ali Mohamed, a confessed al-Qaeda terrorist and trainer who is now in a U.S. prison, Osama bin Laden and

Ayman al Zawahiri met directly with Iran's master terrorist Imad Mughniyah and Iranian officials, including IRGC Brigadier General Mohammad Baqr Zolqadr, a highly placed member of the Iranian terrorism apparatus. At the 1993 Khartoum conference, representatives of Iran, Hezbollah, and al Qaeda worked out an alliance of joint cooperation and support on terrorism. Ali Mohamed, who was charged with the 1998 bombing of the two United States Embassies in Africa, testified as follows during his guilty plea hearing on October 20, 2000:

> I was aware of certain contacts between al-Qaeda and al Jihad organization, on one side, and Iran and Hezbollah on the other side. I arranged security for a meeting in the Sudan between Mughaniyah, Hezbollah's chief, and bin Laden. Hezbollah provided explosives training for al-Qaeda and al Jihad. Iran supplied Egyptian Jihad with weapons. Iran also used Hezbollah to supply explosives that were disguised to look like rocks.

3665. The 1993 meeting in Khartoum led to an ongoing series of communications, training arrangements, and operations among Iran, Hezbollah, and al-Qaeda. Osama bin Laden sent more terrorist operatives to Hezbollah training camps operated by Mughniyah and the IRGC in Lebanon and Iran. Among other tactics, Hezbollah taught bin Laden's al-Qaeda operatives how to bomb large buildings, and Hezbollah also gave the al-Qaeda operatives training in intelligence and security.

3666. Throughout the 1990s, the al-Qaeda/Iran/Hezbollah terrorist training arrangement continued. Mughniyah himself coordinated these training activities, including training of al-Qaeda personnel, with Iranian government officials in Iran and with IRGC officers working undercover at the Iranian embassy in Beirut, Lebanon.

3667. As a result of the creation of this terrorist alliance, al-Qaeda's Ayman al Zawahiri repeatedly visited Tehran during the 1990s and met with officers of MOIS, including chief Ali Fallahian, and Qods Force chief Ahmad Vahidi.

3668.   At all times, Iran's Supreme Leader, Defendant Ayatollah Khamenei, was fully aware that Iran and Hezbollah were training foreign terrorists.

3669.   On June 7, 1996, Iran's spiritual leader, Ayatollah Ali Khamenei, declared that Hezbollah must reach "all continents and all countries."

3670.   In early June 1996, Iran organized a pan-Islamist summit which had a primary objective of establishing an international coordination committee to oversee anticipated escalation in hostilities.   Ayatollah Ahmad Jannati, a close associate of Ayatollah Khameini, emerged as the spokesperson for the working group.   The meeting was organized jointly by the Supreme Council for Intelligence Affairs and the IRCG high command.   Attending the working group were the following:   Ramadan Shallah (Head of the Palestine Islamic Jihad); Ahmad Salah, a.k.a. Mamdouh Mahmoud Salim (Egyptian Islamic Jihad); Imad Mughniyah (Hezbollah); Muhammad Ali Ahmad (a representative of al-Qaeda and Osama bin Laden); Ahmad Jibril (head of the Popular Front for the Liberation of Palestine-General Command); Imad al-Alami and Mustafa al-Liddawi (HAMAS): and Abdullah Ocalan (Kurdish People Party).   The summit participants agreed on the unification of their financial system and training.

3671.   In or about July 1996, Osama bin Laden met with an Iranian intelligence official in Afghanistan.

3672.   In early October 1996, bin Laden visited Tehran for consultations.   One of the issues addressed was the unification of various Egyptian terrorist organizations.   Iranian intelligence Minister Ali Fallahian chaired the meeting with representatives from the Iranian Interior Ministry, Islamic Guidance Ministry, and Foreign Ministry.   Among the Egyptians attending were the Tehran-based aid of Ayman al-Zawahiri, Kamal Ujayzah, and Mustafa Hamzah.   The Iranians discussed specific long-term operational plans and explained to the

Egyptian attendees that the degree of Iran's support depended on the extent of their unity.  The Egyptian attendees agreed to form a unified command with Osama bin Laden for operational purposes.

3673.   In or about mid-September 1997, the Iranian leadership met to discuss the new course of the anti-American struggle.  The participants included Iran's supreme and spiritual leader Ayatollah Ali Khamenei.   Also present were newly-elected president Mohammad Khatami, former president Ali Akbar Hashemi-Rafsanjani, and the minister of intelligence, Qurban Ali Dari Najafabadi.  Other participants in this conference were:  General Rahim Safavi (the Commander-in-Chief of the IRGC);  General Mohsen Rezai (former Commander-in-Chief of IRGC, later responsible for reorganizing the Iranian security services and their networks);  Ali Fallahian (former intelligence minister);  Mohammed Mohammadi Rayshahri (former intelligence minister, present as Khamenei's special adviser on intelligence affairs);  Hossein Sheikh-ol-Islam (Iran's former deputy foreign minister and once again director on the Office of Liberation Movements);  Ali Akbar Mohtashemi;  General Diya Sayfi (the commander of the IRGC forces in Lebanon);  members of the Supreme National Security Council; and senior IRGC and intelligence officials.

3674.   In or about September 20-23, 1997, Iranian intelligence organized a major summit of terrorist leaders from all over the world.  Among the participants were:  Imad Mughniyah and Abdul-Hadi Hammadi (Hezbollah);  Ayman al-Zawahiri (Egyptian Islamic Jihad);  Ahmad Jibril (chief of the Popular Front for the Liberation of Palestine-General Command PFLP-GC);  Osama Abu-Hamden and Imad al-Alami (HAMAS); Ramadan al-Shallah (chief of Palestinian Islamic Jihad);  and three commanders representing branches of Hezbollah in the Persian Gulf States.

3675.  Participants in the summit examined the Islamists' ability to escalate terrorism against the United States and the West.  Several senior Iranian officials addressed the summit and ordered the terrorist leaders to be ready to launch an unprecedented international terrorist campaign.

3676.  In or about late September 1997, the Iranian leadership met again to discuss the course of the forthcoming terrorism offensive in light of the resolutions and findings of the recent international terrorist summit.

3677.  In the second half of November 1997, Ayatollah Ali Khamenei convened a meeting with General Rahim Safavi and Ahmad Vahidi, the former commander of al-Quds Forces, to discuss the establishment of a new elite terrorist force to carry our spectacular, but deniable, terrorist strikes against the United States and the West.

3678.  Al-Qaeda telephone bills of international calls between 1996 and 1998 were analyzed by United States investigators, showing that nearly 10% of the outgoing calls from Afghanistan went to Iran.

3679.  The creation of the Iran/Hezbollah/al-Qaeda terrorist alliance, which began in the early 1990s, and during which Hezbollah terror chief Imad Mughniyah oversaw the training activities of member of various terrorist groups until his death in 2008, resulted in a string of deadly terrorist strikes aimed directly at the U.S. and its allies.  Among these terrorist attacks were the following:  in March 1992, a Hezbollah terrorist team operating under Mughniyah's command truck-bombed the Israeli embassy in Buenos Aires, Argentina;  on February 26, 1993, the first World Trade Center bombing by al-Qaeda operatives occurred;  a few months later, an al-Qaeda conspiracy to bomb several New York landmarks, including the Lincoln Tunnel and the Holland Tunnel, was disrupted; in July 1994, Mughniyah and a Hezbollah team, under the

direction of Iran, MOIS, and the IRGC, truck bombed the *Asociación Mutual Israelita Argentina* ("AMIA"), the Jewish cultural center in Buenos Aires; in December 1994, Algerian terrorists associated with al Qaeda hijacked a French airliner, intending to crash into the Eiffel Tower in Paris, a precursor to 9/11; on July 7, 1995, Ayman al Zawahiri's Egyptian gunmen, supported, trained, and funded by Iran, attempted to assassinate Egyptian President Hosni Mubarak near Addis Ababa, Ethiopia;  on June 25, 1996, Saudi Hezbollah terrorists, acting on directions from Iran and under planning by the IRGC Qods Force commander, and with assistance from al-Qaeda, truck bombed the Khobar Towers housing complex in Dhahran, Saudi Arabia, where U.S. military serviceman were quartered; on August 7, 1998, two nearly simultaneous truck bombings, carried out by al-Qaeda under the direction of Iran, MOIS, and the IRGC, and with training by Hezbollah, destroyed the U.S. embassies in Nairobi, Kenya, and Dar-es-Salaam, Tanzania;  on October 12, 2000, al-Qaeda suicide bombers attacked the U.S.S. Cole in the harbor of Aden, Yemen.

3680.   According to the State Department's *Patterns of Global Terrorism 2000,* Iran remained the most active state sponsor of terrorism in 2000.  In provided increasing support to numerous terrorist groups, including the Lebanese Hezbollah, Hamas, and the Palestine Islamic Jihad (PIJ), which seek to undermine the Middle East peace negotiations through the use of terrorism.

3681.   The State Department's *Patterns of Global Terrorism 2000* also stated that Iran's "Revolutionary Guard Corps (IRGC) and Ministry of Intelligence and Security (MOIS) continued to be involved in the planning and executing of terrorist acts and continued to support a variety of groups that use terrorism to pursue their goals."

3682.  In January 2001, Dr. Ayman al-Zawahri and other al-Qaeda leaders met with Iranian intelligence officials near the town of Varamin, just south of Tehran.

3683.  The Iranian delegation was headed by Hojjat-ol eslam Ali Akbar Nateq-Nouri and included Imad Fayez Mugniyeh, the Lebanese operative and leader of Hezbollah who is credited with numerous terrorist attacks on Americans.  The purpose of the meeting was to plan and coordinate Iranian support for an upcoming al-Qaeda operation against the United States.

3684.  On May 4, 2001, a second planning meeting between al-Qaeda and Iranian intelligence officials was held in Iran.  Attendees at this planning meeting included Khamenei, Rafsanjani, and bin Laden's son, Sa'ad bin Laden.  Iranian intelligence memos written in the weeks following the meeting advised Iranian operatives to be prepared for U.S. retaliation for an attack planned for September 2001.

### The September 11 Terrorist Attacks

3685.  During the mid-to-late 1980s, Iran began formulating contingency plans for asymmetrical or unconventional warfare against the United States, including terrorist operations. These contingency plans were code-named "*Shaitan dar Atash.*"

3686.  One of the "*Shaitan dar Atash*" contingency plans was for the hijacking of U.S. commercial airliners and crashing them into buildings, particularly in New York City and Washington, D.C.  This contingency plan became the blueprint for the 9/11 attacks.

3687.  Defendants Iran and Hezbollah had actual foreknowledge of, and were complicit in the planning and coordination of the 9/11 attacks upon the United States which were carried out by members of defendant al-Qaeda under the direction of the defendant Osama bin Laden.

3688.   In the mid-1990s, when the Iran/Hezbollah/al-Qaeda terror alliance was forming, al-Qaeda operative Mustafa Hamid had "negotiated a secret relationship with Iran that allowed safe transit via Iran to Afghanistan."   This safe Iran-Afghanistan passageway was managed by defendant MOIS.

3689.   In 2000, Iran facilitated the international travel of al-Qaeda's operative's between October 2000 and February 2001, including travel of at least eight of the 9/11 hijackers from Iran into Afghanistan, where bin Laden's training camps were located, and where the 9/11 hijackers trained for the 9/11 operation.   Iran thus provided essential material and direct support of the 9/11 attacks.

3690.   The Iranian government materially and directly supported the 9/11 terrorist travel operation by ordering its border inspector not to place telltale Iranian stamps in the passports of these future hijackers traveling to and from Afghanistan via Iran.   Eight to fourteen of the 9/11 hijackers transited Iran on their way to or from Afghanistan, and Iranian border inspectors did not stamp their Saudi passports.   The Iranians were aware they were helping operatives who were part of an organization preparing attacks against the United States.   The action of Iranian border authorities in refraining from stamping the passports of the Saudi hijackers vastly increased the likelihood of the operation success of the 9/11 plot.

3691.   A terrorist agent of Iran and Hezbollah also helped to coordinate other international travel by the 9/11 hijackers.   In October 2000, Mughiyah, the Hezbollah terrorist commander, visited Saudi Arabia to coordinate future 9/11 hijacker activities there and assisted them in traveling on to Iran during November 2000.   During this time period, on their travels in and out of Iran, and through Beirut, Lebanon, some of the 9/11 hijackers were accompanied by Mughniyah or his Hezbollah associate.

3692.  The action of Mughniyah, and his Hezbollah associate(s), in escorting 9/11 hijackers on flights to and from Iran, and coordinating passport and visa acquisition activities in Saudi Arabia constituted direct and material support for the 9/11 conspiracy.

3693.  Before September 11, 2001, al-Qaeda, with the aid, assistance, and support of Defendants, planned, funded, and coordinated an attack upon American citizens.  On September 11, 2001, nineteen al-Qaeda operatives perpetrated that heinous attack by hijacking four airlines laden with jet fuel and causing them to crash into the World Trade Center Towers in New York, the Pentagon Building in Virginia, and a field in Shanksville, Pennsylvania.  Each of the hjackers is known to have been an operative in the al-Qaeda terrorist network.

3694.  On September 11, 2001, five of the al-Qaeda hijackers – Mohammed Atta, Abdul Alomari, Wail al-Shehri, Waleed al-Shehri, and Satam al-Suqami, hijacked American Airlines Flight 11 carrying 92 persons, bound from Boston to Los Angeles, and crashed it into the North Tower of the World Trade Center in New York at approximately 8:46a.m., causing the collapse of the tower, the deaths of the 9/11 Decedents, and injuries to other plaintiffs.

3695.  On September 11, 2001, five al-Qaeda hijackers – Marwan al-Shehhi, Fayez Ahmed, a.k.a. "Banihammad Fayez," Ahmed al-Ghamdi, Hamza al-Ghamdi, and Mohand al-Shehri – hijacked United Airlines Flight 175 carrying 65 persons, bound from Boston to Los Angeles, and crashed it into the South Tower of the World Trade Center in New York at approximately 9:02a.m., causing the collapse of the tower and the deaths of the 9/11 Decedents, and injuries to other plaintiffs.

3696.  On September 11, 2001, five al-Qaeda hijackers - Khalid al-Midhar, Nawaf al-Hazmi, Hani Hanjour, Salem al-Hamzi, and Majed Moqed - hijacked American Airlines Flight 77 carrying 64 persons, bound from Virginia to Los Angeles, and crashed it into the Pentagon

Building in Arlington County, Virginia at approximately 9:37 a.m., causing the deaths of the 9/11 Decedents, and injuries to other plaintiffs.

3697.   On September 11, 2001, four al-Qaeda hijackers – Ziad Jarrah, Ahmed al-Haznawi, Saeed al-Ghamdi, and Ahmed al-Nami – hijacked United Airlines Flight 93 carrying 45 persons, bound from Newark to San Francisco, and caused it to crash in a field near the town of Shanksville, Pennsylvania at approximately 10:10 a.m., causing the deaths of the 9/11 Decedents and injuries to other plaintiffs.

3698.   The September 11 terrorist hijackings and attacks referenced above resulted in the murder of the 2,976 Decedents and injuries to other plaintiffs.  The hijackers used box cutters and knives to commit air piracy and murder on behalf of al-Qaeda.  They were assisted in their terrorist campaign by the Iran and the Instrumentality Defendants.

### *Iran's Support of al-Qaeda After the 9/11 Attacks*

3699.   Iran and its instrumentalities continued to support al-Qaeda after the September 11 attacks.  Iran provided material support to al-Qaeda after the 9/11 attacks by providing safe haven to al-Qaeda leaders and operatives, keeping them safe from retaliation by U.S. forces, which invaded Afghanistan.

3700.   Former Secretary of Defense Donald Rumsfeld stated on February 3, 2002, "We have any number of reports that Iran has been permissive and allowed transit through their country of al-Qaeda."  On February 4, 2002, Rumsfeld elaborated:  "We do have a good deal of information to the effect that al-Qaeda and the Taliban have taken refuge there and others have used it as a transit point.  We have no evidence at all that Iran has tried to stop them, that Iran has

tried to turn them over to us or some other country or to incarcerate these people, the al-Qaeda, a terrorist network."

3701.  In the late 1990s al-Qaeda operative Mustafa Hamid had passed communications between Osama bin Laden and the Government of Iran.  In late 2001, while in Tehran, Hamid negotiated with the Iranians to relocate al-Qaeda operatives and their families to Iran after the 9/11 attacks.

3702.  Pursuant to these negotiations, Iran facilitated the exit from Afghanistan, and into Iran, of numerous al-Qaeda leaders, operatives and their families when the United States-led multi-national coalition attacked the Taliban regime in Afghanistan in the fall of 2000.  The Iran-Afghanistan safe passageway, established earlier to get al-Qaeda recruits into and out of the training camps in Afghanistan, was utilized to evacuate hundreds of al-Qaeda fighters and their families from Afghanistan into Iran for safe haven there.  The IRGC knew of, and facilitated, the border crossings of these al-Qaeda fighters and their families entering Iran.

3703.  Among the high-level al-Qaeda officials who arrived in Iran from Afghanistan at this time were Sa'ad bin Laden, a son of Osama bin Laden, and the man who would soon lead "al-Qaeda in Iraq," Abu Mussab Zarqawi.  As the leader of al-Qaeda in Iraq, Zarqawi was responsible for a series of bombings, beheadings, and other attacks before being killed by U.S. forces in June 2006.

3704.  The No. 2 official of al-Qaeda, Ayman al Zawahiri, made particular arrangements for his own family's safe haven in Iran after 9/11, with the aid of his son-in-law Muhammad Rab'a al Sayid al Bahtiyti, an Egyptian-born al-Qaeda operative.

3705.   In late 2001, Sa'ad bin Laden facilitated the travel of bin Laden family members from Afghanistan to Iran.  Thereafter, Sa'ad bin Laden made key decisions for al-Qaeda and was part of a small group of al-Qaeda members involved in managing al-Qaeda from Iran.

3706.   During the months and years after September 11, 2001, Defendants Iran, the IRGC, and MOIS continued to provide substantial direct and material support to the al-Qaeda leaders, operatives, and their families inside Iran, that provided for their needs and shelter and maintained their safely from American and U.S.-led coalition military forces in Afghanistan.

3707.   Since 2001, there have been numerous instances of al-Qaeda operatives and leaders meeting, planning, and directing international terrorist operations from the safety of Iranian territory.  Senior al-Qaeda members continued to conduct terrorist operations from inside Iran.  The U.S. intercepted communications from Saef al Adel, then in Mashad, Iran, to al-Qaeda assassination teams in Saudi Arabia just before their May 12, 2003 assault on three housing compounds in Riyadh.  Al-Qaeda leaders in Iran planned and ordered the Riyadh attack.

3708.   On July 28, 2001, the United States Treasury Department designated a node of the al-Qaeda terror network based inside Iran, freezing all of its financial assets under United States jurisdiction and prohibiting any transactions with its identified operatives.  The Treasury Department stated that some members of the network are based outside of Iran, but funnel recruits and cash through Iran "under an agreement between al-Qaeda and the Iranian government."

3709.   One member of this network is Atiyah Abd al-Rahman ("Rahman").  The documents captured in the safe house occupied by Osama bin Laden at the time of his capture identify Rahman as bin Laden's top deputy.  According to the Treasury Department, Rahman is al-Qaeda's "overall commander in Pakistan's tribal areas and as of late 2010, the leader of al-

Qaeda in North and South Waziristan, Pakistan." The Treasury Department adds: "Rahman was previously appointed by Osama bin Laden to serve as al-Qaeda's emissary in Iran, a position which allowed him to travel in and out of Iran with the permission of Iranian officials." For several years after 9/11, Rahman was protected by the Iranian regime. He is one of the senior al-Qaeda leaders supposedly held under a loose form of "house arrest" in Iran.

3710.   The Iran-based Al Qaeda network is headed by another terrorist, Ezedin Abdel Aziz Khalil (a/k/a Yasin al Suri). The Treasury Department's designation notes that "Iranian authorities maintain a relationship with Khalil and have permitted him to operate within Iran's borders." Khalil's activities include moving "money and recruits from across the Middle East into Iran, then on to Pakistan," where they serve senior al-Qaeda leaders.

3711.   According to David S. Cohen, Under Secretary of Treasury for Terrorism and Financial Intelligence, "There is an agreement between the Iranian government and al-Qaeda to allow this network to operate. There's no dispute in the intelligence community on this."

### Defendants Are Liable to Plaintiffs for Their Material Support of al-Qaeda

3712.   Defendants instructed, trained, directed, financed, and otherwise supported and assisted al-Qaeda, or conspired in the instruction, training, direction, financing, and support of al-Qaeda, in connection with al-Qaeda's terrorist plans. In furtherance of those plans, the al-Qaeda hijackers deliberately caused planes to crash into the World Trade Center Towers, the Pentagon, and a field in Shanksville, Pennsylvania on September 11, 2001.

3713.   As a direct and proximate result of the intentional, willful, reckless, and careless actions of Defendants, all Plaintiffs have suffered severe and permanent personal injuries, damages, and losses, including the following:

a)  Decedents' fear of death prior to the crash into and collapse of the World Trade Center Towers, the crash into the Pentagon, and the crash of United Airlines Flight 93;

b)  the severe mental anguish suffered by the Decedents and all Plaintiffs;

c)  the severe pain and suffering suffered by the Decedents and all Plaintiffs;

d)  the inability of all Decedents and the injured plaintiffs to perform the usual household and personal activities that they normally would have performed through the remainder of their natural life expectancies;

e)  loss of Decedents' and the injured plaintiffs' earnings and future earning potential;

f)  loss of Decedents' life and life's pleasures;

g)  loss of consortium, solatium, and/or companionship;

h)  costs relating to managing the estates of all Decedents, and

i)  death of the Decedents by way of murder as a result of the Defendants' conduct and that of their co-conspirators.

3714.  The aforementioned deaths, personal injuries and losses experienced by the Plaintiffs were caused by the intentional, outrageous, reckless, and careless acts of all Defendants, acting individually and in concert, and of their agents, servants, employees, agencies and instrumentalities, acting within and during the course and scope of their employment, authority, or apparent authority.

## CLAIMS

### COUNT ONE

### CLAIMS ON BEHALF OF U.S. NATIONAL PLAINTIFFS AND VICTIMS AGAINST ALL DEFENDANTS UNDER § 1605A OF THE FOREIGN SOVEREIGN IMMUNITIES ACT 28 U.S.C. § 1605A

3715.  Plaintiffs incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length.

3716.  At all relevant times, defendant Iran was and remains a foreign state designated as a state sponsor of terrorism as required by 28 U.S.C. § 1605A(a)(2)(A)(i)(I) to maintain an action

under § 1605A of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1605A(a)(2)(A)(i)(I).

3717.   The conduct of the Al Qaeda hijackers constituted acts of extrajudicial killing, torture, aircraft sabotage, and hostage taking within the meaning of FSIA § 1605A(a)(1).

3718.   Iran and the Instrumentality Defendants provided material support and resources to al-Qaeda in furtherance of those acts of the al-Qaeda hijackers.

3719.   At all relevant times, Al Qaeda and the hijackers were agents of Iran acting within the scope of their agency.

3720.   The conduct of all Defendants violated the provisions of the FSIA, in particular 28 U.S.C. § 1605A, and all Plaintiffs suffered damages as a result of that violation.

3721.   Plaintiffs, as estate representatives and family members of certain 9/11 Decedents and individuals who suffered personal injuries from the 9/11 Attacks, are entitled to recover damages from all defendants under the provisions of the FSIA.

3722.   The injuries and damages suffered by the Plaintiffs personally and/or by virtue of the death the 9/11 Decedents, and the consequences resulting there from, were proximately caused by the intentional and reckless acts of all defendants as described herein.

3723.   As a direct and proximate result of the deaths of the 9/11 Decedents, Plaintiffs have been deprived of future aid, assistance, services, comfort, and financial support.

3724.   As a direct and proximate result of the Defendants' cowardly, barbaric and outrageous acts of murder, Plaintiffs will forever grieve the deaths of the 9/11 Decedents.

3725.   As a further result of intentional and reckless acts of the Defendants, Plaintiffs have been caused to expend various sums to administer the Estates of the 9/11 Decedents and have incurred other expenses for which they are entitled to recover.

3726.   As a result of the Defendants' murderous conduct, the 9/11 Decedents and the injured plaintiffs suffered damages including pain and suffering, trauma, emotional distress, loss of life and life's pleasures, loss of earnings and earning capacity, loss of accretion to their estates and other items of damages as fully set forth in the paragraphs above which are incorporated herein by reference.

3727.   As a result of the intentional, reckless and negligent acts of the Defendants as described above, the 9/11 Decedents and the injured plaintiffs were placed in apprehension of harmful and offensive bodily contact (assault), suffered offensive and harmful bodily contact (battery), suffered extreme fear, anxiety, emotional and psychological distress (intentional/negligent infliction of emotional distress), and were mentally and physically harmed, trapped, and falsely imprisoned (false imprisonment) prior to their deaths and/or injuries.

3728.   The actions of all defendants, acting in concert to carry out their unlawful objectives, were malicious, outrageous and in willful, wanton, and reckless disregard of the rights of the 9/11 Decedents and all Plaintiffs. The defendants, acting individually and jointly, intended to carry out actions that would end the lives of the Decedents and cause injury to the injured plaintiffs.

3729.   Plaintiffs are entitled to solatium and other damages, as stated in § 1605A(c)(4) of the FSIA, 28 U.S.C. § 1605A(c)(4).

3730.   As a result of their intentional, malicious, outrageous, willful and wanton conduct, all Defendants are jointly and severally liable to all Plaintiffs for punitive damages.

**WHEREFORE**, Each Plaintiff demands judgment in his and her favor against all Defendants, jointly, severally, and/or individually, in an amount in excess of One Billion Dollars $1,000,000,000 for compensatory damages, punitive damages, and solatium, plus interest, costs, fees and such other monetary and equitable relief as this Honorable Court deems appropriate.

## COUNT TWO

### *CLAIM BY NON-U.S. NATIONAL PLAINTIFFS AGAINST ALL DEFENDANTS PURSUANT TO THE ALIEN TORT CLAIMS ACT 28 U.S.C. § 1350*

3731.   Plaintiffs incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length.

3732.   As set forth above, Defendants, jointly and severally, caused the extrajudicial killings of each of the 9/11 Decedents through and by reason of acts of international terrorism and providing material support and financing to terrorism. These terrorist activities, material support, and terrorist financing constitute violations of the law of nations, including those international legal norms prohibiting torture, genocide, air piracy and hijacking, terrorism, material support and financing of terrorism, and mass murder.

3733.   As a result of the defendants' violation of the law of nations, all Plaintiffs suffered damages as fully set forth in the paragraphs above.

3734.   Pursuant to 28 U.S.C. §1350, the estates, survivors and family members of the 9/11 Decedents and plaintiffs who were personally injured in the 9/11 Attacks who are not United States citizens are entitled to recover damages against Defendants for injury, wrongful death, survival, intentional infliction of emotional distress, and solatium.

3735.  The injuries and damages suffered by Plaintiffs who are non-U.S. citizens, personally and by virtue of the death the Decedents, and the consequences resulting there from, were proximately caused by the intentional and reckless acts of all Defendants as described herein.

3736.  As a direct and proximate result of the Defendants' cowardly, barbaric and outrageous acts of murder, Plaintiffs who are non-U.S. citizens have suffered damages as described above.

3737.  The actions of all defendants, acting in concert to carry out their unlawful objectives, were malicious, outrageous and in willful, wanton, and reckless disregard of the rights of all the Plaintiffs. The Defendants, acting individually and jointly, intended to carry out actions that would end the lives of the Decedents.

3738.   As a result of their intentional, malicious, outrageous, willful and wanton conduct, all Defendants are jointly and severally liable to all Plaintiffs for punitive damages.

WHEREFORE, Each Plaintiff demands judgment in his and her favor against all Defendants, jointly, severally, and/or individually, in an amount in excess of One Billion Dollars $1,000,000,000 for compensatory damages, punitive damages, and solatium, plus interest, costs, fees and such other monetary and equitable relief as this Honorable Court deems appropriate.

## COUNT THREE

### *CLAIM BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS PURSUANT TO § 1605(a)(5) OF THE FOREIGN SOVEREIGN IMMUNITIES ACT 28 U.S.C. § 1605(a)(5)*

3739.  Plaintiffs incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length.

3740.  At all relevant times, defendant Iran was and remains a foreign state and the within action is a case wherein money damages are sought against a foreign state, Iran, for personal injuries and death occurring in the United States and caused by the aforementioned tortious acts and omissions of that foreign state and its officials and/or employees while acting within the scope of their office or employment.

WHEREFORE, Each Plaintiff demands judgment in his and her favor against all Defendants, jointly, severally, and/or individually, in an amount in excess of One Billion Dollars $1,000,000,000 for compensatory damages, punitive damages, and solatium, plus interest, costs, fees and such other monetary and equitable relief as this Honorable Court deems appropriate.

## COUNT FOUR
### *WRONGFUL DEATH*

3741.  Plaintiffs incorporate herein by reference the allegations contained in the preceding paragraphs.

3742.  Plaintiffs herein bring this consolidated action pursuant to F.R.C.P. 42 for the wrongful death proximately caused by the Defendants engaging in, materially supporting or sponsoring, financing, aiding and abetting, scheming and/or otherwise conspiring to commit or cause to occur acts of murder and wrongful death, specifically, the mass murder committed by the terrorist attacks acts of September 11, 2001.

3743.  Surviving family members or estates of those wrongfully killed are entitled to recover damages from Defendants for these illegal and wrongful deaths. The family members or estates are entitled to recover full damages incurred, as fair and just compensation for the injuries

resulting from these wrongful deaths. Those responsible for these deaths must be held accountable for the losses incurred.

3744.   The injuries and damages suffered by the Plaintiffs were proximately caused by the intentional, malicious, reckless, criminal, violent, grossly negligent or negligent acts of the Defendants as described herein.

3745.   As a direct and proximate result of the wrongful deaths of the decedents, their heirs and families have suffered financially and been deprived of all future aid, income, assistance, services, comfort, companionship, affection and financial support of their loved ones.

3746.   As a direct and proximate result of the Defendants' acts of international terrorism torture, conspiracy and racketeering resulting in the wrongful death of decedents, the heirs and families of those murdered suffer and will continue to suffer permanent, physical and emotional distress, severe trauma, and lasting physical, emotional, and psychological injuries.

3747.   As a further result of intentional, willful, wanton, malicious, reckless, criminal, negligent, wrongful, illegal and tortious acts and conduct of the Defendants, the Plaintiffs have incurred actual damages including but not limited to ongoing medical expenses related to psychological trauma, physical injuries, and other expenses and losses for which they are entitled to full and fair recovery.

   **WHEREFORE**, Each Plaintiff demands judgment in his and her favor against all Defendants, jointly, severally, and/or individually, in an amount in excess of One Billion Dollars $1,000,000,000 for compensatory damages, punitive damages, and solatium, plus interest, costs, fees and such other monetary and equitable relief as this Honorable Court deems appropriate.

### COUNT FIVE

*SURVIVAL*

3748.  Plaintiffs incorporate herein by reference the allegations contained in all preceding paragraphs.

3749.  As a result of the intentional, malicious, reckless, conspiratorial, criminal, grossly negligent and negligent acts of Defendants as described herein, those killed on September 11, 2001, were placed in a severe, often prolonged, extreme, traumatic, apprehension of harmful, offensive unwarranted bodily contact, injury and assault. Those murdered suffered intensely severe and offensive harmful bodily contact, personal injury and battery; including but not limited to extreme fear, terror, anxiety, emotional and psychological distress, knowledge of pending death and physical and emotional trauma, intentionally inflicted physical pain.

3750.  Decedents were mentally, physically, and emotionally damaged, harmed, trapped, and falsely imprisoned prior to their personal physical injury and deaths.

3751.  As a result of Defendants' criminal and tortious conduct, those killed suffered damages including pain and suffering, severe trauma, fear, anxiety, permanent physical and emotional distress, ultimate loss of life and life's pleasures, companionship and consortium, loss of family, career, earnings and earning capacity, loss of accretion to their estates, and other immeasurable items of damages to be shown at trial. Plaintiffs herein seek and are entitled to survival damages for those tortured and killed on September 11, 2001.

**WHEREFORE**, Each Plaintiff demands judgment in his and her favor against all Defendants, jointly, severally, and/or individually, in an amount in excess of One Billion Dollars $1,000,000,000 for compensatory damages, punitive damages, and solatium, plus interest, costs, fees and such other monetary and equitable relief as this Honorable Court deems appropriate.

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of any and all issues in this action so triable of right.

DATED:  December 18, 2015

MOTLEY RICE LLC

By: ___/s/ Robert T. Haefele_____
  Robert T. Haefele, Esq. (SC75266, DC1007583,
   NJ845666, PA57937, NY845666 – RH-2811)
  Jodi Westbrook Flowers, Esq. (SC Bar No. 66300)
  Donald A. Migliori, Esq. (RI 4936; MA 567562;
   and MN 0245951)
  Michael Elsner, Esq. (NY & VA ME-8337)
  MOTLEY RICE LLC
  28 Bridgeside Blvd.
  Mount Pleasant, SC 29464
  Tel. (843) 216.9000
  Fax (843) 216.9450
  rhaefele@motleyrice.com

  - and -

  MOTLEY RICE LLC
  600 Third Avenue, Suite 2101
  New York, NY 10016
  Tel (212) 577-0040
  Fax (212) 577-0054