UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al. | 15-cv-9903 (GBD)<br>ECF Case |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT AS TO LIABILITY ONLY AGAINST DEFENDANTS, PURSUANT TO 28 U.S.C. § 1605A**

**PLEASE TAKE NOTICE** that upon the supporting Memorandum of Law and exhibits thereto, the *Burnett* Plaintiffs, by and through their counsel, Motley Rice LLC, will move the Court before the Honorable George B. Daniels, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order granting Plaintiffs' motion for entry of default judgment, as to liability only, against defendants, The Islamic Republic of Iran, The Islamic Revolutionary Guard Corps, and The Central Bank of the Islamic Republic of Iran (collectively "Iran Defendants"), pursuant to 28 U.S.C. § 1605A.

Respectfully submitted,

MOTLEY RICE LLC

BY:   /s/ Robert T. Haefele
      Robert T. Haefele
      28 Bridgeside Boulevard
      Mount Pleasant, SC 29466
      Tel: (843) 216-9000

*Attorneys for Plaintiffs*