**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al | 15-cv-9903 (GBD) ECF Case |

### DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT PLAINTIFFS IDENTIFED AT EXHIBIT A (BURNETT II)

ROBERT T. HAEFELE, Esquire, hereby states under penalty of perjury that:

1.      I am an attorney with the law firm of Motley Rice LLC, attorney for the *Burnett* Plaintiffs in the above-captioned matter.  I submit this Declaration in support of this motion on behalf of the Plaintiffs identified in Exhibit A attached hereto, and consistent with the direction provided in the Order of Magistrate judge Sarah Netburn, date October 14, 2016 (1:03-md-1570-GBD-SN, ECF No. 3363) concerning the amounts of solatium damage awards, as well as the directions in the Order of Magistrate Judge Sarah Netburn, dated October 14, 2016 (1:03-md-1570-GBD-SN, ECF No. 3362) related to the cases captioned as *Bauer v. Al Qaeda Islamic Army*, 02-CV-7236 (GBD)(SN) and *Ashton v. al Qaeda Islamic Army*, 02-CV-6977 (GBD)(SN).

2.      The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the *Burnett* Plaintiffs listed in Exhibit A, in connection with the September 11th terror attacks, other court records relating to the In re Terrorist Attack on September 11, 2001 multidistrict litigation to which these individuals are parties, and conversations with these plaintiffs and other family members of these plaintiffs.  Any matters about which I lack Personal knowledge are asserted herein upon information and belief.

3.      *Burnett* Plaintiffs identified in Exhibit A are each family members (spouses, parents, children, or siblings) of decedents from the terrorist attacks on September 11, 2001, as indicated for each person on Exhibit A.

4.      In prior orders, the Court has established the loss amounts for solatium damages based on familial relationship to the decedent.  *See* 03-md-1570 ECF 2623, dated October 3, 2012, at 4-5; ECF 3300, dated June 16, 2016, p. 1.  The solatium amounts set forth in Exhibit A are the figures determined appropriate in the prior orders.

5.      Accordingly, attached hereto as Exhibit B is a proposed Order of Partial Final Judgment for the Plaintiffs Identified in Exhibit A, conforming to the Court's previous orders.

Dated: December 16, 2016

**/s/**  Robert T. Haefele
Robert T. Haefele, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464