# Exhibit A

| Client First Name | Client Middle Name | Client Last Name | Client Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship | Solatium Damages |
|---|---|---|---|---|---|---|---|---|---|
| Keith | James | Burns | | Maureen | | Burns-Dewland | | Sibling | $4,250,000.00 |
| John | E. | Connolly | Jr. | Kevin | | Connolly | | Sibling | $4,250,000.00 |
| John | R. | Crowe | | Maryann | | Crowe | | Sibling | $4,250,000.00 |
| John | R. | Crowe | | Margaret | R. | Zoch | | Sibling | $4,250,000.00 |
| Jeannine | | Damiani-Jones | | Catherine | E. | Damiani | | Parent | $8,500,000.00 |
| Jeannine | | Damiani-Jones | | Robert | | Damiani | | Parent | $8,500,000.00 |
| Jeannine | | Damiani-Jones | | Brian | | Damiani | | Sibling | $4,250,000.00 |
| Edward | | DeSimone | III | Angelina | | Trimboli | | Parent | $8,500,000.00 |
| Edward | | DeSimone | III | Joanne | | DeSimone | | Spouse | $12,500,000.00 |
| Johnnie | | Doctor | Jr. | Evelena | | Doctor | | Parent | $8,500,000.00 |
| Johnnie | | Doctor | Jr. | JoAnn | | Doctor | | Sibling | $4,250,000.00 |
| Johnnie | | Doctor | Jr. | Evon | | Baumgardner | | Sibling | $4,250,000.00 |
| Johnnie | | Doctor | Jr. | Elaine | Doctor | Mcgraw | | Sibling | $4,250,000.00 |
| Johnnie | | Doctor | Jr. | William | L. | Doctor | | Sibling | $4,250,000.00 |
| Johnnie | | Doctor | Jr. | Sheldon | | Doctor | | Sibling | $4,250,000.00 |
| Mary | Yolanda | Dowling | | Rosaleen | C. | Shea | | Sibling | $4,250,000.00 |
| Stephen | Patrick | Driscoll | | Jean | Patricia | Driscoll | | Sibling | $4,250,000.00 |
| Stephen | Patrick | Driscoll | | Sheila | Mary | Driscoll | | Sibling | $4,250,000.00 |
| Stephen | Patrick | Driscoll | | Gail | Marie | Silke | | Sibling | $4,250,000.00 |
| Stephen | Patrick | Driscoll | | Michael | Cornelius | Driscoll | | Sibling | $4,250,000.00 |
| Lucy | | Fishman | | Mary | | Bracken | | Parent | $8,500,000.00 |
| Noel | John | Foster | | Marion | Rosette | Foster | | Parent | $8,500,000.00 |
| Noel | John | Foster | | John | A. | Foster | | Parent | $8,500,000.00 |
| Clement | | Fumando | | Stephen | | Fumando | | Child | $8,500,000.00 |
| Paul | | Furmato | | Joseph | | Furmato | Sr. | Parent | $8,500,000.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Paul | | Furmato | | Margaret | | Furmato | | Parent | $8,500,000.00 |
| Paul | | Furmato | | Carol | | Debenedictis | | Sibling | $4,250,000.00 |
| Paul | | Furmato | | Jill | | Keough | | Sibling | $4,250,000.00 |
| Paul | | Furmato | | Mark | | Furmato | | Sibling | $4,250,000.00 |
| Grace | Catherine | Galante | | Lucrezia | | Susca | | Parent | $8,500,000.00 |
| Grace | Catherine | Galante | | Francesco | | Susca | | Parent | $8,500,000.00 |
| Grace | Catherine | Galante | | Cathy | | Cava | | Sibling | $4,250,000.00 |
| Charles | | Garbarini | | Peggy | | Garbarini | | Sibling | $4,250,000.00 |
| Charles | | Garbarini | | Cathy | | Kostiw | | Sibling | $4,250,000.00 |
| Charles | | Garbarini | | Beryl | | Zawatsky | | Sibling | $4,250,000.00 |
| Charles | | Garbarini | | Donna | | Garbarini | | Sibling | $4,250,000.00 |
| Donald | R. | Gavagan | Jr. | Donald | R. | Gavagan | Sr. | Parent | $8,500,000.00 |
| Donald | R. | Gavagan | Jr. | Suzanne | | Mascitis | | Sibling | $4,250,000.00 |
| Donald | R. | Gavagan | Jr. | Joseph | B. | Gavagan | | Sibling | $4,250,000.00 |
| Gary | Paul | Geidel | | Paul | E. | Geidel | | Parent | $8,500,000.00 |
| Gary | Paul | Geidel | | Christine | A. | Norris | | Sibling | $4,250,000.00 |
| Gary | Paul | Geidel | | Michael | W. | Geidel | | Sibling | $4,250,000.00 |
| Robert | J. | Gerlich | | Lorraine | A. | Gerlich | | Sibling | $4,250,000.00 |
| James | G. | Geyer | | Geralyn | | Marasco | | Sibling | $4,250,000.00 |
| James | G. | Geyer | | John | E. | Geyer | | Sibling | $4,250,000.00 |
| James | G. | Geyer | | Philip | Joseph | Geyer | | Sibling | $4,250,000.00 |
| Jeffrey | | Giordano | | Mario | | Giordano | | Parent | $8,500,000.00 |
| Dianne | | Gladstone | | Jayne | M. | Marx | | Sibling | $4,250,000.00 |
| Brian | F. | Goldberg | | Gerald | | Goldberg | | Parent | $8,500,000.00 |
| Thomas | E. | Gorman | | John | | Gorman | | Sibling | $4,250,000.00 |
| Christopher | Michael | Grady | | Patrick | | Grady | | Sibling | $4,250,000.00 |
| David | Joseph | Grimner | | Virginia | | Kwiatkoski | | Sibling | $4,250,000.00 |
| John | P. | Hart | | Mary | | Meixelsperger | | Sibling | $4,250,000.00 |
| John | P. | Hart | | Christine | L. | Reichert-Hart | | Sibling | $4,250,000.00 |
| John | P. | Hart | | Sandra | E. | Shelley | | Sibling | $4,250,000.00 |
| John | P. | Hart | | Jeanine | Hart | Seaman | | Sibling | $4,250,000.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| John | P. | Hart | | Laurie | S. | Hart | | Spouse | | $12,500,000.00 |
| Terence | Sean | Hatton | | Grace | S. | Hatton | | Parent | | $8,500,000.00 |
| Terence | Sean | Hatton | | Kenneth | R. | Hatton | | Parent | | $8,500,000.00 |
| Terence | Sean | Hatton | | Grace | S. | Hatton | | Sibling | | $4,250,000.00 |
| Patrick | Aloysius | Hoey | | Timothy | J. | Hoey | | Sibling | | $4,250,000.00 |
| Virginia | | Jablonski | | Anthony | | DeTullio | | Sibling | | $4,250,000.00 |
| Kenneth | | Marino | | Mary | Ann | Marino | | Parent | | $8,500,000.00 |
| John | T. | McErlean | Jr. | Agnes | M. | McErlean | | Parent | | $8,500,000.00 |
| John | T. | McErlean | Jr. | John | T. | McErlean | Sr. | Parent | | $8,500,000.00 |
| John | T. | McErlean | Jr. | Agnes | | Duhamel | | Sibling | | $4,250,000.00 |
| John | T. | McErlean | Jr. | Marie | M. | Hunter | | Sibling | | $4,250,000.00 |
| Carl | Eugene | Molinaro | | Eugene | | Molinaro | | Parent | | $8,500,000.00 |
| Carl | Eugene | Molinaro | | Joan | | Molinaro | | Parent | | $8,500,000.00 |
| Carl | Eugene | Molinaro | | Trudy | | Venditti | | Sibling | | $4,250,000.00 |
| Carl | Eugene | Molinaro | | Lisa | | Molinaro | | Sibling | | $4,250,000.00 |
| Carl | Eugene | Molinaro | | Deborah | Ann | Hudson | | Sibling | | $4,250,000.00 |
| Carl | Eugene | Molinaro | | Lawrence | C. | Molinaro | | Sibling | | $4,250,000.00 |
| Christopher | T. | Orgielewicz | | Joyce | | Christopher | | Parent | | $8,500,000.00 |
| Christopher | T. | Orgielewicz | | Laurie | | Christopher | | Sibling | | $4,250,000.00 |
| Marie | | Pappalardo | | Vernon | A. | Randlett | | Sibling | | $4,250,000.00 |
| Thomas | H. | Polhemus | | Harold | L. | Polhemus | | Parent | | $8,500,000.00 |
| Thomas | H. | Polhemus | | Dorothy | G. | McGrath | | Sibling | | $4,250,000.00 |
| Edward | R. | Pykon | | David | | Pykon | | Sibling | | $4,250,000.00 |
| Joseph | | Roberto | | Lucy | | Roberto | | Parent | | $8,500,000.00 |
| Joseph | | Roberto | | Lorraine | | Caiazzo | | Sibling | | $4,250,000.00 |
| Joseph | | Roberto | | Robert | | Roberto | Jr. | Sibling | | $4,250,000.00 |
| Kenneth | J. | Tarantino | | Theresa | | Tarantino | | Parent | | $8,500,000.00 |
| Kenneth | J. | Tarantino | | Kenneth | T. | Tarantino | | Parent | | $8,500,000.00 |
| Kenneth | J. | Tarantino | | Victoria | | Melone | | Sibling | | $4,250,000.00 |
| Kenneth | W. | White | | Elizabeth | | Alverson | | Sibling | | $4,250,000.00 |
| | | | | | | | | **Total** | | **$501,000,000.00** |