DOCUMENT
ELECTRONICALLY FILED

JAN 3 1 2017

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al. | 15-cv-9903 (GBD) ECF Case |

## ORDER OF JUDGMENT

Upon consideration of the evidence submitted by the Plaintiffs in filings with this Court on May 19, 2011, July 13, 2011, and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, together with the entire record in the 03 MDL 1570 case, it is hereby;

ORDERED that Plaintiffs' [Amended] Motion for Judgment by Default Against the Sovereign Defendants, The Islamic Republic of Iran, The Islamic Revolutionary Guard, and the Central Bank of the Islamic Republic of Iran (the "Sovereign Defendants") is GRANTED and final judgment on liability is entered in favor of all Plaintiffs and against all Sovereign Defendants;

ORDERED that Plaintiffs are hereby referred to Magistrate Judge *Netburn* to resolve any remaining issues, including but not limited to damages both compensatory and punitive.

**SO ORDERED**

DATED JAN 3 1 2017

George B. Daniels
United States District Judge