UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-1570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2018

**SARAH NETBURN, United States Magistrate Judge**:

    No party shall publicly file any document on the docket designated as Confidential by the Kingdom of Saudi Arabia ("KSA") while the Court considers KSA's letter motion dated July 31, 2018. The Plaintiffs' Executive Committees may respond to KSA's letter motion by August 8, 2018.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 1, 2018
                New York, New York