USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: AUG 28 2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN)<br>ECF Case |

### ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDENTIFED AT EXHIBIT A

### (*BURNETT / IRAN III*)

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15-cv- 9903 ("Burnett/Iran")*, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and The Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903 ECF No. 85), together with the entire record in this case, it is hereby;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15-cv-9903,* as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded: compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs identified in the expert reports attached as Exhibits B – D to the Haefele Declaration, dated August 16, 2018 (and identified in Exhibit A), are awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted as Exhibits B, C, and D of the Haefele Declaration, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Burnett/Iran* Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
_____, 2018
AUG 2 8 2018

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

## EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Joseph | | Agnello | | Anthony | | Agnello | | Sibling | $ 4,250,000.00 | | |
| 2 | Kermit | C. | Anderson | | Barbara | L. | Werner | | Child | $ 8,500,000.00 | | |
| 3 | Kermit | C. | Anderson | | Deborah | J. | Anderson | | Child | $ 8,500,000.00 | | |
| 4 | Michael | Rourke | Andrews | | Edward | S. | Andrews | | Parent | $ 8,500,000.00 | | |
| 5 | Peter | Paul | Apollo | | Peter | | Apollo (Estate of) | Jr. | Parent | $ 8,500,000.00 | | |
| 6 | Michael | Joseph | Armstrong | | Mary | E. | Armstrong | | Parent | $ 8,500,000.00 | | |
| 7 | Michael | Joseph | Armstrong | | Gerard | J. | Armstrong | | Sibling | $ 4,250,000.00 | | |
| 8 | Janice | Marie | Ashley | | Michael | William | Ashley | | Sibling | $ 4,250,000.00 | | |
| 9 | Gerald | T. | Atwood | | Gregory | Paul | Atwood | | Sibling | $ 4,250,000.00 | | |
| 10 | Gerald | T. | Atwood | | Jane | Marie | Duffy | | Sibling | $ 4,250,000.00 | | |
| 11 | Guy | | Barzvi | | Arie | | Barzvi (Estate of) | | Parent | $ 8,500,000.00 | | |
| 12 | John | P. | Bergin | | Agnes | T. | Bergin | | Parent | $ 8,500,000.00 | | |
| 13 | John | P. | Bergin | | George | R. | Bergin (Estate of) | | Parent | $ 8,500,000.00 | | |
| 14 | John | P. | Bergin | | George | M. | Bergin | | Sibling | $ 4,250,000.00 | | |
| 15 | Brian | | Bilcher | | Irene | A. | Bilcher | | Parent | $ 8,500,000.00 | | |
| 16 | Albert | Balewa | Blackman | Jr. | Hyacinth | | Blackman | | Parent | $ 8,500,000.00 | | |
| 17 | Kelly | Ann | Booms | | Nancy | J. | Booms | | Parent | $ 8,500,000.00 | | |
| 18 | Michael | E. | Brennan | | Eileen | V. | Walsh | | Parent | $ 8,500,000.00 | | |
| 19 | Michael | E. | Brennan | | Michael | F. | Brennan (Estate of) | | Parent | $ 8,500,000.00 | | |
| 20 | Nancy | Clare | Bueche | | Charles | G. | McNulty | | Sibling | $ 4,250,000.00 | | |
| 21 | Stephen | | Bunin | | Corinne | Loretta | Bunin | | Parent | $ 8,500,000.00 | | |
| 22 | Keith | James | Burns | | Bernard | J. | Burns (Estate of) | | Parent | $ 8,500,000.00 | | |
| 23 | Patrick | D. | Byrne | | Robert | G. | Byrne (Estate of) | Sr. | Parent | $ 8,500,000.00 | | |
| 24 | Patrick | D. | Byrne | | Robert | G. | Byrne (Estate of) | Jr. | Sibling | $ 4,250,000.00 | | |
| 25 | Cecile | Marella | Caguicla | | Asuncion | Chona | Caguicla Soriano | | Sibling | $ 4,250,000.00 | | |
| 26 | Sean | | Canavan | | Kathleen | A. | McKeon | | Sibling | $ 4,250,000.00 | | |
| 27 | John | Francis | Casazza | | John | Francis | Casazza (Estate of) | | ESTATE | | $ 2,000,000.00 | $ 21,897,195.00 |
| 28 | Charles | L. | Chan | | Michael | J. | Chan | | Sibling | $ 4,250,000.00 | | |
| 29 | Rosa | M. | Chapa | | John | J. | Chapa (Estate of) | | Child | $ 8,500,000.00 | | |
| 30 | Nestor | Julio | Chevalier | Jr. | Nestor | J. | Chevalier | Sr. | Parent | $ 8,500,000.00 | | |
| 31 | John | G. | Chipura | | Nancy | J. | Chipura | | Sibling | $ 4,250,000.00 | | |
| 32 | Elaine | | Cillo | | Nunzi | C. | Cillo (Estate of) | | Parent | $ 8,500,000.00 | | |
| 33 | James | Durward | Cleere | | Patricia | | Cleere | | Sibling | $ 4,250,000.00 | | |
| 34 | John | Michael | Collins | | Martin | J. | Collins | Jr. | Sibling | $ 4,250,000.00 | | |
| 35 | Gerard | J. | Coppola | | George | J. | Coppola (Estate of) | Sr. | Parent | $ 8,500,000.00 | | |
| 36 | Kenneth | J. | Cubas | | Lawrence | Mark | Cubas (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 37 | Laurence | D. | Curia | | Alice | | Curia (Estate of) | | Parent | $ 8,500,000.00 | | |
| 38 | Laurence | D. | Curia | | Joseph | | Curia (Estate of) | | Parent | $ 8,500,000.00 | | |
| 39 | Scott | | Davidson | | Carla | L. | Di Maggio | | Parent | $ 8,500,000.00 | | |
| 40 | Thomas | P. | DeAngelis | | Christine | Marie | Caputo | | Child | $ 8,500,000.00 | | |
| 41 | Thomas | P. | DeAngelis | | Thomas | James | DeAngelis | | Child | $ 8,500,000.00 | | |
| 42 | Simon | Marash | Dedvukaj | | Marash | | Dedvukaj | | Parent | $ 8,500,000.00 | | |
| 43 | Simon | Marash | Dedvukaj | | Vitora | | Dedvukaj | | Parent | $ 8,500,000.00 | | |
| 44 | Jason | Christopher | DeFazio | | Michael | J. | DeFazio (Estate of) | | Sibling | $ 4,250,000.00 | | |

## EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Neil | M. | Dollard | | Mary | K. | Dollard | | Sibling | $ 4,250,000.00 | | |
| 46 | Stephen | Patrick | Driscoll | | Patrick | Joseph | Driscoll (Estate of) | | Parent | $ 8,500,000.00 | | |
| 47 | Stephen | Patrick | Driscoll | | Letitia | | Driscoll (Estate of) | | Parent | $ 8,500,000.00 | | |
| 48 | Patrick | Joseph | Driscoll | | John | M. | Driscoll (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 49 | Margaret | R. | Echtermann | | Johanna | L. | Kmetz | | Sibling | $ 4,250,000.00 | | |
| 50 | Barbara | Gollan | Edwards | | Scott | C. | Edwards | | Child | $ 8,500,000.00 | | |
| 51 | Michael | | Esposito | | Simone | | Esposito | Sr. | Parent | $ 8,500,000.00 | | |
| 52 | Francis | | Esposito | | Catherine | Michelle | Esposito | | Sibling | $ 4,250,000.00 | | |
| 53 | Francis | | Esposito | | Richard | | Esposito | | Sibling | $ 4,250,000.00 | | |
| 54 | Kathleen | | Faragher | | Beverly | A. | Faragher | | Parent | $ 8,500,000.00 | | |
| 55 | Kathleen | | Faragher | | William | E. | Faragher (Estate of) | Sr. | Parent | $ 8,500,000.00 | | |
| 56 | Wendy | Ruth | Faulkner | | Jeanette | E. | Morris-Friedrich | | Sibling | $ 4,250,000.00 | | |
| 57 | Robert | | Fazio | Jr. | Robert | A. | Fazio (Estate of) | Sr. | Parent | $ 8,500,000.00 | | |
| 58 | Robert | | Fazio | Jr. | Carole | | Lovero | | Sibling | $ 4,250,000.00 | | |
| 59 | Edward | Thomas | Fergus | Jr. | Dorothy | Anna | Fergus | | Parent | $ 8,500,000.00 | | |
| 60 | Edward | Thomas | Fergus | Jr. | Edward | Thomas | Fergus | Sr. | Parent | $ 8,500,000.00 | | |
| 61 | Louis | V. | Fersini | Jr. | Minnie | D. | Ferro | | Parent | $ 8,500,000.00 | | |
| 62 | Louis | V. | Fersini | Jr. | Josephine | N. | Ponger | | Sibling | $ 4,250,000.00 | | |
| 63 | Louis | V. | Fersini | Jr. | Joseph | V. | Fersini | Sr. | Sibling | $ 4,250,000.00 | | |
| 64 | Louis | V. | Fersini | Jr. | Frieda | | Green | | Sibling | $ 4,250,000.00 | | |
| 65 | Jeffrey | L. | Fox | | Eleanor | | Fox | | Parent | $ 8,500,000.00 | | |
| 66 | James | Andrew | Gadiel | | George | Langdon Warner | Gadiel | | Sibling | $ 4,250,000.00 | | |
| 67 | Gary | Paul | Geidel | | Patricia | Marie | Geidel (Estate of) | | Parent | $ 8,500,000.00 | | |
| 68 | James | G. | Geyer | | Philip | G. | Geyer (Estate of) | | Parent | $ 8,500,000.00 | | |
| 69 | Catherine | C. | Gorayeb | | Claire | A. | Gorayeb | | Sibling | $ 4,250,000.00 | | |
| 70 | Thomas | E. | Gorman | | Theresa | Rachel | Gorman | | Parent | $ 8,500,000.00 | | |
| 71 | Thomas | E. | Gorman | | Edward | Thomas | Gorman | | Parent | $ 8,500,000.00 | | |
| 72 | Thomas | E. | Gorman | | Theresa | Mary | Creedon | | Sibling | $ 4,250,000.00 | | |
| 73 | Thomas | E. | Gorman | | John | Edward | Gorman (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 74 | David | Joseph | Grimner | | Teresa | L. | Grimner (Estate of) | | Parent | $ 8,500,000.00 | | |
| 75 | Steven | M. | Hagis | | Maryjane | | Hagis (Estate of) | | Parent | $ 8,500,000.00 | | |
| 76 | Carl | Max | Hammond | Jr. | Sue | M. | Hammond (Estate of) | | Parent | $ 8,500,000.00 | | |
| 77 | Daniel | Edward | Harlin | | Wilbur | | Harlin (Estate of) | | Parent | $ 8,500,000.00 | | |
| 78 | Daniel | Edward | Harlin | | James | Michael | Harlin | | Sibling | $ 4,250,000.00 | | |
| 79 | Aisha | Ann | Harris | | Arvette | Denise | Harris | | Parent | $ 8,500,000.00 | | |
| 80 | John | P. | Hart | | Betty | J. | Mathwig (Estate of) | | Parent | $ 8,500,000.00 | | |
| 81 | Scott | | Hazelcorn | | Janice | | Hazelcorn | | Parent | $ 8,500,000.00 | | |
| 82 | Charles | F.X. | Heeran | | Bernard | James | Heeran | | Parent | $ 8,500,000.00 | | |
| 83 | Michelle | Marie | Henrique | | Patricia | A. | Henrique | | Parent | $ 8,500,000.00 | | |
| 84 | Stephen | G. | Hoffman | | Jean | L. | Hoffman | | Parent | $ 8,500,000.00 | | |
| 85 | Angela | Marie | Houtz | | Julia | P. | Shontere | | Parent | $ 8,500,000.00 | | |
| 86 | Robert | Joseph | Hymel | | Natalie | Christina | Conners | | Child | $ 8,500,000.00 | | |
| 87 | Yudh | V. | Jain | | Sargam | | Jain | | Child | $ 8,500,000.00 | | |
| 88 | Barbara | A. | Keating | | John | E. | Keating | | Child | $ 8,500,000.00 | | |

2

| | | | | | EXHIBIT A | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
| 89 | Alan | David | Kleinberg | | Alan | David | Kleinberg (Estate of) | | ESTATE | | $ 2,000,000.00 | $ 51,711,383.00 |
| 90 | Alan | David | Kleinberg | | Stanley | L. | Kleinberg (Estate of) | | Parent | $ 8,500,000.00 | | |
| 91 | Danielle | | Kousoulis | | Peter | G. | Kousoulis | | Sibling | $ 4,250,000.00 | | |
| 92 | Kathryn | | Laborie | | Harlan | G. | Yancey | | Parent | $ 8,500,000.00 | | |
| 93 | Joseph | A. | LaFalce | | Dominick | V. | LaFalce | Jr. | Sibling | $ 4,250,000.00 | | |
| 94 | Michele | | Lanza | | Albert | A. | Chamberlain (Estate of) | | Parent | $ 8,500,000.00 | | |
| 95 | Michele | | Lanza | | Ethel | R. | Chamberlain (Estate of) | | Parent | $ 8,500,000.00 | | |
| 96 | Stephen | Paul | Lefkowitz | | Lillian | | Lefkowitz (Estate of) | | Parent | $ 8,500,000.00 | | |
| 97 | Stephen | Paul | Lefkowitz | | Rubin | | Lefkowitz (Estate of) | | Parent | $ 8,500,000.00 | | |
| 98 | John | J. | Lennon | Jr. | Lucille | | Lennon | | Parent | $ 8,500,000.00 | | |
| 99 | John | J. | Lennon | Jr. | Nancy | Lennon | Frain | | Sibling | $ 4,250,000.00 | | |
| 100 | John | D. | Levi | | Jennifer | A. | Levi | | Child | $ 8,500,000.00 | | |
| 101 | Daniel | | Lewin | | Jonathan | A. | Lewin | | Sibling | $ 4,250,000.00 | | |
| 102 | Daniel | | Libretti | | Joseph | | Libretti | | Sibling | $ 4,250,000.00 | | |
| 103 | Ralph | M. | Licciardi | | Sebastiano | | Licciardi (Estate of) | | Parent | $ 8,500,000.00 | | |
| 104 | Martin | | Lizzul | | Dana | Mary | Lizzul | | Sibling | $ 4,250,000.00 | | |
| 105 | Catherine | Lisa | Loguidice | | Rosanne | L. | Spirito | | Sibling | $ 4,250,000.00 | | |
| 106 | Stephen | V. | Long | | George | Thomas | Long | | Parent | $ 8,500,000.00 | | |
| 107 | Stephen | V. | Long | | George | W. | Long | | Sibling | $ 4,250,000.00 | | |
| 108 | Sean | Thomas | Lugano | | John | C. | Lugano | | Sibling | $ 4,250,000.00 | | |
| 109 | Sean | Patrick | Lynch | | Colleen | M. | Watson | | Sibling | $ 4,250,000.00 | | |
| 110 | Joseph | | Maffeo | | Susan | | Drury | | Sibling | $ 4,250,000.00 | | |
| 111 | Alfred | Russell | Maler | | Beverly | Virginia | Maler | | Sibling | $ 4,250,000.00 | | |
| 112 | Alfred | Russell | Maler | | Jeanine | Michele | Sherman | | Sibling | $ 4,250,000.00 | | |
| 113 | Hildegard | | Marcin | | Elizabeth | Ann | Kemmerer (Estate of) | | Child | $ 8,500,000.00 | | |
| 114 | Kevin | D. | Marlo | | Dennis | S. | Marlo | | Parent | $ 8,500,000.00 | | |
| 115 | Jose | Angel | Martinez | Jr. | Diane | L. | Martinez | | Child | $ 8,500,000.00 | | |
| 116 | Jose | Angel | Martinez | Jr. | Michele | C. | Melendez | | Child | $ 8,500,000.00 | | |
| 117 | Jose | Angel | Martinez | Jr. | Denise | A. | Glaser | | Child | $ 8,500,000.00 | | |
| 118 | Jose | Angel | Martinez | Jr. | JoAnne | | Gregory | | Child | $ 8,500,000.00 | | |
| 119 | Michael | | Massaroli | | Josephine | | Holubar | | Parent | $ 8,500,000.00 | | |
| 120 | Philip | William | Mastrandrea | Jr. | Lynn | Marie | Paragano | | Sibling | $ 4,250,000.00 | | |
| 121 | Rudy | | Mastrocinque | Jr. | Sharon | A. | Swailes | | Sibling | $ 4,250,000.00 | | |
| 122 | Rudy | | Mastrocinque | Jr. | Rudy | | Mastrocinque | Sr. | Parent | $ 8,500,000.00 | | |
| 123 | John | K. | McAvoy | | Michael | S. | McAvoy | | Sibling | $ 4,250,000.00 | | |
| 124 | Kevin | Michael | McCarthy | | Charles | E. | McCarthy | Sr. | Parent | $ 8,500,000.00 | | |
| 125 | Kevin | Michael | McCarthy | | Marie | P. | McCarthy | | Parent | $ 8,500,000.00 | | |
| 126 | Kevin | Michael | McCarthy | | Charles | E. | McCarthy | Jr. | Sibling | $ 4,250,000.00 | | |
| 127 | Mark | Ryan | McGinly | | Patricia | D. | McGinly | | Parent | $ 8,500,000.00 | | |
| 128 | Nicole | Carol | Miller | | Wayne | S. | Stefani | Jr. | Sibling | $ 4,250,000.00 | | |
| 129 | Paul | T. | Mitchell | | Marie | D. | Mitchell | | Sibling | $ 4,250,000.00 | | |
| 130 | Jeffrey | P. | Mladenik | | Scott | Louis | Mladenik | | Sibling | $ 4,250,000.00 | | |
| 131 | Brian | Patrick | Monaghan | | Jeanne | Ann | Monaghan | | Parent | $ 8,500,000.00 | | |
| 132 | Brian | Patrick | Monaghan | | Bernard | J. | Monaghan | | Parent | $ 8,500,000.00 | | |

3

## EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 133 | Brian | Patrick | Monaghan | | Danielle | M. | Monaghan | | Sibling | $ 4,250,000.00 | | |
| 134 | Richard | J. | Morgan | | Catherine | Marie | Morgan | | Child | $ 8,500,000.00 | | |
| 135 | Christopher | Martel | Morrison | | Joseph | Edward | Morrison (Estate of) | | Parent | $ 8,500,000.00 | | |
| 136 | Christopher | Martel | Morrison | | Marianne | | Merritt | | Sibling | $ 4,250,000.00 | | |
| 137 | John | J. | Murray | | Philip | James | Murray | | Sibling | $ 4,250,000.00 | | |
| 138 | Joseph | Michael | Navas | | Joseph | N. | Navas (Estate of) | | Parent | $ 8,500,000.00 | | |
| 139 | Ann | Nicole | Nelson | | Jenette | C. | Nelson | | Parent | $ 8,500,000.00 | | |
| 140 | Ann | Nicole | Nelson | | Gary | S. | Nelson | | Parent | $ 8,500,000.00 | | |
| 141 | Troy | Edward | Nilsen | | Edward | Carl | Nilsen | | Parent | $ 8,500,000.00 | | |
| 142 | Katherine | McGarry | Noack | | Kathryn | Marie | McGarry (Estate of) | | Parent | $ 8,500,000.00 | | |
| 143 | John | Alexander | Ogonowski | | Joseph | | Ogonowski | | Sibling | $ 4,250,000.00 | | |
| 144 | Thomas | Gerard | O'Hagan | | Francis | P. | O'Hagan (Estate of) | Sr. | Parent | $ 8,500,000.00 | | |
| 145 | Gerald | M. | Olcott | | Graig | A. | Olcott | | Child | $ 8,500,000.00 | | |
| 146 | Gerald | M. | Olcott | | Christopher | G. | Olcott | | Child | $ 8,500,000.00 | | |
| 147 | Christine | | Olender | | Stella | | Olender | | Parent | $ 8,500,000.00 | | |
| 148 | Christine | | Olender | | John | Casimir | Olender | | Parent | $ 8,500,000.00 | | |
| 149 | Eric | Taube | Olsen | | Taube | | Olsen (Estate of) | | Parent | $ 8,500,000.00 | | |
| 150 | Kevin | M. | O'Rourke | | Dennis | Martin | O'Rourke | | Parent | $ 8,500,000.00 | | |
| 151 | James | Robert | Ostrowski | | Jill | Anne | McCullough | | Sibling | $ 4,250,000.00 | | |
| 152 | Todd | Joseph | Ouida | | Amy | R. | Morik | | Sibling | $ 4,250,000.00 | | |
| 153 | Diana | B. | Padro | | Lillian | | Borrero | | Sibling | $ 4,250,000.00 | | |
| 154 | Paul | J. | Pansini | | Joseph | L. | Pansini | | Sibling | $ 4,250,000.00 | | |
| 155 | Marie | | Pappalardo | | Gary | C. | Pappalardo | | Sibling | $ 4,250,000.00 | | |
| 156 | Avnish | Ramanbhai | Patel | | Yogesh | R. | Patel | | Sibling | $ 4,250,000.00 | | |
| 157 | Cira | Marie | Patti | | Michael | | Patti | Jr. | Sibling | $ 4,250,000.00 | | |
| 158 | Thomas | | Pedicini | | Nancy | N. | Pedicini (Estate of) | | Parent | $ 8,500,000.00 | | |
| 159 | Thomas | | Pedicini | | Albert | Anthony | Pedicini (Estate of) | | Parent | $ 8,500,000.00 | | |
| 160 | Danny | | Pesce | | Frank | | Pesce | | Sibling | $ 4,250,000.00 | | |
| 161 | Donald | A. | Peterson | | D. | Hamilton | Peterson | | Child | $ 8,500,000.00 | | |
| 162 | Donald | A. | Peterson | | Charles | R. | Peterson | | Child | $ 8,500,000.00 | | |
| 163 | Joshua | Michael | Piver | | Susan | S. | Piver | | Parent | $ 8,500,000.00 | | |
| 164 | Thomas | H. | Polhemus | | Olga | L. | Polhemus (Estate of) | | Parent | $ 8,500,000.00 | | |
| 165 | Ricardo | J. | Quinn | | Bernard | Joseph | Quinn | | Sibling | $ 4,250,000.00 | | |
| 166 | Donald | | Regan | | Margaret | | Regan | | Sibling | $ 4,250,000.00 | | |
| 167 | Donald | | Regan | | Eileen | | Regan | | Sibling | $ 4,250,000.00 | | |
| 168 | Ann Marie | | Riccoboni | | Janine | | Passelis | | Child | $ 8,500,000.00 | | |
| 169 | Ann Marie | | Riccoboni | | Maria-Elena | | Santorelli | | Child | $ 8,500,000.00 | | |
| 170 | David | H. | Rice | | Hugh | David | Rice | | Parent | $ 8,500,000.00 | | |
| 171 | Joseph | R. | Riverso | | William | D. | Riverso | | Sibling | $ 4,250,000.00 | | |
| 172 | Joseph | | Roberto | | Robert | | Roberto | Jr. | Sibling | $ 4,250,000.00 | | |
| 173 | Michael | E. | Roberts | | Paulette | M. | Roberts | | Parent | $ 8,500,000.00 | | |
| 174 | Michael | E. | Roberts | | Lisa | Ann | Roberts | | Sibling | $ 4,250,000.00 | | |
| 175 | Daniel | James | Rosetti | | Ricki | A. | Rosetti (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 176 | Francis | John | Sadocha | | Susan | T. | Sadocha | | Sibling | $ 4,250,000.00 | | |

EXHIBIT A

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177 | Jude | Elias | Safi | | John | | Safi | | Sibling | $ 4,250,000.00 | | |
| 178 | Samuel | Robert | Salvo | Jr. | David | Robert | Salvo | | Child | $ 8,500,000.00 | | |
| 179 | Samuel | Robert | Salvo | Jr. | Susan | S. | Glick | | Child | $ 8,500,000.00 | | |
| 180 | Samuel | Robert | Salvo | Jr. | Gladys | H. | Salvo | | Spouse | $ 12,500,000.00 | | |
| 181 | Michelle | | Scarpitta | | Steven | | Scarpitta | | Sibling | $ 4,250,000.00 | | |
| 182 | Matthew | Carmen | Sellitto | | Jonathan | DiGiovanni | Sellitto (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 183 | Robert | J. | Shay | Jr. | Carolyn | A. | Shay | | Sibling | $ 4,250,000.00 | | |
| 184 | Robert | J. | Shay | Jr. | Eileen | M. | Shay-Martinez | | Sibling | $ 4,250,000.00 | | |
| 185 | Robert | J. | Shay | Jr. | Kathleen | P. | Shay | | Sibling | $ 4,250,000.00 | | |
| 186 | Robert | J. | Shay | Jr. | Maureen | L. | Surko-Pomante | | Sibling | $ 4,250,000.00 | | |
| 187 | Linda | June | Sheehan | | Daniel | J. | Sheehan (Estate of) | | Parent | $ 8,500,000.00 | | |
| 188 | John | P. | Skala | | Jaroslawa | | Skala | | Sibling | $ 4,250,000.00 | | |
| 189 | Mari-Rae | | Sopper | | Raymond | W. | Sopper (Estate of) | | Parent | $ 8,500,000.00 | | |
| 190 | Jeffrey | | Stark | | Rosemary | Ann | Stark | | Parent | $ 8,500,000.00 | | |
| 191 | Jeffrey | | Stark | | Therese | | Stark | | Sibling | $ 4,250,000.00 | | |
| 192 | Jeffrey | | Stark | | John | | Stark | | Sibling | $ 4,250,000.00 | | |
| 193 | Michael | James | Stewart | | Janet | S. | Stewart-Davies | | Sibling | $ 4,250,000.00 | | |
| 194 | James | J. | Straine | Jr. | Kathleen | | O'Hara | | Sibling | $ 4,250,000.00 | | |
| 195 | Joann | | Tabeek | | Eleanor | | Neville (Estate of) | | Parent | $ 8,500,000.00 | | |
| 196 | Joann | | Tabeek | | Michael | | Smith | | Sibling | $ 4,250,000.00 | | |
| 197 | Joann | | Tabeek | | William | Joseph | Smith | Jr. | Sibling | $ 4,250,000.00 | | |
| 198 | John | Marcy | Talignani | | Armand | M. | Talignani (Estate of) | | Sibling | $ 4,250,000.00 | | |
| 199 | Michael | C. | Tarrou | | Patricia | Peterson | Tarrou | | Parent | $ 8,500,000.00 | | |
| 200 | Michael | C. | Tarrou | | Gigi | T. | Hintz | | Sibling | $ 4,250,000.00 | | |
| 201 | Michael | M. | Taylor | | Clara | S. | Taylor | | Parent | $ 8,500,000.00 | | |
| 202 | Michael | M. | Taylor | | Mary | Kaye | Crenshaw | | Sibling | $ 4,250,000.00 | | |
| 203 | Michael | M. | Taylor | | James | J. | Taylor | | Sibling | $ 4,250,000.00 | | |
| 204 | Dorothy | | Temple | | Jacqueline | F. | Temple | | Sibling | $ 4,250,000.00 | | |
| 205 | Dorothy | | Temple | | Larry | J. | Temple | | Sibling | $ 4,250,000.00 | | |
| 206 | John | P. | Tierney | | John | | Tierney (Estate of) | | Parent | $ 8,500,000.00 | | |
| 207 | Kenneth | F. | Tietjen | | Janice | A. | Tietjen | | Parent | $ 8,500,000.00 | | |
| 208 | Kenneth | F. | Tietjen | | Kenneth | A. | Tietjen | | Parent | $ 8,500,000.00 | | |
| 209 | Alicia | Nicole | Titus | | Beverly | J. | Titus | | Parent | $ 8,500,000.00 | | |
| 210 | Alicia | Nicole | Titus | | John | L. | Titus | | Parent | $ 8,500,000.00 | | |
| 211 | Amy | E. | Toyen | | Martin | | Toyen | | Parent | $ 8,500,000.00 | | |
| 212 | Jennifer | Lynn | Tzemis | | Nancy | D. | Tzemis | | Parent | $ 8,500,000.00 | | |
| 213 | John | Damien | Vaccacio | | Anne | Marie | Vaccacio | | Parent | $ 8,500,000.00 | | |
| 214 | John | Damien | Vaccacio | | James | R. | Vaccacio | | Parent | $ 8,500,000.00 | | |
| 215 | Bradley | H. | Vadas | | Donald | Joseph | Vadas | | Parent | $ 8,500,000.00 | | |
| 216 | Kenneth | Warren | Van Auken | | Kenneth | Warren | Van Auken (Estate of) | | ESTATE | | $ 2,000,000.00 | $ 7,085,037.00 |
| 217 | Daniel | Maurice | Van Laere | | Margaret | Rita | Van Laere (Estate of) | | Parent | $ 8,500,000.00 | | |
| 218 | Joseph | B. | Vilardo | | Antionette | | Vilardo (Estate of) | | Parent | $ 8,500,000.00 | | |
| 219 | Joseph | B. | Vilardo | | Benedict | J. | Vilardo (Estate of) | | Parent | $ 8,500,000.00 | | |
| 220 | Wendy | A. | Wakeford | | Clara | L. | Pachomski | | Sibling | $ 4,250,000.00 | | |

5

| EXHIBIT A | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
| 221 | Stephen | Gordon | Ward | | Gordon | M. | Ward | | Parent | $ 8,500,000.00 | | |
| 222 | Steven | | Weinberg | | Leonard | | Weinberg (Estate of) | | Parent | $ 8,500,000.00 | | |
| 223 | Eugene | Michael | Whelan | | Joan | A. | Whelan | | Parent | $ 8,500,000.00 | | |
| 224 | Leslie | Ann | Whittington | | Horace | G. | Whittington (Estate of) | | Parent | $ 8,500,000.00 | | |
| 225 | Alison | M. | Wildman | | Arthur | S. | Wildman | Jr. | Parent | $ 8,500,000.00 | | |
| 226 | Glenn | J. | Winuk | | Seymour | | Winuk (Estate of) | | Parent | $ 8,500,000.00 | | |
| 227 | Patrick | | Woods | | Eileen | M. | Woods | | Parent | $ 8,500,000.00 | | |
| 228 | Patrick | | Woods | | Patrick | J. | Woods | Sr. | Parent | $ 8,500,000.00 | | |
| 229 | Patrick | | Woods | | Thomas | R. | Woods | | Sibling | $ 4,250,000.00 | | |
| 230 | Patrick | | Woods | | Christopher | E. | Woods | | Sibling | $ 4,250,000.00 | | |
| 231 | Myrna | | Yaskulka | | Hal | | Yaskulka | | Child | $ 8,500,000.00 | | |
| 232 | Myrna | | Yaskulka | | Jay | E. | Yaskulka | | Child | $ 8,500,000.00 | | |
| 233 | Myrna | | Yaskulka | | Brian | G. | Yaskulka | | Child | $ 8,500,000.00 | | |
| | | | | | | | | | TOTAL: | $ 1,559,500,000.00 | $ 6,000,000.00 | $ 80,693,615.00 |