UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
|---|---|
| Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al. | 15-cv-9903 (GBD)(SN) <br> ECF Case |

## *CORRECTED* ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF PLAINTIFF JAROSLAWA SKALA

Upon consideration of the evidence and arguments submitted by Plaintiff Jaroslawa Skala, a plaintiff in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15-cv- 9903,* who is the parent of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and The Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903 ECF No. 85), together with the entire record in this case, it is hereby;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of Plaintiff Jaroslawa Skala in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15-cv-9903,* as identified in the attached Exhibit A, who is the parent of John P. Skala, who was killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is

**ORDERED** that Plaintiff Jaroslawa Skala is awarded solatium damages of $8,500,000 as the parent of John P. Skala as indicated in Exhibit A; and it is

**ORDERED** that Plaintiff Jaroslawa Skala is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that that Plaintiff Jaroslawa Skala may submit an application for punitive damages at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the this plaintiff and the remaining *Burnett* Plaintiffs not appearing on Exhibit A, to the extent such awards have not previously been addressed, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for conscious pain and suffering of decedents from the September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
SEP 1 3 2018

SO ORDERED:

*George B. Daniel*
GEORGE B. DANIELS
United States District Judge

| | EXHIBIT A | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM | DECEDENT PAIN AND SUFFERING | DECEDENT ECONOMIC LOSS |
| 1 | John | P. | Skala | | Jaroslawa | | Skala | | Parent | $ 8,500,000.00 | | |
| | | | | | | | | | TOTAL: | $ 8,500,000.00 | $ - | $ - |

1