UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2024

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties as identified on Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representative of family members of individuals killed as a result of the terrorist attacks on September 11, 2001, who have passed away since their claims were initially filed in this litigation.

Exhibit A identifies the individuals to be substituted in the pleading, including the capacity in which they seek to be substituted, state of residency at the time the complaint was filed, the existing pleading that refers to the plaintiff, and the decedent for whom the substituted plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as a Plaintiff into the Court's ECF system by Plaintiffs' counsel to ease the burden on the Clerk of the Court's Office due to the size of this MDL.

Dated: March 8, 2024

Respectfully submitted,

/s/ John M. Eubanks
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
Michael Elsner, Esq. (SDNY Bar #ME8337)

Robert T. Haefele, Esq. (SDNY Bar #RH2811)
Elizabeth Smith, Esq.
John M. Eubanks, Esq.
MOTLEY RICE LLC
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jflowers@motleyrice.com
dmigliori@motleyrice.com
melsner@motleyrice.com
rhaefele@motleyrice.com
esmith@motleyrice.com
jeubanks@motleyrice.com

*COUNSEL FOR PLAINTIFFS*

The Burnett Plaintiffs' motion to substitute parties as set out in Exhibit A is GRANTED. Susan Lynne Kinney is substituted for Walter S. Cramer as Personal Representative of the Estate of Christopher Seton Cramer; Susan K. Keasler is substituted for Denise K. Keasler as Personal Representative of the Estate of Karol Ann Keasler. Future applications must be filed using the "motion to substitute party" event in ECF, may be filed in multiple member cases, and shall identify the 9/11 decedent, the existing personal representative, and the new personal representative.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 12, 2024
       New York, New York

2

# EXHIBIT A

| Identification of Party to be Substituted (Plaintiff's name and relationship to Decedent) | State of Residence at Filing | Reference to Plaintiff in pleading | 9/11 Decedent's Name | Paragraph of Complaint Discussing Decedent |
|---|---|---|---|---|
| Susan Lynne Kinney as Successor Representative of the Estate of Christopher Seton Cramer, Deceased | NJ | ¶ 1061 | Christopher Seton Cramer | 1:15-cv-09903, 53, at 1061 |
| Susan K. Keasler as Successor Representative of the Estate of Karol Ann Keasler, Deceased | NV | ¶ 1001 | Karol Ann Keasler | 1:15-cv-09903, 53, at 1001 |