EXHIBIT A
SOLATIUM CLAIMS

| # | Personal Representative First | Middle | Last | Suffix | Claimant First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Decedent First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Joseph | Theodore | Afflitto | Jr. | US | Daniel | Thomas | Afflitto | Sr. | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 1 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 2 | | | | | Dylan | S. | Chirls | | US | Catherine | Ellen | Chirls | | US | 9/11/01 | NY | | 1:15-cv-09903, 275, at 10 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 | | | | | Lauren | Vargha | Colasanti | | US | Christopher | Michael | Colasanti | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 4 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 4 | | | | | Cara | Elizabeth | Colasanti | | US | Christopher | Michael | Colasanti | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 3 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 5 | | | | | James | Henry | Connor | II | US | James | Lee | Connor | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 5 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 6 | | | | | John | P. | Connor | | US | James | Lee | Connor | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 6 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 7 | | | | | Lisa | T. | Dolan | | US | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA | | 1:15-cv-09903, 53, at 3104 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 8 | | | | | Rebecca | Leigh | Dolan | | US | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA | | 1:15-cv-09903, 676, at 8 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 9 | | | | | Robert | E. | Dolan | III | US | Robert | E. | Dolan | Jr. | US | 9/11/01 | VA | | 1:15-cv-09903, 676, at 7 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 10 | | | | | Marion | Elaine | Donovan | | US | Jacqueline | | Donovan | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 2489 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 11 | Patrice | | Kelleher | | James | T. | Donovan | | US | Jacqueline | | Donovan | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 2488 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 12 | Edward | | Flanders | | Patricia | E. | Flanders | | US | Vincent | D. | Kane | Jr. | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 1315 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 13 | Barbara | A. | Geidel | | Ralph | William | Geidel | Sr. | US | Gary | Paul | Geidel | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 1113, 9621 at 3 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 14 | | | | | Marie | Scotto | Giordano | | US | Jeffrey | | Giordano | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 1429, 4778 at 3 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 15 | | | | | Antonio | Jose | Guadalupe | | US | Jose | Antonio | Guadalupe | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 9 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 16 | | | | | James | Lawrence | Hopper | | US | James | P. | Hopper | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 10 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 17 | | | | | Carolyn | Alysa | Koestner | | US | Frank | J. | Koestner | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 11 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 18 | | | | | Megan | Kathleen | Maloney | | US | Joseph | Edward | Maloney | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 13 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 19 | | | | | Joseph | Eric | Maloney | | US | Joseph | Edward | Maloney | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 12 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 20 | | | | | Kathleen | | Maloney | | US | Joseph | Edward | Maloney | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 3340 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 21 | Patricia | | McKenna | | Agnes | Jane | McKenna | | US | Stephanie | Marie | McKenna | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 1543, 9621 at 3 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 22 | | | | | Lynn | Ann | Pescherine | | US | Michael | John | Pescherine | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 850 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 23 | | | | | Ryan | Michael | Pescherine | | US | Michael | John | Pescherine | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 14 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 24 | | | | | Alexander | Jordan Selwyn | Rosenblum | | US | Howard | | Selwyn | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 17 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 25 | | | | | James | Edward | Sabella | | US | Thomas | E. | Sabella | | US | 9/11/01 | NY | | 1:15-cv-09903, 676 at 15 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 26 | | | | | Nicole | Jean | Sabella | | US | Thomas | E. | Sabella | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 16 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 27 | | | | | Kelsie | Marie | Scofield | | US | Glenn | E. | Wilkinson | | US | 9/11/01 | NY | | 1:15-cv-09903, 676, at 18 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 28 | Severino | Rogan | Tamayo | Jr. | Severino | Yabut | Tamayo | Sr. | US | Hector | R. | Tamayo | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 2183, 9621 at 3 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 29 | | | | | Ana | Maria | Tempesta | | US | Anthony | | Tempesta | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 485 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 30 | Jason | Reed | Tieste | | Ronald | Bruce | Tieste | | US | William | R. | Tieste | | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 1662, 9621 at 3 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 31 | | | | | Jasmyn | Alexandria | Troy | | | Willie | Quincey | Troy | | | | | | 1:15-cv-09903, 683 at 3 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 32 | Leonard | | Vollkommer | | Christine | | Vollkommer | | US | Robert | W. | Spear | Jr. | US | 9/11/01 | NY | | 1:15-cv-09903, 53, at 2109, 9621 at 3 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |