**EXHIBIT B**
**NON-U.S. NATIONAL 9/11 DECEDENTS (VA)**

| | Personal Representative | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | Notes |
| 1 | Rui | | Zheng | | Shuyin | | Yang | | China | 9/11/01 | VA | 15cv9903 | 1:15-cv-09903, 53, at 3530 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |
| 2 | Rui | | Zheng | | Yuguang | | Zheng | | China | 9/11/01 | VA | 15cv9903 | 1:15-cv-09903, 53, at 3531 | | | $ 2,000,000.00 | $ 6,000,000.00 | | | | | $ - | |