**EXHIBIT A**
**Personal Injuries**

| # | Personal Representative ||||  Claimant |||||| Claim Information |||| Pain & Suffering Damages ||||| Economic Damages ||||| Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble | |
| 1 | | | | | Jeremy | Brandon | Davids | | U.S. | NY | 09903 | 1:15-cv-09903, 53, at 3869 | | | | | $ - | | | | | $ - | |