**EXHIBIT A**
**SOLATIUM CLAIMS**

| # | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | Date of Death | 9/11 Site | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | | | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
| 1 | Janis / John | | Biermann / Cullinan | | Thomas | Francis | Cullinan | | U.S. | Joan | McConnell | Cullinan | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3172 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 2 | James | M. | Selwyn | | Frances | R. | Selwyn | | U.K. | Howard | | Selwyn | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3488 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 3 | Helen | K. | Rosenthal | | Avram | | Rosenthal | | U.S. | Joshua | Alan | Rosenthal | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2650 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 4 | Carol | Ann | Niedermeyer | | Alfonse | | Niedermeyer | | U.S. | Alfonse | J. | Niedermeyer | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 2211 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |