UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:
*Burnett, et al. v. Islamic Republic of Iran*, 1:15-cv-09903 (GBD)(SN)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Plaintiff Daniel Roberts substitutes Jerry S. Goldman, State Bar No. 1302454, as counsel of record in place of The Law Office of John F. Schutty, P.C. and Motley Rice LLC. Contact information for new counsel is as follows:

>Anderson Kill P.C.
>1251 Avenue of the Americas
>New York, NY 10020
>Telephone: 212-278-1000
>Facsimile: 212-278-1733
>Email: jgoldman@andersonkill.com

I consent to the above substitution.

Date: 02/29/2024

_____
Signature of Plaintiff Daniel Roberts

I consent to be substituted.

Date: 04/05/2024

_____
John F. Schutty
Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
john@johnschutty.com

docs-100668155.1

I consent to be substituted.

Dated: 6/13/2024

John Eubanks
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
jeubanks@motleyrice.com

I consent to the above substitution.

Date: 6/13/24

_____
Signature of New Attorney

Gerry S. Goldman

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                                                    Judge