**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN)<br>ECF Case |

### PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF A PLAINTIFF WHO WAS NOT AN IMMEDIATE FAMILY MEMBER OF A 9/11 DECEDENT

### (BURNETT XXXI)

PLEASE TAKE NOTICE that upon the accompanying Declaration of John M. Eubanks ("Eubanks Declaration"), with exhibits, and the accompanying memorandum of law, Plaintiff Ian L. Pescaia respectfully moves this Court for an Order entering partial final default judgment on his behalf against The Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "the Iran Defendants") and awarding him (1) solatium damages for the losses he suffered as a functional equivalent of a spouse to 9/11 decedent Christine A. Snyder in the same per plaintiff amount of $12,500,000.00 previously awarded by this Court to spouses; (2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and (3) permission for Mr. Pescaia to seek punitive damages or other damages at a later date, and for all other similarly situated Plaintiffs to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiff Ian L. Pescaia makes this request in connection with the judgment of default as to liability entered against the Iran Defendants on January 31, 2017. *See* 15-cv-9903 ECF No. 85.

2

Dated: June 17, 2024                                Respectfully submitted,

                                                    MOTLEY RICE LLC

                                                    /s/ John M. Eubanks
                                                    John M. Eubanks, Esq.
                                                    Jodi Westbrook Flowers, Esq.
                                                    Robert T. Haefele, Esq.
                                                    John C. Duane, Esq.
                                                    28 Bridgeside Blvd.
                                                    Mt. Pleasant, SC 29464
                                                    Tel: 843-216-9218
                                                    Fax: 843-216-9450
                                                    Email: jeubanks@motleyrice.com

                                                    Attorneys for the *Burnett* Plaintiffs

2