| # | Personal Representative (First, Middle, Last, Suffix) | Claimant First | Claimant Middle | Claimant Last | Suffix | Nationality on 9/11 | 9/11 Decedent First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Maureen | Elizabeth | Basnicki | | Canada | Kenneth | William | Basnicki | | Canada | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3563 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 2 | | Brennan | | Basnicki | | Canada | Kenneth | William | Basnicki | | Canada | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 717, at 1 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 3 | | Brent | | McIntosh | | Canada | Jane | | Beatty | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3607 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 4 | | Drew | David | McIntosh | | Canada | Jane | | Beatty | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3608 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 5 | | Justin | Michael | Bennett | | United Kingdom | Oliver | Duncan | Bennett | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3572 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 6 | | Joy | | Bennett | | United Kingdom | Oliver | Duncan | Bennett | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3571 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 7 | | Malcolm | P. | Campbell | | United Kingdom | Geoffrey | Thomas | Campbell | | United Kingdom | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3157 | | Parent | | | | $ - |
| 8 | | Catherine | Mary | Ross | | United Kingdom | Jeremy | Mark | Carrington | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3558 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 9 | | Sarah | Jane | Carrington | | United Kingdom | Jeremy | Mark | Carrington | | Ireland | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3561 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 10 | | Grace | Elizabeth | Friend | | Ireland | Joanne | Mary | Cregan | | Ireland | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3014 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 11 | | Mary | E. | Cregan | | Ireland | Joanne | Mary | Cregan | | Ireland | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3015 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 12 | | Keith | | Cudmore | | United Kingdom | Neil | James | Cudmore | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3325 (DOE AP265) | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 13 | | Selena | Edna Irene | Dack-Forsyth | | Canada | Caleb | Arron | Dack | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 104 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 14 | | Helen | K. | Dawson | | United Kingdom | Anthony | Richard | Dawson | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3551 | | Parent | | | | $ - |
| 15 | | David | C. | De Vere | | United Kingdom | Melanie | Louise | De Vere | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3553 | | Parent | | | | $ - |
| 16 | | Ivonne | | Pocasangre Lopez | | El Salvador | Ana | Gloria | deBarrera | | El Salvador | 9/11/2001 | NY (UA175) | 9903 | 1:15-cv-09903, 53, at 3576 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 17 | | Alvaro | | Dominguez | | Australia | Alberto | | Dominguez | | Australia | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3519 | | Child | | | | $ - |
| 18 | | Diego | | Dominguez | | Australia | Alberto | | Dominguez | | Australia | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3521 | | Child | | | | $ - |
| 19 | | Martha | I. | Dominguez | | Australia | Alberto | | Dominguez | | Australia | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3517 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 20 | | Virginia | M. | Dominguez | | Australia | Alberto | | Dominguez | | Australia | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3523 | | Child | | | | $ - |
| 21 | | Alberto | | Dominguez | | Australia | Alberto | | Dominguez | | Australia | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3518 | | Child | | | | $ - |
| 22 | | Angela | | Ridge | | United Kingdom | Robert | Douglas | Eaton | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3190 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 23 | | Barbara | J. | Stephenson | | United Kingdom | Robert | Douglas | Eaton | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3191 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 24 | | Anna | Maria | Egan | | Canada | Michael | | Egan | | Canada | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 579 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 25 | | Jonathan | Joseph | Egan | | Ireland | Michael | | Egan | | Canada | 9/11/2001 | NY (WTC) | | 1:15-cv-09903, 717, at 3 | | Child | | | | $ - |
| 26 | | Stephan | Joachim | Gerhardt | | Canada | Ralph | | Gerhardt | | Canada | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3502 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 27 | | Hans | J. | Gerhardt | | Canada | Ralph | | Gerhardt | | Canada | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3501 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 28 | | Deena | Joan | Gilbey | | United Kingdom | Paul | Stuart | Gilbey | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 1416 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 29 | | Hannah | Jane Emily | Gilbey | | United Kingdom | Paul | Stuart | Gilbey | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 719, at 1 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 30 | | Colin | Vincent | Gilligan | | United Kingdom | Ronald | L. | Gilligan | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 2061 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 31 | | Victoria | | Blaksley | | Argentina | Pedro | | Grehan | | Argentina | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 1727 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 32 | | Camila | | Grehan | | Argentina | Pedro | | Grehan | | Argentina | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 717, at 4 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 33 | | Patricio | Brendan | Grehan | | Argentina | Pedro | | Grehan | | Argentina | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 717, at 5 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 34 | | Sofia | | Grehan | | Argentina | Pedro | | Grehan | | Argentina | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 717, at 6 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 35 | | Timothy | | John | | United Kingdom | Nicholas | | John | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3251, DOE AP273 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 36 | | Susan | | Jones | | United Kingdom | Christopher | D. | Jones | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 2883 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 37 | | Liat | | Levinhar | | Israel | Shai | | Levinhar | | Israel | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3547 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 38 | | Dening | | Lohez | | China | Jerome | | Lohez | | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3509 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 39 | | William | Luke | McNulty | | United Kingdom | Christine | Sheila | McNulty | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3589 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 40 | | Catherine | Ann | McNulty | | United Kingdom | Christine | Sheila | McNulty | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3585 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 41 | | Clive | Desmond | McNulty | | United Kingdom | Christine | Sheila | McNulty | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3586 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 42 | | Helen | Norah | McNulty | | United Kingdom | Christine | Sheila | McNulty | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3587 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 43 | | Michael | Bernard | McNulty | | United Kingdom | Christine | Sheila | McNulty | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3590 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 44 | | Jennifer | Eileen | McNulty-Ahern | | United Kingdom | Christine | Sheila | McNulty | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3588 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 45 | | William | Jorn | Skead | | United Kingdom | Christine | Sheila | McNulty | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3584 | | Spouse | | | $ 12,500,000.00 | $ 37,500,000.00 |
| 46 | | Tabitha | Belle McNulty | Skead | | United Kingdom | Christine | Sheila | McNulty | | United Kingdom | 9/11/2001 | NY (WTC) | | 1:15-cv-09903, 717, at 7 | | Child | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 47 | | Lachman | | Parbhu | | Guyana | Hardai | | Parbhu | | Guyana | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3537 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 48 | | Parboti | | Parbhu | | Canada | Hardai | | Parbhu | | Trinidad and Tobago | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3541 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 49 | | Angela | Elizabeth | Rogers | | United Kingdom | Karlie | Barbara | Rogers | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3595 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 50 | | Keith | | Rogers | | United Kingdom | Karlie | Barbara | Rogers | | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3596 | | Parent | | | $ 8,500,000.00 | $ 25,500,000.00 |
| 51 | | Gary | Moshe | Saada | | France | Thierry | | Saada | | France | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3496 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 52 | | Luis | S. | Samaniego | | Paraguay | Carlos | A. | Samaniego | | Paraguay | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3490 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 53 | | Yishai | | Shefi | | Israel | Hagay | | Shefi | | Israel | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3507 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |
| 54 | | Pazit | Shefi | Baum | | Israel | Hagay | | Shefi | | Israel | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3506 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 |

**EXHIBIT A**
**NON-U.S. NATIONAL SOLATIUM**

| # | First | Middle | Last | Country | First | Middle | Last | Country | Date | Location | Doc | Citation | Relationship | Solatium | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Ann | | Simpkin | United Kingdom | Jane | Louise | Simpkin | United Kingdom | 9/11/2001 | NY (UA175) | 9903 | 1:15-cv-09903, 53, at 3486 | Parent | $ 8,500,000.00 | $ 25,500,000.00 |
| 56 | Britt | | Ehnar | Sweden | David | | Tengelin | Sweden | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3534 | Parent | $ 8,500,000.00 | $ 25,500,000.00 |
| 57 | Petra | | Ehnar | Sweden | David | | Tengelin | Sweden | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3536 | Sibling | $ 4,250,000.00 | $ 12,750,000.00 |
| 58 | Patric | | Tengelin | Sweden | David | | Tengelin | Sweden | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3535 | Sibling | $ 4,250,000.00 | $ 12,750,000.00 |
| 59 | Lucy | E. | Thompson | United Kingdom | Clive | | Thompson | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 1324 | Spouse | $ 12,500,000.00 | $ 37,500,000.00 |
| 60 | Maria | Teresa | Rueda De Torres | Columbia | Luis | Eduardo | Torres | Colombia | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3404 | Parent | $ 8,500,000.00 | $ 25,500,000.00 |
| 61 | Clive | | Hopwood | United Kingdom | Dinah | | Webster | United Kingdom | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3286 | Sibling | $ 4,250,000.00 | $ 12,750,000.00 |
| 62 | Joanna | K. | Wells | United Kingdom | Vincent | Michael | Wells | United Kingdom | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3615 | Sibling | $ 4,250,000.00 | $ 12,750,000.00 |
| 63 | Julia | Ann | Wells | United Kingdom | Vincent | Michael | Wells | United Kingdom | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3614 | Parent | $ 8,500,000.00 | $ 25,500,000.00 |
| 64 | Birgit | Margarete | Wiswe | Germany | Sigrid | Charlotte | Wiswe | Germany | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 2875 | Sibling | $ 4,250,000.00 | $ 12,750,000.00 |
| 65 | Ajitha | | Vemulapalli | India | Suresh | | Yanamadala | India | 9/11/2001 | NY (WTC) | 9903 | 1:15-cv-09903, 53, at 3543 | Spouse | $ 12,500,000.00 | $ 37,500,000.00 |
| 66 | Rui | | Zheng | China | Shuyin | | Yang | China | 9/11/2001 | VA (AA77) | 9903 | 1:15-cv-09903, 53, at 3530 | Child | $ 8,500,000.00 | $ 25,500,000.00 |
| 67 | Rui | | Zheng | China | Yuguang | | Zheng | China | 9/11/2001 | VA (AA77) | 9903 | 1:15-cv-09903, 53, at 3531 | Child | $ 8,500,000.00 | $ 25,500,000.00 |