UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/20/2024
```

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:

*Burnett, et al. v. Al Baraka Investment & Development Corp.*, 1:03-cv-09849 (GBD)(SN)
*Burnett, et al. v. Islamic Republic of Iran*, 1:15-cv-09903 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Plaintiff Kai Thompson

Hernandez substitutes Jerry S. Goldman, State Bar No. 1302454, as counsel of record in place of

The Law Office of John F. Schutty, P.C. and Motley Rice LLC. Contact information for new

counsel is as follows:

> Anderson Kill P.C.
> 1251 Avenue of the Americas
> New York, NY 10020
> Telephone: 212-278-1000
> Facsimile: 212-278-1733
> Email: jgoldman@andersonkill.com

I consent to the above substitution.

Date: ~~March 7, 2024~~ KTH
         February 7, 2024   Feb 7, 2024

I consent to be substituted.

Date: 3|14|24

*Kai Thompson Hernandez*
Signature of Plaintiff Kai Thompson Hernandez
February 7, 2024

*John F. Schutty*
John F. Schutty
Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
john@johnschutty.com

docs-100668155.1

I consent to be substituted.

Dated: 6/13/2024

John Eubanks
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
jeubanks@motleyrice.com

I consent to the above substitution.

Date: 6/13/2024

Signature of New Attorney

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                                                    Judge

The proposed substitution of counsel is granted.
**SO ORDERED.**

_____

SARAH NETBURN
United States Magistrate Judge

Dated: June 20, 2024
          New York, New York

docs-100668155.1