UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2024
```

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570

-----------------------------------------------------------x

This document relates to:
   *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

### ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 9965 in 03-MDL-1570 (GBD)(SN) and ECF No. 752 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 25, 2024
       New York, New York