**EXHIBIT A**

**NON-U.S.-NATIONAL IIED/SOLATIUM CLAIMANTS**

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | Date of Death | 9/11 Site | Claim Information | | | Solatium Damages | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | | | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | |
| 1 | | | | | Monica | | Guzman | | Columbia | Luis | Eduardo | Torres | | Columbia | 9/11/01 | NY | | 1:15-cv-09903, 53, at 3405 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | aka Monica Torres |
| 2 | | | | | Ronald | Patrick | Cregan | | Ireland | Joanne | Mary | Cregan | | Ireland | 9/11/01 | NY | | 1:15-cv-09903, 53, at 3016 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | |
| 3 | | | | | William | C. | Wells | | United Kingdom | Vincent | Michael | Wells | | United Kingdom | 9/11/01 | NY | | 1:15-cv-09903, 53, at 3616 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | aka DOE AP277 |
| 4 | | | | | Joanne | | Cudmore | | United Kingdom | Neil | James | Cudmore | | United Kingdom | 9/11/01 | NY | | 1:15-cv-09903, 53, at 3324 | | Sibling | | | $ 4,250,000.00 | $ 12,750,000.00 | aka DOE AP264 |