**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: _7/1/2024_ |

Civil Action No.
03 MDL 1570 (GBD)(SN)

--------------------------------------------------------------x

This document relates to:
    *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

### ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in either their given names or their newly assumed names who were previously identified as "DOE" plaintiffs or by their maiden name, it is hereby:

**ORDERED** that the *Burnett* Plaintiffs' motion is granted; and it is

**ORDERED** that Joanne Lesley Cudmore shall be substituted for "SIBLING DOE AP264" in her own right as the Sibling of Neil James Cudmore, Deceased; and it is

**ORDERED** that William C. Wells shall be substituted for "SIBLING DOE AP277" in his own right as the Sibling of Vincent Michael Wells, Deceased; and it is

**ORDERED** that Monica Guzman shall be substituted for "MONICA TORRES" in her own right as the Sibling of Luis Eduardo Torres, Deceased; and it is

**ORDERED** that the *Burnett* Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition of these Plaintiffs to the *Burnett* action in the Court's ECF and docketing system.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10049 in 03-MDL-1570 (GBD)(SN) and ECF No. 793 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: July 1, 2024
    New York, New York