UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br><br> ECF Case |

This document relates to:

*Burnett, et al. v. Al Baraka Investment & Development Corp.*, 1:03-cv-09849 (GBD)(SN)
*Burnett, et al. v. Islamic Republic of Iran*, 1:15-cv-09903 (GBD)(SN)
*O'Neill, et al. v. Islamic Republic of Iraq, et al.*, 04-cv-01076 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, plaintiff Jennifer Nilsen, individually as Spouse, and as Personal Representative of the Estate of Troy Nilsen, Deceased, along with the adult children of Deceased Troy Nilsen, plaintiffs Ryan Nilsen and Scott Nilsen substitutes John F. Schutty, as counsel of record in place of Motley Rice LLC.

Contact information for new counsel is as follows:

>Law Office of John F. Schutty, P.C.
>445 Park Avenue, 9th Floor
>New York, New York 10022
>Tel: (646) 345-1441
>Fax: (917) 591-5980
>john@johnschutty.com

I consent to the above substitution.

Dated: 4/15/2024

Plaintiff Jennifer Nilsen Individually as Spouse and as Personal Representative of the Estate of Troy Nilsen, Deceased

I consent to the above substitution.

Dated: 7/26/2024

John Eubanks
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
jeubanks@motleyrice.com

1

I consent to the above substitution.

Dated: 07/29/24

/s/ *John F. Schutty*

John F. Schutty
Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, New York 10022
Tel: (646) 345-1441
Fax: (917) 591-5980
john@johnschutty.com

2

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Motley Rice LLC.

Dated: 4/15/2024

_Ryan Nilsen_
Plaintiff Ryan Nilsen Adult Child of Decedent Troy Nilsen

I consent to the Law Office of John F. Schutty, P.C. being substituted in the place and stead of Motley Rice LLC.

Dated: 4/15/2024

*[Signature: Jennifer Nilsen, Guardian of Scott Nilsen]*
Plaintiff Scott Nilsen Adult Child of Decedent
Troy Nilsen

4

The substitution of attorney is hereby approved and so ORDERED.

Dated: _____    _____
                                                                                    Judge