UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570

-----------------------------------------------------------x

This document relates to:
 *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their prior pleadings, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A at ECF No. 10247 are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10247 in 03-MDL-1570 (GBD)(SN); ECF No. 818 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: August 16, 2024
       New York, New York