USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570

------------------------------------------------------------x

This document relates to:

*Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individual included on Exhibit A at ECF No. 10303 is to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10303 in 03-MDL-1570 (GBD)(SN) and ECF No. 838 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 6, 2024
       New York, New York