**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN)<br>ECF Case |

**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF *BURNETT/IRAN* PLAINTIFF IDENTIFIED AT EXHIBIT A**

**(*BURNETT / IRAN* XXXV)**

PLEASE TAKE NOTICE that upon the accompanying declaration of John C. Duane, with exhibits, and the accompanying memorandum of law, the Plaintiff identified in Exhibit A to the accompanying declaration of John C. Duane, respectfully moves this Court for an Order awarding:

(1) economic loss damages for the plaintiff identified in the expert report attached as Exhibit B to the Duane Declaration;

(2) prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment;

(3) permission for the *Burnett*/*Iran* plaintiff identified in Exhibit A to seek punitive damages or other damages at a later date; and

(4) for all other *Burnett/Iran* Plaintiffs not appearing on Exhibit A, to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiffs' request is made in connection with the judgment on default as to liability entered against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank

of the Islamic Republic of Iran (collectively, "the Iran Defendants") on January 31, 2017. *See* 15-cv-9903 (ECF No. 85).

Dated: September 9, 2024    Respectfully submitted,

/s/  John C. Duane
John C. Duane. Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
Email: jduane@motleyrice.com

Attorney for the *Burnett/Iran* Plaintiffs

2