**EXHIBIT A**
**Solatium**

| # | Personal Representative First | Middle | Last | Suffix | Claimant First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Decedent First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Janis / John | | Biermann / Cullinan | | Thomas | Francis | Cullinan | | U.S. | Joan | McConnell | Cullinan | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3172 | 9965, at 3, 10037 | Spouse | | | $ 12,500,000.00 |
| 2 | James | M. | Selwyn | | Frances | R. | Selwyn | | U.K. | Howard | | Selwyn | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3488 | 9965, at 5, 10037 | Spouse | | | $ 12,500,000.00 |
| 3 | Helen | K. | Rosenthal | | Avram | | Rosenthal | | U.S. | Joshua | Alan | Rosenthal | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2650 | 9965, at 6, 10037 | Parent | | | $ 8,500,000.00 |
| 4 | Carol | Ann | Niedermeyer | | Alfonse | | Niedermeyer | | U.S. | Alfonse | J. | Niedermeyer | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2211 | 10252, at 280, 10256 | Parent | | | $ 8,500,000.00 |