UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                               :   ORDER
                                     :
                                     :   03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON                 :
SEPTEMBER 11, 2001                   :
                                     :
------------------------------------x

This document relates to:

*Burnett, et al. v. The Islamic Republic of Iran, et al.*, 15-cv-9903 (GBD) (SN)

**ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE *BURNETT* PLAINTIFFS LISTED IN EXHIBITS A AND B**

GEORGE B. DANIELS, United States District Judge:

The *Burnett* Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "Defendants"). (ECF Nos. 10330, 10335.[1]) Upon consideration of the evidence and arguments set forth in the Declarations of John C. Duane and John M. Eubanks and the exhibits thereto (ECF Nos. 10332, 10337), and in light of the default judgment as to liability against Defendants entered on January 31, 2017 (ECF No. 3443), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned case was properly effectuated upon Defendants (ECF No. 64 in No. 15-cv-9903); and it is

**ORDERED** that partial final judgment is entered on behalf of the *Burnett* Plaintiffs identified in Exhibits A and B against the Defendants; and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that the *Burnett* Plaintiff identified in Exhibit A is awarded economic damages as set forth therein and as supported by the expert report and analysis tendered in conjunction with the Duane Declaration (ECF No. 10332); and it is

**ORDERED** that the *Burnett* Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is

**ORDERED** that the *Burnett* Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein; and it is

**ORDERED** that the *Burnett* Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the *Burnett* Plaintiffs identified in the attached Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that the *Burnett* Plaintiffs not appearing on Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the *Burnett* Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at ECF Nos. 10330 and 10335 in 03-md-1570 and ECF Nos. 846 and 850 in 15-cv-9903.

Dated:  September 19, 2024
        New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

EXHIBIT A
U.S. National Decedent Estate

| Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | | Economic Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| Francisca | A. | Wester | | Laurie | Ann | Neira | | U.S. | 9/11/01 | NY | 9903 | 1:15-cv-09903, 53, at 3:44 | 10303, at 1, 10322 | | | | 8/26/24 | | $ 6,787,859.00 |

# Exhibit B

EXHIBIT B - Solatium

| | Personal Representative | | | Claimant | | | | | 9/11 Decedent | | | | | | Claim Information | | | Solatium Damages | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suff ix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | Janis / John | | Biermann / Cullinan | | Thomas | Francis | Cullinan | | U.S. | Joan | McConnell | Cullinan | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3172 | 9965, at 3, 10037 | Spouse | | | $ 12,500,000.00 |
| 2 | James | M. | Selwyn | | Frances | R. | Selwyn | | U.K. | Howard | | Selwyn | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 3488 | 9965, at 5, 10037 | Spouse | | | $ 12,500,000.00 |
| 3 | Helen | K. | Rosenthal | | Avram | | Rosenthal | | U.S. | Joshua | Alan | Rosenthal | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2650 | 9965, at 6, 10037 | Parent | | | $ 8,500,000.00 |
| 4 | Carol | Ann | Niedermeyer | | Alfonse | | Niedermeyer | | U.S. | Alfonse | J. | Niedermeyer | | U.S. | 9/11/2001 | NY | 9903 | 1:15-cv-09903, 53, at 2211 | 10252, at 280, 10256 | Parent | | | $ 8,500,000.00 |