```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
            UNITED STATES DISTRICT COURT            DOC #:_____
            SOUTHERN DISTRICT OF NEW YORK           DATE FILED: 10/16/2024
```

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |
|---|---|

This document relates to:

*Thomas E. Burnett, Sr., et al. v. Islamic Republic of Iran,* Case No. 1:15-cv-9903 (GBD)(SN) (S.D.N.Y.)

## PLAINTIFFS' NOTICE OF MOTION TO AMEND

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Exhibit A attached hereto, the plaintiffs identified on Exhibit A respectfully move this Court pursuant to Fed. R. Civ. P. 15 and 17 for an Order permitting them to amend the caption of Plaintiffs' Amended Complaint to incorporate the multiple capacities in which the plaintiffs identified on Exhibit A seek to proceed in this action. This motion does not add the claims of any new real parties in interest but rather more appropriately identifies those real parties in interest who are already named in Plaintiffs' Amended Complaint who are proceeding in multiple capacities that may not have previously been clear in the pleadings.

Dated: October 15, 2024

        Respectfully submitted,

        s/John C. Duane
        John C. Duane, Esq. (SC No. 15930)
        MOTLEY RICE LLC
        28 Bridgeside Boulevard
        Mount Pleasant, South Carolina 29464
        Telephone: (843) 216-9000

        *Attorney for the Burnett Plaintiffs*

| EXHIBIT A | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Plaintiff's Last Name, First Name** | **Plaintiff's State of Residency at Filing** | **Plaintiff's Multiple Capacity Allegations** | **Plaintiff's Relationship to 9/11 Decedent** | **Plaintiff Citizenship** | **9/11 Decedent's Citizenship/Nationality on 9/11/01** | **Nature of Claim** | **Case Information** |
| Lynch, Peter John | NJ | Peter John Lynch, Individually as Sibling and as Personal Representative of the Estate of James Francis Lynch, Deceased | Personal Representative | U.S. | U.S. | WD | 1:15-cv-09903, 53, at 2229 |

The motion to amend is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: October 16, 2024
New York, New York