| # | Identificiation of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| | **EXHIBIT A** | | | |
| 1 | Rosaria Martingano, and Antonio Agnello as Co-Personal Representatives of the Estate of Salvatore Agnello, Deceased Parent of Joseph Agnello, Deceased | Salvatore Agnello in their own right as the Parent of Joseph Agnello, Deceased | 1:15-cv-09903, 53, at 1826 | Joseph Agnello |
| 2 | Kevin M. Moran as the Personal Representative of the Estate of Betty E. Moran, Deceased Parent Parent of John Christopher Moran, Deceased | Betty E. Moran in their own right as the Parent of John Christopher Moran, Deceased | 1:15-cv-09903, 53, at 3603 | John Christopher Moran |
| 3 | Carol A. Ogonowski as Personal Representative of the Estate of Theresa D. Ogonowski, Deceased Parent of John Alexander Ogonowski, Deceased | Theresa Ogonowski in their own right as the Parent of John Alexander Ogonowski, Deceased | 1:15-cv-09903, 53, at 3065 | John Alexander Ogonowski |
| 4 | Nicholas Paul Chiofalo, Jr. as Personal Representative of the Estate of Nicholas Paul Chiofalo, Deceased | Joan A. Chiofalo, as Personal Representative of the Estate of Nicholas Paul Chiofalo, Deceased and on behalf of all beneficiaries of Nicholas Paul Chiofalo | 1:15-cv-09903, 53, at 2222 | Nicholas Paul Chiofalo |
| 5 | Eslyn J. Hernandez, Jr. as Personal Representative of the Estate of Alejandrina Feliciano Hernandez, Deceased Parent of Norberto Hernandez, Deceased | Alejandrina Feliciano in their own right as the Parent of Norberto Hernandez, Deceased | 1:15-cv-09903, 53, at 951 | Norberto Hernandez |
| 6 | Virginia Ann Hindy as Personal Representative of the Estate of Mark D. Hindy, Deceased | George V. Hindy, as Personal Representative of the Estate of Mark D. Hindy, Deceased and on behalf of all beneficiaries of Mark D. Hindy | 1:15-cv-09903, 53, at 1319 | Mark D. Hindy |
| 7 | Arvette Denise Harris as Personal Representative of the Estate of Robert E. Harris, Jr., Deceased Parent of Aisha Ann Harris, Deceased | Robert Harris, Jr. in their own right as the Parent of Aisha Ann Harris, Deceased | 1:15-cv-09903, 53, at 3346 | Aisha Ann Harris |
| 8 | Alexander J. Rosenblum, as Personal Representative of the Estate of Howard Selwyn, Deceased | Frances Ruth Selwyn, as Personal Representative of the Estate of Howard Selwyn, Deceased and on behalf of all beneficiaries of Howard Selwyn | 1:15-cv-09903, 53, at 3488 | Howard Selwyn |

| | | | | |
|---|---|---|---|---|
| 9 | Katherine Carrozza as Personal Representative of the Estate of Mary Ellen Barbieri, Deceased Injured Party | Mary E. Barbieri, in their own right as an Injured Party | 1:15-cv-09903, 53, at 3667 | Mary Ellen Barbieri |
| 10 | Mindy Eisenberg Stark as Personal Representative of the Estate of Eugenia Sayre Singer, Deceased Injured Party | DOE AP167, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4760 | Eugenia Sayre Singer |
| 11 | Nicholas J. Chiarchiaro as Personal Representative of the Estate of Dorothy J. Chiarchiaro, Deceased | Nicholas Mario Chiarchiaro, Sr., as Personal Representative of the Estate of Dorothy J. Chiarchiaro, Deceased and on behalf of all beneficiaries of Dorothy J. Chiarchiaro | 1:15-cv-09903, 53, at 640 | Dorothy J. Chiarchiaro |
| 12 | Adele Milanowycz as Personal Representative of the Estate of Gregory Milanowycz, Deceased | Joseph M. Milanowycz, as Personal Representative of the Estate of Gregory Milanowycz, Deceased and on behalf of all beneficiaries of Gregory Milanowycz | 1:15-cv-09903, 53, at 2010 | Gregory Milanowycz |