## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

**IN RE TERRORIST ATTACKS ON**              **Civil Action No.**
**SEPTEMBER 11, 2001**                      **03 MDL 1570**


------------------------------------------------------------x

This document relates to:
   *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10497 in 03-MDL-1570 (GBD)(SN) and ECF No. 884 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**


November ___, 2024                          _____
New York, New York                          SARAH NETBURN
                                            United States Magistrate Judge