UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON					Civil Action No.
SEPTEMBER 11, 2001						03 MDL 1570

-----------------------------------------------------------x

This document relates to:
*Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:    December 10, 2024				Respectfully submitted,

							MOTLEY RICE LLC

							*/s/ John C. Duane*
							John C. Duane, Esq.
							Mount Pleasant, SC 29464
							Telephone: (843) 216-9000
							Facsimile: (843) 216-9450
							jduane@motleyrice.com

							Counsel for Plaintiffs

| | **EXHIBIT A** | | | |
|---|---|---|---|---|
| # | **Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent)** | **Reference to Plaintiff in Current Caption** | **Paragraph of Complaint Discussing Decedent** | **9/11 Decedent Name** |
| 1 | Michelle Stevens, as Personal Representative of the Estate of George Thomas Long, Deceased Parent of Stephen V. Long, Deceased | George T. Long in their own right as the Parent of Stephen V. Long, Deceased | 1:15-cv-09903, 53, at 714 | Stephen V. Long |
| 2 | Donna DelleFemine, as Personal Representative of the Estate of George Kenneth Dellefemine, Deceased Sibling of Carol Marie Bouchard, Deceased | Kenneth Dellefemine in their own right as the Sibling of Carol Marie Bouchard, Deceased | 1:15-cv-09903, 53, at 1683 | Carol Marie Bouchard |
| 3 | Margaret Tolman Schardt, as Personal Representative of the Estate of Robert Schardt, Deceased Parent of John Albert Schardt, Deceased | Robert Schardt in their own right as the Parent of John Schardt, Deceased | 1:15-cv-09903, 53, at 1793 | John Albert Schardt |
| 4 | Carol Margaret DeBenedictis, as Co-Representative of the Estate of Joseph Furmato, Deceased Parent of Paul James Furmato, Deceased | Joseph Furmato, Sr. in their own right as the Parent of Paul Furmato, Deceased | 1:15-cv-09903, 53, at 1149 | Paul James Furmato |
| 5 | Joseph Furmato, Jr., as Co-Representative of the Estate of Joseph Furmato, Deceased Parent of Paul James Furmato, Deceased | Joseph Furmato, Sr. in their own right as the Parent of Paul Furmato, Deceased | 1:15-cv-09903, 53, at 1149 | Paul James Furmato |
| 6 | Donna DelleFemine, as Personal Representative of the Estate of Kenneth DelleFemine, Deceased Sibling of Carol Marie Bouchard, Deceased | Kenneth DelleFemine in their own right as the Sibling of Carol Bouchard, Deceased | 1:15-cv-09903, 53, at 1683 | Carol Marie Bouchard |
| 7 | Joseph Greene, as Personal Representative of the Estate of Thomas M. Greene, Deceased Sibling of Lorraine Lee, Deceased | Thomas M. Greene in their own right as the Sibling of Lorraine Lee, Deceased | 1:15-cv-09903, 53, at 351 | Lorraine Lee |
| 8 | Darlene Marie Keohane, as Personal Representative of the Estate of Mary Ann Keohane, Deceased Parent of John Richard Keohane | Mary Keohane in their own right as the Parent of John Richard Keohane, Deceased | 1:15-cv-09903, 53, at 2298 | John Richard Keohane |
| 9 | Kenneth Ronald May, as Personal Representative of the Estate of Ronald Francis May, Deceased Parent of Renee A. May | Ronald F. May, as Personal Representative of the Estate of Renee A. May, Deceased and on behalf of all beneficiaries of Renee A. May | 1:15-cv-09903, 53, at 29 | Renee A. May |

The motion to substitute is GRANTED. The Clerk of Court is respectfully requested to close the motions at ECF No. 10611 in 03-md-1570 and ECF No. 896 in 15-cv-9903.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 11, 2024
New York, New York