UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* | 15-cv-9903 (GBD)(SN)<br>ECF Case |

**[PROPOSED] CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *BURNETT/IRAN* PLAINTIFFS IDENTIFIED AT EXHIBIT A**

**(*BURNETT / IRAN* XXV)**

On July 29, 2024, this Court issued an Order granting partial final judgments on behalf of certain plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), specifically those identified as the "*Burnett/Iran XXV*" Plaintiffs. *See* ECF No. 8293. Now, Plaintiffs Jordan Lyles and Justin Lyles move the Court to amend or correct the prior judgment based upon clerical errors related to their individual solatium judgment amounts. Therefore, the Court issues this Corrected Order which remains subject to the July 29, 2024, Order issued by this Court.

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), who are the functionally equivalent children of a victim killed in the terrorist attacks on September 11, 2001 (as identified on Exhibit A), and the Judgment by Default for liability only against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (15-cv-9903, ECF No.85), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN), as identified in the attached Exhibit A, who are the functionally equivalent children of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is

**ORDERED** that Plaintiffs Jordan Lyles and Justin Lyles, as identified in Exhibit A, are awarded: solatium damages for Plaintiff Jordan Lyles in the amount of $8,500,000, and solatium damages for Plaintiff Justin Lyles in the amount of $4,250,000, as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of the judgment for damages, in the amount of $_____; and it is

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is

**ORDERED** that the remaining *Burnett/Iran* Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium damages from the September 11th attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

**FURTHERMORE**, the Court respectfully directs the Clerk of the Court to terminate the motions at ECF No. 10715 in 03-MDL-1570 (GBD)(SN) and ECF No. 916 in 15-cv-9903 (GBD)(SN).

Dated: New York, New York
_____, 2025

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge