**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br><br> ECF Case |

**This Document Relates to:**
  *Burnett, et al. v. Islamic Republic of Iran, et al.,* 15-cv-9903(GBD)(SN)
  *Prior, et al. v. The Islamic Republic of Iran, et al.*, 19-cv-00044(GBD)(SN)

<u>**PLAINTIFFS' NOTICE OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF *BURNETT/IRAN AND PRIOR* PLAINTIFFS IDENTIFIED AT EXHIBIT A**</u>

(*BURNETT / IRAN* XXXVIII)

PLEASE TAKE NOTICE that upon the accompanying declaration of John C. Duane, with exhibits, and the accompanying memorandum of law, the Plaintiffs identified in Exhibit A to the accompanying declaration of John C. Duane, respectfully move this Court for an Order awarding them:

  (1)    economic loss damages for the plaintiffs identified in the expert reports attached as Exhibit B to the Duane Declaration;

  (2)    prejudgment interest at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment;

  (3)    permission for the *Burnett*/*Iran* and *Prior* plaintiffs identified in Exhibit A to seek punitive damages or other damages at a later date; and

  (4)    for all other *Burnett/Iran and Prior* Plaintiffs not appearing on Exhibit A, to submit applications for damages awards in later stages, to the extent such awards have not previously been addressed.

Plaintiffs' request is made in connection with the judgment on default as to liability entered against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank

of the Islamic Republic of Iran (collectively, "the Iran Defendants") on January 31, 2017.  *See* 15-cv-9903 (ECF No. 85). .  It is also made in connection with the judgments for default as to liability against the Islamic Republic of Iran in *Prior* (on September 6, 2019) cases. ECF Nos. 5088 and 5104.

Dated: February 26, 2025             Respectfully submitted

/**s**/  *John C. Duane*
John C. Duane. Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
Email: jduane@motleyrice.com

Attorney for the *Burnett/Iran* and *Prior* Plaintiffs