| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>In re Terrorist Attacks on September 11, 2001 | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 03 MDL 1570 (GBD)(SN) |

Re: *Burnett, et al. v. Islamic Republic of Iran, et al., 15-cv-9903- (GBD)(SN)*

      I hereby certify under the penalties of perjury that on the 2nd day of April 2025, I served defendant:

    Islamic Revolutionary Guard Corps
    Ali Bagheri
    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Imam Khomeini Avenue
    Imam Khomeini Square
    Tehran, Iran

by dispatching via Federal Express, Tracking No. 8801 2406 1126, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10681 in the Burnett case; Order Granting Partial Final Default Judgment, dated January 29, 2025, Document 10681 (in English and Farsi) entered in the Burnell case; A copy of 28 U.S.C. 1330, 139l(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in English only).

Dated:  April 2, 2025
           New York, New York

                                              Tammi M. Hellwig
                                              Clerk of Court

                                              /s/Rachel Slusher
                                              Deputy Clerk