UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 |

-----------------------------------------------------------x

This document relates to:
*Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   April 7, 2025

Respectfully submitted,

MOTLEY RICE LLC

*/s/ John C. Duane*
John C. Duane, Esq.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jduane@motleyrice.com

Counsel for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2025

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Thomas J. Cangialosi, Jr., as Personal Representative of the Estate of Helen J. Cangialosi, Deceased Parent of Stephen Jeffrey Cangialosi, Deceased | Helen J. Cangialosi in their own right as the Parent of Stephen J. Cangialosi, Deceased | 1 15-cv-09903, 53, at 1142 | Stephen Jeffrey Cangialosi |
| 2 | Claire Gorayeb, as Co-Representative of the Estate of Joseph G. Gorayeb, Deceased Parent of Catherine C. Gorayeb, Deceased | Joseph Gorayeb in their own right as the Parent of Catherine C. Gorayeb, Deceased | 1 15-cv-09903, 53, at 2895 | Catherine C. Gorayeb |
| 3 | Raymond J. Dowd, as Co-Representative of the Estate of Joseph G. Gorayeb, Deceased Parent of Catherine C. Gorayeb, Deceased | Joseph Gorayeb in their own right as the Parent of Catherine C. Gorayeb, Deceased | 1 15-cv-09903, 53, at 2895 | Catherine C. Gorayeb |
| 4 | John J. Roberts, as Personal Representative of the Estate of Veronica M. Roberts, Deceased Parent of Michael Edward Roberts, Deceased | Veronica M. Roberts in their own right as the Parent of Michael Edward Roberts, Deceased | 1 15-cv-09903, 53, at 1534 | Michael Edward Roberts |
| 5 | James Michael Harlin, as Personal Representative of the Estate of Caroline Anna Harlin, Deceased Parent of Daniel Edward Harlin, Deceased | Caroline Harlin in their own right as the Parent of Daniel Edward Harlin, Deceased | 1 15-cv-09903, 53, at 1855 | Daniel Edward Harlin |
| 6 | Christine Marie Marlo-Triemstra, as Personal Representative of the Estate of Rosemary Claire Meyer, Deceased Parent of Kevin D. Marlo, Deceased | Rosemary Meyer in their own right as the Parent of Kevin D. Marlo, Deceased | 1 15-cv-09903, 53, at 1613 | Kevin D. Marlo |
| 7 | Karen Murphy, as Personal Representative of the Estate of Kenneth George Murphy, Deceased Sibling of Raymond E. Murphy, Sr., Deceased | Murphy, Kenneth George | 1 15-cv-09903, 259, at 12 | Raymond E. Murphy, Sr. |
| 8 | Stephen Frank Jezycki, Jr., as Personal Representative of the Estate of Catherine Frances Jezycki, Deceased Parent of Margaret Alario, Deceased | Catherine Jezycki in their own right as the Parent of Margaret Alario, Deceased | 1 15-cv-09903, 53, at 617 | Margaret Alario |
| 9 | Jeffrey Michael May, as Personal Representative of the Estate of Ronald Francis May, Deceased Parent of Renee A. May, Deceased | Kenneth Ronald May, as Personal Representative of the Estate of Ronald Francis May, Deceased Parent of Renee A. May, Deceased | 1 15-cv-09903, 53, at 29; 10611-1,9,10614 | Renee A. May |
| 10 | John P. Baeszler, as Personal Representative of the Estate of Rita Baeszler, Deceased Parent of Jane Ellen Baeszler, Deceased | Baeszler, Rita | 1 15-cv-09903, 275, at 3 | Jane Ellen Baeszler |

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 8, 2025
      New York, New York