UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 |

------------------------------------------------------------x

This document relates to:
    *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11027 in 03-MDL-1570 (GBD)(SN) and ECF No. 1009 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

 

| | |
|---|---|
| June ___, 2025 | _____ |
| New York, New York | SARAH NETBURN<br>United States Magistrate Judge |

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | William Lawrence Horrocks, Jr., as Co-Personal Representative of the Estate of Linda Jane Horrocks, Deceased Parent of Michael Robert Horrocks, Deceased | Horrocks, Linda J. | 1:15-cv-09903, 468, at 14 | Michael Robert Horrocks |
| 2 | Christian John Horrocks, as Co-Personal Representative of the Estate of Linda Jane Horrocks, Deceased Parent of Michael Robert Horrocks, Deceased | Horrocks, Linda J. | 1:15-cv-09903, 468, at 14 | Michael Robert Horrocks |
| 3 | Megan Alice Fajardo, as Personal Representative of the Estate of Neil Matthew Dollard, Deceased | Helen Dollard, as Personal Representative of the Estate of Neil M. Dollard, Deceased and on behalf of all beneficiaries of Neil M. Dollard | 1:15-cv-09903, 53, at 2799 | Neil Matthew Dollard |
| 4 | Kitty Eileen Bunin, as Personal Representative of the Estate of Corinne Loretta Bunin, Deceased Parent of Stephen Bunin, Deceased | Corinne Bunin in their own right as the Parent of Stephen Bunin, Deceased | 1:15-cv-09903, 53, at 3102 | Stephen Bunin |
| 5 | Joseph Anthony Fava, as Personal Representative of the Estate of Frank Joseph Fava, Deceased Spouse of Shannon Marie Fava, Deceased | Frank Fava, as Personal Representative of the Estate of Shannon Marie Fava, Deceased and on behalf of all beneficiaries of Shannon Marie Fava | 1:15-cv-09903, 53, at 481 | Shannon Marie Fava |
| 6 | Gregory Fumando, as Personal Representative of the Estate of Clement Fumando, Deceased | Katherine Fumando, as Personal Representative of the Estate of Clement Fumando, Deceased and on behalf of all beneficiaries of Clement Fumando | 1:15-cv-09903, 53, at 942 | Clement Fumando |
| 7 | Susie L. Lopez, as Personal Representative of the Estate of John Martin Lopez, Deceased Sibling of Maclovio Lopez, Jr., Deceased | John Martin Lopez, in his own right as the Sibling of Maclovio Lopez, Jr., Deceased | 1:15-cv-09903, 436, at 8 | Maclovio Lopez, Jr. |
| 8 | Kathleen Ann Lynch, as Personal Representative of the Estate of Michael Francis Lynch, Deceased | John B. Lynch, as Personal Representative of the Estate of Michael Francis Lynch, Deceased and on behalf of all beneficiaries of Michael Francis Lynch | 1:15-cv-09903, 53, at 1031 | Michael Francis Lynch |
| 9 | Laura Sterneberg, as Personal Personal Representative of Estate of Deanna G. Demotte, Deceased Sibling of Canfield D. Boone, Deceased | Deanna G. Demotte in their own right as the Sibling of Canfield D. Boone, Deceased | 1:15-cv-09903, 53, at 2453 | Canfield D. Boone |
| 10 | Alexandra Brzezinski, as Personal Representative of the Estate of John Casimir Olender, Deceased Parent of Christine Olender, Deceased | Stella Olender, as Personal Representative of the Estate of John Casimir Olender, Deceased Parent of Christine Olender, Deceased | 1:15-cv-09903, 53, at 420, 10252, at 289, 10256 | Christine Olender |
| 11 | Alexandra Brzezinski, as Personal Representative of the Estate of Therese Winters, Deceased Sibling of Christine Olender, Deceased | Therese Winters in their own right as the Sibling of Christine Olender, Deceased | 1:15-cv-09903, 53, at 421 | Christine Olender |
| 12 | Alexandra Brzezinski, as Personal Representative of the Estate of Conrad S. Olender, Deceased Sibling of Christine Olender, Deceased | Conrad S. Olender in their own right as the Sibling of Christine Olender, Deceased | 1:15-cv-09903, 53, at 419 | Christine Olender |
| 13 | Susan S. Tillier, as Personal Representative of the Estate of Joan B. Stewart, Deceased Parent of Richard H. Stewart, Jr., Deceased | Joan B. Stewart, as Personal Representative of the Estate of Richard H. Stewart, Jr., Deceased and on behalf of all beneficiaries of Richard H. Stewart, Jr. | :15-cv-09903, 53, at 2408 | Richard H. Stewart, Jr. |
| 14 | Tiffany M. Lynch as Personal Representative of the Estate of Jacqueline E. Lynch, Deceased Spouse of Terence M. Lynch, Deceased | Jacqueline E. Lynch, as Personal Representative of the Estate of Terence M. Lynch, Deceased and on behalf of all beneficiaries of Terence M. Lynch | 1:15-cv-09903, 53, at 2683 | Terence M. Lynch |
| 15 | Nathan J. Hersch as Personal Representative of the Estate of Jeffrey A. Hersch, Deceased | Leslie Sue Hersch, as Personal Representative of the Estate of Jeffrey A. Hersch, Deceased and on behalf of all beneficiaries of Jeffrey A. Hersch | 1:15-cv-09903, 53, at 1366 | Jeffrey A. Hersch |
| 16 | William Lawrence Horrocks, Jr., as Personal Representative of the Estate of Debra Lynn Brown, Deceased Sibling of Michael Robert Horrocks, Deceased | Debra Lynn Brown, Sibling | 1:15-cv-09903, 468, at 11 | Michael Robert Horrocks |
| 17 | Linda Marie Perrone as Personal Representative of the Estate of Marie Anne Palombo, Deceased Sibling of Frank Palombo, Deceased | Marie Perrone in their own right as the Sibling of Frank Palombo, Deceased | 1:15-cv-09903, 53, at 1345 | Frank Palombo |