USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2025

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570

-------------------------------------------------------x

This document relates to:
*Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   June 17, 2025

Respectfully submitted,

MOTLEY RICE LLC

*/s/ John C. Duane*
John C. Duane, Esq.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jduane@motleyrice.com

Counsel for Plaintiffs

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | William Lawrence Horrocks, Jr., as Co-Personal Representative of the Estate of Linda Jane Horrocks, Deceased Parent of Michael Robert Horrocks  Deceased | Horrocks  Linda J. | 1:15-cv-09903  468  at 14 | Michael Robert Horrocks |
| 2 | Christian John Horrocks, as Co-Personal Representative of the Estate of Linda Jane Horrocks, Deceased Parent of Michael Robert Horrocks, Deceased | Horrocks, Linda J. | 1:15-cv-09903, 468, at 14 | Michael Robert Horrocks |
| 3 | Megan Alice Fajardo, as Personal Representative of the Estate of Neil Matthew Dollard  Deceased | Helen Dollard, as Personal Representative of the Estate of Neil M. Dollard, Deceased and on behalf of all beneficiaries of Neil M. Dollard | 1:15-cv-09903 53  at 2799 | Neil Matthew Dollard |
| 4 | Kitty Eileen Bunin, as Personal Representative of the Estate of Corinne Loretta Bunin, Deceased Parent of Stephen Bunin, Deceased | Corinne Bunin in their own right as the Parent of Stephen Bunin  Deceased | 1:15-cv-09903 53 at 3102 | Stephen Bunin |
| 5 | Joseph Anthony Fava, as Personal Representative of the Estate of Frank Joseph Fava, Deceased Spouse of Shannon Marie Fava, Deceased | Frank Fava, as Personal Representative of the Estate of Shannon Marie Fava, Deceased and on behalf of all beneficiaries of Shannon Marie Fava | 1:15-cv-09903, 53, at 481 | Shannon Marie Fava |
| 6 | Gregory Fumando, as Personal Representative of the Estate of Clement Fumando  Deceased | Katherine Fumando, as Personal Representative of the Estate of Clement Fumando, Deceased and on behalf of all beneficiaries of Clement Fumando | 1:15-cv-09903 53 at 942 | Clement Fumando |
| 7 | Susie L. Lopez, as Personal Representative of the Estate of John Martin Lopez  Deceased Sibling of Maclovio Lopez  Jr.   Deceased | John Martin Lopez  in his own right as the Sibling of Maclovio Lopez  Jr.  Deceased | 1:15-cv-09903  436  at 8 | Maclovio Lopez  Jr. |
| 8 | Kathleen Ann Lynch, as Personal Representative of the Estate of Michael Francis Lynch, Deceased | John B. Lynch, as Personal Representative of the Estate of Michael Francis Lynch, Deceased and on behalf of all beneficiaries of Michael Francis Lynch | 1:15-cv-09903, 53, at 1031 | Michael Francis Lynch |
| 9 | Laura Sterneberg, as Personal Personal Representative of Estate of Deanna G. Demotte, Deceased Sibling of Canfield D. Boone, Deceased | Deanna G. Demotte in their own right as the Sibling of Canfield D. Boone  Deceased | 1:15-cv-09903 53 at 2453 | Canfield D. Boone |
| 10 | Alexandra Brzezinski, as Personal Representative of the Estate of John Casimir Olender, Deceased Parent of Christine Olender, Deceased | Stella Olender, as Personal Representative of the Estate of John Casimir Olender, Parent of Christine Olender  Deceased | 1:15-cv-09903, 53, at 420, 10252  at 289  10256 | Christine Olender |
| 11 | Alexandra Brzezinski, as Personal Representative of the Estate of Therese Winters, Deceased Sibling of Christine Olender, Deceased | Therese Winters in their own right as the Sibling of Christine Olender, Deceased | 1:15-cv-09903, 53, at 421 | Christine Olender |
| 12 | Alexandra Brzezinski, as Personal Representative of the Estate of Conrad S. Olender, Deceased Sibling of Christine Olender, Deceased | Conrad S. Olender in their own right as the Sibling of Christine Olender  Deceased | 1:15-cv-09903 53 at 419 | Christine Olender |
| 13 | Susan S. Tillier, as Personal Representative of the Estate of Joan B. Stewart, Deceased Parent of Richard H. Stewart, Jr., Deceased | Joan B. Stewart, as Personal Representative of the Estate of Richard H. Stewart, Jr., Deceased and on behalf of all beneficiaries of Richard H. Stewart, Jr. | :15-cv-09903, 53, at 2408 | Richard H. Stewart, Jr. |
| 14 | Tiffany M. Lynch as Personal Representative of the Estate of Jacqueline E. Lynch, Deceased Spouse of Terence M. Lynch, Deceased | Jacqueline E. Lynch, as Personal Representative of the Estate of Terence M. Lynch, Deceased and on behalf of all beneficiaries of Terence M. Lynch | 1:15-cv-09903, 53, at 2683 | Terence M. Lynch |
| 15 | Nathan J. Hersch as Personal Representative of the Estate of Jeffrey A. Hersch  Deceased | Leslie Sue Hersch, as Personal Representative of the Estate of Jeffrey A. Hersch, Deceased and on behalf of all beneficiaries of Jeffrey A. Hersch | 1:15-cv-09903 53 at 1366 | Jeffrey A. Hersch |
| 16 | William Lawrence Horrocks, Jr., as Personal Representative of the Estate of Debra Lynn Brown, Deceased Sibling of Michael Robert Horrocks, Deceased | Debra Lynn Brown, Sibling | 1:15-cv-09903, 468, at 11 | Michael Robert Horrocks |
| 17 | Linda Marie Perrone as Personal Representative of the Estate of Marie Anne Palombo, Deceased Sibling of Frank Palombo, Deceased | Marie Perrone in their own right as the Sibling of Frank Palombo, Deceased | 1:15-cv-09903, 53, at 1345 | Frank Palombo |

The motion to substitute is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: June 18, 2025
      New York, New York