UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON        Civil Action No.
SEPTEMBER 11, 2001                03 MDL 1570

------------------------------------------------------------x

This document relates to:
   *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11102 in 03-MDL-1570 (GBD)(SN) and ECF No. 1017 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

_____
August ___, 2025                          SARAH NETBURN
New York, New York                        United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Janine Passelis, as Co-Administrator of the Estate of Ann Marie Riccoboni, Deceased | John Riccoboni, as Personal Representative of the Estate of Ann Marie Riccoboni, Deceased and on behalf of all benficiaries of Ann Marie Riccoboni | 1:15-cv-09903, 53, at 1876 | Riccoboni, Ann Marie |
| 2 | Maria-Elena Santorelli, as Co-Administrator of the Estate of Ann Marie Riccoboni, Deceased | John Riccoboni, as Personal Representative of the Estate of Ann Marie Riccoboni, Deceased and on behalf of all benficiaries of Ann Marie Riccoboni | 1:15-cv-09903, 53, at 1876 | Riccoboni, Ann Marie |
| 3 | Kathy Roseann Stahlman as Personal Representative of the Estate of Renee Stahlman, Deceased Parent of Eric Adam Stahlman, Deceased | Renee Stahlman in their own right as the Parent of Eric Stahlman, Deceased | 1:15-cv-09903, 53, at 1576 | Stahlman, Eric Adam |
| 4 | Dorothy Nancy Hoey as Personal Representative of the Estate of John Vincent Hoey, III, Deceased Sibling of Patrick Aloysius Hoey, Deceased | John Vincent Hoey, III, individually as Sibling of Patrick Aloysius Hoey, Deceased | 1:15-cv-09903, 53, at 198, 10207, at 19, 10219 | Hoey, Patrick Aloysius |
| 5 | Zara Khan Yedvarb as Personal Representative of the Estate of Taimour Khan, Deceased | Tahira Khan, as Personal Representative of the Estate of Taimour Khan, Deceased and on behalf of all beneficiaries of Taimour Khan | 1:15-cv-09903, 53, at 1751 | Khan, Taimour |
| 6 | Maria Lipari as Personal Representative of the Estate of Anthony Luparello, Deceased | Maria Lipari in their own right as the Child of Anthony Luparello, Deceased | 1:15-cv-09903, 53, at 2497 | Luparello, Anthony |
| 7 | Edith Del Mar Behr as Personal Representative of the Estate of Maria Behr, Deceased | George Behr, as Personal Representative of the Estate of Maria Behr, Deceased and on behalf of all beneficiaries of Maria Behr | 1:15-cv-09903, 53, at 2815 | Behr, Maria |
| 8 | Edith Del Mar Behr as Personal Representative of the Estate of George Behr, Deceased Parent of Maria Behr, Deceased | George Behr, as Personal Representative of the Estate of Maria Behr, Deceased and on behalf of all beneficiaries of Maria Behr | 1:15-cv-09903, 53, at 2815 | Behr, Maria |
| 9 | Allison D. Hall as Personal Representative of the Estate of Margaret Regan, Deceased Sibling of Donald Regan, Deceased | Margaret Regan in their own right as the Sibling of Donald Regan, Deceased | 1:15-cv-09903, 53, at 1485 | Regan, Donald |
| 10 | Paul M. Spina as Personal Representative of the Estate of Irene Spina, Deceased Parent of Lisa L. Spina-Trerotola, Deceased | Irene Spina in their own right as the Parent of Lisa L. Spina-Trerotola, Deceased | 1:15-cv-09903, 53, at 543 | Spina-Trerotola, Lisa L |
| 11 | Carmen Barbosa as Personal Representative of the Estate of Frank Barbosa, Deceased Sibling of Dolores M. Costa, Deceased | Frank Barbosa, Sibling | 1:15-cv-09903, 275, at 15 | Costa, Dolores M |