**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

IN RE:                                                                                        03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                              **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

------------------------------------------------------------X

This document relates to:

    Burnett, et al. v. The Islamic Republic of Iran, et al., 15-cv-9903 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 5, 2024, the Burnett Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "Defendants"). It is **ORDERED** that partial final judgment is entered on behalf of the *Burnett* Plaintiffs identified in Exhibits A and B against the Defendants; and it is **ORDERED** that the *Burnett* Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; it is **ORDERED** that the *Burnett* Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is **ORDERED** that the *Burnett* Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is **ORDERED** that the *Burnett* Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is and it is ORDERED that the Burnett Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded

annually, running from the date indicated in the "Date of Report" column therein; and it is ORDERED that the Burnett Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Burnett Plaintiffs not appearing on Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:** New York, New York

August 5, 2025

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

BY:  _____

**Deputy Clerk**

# Exhibit A

| # | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Mary | E. | Andrews | | Michael | Rourke | Andrews | | U.S. | 9/11/01 | NY | 15cv9903 | 15-cv-09903, 53, at 2898 | 9962, 10036 | | $ - | 9987-3 | 1/29/24 | | $ 10,653,623.00 |
| 2 | Lenore | C. | Raimondi | | Peter | Frank | Raimondi | | U.S. | 9/11/01 | NY | 15cv9903 | 15-cv-09903, 53, at 474 | | | $ 2,000,000.00 | 10015-2 | 1/13/20 | | $ 10,246,956.00 |
| 3 | Helen | K. | Dawson | | Anthony | Richard | Dawson | | United Kingdom | 9/11/01 | NY | 15cv9903 | 15-cv-09903, 53 at 3551 | 4778 | | $ 2,000,000.00 | 10018-2 | 2/29/24 | | $ 11,777,646.00 |
| 4 | Julia | Ann | Wells | | Vincent | M. | Wells | | United Kingdom | 9/11/01 | NY | 15cv9903 | 15-cv-09903, 53, at 3614 | | | $ 2,000,000.00 | | | | $ - |
| 5 | Lillian | | Baxter | | Jasper | | Baxter | | U.S. | 9/11/01 | NY | 15cv9903 | 15-cv-09903, 53, at 2958 | | 5975 at 37 | $ - | 10290-2, at 1 | 8/20/24 | | $ 7,225,970.00 |
| 6 | Lisa | T. | Dolan | | Robert | E. | Dolan | Jr. | U.S. | 9/11/01 | VA | 15cv9903 | 15-cv-09903, 53, at 3104 | | 9932 at 4 | $ - | 10290-2, at 69 | 8/23/24 | | $ 11,232,825.00 |
| 7 | Maryann | J. | O'Rourke | | Kevin | M. | O'Rourke | | U.S. | 9/11/01 | NY | 15cv9903 | 15-cv-09903, 53, at 1830 | | 5975 at 428 | $ - | 10290-2, at 143 | 8/28/24 | | $ 9,889,913.00 |
| 8 | Corrine | E. | Bounty | | Margaret | Mary | Conner | | U.S. | 9/11/01 | NY | 15cv9903 | 15-cv-09903, 53, at 2740 | 10282 | 3666 at 3 | $ - | 10290-2, at 36 | 8/29/24 | | $ 4,711,372.00 |

# Exhibit B

| # | Plaintiff, as Personal Representative of Solatium Plaintiff | | | | Plaintiff | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
| 1 | Patrice | | Kelleher | | James | T. | Donovan | | U.S. | Jacqueline | | Donovan | | U.S. | 9/11/01 | NY | 15cv9903 | 1:15-cv-09903, 53, at 2488 | 9965, 10037 | Parent | | | $ 8,500,000.00 |
| 2 | Edward | | Flanders | | Patricia | E. | Flanders | | U.S. | Vincent | D. | Kane | Jr. | U.S. | 9/11/01 | NY | 15cv9903 | 1:15-cv-09903, 53, at 1315 | 9965, 10037 | Sibling | | | $ 4,250,000.00 |