UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570

------------------------------------------------------------x

This document relates to:
    *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11177 in 03-MDL-1570 (GBD)(SN) and ECF No. 1033 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

August ___, 2025                              _____
New York, New York                            SARAH NETBURN
                                              United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Meredith C. Andrews as the Co-Representative of the Estate of Maureen P. Kennedy, Deceased Spouse of Robert C. Kennedy, Deceased | Maureen Kennedy, as Personal Representative of the Estate of Robert C. Kennedy, Deceased and on behalf of all beneficiaries of Robert C. Kennedy | 1:15-cv-09903, 53, 3428 | Kennedy, Robert C. |
| 2 | Catherine M. Miller as the Co-Representative of the Estate of Maureen P. Kennedy, Deceased Spouse of Robert C. Kennedy, Deceased | Maureen Kennedy, as Personal Representative of the Estate of Robert C. Kennedy, Deceased and on behalf of all beneficiaries of Robert C. Kennedy | 1:15-cv-09903, 53, 3428 | Kennedy, Robert C. |
| 3 | Mario F. Spina as Personal Representative of the Estate of Irene Spina, Deceased Parent of Lisa L. Spina-Trerotola, Deceased | Irene Spina in their own right as the Parent of Lisa L. Spina-Trerotola, Deceased | 1:15-cv-09903, 53, at 543 | Spina-Trerotola, Lisa L |
| 4 | James M. Roger as Personal Representative of the Estate of Jean Destrehan Roger, Deceased | Thomas H. Roger, as Parent and as Personal Representative of the Estate of Jean Destrehan Roger, Deceased and on behalf of all beneficiaries of Jean Destrehan Roger, deceased | 1:15-cv-09903, 53, at 34, 5973, at 6 | Roger, Jean D. |
| 5 | Kathryn L. Barrere as Personal Representative of the Estate of Eunice K. Hanson, Deceased Parent of Peter B. Hanson, Deceased | Eunice K. Hanson in their own right as the Parent of Peter Burton Hanson, Deceased | 1:15-cv-09903, 53, at 2771 | Hanson, Peter B |
| 6 | Pamela-Sue E. Coombs as Personal Representative of the Estate of Charles B. Coombs, IV, Deceased Sibling of Jeffrey W. Coombs, Deceased | Charles B. Coombs, IV | 1:15-cv-09903, 467, at 11 | Coombs, Jeffrey W. |
| 7 | Maria Emilia Riverso as Personal Representative of the Estate of Domenico Riverso, Deceased Parent of Joseph R. Riverso, Deceased | Domenico Riverso in their own right as the Parent of Joseph R. Riverso, Deceased | 1:15-cv-09903, 53, at 1120 | Riverso, Joseph R. |
| 8 | Chelsea L. Thompson as Personal Representative of the Estate of Perry Thompson, Deceased | Charlette Thompson, as Personal Representative of the Estate of Perry Thompson, Deceased and on behalf of all beneficiaries of Perry Thompson | 1:15-cv-09903, 53, at 3229 | Thompson, Perry |
| 9 | Mark L. Madden as Personal Representative of the Estate of Michelle Marie Madden, Deceased Parent of Richard B. Madden, Deceased | Michelle M. Madden in their own right as the Parent of Richard B. Madden, Deceased | 1:15-cv-09903, 53, at 1959 | Madden, Richard B. |
| 10 | Alfonso Cubas, Jr. as Personal Representative of the Estate of Dorothy P. Cubas, Deceased Parent of Kenneth J. Cubas, Deceased | Dorothy Cubas in their own right as the Parent of Kenneth J. Cubas, Deceased | 1:15-cv-09903, 53, at 581 | Cubas, Kenneth J. |
| 11 | Dorothy G. McGrath as Personal Representative of the Estate of Harold L. Polhemus, Deceased Parent of Thomas H. Polhemus, Deceased | Harold L. Polhemus in their own right as the Parent of Thomas H. Polhemus, Deceased | 1:15-cv-09903, 53, at 1106 | Polhemus, Thomas H. |