UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2025
```

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON         Civil Action No.
SEPTEMBER 11, 2001                 03 MDL 1570

-----------------------------------------------------------x

This document relates to:
    *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties as identified in Exhibit A in the above-referenced action. The individuals being substituted into the case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, (2) family members of a 9/11 decedent who have now passed away, or (3) individuals who were injured during the 9/11 Attacks who have now passed away.

Exhibit A identifies the individual to be substituted in the pleading and the capacity in which they seek to be substituted, the existing pleadings that refer to the plaintiff, and the name of the 9/11 decedent related to the family member or the name of the 9/11 injured party.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   August 27, 2025                    Respectfully submitted,

MOTLEY RICE LLC

---

The motion to substitute is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 28, 2025
     New York, New York

EXHIBIT A

| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
|---|---|---|---|---|
| 1 | Meredith C. Andrews as the Co-Representative of the Estate of Maureen P. Kennedy, Deceased Spouse of Robert C. Kennedy, Deceased | Maureen Kennedy, as Personal Representative of the Estate of Robert C. Kennedy, Deceased and on behalf of all beneficiaries of Robert C. Kennedy | 1:15-cv-09903, 53, 3428 | Kennedy, Robert C. |
| 2 | Catherine M. Miller as the Co-Representative of the Estate of Maureen P. Kennedy, Deceased Spouse of Robert C. Kennedy, Deceased | Maureen Kennedy, as Personal Representative of the Estate of Robert C. Kennedy, Deceased and on behalf of all beneficiaries of Robert C. Kennedy | 1:15-cv-09903, 53, 3428 | Kennedy, Robert C. |
| 3 | Mario F. Spina as Personal Representative of the Estate of Irene Spina, Deceased Parent of Lisa L. Spina-Trerotola, Deceased | Irene Spina in their own right as the Parent of Lisa L. Spina-Trerotola, Deceased | 1:15-cv-09903, 53, at 543 | Spina-Trerotola, Lisa L |
| 4 | James M. Roger as Personal Representative of the Estate of Jean Destrehan Roger, Deceased | Thomas H. Roger, as Parent and as Personal Representative of the Estate of Jean Destrehan Roger, Deceased and on behalf of all beneficiaries of Jean Destrehan Roger, deceased | 1:15-cv-09903, 53, at 34, 5973, at 6 | Roger, Jean D. |
| 5 | Kathryn L. Barrere as Personal Representative of the Estate of Eunice K. Hanson, Deceased Parent of Peter B. Hanson, Deceased | Eunice K. Hanson in their own right as the Parent of Peter Burton Hanson, Deceased | 1:15-cv-09903, 53, at 2771 | Hanson, Peter B |
| 6 | Pamela-Sue E. Coombs as Personal Representative of the Estate of Charles B. Coombs, IV, Deceased Sibling of Jeffrey W. Coombs, Deceased | Charles B. Coombs, IV | 1:15-cv-09903, 467, at 11 | Coombs, Jeffrey W. |
| 7 | Maria Emilia Riverso as Personal Representative of the Estate of Domenico Riverso, Deceased Parent of Joseph R. Riverso, Deceased | Domenico Riverso in their own right as the Parent of Joseph R. Riverso, Deceased | 1:15-cv-09903, 53, at 1120 | Riverso, Joseph R. |
| 8 | Chelsea L. Thompson as Personal Representative of the Estate of Perry Thompson, Deceased | Charlette Thompson, as Personal Representative of the Estate of Perry Thompson, Deceased and on behalf of all beneficiaries of Perry Thompson | 1:15-cv-09903, 53, at 3229 | Thompson, Perry |
| 9 | Mark L. Madden as Personal Representative of the Estate of Michelle Marie Madden, Deceased Parent of Richard B. Madden, Deceased | Michelle M. Madden in their own right as the Parent of Richard B. Madden, Deceased | 1:15-cv-09903, 53, at 1959 | Madden, Richard B. |
| 10 | Alfonso Cubas, Jr. as Personal Representative of the Estate of Dorothy P. Cubas, Deceased Parent of Kenneth J. Cubas, Deceased | Dorothy Cubas in their own right as the Parent of Kenneth J. Cubas, Deceased | 1:15-cv-09903, 53, at 581 | Cubas, Kenneth J. |
| 11 | Dorothy G. McGrath as Personal Representative of the Estate of Harold L. Polhemus, Deceased Parent of Thomas H. Polhemus, Deceased | Harold L. Polhemus in their own right as the Parent of Thomas H. Polhemus, Deceased | 1:15-cv-09903, 53, at 1106 | Polhemus, Thomas H. |