UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                Civil Action No.
SEPTEMBER 11, 2001                        03 MDL 1570

-----------------------------------------------------------x

This document relates to:
    *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties to name individuals as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their prior pleadings, it is hereby:

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11386 in 03-MDL-1570 (GBD)(SN); ECF No. 1043 in 15-cv-9903 (GBD)(SN).

**SO ORDERED.**

November ___, 2025                        _____
New York, New York                        SARAH NETBURN
                                                                                 United States Magistrate Judge

EXHIBIT A

| # | Party to be Substitute (Plaintiff's Name and relationship to Decedent) | State of Residence at Filing | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name or Injured Party Name |
|---|---|---|---|---|---|
| 1 | Lee A. Barnes, Jr., as an Injured Party | NJ | DOE AP149, in their own right as an Injured Party | 1:15-cv-09903, 53, at 3670 | Lee A. Barnes, Jr. |
| 2 | Kevin T. Brennan, as an Injured Party | NY | DOE AP926, in their own right as an Injured Party | 1:15-cv-09903, 53, at 3729 | Kevin T. Brennan |
| 3 | Lori Stacey Brody, as an Injured Party | CA | DOE AP61, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4722 | Lori Stacey Brody |
| 4 | Elaine Chevalier as Personal Representative of the Estate of Swede Joseph Chevalier, Deceased | NJ | Parent DOE AP119 as Personal Representative of the Estate of DOE AP119, Deceased and on behalf of all beneficiaries of DOE AP119, Deceased | 1:15-cv-09903, 53, at 1125; 10457-1, at 14, 10462 | Swede Joseph Chevalier |
| 5 | John Drapas, Jr., as an Injured Party | VA | DOE AP40, in their own right as an Injured Party | 1:15-cv-09903, 53, at 3938 | John Drapas, Jr. |
| 6 | Lauren Manning, as an Injured Party | NY | DOE AP235, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4342 | Lauren Manning |
| 7 | Robert Harry Nussberger, as an Injured Party | NY | DOE AP45, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4517 | Robert Harry Nussberger |
| 8 | Sharon Premoli, as an Injured Party | NH | DOE AP41, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4592 | Sharon Premoli |
| 9 | John Lewis Thurman, as an Injured Party | DE | DOE AP195, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4835 | John Lewis Thurman |
| 10 | Margaret L. Walsh, as an Injured Party | NJ | DOE AP241, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4894 | Margaret L. Walsh |