**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 11/6/2025 |

**IN RE TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**

**Civil Action No.**
**03 MDL 1570**

--------------------------------------------------------x

This document relates to:
    *Burnett, et al. vs. Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties identified in Exhibit A in the above-referenced action. Plaintiffs were identified as a "DOE" plaintiff at the time that this case was initially instituted, were identified as such in the initial pleadings, and have since consented to being named according to their legal name. Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated:   November 5, 2025

Respectfully submitted,

MOTLEY RICE LLC

*/s/ John C. Duane*
John C. Duane, Esq.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jduane@motleyrice.com

Counsel for Plaintiffs

---

The motion to substitute is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: November 6, 2025
       New York, New York

**EXHIBIT A**

| # | Party to be Substitute (Plaintiff's Name and relationship to Decedent) | State of Residence at Filing | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name or Injured Party Name |
|---|---|---|---|---|---|
| 1 | Lee A. Barnes, Jr., as an Injured Party | NJ | DOE AP149, in their own right as an Injured Party | 1:15-cv-09903, 53, at 3670 | Lee A. Barnes, Jr. |
| 2 | Kevin T. Brennan, as an Injured Party | NY | DOE AP926, in their own right as an Injured Party | 1:15-cv-09903, 53, at 3729 | Kevin T. Brennan |
| 3 | Lori Stacey Brody, as an Injured Party | CA | DOE AP61, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4722 | Lori Stacey Brody |
| 4 | Elaine Chevalier as Personal Representative of the Estate of Swede Joseph Chevalier, Deceased | NJ | Parent DOE AP119 as Personal Representative of the Estate of DOE AP119, Deceased and on behalf of all beneficiaries of DOE AP119, Deceased | 1:15-cv-09903, 53, at 1125; 10457-1, at 14,10462 | Swede Joseph Chevalier |
| 5 | John Drapas, Jr., as an Injured Party | VA | DOE AP40, in their own right as an Injured Party | 1:15-cv-09903, 53, at 3938 | John Drapas, Jr. |
| 6 | Lauren Manning, as an Injured Party | NY | DOE AP235, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4342 | Lauren Manning |
| 7 | Robert Harry Nussberger, as an Injured Party | NY | DOE AP45, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4517 | Robert Harry Nussberger |
| 8 | Sharon Premoli, as an Injured Party | NH | DOE AP41, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4592 | Sharon Premoli |
| 9 | John Lewis Thurman, as an Injured Party | DE | DOE AP195, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4835 | John Lewis Thurman |
| 10 | Margaret L. Walsh, as an Injured Party | NJ | DOE AP241, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4894 | Margaret L. Walsh |