UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                Civil Action No.
SEPTEMBER 11, 2001                        03 MDL 1570

-----------------------------------------------------------x

This document relates to:
    *Burnett, et al. v. Islamic Republic of Iran, et al.*, Case No. 15-cv-9903 (GBD)(SN)
    *Prior, et al. vs. Islamic Republic of Iran*, Case No. 1:19-cv-00044 (GBD)(SN)

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain plaintiffs; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned case.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11390 in 03-MDL-1570 (GBD)(SN); ECF No. 1046 in 15-cv-9903 (GBD)(SN); and ECF No. 198 in 19-cv-00044 (GBD)(SN).

**SO ORDERED.**

November ___, 2025                        _____
New York, New York                        SARAH NETBURN
                                                                     United States Magistrate Judge

| | EXHIBIT A | | | |
|---|---|---|---|---|
| # | Identification of Party to be Substituted (Plaintiff's Name and relationship to Decedent) | Reference to Plaintiff in Current Caption | Paragraph of Complaint Discussing Decedent | 9/11 Decedent Name |
| 1 | Douglas M. Rochler as Personal Representative of the Estate of Helen K. Rocher, Deceased Sibling of Claude Daniel Richards, Deceased | Helen Kay Rochler, individually as Sibling of Claude Daniel Richards, Deceased | 1:15-cv-09903, 53, at 2195, 10207, at 143, 10219 | Claude Daniel Richards |
| 2 | Julia Yamnicky as Co-Personal Representative of the Estate of John David Yamnicky, Jr., Deceased Child of John David Yamnicky, Sr., Deceased | John David Yamnicky, Jr. | 1:19-cv-00044, 1, Appx. Pg. 12 | John David Yamnicky, Sr. |
| 3 | Devin Best as Co-Personal Representative of the Estate of John David Yamnicky, Jr., Deceased Child of John David Yamnicky, Sr., Deceased | John David Yamnicky, Jr. | 1:19-cv-00044, 1, Appx. Pg. 12 | John David Yamnicky, Sr. |
| 4 | Joseph J. Bedigian as Co-Personal Representative of the Estate of Dolores Bedigian, Deceased Parent of Carl Bedigian, Deceased | Dolores Bedigian in their own right as the Parent of Carl Bedigian, Deceased | 1:15-cv-09903, 53, at 1441 | Carl Bedigian |
| 5 | Robert J. Bedigian as Co-Personal Representative of the Estate of Dolores Bedigian, Deceased Parent of Carl Bedigian, Deceased | Dolores Bedigian in their own right as the Parent of Carl Bedigian, Deceased | 1:15-cv-09903, 53, at 1441 | Carl Bedigian |
| 6 | Patricia M. Nussberger as Personal Representative of the Estate of Robert H. Nussberger, Deceased Injured Party | Robert Harry Nussberger, as an Injured Party | 1:15-cv-09903, 53, at 4517; 11386-1, at 7,1138 | Robert H. Nussberger |
| 7 | Kara Hadfield as Personal Representative of the Estate of Josephine M. Acquaviva, Deceased Parent of Paul Andrew Acquaviva, Deceased | Josephine Acquaviva in their own right as the Parent of Paul Andrew Acquaviva, Deceased | 1:15-cv-09903, 53, at 571 | Paul Andrew Acquaviva |
| 8 | Sarah Jane Carrington as Personal Representative of the Estate of Catherine Mary Ross, Deceased Parent of Jeremy Mark Carrington, Deceased | Catherine Mary Ross in their own right as the Parent of Jeremy Mark Carrington, Deceased | 1:15-cv-09903, 53, at 3558 | Jeremy Mark Carrington |
| 9 | Lourdes Pimentel as Personal Representative of the Estate of Ruben Dario Pimental, Deceased injured party | Ruben Pimental, in their own right as an Injured Party | 1:15-cv-09903, 53, at 4583 | Ruben Dario Pimental |
| 10 | Dorell Froehner McNamara as Personal Representative of the Estate of Anna Mae Froehner, Deceased Parent of Gregg J. Froehner, Deceased | Anna Mae Froehner | 1:15-cv-09903, 276, at 3 | Gregg J. Froehner |
| 11 | Devin F. Farrelly as Personal Representative of the Estate of Joseph Dennis Farrelly, Deceased | Stacey Farrelly, as Personal Representative of the Estate of Joseph Farrelly, Deceased and on behalf of all beneficiaries of Joseph Farrelly | 1:15-cv-09903, 53, at 704 | Joseph Dennis Farrelly |

| | | | | |
|---|---|---|---|---|
| 12 | Susan S. Tillier as Personal Representative of the Estate of Richard H. Stewart, Jr., Deceased | Joan B. Stewart, as Personal Representative of the Estate of Richard H. Stewart, Jr., Deceased and on behalf of all beneficiaries of Richard H. Stewart, Jr.; Richard H. Stewart, as Personal Representative of the Estate of Richard H. Stewart, Jr., Deceased and on behalf of all beneficiaries of Richard H. Stewart, Jr. | 1:15-cv-09903, 53, at 2408, 2409 | Richard H. Stewart, Jr. |
| 13 | Winnie Chingyee Chung as Personal Representative of the Estate of Pui Lin Chung, Deceased Parent of Wai C. Chung, Deceased | Pui Lin Chung in their own right as the Parent of Wai C. Chung, Deceased | 1:15-cv-09903, 53, at 1769 | Wai C. Chung |
| 14 | Gary Michael Low as Personal Representative of the Estate of Bobbie Jean Low, Deceased Parent of Sara Elizabeth Low, Deceased | Bobbie Jean Low, in their own right as the Parent of Sara Elizabeth Low, Deceased | 1:15-cv-09903, 53, at 111 | Sara Elizabeth Low |
| 15 | Thomas M. Byrne as Personal Representative of the Estate of Patrick D. Byrne, Deceased | Robert G. Byrne, Sr., as Personal Representative of the Estate of Patrick D. Byrne, Deceased and on behalf of all beneficiaries of Patrick D. Byrne | 1:15-cv-09903, 53, at 1838 | Patrick D. Byrne |
| 16 | Andrew M. Rice as Co-Representative of the Estate of David H. Rice, Deceased | Hugh D. Rice as Personal Representative of the Estate of David H. Rice, Deceased and on behalf of all beneficiaries of David H. Rice | 1:15-cv-09903, 53, at 1694 | David H. Rice |
| 17 | Amy Elizabeth Rice as Co-Representative of the Estate of David H. Rice, Deceased | Hugh D. Rice as Personal Representative of the Estate of David H. Rice, Deceased and on behalf of all beneficiaries of David H. Rice | 1:15-cv-09903, 53, at 1694 | David H. Rice |
| 18 | Thomas A. Schaefer as Personal Representative of the Estate of Christine Ann Snyder, Deceased | Charles O'Neal Snyder as Personal Representative of the Estate of Christine Ann Snyder, Deceased and on behalf of all beneficiaries of Christine Ann Snyder | 1:15-cv-09903, 53, at 3033 | Christine Ann Snyder |
| 19 | Denise DeAngelis as Personal Representative of the Estate of Robert Joseph DeAngelis, Jr., Deceased | Paul DeAngelis, as Personal Representative of the Estate of Robert J. DeAngelis, Jr., Deceased and on behalf of all beneficiaries of Robert J. DeAngelis, Jr. | 1:15-cv-09903, 53, at 461 | Robert Joseph DeAngelis, Jr. |
| 20 | Kevin Casey as Personal Representative of the Estate of James Richard Vacccacio, Deceased Parent of John Damien Vaccacio, Deceased | James R. Vaccacio in their own right as the Parent of John Damien Vaccacio, Deceased | 1:15-cv-09903, 53, at 1964 | John Damien Vaccacio |
| 21 | Mary A. Horn as Personal Representative of the Estate of Charles H. Horn, Deceased Parent of Michael Joseph Horn, Deceased | Charles H. Horn, as Personal Representative of the Estate of Michael Joseph Horn, Deceased and on behalf of all beneficiaries of Michael Joseph Horn | 1:15-cv-09903, 53, at 2589 | Michael Joseph Horn |