UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:

*Burnett v. Islamic Republic of Iran,* 15-cv-09903 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran,* 19-cv-11767 (GBD)(SN)
*Deborah Bodner, et al v. Islamic Republic of Iran*, 19-cv-11776 (GBN)(SN)

## [PROPOSED] ORDER FOR COMPENSATORY ECONOMIC DAMAGES & PARTIAL FINAL JUDGMENT FOR THE *HALLORAN* AND *JORDAN* PLAINTIFFS

WHEREAS, evidence in this matter was submitted against the Defendant Islamic Republic of Iran by Plaintiffs, Marie Halloran, individually as spouse, and as Personal Representative of the Estate of Vincent Halloran, deceased; Declan Halloran, individually as surviving child of Vincent Halloran, deceased; Phelan Halloran, individually as surviving child of Vincent Halloran, deceased; Jake Halloran, individually as surviving child of Vincent Halloran, deceased; Kieran Halloran, individually as surviving child of Vincent Halloran, deceased; Aidan Halloran, individually as surviving child of Vincent Halloran, deceased; Conor Halloran, individually as surviving child of Vincent Halloran, deceased; and Lisa Jordan, individually as spouse, and as Personal Representative of the Estate of Andrew Jordan, deceased; Matthew Jordan, individually as surviving child of Andrew Jordan, deceased; Kelsey Jordan, individually as surviving child of Andrew Jordan, deceased; and Sean Jordan, individually as surviving child of Andrew Jordan, deceased (collectively the "*Halloran* and *Jordan* Plaintiffs") in filings with the Court on November 17, 2021, at MDL ECF Doc. No. 7358 (for solatium damages) and 7361 (for conscious pain and suffering), which was admitted by the Court via an Order entered on January 4, 2022, MDL ECF Doc. No. 7522 and 7527;

WHEREAS, hearings on the Defendant Islamic Republic of Iran's liability were previously held on December 15, 2011, in *Havlish, et al v. bin Laden, et al.,* 1:03-cv-09848 (GBD)(SN), and a hearing was held in, *Hoglan, et al., v. Islamic Republic of Iran, et al.,* 1:11-cv-07550, at which time evidence was presented to the Court, including the evidence previously submitted by Plaintiffs in *Havlish* via written submissions on May 19, 2011, July 13, 2011, August 19, 2011, and December 15, 2011, including extensive evidence filed confidentially under seal, and as well as supplemental evidence submitted by Plaintiffs in a filing on July 10, 2015 in *Hoglan*, all of which was admitted into evidence in this case;

WHEREAS, on January 4, 2022, this Court previously awarded solatium damages, along with awards of conscious pain and suffering suffered by the decedents Vincent Halloran and Andrew Jordan to the *Halloran* and *Jordan* estates and issued an Order of Judgment as to liability in favor of the *Halloran* and *Jordan* Plaintiffs against the Defendant Islamic Republic of Iran, MDL ECF Doc. No. 7522 and 7527, and this Court affirms those prior solatium awards while adding the additional awards described below (*see* Exhibit B):

WHEREAS, the *Halloran* and *Jordan* Plaintiffs now have submitted such applications for economic damages and have filed under seal comprehensive economic loss reports by National Economic Research Associates and Jonas & Welsch Finance-Economics Litigation Support, supporting the economic loss awards for the above-referenced 9/11 Decedent Estate Plaintiffs attached to the Declaration under seal of John F. Schutty, Esq. as Declaration Exhibits A and B;

It is HEREBY:

ORDERED that a partial final judgment for compensatory economic damages is entered in favor of 9/11 Decedent Plaintiffs Estates of Vincent Halloran and Andrew Jordan and against

Defendant the Islamic Republic of Iran as stated both below and on the attached Exhibit B herein; and,

ORDERED that the *Halloran* Plaintiffs are awarded economic compensatory damages to the 9/11 Decedent Estate of Vincent Halloran in the amount of $3,612,754; and, IT IS FURTHER ORDERED that the Defendant Islamic Republic of Iran is liable for the entire JUDGMENT on compensatory economic loss damages;

ORDERED that the *Jordan* Plaintiffs are awarded economic compensatory damages to the 9/11 Decedent Estate of Andrew Jordan in the amount of $2,607,424; and IT IS FURTHER ORDERED that the Defendant Islamic Republic of Iran is liable for the entire JUDGMENT on compensatory economic loss damages; and,

IT IS FURTHER ORDERED that the *Halloran* and *Jordan* Plaintiffs' may present an application for punitive damages at a future time consistent with further orders of the Court in the multi-district litigation captioned *In Re: Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN) 1570; and,

IT IS FURTHER ORDERED that the compensatory damages awards described on the chart attached as Exhibit B are hereby affirmed and awarded to the *Halloran* and *Jordan* Plaintiffs. *Furthermore, the Court respectfully directs the Clerk of the Court to terminate the Motion at ECF No. 11434.*

Dated: New York, New York
      December 17, 2025

                                    SO ORDERED:

                                    _____

-3-