UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 03 MDL 1570 (GBD)(SN)

Re: *Burnett, et al. v. Islamic Republic of Iran, et al.,* No. 1: 15-cv-9903 (GBD)(SN)
*Arias, et al.* v. *The Islamic Republic of Iran,* I: 19-cv-00041 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 15th day of September 2026, I served defendant:

Abbas Araghchi
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini A venue
Imam Khomeini Square
Tehran, Iran

by dispatching via Federal Express, Tracking No. **877094943964**, to The Secretary of State, CA/OSC/PRI SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the Notice of Clerk's Partial Final Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgments at **Documents 12177 and 12202** in the *Burnett* and *Arias* cases; Order Granting Partial Final Judgments Under Rule 54(b), dated July 9, 2026, **Document 12177** (in English and Farsi) entered in the *Burnett* and *Arias* cases; Clerk's Partial Judgment, dated July 22, 2026, **Document 12202** (in English and Farsi) entered in the *Burnett* and *Arias* cases; A copy of 28 U.S.C. 1330, 139l(f), 1441(d), and 1602 through 1611 (Pub. L. 94-583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavits (in English only).

Dated: September 15, 2026
New York, New York

TAMMI M. HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk